Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURO BOTTA

Plaintiff(s),

v.

PRICEWATERHOUSECOOPERS LL

Defendant(s).

Case No: 3:18-cv-2615

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Alexander G. Cabeceiras, an active member in good standing of the bar of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mauro Botta in the above-entitled action. My local co-counsel in this case is Ingrid M. Evans, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
One Penn Plaza, Suite 4905
New York, NY 10119

MY TELEPHONE # OF RECORD:
(212) 587-0760

MY EMAIL ADDRESS OF RECORD:
alexc@dereksmithlaw.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
3053 Fillmore Street #236
San Francisco, CA 94123

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 441-8669

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
ingrid@evanslaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AC1557.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/03/18

/s/ Alexander G. Cabeceiras
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ Alexander G. Cabeceiras is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/30/18

UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

PRO HAC VICE APPLICATION & ORDER

October 2012