ALEXANDER G. CABECEIRAS, ESQ.
**DEREK SMITH LAW GROUP, PLLC**
One Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760
Fax: (212) 587-4169
alexc@dereksmithlaw.com
*APPEARANCE PRO HACE VICE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

---------------------------------------------------------X

MAURO BOTTA,

          Plaintiff,

                                      Civil Case No: 3:18-cv-2615

   -against-

PRICEWATERHOUSECOOPERS LLP,      **CABECEIRAS DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

         Defendants.

---------------------------------------------------------X

**CABECEIRAS DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, Alexander G. Cabeceiras, declare:

1. I am attorney of record for Plaintiff Mauro Botta.

2. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal filed on February 14, 2019. I have personal knowledge of the facts stated herein.

3. Counsel for Parties have exchanged exhibits and determined which ones should be marked as "confidential," pursuant to the Parties Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2019

*/s/Alexander G. Cabeceiras*
Alexander G. Cabeceiras