EXHIBIT 16 REDACTED VERSION OF DOCUMENTSOUGHT TO BE SEALED

 Gmail                                    Mauro Botta <siskodlg@gmail.com>

## California Board of Accountancy
8 messages

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>              Fri, Oct 19, 2018 at 8:14 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,


I have been reviewing the materials obtained to date. I will need more time to review the issues,
but I have questions about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as referenced
in your interview with the DA. You did not include this firm in your written complaint issues that you
submitted in bound documentation.


- Is there a reason that this firm is not an issue for inclusion in your complaint?

- If there are issues with the PwC ▮▮▮▮▮ audit(s), do you know/remember whether the
issues were present in more than the one year under peer review?

- Were there any audit engagements that you worked on, both with or without issues, that
were selected for peer review by Grant Thornton?


Please submit your response at your earliest convenience. Thank you for your continued
cooperation.


Sincerely,


*Tina MacGregor*

Investigative CPA


California Board of Accountancy

2450 Venture Oaks Way, Suite 300

Sacramento, CA 95833

PH: 916-561-1724

FX: 916-263-3673

PLAINTIFF 001398

**Mauro Botta** <siskodlg@gmail.com>                                    Fri, Oct 19, 2018 at 9:01 PM
To: "MacGregor, Tina@CBA" <Tina.MacGregor@cba.ca.gov>

Dear Ms. Mcgregor,

███████████████████████████████████ which was audited by pwc. The year indicated in
my document was when grant thornton performed a peer review of pwc's audit of ████████

The issue in this case was pwc unethical conduct to force me to upload in my file a non gaas peer review
result (which was the result of the grant thornton review) despite I had nothing to do with the issue based
on which grant thornton deemed the pwc audit as non gaas, and how these partners articulated the
reasons, such as political capital, or not that big of a deal etc.

Please let me know if you have additional questions

Thanks!

Mauro

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** MacGregor, Tina@CBA
**Sent:** Friday, October 19, 2018 5:14 PM
**To:** Mauro Botta
**Subject:** California Board of Accountancy
[Quoted text hidden]

---

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>                    Tue, Oct 23, 2018 at 12:42 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,

Were there any other audits of private companies that you worked on? If so, please list the name
and year.

Were any of these selected for peer review by Grant Thornton? If so, which one(s)?

Thanks,

Tina

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Friday, October 19, 2018 6:02 PM
**To:** MacGregor, Tina@CBA
**Subject:** Re: California Board of Accountancy

PLAINTIFF 001399

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>                          Tue, Oct 23, 2018 at 1:13 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Ms. MacGregor,

No private audits were selected for peer review except the ▮▮▮▮▮▮ one to my knowledge. I'd need to give you my best
recollection of all privates I worked on since 2004 by year:

2004 -
2005 -
2006 -
2007 -
2008 -
2009 -
2010 -
2011 -
2012 -
2013 -
2014 -
2015 -

Thanks

Mauro
[Quoted text hidden]

---

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>             Tue, Oct 23, 2018 at 1:19 PM
To: Mauro Botta <siskodlg@gmail.com>

Thank you.

*Tina*

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Tuesday, October 23, 2018 10:13 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>                       Wed, Oct 31, 2018 at 4:28 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Dear Ms. MacGregor,

I was wondering if You had an update, if there were any other questions pending or if at this stage You finalized the
review of the documentation.

Please let me know

thanks

Mauro Botta
[Quoted text hidden]

PLAINTIFF 001400

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>                    Fri, Nov 2, 2018 at 12:45 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,

I have not completed my review, which I expect to do today.  My next step will be to discuss the case with my supervisor.
I will contact you next week with an update.

Thank you,

*Tina*

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Wednesday, October 31, 2018 1:29 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>                    Fri, Nov 2, 2018 at 1:31 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Thanks Ms. MacGregor for the update.

Mauro
[Quoted text hidden]

PLAINTIFF  001401

 Gmail

**Mauro Botta <siskodlg@gmail.com>**

## California Board of Accountancy
6 messages

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>                     Fri, Sep 28, 2018 at 6:48 PM
To: "siskodlg@gmail.com" <siskodlg@gmail.com>

Mr. Botta,

Mr. Carl Sonne contacted me regarding your communication about the status of your complaint filed with the California Board of Accountancy (CBA).  The case has now been assigned to me.  I will review the materials within the next two weeks and will contact you after my review.

As requested, the following is a general idea of the CBA's investigative process.  Generally, I contact the complainant for any additional or clarifying information once I have completed my initial review.  Typically, when there is a list of specific items needed, I send a letter.  Once I have sufficient information and documentation that there is a potential violation, I contact the licensee by letter.  The CBA is required to allow at least 30 days for the licensee to respond and extensions of time to respond are usually granted.  During the investigative process, I may have additional questions or may need additional documentation from either party.  Once I have gathered all of the pertinent materials, I will complete a report for review with my supervisor.  The purpose of my report is to make a recommendation to close the case, to request an investigative hearing, or to pursue an enforcement action.  My supervisor will review the case and make a determination of how to proceed.

Because the issues in your complaint are complex, the investigative procedures will take time to ensure that I have gathered the appropriate evidence before making a recommendation to my supervisor.

If you have any questions, please contact me at your convenience.

Sincerely,

*Tina MacGregor*

Investigative CPA

California Board of Accountancy

2450 Venture Oaks Way, Suite 300

PLAINTIFF  001402

Sacramento, CA 95833

PH: 916-561-1724

FX: 916-263-3673

---

**Mauro Botta** <siskodlg@gmail.com>
To: alexc <alexc@dereksmithlaw.com>

Fri, Sep 28, 2018 at 7:07 PM

FYI
[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>
To: Tina.MacGregor@cba.ca.gov

Fri, Sep 28, 2018 at 7:18 PM

Ms. MacGregor,

thank You for Your explanation and to explain to me the process, I remain available at Your convenience to provide any additional information and meet if You'd so choose.

Respectfully

Mauro Botta
[Quoted text hidden]

---

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>
To: Mauro Botta <siskodlg@gmail.com>

Fri, Sep 28, 2018 at 7:18 PM

Thank you.

*Tina*

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Friday, September 28, 2018 4:18 PM
**To:** MacGregor, Tina@CBA
**Subject:** Re: California Board of Accountancy

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Thu, Oct 4, 2018 at 12:49 PM

Dear Ms. MacGregor,

please see attached, additional chat transcript evidence that occurred 2 days ago. The 2 are current and just former pwc senior, speaking of more anomalies on the ▮▮▮▮ engagement and their perception of the tone at the top in the firm. I assume it is ok to email additional evidence to you as it surfaces, however if there is a different protocol I'd follow, please let me know so I may follow it accordingly.

Respectfully,

Mauro Botta
[Quoted text hidden]

PLAINTIFF 001403

 **Additional Chat.pdf**
334K

---

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>
To: Mauro Botta <siskodlg@gmail.com>

Thu, Oct 4, 2018 at 1:02 PM

Mr. Botta,

Thank you for the additional information.  Yes, it is okay to send documentation to me as it comes along.

Sincerely,

*Tina MacGregor*

Investigative CPA

California Board of Accountancy

2450 Venture Oaks Way, Suite 300

Sacramento, CA 95833

PH: 916-561-1724

FX: 916-263-3673

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Thursday, October 04, 2018 9:50 AM

[Quoted text hidden]

[Quoted text hidden]

PLAINTIFF  001404