# EXHIBIT 17 REDACTED VERSION OF DOCUMENTSOUGHT TO BE SEALED