# EXHIBIT 1 REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Confidential

PwC_B00006240



Confidential

PwC_B00006241



Confidential

PwC_B00006242



Confidential

PwC_B00006243





PwC_B00006245



Confidential

PwC_B00006246