EXHIBIT 2 REDACTED VERSION OF DOCUMENTSOUGHT TO BE SEALED

Message

From: mauro.x.botta@us.pwc.com [mauro.x.botta@us.pwc.com]
Sent: 2/22/2015 2:05:14 PM
To: tye.thorson@us.pwc.com
Subject: re:
Attachments: _.png

Tye,

please see below


PB.docx

Thanks

Mauro.

**Mauro Botta**

PwC | Senior Manager
Office: +1 408 464 5438
Email: mauro.x.botta@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden blvd suite 1800 San Jose CA 95110
http://www.pwc.com/us