**HUESTON HENNIGAN LLP**
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898
Attorneys for Defendant
PricewaterhouseCoopers LLP

**EVANS LAW FIRM, INC.**
ingrid@evanslaw.com
Ingrid M. Evans, Esq.
3053 Fillmore Street #236
San Francisco, CA 94123
Telephone:  (415) 441-8669
Facsimile:   (888) 891-4906

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　Defendant. | Case No. 3:18-CV-2615-RS<br><br>**JOINT STATEMENT RE ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Judge:  Hon. Richard Seeborg |

At the March 7, 2019 hearing on Defendant PricewaterhouseCoopers LLP's Motion for Summary Judgment (Dkt. No. 86), the Court denied the Parties' Administrative Motions to Seal Documents (Dkt. Nos. 85, 88, 93). Pursuant to Local Rule 79-5(f), the Parties hereby submit public, unredacted versions of all documents that were previously filed conditionally under seal, including the documents that Plaintiff Mauro Botta filed conditionally under seal pursuant to Local Rule 79-5(e).

Dated: March 19, 2019              Respectfully submitted,

                                                HUESTON HENNIGAN LLP

                                                By: */s/ John C. Hueston*
                                                      John C. Hueston
                                                      Attorneys for Defendant

Dated: March 19, 2019              Respectfully submitted,

                                                EVANS LAW FIRM, INC

                                                By: */s/ Ingrid M. Evans*
                                                      Ingrid M. Evans
                                                      Attorneys for Plaintiff

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.