1

**HUESTON HENNIGAN LLP**
John C. Hueston, State Bar No. 164921
*jhueston@hueston.com*

2

Joseph A. Reiter, State Bar No. 294976
*jreiter@hueston.com*

3

523 West 6th Street, Suite 400
Los Angeles, CA 90014

4

Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

5

6

Attorneys for Defendant
PricewaterhouseCoopers LLP

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

MAURO BOTTA,

Case No. 3:18-CV-2615-RS

14

Plaintiff,

**DECLARATION OF MARK D. SIMON IN SUPPORT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT**

15

vs.

16

PRICEWATERHOUSECOOPERS LLP,

17

Defendant.

Judge:          Hon. Richard Seeborg
Hearing Date:   March 7, 2019
Time:           1:30 p.m.

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF MARK D. SIMON ISO PWC'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:18-cv-2615-RS

5471488

**DECLARATION OF MARK D. SIMON**

I, Mark D. Simon, declare as follows:

1. I am the Managing Partner of the Assurance Practice at PricewaterhouseCoopers LLP ("PwC"), which consists of more than 1,300 partners and 17,000 staff members. Except where otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Mauro Botta, the plaintiff in this action, was employed as a Senior Manager in the Assurance Practice at PwC's San Jose, California office.

3. In August 2017, in my role as Managing Partner, I made the decision to terminate Mr. Botta's at-will employment on behalf of the Assurance Practice at PwC. Mr. Botta was terminated for cause effective August 17, 2017.

4. I based my decision to terminate Mr. Botta on statements that he had made during two interviews with Walter Brown, a Partner at Orrick, Herrington & Sutcliffe LLP, conducted in response to an inquiry from the Securities and Exchange Commission ("SEC") into PwC's audits of the financial statements of Cavium, Inc. for fiscal years 2013 and 2014.

5. Specifically, Mr. Botta stated that he had fabricated an internal control during the fiscal year 2014 audit of Cavium and created false audit documentation that he understood others were relying on.

6. In light of Mr. Botta's statements, I made the determination that he could no longer be employed by PwC because he had either (a) violated his professional, legal, and ethical duties and PwC policy, which prohibit the fabrication of audit evidence or documentation or (b) lied about his conduct. Both alternatives are misconduct warranting Mr. Botta's termination.

7. I understand that Mr. Botta claims he was terminated in retaliation for submitting a whistleblower complaint to the SEC. At the time I made the decision to terminate Mr. Botta, I was not aware that he had submitted a complaint to the SEC.

5471488

1  Mr. Botta never raised any of his whistleblowing allegations about PwC's audits to

2  me, and I was not aware of Mr. Botta's SEC whistleblowing allegations before Mr.

3  Botta was terminated.  To this day, I have never even communicated with Mr. Botta.

4

5          I declare under penalty of perjury under the laws of the United States of America

6  that the foregoing is true and correct.

7

8

9          Executed on this 30th day of January, 2019, at Florham Park, New Jersey.

10

11  _____

12                    Mark D. Simon

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF MARK D. SIMON ISO PWC'S MOTION FOR SUMMARY JUDGMENT
    Case No. 3:18-cv-2615-RS
    - 2 -