1

ALEXANDER G. CABECEIRAS, ESQ.
**DEREK SMITH LAW GROUP, PLLC**
One Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760
Fax: (212) 587-4169
alexc@dereksmithlaw.com
*APPEARANCE PRO HACE VICE*

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

8

9

--------------------------------------------------------X

10

MAURO BOTTA,

11

                    Plaintiff,                          Civil Case No: 3:18-cv-2615

12

    -against-                                           **DECLARATION OF
                                                        ALEXANDER G.
                                                        CABECEIRAS IN
                                                        SUPPORT OF
                                                        PLAINTIFF'S
                                                        OPPOSITION TO
                                                        DEFENDANT
                                                        PRICEWATERHOUSECO
                                                        OPERS LLP'S NOTICE OF
                                                        MOTION FOR SUMMARY
                                                        JUDGMENT**

13

14

PRICEWATERHOUSECOOPERS LLP,

15

                    Defendants.

16

17

18

19

20

                                                        Judge: Hon. Richard Seeborg
                                                        Hearing Date: March 7, 2019
                                                        Time: 1:30 p.m.

21

22

--------------------------------------------------------X

23

**<u>DECLARATION OF ALEXANDER G. CABECEIRAS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION
FOR SUMMARY JUDGMENT</u>**

24

25

26

27

28

29

30

**DECLARATION OF ALEXANDER G. CABECEIRAS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION
FOR SUMMARY JUDGMENT**

1

2

## DECLARATION OF ALEXANDER G. CABECEIRAS

3

I, Alexander G. Cabeceiras, declare as follows:

4

5

6

7

8

9

1.  I am an attorney at law duly licensed to practice before the courts in the State of New York, New Jersey and Connecticut, and duly admitted to appear *pro hac vice* before this Court. I am an attorney at the Derek Smith Law Group, PLLC, and counsel of record for Plaintiff Mauro Botta ("Botta") in this action. I have personal knowledge of the facts set forth in this Declaration.

10

11

12

2.  Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Mauro Botta.

13

14

3.  Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Tye Thorson.

15

16

17

4.  Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Shawna Hewitt.

18

19

5.  Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Robert Heatley

20

21

22

6.  Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Traci B. Nelson.

23

24

25

7.  Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Stig Haavardtun.

26

27

8.  Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Kevin Baldwin.

28

29

30

9.  Attached as **Exhibit 8** is a true and correct copy of a letter from Jason T. Brown, Esq. to Defendant PwC's Counsel A. Mari Mazour sent on July 5, 2017.

**DECLARATION OF ALEXANDER G. CABECEIRAS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT**

10. Attached as **Exhibit 9** is a true and correct copy of the employment agreement between Plaintiff and Defendant PwC.

11. Attached as **Exhibit 10** is a true and correct copy of the Department of Labor's decision in *Zinn v. American Commercial Lines Inc.*, DOL Ad. Rev. Bd. ARB CASE NO. 10-029; ALJ CASE NO. 2009-SOX-025, p. 12-13 (March 28, 2012).

12. Attached as **Exhibit 11** is a true and correct copy of e-mail correspondence between Plaintiff and Congresswoman Zoe Lofgren's office.

13. Attached as **Exhibit 12** is a true and correct copy of the Tip, Complaint or Referral Form Plaintiff submitted to the Securities and Exchange Commission ("SEC").

14. Attached as **Exhibit 13** is a true and correct copy of an excerpt of Defendant PwC's Responses and Objections to Plaintiff's Request for Production of Documents, Production No. 98

15. Attached as **Exhibit 14** is a true and correct copy of an Order Instituting Administrative Proceedings by the SEC against Mayank Gupta.

16. Attached as **Exhibit 15** is a true and correct copy of entries made by Justin Wallace on Plaintiff's retaliation complaints.

17. Attached as **Exhibit 16** is a true and correct copy of correspondence between Plaintiff and the Public Company Account Oversight Board and between Plaintiff and the California Board of Accountancy.

18. Attached as **Exhibit 17** is a true and correct copy of a negative review PwC gave Plaintiff, followed by Plaintiff's comments to the review.

19. Attached is **Exhibit 18** is a true and correct copy of Plaintiff's Responses to Defendant PwC's Second Set of Interrogatories.

**DECLARATION OF ALEXANDER G. CABECEIRAS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT**

20. Attached is **Exhibit 19** is a true and correct copy of Plaintiff's Responses to Defendant PwC's First Request to Admit.

21. Attached as **Exhibit 20** is a true and correct copy of the SEC's notification to PwC regarding their investigation into the Cavium audit.

22. Attached as **Exhibit 21** is a true and correct copy of Mr. Botta's e-mail to Mr. Thorson on February 22, 2015, in which Mr. Botta outlines his complaints regarding the Cavium audit.

23. Attached as **Exhibit 22** is a true and correct copy of correspondence between Mr. Tye Thorson and Mr. Timothy Scott.

24. Attached as **Exhibit 23** is a true and correct copy of entries made by Patricia Lin on Plaintiff's retaliation complaints.

I declare under penalty of perjury that the aforementioned statements are true and correct to the best of my knowledge.

Executed on this 14th day of February, 2019, in New York, New York.

/s/ Alexander G. Cabeceiras
Alexander G. Cabeceiras, Esq.

**DECLARATION OF ALEXANDER G. CABECEIRAS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT**