Exhibit 4

1   rather urgent Cavium issue?
2        A.   Yes, we did.
3        Q.   Do you recall where that was?
4        A.   Where?  It was -- my recollection, it was a
5   conference call.
6        Q.   Were you physically in PwC's office at that time
7   in San Jose?
8        A.   I can't recollect where I was geographically.  I
9   may well not have been in California at the time.
10       Q.   And just to clarify, who was on the call?
11       A.   My recollection is that it was myself, Tye
12  Thorson, and Tim Scott.
13       Q.   And what was discussed on the call, if you can
14  recall?
15       A.   The procedures that we go through when there is a
16  potential difference in professional judgment between two
17  members of the engagement team.
18       Q.   Can you define for me what those procedures are?
19       A.   As a firm, we have an internal policy to address
20  circumstances where two members of an engagement team may
21  have a different view or interpretation of a matter.
22       Q.   And when there is that different view on a matter,
23  what happens?
24       A.   In this situation, the decision was made to
25  perform a consultation with the PwC national office.

CONFIDENTIAL

Page 23

1    Q.  Who actually made the decision to consult the
2    national office in this particular case?
3    A.  My recollection, it was a mutual decision that
4    that was the appropriate next step.
5    Q.  In this particular case, what was the fundamental
6    disagreement about?
7            MR. REITER:  Objection.  Vague.
8            If you understand the question, you can answer.
9            THE WITNESS:  Well, Mauro had documented a
10   position that he felt that there may be a material
11   weakness, and my understanding, the purpose of the
12   consultation was to evaluate the facts and determine
13   whether or not that was an appropriate conclusion or not.
14   BY MR. CABECEIRAS:
15   Q.  Do you recall what specifically the material
16   weakness was that Mauro had identified?
17   A.  I don't believe there was a material weakness.
18   Q.  Okay.  But do you recall what Mauro believed to be
19   a material weakness?
20           MR. REITER:  So calls for speculation.  Object as
21   to form, and the document speaks for itself.
22           THE WITNESS:  Mauro had documented his concerns in
23   the memo you presented as Exhibit 18.
24   BY MR. CABECEIRAS:
25   Q.  So you stated before that the decision was made to