Exhibit 6

1    Q.   And you don't recall at this time the manager
2  at that time?
3    A.   So I'm -- there was another person who I don't
4  remember whether it was a manager at that time or not.
5    Q.   And who was that person?
6    A.   Her name is Minja Ching.
7    Q.   At that time were there any other PwC employees
8  assigned to the Harmonic engagement?
9    A.   Yes.
10   Q.   And who were these folks?
11   A.   I'm not sure I remember, but there's a full
12  team of like five or six people.
13   Q.   And what's the composition of that team in
14  terms of job titles and duties?
15   A.   So there's a -- there was a partner who's a
16  senior manager.  There may or may not have been a
17  manager.  There was like one or two senior associates
18  and a few what's called associates.
19   Q.   And, well, did Mauro Botta ever get assigned to
20  the Harmonic engagement?
21   A.   He got assigned in, I think, September or
22  October of -- I think it's 2015.
23   Q.   And what role was he assigned to?
24   A.   He was assigned as the senior manager.
25   Q.   And did you assign him this role?

Page 29

1    the senior manager, I think, for the first quarter of
2    2016.
3         Q.   So how long was Mr. Botta assigned the senior
4    manager role for the Harmonic audit?
5         A.   So I think he started in October of 2015 and
6    lasted through March of 2016.
7         Q.   And typically, if you can approximate, how long
8    do senior managers usually stay on audit jobs?
9              MR. REITER:  Object to form, incomplete
10   hypothetical, calls for speculation.
11             THE WITNESS:  It's impossible to say.  It can
12   vary from a short time to multiple years.  Impossible to
13   say.
14   BY MR. CABECEIRAS:
15        Q.   At one point in 2015 did Mr. Botta ever
16   complain directly to you about how prior audits of
17   Harmonic were handled by PwC?
18        A.   I don't remember whether it was in 2015 or
19   2016, he did say something about him having problem
20   following the documentation in the 2014 database.
21        Q.   And do you remember when -- or withdrawn.
22             Do you remember where this conversation took
23   place?
24        A.   I don't.  It either took place at Harmonic or
25   in the office.  I don't know where.

1    Q.   After the Micron Tech engagement, did you work
2    with Mr. Botta on any other auditing matters?
3    A.   With regards to Micron or in general?
4    Q.   In general.
5    A.   When he was on the Harmonic engagement.
6    Q.   Besides the Micron and Harmonic engagement, did
7    you work on any other engagements with Mr. Botta?
8    A.   I was doing some meetings with one of his
9    clients, Gigamon, around a technical topic around
10   revenue recognition, which was one of the areas that I
11   specializes in from a consulting perspective.
12   Q.   And do you remember when that was?
13   A.   I think it happened -- so let's see.  I think
14   it was in 2015 and 2016 and maybe a little bit into
15   2017.
16   Q.   Did Mr. Botta reach out to you for your
17   expertise on this technical matter?
18   A.   So it was a combination of him and the
19   engagement partner reaching out to me.
20   Q.   Do you recall who the engagement partner was?
21   A.   Ergen Genc.
22   Q.   And during the Harmonic engagement, when was
23   the first time you worked on any Harmonic audit?
24   A.   My first Harmonic audit was for the 2013 year
25   end, and I think I started working in March of 2013.

1    Q.   And at this time you were a partner; is that
2  correct?
3    A.   That's correct.  Yes.
4    Q.   What kind of company is Harmonic?  What do they
5  do?
6    A.   Harmonic sells hardware equipment to media and
7  cable companies that deals with the transmission, so the
8  encoding and decoding of video signals.  So they're
9  assisting companies with -- media companies with how to
10 transfer high quality, high HD video.
11   Q.   Are they a publicly-traded company?
12   A.   Yes, they are.
13   Q.   How large of a company are they by way of
14 employees?
15   A.   I'm not sure I know the exact employee number.
16 I can guess, but I don't know.
17   Q.   If you could approximate, that's fine.
18   A.   I think they're in sort of -- they're north of
19 500.  I don't think they're above a thousand, but I
20 don't know for sure.
21   Q.   And when you were initially assigned to the
22 Harmonic engagement -- well, I could withdraw it.
23        Do you remember how you became assigned to the
24 Harmonic engagement to begin with?
25   A.   So the partner that was on before me had -- he

Page 57

1  controls.  It was a fairly -- it was a fairly broad
2  array of work that still needed to be done when we
3  brought on additional resources.
4        Q.    And did that work need to be done for the audit
5  in that quarter or for audits past?
6        A.    It had to be done to complete the 2015 audit,
7  which was the one we were working on in February and
8  March of 2016.
9        Q.    Circling back to your conversation with Mauro
10 after he wrote this e-mail, you had said that it would
11 be best if he did not continue on the Harmonic
12 engagement.  Is that accurate?
13       A.    Yes.
14       Q.    Do you remember who specifically -- well,
15 withdrawn.
16             Did anybody ever ask you to remove Mr. Botta
17 from the Harmonic engagement?
18       A.    The controller at the client asked me for him
19 not to be on the Harmonic engagement, yes.
20       Q.    And when did the controller ask you that?
21       A.    He first raised concerns in October of 2015 and
22 he continued to raise concerns during January to March
23 of 2016.
24       Q.    And who was the controller in October of 2015?
25       A.    Greg Lakritz.

CONFIDENTIAL

Page 58

1    Q.    And if you can recall in October of 2015, what
2    was Greg's first concern with respect to Mauro on the
3    Harmonic engagement?
4    A.    I don't remember the detail.  I think there was
5    a question that had been raised that it took a long time
6    to resolve, and I think he felt that Mauro wasn't sort
7    of responsive to discussions or points that Greg had
8    raised, but I don't remember the exact detail of it.  I
9    just remember that there were -- let's call it noise
10   already in October of 2015.
11   Q.    And did you speak to Mauro after Greg had
12   brought this issue up to you in October of 2015?
13   A.    I spoke briefly to him.  I'm not sure if I
14   mentioned that Greg had brought the issue up, but I told
15   him that he should continue to raise questions and that
16   I would deal with it if he got any pushback from the
17   client.
18   Q.    And going back to your meeting with Mr. Botta,
19   after Mr. Botta sent the e-mail that's been marked
20   Exhibit 40, did Mr. Botta tell you that he disagreed
21   with the performance evaluation you gave him?
22   A.    I don't know if he specifically said that he
23   disagreed, but he clearly wasn't happy with the
24   performance evaluation that I provided.
25   Q.    Were there aspects that he told you he was