# Exhibit 7

1        A.   I do not.
2        Q.   Is there -- well, withdrawn.
3             Mr. Baldwin, where are you based out of?
4        A.   San Francisco, California.
5        Q.   Mr. Baldwin, I am bringing you here because
6   you were somewhat involved in the termination of
7   Mr. Botta.  So I would like to direct your attention
8   to August of 2017.
9             First of all, do you recall at any time
10  before August 2017 ever meeting Mr. Botta?
11       A.   I cannot recall.  We have over 8000
12  employees in the region, and I cannot recall meeting
13  him.
14       Q.   Okay.  On August 17th, 2017, did you
15  terminate Mr. Botta?
16       A.   I believe that was the date and, yes, I
17  terminated him.
18       Q.   And I'd like to ask you questions
19  specifically about that day.  Do you remember where
20  you met with Mr. Botta that day?
21       A.   In the San Jose office.
22       Q.   Do you remember specifically where in the
23  San Jose office?
24       A.   No, I can't recall.  One of the PwC
25  conference rooms.

Confidential: Pursuant to Protective Order

Page 13

1   is?
2         A.   I am not.
3         Q.   Were you ever asked to terminate
4   Mr. Heatley?
5         A.   No.
6         Q.   Were you ever asked to discipline
7   Mr. Heatley for any reason?
8         A.   No.
9         Q.   Mr. Baldwin, do you know an individual
10  named Tye Thorson?
11        A.   I do not.  We have over 800 partners in the
12  West Region.
13        Q.   And so you were never asked to terminate
14  Mr. Thorson or discipline Mr. Thorson?
15        A.   No.
16        Q.   Do you know of a PwC employee named Mayank
17  Gupta?
18        A.   No, I do not.
19        Q.   Were you ever asked to terminate anybody by
20  the name Mayank Gupta?
21        A.   Could you repeat the question?
22        Q.   Sure.
23             Were you ever asked to terminate an
24  individual named Mayank Gupta?
25             And Mayank is spelled M-A-Y-A-N-K.

Confidential: Pursuant to Protective Order

Page 14

1      A.   No.

2      Q.   Were you ever informed that the SEC found

3 Mr. Gupta engaged in insider trading based off

4 information he learned during a Cavium audit?

5      A.   I can't recall that.

6      Q.   Other than Mr. Botta -- well, withdrawn.

7           Other than Mr. Botta, did you discipline

8 any PwC employees for their work on the Cavium

9 engagement?

10     A.   No.

11     Q.   Did any non-attorneys of PwC ever discuss

12 with you disciplining somebody other than Mr. Botta

13 for their work on the Cavium engagement?

14          MR. HUESTON:  Okay.  I'm going to object.

15 I'm going to object to this line of questioning

16 because it has a predicate, "disciplining," and he

17 has not testified that he has disciplined anyone.

18 He has testified to the termination of Mr. Botta.

19          So maybe you can rephrase the question.

20 BY MR. CABECEIRAS:

21     Q.   Okay.  The question was fairly

22 straightforward; right?

23          I'm just looking for information regarding

24 any disciplinary action taken against anyone working

25 on the Cavium engagement.