Exhibit 15

# Case Detail Report: 2016-1757

*Case Title:* Kevin Healy and Tim Carey - Retaliation
*Opened:* 10/12/2016, *Closed:* 2/9/2017, *Days Open:* 120
*Case Type:* Allegation
*Case Status:* Concluded
*Office:* San Jose
*LOS:* Assurance
*Staff Level:* Partner
*PSP:* No

*Workgroup:* E&C HelpLine
*Case Manager:* Justin Wallace
*Market:* San Jose

*Issue:* An HR Sr. Manager contacted the HelpLine through NAVEX to escalate a Director's concerns.  The Director alleged that two Partners are retaliating against him by not deploying him because he had raised a prior ethics concern about engagement methodology and an engagement team's work product.
*Summary:* Unsubstantiated.  The E&BC Manager interviewed the HR Manager, the complainant, a Sr. Associate, and both subjects (S1 and S2).  The complainant raised a prior concern alleging that the work on an engagement was not properly completed and that steps were skipped (2016-0714, unsubstantiated).  He now alleged that he had been retaliated against for raising that concern by the two subject Partners by not being assigned to an engagement.  The complainant stated that the subjects told him that he could not work on any engagements because of the critical performance feedback he received on the previous engagement.  The complainant later added that S1 and S2 had a stern talk with him and told him that if they wanted to terminate him, they could have and that his concerns about being held off of engagements was bulls**t.  The HR Manager said that there was a short period of time where the complainant was not engaged; however, it was due to challenges to get him staffed on engagements because of his interpersonal skills.  The HR Manager and the S2 stated that he still had a recurring client and had tasks to work on.  S2 said that he also initially wanted the complainant to work for him on a high profile engagement, but the project was slightly delayed which led to the complainant have some unforeseen down time.  S1 and S2 stated that they spoke with the complainant after they heard reports that the complainant had been making disparaging comments to newer staff members about the firm.  S2, who lead the conversation, agreed that he used too casual an approach with the complainant and stated he did so because of his close relationship with him.  The E&BC Manager coached S2 that the comments he made could be perceived as a threat around his employment.  S2 understood and stated that he valued the complainant and was no way intending to threaten his employment status.  He wanted to make the complainant understand that there needed to be a mutual trust and that the comments he made were not appropriate.

## Categories
*Category:* How We Work
*Subcategory:* Retribution/Retaliation
*Outcome:* Unsubstantiated

## Involved Party
*First Name:* MAURO
*Last Name:* BOTTA
*Employee ID:* 00300178571
*Date Hired:* 6/7/2004 12:00:00 AM
*WFP:* No
*Relationship to Case:* Caller
*Relationship to Company:* PWC Employee
*LOS:* Assurance
*Staff Level:* Director
*Office:* San Jose
*Complainant:* Yes
*Visibility:* Confidential
*Source:* Direct
*Market:* San Jose
*Sub-LOS 2:* Attest/Risk Assur
*Sub-LOS 3:* Core Attest
*Sub-LOS 4:* Core Attest
*Cost Center - ID:* US00003855
*Cost Center - Description:* San Jose Attest
*Coach:* ROBERT M WARD
*Relationship Partner:* ROBERT M WARD
*HR Advocate:*
*Tenure:* 148
*HR LOS:* Assurance
*HR Staff Level:* Director
*HR Office:* San Jose
*HR Market:* San Jose
*Contact Information*

PwC_B00005941

*City:* San Jose
*State:* California
*Zip:* 95110
*Unknown:* 4088175094

*First Name:* TRACI ELLEN
*Last Name:* NELSON
*Employee ID:* 00300127259
*Date Hired:* 4/8/1996 12:00:00 AM
*Date Re-Hired:* 6/18/2001 12:00:00 AM
*WFP:* No
*Relationship to Case:* Caller
*Relationship to Company:* Human Resources
*LOS:* IFS
*Staff Level:* Manager
*Office:* San Jose
*Visibility:* Confidential
*Source:* Direct
*Market:* San Jose
*Sub-LOS 2:* Human Resources
*Sub-LOS 3:* LoS Mkt Generalist
*Sub-LOS 4:* HR Generalist Mk-ASR
*Cost Center - ID:* US00005216
*Cost Center - Description:* MT Assr-San Jose
*Coach:* REBECCA CRISTINE PFEIFER
*Relationship Partner:* PATTY SHAW
*HR Advocate:*
*Tenure:* 184
*HR LOS:* IFS
*HR Staff Level:* Manager
*HR Office:* San Jose
*HR Market:* San Jose
*Contact Information*
*City:* San Jose
*State:* California
*Zip:* 95110
*Unknown:* 4088175758

*First Name:* KEVIN A
*Last Name:* HEALY
*Employee ID:* 00300008046
*Date Hired:* 9/10/1990 12:00:00 AM
*Date Re-Hired:* 9/8/1997 12:00:00 AM
*Gender:* M
*WFP:* No
*Relationship to Case:* Subject
*Relationship to Company:* Partner
*LOS:* Assurance
*Staff Level:* Partner
*Office:* San Jose
*Market:* San Jose
*Sub-LOS 2:* Attest/Risk Assur
*Sub-LOS 3:* Core Attest
*Sub-LOS 4:* Core Attest
*Cost Center - ID:* US00003855
*Cost Center - Description:* San Jose Attest
*Coach:*
*Relationship Partner:*
*HR Advocate:*
*Tenure:* 230
*HR LOS:* Assurance
*HR Staff Level:* Partner
*HR Office:* San Jose
*HR Market:* San Jose

*First Name:* D TIMOTHY
*Last Name:* CAREY
*Employee ID:* 00300124288
*Date Hired:* 7/17/1992 12:00:00 AM

PwC_B00005942

*Gender:* M
*WFP:* No
*Relationship to Case:* Subject
*Relationship to Company:* PWC Employee
*LOS:* Assurance
*Staff Level:* Partner
*Office:* San Jose
*Market:* San Jose
*Sub-LOS 2:* Attest/Risk Assur
*Sub-LOS 3:* Core Attest
*Sub-LOS 4:* Core Attest
*Cost Center - ID:* US00003855
*Cost Center - Description:* San Jose Attest
*Coach:*
*Relationship Partner:*
*HR Advocate:*
*Tenure:* 292
*HR LOS:* Assurance
*HR Staff Level:* Partner
*HR Office:* San Jose
*HR Market:* San Jose
*Contact Information*
*City:* San Jose
*State:* California
*Zip:* 95110
*Unknown:* 4088175000

Confidential

*Date:* 10/12/2016
*Entry Type:* Conversation
*Entered by:* Patricia Lin
*Entry Notes:* with Traci Nelson, HR Sr. Manager
Patty Lin E&BC

Traci said after the last ethics investigation, Mauro was displeased with findings but he was quiet
had an external offer, he has one every year, he turned it down
Friday he was screaming at Tracy on the phone saying we are discriminating against him, we are not deploying him
appropriately, his utilization is low; Mauro said he heard from Market Tax Leader (MAL), Tim Cary that because of his
ideas about audit, he's challenging to deploy; Mauro has said "i'll quit", "unfair"
note: the tim Carey comment was raised in prior ethics matter
what set Mauro off, Traci thinks, is that he brought in an audit engagement, Partner did not communicate that to the
team, assigned a different Sr. Manager to the project but Mauro brought in the client.

Mauro said he's going to get a lawyer, going to type up an email to Tim Ryan, not being handled appropriately at local
level, Traci felt like he was saying she wasn't doing her job
Traci then got a call from Tim Scott, who is now engagement partner on our biggest advisory client, google; They
decided to ask Mauro to work on Google; totally separate from any of this
Mauro spoke with Traci today, he was speculating and sarcastically said they are setting him up for failure, he
apologized for being heated with Traci on Friday, knows he felt bad about that conversation

Traci encouraged him to call ethics and he said well you see where that got me last time, ethics will always side with
the Partner

didn't name who was discriminating against him

*Date:* 10/12/2016
*Entry Type:* Received Email
*Entered by:* Patricia Lin
*Entry Notes:* From: Traci Nelson (US - IFS) traci.nelson@pwc.com
Date: Wed, Oct 12, 2016 at 5:53 PM
Subject: Re: Invitation: Discuss San Jose Assurance Matters @ Wed Oct 12, 2016 4pm - 5pm (patricia.lin@pwc.com)
To: "Patty Lin (US - IFS)" patricia.lin@pwc.com


The client is Pac Bio (revenue recognition project), the partner is Lindsey Piziali, and the new Sr. Manager is Tania Devilliers.   I spoke briefly with the market team leader today and he's very comfortable that this was about aligning a Senior Manager with Pharma background.  Mauro even stated to me that he is not overly worked up about it, but dissapointed we didn't have more communication upfront with him about it.   When our MAL Tim Carey asked Mauro if he'd like him to look into ...Mauro asked that he not raise it and make it a big deal.   It did seem to "set him off" again though.... about not being fully deployed/under utilized.  Thanks!

On Wed, Oct 12, 2016 at 2:46 PM, Patty Lin (US - IFS) patricia.lin@pwc.com wrote:
Hi Traci,

I forgot to ask - what is the name of Partner who replaced Mauro on the recent audit engagement, what was the name of the client, and who was the Sr. Manager that was assigned to it instead?

Thanks,

Patty

PwC_B00005945

*Date:* 10/13/2016
*Entry Type:* Event (system)
*Entered by:* Patricia Lin
*Entry Notes:* Case Manager changed from Patricia Lin to Justin Wallace.

Confidential

PwC_B00005946

*Date:* 10/13/2016
*Entry Type:* Event (system)
*Entered by:* Patricia Lin
*Entry Notes:* Notification email sent to justin.e.wallace@pwc.com.

Confidential

PwC_B00005947

*Date:* 10/19/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* mauro botta complainant
wallace eb&c
lori mousseau EL


The Case Manager reviewed the role of E&BC, the E&BC process for reviewing concerns and the principles of non-retaliation and confidentiality.  The notes which follow are the facts as alleged/recounted by the witness and not necessarily statements of fact.

Mauro Botta-

the engagement that i was not on was the tipping point.  i dont think it was a coicindence that i was not on the engagement.  the explanantion was not making sense to me.  i brought in pacific bioscience and that is revenue.  I reached out to partner that could do the work.

few weeks later i learned from director that i was not on the project and that PwC had already spoken to the company.

apparently they thought i was busy and that i didnt want to work on it. it was false.

director - tania deveillers, and the partner - lydnsay Piziali.
i never interacted with them beside the proposal.

Mauro said that this is what i have been telling my market- that because of the issues on harmonic, he does not get staffed.
i was blacklisted from doing audit engagements. and my utilization was 22%.  i raised my hand multiple times for opportunities.
assurance leader said i would not get multiple opps bc my ideas are different from the firms.

Tim Carey said bc of what happened at harmonic i was going to do advisory work on revenue recognition projects.
also told me after 2 yrs i can be a full time advisory person or may decide if im in the same spot.

i am still on gigamund and the partner told that me im only on it bc im integral to the team.

at harmonic-
i was rolled on at beg of q3 with no mgr on the job.
the engagment had significant quality issues fom prior yr (2015).
i had to ask tons of questions and the client was mad.  i found over 20 issues never spotted by the team in multiple areas.
i was rolled off at request of client.  my evaluation was extremely biased.
i was the only one removed and the prior year team made all the issues.
some of the comments - engagement leader said i should be careful how to ask questions to the client.
i did escalate to EP and QRP and there was revenue issues that were 15 yrs in making.  the client wanted to do a test and EP agreed and i told ep and qrp it was not guidance and i disagreed and i wanted national quality to get involved and they over ruled the decision.


currently-
last week i talked with hr Traci Nelson
i was contacted and had a mtg with tim scott.  They want me to go to google the biggest client we have.
tim scott wanted me to go there.

Regarding the previous investigation-
I did not get a chance to present all of my evidence with Patty.

if there is evidence that behavior outside our policy would occur i would expect all leadership to be termed.
not easy to speak up.  i dont think its safe to speak up.  if the parnter stays on harmonic it doesn't speak much for the firm.

Traci Nelson is my MHRL.
I feel penailized bc i made people look bad. and now i dont' get oppotuities.
Tim Carey - Market Assurance Leader.

Confidential

*Date:* 10/31/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* Mauro complainant
Wallace E&BC

The Case Manager reviewed the role of E&BC, the E&BC process for reviewing concerns and the principles of non-retaliation and confidentiality.  The notes which follow are the facts as alleged/recounted by the witness and not necessarily statements of fact.

Last week i had a significant concern-

Meeting was called for me by Kevin Healy and Tim Carey.

The topic of meeting was that we were talking about ops for me in the market
the beginning of meeting they told me that i was the subject of some concerns that I had made some of the staff on my job uncomfortable.
they expressed uncomfortability with some statements that i made.

- they expressed concern that i discussed my critical opinion on real time recognition and compensation.  They stated that they know i shared my utilization and that I said that the tone at the top was concerning and that i suggested to staff that the email on compensation was misleading.
The told me there is a lot of discontent about this and have had conversations about this.

I have 3 staff that i work with and have had conversations with them
pat mcnarmara
andy pham
ha pran

it's possible that i had conversations with others one on one.

my concern of being backlisted - they told me my concerns were bull shit and that they have opportunities to discuss but my messages should stop.  They said that clearly there is not a backlist and we arent firing you, but it's easy to fire me.  HR was not present.

after all this they said they needed some trust from me to have me work on these projects.
i have no knowledge of what they are talking about in terms of the concerns of staff.
i felt ambushed.
i felt like was put in a corner and presumed guilty.
i said to them that i can add some more filter in my conversations.
I said staff seeks me out and i am honest with them

*Date:* 11/2/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* With Traci Nelson HR Leader

TN said that she heard from a Sr Assoc, Chirs Myrdal that Mauro had approached him and described a number of issues that concerned him.
Myrtal said that he felt uncomfortable after speaking with Mauro.

- mauro and chris went to get coffee.
we having a conversation and turned odd.

MB apparently started stating his views on the firm
saying he was barred from doing audits.
said he resinged from the firm 10x and that they beg him not to leave.
stated that this is the only way the firm listens.
he wrote these professional disagreement memos 2 yrs in a row. He sounded proud of this.
partners were afraid of him and that he would continue to do this.
Had no problem throwing partners under the bus if he disagreed.

stated that he makes 185k a yr.  and 20% utilized
openly has no respect for HR.
found 26 material weaknesses in a control environment which disagreed with the partners.

Confidential

*Date:* 11/3/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* chris myrdal- Sr assco
Wallace E&BC


CM works on the center of excellence (COE) pilot program
mission was to streamline the private company audit
brainchild of some sr partners - healy
i was pulled on the job.
got it rolling and created templates for SJ LA and Seattle offices
mauro botta was involved

mauro- seemed to have the most availabilty and will review the databses for the work.

i stopped by to see mauro on a coaching note and met him.
he wanted to get coffee the next day so we met in the lobby and went to pete's

we had small talk and then it turned to an uncomfortable conversation-

MB started talking about himself and his views on the firm and what he had been doing for the firm.
He was saying he was barred from doing audits anymore.
said he was famous for having resinged from the firm 10x and that the partners beg him not to leave.
bragging that acting this way was the only way the firm listens.
MB disagrees with the firm and that he writes these professional disagreement memos and for 2 yrs in a row.
partners have to be called in show support.  what is odd is that he seems proud of this.
partners were afraid of him and that he would continue to do this.
Had no problem throwing partners under the bus if i disagree with things.

Myrdal stated that he was then scared for the COE project.

MB also stated that he found it amusing that he makes 185k a yr.  and only 20% utilized
openly has no respect for HR.

On one jobs he proposed 26 material weaknesses in a control environment which disagreed with the partners.  never
have seen that many issues.

i had a call with another manager on the COE projects and i told kamal singh.  she said it was a problem and we can
handle.  she set up a call with me and Zach Weisely.  zach said he would handle and talk to adrian bemish.

I met with adrian and traci and dicussed it again.

apparently there was a disucssion with mauro and kevin healy

next day i had an interaction with mauro-

came over to me and said we need to talk and then walked away.  i was worried. i went to my market person. I was
told to go home and dont worry we will handle.

Monday met with Tim Carey- he thanked me and said i did the right thing

i dont want to ever work with him again.

Wallace advised that he did the right thing and to let Wallace know if anything else occurs.

                                                                                            PwC_B00005951

*Date:* 11/4/2016
*Entry Type:* OGC
*Entered by:* Justin Wallace
*Entry Notes:* ███████████████████████████████████████████████

PwC_B00005952

*Date:* 11/9/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* with Mauro Botta

Wallace wanted to determine what the conversatoin was about with Chris Myrdal.

MB said that he did not remember having any conversations one on one with anyone where he would have discussed salary and his views aroud the audit practice and the firm.

MB did state that he had some conversations with his team in a public setting aroud the the compensation policy and that he will honestly answer questions if hes team asks him.

Wallace advised MB not to do anything that could cause risk to the firm or hamper an investigation.  Wallace explained that actions could be taken as veiled threats.

PwC_B00005953

*Date:* 12/9/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* Tim Carey- Subject Partner
Wallace E&BC


The Case Manager reviewed the role of E&BC, the E&BC process for reviewing concerns and the principles of non-retaliation and confidentiality.  The notes which follow are the facts as alleged/recounted by the witness and not necessarily statements of fact.

Wallace disucssed the reasoning for the call.
Tim said that he remembers the conversation and that he received a call from traci nelson.
Tim said he came back from finland a yr ago and heard about some issues while he was gone from Mauro.
Mauro- voiced concerns about what a partner was doing on a job.
escalated into a national conversation.  Harmonic
The whole event left mauro jaded.  i felt that i had a good relationship with him.
mauro had been lobbying to get on more audit work and we got him involved.  Wanted him on the center of excellence project.
we heard noise that he wasnt focsuing on center of excellence project.
Mauro also had an issue with a Sr Assoc named Chris Myrdal...mauro was telling Myrdal that he had gotten two partners in troiuble, had problem with tone at the top and that the firm wasnt going to fire him bc he had the goods on them.
myrdal was uncomfortable and had spoken to an attorney.  He also went to hr. He wanted to be separated from mauro

at that point i had to have a more formal conversation with him.  -  he really has very good skills and skills to be developed.  He tends to see only black and white no gray.  doesnt listen to other perspectives.

we wanted to deploy him on jobs but some partners have some concerns and trust issues.  we need to pick the right spot.
Also in mean time the COE project is important and we wanted him to focus and he felt like it was only something to keep him busy.
we thought to bring him in and talk to him about the COE and let him know its important.

in the meeting i told him it was not the case that we were holding him out of work.  i sensed that mauro was uncomfortable with the conversation and was uncharactersitcally quiet.
kevin and i did it and felt traci should not have been there.  I felt that  Mauro would have assumed the worse and kevin and i seemed to be most logical.
conversation ended and i tried to tell him that i valued our realtionship and that it was important.  told him that we dont want to fire him.  there is no conspiracy theory.  he walked out and i felt like it was a decent conversation.  i didn't feel he would go out to talk to Myrdal about the issue.
I heard about him going back to Myrdal asking him to speak.
i have been keeping my distance and staying professional with Mauro.  I consider him a friend as well as a colleague.

Kevin and I werent trying to give him a time out to punish him..  we just had to try to find a good fit for him.  had to make sure i put him on the right type of job where he would be engaged.  Center of Excellence job did not get up to speed as fast as we wanted or anticipated.

there were partners that trusted him but had to find right mix.

we did keep him on gigamond.  it wasnt that he didnt have anything to do.
this coe prject is a big time project and its a big deal.  so thats why hes on it.  i assumed he was spending more time than he was until a colleague, bemish, told me he wasnt spending alot of time and he thought it was a bad idea.
had discussions with ogc about staffing him.  Also the Center of Excellence job did not start as soon as it was supposed to which led to some down time.

the struggle that i have had with mauro is that he's not blacklisted.

The BS comment.  I did not say his concerns were BS.  I told him that we are not putting you on a BS job and if thats your concern thats BS.  Told him at some point you have to trust us.  Told him Im not here to try to get you to be unsuccessful.
Told him im not trying to have you fired and if I was we wouldnt be here having this conversation.

intent was that we have a claim here and want you to be committed here.
In the past he came into my office with a job offer-  and i gave him advice..i didnt fire him then.. i would not have had that convo.

PwC_B00005954

Wallace coached Tim to consider having HR in the conversation and to take caution when disucssing employment actions as they can sound threatening even though the intent was not there.  Tim understood.

PwC_B00005955

*Date:* 12/9/2016
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* Kevin Healy-
Wallace E&BC


The Case Manager reviewed the role of E&BC, the E&BC process for reviewing concerns and the principles of non-retaliation and confidentiality.  The notes which follow are the facts as alleged/recounted by the witness and not necessarily statements of fact.


We had the conversation bc myrdal came and raised concerns with mauro
we wanted to dicsucss that issue and to make sure Mauro was committed to the firm
Tim told him we want you here but if you want to be here.
the COE work is with me and its a very important engagement.  That's why he's on it.
We told him he cant be going around talking to our people about partners and the partnership.
here is the playbook and this is how we do things.
reminded him on retaliating against staff (myrdal)
told him He CAN NOT RETALIATIE
Noone threatened his job.  Tim said something if you dont want to be here you have a choice.  you can leave, but we arent here to fire you.
Tim may have made the BS comment but not in a dismissive way.  Did not make the comment it about his concerns.

i had asked him to be on the COE way before harmonic issues and the COE has been way to slow to develop.  He was not put on ice.  we were going to put him up for director- stay and deliver Director not a partner candidate at this time.  he was the 1st sr mgr i tapped for COE, but the other younger mgr has taken the lead out there.
it was only intentional not to load him up with work bc I wanted him to drive the COE project.

PwC_B00005956

*Date:* 12/19/2016
*Entry Type:* OGC
*Entered by:* Justin Wallace
*Entry Notes:*

*Date:* 1/12/2017
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* Wallace closed with Kevin Healy


Wallace relayed the findings to Keving and coached Kevin to consider having HR in the room when having senitive conversations.  ALthough Tim did the talking Wallace advised that Kevin should do his best to keep the conversation professional and civil.

Confidential

*Date:* 2/3/2017
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* Wallace EBC
Tim Carey


Wallace rescheduled an earlier call that tim missed.

Wallace went over the findings and did not find a violation of firm policy.
Wallace coached TC on his conversation and the language used.  that it could have been seen as a veiled threat.
Tim understood and stated it was not his intent and that he felt bc of the close relationship with Mauro he was probably too casual in his language.

Confidential

*Date:* 2/9/2017
*Entry Type:* Conversation
*Entered by:* Justin Wallace
*Entry Notes:* Mauro Botta- complainant
Traci Nelson HR
Wallace EBC

Wallace set up a call to close the matter

Wallace advised Mauro that the matter was closed and it was unsubstantiated


Mauro said hehad additional concerns-

determine what MB's additional concerns were related to his harmonic issue.

Mauro still felt it was retaliaition for what happened and was off for 9 mos.  Wallace again explained it was unsubstantiated.


Mauro felt patty lin closed the matter in 3 days.
she didnt ask me the details.
mauros concerns- issues on harmonic did occur and he did asked for a review of the 2014 database (he wasnt not sure who he asked..most likely Stig).  He stated it was not in complaint but would like to have someone explain how that audit is in compliance.

in 2015 on harmonic I ID'd 25 issues and i was removed from the engagement even after CAO at client was fired.
they kept the same team left in place and the EP
This was known by kevin healy and tim carey and thats why I feel they retaliated against me.

i was downrated bc of harmonic.

my utilizaition was low for 9 mos.
There were other jobs I could have gone to cypress was one that i could have gone to.

Wallace advised that Patty investigated and reached a finding.  Wallace stated that if there was an issue with Patty matter why not raise with Patty.  Wallace said if there is an issue he will find out but felt Patty completed a thorough investigation.  Wallace advised that he will check with RM to see 2014 harmonic.  Wallace reiterated that this matter was unsubtantiated.

Confidential

*Date:* 2/9/2017
*Entry Type:* Event (system)
*Entered by:* Justin Wallace
*Entry Notes:* Case closed.

Confidential

PwC_B00005961

Confidential

PwC_B00005962