Exhibit 16



Mauro Botta <siskodlg@gmail.com>

## PCAOB request
8 messages

**Siegel, Craig** <siegelc@pcaobus.org>  Tue, Sep 11, 2018 at 3:34 PM
To: "siskodlg@gmail.com" <siskodlg@gmail.com>
Cc: "D'Angelo, Stephen" <DAngeloS@pcaobus.org>

Dear Mr. Botta:

Your lawyer, Alex Cabeceiras, said that we could contact you directly to arrange a time to discuss your complaint against PwC. Are you interested in speaking with us? If so, are you available to speak for an initial hour this Wednesday afternoon sometime between 1 pm and and 4 pm ET, or Thursday afternoon at 12:30 pm ET? If not, can you suggest times next week that would be good for you?

Thanks,

Craig Siegel

**Craig L. Siegel**

Senior Counsel I Division of Enforcement and Investigations

**Public Company Accounting Oversight Board**

1251 Avenue of the Americas, 16th Floor I New York, NY 10020 I USA

Phone: 646.437.5109 I Mobile: 202.262.3984 I E-mail: siegelc@pcaobus.org

**Stay Connected:** pcaobus.org | @PCAOB_News | linkedin.com/company/pcaob

The information contained in this electronic message and/or its attachments is intended for the named recipient(s) only. The electronic message and/or its attachments may contain confidential, nonpublic or privileged information disclosure of which is restricted by applicable law, including the federal securities laws. If you are not an intended recipient, or the employee or agent responsible for delivering this message to the intended recipient(s), do not copy, distribute or rely on the information contained herein. If you have received this message in error, please notify the sender immediately by reply and immediately delete this message and any attachments. Unless otherwise noted, any views expressed in this message and/or its attachments are those of the author and do not necessarily reflect the views of the PCAOB or its staff.

**Mauro Botta** <siskodlg@gmail.com>  Tue, Sep 11, 2018 at 3:38 PM
To: siegelc@pcaobus.org

Mr. Siegel,

absolutely, I am available at your convenience in any time you indicated. My cell phone is 408-464-5438. Looking forward to speak to you.

PLAINTIFF 001394

Best Regards

Mauro Botta
[Quoted text hidden]

---

**Siegel, Craig** <siegelc@pcaobus.org>      Thu, Sep 13, 2018 at 9:09 AM
To: Mauro Botta <siskodlg@gmail.com>
Cc: "D'Angelo, Stephen" <DAngeloS@pcaobus.org>

Mr. Botta, thanks for rescheduling our call today to 1pm ET. If you could have a copy of your legal complaint against PwC with you during our call, that would be helpful.

Yours,
Craig
[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>      Thu, Sep 13, 2018 at 4:12 PM
To: siegelc@pcaobus.org

Mr. Siegel,

I sent the Drive today, you'd receive it by tomorrow 3PM (UPS Tracking #1ZR231F21333589112). Please also find enclosed the email with the people I last interviewed with where I shared my concerns on the themes I was noticing.

Lastly, I wanted to ask but we ran out of time, if you may tell me what triggered your call at this time, I was curious to know if possible what captured your interest of which I am grateful.

Many thanks again

Mauro Botta
[Quoted text hidden]


PCAOB Email.pdf
311K

---

**Mauro Botta** <siskodlg@gmail.com>      Fri, Sep 28, 2018 at 11:11 AM
To: siegelc@pcaobus.org

Mr. Siegel,

I thought to touch base with you to ask if there was any update/questions on the matter we discussed two weeks ago, I'd like just to educate myself on what the next steps of the process would be and, if possible, to know the timing.

Many thanks again for your attention to this matter.

Respectfully

Mauro Botta

[Quoted text hidden]

---

**Siegel, Craig** <siegelc@pcaobus.org>      Fri, Sep 28, 2018 at 12:14 PM
To: Mauro Botta <siskodlg@gmail.com>
Cc: "D'Angelo, Stephen" <DAngeloS@pcaobus.org>

Mr. Botta,

Thank you for your email and the documents you sent. We cannot comment on the specifics of the Division's inquiry, including next steps and timing, but we will contact you if we need further information.

Again, thank you for your willingness to assist the PCAOB.

Yours,

Craig Siegel

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Friday, September 28, 2018 11:12 AM
**To:** Siegel, Craig
**Subject:** Re: PCAOB request

[Quoted text hidden]
[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>   Thu, Oct 4, 2018 at 12:53 PM
To: siegelc@pcaobus.org

Dear Mr. Siegel,

thank you for Your note, I understand Your point, I was at least hoping if You may confirm at a minimum if there is an investigation ongoing or it is not possible to disclose this as well.

Also I would like to submit to You additional chat transcript that occurred 2 days ago with current and just former (to this week) PwC employees, speaking of more anomalies on the Zhone engagement and their perception of the tone at the top in the firm ad their policies/feedback they received.

Given employees are still reaching out to me to signal me issues, given their fear to speak up and the fact they knew and know that I do speak up, please let me know the protocol with which I'd submit to you such additional evidence as it occurs, Does email work? If so, please see attached this latest chat transcript

Respectfully,

Mauro Botta
[Quoted text hidden]

 **Additional Chat.pdf**
334K

---

**Siegel, Craig** <siegelc@pcaobus.org>   Thu, Oct 11, 2018 at 4:30 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,

Thank you very much for submitting the additional chat transcript. We are happy to receive any additional relevant documentation that you are willing to provide us, and will let you know if we have additional questions that we would like to ask you. Other than that, I cannot comment on the Division's internal processes.

Regards,

Craig

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Thursday, October 04, 2018 12:54 PM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

 Mauro Botta <siskodlg@gmail.com>

## California Board of Accountancy
8 messages

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>  Fri, Oct 19, 2018 at 8:14 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,

I have been reviewing the materials obtained to date. I will need more time to review the issues, but I have questions about PwC's peer review and the firm Megapath (Company A) as referenced in your interview with the DA. You did not include this firm in your written complaint issues that you submitted in bound documentation.

- Is there a reason that this firm is not an issue for inclusion in your complaint?

- If there are issues with the PwC Megapath audit(s), do you know/remember whether the issues were present in more than the one year under peer review?

- Were there any audit engagements that you worked on, both with or without issues, that were selected for peer review by Grant Thornton?

Please submit your response at your earliest convenience. Thank you for your continued cooperation.

Sincerely,

*Tina MacGregor*

Investigative CPA

California Board of Accountancy

2450 Venture Oaks Way, Suite 300

Sacramento, CA 95833

PH: 916-561-1724

FX: 916-263-3673

PLAINTIFF 001398

**Mauro Botta** &lt;siskodlg@gmail.com&gt;     Fri, Oct 19, 2018 at 9:01 PM
To: "MacGregor, Tina@CBA" &lt;Tina.MacGregor@cba.ca.gov&gt;

Dear Ms. Mcgregor,

Megapath/covad is a private telecommunication company which was audited by pwc. The year indicated in my document was when grant thornton performed a peer review of pwc's audit of megapath.

The issue in this case was pwc unethical conduct to force me to upload in my file a non gaas peer review result (which was the result of the grant thornton review) despite I had nothing to do with the issue based on which grant thornton deemed the pwc audit as non gaas, and how these partners articulated the reasons, such as political capital, or not that big of a deal etc.

Please let me know if you have additional questions

Thanks!

Mauro

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** MacGregor, Tina@CBA
**Sent:** Friday, October 19, 2018 5:14 PM
**To:** Mauro Botta
**Subject:** California Board of Accountancy

[Quoted text hidden]

---

**MacGregor, Tina@CBA** &lt;Tina.MacGregor@cba.ca.gov&gt;     Tue, Oct 23, 2018 at 12:42 PM
To: Mauro Botta &lt;siskodlg@gmail.com&gt;

Mr. Botta,

Were there any other audits of private companies that you worked on? If so, please list the name and year.

Were any of these selected for peer review by Grant Thornton? If so, which one(s)?

Thanks,

*Tina*

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Friday, October 19, 2018 6:02 PM
**To:** MacGregor, Tina@CBA
**Subject:** Re: California Board of Accountancy

PLAINTIFF 001399

---

**Mauro Botta** <siskodlg@gmail.com>      Tue, Oct 23, 2018 at 1:13 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Ms. MacGregor,

No private audits were selected for peer review except the Megapath one to my knowledge. I'd need to give you my best recollection of all privates I worked on since 2004 by year:

2004 - None
2005 - Parallele Biosciences
2006 - None
2007 - MP Mask, GCT Semiconductor, CSwitch
2008 - IMFT, CSwitch, GCT Semiconductor, Buongiorno USA
2009 - MP Mask, Alpha and Omega Semiconductor, Pivotal systems
2010 - GCT Semiconductor, Megapath (Covad)
2011 - Megapath (Covad), Vocera Communications, InVisage
2012 - GCT Semiconductor, Vocera Communications
2013 - OnCore Manufacturing, eSilicon
2014 - OnCore Manufacturing
2015 - OnCore Manufacturing

Thanks

Mauro
[Quoted text hidden]

---

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>      Tue, Oct 23, 2018 at 1:19 PM
To: Mauro Botta <siskodlg@gmail.com>

Thank you.

*Tina*

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Tuesday, October 23, 2018 10:13 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>      Wed, Oct 31, 2018 at 4:28 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Dear Ms. MacGregor,

I was wondering if You had an update, if there were any other questions pending or if at this stage You finalized the review of the documentation.

Please let me know

thanks

Mauro Botta
[Quoted text hidden]

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>     Fri, Nov 2, 2018 at 12:45 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,

I have not completed my review, which I expect to do today. My next step will be to discuss the case with my supervisor. I will contact you next week with an update.

Thank you,

Tina

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Wednesday, October 31, 2018 1:29 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>     Fri, Nov 2, 2018 at 1:31 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Thanks Ms. MacGregor for the update.

Mauro
[Quoted text hidden]

PLAINTIFF 001401

 Gmail

Mauro Botta <siskodlg@gmail.com>

## California Board of Accountancy
6 messages

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>  Fri, Sep 28, 2018 at 6:48 PM
To: "siskodlg@gmail.com" <siskodlg@gmail.com>

Mr. Botta,

Mr. Carl Sonne contacted me regarding your communication about the status of your complaint filed with the California Board of Accountancy (CBA). The case has now been assigned to me. I will review the materials within the next two weeks and will contact you after my review.

As requested, the following is a general idea of the CBA's investigative process. Generally, I contact the complainant for any additional or clarifying information once I have completed my initial review. Typically, when there is a list of specific items needed, I send a letter. Once I have sufficient information and documentation that there is a potential violation, I contact the licensee by letter. The CBA is required to allow at least 30 days for the licensee to respond and extensions of time to respond are usually granted. During the investigative process, I may have additional questions or may need additional documentation from either party. Once I have gathered all of the pertinent materials, I will complete a report for review with my supervisor. The purpose of my report is to make a recommendation to close the case, to request an investigative hearing, or to pursue an enforcement action. My supervisor will review the case and make a determination of how to proceed.

Because the issues in your complaint are complex, the investigative procedures will take time to ensure that I have gathered the appropriate evidence before making a recommendation to my supervisor.

If you have any questions, please contact me at your convenience.

Sincerely,

*Tina MacGregor*

Investigative CPA

California Board of Accountancy

2450 Venture Oaks Way, Suite 300

PLAINTIFF 001402

Sacramento, CA 95833

PH: 916-561-1724

FX: 916-263-3673

---

**Mauro Botta** <siskodlg@gmail.com>            Fri, Sep 28, 2018 at 7:07 PM
To: alexc <alexc@dereksmithlaw.com>

FYI

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>            Fri, Sep 28, 2018 at 7:18 PM
To: Tina.MacGregor@cba.ca.gov

Ms. MacGregor,

thank You for Your explanation and to explain to me the process, I remain available at Your convenience to provide any additional information and meet if You'd so choose.

Respectfully

Mauro Botta
[Quoted text hidden]

---

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>            Fri, Sep 28, 2018 at 7:18 PM
To: Mauro Botta <siskodlg@gmail.com>

Thank you.

Tina

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Friday, September 28, 2018 4:18 PM
**To:** MacGregor, Tina@CBA
**Subject:** Re: California Board of Accountancy

[Quoted text hidden]

---

**Mauro Botta** <siskodlg@gmail.com>            Thu, Oct 4, 2018 at 12:49 PM
To: Tina MacGregor <Tina.MacGregor@cba.ca.gov>

Dear Ms. MacGregor,

please see attached, additional chat transcript evidence that occurred 2 days ago. The 2 are current and just former pwc senior, speaking of more anomalies on the Zhone engagement and their perception of the tone at the top in the firm. I assume it is ok to email additional evidence to you as it surfaces, however if there is a different protocol I'd follow, please let me know so I may follow it accordingly.

Respectfully,

Mauro Botta
[Quoted text hidden]


Additional Chat.pdf
334K

**MacGregor, Tina@CBA** <Tina.MacGregor@cba.ca.gov>　　　　　　　　　　　　　Thu, Oct 4, 2018 at 1:02 PM
To: Mauro Botta <siskodlg@gmail.com>

Mr. Botta,

Thank you for the additional information. Yes, it is okay to send documentation to me as it comes along.

Sincerely,

*Tina MacGregor*

Investigative CPA

California Board of Accountancy

2450 Venture Oaks Way, Suite 300

Sacramento, CA 95833

PH: 916-561-1724

FX: 916-263-3673

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Thursday, October 04, 2018 9:50 AM

[Quoted text hidden]

[Quoted text hidden]

PLAINTIFF 001404