Exhibit 17

**Whole Leadership – Partial at Level**

*Written Comments:*

"Mauro has numerous strengths in areas such as the understanding of audit methodology, commitment to quality, strong work ethic supporting his teams and engagement. While these strengths were observed on Harmonic, there were also performance gaps related to building strong relationships, creating the PwC experience for both the client and team, implementing EPQ methodology and basic project management of the audit. Mauro's weaknesses in these areas had a significant impact on this engagement."

*Verbal Comments*

Positive: Mauro was focused on audit quality, asked a lot of good questions

Development: Mauro needs to achieve a more balanced approach not focused only on the dimension of quality, did not provide client and team a PwC experience, did not implement EPQ principles with asking WT type questions in January and raised issued like cap. Threshold, inventory reserves, while revenue testing sample had issues for a Q1 sample.

Reply: EPQ was not possible due to my arrival in October and PwC experience had to be subordinated to performance of basic audit procedures which were missing when I arrived. The relationship of team and management was built upon lack of audit procedures, which is demonstrated by their reaction to my questions that were never asked before according to the replies received by the company. The EL lacked knowledge of critical estimates, as well as the team, which resulted in having to perform WT type questions in January. Project management was multiple times escalated to the EL including status on open items, resource needs which was discussed with op leader before field work started due to the staffing situation and pressure that was put on me (2 job no manager at the same time, one with sox implementation and 2 MW, and Harmonic which was missing significant basic audit procedures from prior years.). Revenue sample failed from Q2 and those tests were reviewed by me on timely basis upon staff completed it and CN were addressed throughout fieldwork given the lack of coaching the team received up to my arrival). The audit effort was made challenging by the conduct of the EL who pushed back on asking questions, reminded me that "important client of the firm sit on the board of this client", and removed questions I was asking forcing me to re-add them at night when my team was asking why he was removing them.

**Business Acumen – At Level**

**Technical Capabilities – At Level (except issues management partial at level)**

*Written Comments:*

Mauro had significant challenges closing out issues. He raised several good questions during the audit, but in almost every case he was not able to bring the matter to closure.
Mauro did not effectively anticipate staffing needs, which hindered the timely completion of the audit. He initially opposed bringing on additional staff and managers, but in the end three additional senior managers were needed to get the work done."

*Verbal Comments*

Mauro raised very good questions but could not close them, should have prioritized them, for instance revenue and consultation memo. Although EL assigned areas such as SAD to another SM, Mauro should have prioritized to focus on these documents. He should also challenge himself for his conclusions.

Reply: Each issue was identified and closed by me, identified and escalated timely on the board of the audit room. The documentation was outsourced, but not the resolution. I had to step in several times escalating to national to stop the EL from reaching an incorrect audit conclusion (Revenue, control on revenue and SAD documentation). I did not refuse staffing help, which was discussed with Heatley even before fieldwork started upon resignation of Nick turner.

**Global Acumen – Partial at Next Level**

*Verbal Comments*

Positive: Mauro possesses world global knowledge more than most, I'd encourage to focus on the business side of such world knowledge.

**Relationship – Not at Level**

*Written Comments:*

"Mauro did not invest sufficient time in building relationships. Instead of working directly with client, he communicated through more junior staff. This led to inefficient and poor communication that caused significant client frustration. One example of the reaction to Mauro involved the head of manufacturing accounting. Her frustration with the audit ultimately led her to walk out of a meeting and resign. Her complaints was that PwC lacked sensitivity and reasonableness."

*Verbal Comments*

Mauro did not invest sufficient time with the client, there was already significant noise in Q3, audit procedures recomputed for the entire year on allocation, time spent on fully amortized assets that was not understood by the company, the director of cost acc and ops felt treated like a criminal and I was unreasonable. CAO and Dir. Rev. said I hardly spoke and was confrontational.

Reply: The Q3 noise was never communicated to me, on the contrary the discussion was positive and I was encouraged "to keep the EL honest" this can be verified also with my coach who did not report to me issue in mid-year. Had I known on timely basis I could have tried to remediate or improve the matter. The EL recognized when he advised me to be more present I acted upon it in the time I had available. I did not use junior staff but 2nd and 3rd year senior who also according to the EL worked well with the Company. Even when I attended those meetings I had them lead the meeting and there were no instances where the senior could not articulate the question. During the meeting in question, the EL made a comment "This is the sloppiest work I've seen" and I simply asked for supporting evidence so I don't see how he could prove my comment was the trigger for her reaction. After filing I was complimented by the same resources for my POV and competence.

**Context**

I started the Harmonic engagement with the Q3 review in the second half of October, while doing another 12.31 year-end in SOX implementation with 2 MW to remediate. Right after the Q3 review no managers were assigned to either engagements until December when I was given an exp. Hire manager in Gigamon without Sox or US audit experience. When I stated to the C&N team leader my concern on ability to perform effectively on both jobs I was told I'd have led by example and that other jobs too were sharing the load. When Avago was provided as example, being also the job who relocated my recurring manager and the first exp. Hire I asked to the C&N leader how an exp. Hire in a 5 manager job is the same as the only leading manager in a public, to which the previous concept I was to lead by example was reiterated.

Right after I rolled on Harmonic, I noticed that despite be Mid October, areas normally completed by that time, such as planning, Q1 and Q2 revenue testing (non-stat) was not done and upon planning sign off I notified the EL that rework will have needed to be done on the walkthroughs because there were significant pieces missing (i.e. level of precision of controls).

During Q3 review I demonstrated my whole leadership skills by working with the company and assisting them effectively throughout the issuance of convertible debt and comfort letter while liaising with specialists to ensure timely completion and doing consultation with national and risk management for one of the adjustments I noted during the review. During the performance discussion, the EL mentioned he was fully satisfied with my performance and I'd continue to "keep him honest". No reference to company's management complaints or noise was brought to my attention. What instead I witnessed was 5 adjustments related to prior Q, one of which referred to prior year related to restricted cash, to which the CAO reaction was to state in a meeting with me and the EL that "You were ok with this last year, now u say you're not, I don't feel I can trust you anymore".

In January the manager at harmonic who assisted me during the Q3 review quit and the Op Leader, Robert Heatley, called me to inform me I was being assigned another exp. Hire with no US audit experience on Harmonic as well. In the call he notified me that additional resources would have been made available to me in mid-february (he referred to 2/3 managers) right after most public would have filed. I accepted the conditions proposed to me by the Op Leader. During January before fieldwork start I met with the team and realized that 2014 Db had significant issues in terms of both coaching, audit documentation and procedures and documentation. The team was unable to respond to the findings that emerged during the review of the workpapers, so as a result we drafted very detailed work plan and questions to ask to try to remediate the gaps existing.

Upon the beginning of the fieldwork I had to split time with Gigamon (who was filing 20 days earlier than Harmonic) and Harmonic and I also had to spend 2 morning a week at the hospital for spinal related issues of which the EL was aware. Having finalized in detail the questions we had to ask on each area, I prioritized Gigamon, keeping track of status with my Harmonic team spending at least one day a week there up to the ER of Gigamon and discussing with my manager and lead senior the status.

My Harmonic team started quickly to notify me that the company was not delivering items and was doing significant push back, of which I notified the EL. Furthermore there were personal references to

me in emails from the company and in meeting as "new player" by the company and that I was not knowing their processes and controls. Also the team notified me that the company was having key contacts going on PTO on a weekly basis. When I notified the EL of the fact we were not receiving items or responses (as demonstrated by the open item lists that was circulated daily), the EL responded that was instead a blessing that we did not have contacts on site that we needed, because they were tired and once back we'd have benefited from it. Furthermore the EL kept referring to the company and to my team that this was a tough audit, creating the impression that we were performing more than what we should have, while instead we were simply doing an audit. I made very clear to the EL that these comments were undermining our efforts and creating frictions and I made such comment in presence of the QRP who concurred in the meeting that this was not a tough audit, but just an audit.

My repeated requests to the EL to talk to the CFO to notify that the company and the CAO were not assisting and cooperating were not followed timely and when finally the 12b-25 occurred not only the CFO stepped in and each item was delivered in days and the company asked us questions to clarify on items, but he also asked back the company's CAO as to how could they not know items we were asking and our questions were fair during an AC.

Had the EL escalated much more promptly the issue and the gravity of risking the deadline as I asked, the delays could have been avoided because we would have received answers and documentation on time as proven by the delivery time once the CFO got involved with the urgency I requested much earlier.

Given the time available and as the EL stated in his feedback, for asking the questions we drafted in the work plan, which included WT type question of understanding, I did rely on the 2 seniors (2nd and 3rd year) who worked with the company before, and as the EL said had no issues working with management, and also told them that if there were issues in understanding to let me know and I'd have gotten involved. The Company approach was not to respond to questions and at first attempt to push back stating we never asked such questions since we audited them, then to state we were being unreasonable because now was January and kept asking to speak to the EL. As further example of the EL inability to understand the severity of the status and the need to escalate above the CAO, after a meeting where I explained to him the issues and status, as a reply he sent email to the team saying we're trailing in EGA prepared since last year rather than being responsive of the delays and issues I was stating.

Furthermore in status meetings with the company the EL apologized to the Company for what was happening rather than supporting the effort of the audit and that these questions needed to be answered more timely. At that moment I notified the QRP that the EL not only was not supporting the audit, was resisting in us asking questions and we were at risk of missing the deadline.

The situation that presented given this context was that I had 8 weeks to perform a job on a company that was given a pwc experience that consisted of lack of basic questions and training on both sides of what an audit really entailed, including the EL, so I exercised my leadership and I tried to help my team by also etting them use my name as requestor to add more support from the top, because I foresaw that the relationship for the reasons noted above was having frictions that the EL was not helping to resolve and I deemed my job was to shield my team from any possible personal frustration from the company, approach that proved to work. This course was chosen given I could not always be there, managers were

promised to me in mid Feb only by Heatley and I considered the existing team be ideally placed to bridge the questions we were asking now with what we never asked before.

EPQ methodology was not possible to apply given when I rolled on to the engagement and the fact we had to do the entire audit including understanding of processes in 8 weeks which the EL failed to properly review and supervise up to the point I rolled on. As further evidence I noticed that the EL was not aware of the basic processes surrounding areas of estimates, including revenue aspects such as system limitation and use of conventions, for which I had to assume the leader role in teaching what an audit was, in teaching my team what taking responsibility and protect the team meant and assuming EL functions in making decisions on technical level highlighted below and training also the EL in basic concept such as when a fixed asset should start to be depreciated, of which I had to provide written evidence to convince him of this concept.

During the entire audit I provided an EL example of leadership to my team and as example on top of coaching on all areas (including revenue where for instance the 2nd year senior was surprised I reviewed the folder with the contracts) I also demonstrated and reiterated to them that our job is to audit and we would be done when we are done. The EL when announced the 12b-25 to the team used the exact same words to the team. I also taught them that they should not be accepting no explanations from supervisor just because he says so and how to document and to audit.

As noted above, when I noted lack of support from the EL for the company's delivery and issue resolution, I escalated promptly my concerns to the QRP and MAL. The QRP told me he would have spoken to the EL to make him understand that the deadline of end of Feb given the work that had to be done was not feasible.

On the technical side I had to step in 3 times to stop the EL from making incorrect auditing calls:

1) On the deferred revenue sampling issue the EL accepted the company approach of haphazard 60 samples, and after my push back that I could not find rationale on this approach he asked the company to do few more, which resulted in 13 additional. Upon reiteration of my doubts I had to advocate par. 2713 to the EL and QRP because I was not comfortable this approach was adequate. The EL in the meeting warned me that we should be mindful that "important people sit on the board of this company" and quoted Wells Fargo as one of the account. I reported this comment to the QRP as highly inappropriate and putting pressure on us to close the audit without asking all the questions we'd ask, to which the EL kept referring to "bigger fish to fry". Upon conversation with national it was proven that the EL was not correct and a statistical sample had to be told to the company. I was also often pushed back from asking question, referring to non-existing guidance such as the one that the EL said that if I found an issue in one sample didn't mean there could be a pervasive issue, referring to the inability of the company to interpret a term in foreign language. To the timely review comment, I instead timely reviewed revenue samples as the team completed them by also providing detailed notes, Q1 was reviewed in December by me and notes had to be addressed throughout March by the team. The EL is incorrect in stating Q1 sample caused the issue in our supplemental sample, q2 was the sample which was prepared only end of January and reviewed by me right away in February.

2) On the control assessment, EL, QRP and SM assigned spent days to work on the identification of flux as compensating control, despite my opposition. For 2 times I provided comments to the

memo, yet the EL and SM worked on their own and for 2 times I was put in a call with national where I had to say I could not agree with the conclusion because I was not given any document to review. One objection related to the level of precision of the flux, to which the EL said that if was too low for the error, we could just raise the threshold, adding also that if an error is noted above the threshold does not mean the control has an issue. Such statement was made in presence of me, QRP and SM. National struck down the flux as compensating control corroborating my view. Aside from this I asked specifically to be present when the SM and Partner were asking the company on the threshold because me and the Exp. Sr. already witnessed a meeting where the EL fed the company which answer to give to our question on fully depreciated assets, and I wanted to be sure that the questions were asked in an open form. Without explanation I was not part of the meeting with the CAO.

3) On the redaction of the SAD that was presented after EL, QRP, SM and Aux partner agreed, I had to step in because the document missed basic auditing standard concepts, such as documentation of root causes and definition of could factor. Such observation were agreed by the auxiliary partner in a meeting with me on Monday before filing date.

Auditing wise overall I noted dozens of issues resulting from the lack and/or incorrect understanding of the processes by the eng. Team and EL (i.e. revenue conventions, warranty which was solved in a call when the EL asked the CAO in my presence point blank how did the warranty accrual work at Harmonic) and as pointed out several times to EL and QRP, almost all the issues noted were existing since prior year, and some in prior years.

Issues management wise, I was able to close all the issues identified, which resulted in SUM entries written by me on the board of the audit room, and I also identified all Control issues and out of period. I escalated each issue immediately as noticed and due to the numerous issues of the audit, the mere documentation of them was transitioned to others but that does not mean closing an issue.

I also prioritized the work because the documentation of the issues could be done by the relief team while the review of the procedures and test results on higher risk areas was not efficient if done by someone just coming in; furthermore given that the knowledge of processes and issues was not known by team, company and EL, my main priority was to keep reviewing to find out what else we did not know that could have resulted in more risk. The issue management was also made difficult by the attitude of the EL that was removing questions we needed to ask and forcing me to put them back on the list at night when I was arriving. An example was even involving an audit adjustment on royalty accrual that was initially removed by the EL as issue and resulted in the staff to state with the whole team present that she agreed with me that this was an issue but she didn't care anymore. At the end I put back the accrual and ended up as SUM item.

On the relationship front, the dir. Of cost accounting and the FP&A complimented me after the filing for providing them lot of good points and ideas and providing fresh perspective, and as example she asked for my help in assessing if I could recommend a resource to help her in cost accounting. In the meeting where she stood and left, the EL made a statement "sorry in case you get offended but this is the sloppiest work I've seen" and once the company started to explain the process my only participation in the meeting was when I asked them to provide the support for the meeting invites, at which she stood

by in tears and left. I believe there is no proof that my single question was what triggered the reaction vs the comment made by the EL. Also to note that the dir. was suffering from health issues, lost staff and was assigned acquisition work on top by the CAO, so the audit compressed timeline was another element that piled on top.

The EL stated I didn't invest time in meeting them, however he also stated upon him suggesting me to chaperon more he did note the improvement, the sufficiency of it was due to the time I had available and he also stated that the previous team never had issues in dealing with the company's contacts. This statement is also contradictory because if the existing team per the EL never had issues and I had them be the main contacts, I could not then be responsible for the relationship being damaged, given that I had the 2 lead seniors asking the questions. Even when I went with them, I still let them lead the meeting to assess their performance and there were no instances where the question was not clear, while instead emerged that the Company lacked training in even producing basic schedules to support their balances (i.e. off-book liability).

Further, no credit in the evaluation has been given for coaching, among which the exp. Senior that the EL credited me for creating opportunity sufficient enough to support him for promotion to manager, while the prior year he stated he didn't have much interaction with him. Also, as evidence of business acumen, thanks to my audit, the company's management was given additional 8 resources to hire, part also due to acquisition, but also due to the questions we asked which highlighted how the finance staff was cut too much by management. The very same dir. Of cost accounting told me she appreciated the help in providing her additional resources.

In relation to Q3 feedback, no such noise was communicated to me, without which I could not take proper corrective actions and my ability to correct upon feedback was evidenced by the EL when he advised me to be more present in meetings, I did so with the time allowed.

As far as reference to the time spent, the situation was also made more challenging by tasks provided to me by the EL which required significant effort which were then ignored without explanation. For instance the EL asked me to go back to each of the 300+ sample and compile a list of all order entry issues noted and then at the end he ignored my work and did not note such control in the Sad simply stating he did not believe was an issue.