Exhibit 22

Message

| | |
|---|---|
| **From**: | tye.thorson@us.pwc.com [tye.thorson@us.pwc.com] |
| **Sent**: | 2/22/2015 10:38:04 PM |
| **To**: | timothy.scott@us.pwc.com |
| **CC**: | Robert F. Heatley ["cn=robert f. heatley/ou=us/ou=abas/o=pwc@americas-us"] |
| **Subject**: | meeting tomorrow AM to discuss Cavium matter |

Tim,

do you have time tomorrow to discuss a rather urgent Cavium issue with Heatley and I.

regards,

Tye Thorson
Assurance Partner
San Jose, CA
408-460-5977 cell
408-817-5789 office