# Exhibit 23

*Date:* 4/27/2016
*Entry Type:* Initial Report
*Entered by:* Patricia Lin
*Entry Notes:* with Traci Nelson:

Mauro Botta, an experienced sr. manager core assurance practice in San Jose
He's a tenured director – 6th/7th
talked about resigning many times
Tends to get frustrated, says he's one of the best auditors, puts his skill sets above partners

Caviun – seemed to take a different approach when he goes about an audit; Mauro uncovered issues he feels that the partners and teams in the past should have spotted; he does this on engagements he's on for the first time
HR/business heavily involved with OGC and many consults as it relates to Caviun last year – that got a lot of attn., questions he was raising, how he was going about it, matters pressing on, he wouldn't let go of anything
same thing happened on Harmonic this year

Feedback HR has received from others is that he's aggressive and combative
Matt Steele is his actual HR

Mauro raised retaliation
Mauro claims he discovers issues, makes multiple requests for add'l info but he didn't't do anything to build relationship with client directly, used staff to as a go b/t to the client; In a meeting with a client, a client got frustrated with the nature of Mauros' request and tried to resign; the client was able to keep the client staff to stay

Client got frustrated and nature of request
Client – tried to resign, talked to them into staying
The PwC team – working with Mauro and Sig and major duress do a lot of add'l work
Work through some of the matters mauro was bringing out
One consult bringing – tim scott and Gil Fil- RM
Mauro has a different perspective on materiality; very diligent, he wants everything cleared out before he gets comfortable; feels like he's the only one able to audit to appropriate degree;
The partners – while they appreciate his technical ability, feel at risk working with him; they don't trust his judgment and approach and how he manages the client relationship – liability

Sig delivered a snapshot to him, feedback to him, had numerous consultations with OGC (lauren, Laurie Lynn Philips), Chief Auditor
did not meet level in relationships
Stig – there was an email from the client – displeased how things were managed; Mauro was rolled off this client at the client's request

similar issue on Caviun, but the Partner gave a softer snapshot

Mauro acknowledged that he was asked to come off the client but he doesn't't feel heard and appreciated and that partners and sr. managers can't audit
got snapshot Thursday from Sig and Matt Steele; he then went and spoke to Traci afterword; He told Traci he didn't provide his point of view, he just listened
Tim Carey is Market Assurance Leader – talked to him that Thursday night as well
Mauro agreed to set up another meeting with Sig to discuss his point of view - for this Friday; Traci will be present - conversation about the experience on the engagement

Mauro said retaliation; Traci told him she needs to escalate to ethics

He was tier 1 –
Mauro he is being withheld opportunities – reputation he has for being aggressive and demanding; soft skills needs to work on

He had an executive coach a couple of years ago; the coach did a 360 assessment and follow up sessions
Perception and feedback – he took a lot away from that; he was upset about the feedback but was focused on trying to tie back to who said what

second week of May is his CRT

*Date:* 4/27/2016
*Entry Type:* Conversation
*Entered by:* Patricia Lin
*Entry Notes:* with Mauro Botta:

process
confidentiality and anti retaliation

Mauro got snapshot last Thursday; finished the job on 3/24; sought to receive it from Stig; Stig said he needed time
when he went to discuss with Stig, HR was there; no one told him HR was going to be there, Matt Steele
Stig told him his comments; feels that evaluation was unfounded and retaliatory because of the specific situation
Mauro went to Tracy after, because he feels comfortable with her and not Matt
she encouraged Mauro to talk to Market Assurance Leader Tim Carey – he said that he was aware that HR was going to be there

Mauro feels that content in snapshot was one-sided; he said Tracy told him too that his snapshot looks different than what he has received during his career here
Market Assurance leader told Mauro that it would impact rating
Market Assurance Leader told Mauro that he wasn't considered for other large engagements because he's difficult to staff
feels like Stig's view is unsubstantiated and damaging his brand
After Harmonic – there was engagement – Arvago; the sr. manager resigned, his successor was assigned, sr. manager junior than Mauro was staffed on it and also on Cypress semiconductor; no visibility why not considered

Harmonic snapshot:
EPQ methodology feedback under WL: Mauro feels that when he rolled onto the engagement in mid-oct, planning was not done, walked through needed to be signed off, revenue testing for previous quarter not finished; he had little time on top of another engagement at the same time – little time to do stuff that engagement leader was supposed to have done; Significant portions of work not done by Stig but Stig blamed him

Building relationship: before fieldwork, Mauro gathered team in a room, went through priority work papers to minimize questions, significant balances not audited; he tried to ask engagement team about basic understanding of process, the work papers didn't contain answers and the team didn't know; had to ask the client questions that should have been asked last April or may of last year, had to start asking questions and questioning process; the client's reaction was that pwc had been auditing them for many years, they were confrontational, Mauro told the client to talk to him if they had questions instead of his team

Stig also didn't respond to his concerns that the client was not responding and constantly pushing back, which caused delays; rather than supporting the team, Stig apologized to the company. At the end of the engagement, Mauro said he was blamed for the whole audit experience even though he found 15 issues related to previous year, despite having to remediate everything
he had to do that in 8 weeks, at the end stig rolled him off because the company thought that Mauro was the on who caused all of this
Mauro's mind - is that Stig didn't audit as he should have, and the company see someone asking a lot of questions

Not ability to build relationships – very little time to remediate situation

Mauro was leading Sr. manager, manager was new and given to me, experienced manger, previous US GAAP, new associate new and second year
Lead sr.s were reoccurring
Mauro had to coach the team how to do the audit and feels that he shielded them from the client
Mauro was also having health issues

Mauro blamed everything on him, because result of everything that occurred put him in a difficult situation, he was there for 3 years,
New element in the audit team, easy to dump the new person, it was him – couldn't project manage

Mauro tried to reach out to Stig several teams,
Reach out to the CFO a few times – we were not getting staff
key contact going on Vacation, stig said blessing
Couldn't't progress in audit while people on vacation
CFO was supportive of what we were doing – how was it possible that they didn't't know answers to questions that they were basic

Evidence of Gap in his knowledge
the company was calling him the "new player"
didn't't feel support from engagement leader
also referred to what we were doing to be a tough audit, but mauro felt ordinary

But it was compressed

Relationship: not at level
Junior staff are experienced Srs, even in verbal discussion he said that they worked well in the previous years
Building relationships – it is very unusual routine questions that sr. manager needs to go to meetings with client and sr. associate, who is up for manager
Mauro said he didn't't receive a single question from company about oh I didn't't understand
Ex. he – he was present with experienced sr. and partner, stig made a statement to her and the client – I'm sorry to offend, this is the sloppiest work I've seen, then when they started to explain process, the director walked out in tears; Mauro doesn't know how his request for a copy could have caused this; Experienced Sr. Associate – Umit Ozdemir was there
Not sure why he was blamed for this and not the Partner
This client staff had a lot of work, unreasonable – the questions we were asking, never asked before, they were never really audited that they should have been
Can understand their reaction because he was trying to get the work done

Mauro had worked with Stig on very short project, but not directly; another leading sr. manager at the time, and it was a fairly large engagement

when Stig gave him feedback, first time Mauro example of ▇▇▇ needed time to process

Stig told Mauro the company had concerns about Q3; Q3, started to find adjustments related to prior year
CAO – made comment in my presence to Stig – I cannot trust you anymore
Stig didn't tell him any issues until snapshot meeting

Didn't't talk about feedback during year end – it was not easy at year end, Stig was making decision and calls in terms of auditing, I had to step in several times, mention I was disagreeing with him; We had to involve national office which agreed with what Mauro was stating; Gil Simenati –
I was bringing issue, and he was pushing back, asking too many questions
If you do not know how things work there, if you do not know what you can find, you don't know if there can be a risk or not
One example of these unusual behaviors, in a meeting with QRP present, made a statement that I needed to be mindful because of board of directors; Mauro said not very appropriate, Stig said hindering me from asking too many questions
QRP agreed
End of Jan/beginning of Feb

Technical which includes issue management:
Several times had to step in from making wrong auditing conclusion and to involve national; stig is Not aware of concepts that are basic
Guidance on fixed assets start to depreciate – first year seniors should know this; He also asked Mauro to compile a list of an issue I felt was evident, Mauro complied a list;

Only piece was documentation – closing an issue
Additional output was brought over to help with documentation – still had to step in to help with documentation of it

In re staffing needs, Mauro said recurring manager quit one week before field work started; He called Bob Heatly, operations manager, they were aware that by giving me a manager not experienced on US GAAP on both jobs, there was a risk that there was a risk not working perfectly
There were 2 or 3 managers, that he would have my dispose, I knew in Jan that the office was aware of situations – committing to me resource, at no point did I saw no, I don't want add'l help
Bob Heatey – Partner who manages scheduling/operations
When I started having timing issues sought QRP help, Argun Gench – QRP on harmonic
All the issues I discovered except maybe one – all issues from prior years

No idea why he said opposed to bringing on staff

advised to cancel Friday meeting for now, if unsubstantiated likely will do it then, but cancel pending my review

His team also reached out to him and told him that Stig was telling company that Mauro was rolling off because he had commitment on another project and chose not to be there
feels that this is damaging ep – if I'm in shoes of management, think of me I'd prefer not to be with them

Made him look bad – raising issues; things were not resolved
Had to escalate to national and market team leader