**HUESTON HENNIGAN LLP**
John C. Hueston, State Bar No. 164921
*jhueston@hueston.com*
Moez M. Kaba, State Bar No. 257456
*mkaba@hueston.com*
Joseph A. Reiter, State Bar No. 294976
*jreiter@hueston.com*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:  (888) 775-0898
Attorneys for Defendant

**DEREK SMITH LAW GROUP, PLLC**
Alexander G. Cabeceiras, Esq.
One Penn Plaza, Suite 4905
New York. New York 10119
Telephone:  (212) 587-0760
Facsimile:  (212) 587-4169
*alexc@dereksmithlaw.com*
*APPEARANCE PRO HAC VICE*
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 3:18-CV-2615-RS<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, *see* ECF No. 125, the parties submit this joint report.  The parties engaged in a meet and confer on May 19, 2020 to discuss the possibility of settlement.  The result of the meet and confer was as follows:

☐  The case settled, and the parties will submit a filing to this effect within the next 30 days.

☐  Although the case did not settle, the parties made meaningful progress toward settlement and therefore request the opportunity to engage in additional ADR.

☒  Despite a good-faith effort to reach a settlement at the meet and confer, the case did not settle.

In addition, the Parties wish to advise the Court of the following:

Pursuant to the Court's prior order, *see* ECF No. 119, the Parties participated in a settlement conference with the Hon. Thomas S. Hixson on March 27, 2020.  The Parties have also engaged in two private mediations.  The Parties' settlement discussions have not been successful.  *See, e.g.*, ECF No. 124.

The Parties appreciate the scheduling uncertainty caused by the current pandemic.  Subject to the Court's availability, both Parties will be ready to commence trial on the November 30, 2020 date.  *See* ECF No. 119.

- 1 -
JOINT STATUS REPORT

| | | |
|---|---|---|
| Dated: May 19, 2020 | | **HUESTON HENNIGAN LLP** |
| | | By: */s/ John C. Hueston* |
| | | John C. Hueston |
| | | Attorneys for Defendant |
| | | |
| Dated: May 19, 2020 | | **DEREK SMITH LAW GROUP, PLLC** |
| | | By: */s/ Alexander G. Cabeceiras* |
| | | Alexander G. Cabeceiras, Esq. |
| | | Attorneys for Plaintiff |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

- 2 -
JOINT STATUS REPORT