

February 1, 2021

The Hon. Alex G. Tse
San Francisco Courthouse, Courtroom A – 15th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

**Re: Botta v. PricewaterhouseCoopers LLP, Case No. 3:18-cv-02615**

Dear Judge Tse,

    As Your Honor is aware, we represent Plaintiff Mauro Botta in the above referenced matter. We write today to briefly respond to Defendant's letter (ECF Dckt. No 139).

    Plaintiff is happy to discuss matters raised by Defendant during the joint pre-trial conference and through his forthcoming Motion *in Limine*. Typically, as Plaintiff understands, at conference and through Motions *in Limine* is where Defendant's issues will be addressed. Additionally, Plaintiff has separate issues to raise at the conference.

    We thank Your Honor for your consideration and presiding over this matter.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**

***/s/ Alexander G. Cabeceiras***
Alexander G. Cabeceiras, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119