# APPENDIX B

1  John C. Hueston, State Bar No. 164921
   *jhueston@hueston.com*
2  Moez M. Kaba, State Bar No. 257456
   *mkaba@hueston.com*
3  Joseph A. Reiter, State Bar No. 294976
4  *jreiter@hueston.com*
   HUESTON HENNIGAN LLP
5  523 West 6th Street, Suite 400
   Los Angeles, CA 90014
6  Telephone: (213) 788-4340
7  Facsimile: (888) 775-0898

8  Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP
9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13

14
   MAURO BOTTA,                         Case No. 3:18-CV-2615-AGT
15
            Plaintiff,
16                                      **DEFENDANT
                                        PRICEWATERHOUSECOOPERS
17      v.                              LLP'S WITNESS LIST**

18
   PRICEWATERHOUSECOOPERS LLP,
19 et al.

20
            Defendants.
21

22

23

24

25

26

27

28

Defendant PricewaterhouseCoopers LLP ("PwC") hereby submits its preliminary list of trial witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure.

PwC may present these witnesses (by live video or by deposition transcript). The list below does not mean that the witnesses are available or will necessarily appear at the trial. Rather, it reflects potential witnesses who may testify at the trial, other than witnesses who may be called solely for impeachment or rebuttal.

PwC reserves the right to supplement or amend this witness list, including in response to the testimony provided by Plaintiff Mauro Botta, who has the burden of proof, or his witnesses. PwC further reserves the right to call any witness named on Plaintiff's witness list. PwC also reserves the right to object to part or all of the testimony offered by any witness identified below on any ground consistent with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Local Rules of this Court. This witness list is subject to change based on PwC's ability to secure the attendance of certain witnesses (including witnesses who reside out of state).

Witnesses marked as "Possible Witness Only" are those who PwC may call only if their attendance can be procured and the need arises.

| Name | Form of Testimony | Possible Witness Only |
|---|---|---|
| Botta, Mauro | Live | X |
| Brown, Walter | Live | |
| Cabeceiras, Alex | Live | X |
| Carey, Timothy | Live | |
| Chitkara, Raman | Live | X |
| Flemmons, Jason | Live | |
| Genc, Ergun | Live | X |
| Haavardtun, Stig | Live | |
| Healy, Kevin | Live | |
| Heatley, Robert | Deposition | |
| Hewitt, Shawna | Live | X |
| Nelson, Traci | Live | |
| Sarrett, Ed | Live or Deposition | |

| | | |
|---|---|---|
| Simon, Mark | Live | |
| Simonetti, Gil | Live | |
| Smith, Christopher | Live | X |
| Strasser, Robert | Live | |
| Thorson, Tye | Live or Deposition | X |

Dated: February 1, 2021

HUESTON HENNIGAN LLP

By: */s/ John C. Hueston*
John C. Hueston
Moez M. Kaba
Joseph A. Reiter
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP