# APPENDIX C

# APPENDIX C

| Joint Exhibit No. | Document Date | Subject or File Name | Production Begin Bates | Production End Bates |
|---|---|---|---|---|
| 1 | 8/15/2017 | Email from PwC Records to S. Hewitt re: Employment Agreement for M. Botta and attachment. | PwC_B00001823 | PwC_B00001831 |
| 2 | 5/2014 | Feedback for M. Botta Consolidated and Summarized | Plaintiff 0023 | Plaintiff 0029 |
| 3 | 7/2014 | PwC Audit 4730 | Plaintiff 0035 | Plaintiff 0042 |
| 4 | 9/6/2018 | TCR SEC Complaint Submitted - Ref No. TCR1478218903573 | Plaintiff 00209 | Plaintiff 00227 |
| 5 | 8/17/2017 | Letter from S. Hewitt to Botta re Termination Letter | Plaintiff 0065 | Plaintiff 0067 |
| 6 | 6/9/2017 | Letter from J. Brown to A. M. Mazour/Office of General Counsel re Letter of Representation | Plaintiff 00104 | Plaintiff 00104 |
| 7 | 8/2/2018 | Screenshot of SEC OIG Submission | Plaintiff 00240 | Plaintiff 00240 |
| 8 | 2/22/2015 | Email from T. Thorson to T. Scott re Meeting to discuss Cavium matter | PwC_B00001657 | PwC_B00001657 |
| 9 | 2/22/2015 | Email from T. Thorson to R. Heatley re: forwarding PwC Audit 4730 | PwC_B00001648 | PwC_B00001656 |
| 10 | 2/22/2015 | Email from M. Botta to T. Thorson re: cavium deficiencies and "PB" attachment | PwC_B00000390 | PwC_B00000398 |
| 11 | 3/2/2015 | Letter from PwC San Jose to A. Thornley re Annual Report on Form 10-K | PwC_B00000402 | PwC_B00000405 |
| 12 | 2/24/2014 | Email from M. Botta to T. Thorson re Cavium - National Consultation re: AASI to J. Althoff sign off | PwC_B00000483 | PwC_B00000485 |
| 13 | 2/27/2015 | Email from T. Thorson to Plunkett re Cavium Draft SAD | PwC_B00007679 | PwC_B00007680 |
| 14 | 3/2/2015 | Email from T. Thorson to S. Simonetti re Cavium | PwC_B00001747 | PwC_B00001747 |
| 15 | 2/27/2015 | Email from T. Thorson to R. Heatley re: response to SD Memo detailed items Cavium 1.1 | PwC_B00001662 | PwC_B00001676 |
| 16 | 2/27/2015 | Email from Thorson to Heatley re Fw: Control Environ Summary Memo | PwC_B00001677 | PwC_B00001677 |
| 17 | 2/27/2015 | Required Consultation - Disagreements re Cavium - Control Environ Summary Memo | PwC_B00001678 | PwC_B00001681 |
| 18 | 3/1/2015 | Email from Thorson to Scott et al re Draft - Disagreements memo | PwC_B00001682 | PwC_B00001687 |
| 19 | 7/1/2010 | PricewaterhouseCoopers LLP Employement Agreement for Mauro Botta | Plaintiff 0058 | Plaintiff 0064 |
| 20 | 4/28/2017 | Letter from US SEC to PwC re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | PwC_B00006080 | PwC_B00006100 |
| 21 | 4/25/2017 | Email from Genc to Nelson Re: snapshot | PwC_B00001639 | PwC_B00001639 |
| 22 | 4/24/2017 | Email from E. Genc to himeslf | PwC_B00001642 | PwC_B00001642 |
| 23 | 6/21/2017 | Email from M. Botta to T. Nelson re: To Do | PwC_B00000206 | PwC_B00000206 |
| 24 | 3/26/2016 | Email from Botta to Haavardtun Re: Monday | PwC_B00000615 | PwC_B00000615 |
| 25 | 3/21/2016 | Email from Ledezma to Schini and Botta re Harmonic - SLA Memo for review | PwC_B00000635 | PwC_B00000635 |
| 26 | 2/11/2016 | HARMONIC discussion notes from 2-11-16 | PwC_B00000607 | PwC_B00000608 |
| 27 | 2/22/2015 | Email from Thorson to Heatley and Scott re Invitation: conf call to discuss Cavium (Feb 23 11:30 AM PST in conf call) | PwC_B00001746 | PwC_B00001746 |

| Joint Exhibit No. | Document Date | Subject or File Name | Production Begin Bates | Production End Bates |
|---|---|---|---|---|
| 28 | 12/10/2018 | Letter from Sarrett to Reiter and Stein re Cover Sheet for Sarrett's Records of M. Botta and declaration | Sarrett00001 | Sarrett000052 |
| 29 | 2/12/2014 | Email from Botta to Thorson re draft memo Convertible Secruity | PwC_B00008426 | PwC_B00008435 |
| 30 | 10/25/2016 | Email from T. Carey to M. Botta re tomorrow meeting | PwC_B00008436 | PwC_B00008436 |
| 31 | 1/26/2016 | G. Lakritz to S. Haavardtun re SAB 99 Memo for Rev Daily Convension Q4 2015 | PwC_B00008479 | PwC_B00008486 |
| 32 | 3/21/2016 | Email from Botta to Haavardtun and Genc re A new memo in the formal consultation for Harmonic, Inc. has been submitted to National for Review | PwC_B00010965 | PwC_B00010965 |
| 33 | 1/25/2016 | Email from Chu to Ozdemir et al re PWC audit requirement discussion | PwC_B00010892 | PwC_B00010892 |
| 34 | 2/9/2016 | Email from Lakritz to Caspi et al re FW: PwC Open Items 2.8.16 | PwC_B00010876 | PwC_B00010876 |
| 35 | 3/3/2016 | Email from Lakritz to Sharp et al re FW: PwC Open Items List 3.2.16 | PwC_B00010861 | PwC_B00010861 |
| 36 | 3/4/2016 | Email from Lakritz to Haavardtun re FW: Inventory counts for the items not subject to ABC program and roll back analysis | PwC_B00010858 | PwC_B00010858 |
| 37 | 3/7/2016 | Email from Lakritz to Haavardtun re Sally's Feedback on PwC Team | PwC_B00010852 | PwC_B00010852 |
| 38 | 3/15/2016 | Email from Ledezma to Haavardtun and Botta re Updated SLA Memo | PwC_B00010786 | PwC_B00010806 |
| 39 | 2/23/20115 | Email from Thorson to Scott re Discussion | PwC_B00010723 | PwC_B00010723 |
| 40 | 1/18/2018 | Email from Govindan to Botta re SOAProjects Benefits | Plaintiff 00905 | Plaintiff 00912 |
| 41 | 1/4/2019 | Email from Cummings to Botta re KPMG Phone Interview Confirmation | Plaintiff 002683 | Plaintiff 002684 |
| 42 | 6/21/2017 | Santa Clara Valley Medical Center - Legal Report for Botta, Mauro | SCVM000007 | SCVM000027 |
| 43 | 10/25/2016 | Email from Carey to Botta re Tomorrow | PwC_B00008437 | PwC_B00008437 |
| 44 | 5/10/2017 | Email from Botta to Abhani and Striuzas re Re: Document Preservation Notice - Cavium, Inc. - ACKNOWLEDGEMENT REQUIRED | PwC_B00011059 | PwC_B00011070 |
| 45 | 5/25/2015 | Cavium Summary Time Analysis | PwC_B00011114 | PwC_B00011114 |