# APPENDIX D

| Plaintiff Exhibit Number | Bate Stamp | Description |
|---|---|---|
| 100 | PwC 1832-1840 | 8.16.17 Email Hewitt to Nelson |
| 101 | PLAINTIFF 10,11 | Botta email to Hewitt |
| 102 | PLAINTIFF 12-19 | Email, Botta to Investigators |
| 103 | PLAINTIFF 223-235 | Additions to TRC SEC Complaint |
| 104 | PLAINTIFF 105, 636, 1293 | Photo, Botta behind security desk |
| 105 | PLAINTIFF 109-124, 619-620, 758-773 | Botta Evaluations |
| 106 | PLAINTIFF165-178 | TCR SEC Complaint |
| 107 | PLAINTIFF 233-235 | Additions to TRC SEC Complaint |
| 108 | PLAINTIFF 236 | Email from Botta to SEC |
| 109 | PLAINTIFF 538-542 | 5.9.17. Preservation Notice PwC Sent to Botta re Cavium audits 2014, 2015 |
| 110 | PLAINTIFF 3010 | Former Cavium communicating with Mauro |
| 111 | PLAINTIFF 3011 | Opposing counsel viewing Botta's LinkedIn |
| 112 | PLAINTIFF 2096-2103 | Communication Botta and Brian Dalton |
| 113 | PLAINTIFF 3000-3002 | Communication Botta and Gupta |
| 114 | PLAINTIFF 1294 | 7.21.2017 Convo with Healy |
| 115 | PLAINTIFF 1295 | 5.17.17 Botta to Mairo Piergallini |
| 116 | PLAINTIFF 1296-1297 | 5.17.17 Botta to Brian Balton |
| 117 | PLAINTIFF 2644 | Communication Botta to Dalton |
| 118 | PLAINTIFF 2091-2091 | Communication Botta to Dalton |
| 119 | PLAINTIFF 2753 | Communication Botta and Andrey Sokolov |
| 120 | PwC. 5890-5892 | Bustamante email re Botta |
| 121 | PwC 1645 | 2.24.15 Botta to Thorson |
| 122 | PwC 1646 | Thorson to invite Simonetti, Heatly, Botta to call |
| 123 | PLAINTIFF 1890 | Communication Botta to Thorson to TT |
| 124 | PwC 8224-8236 | 2.24.25 Consultation memo |
| 125 | PwC 8224-8236 | 2.24.15 - Memo re Cavium, Thorson, Mauro, Gupta on communication |
| 126 | PLAINTIFF 4 | Communication Botta and Thorson |
| 127 | PwC 1688-1708 | 3.1.15 Thorson to various PwC employees |
| 128 | PwC 294-295 | 7.10.17 Thorson to Botta |
| 129 | PwC 1910-1911 | 7.10.17 Communication |

| | | |
|---|---|---|
| 130 | PwC 1 | 8.17.17 Nelson to US Assurance Partners |
| 131 | PLAINTIFF 1886-1896 | Thorson and Mauro Conversations |
| 132 | PLAINTIFF 1897 | 11.15.18 Gupta to Botta |
| 133 | PLAINTIFF 2754-2757 | SEC ruling |
| 134 | PwC 1774-1775 | Nelson communication re Botta |
| 135 | PLAINTIFF 1977 | 7.21.2017 Botta to Kevin Heatly |
| 136 | PLAINTIFF 2035 | 3.8.2018 Botta to Johnny Choi |
| 137 | PwC 2928-2931 | 11.20.19 - PwC's Vic Sahni reaching out to Botta |
| 138 | PwC 5965 | Mike Wallace Ethics Notes |
| 139 | PwC5966 | Entry Notes |
| 140 | PwC 1621-1623 | 4.9.17 Genc to Nelson |
| 141 | PwC 1638 | 4.25.17 Ward to Genc |
| 142 | PwC 5913 | 3.14.14 Patricia Lin Entry "case closed" |
| 143 | PwC 5915-5918 | 4.26.16 Retaliation Complaint |
| 144 | PwC 5919 | 4.14.16 Haavardtun to Lori Lynn Phillips, Lauren Kim, forwarded to Patty Lin |
| 145 | PwC 5920-5922 | 4.27.16. Patricia Lin notes re convo with Mauro |
| 146 | PwC 5924-5925 | 4.28.16 Patricial Lin notes with Umit Ozedmir. |
| 147 | PwC 5926 - 5927 | 4.28.16 Patricia Lin notes with Ergun Genc |
| 148 | PwC 5928-5961 | Patricia Lin, Steven Kessler investigation and interview notes |
| 149 | PwC 5963- 5983 | Justice Wallace notes and entries on investigation |
| 150 | PwC 5985-5997 | Justin Wallace notes, entries on investigation |
| 151 | PwC 5999 - 6001 | 7.6.17. Kessler Case Details - Open Investigation |
| 152 | PwC 6005-6036 | Kessler Entry Notes on Investigation, Jessica Lattuga notes on investigation |
| 153 | PwC 6037 | 8.14.17 "Case closed." Kessler Notes |
| 154 | PwC 6038 | 8.15.17 Kessler Investigation Notes |
| 155 | PwC 6039 | 8.15.17 Hewitt and Nelson conversation with Kessler |
| 156 | PwC 6040 | Kessler Speaks to Botta |
| 157 | PwC 6047 | Native Format. Mauro's roll on certain audits. |
| 158 | PwC 1609-1610 | Communication on Gigamond |
| 159 | PwC 100-102 | 6.16.17 – Seeking inquiry from Nelson |
| 160 | PwC 6002 | 7.6.17. Nelson and Steve Kessler |
| 161 | PwC 1832-1840 | 8.16.17. Hewitt to Nelson |
| 162 | PwC 1915 | 7.6.17 Nelson and Kessler |
| 163 | PwC 1849 | 8.17.17 Nelson to Hewitt, |
| 164 | PwC 1749-1750 | 4.10.17 Wallace providing feedback re Gigamond |
| 165 | PwC 1751-1752 | 6.15.17 Botta to Wallace, Ward, and Nelson |

| 166 | PwC 1753-1756 | 6.20.17 Botta to Wallace, Ward, Nelson re feedback to unfavorable decision |
| --- | --- | --- |
| 167 | PwC 1757 - 1760 | 10.25.16 Nelson to Wallace |
| 168 | PwC 1771-1772 | 10.13.16  Nelson to Patty Lin, Wallace re Pacific BioScience |
| 169 | PwC 135-137 | 2.28.14 - PwC on Mauro |
| 170 | PwC 598-605 | 1.28.16 Botta to Stig Haavardtun - Sab 99 - Harmonic with Comments |
| 171 | PwC 1886-1894 | 7.6.17 Nelson forwarding an email to Steve Kessler re Mauro's complaints about Harmonic |
| 172 | PwC 636-664 | 12.31.15 Memo on Harmonic |
| 173 | PwC 5915-5940 | PwC's "investigation" into Mauro's complaint of retaliation |
| 174 | PwC 5890-5892 | 2.25.14. Thorson and others, convincing Mauro to stay |
| 175 | PwC 129 | 2.25.14. Mauro communication |
| 176 | PwC 8223-8236 | 3.2.15 Botta forwards email to Jonas Ng |
| 177 | PwC 8237 - 8250 | 2.26.14 Botta to David A Hicks and Mrinal Bedi with attachments |
| 178 | PwC 11002 | Botta's Utilization rate - 2015 |
| 179 | PwC 11001 | Botta's Utilization rate - 2017 |
| 180 | PwC 11000 | Botta's Utilization rate - 2016 |
| 181 | PwC 10903-10904 | 10.30.15 – Email from Gregg Lakritz re Harmonic |
| 182 | PwC 10901 | 1.22.16. Email Lakritz to Haavardtun |
| 183 | PwC 10891 | 1.23.16 Email Chu to Haavardtun |
| 184 | PwC 10775-10785 | 3.16.16. Email Botta to Ledezman |
| 185 | PwC 10771-10773 | 2.24.16 Email Simonetti to Haavardtun |
| 186 | PwC 10767 | 2.29.16 Meeting invite with Genc, Haavardtun, and Botta |
| 187 | PwC 10765 | 5.10.16 Email Botta to Nelson |
| 188 | PwC 10724-10746 | 2.27.15 Thorson response/ Thorson to Scott |
| 189 | PwC 1443-1445 | 8.17.17 Termination Letter |
| 190 | PLAINTIFF 1087-1105 | Plaintiff Mitigation Efforts |
| 191 | PLAINTIFF 878-887 | Plaintiff Mitigation Efforts |
| 192 | PLAINTIFF 78-81 | Plaintiff Mitigation Efforts |
| 193 | PLAINTIFF 125-138 | Plaintiff Mitigation Efforts |
| 194 | PLAINTIFF 2935-2978 | Plaintiff Mitigation Efforts |
| 195 | PLAINTIFF 2704-2752 | Plaintiff Mitigation Efforts |
| 196 | PLAINTIFF 2693 | Plaintiff Mitigation Efforts |
| 197 | PLAINTIFF 2700-2701 | Plaintiff Mitigation Efforts |

| | | |
|---|---|---|
| 198 | PLAINTIFF 2764-2882 | Plaintiff Mitigation Efforts |
| 199 | PLAINTIFF 2981-2999 | Plaintiff Mitigation Efforts |
| 200 | PLAINTIFF 2979-2980 | Plaintiff Mitigation Efforts |
| 201 | PLAINTIFF 3003 | Plaintiff Mitigation Efforts |
| 202 | PLAINTIFF 2933-2934; 2915-2926 | Plaintiff Mitigation Efforts |
| 203 | PLAINTIFF 1961 - 1976 | Plaintiff Mitigation Efforts |
| 204 | SCVM 5-6 | Medical Records |
| 205 | PWC 11084-11093 | Communication |
| 206 | PWC 11095-11109 | 5.11.17 Communication, Brown to SEC |
| 207 | PWC 11111-11113; 11119-11135; 11137-11138; 11141-11173; 11177-11205; 11207-11211; 11212-11248. | Communication, Brown and Rugani to SEC |
| 208 | PWC 8443-8445 | Lakritz to PwC and Harmonic employees. |