John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:  (888) 775-0898

Attorneys for Defendant
PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br><br>                Plaintiff,<br><br>        v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                Defendant. | Case No. 3:18-CV-2615-AGT<br><br>**DECLARATION OF JOSEPH A. REITER IN SUPPORT OF DEFENDANT PWC'S MOTIONS *IN LIMINE* NOS. 1–3**<br><br>Judge:  Hon. Alex G. Tse<br>Date:  February 16, 2021<br>Time: 2:00 p.m. |

**DECLARATION OF JOSEPH A. REITER**

I, Joseph A. Reiter, declare as follows:

1. I am an attorney licensed to practice before all of the courts in the State of California, as well as the Federal District Court for the Northern District of California. I am counsel at Hueston Hennigan LLP, counsel of record for Defendant PricewaterhouseCoopers LLP ("PwC").

2. I make this declaration in support of PwC's Motions in Limine Nos. 1–3, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the anonymous Tip, Complaint, or Referral that Plaintiff Mauro Botta filed with the Securities and Exchange Commission in November 2016, produced in this litigation at PLAINTIFF0030–34, and PLAINTIFF00165–178, and introduced as Exhibit 23 at Plaintiff's September 25, 2018 deposition.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an April 28, 2017 letter from the Securities and Exchange Commission to PwC, produced in this litigation at PwC_B00006080–6100.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a FY13 Inspection Findings Memo re CCGI Holding Corporation ("Covad"), produced in this litigation at PwC_B00000162.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a February 29, 2012 memo from Plaintiff to Covad, produced in this litigation at PwC_B00001530 and introduced as Exhibit 7 at Plaintiff's September 25, 2018 deposition.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an April 27, 2013 email from Plaintiff, produced in this litigation at PwC_B00000336–338, and introduced as Exhibit 11 at Plaintiff's September 25, 2018 deposition.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the September 28, 2018 deposition of Plaintiff.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's January 12, 2018 Gmail Hangout messages, produced in this litigation at PLAINTIFF0061–664, and introduced as Exhibit 43 at Plaintiff's September 25, 2018 deposition.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a February 10 and 12, 2018 email exchange between Renee Phillips (PwC's then-outside counsel at Orrick) and Plaintiff's lead counsel, Alex Cabeceiras, introduced as Exhibit 44 at Plaintiff's September 25, 2018 deposition.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff's Supplemental Pilot Discovery Disclosures served on February 19, 2020.

12. Attached hereto as **Exhibit 10** is a true and correct copy of portions of the September 20, 2018 Transcript of Proceedings on PwC's Motion to Dismiss Plaintiff's First Amended Complaint.

13. Attached hereto as **Exhibit 11** is a true and correct copy of my January 10, 2019 email exchange with Mr. Cabeceiras.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff's FRCP 26(a)(3) Pre-trial Disclosures served on January 23, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of February 2021, in Los Angeles, California.

*/s/ Joseph A. Reiter*
Joseph A. Reiter