# EXHIBIT 3



FY13 Inspection Findings Memo

Market/BU:   San Jose

Client Inspected:   CCGI Holding Corporation

Client Year-End:   Dec 31, 2011

Inspection Type (PCAOB, ECR or Peer Review):   Peer Review

Inspection Year:   2012

**Summarize nature of inspection findings (describe audit areas which gave rise to the non-compliance):**

The engagement team did not obtain sufficient audit evidence to determine whether the company had appropriately valued deferred revenue in connection with purchase price allocation.

**List Managers, Directors/Senior Managers or Managing Directors Who Were Assigned to the Audit:**

| Name | Deemed Accountable (Yes/No) | If No, provide a detailed explanation of your rationale |
|---|---|---|
| Mauro Botta | Yes | |
| Meixuan Goh | No | The matter contributing to the non-compliant rating was a very specific audit matter which Meixuan was not involved with during the course of the audit. The engagement leader did not require her involvement in the matter. |
| | | |
| | | |
| | | |
| | | |
| | | |

For any manager, director/senior manager or managing director deemed accountable in the above table, please complete the following page. Additional pages have been provided in the event there is more than one individual deemed accountable for the non-compliant audit.



2 of 6

Confidential
PwC_B00000163



**Please complete the below template for any manager, director/senior manager or managing director deemed to be accountable. Additional pages have been provided in the event more than one individual is deemed accountable for the engagement.**

Manager/Director/Senior Manager/Managing Director Name:    Mauro Botta, Sr. Mgr.

Did the manager/director/senior manager/managing director have primary responsibility for review of area(s) which contributed to the non-compliant rating?  If no, please explain.
   **No.  The senior manager was responsible for performing the audit work and preparing the workpaper step and for supporting the conclusions reached on the appropriateness of the purchase accounting adjustment (which the peer review team did not challenge). While the discussion on treatment of whether to classify the adjustment as a measurement period adjustment vs. a revision occurred with the senior manager, the final conclusion was reached by the engagement leader.**


Based on review and discussion, if any, with the inspections group, were there any significant/highly unusual or mitigating factors relating to the findings that should be evaluated?  If yes, please explain.
   No

Given the nature of finding(s) resulting in the NC rating, should the review by the manager/director/senior manager/managing director have identified the need for enhancement(s) in the files/workpapers?  If no, please explain.
     The judgment call on how to treat the purchase price allocation adjustment was made by the engagement leader


Based on reference to the *FY13 Responsive Action Framework for Managers*, document the responsive actions considered appropriate for this individual.   As the MAL, will you have primary responsibility for confirming these responsive actions are adequately documented in the FY14 Success Plan for the impacted manager/director/senior manager/managing director.

| Responsive Actions | Target Completion Date |
|---|---|
| None required given the circumstances | |
| | |
| | |
| | |
| | |
| | |
| | |

Prepared by:
   Kevin Healy                                                        March 22, 2013
MAL/BUL                                                    Date

Approved by:



3 of 6

Confidential                                                                                                                   PwC_B00000164

Case 3:18-cv-02615-AGT   Document 148-3   Filed 02/01/21   Page 5 of 7



RAL                                     Date

4 of 6

Confidential                                                                                                    PwC_B00000165



**Please complete the below template for any manager, director/senior manager or managing director deemed to be accountable. Additional pages have been provided in the event more than one individual is deemed accountable for the engagement.**

Manager/Director/Senior Manager/Managing Director Name:

Did the manager/director/senior manager/managing director have primary responsibility for review of area(s) which contributed to the non-compliant rating? If no, please explain.

Based on review and discussion, if any, with the inspections group, were there any significant/highly unusual or mitigating factors relating to the findings that should be evaluated? If yes, please explain.

Given the nature of finding(s) resulting in the NC rating, should the review by the manager/director/senior manager/managing director have identified the need for enhancement(s) in the files/workpapers? If no, please explain.

Based on reference to the *FY13 Responsive Action Framework for Managers*, document the responsive actions considered appropriate for this individual. As the MAL, will you have primary responsibility for confirming these responsive actions are adequately documented in the FY14 Success Plan for the impacted manager/director/senior manager/managing director.

| Responsive Actions | Target Completion Date |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Prepared by:
    Kevin Healy                     March 22, 2013
MAL/BUL                           Date

Approved by:

RAL                                      Date

Confidential                                        PwC_B00000166



**Please complete the below template for any manager, director/senior manager or managing director deemed to be accountable. Additional pages have been provided in the event more than one individual is deemed accountable for the engagement.**

Manager/Director/Senior Manager/Managing Director Name:

Did the manager/director/senior manager/managing director have primary responsibility for review of area(s) which contributed to the non-compliant rating? If no, please explain.

Based on review and discussion, if any, with the inspections group, were there any significant/highly unusual or mitigating factors relating to the findings that should be evaluated? If yes, please explain.

Given the nature of finding(s) resulting in the NC rating, should the review by the manager/director/senior manager/managing director have identified the need for enhancement(s) in the files/workpapers? If no, please explain.

Based on reference to the *FY13 Responsive Action Framework for Managers*, document the responsive actions considered appropriate for this individual. As the MAL, will you have primary responsibility for confirming these responsive actions are adequately documented in the FY14 Success Plan for the impacted manager/director/senior manager/managing director.

| Responsive Actions | Target Completion Date |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Prepared by:

MAL/BUL                                    Date

Approved by:

RAL                                        Date

6 of 6