# EXHIBIT 4

Memo

| | |
|---|---|
| To: / Location: | CCGI Holding Corporation - 12/31/2011 Audit File |
| From: / Office: | Mauro Botta / San Jose |
| Date: | February 29, 2012 |
| Subject: | Deferred Revenue Acquired in 2010 Analysis |

**Purpose of Memo**

The purpose of this memo is to summarize the facts and conclusions surrounding the valuation by CCGI Holding Corporation ("Covad" or the "Company") of the deferred revenues balances acquired during August 2010 in conjunction with the merger with Megapath and Speakeasy, two former Covad customers.

**Background**

Covad is a nationwide provider of integrated voice and data communications. The Company offers DSL, Voice over IP (VoIP), Wireless, T1, Web hosting, managed security, IP and dial-up, and bundled voice and data services directly through Covad's network and through internet service providers, value-added resellers, telecommunications carriers and affinity groups to small and medium-sized businesses and home users. On April 15, 2008, Platinum Equity, LLC ("Platinum") acquired all of the outstanding common stock of Covad Communications Group, Inc. Platinum, based in Beverly Hills, California, is a private equity firm specializing in investments in acquisitions, public-to-private transactions, and corporate divestitures. In august 2010 Covad merged with Megapath and Speakeasy, two of Covad's customers; the merger was accounted under SFAS 141(R) and Covad was deemed the accounting acquirer, so all assets and liabilities of Megapath and Speakeasy were accounted at Fair Value as of acquisition date (August 20 and 25, 2010, respectively). Although not disclosed in the 2010 financial statements, management felt that it was prudent to still keep the purchase allocation period open as of the 2010 financial statement issuance date given the challenges associated with consummating the merger and the delays in completing the valuation of the acquired businesses so close to the financial statements. As part of the Company's ongoing evaluation of the purchase allocation process, management determined that the fair value of deferred revenue should be revisited based on their updated consideration of market participant assumptions.

**Issue**

The Company hired BVA (Bay Valuation Advisors) to perform the purchase price allocation on Megapath and Speakeasy. The book value of deferred revenue on acquisition date was equal to $20.9 million. BVA originally fair valued deferred revenue to $12.8 million using the following methodology:

*Deferred Revenue Liability Valuation*

*"As of the MP Valuation Date, MegaPath had a total deferred revenue liability estimated by Management in the amount of $10.0 million, which related to various managed IP services paid by customers. As discussed previously, the Fair Value of the liability associated with deferred revenue was estimated based on a forecast of the expected direct costs to fulfill the obligations, as provided by Management. To this we added an operating profit margin of 10.0 percent, which was based upon a forecasted stabilized EBIT margin for a market participant. We then discounted the resulting total cash flows to a present value using a 3.25 percent discount rate, which represents the prime lending rate as of the MP Valuation Date. Based on the data provided by Management and the analyses performed, the Fair Value of the liability associated with MegaPath's deferred revenue obligations is reasonably estimated in the amount of $6.3 million as of the MP Valuation Date ".*

*As of the SE Valuation Date, Speakeasy had a total deferred revenue liability estimated by Management in the amount of $10.9 million, which primarily related to various broadband (data and voice) services paid by customers. As discussed previously, the Fair Value of the liability associated with deferred revenue was estimated based on a forecast of the expected direct costs to fulfill the obligations, as provided by Management. To this we added an operating profit margin of 10.0 percent, which was based upon a forecasted stabilized EBIT margin for a market participant. We then discounted the resulting total cash flows to a present value using a 3.25 percent discount rate, which*



EXHIBIT 7

WITNESS: Mauro Botta
CASE: Botta v PricewaterhouseCoopers
CASE No.: 318-CV-02615-RS
DATE: Tuesday, September 25, 2018

Lorin L Marchant, CSR 10523, RMR, CRR, CRC, CRC

PwC_B00001529

*represents the prime lending rate as of the SE Valuation Date. Based on the data provided by Management and the analyses performed, the Fair Value of the liability associated with Speakeasy's deferred revenue obligations is reasonably estimated in the amount of $6.5 million as of the SE Valuation Date.*

Based on PwC Guide Global Guide to Accounting for Business Combinations and Noncontrolling Interests, section 7.6.4:

*Generally, there are two methods of measuring the fair value of deferred revenue liability. Under the first method (commonly referred to as a bottom-up approach), the liability is measured as the direct, incremental costs that fulfil the legal performance obligation, plus a reasonable profit margin if associated with goods or services being provided, and a premium for risks associated with price variability. Direct and incremental costs may or may not include certain overhead items, but should include costs incurred by market participants to service the remaining performance obligation related to the deferred revenue obligation. These costs do not include elements of service or costs incurred or completed prior to the consummation of the business combination, such as upfront selling and marketing costs, training costs, and recruiting costs.*

*An alternative method of measuring the fair value of a deferred revenue liability (commonly referred to as a top-down approach) relies on market indicators of expected revenue for any obligation yet to be delivered with appropriate adjustments. This approach starts with the amount that an entity would receive in a transaction, less the cost of the selling effort (which has already been performed) including a profit margin on that selling effort. This method is used less frequently, but is commonly used for measuring the fair value of remaining post-contract customer support (PCS) for licensed software.*

### Conclusion

In the Company's case, the service that was paid by the customers is for broadband connectivity services, provided at standard prices; due to the fact that the Company's prices for services are not heavily customized by type of customer, we determined the expected revenue for such obligations to be equal to the revenue that the Company earns by selling the same services to all its recurring customers. For this reason the Company updated the valuation performed in 2010 by BVA, considering this time both direct and indirect selling cost for the service but maintaining the other assumptions consistent. Based on the Company's model, we re-engaged our TS specialists to review the methodology and the model prepared by Brooke Mastin, VP of Tax and FP&A **and found the revised valuation to be reasonable.** The impact of the revised model generated the following entry to amend the fair value of deferred revenue in conjunction with business combination:

| | |
|---|---|
| Dr Goodwill | 8.1 million |
| Cr Deferred Revenue | 8.1 million |

Note: the reason that this represents a balance sheet only adjustment was that the Company's bookkeeping associated with such acquisition date deferred revenue was to record the carryover basis of deferred revenue and amortize such amounts (i.e. based on a $20 million basis) into the 2010 accounts. The preliminary purchase price allocation adjustment of $8 million was recorded as a top-side adjustment as of acquisition date and did not end up with a reduced basis of deferred revenue which was recognized in the accounts.

Attached as exhibits are the valuation tables used by BVA, the revised memo from our TS group, the model prepared by Brooke Mastin and our analysis of the inputs used in the model documented in the comments on such percentages.