# EXHIBIT 5

Message

| | |
|---|---|
| From: | Mauro Botta ["cn=mauro botta/ou=us/ou=abas/o=pwc"] |
| Sent: | 4/27/2013 1:50:56 PM |
| To: | Sameer Ladiwala [sameer.ladiwala@us.pwc.com] |
| Subject: | Fw: Fw: Performance Note |
| Importance: | High |

Obviously must be just me in foo foo land, but I still think this performance note is not warranted and should not go in my file. Won't matter anyway

Deepak Bhandarkar

----- Original Message -----

**From:** Deepak Bhandarkar

**Sent:** 04/27/2013 06:43 AM PDT

**To:** Mauro Botta

**Subject:** Re: Fw: Performance Note

I will speak to your coach to provide the context. As you know, there were two issues raised in the peer review, one was whether the revised valuation of the deferred revenue was correct and secondly how to treat it from a disclosure perspective. You were primarily responsible for the former matter (which they did not challenge) and while you and I consulted together on the latter matter and signed off in the memo to treat it as a measurement period adjustment, it was my judgment call on this which the peer review team disagreed with. This performance note is a standard write-up issued to managers/senior managers who were involved with matters leading to non-compliant inspections. The key here is providing the proper context to your coach given the circumstances.

We can discuss further.

Rgds

**Deepak Bhandarkar**
PwC | Partner
Office (408) 817-3822 | Mobile. (415) 602-5254 | Fax (813) 375-4237
Email deepak.bhandarkar@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800, San Jose, California 95110
http://www.pwc.com/us

Mauro Botta---04/26/2013 05:56:33 PM---Deepak, If i recall i was called in to help out, why am I being penalized with this?

From: Mauro Botta/US/ABAS/PwC
To: Deepak Bhandarkar/US/ABAS/PwC@Americas-US
Date: 04/26/2013 05:56 PM
Subject: Fw: Performance Note

Deepak,

If i recall i was called in to help out, why am I being penalized with this?

Lorrie L Marchant CSR# 10523 RMR CRR CCRR CRC

**EXHIBIT 11**

WITNESS Mauro Botta
CASE. Botta v. PricewaterhouseCoopers
CASE No.: 3:18-CV-02615-RS
DATE Tuesday September 25 2018

Please advise

Thanks

Mauro.

***Mauro Botta*** | Assurance | PricewaterhouseCoopers | Telephone: +1 408 464 5438 | Facsimile +1 813 207 3345 | mauro.x.botta@us.pwc.com

----- Forwarded by Mauro Botta/US/ABAS/PwC on 04/26/2013 05:55 PM -----

From: Laura Bustamante/US/ABAS/PwC
To: Mauro Botta/US/ABAS/PwC@americas-us
Cc: Larry Westall/US/ABAS/PwC@americas-us
Date: 04/26/2013 05:13 PM
Subject: Performance Note

Mauro:

Attached is a performance note to be uploaded into the PC&D system before April 28. This is to document the inspection findings related to the 2011 audit of Covad and developmental actions recommended as a consequence.

The inspection findings are one among many data points that we will consider when assessing your overall performance for the year. If you have any questions, please reach out to me or Larry to discuss.

Regards,
Laura

[attachment "NC Inspection - Performance Memo.Botta.docx" deleted by Deepak Bhandarkar/US/ABAS/PwC]

Confidential

PwC_B00000338