# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURO BOTTA

    Plaintiff,

vs.                          Case No.  3:18-CV-02615-RS

PRICEWATERHOUSECOOPERS LLP, LAURA
BUSTAMANTE, TYE THORSON, ROBERT
HEATLEY, STIG HAAVARDTUN, ERGUN GENC,
TIMOTHY CAREY and STEVE MCCANN

    Defendants.
--------------------------------/

---oOo---

** CONFIDENTIAL **

VIDEOTAPED DEPOSITION OF MAURO BOTTA

Tuesday, September 25, 2018

---oOo---

Reported by:
LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
California CSR No. 10523

Job No. NY-191159

| | | |
|---|---|---|
| 1 | is Lorrie Marchant of Epiq Global. | 09:06:27 |
| 2 | Would the court reporter please swear in | |
| 3 | the witness. | |
| 4 | MAURO BOTTA, | |
| 5 | FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS: | 09:06:33 |
| 6 | EXAMINATION BY MR. HUESTON | |
| 7 | BY MR. HUESTON: | |
| 8 | Q.   Good morning, Mr. Botta. | |
| 9 | Could you please state your name and | |
| 10 | address. | 09:06:51 |
| 11 | A.   Mauro Botta.  88 East San Fernando Street, | |
| 12 | Unit 1308, San Jose, California 95113. | |
| 13 | Q.   Okay.  Have you ever been deposed before? | |
| 14 | A.   No. | |
| 15 | Q.   And you understand you are testifying under | 09:07:09 |
| 16 | oath? | |
| 17 | A.   Yes. | |
| 18 | Q.   Under penalty of perjury? | |
| 19 | A.   Yes. | |
| 20 | Q.   The same as if you were testifying in a | 09:07:18 |
| 21 | court of law; yes? | |
| 22 | A.   Yes. | |
| 23 | Q.   So one of the things we have to make clear | |
| 24 | is we need -- a nod of the head, I understood you | |
| 25 | meant "yes" by that, but we have to make every | 09:07:30 |

1    untrue at the time.                                            10:51:30
2         MR. HUESTON:  Mark this as Exhibit 11.
3         (Marked for identification purposes,
4          Exhibit 11.)
5         BY MR. HUESTON:                                           10:51:47
6    Q.   Exhibit 11 is an e-mail that begins from
7    you, sent to a Sameer Ladiwala, dated April 27th,
8    2013, and subject performance note.
9         Do you see that?
10   A.   Yes.                                                      10:52:18
11   Q.   And who do you recall Sameer Ladiwala was
12   in 2013?
13   A.   Again, the rank, not positive.  Manager or
14   senior manager in the San Jose office.
15   Q.   Okay.  And you wrote down below:                          10:52:31
16            "Obviously must be just me in foo foo
17            land, but I still think this performance
18            note is not warranted and should not go
19            in my file.  Won't matter anyway."
20        That's what you wrote; right?                             10:52:46
21   A.   That's what I see in the printout.  I can't
22   tell you if the original e-mail has that language.
23   Q.   Okay.  Well, you understood that by writing
24   that language "won't matter anyway," you understood
25   that the performance note wouldn't matter; right?              10:52:59

| | | |
|---|---|---|
| 1 | A. That will be speculation.  I wouldn't say | 10:53:02 |
| 2 | that. | |
| 3 | Q. Why did you write "won't matter anyway"? | |
| 4 | A. I cannot tell you what -- why I wrote | |
| 5 | something five years ago. | 10:53:13 |
| 6 | Q. You have no recollection of why you would | |
| 7 | write "won't matter"? | |
| 8 | A. Nope. | |
| 9 | Q. You wrote that because you understood that | |
| 10 | the performance note would not have an impact on | 10:53:25 |
| 11 | you; isn't that right? | |
| 12 | A. Nope. | |
| 13 | Q. You did not suffer any consequences in your | |
| 14 | employment due to this note; correct? | |
| 15 | MS. EVANS: Overbroad.  Speculation.  Vague | 10:53:38 |
| 16 | and ambiguous. | |
| 17 | THE WITNESS: I cannot say that. | |
| 18 | BY MR. HUESTON: | |
| 19 | Q. What can you identify as a consequence of | |
| 20 | this performance note? | 10:53:48 |
| 21 | MS. EVANS: Overbroad.  Speculation.  Vague | |
| 22 | and ambiguous. | |
| 23 | THE WITNESS: The consequence is that I was | |
| 24 | pressured to upload something in my personal file | |
| 25 | for something that I did not do.  That in itself is | 10:54:00 |

Confidential
MAURO BOTTA - 09/25/2018                                    Page 87

| | |
|---|---|
| 1  a consequence, that I fought against it. | 10:54:03 |
| 2          BY MR. HUESTON: | |
| 3      Q.  And other than that, can you identify any | |
| 4  other consequences? | |
| 5          MS. EVANS:  Overbroad.  Speculation.  Vague | 10:54:11 |
| 6  and ambiguous. | |
| 7          THE WITNESS:  I can't speculate. | |
| 8          BY MR. HUESTON: | |
| 9      Q.  I'm not asking you to speculate. | |
| 10         Other than what you described, can you | 10:54:19 |
| 11 recall any other consequences of the performance | |
| 12 note going in your file? | |
| 13         MS. EVANS:  Overbroad.  Speculation.  Vague | |
| 14 and ambiguous.  He's answered. | |
| 15         BY MR. HUESTON: | 10:54:30 |
| 16     Q.  You can go ahead. | |
| 17     A.  I will repeat the same answer. | |
| 18     Q.  Well, you haven't answered the question. | |
| 19 I'm entitled to get an answer.  If you can't recall, | |
| 20 that's fine.  I don't want you to guess.  But you've | 10:54:39 |
| 21 identified one consequence, and I'm asking if you | |
| 22 recall any others.  And I am entitled to have an | |
| 23 answer to that. | |
| 24         MS. EVANS:  Same objections. | |
| 25 /// | |

Confidential
MAURO BOTTA - 09/25/2018                    Page 88

| | | |
|---|---|---|
| 1 | BY MR. HUESTON: | 10:54:52 |
| 2 | Q. You may answer. | |
| 3 | A. I don't recall. | |
| 4 | Q. Okay. You, while at PwC, were staffed on | |
| 5 | engagement teams for Cavium; correct? | 10:55:14 |
| 6 | A. Yes. | |
| 7 | Q. And what kind of company is Cavium? | |
| 8 | A. You mean the industry or -- what do you | |
| 9 | mean, what kind of company? | |
| 10 | Q. I'm just asking you about Cavium. | 10:55:25 |
| 11 | Can you describe what kind of company it | |
| 12 | is? | |
| 13 | A. It's a public company in the semiconductor | |
| 14 | business. | |
| 15 | Q. And when did you first begin working on | 10:55:36 |
| 16 | Cavium engagements at PwC? | |
| 17 | A. In quarterly review 2012. I believe it was | |
| 18 | Q2. | |
| 19 | Q. And starting in 2012, who do you recall was | |
| 20 | the engagement leader on the engagement team? | 10:55:55 |
| 21 | A. Tye Thorson. | |
| 22 | Q. And during that time, you served as the | |
| 23 | senior manager for the Cavium audits; right? | |
| 24 | A. Yes. | |
| 25 | Q. During your audit work on Cavium, did you | 10:56:20 |