# EXHIBIT 8

```
Lorrie L Marchant CSR# 10523 RMR CRR CCRR CRC
EXHIBIT 44
WITNESS  Mauro Botta
CASE   Botta v. PricewaterhouseCoopers
CASE No.: 3:18-CV-02615-RS
DATE  Tuesday September 25 2018
```

**Yegor Fursevich**

**Subject:** RE: Mauro

**From:** alexc@dereksmithlaw.com [mailto:alexc@dereksmithlaw.com]
**Sent:** Monday, February 12, 2018 5:12 PM
**To:** Phillips, Renee <rphillips@orrick.com>
**Subject:** RE: Mauro

Yes, word back from him. He is deeply offended that PwC is continuing to damage his reputation. I know your client has a different take on it, but that is what we are working with.

Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
Attorneys at Law
*Employment Lawyers Representing Employees Exclusively*
Toll Free No. (800) 807-2209
DiscriminationAndSexualHarassmentLawyers.com (website)
Admitted NY, PA, NJ
NYC Office: One Pennsylvania Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625

---

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

-------- Original Message --------
Subject: Re: Mauro
From: "Phillips, Renee" <rphillips@orrick.com>
Date: Mon, February 12, 2018 5:03 pm
To: "alexc@dereksmithlaw.com" <alexc@dereksmithlaw.com>

Is that the word back from him today?  Any more detail you could provide?

Sent from my iPhone

On Feb 12, 2018, at 5:01 PM, "alexc@dereksmithlaw.com" <alexc@dereksmithlaw.com> wrote:

1

Hi Renee,

While I appreciate the heads up, Mauro will not be stepping down.

Best,

Alex

Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
Attorneys at Law
*Employment Lawyers Representing Employees Exclusively*
Toll Free No. (800) 807-2209
DiscriminationAndSexualHarassmentLawyers.com (website)
Admitted NY, PA, NJ
NYC Office: One Pennsylvania Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

-------- Original Message --------
Subject: RE: Mauro
From: "Phillips, Renee" <rphillips@orrick.com>
Date: Mon, February 12, 2018 2:48 pm
To: "alexc@dereksmithlaw.com" <alexc@dereksmithlaw.com>

Thanks. Just one point of clarification in case I wasn't clear: it's the firm's name that goes on the audit opinion, not just Steve's, so knowledge that PwC has as a firm needs to be considered when evaluating competency and objectivity. Thanks again.

From: alexc@dereksmithlaw.com [mailto:alexc@dereksmithlaw.com]
Sent: Monday, February 12, 2018 9:00 AM

2

**To:** Phillips, Renee <rphillips@orrick.com>
**Subject:** RE: Mauro

Hi Renee,

I know and I appreciate that but you can see how Mauro would be upset, regardless of the heads-up. I wi get back to you with Mauro's decision hopefully by the end of business hours today.

Best,

Alex

Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
Attorneys at Law
*Employment Lawyers Representing Employees Exclusively*
Toll Free No. (800) 807-2209
DiscriminationAndSexualHarassmentLawyers.com (website)
Admitted NY, PA, NJ
NYC Office: One Pennsylvania Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625

---

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

-------- Original Message --------
Subject: RE: Mauro
From: "Phillips, Renee" <rphillips@orrick.com>
Date: Sat, February 10, 2018 1:42 pm
To: "alexc@dereksmithlaw.com" <alexc@dereksmithlaw.com>

Thanks Alex.

3

PwC does not want to say anything to this client or to any client about Mauro. That's why we were hoping he could just ask not to be placed on assignments where PwC is the auditor to avoid any issue like this now or in the future. PwC has absolutely no desire to threaten Mauro's job security or reputation, which is why I reached out to you on this in an effort to find a better solution.

Best,

Renee

**From:** alexc@dereksmithlaw.com [mailto:alexc@dereksmithlaw.com]
**Sent:** Saturday, February 10, 2018 1:27 PM
**To:** Phillips, Renee <rphillips@orrick.com>
**Subject:** Mauro

Hi Renee,

Unfortunately, Mauro has construed this as further retaliation and a threat to his job security/industry reputation. Candidly speaking, I agree with him. He feels he is now being "black listed" in the industry. Given that Steve has no actual connection to Mauro's work, it does seem suspect.

That said, Mauro wants to speak to his supervisory tomorrow and let them know what is going on. I will let you know what Mauro decides on Monday.

Best,

Alex

Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
Attorneys at Law
***Employment Lawyers Representing Employees Exclusively***
Toll Free No. (800) 807-2209
DiscriminationAndSexualHarassmentLawyers.com (website)
Admitted NY, PA, NJ
NYC Office: One Pennsylvania Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760

4

Philadelphia Office: <u>1845 Walnut Street, Suite 1600, Philadelphia, PA 19103</u> | (215) 391-4790
NJ Office: <u>73 Forest Lake Drive, West Milford, NJ 07421</u> | (973) 388-8625

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

<image001.jpg>

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited Please notify us immediately of the error by return e-mail and please delete this message from your system Thank you in advance for your cooperation

For more information about Orrick, please visit *http //www orrick com*

<image001.jpg>

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited Please notify us immediately of the error by return e-mail and please delete this message from your system Thank you in advance for your cooperation

For more information about Orrick, please visit *http //www orrick com*

5

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation

For more information about Orrick, please visit *http //www orrick com*



DEREK SMITH LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation

For more information about Orrick, please visit *http //www orrick com*

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.