# EXHIBIT 9

ALEXANDER G. CABECEIRAS, ESQ.
**DEREK SMITH LAW GROUP, PLLC**
One Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760
Fax: (212) 587-4169
*alexc@dereksmithlaw.com*
*APPEARANCE PRO HACE VICE*
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br>      Plaintiff,<br>vs.<br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br>      Defendants. | Case No. 3:18-CV-2615-RS<br><br>**SUPPLEMENTAL PILOT<br>DISCOVERY DISCLOSURES** |

## SUPPLEMENTAL PILOT DISCVOERY DISCLOSURES

Information that Plaintiff must produce to Defendant.

    a. Identify persons the plaintiff believes to have knowledge of the facts concerning the claims or defenses at issue in this lawsuit, and a brief description of that knowledge.

**RESPONSE: As was reflected in Plaintiff's January 18, 2019 Response to Defendant's Interrogatory No. 15, certain individuals such as Christopher Ludwig, Robert Strasser, Karo Galstyan, James Parkin, and Jeff Pera have knowledge relating to the facts concerning the claims at issue in this lawsuit including, but not limited to, Plaintiff's efforts to mitigate his lost wages. The contact information for the above listed people is unknown at this time.**

Dated: San Francisco, California
        February 19, 2020

                                                          Respectfully Submitted,

                                                          /s/Alexander G. Cabeceiras, Esq.
                                                          **DEREK SMITH LAW GROUP, PLLC**

*APPEARANCE PRO HACE VICE*
alexc@dereksmithlaw.com
1 Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760

INGRID M. EVANS, ESQ.
**EVANS LAW FIRM, INC.**
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669
Ingrid@evanslaw.com

TO:

HUESTON HENNIGAN LLP
Moez M. Kaba, Esq.
mkaba@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA
T: (213) 788-4340