# EXHIBIT 11

# Joseph A. Reiter

| | |
|---|---|
| **From:** | alexc@dereksmithlaw.com |
| **Sent:** | Thursday, January 10, 2019 1:32 PM |
| **To:** | Joe Reiter |
| **Subject:** | RE: Tim Carey Deposition |

Yes, exactly. Thank you!


Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
Attorneys at Law
*Representing Employees Exclusively In Employment Cases*
NYC Office: One Pennsylvania Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
_____
CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.
_____


-------- Original Message --------
Subject: RE: Tim Carey Deposition
From: Joe Reiter <jreiter@hueston.com>
Date: Thu, January 10, 2019 4:29 pm
To: "alexc@dereksmithlaw.com" <alexc@dereksmithlaw.com>

Thanks, Alex. Is the attached the document you want printed? I am confirming that Bustamante's deposition on Tuesday is cancelled per your request.

**From:** alexc@dereksmithlaw.com <alexc@dereksmithlaw.com>
**Sent:** Thursday, January 10, 2019 1:24 PM
**To:** Joe Reiter <jreiter@hueston.com>
**Subject:** RE: Tim Carey Deposition

Hi Joe,

9:00 is fine, I just confirmed with Veritext. One exhibit attached. It should be a 1-2 hour deposition.

Dial in #:    866-509-4812
Access Code:   856 814

I'll get you the reporter's name once it's assigned.

1

If you could be so kind, can you print docs PwC 8-9 for me and bring those pages to the depo tomorrow as well? (I'm working remote and having technical difficulties). It would be very much appreciated.

Also, please confirm the deposition next Tuesday is not going forward. Thanks.


Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
Attorneys at Law
***Representing Employees Exclusively In Employment Cases***
NYC Office: One Pennsylvania Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.



-------- Original Message --------
Subject: Tim Carey Deposition
From: Joe Reiter <jreiter@hueston.com>
Date: Thu, January 10, 2019 1:03 pm
To: "alexc@dereksmithlaw.com" <alexc@dereksmithlaw.com>

Alex – can we start at 9am tomorrow? Also, please let me know when we will get the exhibits for printing. Thanks .

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

