# EXHIBIT 12

INGRID EVANS (SBN 179094)
EVANS LAW FIRM, INC.
3053 Fillmore Street #236
San Francisco, California 94123
Telephone (415) 441-8669
Facsimile (415) 928-1294

ALEXANDER G. CABECEIRAS, ESQ.
DEREK SMITH LAW GROUP, PLLC
One Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760
Fax: (212) 587-4169
alexc@dereksmithlaw.com
APPEARANCE *PRO HACE VICE*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURO BOTTA,<br><br>         Plaintiff,<br><br>     vs.<br><br>PRICE WATERHOUSE COOPERS LLP,<br><br>         Defendant. | **FRCP 26(a)(3) PRETRIAL DISCLOSURES** |

**I.      Pursuant to FRCP 26(a)(3)(A)(i), Plaintiff submits the following:**

Where addresses and/or telephone numbers are not listed, it is because Plaintiff does not have that information available:

- Traci Nelson c/o PWC – 408-656-5367. Believed to be Defendant's Human Resource Leader in San Jose. May have information pertaining to Plaintiff's termination and/or disparate treatment. Expected to be called as witness.
- Robert Ward c/o PWC – 408-607-4443. Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment, Plaintiff's whistleblowing activities, and Defendant's accounting issues. May be called as witness.
- Mayank Gupta– 408-431-1049. Believed to be former Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. Expected to be called as witness.
- Umit Ozdemir c/o PWC – 408-813-2914. Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. May be called as witness.
- Patrick McNamara c/o PWC – 408-828-5989. Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. May be called as witness.
- Stig Haavartdun. c/o PWC. PwC Partner. Has knowledge relating to Harmonic audit, Plaintiff's work performance, and Plaintiff's protected activity. Expect to be called as a witness.
- Carolyn Sucha c/o PWC – 408-594-6476. Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. May be called as witness.
- Kevin Healy c/o PWC – 408-205-8844. Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. May be called as witness.
- Anna Watson c/o PWC – Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. May be called as witness.
- Cate Sabatini c/o PWC – Believed to be Defendant's employee. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues. May be called as witness.

- Justin Wallace c/o PWC – Believed to be Defendant's employee within Defendant's Ethics Office. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues.  May be called as witness.
- Shawna Hewitt c/o PWC – 206-398-3912. Defendant's Human Resources Leader. May have knowledge pertaining to Plaintiff's termination. May be called as witness.
- Kevin Baldwin c/o PWC – Defendant PwC's Vice Chairman. May have knowledge pertaining to Plaintiff's termination. May be called as witness.
- Dick DuBois c/o PWC – Defendant's National Assurance Leader. May have knowledge pertaining to Plaintiff's termination.  May be called as witness.
- D. Timothy Carey c/o PWC – Defendant's Market Leader. May have knowledge pertaining to Plaintiff's termination. May be called as witness.
- Tye Thorson c/o PWC – 408-460-5977. Defendant's San Jose Partner. May have knowledge pertaining to Plaintiff's whistleblowing activities, Plaintiff's termination, and Defendant's accounting issues. Expected to be called as a witness.
- Ergun Genc c/o PWC – 408-834-0351. Defendant's San Jose Partner. May have knowledge pertaining to Plaintiff's whistleblowing activities, Plaintiff's termination, and Defendant's accounting issues. May be called as witness.
- Anne-Marie Vitale c/o PWC – Defendant PwC's Officer of General Counsel. May have knowledge pertaining to Plaintiff's whistleblowing activities, Plaintiff's termination, and Defendant's accounting issues. May be called as witness.
- A. Mari Mazour c/o PWC– PwC's Officer of General Counsel. May have knowledge pertaining to Plaintiff's termination and whistleblowing activities. May be called as witness.
- Ed Sarrett, M.A. – 1550 The Alameda, Suite 303, San Jose, CA 95126. (408) 230-2665. esarrett@bcp.org. Licensed Marriage and Family Therapist. May have knowledge pertaining to Plaintiff's emotional distress. Expected to be called as a witness.
- Marco Botta – Milan, Italy. +39-338-922-7397. Plaintiff's brother. Current residence is in Italy. May have knowledge pertaining to Plaintiff's emotional distress. Expected to be called as a witness.
- Robert Heatley c/o PWC – 650-302-8755, Defendant. Has knowledge pertaining to Plaintiff's whistleblowing activities and Defendant's accounting issues.  May be called as witness.
- Christopher Ludwig – 415-717-1494. Plaintiff's former colleague. Knowledge of PwC harming Plaintiff's professional reputation. Expected to be called as a witness.
- Steven Kessler. c/o PWC – Believed to be Defendant's employee within Defendant's Ethics Office. May have information pertaining to Plaintiff's termination and/or disparate treatment and may have information relating to Plaintiff reporting Defendant's accounting issues.  May call as witness.
- Walter F. Brown. (415) 773-5995. Work address is 405 Howard Street, San Francisco, CA 94105. Has knowledge relating to Mauro's termination and whistleblowing activity. Expected to be called as a witness.

BOTTA V. PRICE WATERHOUSE COOPERS, LLP Case No: 3:18-cv-2615-RS

3

- o Mark D. Simon. C/o PWC. Has knowledge relating to Mauro's termination. May be called as witness.
- o Patricia Lin c/o PWC. Has knowledge relating to Plaintiff's protected activity. May be called as a witness.
- o Paul F. Rugani. (206) 839-4316. Work address is 51 West 52nd Street, New York, NY 10019. Has knowledge relating to Plaintiff's internal, external complaints, and PwC's reason for terminating Plaintiff. May be called as a witness.
- o Arthur Chadwick. (408) 328-4400. Work address is 5451 Patrick Henry Drive, Santa Clara, CA 95054. Has knowledge relating to Plaintiff's internal complaints. May be called as a witness.
- o Laura Bustamante c/o PwC. Has knowledge relating to Plaintiff's internal complaints. May be called as a witness.
- o Mauro Botta. c/o Plaintiff's counsel. Expected to be called as a witness.

**II.    Pursuant to FRCP 26(a)(3)(A)(ii), Plaintiff submits the following:**

(ii) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition; and

Please see attached hereto as Appendix A Plaintiff's identification of exhibits.

**III.    Pursuant to FRCP 26(a)(3)(A)(iii), Plaintiff submits the following:**

Please see attached hereto as Appendix B Plaintiff's identification of exhibits.

Date: January 22, 2021

Respectfully Submitted,

/s/Alexander G. Cabeceiras

Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
*PRO HAC VICE*
*alexc@dereksmithlaw.com*
1 Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760

BOTTA V. PRICE WATERHOUSE COOPERS, LLP Case No: 3:18-cv-2615-RS
4

Ingrid M. Evans, Esq. (SBN 179094)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669

BOTTA V. PRICE WATERHOUSE COOPERS, LLP Case No: 3:18-cv-2615-RS

5