I INGRID M. EVANS, ESQ. (SBN 179094)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669
Fax: (888) 891-4906
Ingrid@evanslaw.com

ALEXANDER G. CABECEIRAS, ESQ.
**DEREK SMITH LAW GROUP, PLLC**
One Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760
Fax: (212) 587-4169
alexc@dereksmithlaw.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURO BOTTA, <br><br> Plaintiff, <br><br> vs. <br><br> PRICE WATERHOUS COOPERS LLP, <br><br> Defendant. | Case No. 3:18-CV-2615-AGT <br><br> **FRCP 26(a)(3) PRETRIAL DISCLOSURE OBJECTIONS, DEPOSITION DESIGNATION, COUNTER DESIGNATIONS** <br><br> Magistrate Judge Hon. Alex G. Tse <br> Courtroom A – 15th Floor <br><br> Final Pretrial Conference: February 16, 2021 |

**NOTICE OF FILING PRETRIAL OBJECTIONS TO TRIAL EXHIBITS & COUNTER DEPOSITION DESIGNATIONS:**

Plaintiff Mauro Botta ("Botta") hereby files, pursuant to Rule 26(a)(3)(B), and the Court's December 17, 2020 Order (*see* Dckt. No. 138), objections to Defendant PricewaterhouseCoopers, LPP ("Defendant") 26(a)(3) pretrial disclosure, counter deposition designations, and Plaintiff's deposition designations as follows:

1. Plaintiff's objections to Defendant's exhibits are attached as **Exhibit A** hereto.

2. Plaintiff's counter-deposition designations are attached as **Exhibit B** hereto.

3. Plaintiff makes a general objection to Defendant's proposed use of 701 exhibits (the equivalent of thousands upon thousands of pages) as oppressive, bad-faith, and not practicable to the speedy administration justice.

4. Plaintiff reserves the right to make any and all objections to evidence and deposition designations at trial.

5. Plaintiff hereby incorporates his Motion *In Limine* as if fully stated herein.

6. Plaintiff's deposition designations are attached as **Exhibit C** hereto.

Date: February 1, 2021

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Alexander G. Cabeceiras*
Alexander G. Cabeceiras, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119