# EXHIBIT B

1  INGRID M. EVANS, ESQ. (SBN 179094)
   **EVANS LAW FIRM, INC.**
2  3053 Fillmore Street #236
3  San Francisco, CA 94123
   Phone: (415) 441-8669
4  Fax: (888) 891-4906
5  Ingrid@evanslaw.com

6  ALEXANDER G. CABECEIRAS, ESQ.
   **DEREK SMITH LAW GROUP, PLLC**
7  One Penn Plaza, Suite 4905
8  New York, New York 10119
   Phone: (212) 587-0760
9  Fax: (212) 587-4169
10 alexc@dereksmithlaw.com
   *Pro Hac Vice*
11
12 *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURO BOTTA,<br><br>            Plaintiff,<br><br>vs<br><br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>           Defendant. | Case No. 3:18-cv-02615-AGT<br><br>**PLAINTIFF MAURO BOTTA'S COUNTER DEPOSITION DESIGNATIONS**<br><br>Trial Date:  February 22, 2021<br>Time:        8:30AM<br>Courtroom:  Courtroom A, 15th Floor, United States District Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102<br>Judge:      The Hon. Alex G. Tse |

//
//
//
//
//

BOTTA V. PRICE WATERHOUSE COOPERS, LLP Case No. 3:18-cv-02615-AGT

1

**Heatley**

| Beginning of Designation | End of Designation |
|---|---|
| 6:2 | 6:7 |
| 10:10 | 11:6 |
| 37:5 | 37:13 |

**Sarrett**

| Beginning of Designation | End of Designation |
|---|---|
| 9:3 | 13:13 |

**Thorson**

| Beginning of Designation | End of Designation |
|---|---|
| 43:25 | 44:2 |

Dated: February 1, 2021

Respectfully Submitted,

*/s/ Alexander G. Cabeceiras*
Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
*PRO HAC VICE*
*alexc@dereksmithlaw.com*
1 Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760

Ingrid M. Evans, Esq. (SBN 179094)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669
*Attorneys for Plaintiff*