# EXHIBIT C

1  INGRID M. EVANS, ESQ. (SBN 179094)
   **EVANS LAW FIRM, INC.**
2  3053 Fillmore Street #236
3  San Francisco, CA 94123
   Phone: (415) 441-8669
4  Fax: (888) 891-4906
5  Ingrid@evanslaw.com

6  ALEXANDER G. CABECEIRAS, ESQ.
   **DEREK SMITH LAW GROUP, PLLC**
7  One Penn Plaza, Suite 4905
8  New York, New York 10119
   Phone: (212) 587-0760
9  Fax: (212) 587-4169
10 alexc@dereksmithlaw.com
   *Pro Hac Vice*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURO BOTTA,<br><br>   Plaintiff,<br><br>vs<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>   Defendant. | Case No. 3:18-cv-02615-AGT<br><br>**PLAINTIFF MAURO BOTTA'S DEPOSITION DISCLOSURES**<br><br>Trial Date:   February 22, 2021<br>Time:         8:30AM<br>Courtroom:    Courtroom A, 15th Floor, United States District Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102<br>Judge:        The Hon. Alex G. Tse |

//
//
//
//
//

**Baldwin**

| Beginning of Designation | End of Designation |
|---|---|
| 7:14 | 7:17 |
| 8:1 | 8:12 |
| 9:11 | 9:17 |
| 10:7 | 10:14 |
| 11:4 | 11:9 |
| 11:21 | 12:2 |

**Botta**

| Beginning of Designation | End of Designation |
|---|---|
| 97:2 | 97:22 |
| 104:20 | 105:9 |
| 113:20 | 113:23 |
| 114:2 | 114:6 |
| 117:18 | 118:6 |
| 119:22 | 120:1 |
| 120:7 | 120:25 |
| 121:14 | 125:13 |
| 125:24 | 126:14 |
| 126:15 | 126:23 |
| 127:7 | 127:12 |
| 127:13 | 127:20 |
| 128:3 | 128:23 |
| 130:12 | 130:16 |
| 132:11 | 132:20 |
| 133:3 | 133:8 |
| 134:24 | 135:4 |
| 137:11 | 137:18 |
| 138:3 | 138:16 |
| 137:23 | 138:2 |
| 142:13 | 143:1 |
| 144:6 | 147:17 |
| 147:18 | 149:13 |
| 149:14 | 149:18 |
| 149:19 | 150:5 |
| 150:6 | 150:8 |
| 150:19 | 151:1 |
| 151:2 | 152:22 |
| 153:17 | 154:17 |
| 157:19 | 160:9 |

| Beginning of Designation | End of Designation |
|---|---|
| 160:10 | 160:17 |
| 160:18 | 161:1 |
| 162:14 | 162:19 |
| 164:20 | 165:3 |
| 168:18 | 168:20 |
| 173:2 | 174:3 |
| 175:4 | 175:7 |
| 177:12 | 177:15 |
| 178:20 | 179:11 |
| 179:20 | 179:21 |
| 183:9 | 183:21 |
| 196:2 | 196:25 |
| 197:1 | 197:21 |
| 198:1 | 198:16 |
| 199:19 | 201:23 |
| 201:24 | 202:7 |
| 202:16 | 202:22 |
| 204:2 | 205:5 |
| 207:6 | 208:16 |
| 218:13 | 220:5 |
| 246:23 | 248:24 |
| 248:25 | 249:6 |
| 256:25 | 258:4 |
| 259:23 | 260:1 |
| 260:6 | 263:8 |
| 263:23 | 269:20 |
| 270:6 | 271:13 |
| 271:18 | 271:23 |
| 293:24 | 294:14 |
| 295:10 | 295:14 |
| 301:20 | 302:3 |
| 302:12 | 302:14 |

**Carey**

| Beginning of Designation | End of Designation |
|---|---|
| 16:6 | 16:25 |
| 19:14 | 19:18 |
| 20:1 | 20:3 |
| 21:21 | 21:23 |
| 22:24 | 23:5 |
| 24:8 | 24:19 |

| Beginning of Designation | End of Designation |
|---|---|
| 24:20 | 25:9 |
| 27:3 | 27:15 |
| 34:15 | 34:21 |
| 36:21 | 37:4 |
| 37:19 | 38:2 |
| 38:3 | 38:15 |
| 39:1 | 39:11 |
| 40:22 | 41:20 |
| 43:4 | 43:21 |
| 49:17 | 50:6 |
| 50:24 | 51:15 |
| 53:20 | 54:5 |
| 55:18 | 55:25 |

**Haavardtun**

| Beginning of Designation | End of Designation |
|---|---|
| 15:17 | 15:25 |
| 16:6 | 16:9 |
| 16:20 | 16:23 |
| 19:20 | 20:4 |
| 23:22 | 23:25 |
| 25:10 | 25:22 |
| 26:22 | 27:8 |
| 28:23 | 29:2 |
| 29:15 | 29:20 |
| 30:20 | 30:24 |
| 35:12 | 35:15 |
| 35:20 | 36:3 |
| 39:7 | 39:21 |
| 39:8 | 39:13 |
| 39:23 | 41:7 |
| 41:9 | 41:13 |
| 41:22 | 42:1 |
| 45:3 | 45:14 |
| 46:10 | 46:14 |
| 46:25 | 47:11 |
| 47:15 | 47:19 |
| 48:21 | 48:24 |
| 50:17 | 50:20 |
| 50:21 | 51:18 |
| 54:16 | 54:21 |

| Beginning of Designation | End of Designation |
|---|---|
| 54:22 | 55:13 |
| 56:12 | 56:19 |
| 57:9 | 57:25 |
| 63:3 | 63:24 |
| 64:1 | 64:6 |
| 64:8 | 64:18 |
| 65:2 | 65:9 |
| 69:25 | 70:11 |
| 70:18 | 71:6 |
| 74:3 | 74:12 |
| 77:11 | 78:3 |
| 78:19 | 79:2 |
| 79:11 | 79:20 |
| 81:5 | 81:7 |
| 81:22 | 82:3 |

**Heatley**

| Beginning of Designation | End of Designation |
|---|---|
| 6:2 | 6:7 |
| 10:10 | 11:6 |
| 21:1 | 13:25 |
| 16:1 | 17:3 |
| 18:17 | 19:23 |
| 20:13 | 21:11 |
| 21:22 | 24:18 |
| 25:14 | 26:12 |
| 27:2 | 28:5 |
| 28:17 | 28:19 |
| 29:2 | 29:10 |
| 31:7 | 31:21 |
| 32:14 | 33:3 |
| 37:5 | 37:13 |
| 38:4 | 38:11 |
| 38:14 | 39:2 |
| 39:4 | 39:17 |
| 39:24 | 40:11 |
| 42:22 | 42:25 |
| 43:4 | 43:9 |

**Hewitt**

| Beginning of Designation | End of Designation |
|---|---|

| Beginning of Designation | End of Designation |
|---|---|
| 14:13 | 14:15 |
| 16:21 | 17:5 |
| 23:2 | 23:12 |
| 23:14 | 23:19 |
| 30:24 | 31:4 |
| 45:10 | 46:6 |
| 50:24 | 51:3 |
| 54:6 | 54:11 |
| 56:1 | 57:7 |
| 57:17 | 57:21 |
| 59:6 | 59:10 |
| 69:10 | 69:14 |
| 70:4 | 70:15 |
| 70:17 | 70:23 |
| 76:8 | 76:10 |
| 79:3 | 79:9 |

**Nelson**

| Beginning of Designation | End of Designation |
|---|---|
| 13:20 | 15:15 |
| 24:15 | 24:25 |
| 25:18 | 25:23 |
| 26:1 | 26:19 |
| 30:7 | 30:16 |
| 30:22 | 30:25 |
| 31:3 | 32:10 |
| 35:17 | 36:7 |
| 50:6 | 50:8 |
| 53:11 | 53:21 |
| 53:23 | 54:2 |
| 55:4 | 55:7 |
| 63:19 | 63:25 |
| 65:13 | 65:21 |
| 69:19 | 70:17 |
| 74:7 | 75:3 |
| 74:23 | 75:3 |
| 80:1 | 80:4 |

**Sarrett**

| Beginning of Designation | End of Designation |
|---|---|
| 9:4 | 13:3 |

BOTTA V. PRICE WATERHOUSE COOPERS, LLP Case No. 3:18-cv-02615-AGT

6

| | |
|---|---|
| 15:3 | 15:14 |
| 15:23 | 17:11 |
| 18:19 | 19:13 |
| 20:19 | 21:10 |
| 33:3 | 33:23 |

**Thorson**

| **Beginning of Designation** | **End of Designation** |
|---|---|
| 43:25 | 44:2 |
| 44:14 | 44:21 |
| 73:10 | 74:3 |
| 74:6 | 74:24 |
| 75:10 | 75:20 |
| 76:16 | 78:3 |
| 79:13 | 79:19 |
| 81:2 | 81:22 |
| 88:7 | 88:18 |
| 89:8 | 89:12 |
| 89:14 | 90:2 |
| 91:22 | 92:3 |
| 92:4 | 92:12 |
| 96:14 | 96:25 |
| 97:2 | 97:9 |
| 100:12 | 100:24 |
| 100:25 | 101:24 |
| 101:25 | 102:5 |
| 112:8 | 112:24 |
| 119:15 | 120:11 |
| 139:1 | 139:6 |
| 143:24 | 144:5 |
| 149:6 | 150:3 |
| 153:20 | 153:23 |
| 155:6 | 155:9 |

1  Dated: February 1, 2021

Respectfully Submitted,

*/s/ Alexander G. Cabeceiras*
Alexander G. Cabeceiras, Esq.
**DEREK SMITH LAW GROUP, PLLC**
*PRO HAC VICE*
*alexc@dereksmithlaw.com*
1 Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760

Ingrid M. Evans, Esq. (SBN 179094)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669
*Attorneys for Plaintiff*