1  John C. Hueston, State Bar No. 164921
   *jhueston@hueston.com*
2  Moez M. Kaba, State Bar No. 257456
   *mkaba@hueston.com*
3  Joseph A. Reiter, State Bar No. 294976
   *jreiter@hueston.com*
4  HUESTON HENNIGAN LLP
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:    (213) 788-4340
6  Facsimile:    (888) 775-0898

7  Attorneys for Defendant
   PricewaterhouseCoopers LLP
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  MAURO BOTTA,                          Case No. 3:18-CV-2615-AGT

13          Plaintiff,                    **DEFENDANT
                                          PRICEWATERHOUSECOOPERS LLP'S**
14      v.                                **DEPOSITION DESIGNATIONS,
                                          COUNTER-DESIGNATIONS, AND**
15  PRICEWATERHOUSECOOPERS LLP,           **OBJECTIONS TO PLAINTIFF'S
                                          DEPOSITION DESIGNATIONS**
16          Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**I.     PWC'S DEPOSITION DESIGNATIONS**

Defendant PricewaterhouseCoopers LLP ("PwC") hereby give notice of its preliminary list of deposition testimony that PwC may present at the trial, other than deposition testimony that may be presented solely for impeachment.  PwC reserves the right to supplement or amend this list, including in response to the testimony presented by Plaintiff, who has the burden of proof.  PwC also reserves the right to object to part or all of the testimony offered by any witness identified below on any ground consistent with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Local Rules of this Court, and any other applicable rule.

**Deposition of Robert Heatley – December 6, 2018**

| Beginning of Designation | End of Designation |
|---|---|
| 4:16 | 4:17 |
| 6:8 | 6:18 |
| 9:21 | 10:2 |
| 10:10 | 10:17 |
| 12:2 | 12:7 |
| 12:14 | 12:20 |
| 18:5 | 18:10 |
| 18:14 | 19:8 |
| 20:17 | 21:11 |
| 22:10 | 23:6 |
| 23:9 | 23:17 |
| 29:11 | 29:25 |
| 30:19 | 31:17 |
| 33:13 | 34:14 |
| 35:18 | 36:16 |
| 39:4 | 39:22 |
| 40:1 | 40:11 |
| 40:25 | 41:17 |
| 42:15 | 42:21 |
| 44:3 | 44:15 |

**Deposition of Ed Sarrett, M.A. – February 11, 2019**

| Beginning of Designation | End of Designation |
|---|---|
| 5:18 | 5:25 |
| 9:3 | 9:10 |
| 9:19 | 11:11 |
| 11:22 | 11:24 |
| 15:3 | 16:8 |
| 16:10 | 16:18 |

| | |
|---|---|
| 17:1 | 17:24 |
| 18:11 | 22:18 |
| 23:3 | 23:6 |
| 23:9 | 24:10 |
| 26:2 | 26:13 |

## II.     PWC'S COUNTER-DESIGNATIONS

PwC hereby give notices of its preliminary list of deposition testimony that PwC may present at the trial in response to the testimony that Plaintiff has designated.  PwC reserves the right to supplement or amend this list, including in response to the testimony presented by Plaintiff, who has the burden of proof.  PwC also reserves the right to object to part or all of the testimony offered by any witness identified below on any ground consistent with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Local Rules of this Court, and any other applicable rule.

### Deposition of Robert Heatley– December 6, 2018

| Beginning of Designation | End of Designation |
|---|---|
| 14:1 | 14:11 |
| 14:18 | 15:6 |
| 19:24 | 19:25 |
| 20:2 | 20:3 |
| 26:18 | 27:1 |
| 30:11 | 30:15 |
| 31:23 | 31:24 |
| 32:1 | 32:12 |
| 43:1 | 43:3 |
| 43:10 | 43:12 |

### Deposition of Tye Thorson. – November 9, 2018

| Beginning of Designation | End of Designation |
|---|---|
| 5:9 | 5:12 |
| 10:18 | 10:24 |
| 11:1 | 11:8 |
| 11:12 | 11:23 |
| 13:21 | 14:12 |
| 15:6 | 15:11 |
| 19:19 | 19:20 |
| 22:1 | 22:8 |
| 25:24 | 26:6 |
| 29:19 | 30:3 |
| 31:16 | 31:18 |
| 31:22 | 32:7 |

PWC'S DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS

5894849

| | |
|---|---|
| 32:11 | 32:13 |
| 33:15 | 34:14 |
| 34:17 | 34:23 |
| 40:5 | 41:7 |
| 41:17 | 41:21 |
| 42:15 | 42:24 |
| 43:12 | 43:24 |
| 44:3 | 44:13 |
| 46:2 | 48:19 |
| 49:2 | 50:1 |
| 50:10 | 50:22 |
| 53:20 | 54:7 |
| 54:19 | 55:3 |
| 55:25 | 56:11 |
| 61:11 | 61:16 |
| 62:14 | 63:4 |
| 65:14 | 66:5 |
| 67:18 | 68:21 |
| 71:18 | 71:25 |
| 73:10 | 73:23 |
| 75:10 | 75:20 |
| 76:16 | 76:25 |
| 77:6 | 77:13 |
| 81:8 | 81:13 |
| 81:16 | 84:14 |
| 88:7 | 88:13 |
| 90:3 | 90:13 |
| 90:19 | 91:12 |
| 92:13 | 93:3 |
| 93:10 | 94:20 |
| 95:3 | 96:25 |
| 97:2 | 97:9 |
| 98:4 | 99:3 |
| 99:6 | 99:20 |
| 103:13 | 103:25 |
| 104:4 | 104:19 |
| 112:25 | 113:3 |
| 124:8 | 124:13 |
| 128:22 | 129:1 |
| 129:3 | 130:12 |
| 139:1 | 139:6 |
| 149:6 | 149:24 |
| 150:4 | 150:10 |
| 152:21 | 153:18 |
| 156:18 | 156:22 |

PWC'S DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS

5894849

**Deposition of David Carey– January 11, 2019**

| Beginning of Designation | End of Designation |
|---|---|
| 5:16 | 5:19 |
| 7:6 | 7:19 |
| 7:24 | 8:3 |
| 9:9 | 9:10 |
| 9:21 | 10:7 |
| 14:3 | 14:5 |
| 17:25 | 18:6 |
| 19:5 | 19:8 |
| 20:4 | 20:6 |
| 23:6 | 24:3 |
| 25:10 | 26:16 |
| 28:12 | 28:18 |
| 28:23 | 29:10 |
| 31:22 | 32:2 |
| 32:6 | 32:9 |
| 33:9 | 33:21 |
| 34:1 | 34:14 |
| 34:22 | 35:4 |
| 35:18 | 36:14 |
| 39:16 | 39:23 |
| 41:21 | 41:24 |
| 44:6 | 45:4 |
| 46:20 | 46:23 |
| 47:25 | 48:7 |
| 50:7 | 50:14 |
| 51:16 | 52:11 |
| 53:9 | 53:16 |
| 57:4 | 59:8 |

**Deposition of Shawna Hewitt– December 19, 2018**

| Beginning of Designation | End of Designation |
|---|---|
| 6:1 | 6:5 |
| 7:1 | 7:6 |
| 7:11 | 7:15 |
| 8:10 | 8:14 |
| 10:5 | 10:7 |
| 11:8 | 11:25 |
| 13:12 | 13:25 |
| 15:1 | 15:18 |
| 17:21 | 18:1 |

PWC'S DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS
5894849

| 18:17 | 18:25 |
|---|---|
| 22:2 | 22:4 |
| 22:25 | 23:1 |
| 24:25 | 25:7 |
| 44:9 | 45:9 |
| 53:22 | 53:24 |
| 55:20 | 55:23 |
| 56:4 | 56:10 |
| 57:8 | 57:15 |
| 59:16 | 59:24 |
| 60:9 | 60:19 |
| 61:2 | 61:4 |
| 64:7 | 64:14 |
| 65:20 | 66:5 |
| 66:16 | 67:1 |
| 68:4 | 68:6 |
| 69:20 | 70:3 |
| 75:12 | 75:18 |
| 76:16 | 76:21 |
| 77:11 | 77:16 |
| 77:23 | 78:8 |

### Deposition of Kevin Baldwin – January 29, 2019

| Beginning of Designation | End of Designation |
|---|---|
| 6:9 | 6:23 |
| 7:9 | 7:13 |
| 8:13 | 9:10 |
| 12:4 | 12:8 |
| 16:3 | 16:6 |
| 16:18 | 16:21 |

1

**Deposition of Traci Nelson – January 16, 2019**

2

3

| Beginning of Designation | End of Designation |
|---|---|
| 7:10 | 7:12 |
| 9:25 | 10:13 |
| 10:18 | 11:3 |
| 11:9 | 11:12 |
| 11:16 | 11:24 |
| 12:1 | 12:3 |
| 12:13 | 12:15 |
| 24:5 | 24:13 |
| 25:2 | 25:12 |
| 27:1 | 27:8 |
| 30:18 | 30:21 |
| 33:15 | 33:21 |
| 34:8 | 34:14 |
| 37:2 | 37:16 |
| 50:9 | 51:1 |
| 62:6 | 62:18 |
| 65:8 | 65:12 |
| 65:22 | 66:25 |
| 73:20 | 73:25 |
| 74:4 | 74:5 |
| 75:5 | 75:11 |
| 78:21 | 78:25 |
| 79:19 | 79:25 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

**Deposition of Stig Haavardtun– January 9, 2019**

20

21

| Beginning of Designation | End of Designation |
|---|---|
| 5:12 | 5:17 |
| 7:13 | 7:17 |
| 7:21 | 7:24 |
| 8:7 | 8:19 |
| 8:23 | 9:6 |
| 9:20 | 9:22 |
| 20:9 | 20:18 |
| 21:22 | 21:25 |
| 24:1 | 24:6 |
| 25:7 | 25:9 |
| 25:23 | 26:6 |

22

23

24

25

26

27

28

PWC'S DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS

5894849

| | |
|---|---|
| 26:15 | 26:16 |
| 26:19 | 26:20 |
| 27:9 | 27:10 |
| 27:12 | 27:15 |
| 28:9 | 28:10 |
| 28:12 | 28:13 |
| 28:20 | 28:22 |
| 29:3 | 29:8 |
| 29:11 | 29:13 |
| 32:5 | 32:9 |
| 32:12 | 32:15 |
| 32:25 | 33:6 |
| 33:16 | 33:18 |
| 33:23 | 34:2 |
| 35:6 | 35:8 |
| 36:5 | 36:18 |
| 41:14 | 41:21 |
| 42:11 | 42:13 |
| 42:16 | 43:3 |
| 44:1 | 44:21 |
| 45:15 | 46:1 |
| 46:6 | 46:9 |
| 46:19 | 46:22 |
| 47:12 | 47:14 |
| 48:5 | 48:20 |
| 50:10 | 50:11 |
| 50:14 | 50:15 |
| 52:7 | 53:14 |
| 53:23 | 54:4 |
| 55:20 | 55:25 |
| 56:8 | 56:11 |
| 56:21 | 57:8 |
| 58:1 | 59:11 |
| 59:19 | 60:15 |
| 60:24 | 63:2 |
| 69:9 | 69:14 |
| 69:18 | 69:24 |
| 71:15 | 72:5 |
| 78:5 | 78:11 |
| 80:25 | 81:4 |
| 82:4 | 82:22 |

PWC'S DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS

5894849

| 83:3 | 83:7 |

## III.   PWC'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

PwC objects to each of Plaintiff's designations from the depositions of Plaintiff, Traci Nelson, Stig Haavardtun, Tye Thorson, and Timothy Carey because those witnesses have been designated to testify live at trial.  (*See* Dkt. 39 at 3; *see also Rigsbee v. City & Cty. of Honolulu*, 2019 WL 1089636, at *2 (D. Haw. Mar. 7, 2019) where witnesses were available to testify live, "Plaintiff cannot use the depositions in lieu of direct examination"); *Jordan v. Pugh*, 2007 WL 1552512, at *3 (D. Colo. May 22, 2007) (holding the "use of deposition testimony is inappropriate" because a witness was "designated and [was] available at trial").)

PwC objects to each of Plaintiff's designations from the deposition of Traci Nelson because Ms. Nelson is not PwC's "officer, director, managing agent, or designate under Rule 30(b)(6)."  Fed. R. Civ. Proc. 32(a)(3); *see also See* Dkt. 39 at 4; *Ocampo v. HeiTech Servs., Inc.*, 2020 WL 5545286, at *6 (N.D. Cal. Sept. 16, 2020) (holding that Chief Human Capital Officer was not managing agent because there was no evidence he had "substantial discretionary authority over decisions that ultimately determined corporate policy").

PwC also objects to the following portions of Plaintiff's designations on the following bases:

| **Objection Code** | **Meaning** |
|---|---|
| AA | Asked and answered |
| CC | Calls for a conclusion |
| CD | Compound |
| MIL | Subject of a motion *in limine* |
| V | Vague and ambiguous |
| 103 | Assumes facts not in evidence |
| 104a | Lacks foundation |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 403 | Unduly prejudicial |
| 602 | Calls for speculation; speculative |

| Objection Code | Meaning |
|----------------|---------|
| 701 | Improper opinion by lay witness |

### Deposition of Tye Thorson – November 9, 2018

| Beginning of Designation | End of Designation | Objection |
|--------------------------|--------------------|-----------|
| 74:19 | 74:24 | 104a; 602 |
| 96:14 | 96:25 | 106 |

### Deposition of Traci Nelson – January 16, 2019

| Beginning of Designation | End of Designation | Objection |
|--------------------------|--------------------|-----------|
| 31:3 | 31:8 | 104a; 602 |
| 32:3 | 32:10 | 104a; 602 |
| 35:17 | 36:7 | 106; MIL; 402; 403 |
| 53:11 | 53:21 | 103; 104a; 602 |
| 55:4 | 55:7 | 103; 104a |
| 70:17 | 70:17 | 106 |
| 74:23 | 75:3 | 103; 104a |
| 80:1 | 80:4 | 106 |

### Deposition of Shawna Hewitt – December 19, 2018

| Beginning of Designation | End of Designation | Objection |
|--------------------------|--------------------|-----------|
| 54:6 | 54:11 | AA; 106 |
| 58:10 | 58:18 | V; 104a; 602; CC; 701 |
| 69:10 | 69:14 | 106 |

### Deposition of Robert Heatley – December 6, 2018

| Beginning of Designation | End of Designation | Objection |
|--------------------------|--------------------|-----------|
| 19:22 | 19:23 | 106 |
| 23:5 | 23:13 | V; 103 |
| 23:15 | 23:23 | 103; 104a; 602 |
| 31:18 | 31:21 | 106 |
| 38:14 | 39:2 | 103; 104a |

5894849

**Deposition of Stig Haavardtun – December 19, 2018**

| Beginning of Designation | End of Designation | Objection |
|---|---|---|
| 15:17 | 15:25 | MIL; 402; 403 |
| 16:6 | 16:9 | MIL; 402; 403 |
| 16:20 | 16:23 | MIL; 402; 403 |
| 19:20 | 20:4 | MIL; 402; 403 |
| 39:7 | 39:21 | 104a; 602 |

**Deposition of D. Timothy Carey – January 11, 2019**

| Beginning of Designation | End of Designation | Objection |
|---|---|---|
| 23:2 | 23:5 | 103; 104a |
| 27:3 | 27:7 | 103; 104a |

Dated:  February 1, 2021                    **HUESTON HENNIGAN LLP**


                                             By:   *John C. Hueston*
                                                   John C. Hueston
                                                   Attorneys for Defendant

PWC'S DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS

5894849