| | |
|---|---|
| 1 | HUESTON HENNIGAN LLP |
| | John C. Hueston, State Bar No. 164921 |
| 2 | *jhueston@hueston.com* |
| | Moez M. Kaba, State Bar No. 257456 |
| 3 | *mkaba@hueston.com* |
| | Joseph A. Reiter, State Bar No. 294976 |
| 4 | *jreiter@hueston.com* |
| | 523 West 6th Street, Suite 400 |
| 5 | Los Angeles, CA 90014 |
| | Telephone: (213) 788-4340 |
| 6 | Facsimile: (888) 775-0898 |
| | Attorneys for Defendant |
| 7 | PricewaterhouseCoopers LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA, | Case No. 3:18-CV-2615-AGT |
| Plaintiff, | **DEFENDANT PRICEWATERHOUSECOOPERS LLP'S OBJECTIONS TO PLAINTIFF'S AND JOINT EXHIBIT LISTS** |
| vs. | |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendant. | Judge: Hon. Alex G. Tse |
| | Date: February 22, 2021 |
| | Time: 10:00 a.m. |

Pursuant to the Court's Pretrial Scheduling Order (Dkt. 138), Defendant PricewaterhouseCoopers LLP ("PwC") respectfully submits these objections to the following exhibits on Plaintiff's exhibit list and Plaintiff's anticipated use of the exhibits on the parties' joint exhibit list.

## PwC's Objections to Plaintiff's Exhibits

| Plaintiff Exhibit. No | Subject/File Name | Bates Stamp | PwC's Objections |
|---|---|---|---|
| 100 | 8.16.17 Email Hewitt to Nelson | PwC 1832-1840 | Relevance |
| 101 | Botta email to Hewitt | PLAINTIFF 10,11 | Relevance |
| 102 | Email, Botta to investigators | PLAINTIFF 12-19 | Relevance |
| 103 | Additions to TRC SEC Complaint | PLAINTIFF 223-235 | Hearsay; relevance; foundation; FRE 403 |
| 104 | Photo, Botta behind security desk | PLAINTIFF 15, 636, 1293 | Relevance; FRE 403 |
| 105 | Botta Evaluations | PLAINTIFF 109-124, 619-620, 758-773 | Hearsay; relevance; foundation; |
| 106 | TCR SEC Complaint | PLAINTIFF 65-178 | Hearsay; relevance; foundation; FRE 403 |
| 107 | Additions to TRC SEC Complaint | PLAINTIFF 233-235 | Hearsay; relevance; foundation; FRE 403 |
| 108 | Email from Botta to SEC | PLAINTIFF 236 | Hearsay; relevance; foundation |
| 109 | 5.9.2017 Preservation Notice PwC Sent to Botta re Cavium audits 2014, 2015 | PLAINTIFF 538-542 | Relevance |
| 110 | Former Cavium Communicating with Mauro | PLAINTIFF 3010 | Hearsay; relevance; foundation |
| 111 | Opposing counsel viewing Botta's LinkedIn | PLAINTIFF 3011 | Hearsay; relevance; foundation; FRE 403 |
| 112 | Communication Botta and Brian Dalton | PLAINTIFF 2096-2103 | Hearsay; relevance; foundation |
| 113 | Communication Botta and Gupta | PLAINTIFF 3000-3002 | Hearsay; relevance; foundation |
| 114 | 7.21.2017 Convo with Healy | PLAINTIFF 1294 | Hearsay; relevance; foundation |
| 115 | 5.17.2017 Botta to Maira Piergallini | PLAINTIFF 1295 | Hearsay; relevance |
| 116 | 5.17.2017 Botta to Brian Dalton | PLAINTIFF 1296-1297 | Hearsay; relevance |
| 117 | Communication Botta to Dalton | PLAINTIFF 2644 | Hearsay; relevance |

| Plaintiff Exhibit. No | Subject/File Name | Bates Stamp | PwC's Objections |
|---|---|---|---|
| 118 | Communication to Botta to Dalton | PLAINTIFF 2091-2091 | Hearsay; relevance; foundation; FRE 403 |
| 119 | Communication Botta and Andrey Sokolov | PLAINTIFF 2753 | Hearsay; relevance; foundation |
| 120 | Bustamante email re Botta | PwC. 5890-5892 | Hearsay |
| 123 | Communication Botta to Thorson to TT | PLAINTIFF 1890 | Hearsay; relevance |
| 126 | Communication Botta and Thorson | PLAINTIFF 4 | Hearsay; relevance |
| 127 | 3.1.15 Thorson to various PwC employees | PwC 1688-1708 | Relevance |
| 128 | 7.10.17 Thorson to Botta | PwC 294-295 | Relevance |
| 129 | 7.10.17 Communication | PwC 1910-1911 | Relevance |
| 131 | Thorson and Mauro Conversations | PLAINTIFF 1886-1896 | Hearsay; relevance; foundation |
| 132 | 11.15.18 Gupta to Botta | PLAINTIFF 1897 | Hearsay; relevance; foundation |
| 135 | 7.21.2017 Botta to Kevin Heatly | PLAINTIFF 1977 | Hearsay; relevance |
| 136 | 3.8.2018 Botta to Johnny Choi | PLAINTIFF 2035 | Hearsay; relevance |
| 137 | 11.20.19 – PwC's Vic Sahni reaching out to Botta | PwC 2928-2931 | Relevance |
| 138 | Mike Wallace Ethnics Notes | PwC 5965 | Hearsay; foundation |
| 139 | Entry Notes | PwC5966 | Hearsay |
| 143 | 4.26.16 Retaliation Complaint | PwC 5915-5918 | Hearsay; foundation |
| 145 | 4.27.16 Patricia Lin notes re convo with Mauro | PwC 5920-5922 | Hearsay; foundation |
| 146 | 4.28.16 Patricia Lin notes with Umit Ozedmir | PwC 5924-5925 | Hearsay; relevance; foundation |
| 147 | 4.28.16 Patricia Lin notes with Ergun Genc | PwC 5926 - 5927 | Hearsay; foundation |
| 148 | Patricia Lin, Steven Kessler investigation and interview notes | PwC 5928-5961 | Hearsay; relevance; foundation |
| 149 | Justice Wallace notes and entries on investigation | PwC 5963- 5983 | Hearsay; relevance; foundation |
| 150 | Justin Wallace notes, entries on investigation | PwC 5985-5997 | Hearsay; relevance; foundation |
| 151 | 7.6.17 Kessler Case Details – Open Investigation | PwC 5999 - 6001 | Hearsay; foundation |

| Plaintiff Exhibit. No | Subject/File Name | Bates Stamp | PwC's Objections |
|---|---|---|---|
| 152 | Kessler Entry Notes on Investigation, Jessica Lattuga notes on investigation | PwC 6005-6036 | Hearsay; relevance; foundation |
| 154 | 8.15.2017 Kessler Investigation notes | PwC 6038 | Relevance |
| 155 | 8.15.2017 Hewitt and Nelson conversation with Kessler | PwC 6039 | Hearsay; relevance; foundation |
| 158 | Communication on Gigamon | PwC 1609-1610 | Hearsay; relevance; foundation |
| 159 | 6.16.2017 – Seeking inquiry from Nelson | PwC 100-102 | Hearsay; relevance; foundation |
| 160 | 7.6.2017 Nelson and Steve Kessler | PwC 6002 | Hearsay; foundation |
| 161 | 8.16.2017 Hewitt to Nelson | PwC 1832-1840 | Relevance |
| 163 | 8.17.17 Nelson to Hewitt | PwC 1849 | Relevance |
| 165 | 6.15.17 Botta to Wallace, Ward and Nelson | PwC 1751-1752 | Hearsay; relevance; foundation |
| 166 | 6.20.17 Botta to Wallace Ward, Nelson re feedback unfavorable decision | PwC 1753-1756 | Hearsay; relevance; foundation |
| 169 | 2.28.14 PwC on Mauro | PwC 135-137 | Hearsay |
| 170 | 1.28.16 1.28.16 Botta to Stig Haavardtun – Sab 99 Harmonic with comments | PwC 598-605 | Hearsay; relevance |
| 171 | 7.6.17 Nelson forwarding an email to Steve Kessler re Mauro's complaints about Harmonic | PwC 1886-1894 | Hearsay; relevance; foundation |
| 173 | PwC's investigation into Mauro's complaint of retaliation | PwC 5915-5940 | Hearsay; relevance; foundation |
| 174 | 2.25.14 Thorson and others, convincing Mauro to stay | PwC 5890-5892 | Hearsay |
| 178 | Botta's Utilization rate - 2015 | PwC 11002 | Relevance |
| 179 | Botta's Utilization rate - 2017 | PwC 11001 | Relevance |
| 180 | Botta's Utilization rate - 2016 | PwC 11000 | Relevance |
| 184 | 3.16.16 Email Botta to Ledezma | PwC 10775-10785 | Relevance |

| Plaintiff Exhibit. No | Subject/File Name | Bates Stamp | PwC's Objections |
|---|---|---|---|
| 187 | 5.10.16 Email Botta to Nelson | PwC 10765 | Relevance |
| 188 | 2.27.15 Thorson response/Thorson to Scott | PwC 10724-10746 | Relevance |
| 204 | Medical records | SCVM 5-6 | Relevance |
| 205 | Communication | PWC 11084-11093 | Hearsay; relevance; foundation |

## PwC's Objections to Joint Exhibits

| Joint Exhibit No. | Document Date | Subject/File Name | Joint Bates Stamp | PwC Objections |
|---|---|---|---|---|
| 4 | 9/6/2018 | TCR SEC Complaint Submitted – Ref No… | Plaintiff 00209 - 00227 | Hearsay; relevance; foundation; FRE 403 |
| 42 | 6/21/2017 | Santa Clara Valley Medical Center – Legal report for Botta, Mauro | SCVM000007 - 27 | Hearsay; improper expert opinion; foundation |

Dated: February 1, 2021

HUESTON HENNIGAN LLP

By: */s/ John C. Hueston*
  John C. Hueston
  Moez M. Kaba
  Joseph A. Reiter
  Attorneys for Defendant
  PRICEWATERHOUSECOOPERS LLP