# DX1107

Message

| | |
|---|---|
| **From:** | mauro.x.botta@us.pwc.com [mauro.x.botta@us.pwc.com] |
| **Sent:** | 7/29/2011 10:56:28 AM |
| **To:** | Andrea C Martinelli ["cn=andrea c martinelli/ou=it/ou=abas/o=pwc@emea-it@intl"]; Francesco Ferrara ["cn=francesco ferrara/ou=it/ou=abas/o=pwc@emea-it@intl"]; crocec@libero.it |
| **Subject:** | Aggiornamento |

aggiornamento.....

La Symantec non mi ha preso, costo troppo......e Ieri ho incontrato con il mio coach texano che mi ha detto chiaro e tondo che al momento non ho nessuna chance di diventare partner perche' il mio eccellente lavoro e' oscurato dalle mie crociate (literally mi ha detto che c'e' too much noise). Mi ha detto che purtroppo qui non piace che qualcuno evidenzi le debolezze dei leader e mi ha detto che anche se io e lui possiamo concordare in quanto tutto questo sia stupido, putroppo queste sono le regole. Per cui mi ha chiesto cosa voglio fare.....al che gli ho detto che ci voglio comunque provare a diventare partner. L'orizzonte temporale e' di 4/5 anni da ora ammesso che riesca a controllare la mia lingua. Come aiuto mi ha offerto che la prossima volta che mi viene l'impulso di attaccare i leader, di chiamarlo cosi' ci prendiamo una birra e posso sfogarmi quanto voglio e nel mentre lui mi forzera' a fare un'altra cosa che al momento non hanno avuto molto successo nel farmi eseguire....ovvero mollare qualche cliente, in poche parole lui prendera' il mio portafoglio e mi assegnera' meno clienti ma piu' "meaningful" per il mio obiettivo finale. Il sentire finalmente un messaggio diretto con solo contenuti e poco altro e' stata come una ventata di aria fresca, forse ho trovato il mio coach ideale. Le cose sembrano volgere al meglio quindi, anche se di facciata le news non sembrano positive perche' al momento non sono nei giochi, e' anche vero che ho il tempo per entrarci.....

vedremo....

*Mauro Botta* | Assurance | PricewaterhouseCoopers | Telephone: +1 408 464 5438 | Facsimile: +1 813 207 3345 | mauro.x.botta@us.pwc.com

Confidential

PwC_B00000573

**DX1107-1**

**Sent:** Fri, Jul 29, 2011 7:56:28 a.m. -0700  
**From:** mauro.x.botta@us.pwc.com  
**To:** Andrea C Martinelli <"cn=andrea c martinelli/ou=it/ou=abas/o=pwc@emea-it@intl">, Francesco Ferrara <"cn=francesco ferrara/ou=it/ou=abas/o=pwc@emea-it@intl">, crocec@libero.it  
**Subject:** Update

update….

Symantec didn't take me, I cost too much... and yesterday I met with my Texan coach who told me straight that at the moment I have no chance of becoming a partner because my excellent work is obscured by my crusades (literally he told me that there is "too much noise"). He told me that unfortunately here they don't like someone highlighting the weaknesses of leaders and he told me that even though he and I can agree on how stupid this is, unfortunately these are the rules. So he asked me what I wanted to do... to which I told him that I still wanted to try to become a partner. The timescale is 4-5 years now if I can control my tongue. To help me he suggested that the next time I get the impulse to attack the leaders, I should call him so we can have a beer and I can vent as much as I want, and meanwhile he will force me to do something else that so far they have not been very successful in getting me to do… i.e. give up a few clients, in a nutshell he will take my portfolio and assign me fewer clients but that are more "meaningful" for my ultimate goal. Finally hearing a direct message, with just content and little else, was like a breath of fresh air, maybe I have found my ideal coach. So things seem to be getting better, even if the news doesn't look good on the surface because I'm not in play at the moment, it's also true that I have time to get into it...

we'll see…

*Mauro Botta* | Assurance PricewaterhouseCoopers Telephone: +1 408 464 5438 | Facsimile: +1 813 207 3345 | mauro.x.botta@us.pwc.com

Confidential     PwC_B00000573



City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document "PwC_B00000573" is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Alyssa Mullally

Sworn to before me this
February 10, 2020

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE