# DX1539

| | |
|---|---|
| **From:** | Mauro Botta |
| **To:** | Katerina Starkova; Mauro Botta |
| **Subject:** | Conversation with Katerina Starkova |
| **Date:** | Friday, January 19, 2018 3:45:37 PM |

**Mauro Botta 3:08 PM:**
 hi Katerina, just wanted to let u know i turned in my notice. I enjoyed working in these few months with you

**Katerina Starkova 3:09 PM:**
 Wow...really? what's the reason?

**Mauro Botta 3:10 PM:**
 i thought a lot and i dont think it was working out as i was hoping it would have

**Mauro Botta 3:10 PM:**
 i didnt think was a good fit at the end

**Mauro Botta 3:10 PM:**
 i believe ultimately my idea of audit is probably too utopia to find it in reality and had i kept going i'd have be always unhappy

**Katerina Starkova 3:12 PM:**
 it's only been a few months though, it takes time to get settled in a new firm. but it looks like you made up your mind

**Katerina Starkova 3:12 PM:**
 do you know where you will be going?

**Mauro Botta 3:13 PM:**
 SOA - implementing and doing int. control and sox on publics

**Katerina Starkova 3:14 PM:**
 Oh i see...

**Katerina Starkova 3:14 PM:**
 Unexpected, but of course i respect your decision

**Mauro Botta 3:15 PM:**
 thank you. It was not easy, after this short time as you mentioned, but my personal situation is in such disarray i thought this could provide at least a little more stability by doing something that hopefully I can execute close to how i'd think it can be made. Audit I don't have that confidence any more

**Katerina Starkova 3:36 PM:**
 when is your last day?

**Mauro Botta 3:36 PM:**
 1/30

Confidential                                                                                                                                              Armanino000035