# DX1583

 SOAProjects

## EXIT FORM

### EMPLOYEE DETAILS

| Employee Name | Mauro Botta | Position | Senior Manager |
|---|---|---|---|
| Termination Date | 05/23/2019 | Manager | Bob Strasser |

**Future Contact Information:**

| Personal Email | siskodlg@gmail.com | Phone | (408) 464-5438 |
|---|---|---|---|
| Address | 88 E San Fernando St, Apt 1308 San Jose, CA 95113 | Last Day | May 23, 2019 |

| A. Return of Company Assets | Yes | No | N/A |
|---|---|---|---|
| 1. Computer | ☒ | ☐ | ☐ |
| 2. Battery Cord | ☒ | ☐ | ☐ |
| 3. Office Keys/Access Card | ☒ | ☐ | ☐ |
| 4. Clients' Badges (Access Cards) | ☐ | ☐ | ☒ |
| 5. Other | ☐ | ☐ | ☒ |
| B. Signed Release NDA | ☒ | ☐ | ☐ |
| C. Timesheet has been completed | ☒ | ☐ | ☐ |

**COMMENTS:**

It is no longer in the best interest of the Company to continue the employment relationship. We have evaluated your work in the SOX Compliance & Internal Audit department, and we are not seeing an appropriate fit in the SOX practice. We note in particular your more recent interactions with engagement team members out at a client site and the adverse effect that such interactions have had on the one-on-one working relationships with individual team members as well as the adverse effect on the overall engagement work environment. This has resulted in a noticeable loss of trust with team members and irreparably harmed the collaborative work environment. We tried to place you on individual projects, unfortunately, no available assignments.

**Final Step:**

Reason for Leaving: _____Termination of employment_____

Signature of Interviewer: _____[signature]_____   Date: 5/23/19

Signature of Employee: _____[signature]_____   Date: 05/23/19

SOAProjects, Inc
495 N Whisman Road, Suite #100, Mountain View, CA 94043
Phone (650)960-9900 Fax (650)960-2400
Private and Confidential

PLAINTIFF 002758

**DX1583-1**