# DX1584



# SOAProjects, Inc

## Notice to Employee as to Change in Relationship

(Issued Pursuant to Provisions of Section 1089 of the California Unemployment Insurance Code)

Botta, Mauro                                          -9405
Name                                                  SSN

Your employment status has changed for the reason checked below.

☐ Voluntary quit effective _____
                            Date

☐ Layoff effective _____
                    Date

☐ Leave of absence effective _____ , with a return to work date of _____
                              Date                                              Date

☐ Demotion - decrease in work hours and/or wages, effective _____
                                                             Date

☐ Discharge effective _____
                       Date

☐ Refusal to accept available work effective _____
                                              Date

☐ Change in status from employee to independent contractor, effective _____
                                                                       Date

☑ Other. Employment status changed/will change effective  May 23, 2019  as follows:
                                                          Date

By mutual agreement due to the insufficient individual assignments

_____

SOAProjects, Inc                                    (650) 960-9900
Company                                             Phone Number

495 N Whisman Rd, #100                              May 23, 2019
Address                                             Date

Mountain View      CA      94043                    [signature]
City               State   Zip Code                 Supervisor's Signature

### Notice Acknowledgment

I received a copy of this notice on  5/23/19      [signature]
                                     Date          Signature

CalChamber                                          © CalChamber    Page 1 of 1

6/8/19 up to             M-F 8:00-5:00
Monday 6/10/19

PLAINTIFF 002759

**DX1584-1**