# DX1590

# Sr Mgr/Dir/MD Form for Mauro Botta

## Local Market Proposed Changes

| Change Proposal | Proposed Entry | Change Reason/Comments | Currently on record | Approve Proposal | Decline Proposal |
|---|---|---|---|---|---|
| Fiscal Year of Admissions Process | | | | | |
| Status | | | Sr Mgr/Dir/MD - Not on Pipeline - Updates | | |
| HC Market | | | Bay Area & Northwest | | |
| Sponsoring Partner | | | | | |
| Pipeline Sector/BU | | | TICE | | |
| Pipeline Sub-sector | | | Tech | | |
| Primary e-Binder HR Contact | | | | | |
| General Local Market HR Contact | | | | | |

## HR Notes

| HR Notes | | |
|---|---|---|
| Entered by | Date entered | Explanation/Notes/Comments |

## Demographic Information

### Candidate Info

| Candidate Name | Botta, Mauro | Prefers to be called: | |
|---|---|---|---|
| Phonetic Pronunciation of Name | Last: | First: | |
| Name as it should appear in formal announcements/communications: | | | |
| Gender | ● Male ○ Female | Minority Status | ○ Yes ● No |
| Diamond Program | | Breakthrough Leadership Program | |
| ALT Talent Outreach | | | |
| Status | Sr Mgr/Dir/MD - Not on Pipeline - Updates | Work Location | San Jose |
| Office Phone | (408) 817-5094 | Preferred Contact Phone | |
| Employee ID | 00300178571 | Job Title | Senior Manager |
| Internal e-mail | Mauro | FTE | |

| | | | |
|---|---|---|---|
| address | Botta/US/ABAS/PwC | | ● Full-Time ◌ Part-Time |
| Line of Service | US - Assurance | Sub LOS 2 | Core Attest |
| Sub LOS 3 | Core Attest | Sub LOS 4 | WE Core Attest |
| Region | West | HC Market | Bay Area & Northwest |
| Market Team | TEAM 169 | Market Team Description | SJ Tech A |
| Cost Center | US00003855 | Cost Center Description | San Jose Attest |
| PeopleSoft Industry | All Other Sectors | PeopleSoft Sub-Industry | Technology, Media and Telecom |
| On a Tour? | ◌ Yes ◌ No | If Yes, please select home work office | |
| Industry BU | TICE | Sector | Tech |
| Fellowship | | Candidate Specialty | |
| Prior Year Partner Candidate | ◌ Yes ◌ No | | |
| Anticipated Admission Date | | Admission State | |

Fiscal Year of Admissions Process Change Tracking

| Changed By | Change Status | Date of Change | Changed from | Changed to | Responsible Individual | Role |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | |
|---|---|---|---|
| Service Date | 12/09/1999 | US or Affiliate Firm Hire Date | 06/07/2004 |
| Modified Service Date | 12/09/1999 | Service Date Comments | |
| Service Years | 18.6 | Professional Exp Date | 07/01/2010 |
| Re-hire Date | | Termination Date | |
| Proposed Strategic Market | | Proposed Work Office | |
| Proposed Market Team | | Proposed Region | |
| Proposed Business Industry | | Chain of Command | ◌ Yes ◌ No |
| General Comments | | | |

## HR / Leaders

| | | |
|---|---|---|
| Sponsoring Partner | | |
| Sector/BU Leader | | |
| Sector/BU HR Leader | Kathy Harada/US/ABAS/PwC | (213) 356-6787 |

| | | |
|---|---|---|
| Market Leader | | |
| Market HR Leader(s) / Designee | Traci Nelson/US/TLS/PwC | (408) 817-3931 |
| Sector/BU HR Manager | Sonya Chhabria/US/ABAS/PwC | (949) 437-5573 |
| Primary e-Binder HR Contact | | |
| General Local Market HR Contact | | |
| Coach | Robert M. Ward/US/ABAS/PwC | |
| Relationship Partner | Robert M. Ward/US/ABAS/PwC | |
| Pipeline Candidate Committee Chair | | |
| Pipeline Candidate Committee Reviewer | | |

| | | | |
|---|---|---|---|
| LRC Member | | Secondary LRC Member | |
| SBC Member | | Secondary SBC Member | |

## FY Tier / Assessment

| FY17 | FY16 | FY15 |
|---|---|---|
| | Annual Performance Tier 3 | Annual Performance Tier 1 |

| For any assessment other than the highest, please provide explanation: |
|---|
| |

## Credentialing

### Licenses Currently Held

Any questions, please contact CPA Licensing & Credentialing in the Compliance Resource Center.

**CPA Work office compliance:** ◯ Compliant ◯ Not compliant

### CPA Licenses

| State | License Type | Certification No. | Expiration Date | To be Renewed | Credential is Current? | Comments |
|---|---|---|---|---|---|---|
| | | | | | ◯ Yes ◯ No | |
| | | | | | ◯ Yes ◯ No | |
| | | | | | ◯ Yes ◯ No | |
| | | | | | ◯ Yes ◯ No | |
| | | | | | ◯ Yes ◯ No | |

### Other Licenses

| State | License Type | Certification No. | Expiration Date | To be Renewed | Credential is Current? | Comments |
|---|---|---|---|---|---|---|
| | | | | | ◯ Yes ◯ No | |
| | | | | | ◯ Yes ◯ No | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Yes No | |
| | | | | | Yes No | |
| | | | | | Yes No | |

**Copies of Licenses** Active CPA licenses are validated through the **pwc** licensing office. Only additional firm-approved licenses should be attached below.

| | |
|---|---|
| **Other Firm Approved Licenses** | |

## Proposed BC Details

| | |
|---|---|
| Growth or Replacement? | |
| Total Expected Hours in 1st Year | |
| Total Expected Revenue in 1st Year | |

| |
|---|
| Business Case Summary |
| |
| Business Case Description |
| |
| Plan for Incumbent Partners |
| |

| | |
|---|---|
| Will the candidate serve in the capacity of an Auxiliary Partner? | Yes No |
| Redeploy from Current BU/Sector/Office | |
| If Redeploying, new LOS/BU/Sector/Office | |
| FTE as of 07/01/ | |

| |
|---|
| Other Information |
| |

## Proposal / Contact List

| | |
|---|---|
| Candidate Proposal from the IPA Website | |
| Contact List | |

## ECR Participation

*This table outlines engagement compliance reviews completed as a reviewer.*

| | |
|---|---|
| Primary work experience in the last three years: | Audit Non Audit 50/50 Mix |

| ECR compliant? | |
|---|---|

## ECR Participation

| Calendar Year | Week | Location | Engagement | Role |
|---|---|---|---|---|

## Revisions

**Created by:** on

**History:**

| | |
|---|---|
| Updated by D Organ 2018 04:05 PM | Margaret Dec 19, |
| Updated via PS upload Admin 2017 05:18 PM | Pipeline Aug 18, |
| Updated via PS upload Admin 2017 03:52 PM | Pipeline Aug 04, |
| Updated via PS upload Admin 2017 08:31 PM | Pipeline Jun 25, |
| Updated via PS upload Admin 2017 06:31 AM | Pipeline Jun 22, |
| Updated via PS upload Admin 2017 09:05 AM | Pipeline Mar 19, |
| Updated via PS upload Admin 2017 09:56 PM | Pipeline Feb 20, |
| Updated via PS upload Admin 2017 08:48 AM | Pipeline Jan 14, |
| Updated via PS upload Admin 2017 10:48 AM | Pipeline Jan 02, |
| Updated via file upload PS Upload November ratings.xlsx 2016 07:17 AM | Admin Dec 07, |

| | |
|---|---|
| Updated via PS upload | Pipeline Admin |
| Nov 18, 2016 06:08 PM | |
| Updated sub-sector to Tech | Margaret D Organ |
| Nov 3, 2016 11:54 AM | |
| Updated via PS upload | Pipeline Admin |
| Oct 29, 2016 07:41 AM | |
| Updated via PS upload | Pipeline Admin |
| Oct 02, 2016 05:03 PM | |
| Updated via PS upload | Pipeline Admin |
| Aug 21, 2016 06:47 PM | |
| Updated via PS upload | Pipeline Admin |
| Aug 04, 2016 07:09 PM | |
| Updated via PS upload | Pipeline Admin |
| Jul 10, 2016 09:43 AM | |
| Updated via PS upload | Pipeline Admin |
| May 21, 2016 10:01 AM | |
| Updated via PS upload | Pipeline Admin |
| Apr 16, 2016 11:59 AM | |
| Updated via PS upload | Pipeline Admin |
| Mar 05, 2016 04:42 PM | |
| Updated via PS upload | Pipeline Admin |
| Jan 17, 2016 11:01 AM | |
| Updated via PS upload | Pipeline Admin |
| Dec 19, 2015 09:36 AM | |
| Updated via PS upload | Pipeline Admin |
| Nov 17, 2015 06:40 PM | |
| Updated via PS upload | Pipeline Admin |
| Oct 28, 2015 08:23 PM | |
| Updated status from Sr Mgr/Dir/MD - Not on Pipeline to Sr Mgr/Dir/MD - Not on Pipeline - Updates | Margaret D Organ |
| Oct 20, 2015 11:44 AM | |
| Updated via PS upload | Pipeline Admin |
| Oct 03, 2015 11:26 AM | |
| Updated via PS upload | Pipeline Admin |
| Sep 02, 2015 09:13 AM | |
| Updated via PS upload | Pipeline Admin |
| Aug 14, 2015 07:11 PM | |
| Updated via PS upload | Pipeline Admin |
| May 24, 2015 04:46 PM | |
| Updated via PS upload | Pipeline Admin |
| Apr 25, 2015 06:08 PM | |
| Updated via PS upload | Pipeline Admin |
| Mar 25, 2015 08:45 AM | |
| Updated via PS upload | Pipeline Admin |
| Feb 21, 2015 12:55 PM | |
| Updated via PS upload | Pipeline Admin |
| Dec 20, 2014 03:23 PM | |
| Updated via PS upload | Pipeline Admin |
| Nov 23, | |

2014 10:11 PM
Updated by Ro
Ambrose Oct 31,
2014 01:07 PM
Updated via file upload PA Non pipeline HR contacts.xlsx Admin
Oct 31,
2014 12:49 PM
Updated via PS upload Pipeline
Admin Oct 19,
2014 11:01 AM
Updated via PS upload Pipeline
Admin Sep 20,
2014 10:59 AM
Updated via PS upload Pipeline
Admin Jul 19,
2014 01:28 PM
Updated via PS upload Pipeline
Admin Jun 22,
2014 01:39 PM
Updated via PS upload Pipeline
Admin May 18,
2014 10:51 AM
Updated via PS upload Pipeline
Admin Mar 22,
2014 12:26 PM
Updated via PS upload Pipeline
Admin Jan 02,
2014 08:28 AM
Updated via PS upload Pipeline
Admin Nov 26,
2013 09:09 AM
Updated via PS upload Pipeline
Admin Oct 20,
2013 02:48 PM
Updated via PS upload Pipeline
Admin Sep 22,
2013 08:40 PM
Updated via PS upload Pipeline
Admin Aug 21,
2013 08:36 PM
Updated via PS upload Pipeline
Admin Jul 21,
2013 12:22 PM
Updated via PS upload Pipeline
Admin May 25,
2013 06:40 PM
Updated via PS upload Pipeline
Admin May 01,
2013 07:57 AM
Updated via PS upload Pipeline
Admin Mar 26,
2013 07:34 PM
Updated via PS upload Pipeline
Admin Feb 16,
2013 12:03 PM
Updated via PS upload Pipeline
Admin Jan 26,
2013 11:02 AM
Updated via PS upload Pipeline
Admin Jan 05,
2013 12:39 PM
Updated via PS upload Pipeline
Admin Nov 17,
2012 09:40 PM
Updated from Firmwide Directory Jenn
Healy-Anderson Nov 6,
2012 11:41 PM
Updated via PS upload Pipeline
Admin Nov 01,
2012 07:48 AM
Updated via PS upload Pipeline

| | |
|---|---|
| Admin<br>2012 07:16 AM | Sep 24, |
| Updated via PS upload<br>Admin<br>2012 09:49 AM | Pipeline<br>Aug 18, |
| Updated via PS upload<br>Admin<br>2012 08:26 AM | Pipeline<br>Aug 01, |
| Updated via file upload RPRs for 4Es and MDs.2012.06.12.xlsx<br>Admin<br>2012 06:24 PM | PTT<br>Jun 13, |
| Updated via file upload RPRs for 4Es and MDs.2012.06.12.xlsx<br>Admin<br>2012 04:21 PM | PTT<br>Jun 13, |
| Updated via PS upload<br>Admin<br>2012 07:30 AM | Pipeline<br>May 31, |
| Updated by<br>Ambrose<br>2011 08:47 PM | Ro<br>Jul 20, |
| Updated from Pipeline upload<br>Ambrose<br>2011 06:42 PM | Ro<br>Jul 20, |
| Updated from Pipeline upload<br>Ambrose<br>2011 10:56 AM | Ro<br>Jan 07, |
| Updated from MD & SM upload<br>Ambrose<br>2010 08:06 PM | Ro<br>Jul 26, |
| Updated by<br>Ambrose<br>2010 06:59 PM | Ro<br>Mar 30, |
| New record from All LOS Staffing upload<br>Ambrose<br>2010 05:26 PM | Ro<br>Mar 30, |

## Pipeline Committee Process eBinder

### Candidate Proposal

**Candidate Proposal**
Please attach a draft candidate proposal as a Word document (.docx)

| **Candidate Proposal** | |
|---|---|

**Key Contact Partners**
Please attach a list of proposed key contact partners

| **Key Contact Partners** | |
|---|---|

### Snapshots/Feedback

**Note**: Documents you attach may need to be printed in Landscape orientation. Please print preview before generating the PDF to make sure all the data is being captured and text is not running off the page.

**Snapshots/Feedback**

| **Current and prior year** | |
|---|---|

**Feedback for tours (domestic & international), ECRs, Fellowships, special projects, etc.**

| **Current year** | |
|---|---|

| Previous year | |
|---|---|

## Time Analysis/Utilization Reports

**Time Analysis/Utilization Reports (from GFS)**
Explanations must be included for any year that this individual had less than 70% chargeable hours.

| Current year | |
|---|---|
| Previous year | |

## Committee Discussion Details

| Key Points for Discussion with Business Unit Leader (including developmental recommendations) -- to be completed by Committee Member: | Individual responsible for providing feedback to candidate: | Date conversation held with candidate: | |
|---|---|---|---|
| | | | |

**Hidden -- no longer used**