# DX1595-6

**RESPONSE: OBJECTION.** Plaintiff objects to this interrogatory to the extent it is overly broad in both subject matter and temporal scope and seeks irrelevant information. To the extent Plaintiff can answer and without waiver of the aforementioned objection, Plaintiff responds as follows:
- Vitamin D 4000 units a day. Plaintiff does not recall the dates;
- Folic Acid 1 Mg a day. Plaintiff does not recall the dates;
- Plaintiff believes in or around January of 2018 he had a flu and took Novalgina for 3 days, along with Tachipirina and Tamilflu.

**INTERROGATORY NO. 9:** IDENTIFY all facts, including, but not limited to, all DOCUMENTS and witnesses, supporting your contention that YOU suffered "severe emotional distress" as alleged in Paragraph 86 of the COMPLAINT.

**RESPONSE: OBJECTION.** Plaintiff objects to this interrogatory to the extent it is overly broad. To the extent Plaintiff can answer and without waiver of the aforementioned objection, Plaintiff responds as follows: As a result of Defendants' retaliation, Plaintiff became very depressed and has had suicidal ideations. Plaintiff has been seeing a therapist consistently to deal with the severe emotional distress. As a result of Plaintiff's severe emotional distress, Plaintiff has and still has suicidal ideations, a lack of a sense of purpose and self-worth, depression, and feelings of isolation. Physical ailment included weight gain, back issues, and a dysfunctional diet. Additionally, please see Plaintiff's response to interrogatory No. 7 and 8. In addition to medical providers, Plaintiff has discussed and is currently discussing his emotional distress with the following individuals: Mike Brandstetter, Brian Dalton, James Sergi, Umit Ozdemir, Mert Turkoglu, Jooree Na, Vykintas Striuzas, Keith Steel, Craig Tynes, Thang Pham, Mayank Gupta, Paul Sawyer, Michael Bayer, Kevin Hasegawa, Maurizio Baratta, Luca Baratta, Francesco Ferrara, Marco Botta, Martino Botta, Maria Rosa Rigamonti, Leonardo Cadeddu, Carlo Croce, Andrea Martinelli, Alessandro Martini, Andrea Gallino, Alisher Zokhidov Eric Chan, Eric Schaefer, Johan Heyns, Johnny Choi, Ofir Fatal, Rajindra Gunasekera, Patrick McNamara, and Raffaele Perrone. Plaintiff further refers Defendants to any and all medical records previously exchanged including SARRETT 000001 – 000052, SCVMC 00005 – 00046, SAGLIMEBNI 00001 – 00022.

**INTERROGATORY NO. 10:** IDENTIFY all symptoms, manifestations, or indications of the "severe emotional distress" alleged in Paragraph 86 of the COMPLAINT.

**RESPONSE:** Plaintiff has had and still has suicidal ideations, a lack of a sense of purpose and self-worth, depression, feelings of isolation. Physical ailment included weight gain, back issues, and a dysfunctional diet.

**INTERROGATORY NO. 11:** For each symptom, manifestation, or indication identified in response to Interrogatory No. 10, IDENTIFY the dates you first experienced and last experienced the symptom, manifestation, or indication.