# DX 1630-37

dimissione....incredulo che il tono possa essere cosi' pessimo, inizio a esplorare altri posti...ma le vacanze estive passano concentrandomi piu' sulla salute che su quanto demotivante sia lavorare in un posto simile....e una buona nuova arriva quando vado con un mio amico ad assistere alla sua cerimonia di cittadinanza....una settimana dopo della quale lui mi chiede una mano....passaporto.

## Capitolo 18

A Ottobre sfortunatamente le mie battaglie contro la mia "mafia" volgono ancora al peggio e semplici domande vengono ora accolte con accuse inventate e ramanzine dai capi nei loro uffici. Dopo l'ennesima volta che la pazienza mi si esaurisce passo 2 settimane intense al lavoro coi miei adorati team, ma alla sera passo ore a pensare e a dormire poco nel tentativo di trovare una soluzione al da farsi per il mio problema....ed e' qui che Star Trek mi viene ancora una volta in aiuto, provvedendo a fornirmi l'allegoria che mi serviva per tirarmi fuori dal mio dilemma.....e cosi' dopo 2 settimane a fine ottobre escogito ed eseguo un progetto personale che in onore di Star Trek battezzo Genesis, come il dispositivo in Star Trek 2, che come il suo omonimo ha 3 fasi e mira a creare qualcosa....dall'assenza di qualcosa....Arrivato il giorno in cui devo iniziarlo i pensieri di lasciar perdere sono molti e molto frequenti, ed e' in questi momenti che la mia persona si spacca in due, la parte idealista e la parte pratica in conflitto aspro...che appunto causa la mancanza di sonno...ma quando non riesco piu' a trovare scuse per tacitare la mia parte idealistica....decido di punto in bianco di partire per un viaggio in treno....e il progetto parte. Subito dopo il mio viaggio posso dire che il beneficio che ne e' derivato dura tutt'ora...dormo in maniera pacifica e non ho avuto piu' momenti in cui avessi preoccupazione o paura...e' come se un colpo di spugna avesse eliminato queste cose dall mia mente; non fosse altro che per quello devo ringraziare la mia parte idealistica per avermi fatto come sono e per vincere sempre ogni volta che il lato pratico continua a cercare di farmi ragionare come la mentalita' convenzionale vorrebbe...a differenza di molti altri eventi significativi....ho conservato il biglietto del treno come memento importante e come ricordo da tirar fuori ogni volta che avessi gli stessi dubbi sul come agire. Dopo il viaggio infatti ritorno al lavoro con rinnovato vigore e almeno per il momento le cose volgono al meglio anche in quel campo, visto che dopo le ultime ramanzine mi lasciano in pace e anche dopo l'ennesima penalizzazione ingiustificata almeno mi continuano a far lavorare....anche se su lavori che nessuno vorrebbe fare..

...

A fine Aprile ricevo primi segnali positivi che il mio progetto Genesis si sta muovendo ma questo causa piu' tensione e incontri con troppa gente interna che si veste sempre in giacca e cravatta, ma io non mi scoraggio e tiro dritto. A Maggio i miei ristoranti italiani preferiti introducono l'aperitivo dove con un drink puoi mangiare stuzzichini gratis....e c'e' anche musica...e colgo l'occasione per rinfrescare le mie abitudini canore dei tempi di Roma e cantare assieme al mio amico proprietario, cosa che spero sia un buon viatico per un altro progetto che spero di lanciare a Ottobre....
Maggio passa con altri scontri sul lavoro e le cose precipitano a Giugno quando, mentre sono in ferie, la ""mafia"" mi informa che non c'e' piu' posto per me e devo cambiare aria. Pur riconoscendo la matrice non etica del loro comportamento, non posso fare altro, ma il colpo a freddo e' pesante e lascia conseguenze che non mi immaginavo....causate pero' dal mio humour....La sera stessa dopo aver appreso le news che dopo 18 anni forse la "mafia" si era stancata di uno che andava contro "la famiglia" ero molto giu' di corda e come il mio emulo

PLAINTIFF 00842

resignation... incredulous that the tone could be so pessimistic, I started exploring other jobs... but I spent more of the summer break concentrating on my health than on how demoralizing it was to work in a job like this... and good news came when I went with my friend to his citizenship ceremony... one week after he had asked me for a hand with his... passport.

**Chapter 18**

In October, unfortunately, my battles against my "mafia" took a turn for the worse, with simple questions now being met with fabricated accusations and being told off by my bosses in their offices. After the umpteenth time losing my patience, I spent 2 intense weeks at work with my beloved team, but in the evenings I would spend hours thinking and losing sleep, in an effort to find a solution for what to do for my problem... and here is where Star Trek came in handy once again, by supplying me with an allegory that helped pull me out of my dilemma... and so two weeks later, at the end of October, I come up with and carry out a personal project I baptized as 'Genesis', in Star Trek's honor, like that device in Star Trek 2, which, like its namesake, has 3 stages and is designed to create something... out of nothing... When the day came when I was supposed to start it, I had many, frequent thoughts about just letting it go, and I was torn in two in those moments, the idealist side and the practical side in bitter conflict... which made me lose sleep, of course... but when I could not find any more excuses for silencing my idealistic side... I made a spontaneous decision to take a train trip... and so the project began. I am still feeling the benefits I felt right after my trip, I can say even now... I was sleeping peacefully and I had no more attacks of worry or fear... my mind was a clean slate, having eliminated all those things; if for that alone I should thank my idealistic side for making me what I am and for winning out whenever the practical side keeps trying to make me reason like a normal mind is supposed to... unlike many other significant events... I kept my train ticket as an important memento and as a reminder I can pull out whenever I am having doubts about what to do. After the trip, indeed, I got back to work with renewed vigor and, at least for the moment, things took a turn for the better in that domain as well, given that following the latest admonitions they left me in peace, and even after the umpteenth unjustified penalty, at least they let me keep working... even if it was on jobs no one else wanted...

…

At the end of April I received the first positive signs of my Genesis project making some progress, but this generated more tension and encounters with too many of those in-house people wearing ties and jackets, but I did not lose hope and kept moving forward. In May, my favorite Italian restaurants introduced a happy hour where one drink buys you free appetizers... and there was music, too... and I seized the moment to brush up on my singing skills from Roman times and sang together with my owner friend, something I hoped was a good stepping stone for another project I was hoping to launch in October...
May passed by with other conflicts at work and things came to a head in June when, while I was on vacation, the "mafia" let me know there was no more place for me and I would need to change environments. While recognizing the unethical matrix of their behavior, which I could not help, this sucker punch was heavy and left me with consequences I never could have imagined... caused by my mood, though... The evening after discovering that the "mafia", after 18 years, seemed to have finally grown weary of someone who was going against "the family", I was very out of sorts and, like my copycat



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, **"PLAINTIFF 00842 - PLAINTIFF 00845"** is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

_____
Aurora Landman

Sworn to before me this
November 9, 2018

_____
Signature, Notary Public

*[Notary stamp: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]*

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE