# DX1631

**CBA Complaint # 27576**

Preface:

The following documentation and exhibit consist of the supporting evidence underlying my claim against PwC LLP and several of its partners and other licensees of unethical behavior/alleged fraud perpetrated by such firm. Because some of the witnesses are still currently employed at PwC LLP and that such firm has and is exhibiting retaliatory behavior, I urge your extreme caution in taking all necessary steps to protect the identity of such witnesses to the best of your abilities. I attached for each claim the source document and if such source is in my possession or in possession of the firm(s).

I also would like to point out that several of the supporting evidence exists in SMS and chat transcript, of which I am printing a copy as part of this package, however I remain available if necessary to appear in person and show you soft copies if the need arise due to lack of possibility to zoom to see details of pictures. Also, because chat transcripts were not intended to be written in professional language, I apologize for the use of coarse language.

Attached as part of exhibits is also the documentation related to my experience at Armanino, LLP

Best regards

Mauro Botta

PLAINTIFF  00543

**DX1631-1**

# Complain About a Licensee - Online

## Receipt of Complaint

Your completed Consumer Complaint Form has been successfully transmitted to the California Board of Accountancy (CBA). We will review your transmittal and advise you as to the CBA's jurisdictional authority in this matter.

PLEASE PRINT THIS FORM FOR YOUR RECORDS.

This is your Initial Complaint Referral number: . Please reference this referral number in all communications with the CBA Enforcement Division, regarding this complaint.

| Complaint Date | Referral Number |
|---|---|
| 08/14/2018 | 27576 |

| Licensee | Complainant |
|---|---|
| PwC LLP | MauroBotta |
| 488 Almaden Blvd<br>Suite 1800<br>San Jose 95110 | 88 East San Fernando Street<br>Apt. 1308<br>San Jose 95113 |
| 4088173700 | 4084645438<br>siskodlg@gmail.com |

## Complaint Detail

I wish to report pervasive violations of ethics, independence, tone at the top and negligence noted by me on several audits regarding multiple partners. I also received complaints from colleagues on their respective jobs spanning multiple public and private companies over multiple years. I also want to highlight the hostile reaction denoting tone at the top issues from the leadership of this firm all the way up to the national leadership. I am submitting this complaint to CBA following recommendation of Deputy District Attorney Daniel Kassabian, who referred this agency to me for my complaint.

## Documentation

I have in my possession written statements from partners depicting the job as a clear violation of independence. I also am in possession of contemporaneous notes taken during those engagements and I can quote and name witnesses for each of the allegations I am reporting to. Part of the evidence is based on my testimony however most of the evidence will consist of workpapers currently in possession of such firm. I am willing to show these documentation in person vs mail if possible due to the confidential nature of such documentation.

## Resolution

I first raised the issues to the FBI in October 2016 who then directed me to the SEC which I notified on November 2016. The SEC opened an investigation after I reported their lack of follow up to US congress in January 2017. On February 2018 the SEC declared without motivation it was not going to pursue enforcement action. I submitted in accordance with recommendation from US Congress Office of Special Counsel, the complaint to POGO and to the OIG of the SEC (this last one a week ago) for evident flaws I noted during their investigation. Further I alerted the Santa Clara DA that advised me to

PLAINTIFF  00544

**DX1631-2**

submit he claim to your agency. I am also separately suing in civil court for retaliation, defamation etc. against PwC for their reaction to the investigation.

Advisement
_____
yes
PwC LLP has been notified of some of my complaint when the SEC opened their investigation, however to my knowledge the SEC has only investigated a small sample of all the companies I submitted to their attention.

| Result | Attorney |
|---|---|
| I believe a fair settlement/result of the complaint should be suspension of the license for each of the partners involved in unethical/negligent conduct and to the board discretion, given it is a possibility, suspend the firm''s license until a full analysis on the pervasiveness of such issue is investigated. | yes<br>My retaliation claim is being assisted by an attorney, this is a claim against the practices happening at PwC in the audit line of service based on my experience and what was reported to me. |

PLAINTIFF  00545