John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Defendant
PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendant. | Case No. 3:18-CV-2615-AGT<br><br>**DECLARATION OF JOSEPH A. REITER IN SUPPORT OF DEFENDANT PWC'S OPPOSITION TO PLAINTIFF'S MOTIONS *IN LIMINE***<br><br>Judge: Hon. Alex G. Tse<br>Date: February 16, 2021<br>Time: 2:00 p.m. |

# DECLARATION OF JOSEPH A. REITER

I, Joseph A. Reiter, declare as follows:

1. I am an attorney licensed to practice before all of the courts in the State of California, as well as the U.S. District Court for the Northern District of California. I am counsel at Hueston Hennigan LLP, counsel of record for Defendant PricewaterhouseCoopers LLP ("PwC").

2. I make this declaration in support of PwC's Opposition to Plaintiff's Motions *In Limine*, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts.

3. Attached hereto as **Exhibit A** is a true and correct copy of my February 1, 2021 email exchange with Alex Cabeceiras and Ingrid Evans, Plaintiff's counsel of record in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of February 2021, in Los Angeles, California.

*/s/ Joseph A. Reiter*
Joseph A. Reiter
