# EXHIBIT 3

CONFIDENTIAL

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3  MAURO BOTTA,                    )
                                   )
4            Plaintiff,            )
                                   )
5    VS.                           )   NO. C 18-02615 RS
                                   )
6  PRICEWATERHOUSECOOPERS LLP,     )
   LAURA BUSTAMANTE, TYE THORSON,  )
7  ROBERT HEATLEY, STIG            )
   HAAVARDTUN, ERGUN GENC,         )
8  TIMOTHY CAREY and STEVE MCCANN, )
                                   )
9            Defendants.           )
                                   )
10
11
12
13
14
15                    CONFIDENTIAL
16          DEPOSITION OF DAVID TIMOTHY CAREY
17                San Jose, California
18                 January 11, 2019
19                     9:01 a.m.
20
21   Reported by:
     LYDIA ZINN, RPR, FCRR, CSR No. 9223
22
23
24
25

CONFIDENTIAL

Page 2

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3  MAURO BOTTA,                  )
                                  )
 4         Plaintiff,             )
                                  )
 5    VS.                         )   NO. C 18-02615 RS
                                  )
 6  PRICEWATERHOUSECOOPERS LLP,   )
    LAURA BUSTAMANTE, TYE THORSON,)
 7  ROBERT HEATLEY, STIG          )
    HAAVARDTUN, ERGUN GENC,       )
 8  TIMOTHY CAREY and STEVE MCCANN,)
                                  )
 9         Defendants.            )
                                  )
```

16            Deposition of DAVID TIMOTHY CAREY, taken on behalf
17   of Plaintiff, at PricewaterhouseCoopers, LLP, 488 South Almaden
18   Boulevard, Suite 1800, San Jose, CA  95110, beginning at
19   9:01 a.m. and ending at 11:09 a.m., on Friday, January 11,
20   2019, before LYDIA ZINN, Certified Shorthand Reporter No. 9223.

```
 1   APPEARANCES:
 2   For Plaintiff Mauro Botta (via speaker phone):
         Derek Smith Law Group, PLLC
 3       One Penn Plaza, Suite 4905
         New York, NY  10119
 4       BY:  ALEXANDER GABRIEL CABECEIRAS, ESQ.
              alexc@dereksmithlaw.com
 5
     For Defendants PricewaterhouseCoopers, et al.:
 6       Hueston Hennigan, LLP
         620 Newport Center Drive
 7       Suite 1300
         Newport Beach, CA  92660
 8       BY:  JOHN CHARLES HUESTON, ESQ.
              jhueston@hueston.com
 9            YEGOR FURSEVICH, ESQ.
              yfursevich@hueston.com
10
11   Also Present:  Geoff Ezgar, PwC in-house counsel
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

I N D E X

Friday, January 11, 2019

WITNESS                                                        PAGE

DAVID TIMOTHY CAREY

(SWORN)                                                           5

Examination by Mr. Cabeceiras                                     5

E X H I B I T S

NONE

CONFIDENTIAL

Page 40

1  A.   Yes.
2  Q.   How -- how many clients have you brought in?
3  A.   I wouldn't know the answer to that.
4  Q.   More than ten?
5  A.   Yes.
6  Q.   More than 20?
7  A.   I -- I'd be guessing.  North of ten.
8  Q.   Certainly don't want you to guess.  In all of these
9  matters that you brought in, were you assigned to work on all
10 of them?
11 A.   I'm not sure.  The majority of them, I would be involved
12 in some capacity.
13 Q.   Can you recall any clients that you brought in that you
14 were not assigned to work in in any capacity on that
15 engagement?
16 A.   Not specifically, no.  I -- I know that there are
17 introductions made by myself and my fellow Partners based on
18 past relationships -- professional relationships -- that
19 sometimes get assigned to different groups due to capacity
20 issues, or industry expertise that's needed, or what our
21 underlying qualifications may be.
22 Q.   Okay.  Do you recall meeting with Mr. Botta in June of
23 2017?
24 A.   I don't remember a specific meeting on that date.
25 Q.   Okay.  Do you remember having a meeting with Mr. Botta in

Page 41

| | |
|---|---|
| 1 | or around June of 2017 with Robert Ward? |
| 2 | A.   I don't remember that specific meeting or date, no. |
| 3 | Q.   Okay.  Do you recall at any time telling Mr. Botta to find |
| 4 | a new job due to restructuring at PwC? |
| 5 | A.   I never had a conversation with Mr. Botta that used those |
| 6 | words or we were in that context. |
| 7 | Q.   Okay.  Do you remember hearing Mr. Ward say those things |
| 8 | to Mr. Botta? |
| 9 | A.   Not in those words or in that context. |
| 10 | Q.   Okay.  Do you remember ever saying something similar to |
| 11 | Mr. Botta? |
| 12 | A.   We had some conversations with Mauro about his -- his -- |
| 13 | the likelihood or potential for him to make Partner; and |
| 14 | informing him that he was not being included in our pipeline of |
| 15 | Partner candidates; and that he had had great contributions to |
| 16 | the firm, and had had some -- was serving some clients; and |
| 17 | that he could continue to work for the firm, but that we felt |
| 18 | that it was in his best interests to start considering |
| 19 | opportunities either outside the firm or outside of the Core |
| 20 | Assurance practice. |
| 21 | Q.   You mentioned that he wasn't considered in the pipeline |
| 22 | for Partner? |
| 23 | A.   He was not in the pipeline for Partner.  Everyone would be |
| 24 | considered. |
| 25 | Q.   All right. Do you have any knowledge as to who determines |

Page 42

1   whether somebody's in the pipeline for partnership?
2   A.   There's no single individual that determines that.  Those
3   decisions are based on, you know, a body of work; a track
4   record; discussions with groups of Partners; discussions with
5   our leadership team; and by the capacity for us to make
6   Partners; the number of Partners we need would all factor in.
7   So many, many things factor into the decision as to who goes
8   into a Partner pipeline, and when.
9   Q.   Did you have discussion withs other Partners regarding
10  whether Mr. Botta should be a Partner?
11  A.   I don't recall -- I don't recall any specific discussions
12  on specific candidates; but certainly we talk about all of the
13  Partners, and who's in the pipeline at a particular point in
14  time.
15  Q.   Okay.  And just so we're on the same page here, you recall
16  a meeting in which you discussed with Mr. Botta that he's not
17  going to make Partner?
18  A.   And --
19  Q.   Do you recall exactly when that meeting took place?
20  A.   I don't recall when.  I recall that Rob Ward was in that
21  discussion.
22  Q.   Okay.  Why, at that point, if you have knowledge to this,
23  was Mr. Botta not being considered for a partnership role?
24          MR. HUESTON:  Well, I'm going to object to the
25  predicate of the question, Why at that point did you consider.

1  It presumes that he's stated that a decision was made at the
2  time of that conversation.  So maybe you can restate your
3  question.
4       MR. CABECEIRAS:  Well, you know, the witness has
5  testified that he spoke to Mr. Botta and said, "You're not
6  going to make Partner."  Right?
7       So my question in general is, well, why couldn't Mr. Botta
8  make Partner, if the witness has any knowledge to that.
9       MR. HUESTON:  You can answer that, if you can.
10      THE WITNESS:  As I said earlier, there's a variety of
11 factors that go into those decisions.  And those -- you know,
12 there isn't a single decision point.  There's a series of
13 decision points.
14      At the time that we had that conversation with Mr. Botta,
15 it was a period of time when we were looking more broadly at
16 the number of Partners that we were planning to make over a
17 period of time relative to the number of Senior Managers that
18 we had working for us at the time.  And at that time Mr. Botta
19 was clearly not in the section of those Senior Managers that we
20 felt were going to move forward into the pipeline, either
21 currently or in the future.
22 BY MR. CABECEIRAS
23 Q.   Okay.  And at that time you met with Mr. Botta and
24 Mr. Ward and had this conversation, how many other Senior
25 Managers were working at the San Jose PwC office?

Page 44

1  A.    I don't know what the number specifically is.
2  Q.    Okay.  Do you have any idea, you know, by way of
3  approximation, how many?  Are we talking a hundred?
4  A.    I don't know.  We -- it's been a long time.  I don't know
5  how many Senior Managers there were at the time.
6  Q.    At that time when you had this conversation with Mr. Botta
7  and Mr. Ward, did you, around that same time, have similar
8  conversations with any other Senior Managers at PwC San Jose
9  office?
10 A.    Yes, we did.
11 Q.    Okay.  At that time, during that conversation we've been
12 discussing, did you tell Mr. Botta that PwC was
13 restructuring?
14 A.    I don't recall using those words.  And we weren't
15 restructuring.  We were going through a process whereby we were
16 looking at the number of Partners that we planned to make over
17 multiple-year period, and comparing those to the number of
18 Senior Managers that we had, and making sure that we were being
19 transparent with those individuals, that we were being fair to
20 those individuals, and that they were clearly communicated with
21 as to where we saw them, and where we saw their prospects for
22 partnership.
23       It's very common in our organization that, at the point
24 where Senior Managers are not -- are no longer in the pipeline,
25 and they know that, that they look for other opportunities

1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken before me at
4    the time and place herein set forth; that any witnesses in the
5    foregoing proceedings, prior to testifying, were placed under
6    oath; that a verbatim record of the proceedings was made by me
7    using machine shorthand which was thereafter transcribed under
8    my direction; further, that the foregoing is an accurate
9    transcription thereof.
10       I further certify that I am neither financially
11   interested in the action nor a relative or employee of any
12   attorney or any of the parties.
13       IN WITNESS WHEREOF, I have this date subscribed my name.
14
15   Dated:  1/14/2019
16
17
18
19   _____
20   LYDIA ZINN, RPR, FCRR
21   CSR No. 9223
22
23
24
25