# EXHIBIT 7

**Mauro Botta <siskodlg@gmail.com>**

## Hangout with Brian Dalton
October 6, 2016

**Mauro Botta** - 1:55 PM
they kicked me out of the project i won with Schaefer before even starting
man, i am not allowed to work even on the stuff i bring in
amazing

**Brian Dalton** - 1:55 PM
dunno why you are staying there then

**Mauro Botta** - 1:55 PM
Genesis
that's the only reason

**Brian Dalton** - 1:55 PM
they havent called you back have they

**Mauro Botta** - 1:56 PM
no, but next Thu if they dont call me back, i go to SF and talk to SEC directly
phase 2

**Brian Dalton** - 1:57 PM
why didnt you do that first

**Mauro Botta** - 1:57 PM
cuz i am following protocol
as i said SEC does not have forms to address this issue
but given #1 isn't the right fit, or so it seems, i go now #2

PLAINTIFF 002222