# DX1036

Message

| | |
|---|---|
| **From:** | laura.bustamante@us.pwc.com [laura.bustamante@us.pwc.com] |
| **Sent:** | 3/1/2014 3:41:15 PM |
| **To:** | cathryn.e.sabatini@us.pwc.com |
| **CC:** | matthew.a.steele@us.pwc.com |
| **Subject:** | Re: Mauro |
| **Attachments:** | Untitled attachment 00006.gif; Untitled attachment 00009.gif |

Cate

It can't hurt for you to reach out. I think a key question you could put to him is this: the partners at pwc are willing to invest in his professional growth by having him get some executive coaching, is Logitech going to do the same? Yes, he may have had some bumps in the road, but we believe in him enough to lobby to have you work with him.

Its a long shot, but for sure he will be leaving having heard all of us out. I have no doubt he is liking the attention.

Laura

**Laura Bustamante**

PwC
Office: 408-817-4217 | Mobile: 425-894-2931
Email: laura.bustamante@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800, San Jose, CA 95113
http://www.pwc.com/us


Cathryn E Sabatini---02/28/2014 02:24:26 PM---I had an introductory coaching session with Mauro before I left for England for GP faculty training.

From: Cathryn E Sabatini/US/FAS/PwC

To: Matthew A Steele/US/ABAS/PwC@Americas-US

Cc: Laura Bustamante/US/ABAS/PwC@Americas-US, Christopher J Smith/US/ABAS/PwC@Americas-US, Johan Furstenberg/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US, Kevin Healy/US/ABAS/PwC@Americas-US, Edward P. Jackson/US/ABAS/PwC@Americas-US, Nishreen Heera/US/ABAS/PwC@Americas-US

Date: 02/28/2014 02:24 PM

Subject: Re: Mauro

---

I had an introductory coaching session with Mauro before I left for England for GP faculty training. We were scheduled to meet up again when I return, the week of March 10, for our first in-depth coaching. If you feel it would be of value, I'd be happy to speak with him over the weekend or early next week.

Please let me know.

Best,

Cate

**Cate Sabatini**

PwC | HR - Assurance
Office: 408-817-5123 | Mobile: 408-859-0535
Email: cathryn.e.sabatini@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800 San Jose, CA 95110
http://www.pwc.com/us

Confidential                                                                                           PwC_B00000130

Matthew A Steele----02/28/2014 11:36:59 AM----Hi, yes he and I had a great (and long) conversation this morning. Laura I can debrief with you but

From: Matthew A Steele/US/ABAS/PwC

To: Laura Bustamante/US/ABAS/PwC@Americas-US

Cc: Christopher J Smith/US/ABAS/PwC@Americas-US, Johan Furstenberg/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US, Kevin Healy/US/ABAS/PwC@Americas-US, Cathryn E Sabatini/US/FAS/PwC@Americas-US, Edward P. Jackson/US/ABAS/PwC@Americas-US, Nishreen Heera/US/ABAS/PwC@Americas-US

Date: 02/28/2014 11:36 AM

Subject: Re: Mauro

---

Hi, yes he and I had a great (and long) conversation this morning. Laura I can debrief with you but short answer is he seems pretty set on leaving and I think it might be the right answer for him. I did coach him towards a slightly later end date, and we talked about 3/14...but he was going to give everything final thought and let me know on Monday. He's got a lot to think about, and I too got a sense there could be a chance he stays, but we shall see what he comes back with on Monday. Anyone feel free to give me a call if you have questions or need more info.

Thanks,

Matt


**Matthew A. Steele**
PwC | HR Manager
Office: 408/817-4142 | Mobile: 408/835-8005 | Fax: 813/990-1522
Email: Matthew.A.Steele@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, San Jose, CA 95110
http://www.pwc.com/us


Laura Bustamante----02/28/2014 09:36:33 AM----All: I spoke with Mauro yesterday afternoon after Kevin. Despite his passion for the firm, he belie

From: Laura Bustamante/US/ABAS/PwC

To: Laura Bustamante/US/ABAS/PwC@Americas-US

Cc: Christopher J Smith/US/ABAS/PwC@Americas-US, Johan Furstenberg/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US, Kevin Healy/US/ABAS/PwC@Americas-US, Matthew A Steele/US/ABAS/PwC@Americas-US, Cathryn E Sabatini/US/FAS/PwC@Americas-US, Edward P. Jackson/US/ABAS/PwC@Americas-US, Nishreen Heera/US/ABAS/PwC@Americas-US

Date: 02/28/2014 09:36 AM

Subject: Re: Mauro

---

All:

I spoke with Mauro yesterday afternoon after Kevin. Despite his passion for the firm, he believes the good things he has been doing will not offset the PFF he received for eSilicon, or the belief that he is unconventional and he cannot be successful here in the long run. He told me he intends to accept the Logitech position with a start date of March 10 (not

Confidential
PwC_B00000131

sure this is doable for his engagements). I discussed staying and letting us help him find a more compelling position, but he did not want to go down that path either.

He left a small crack open that he would continue to consider his decision but said that he intends to move forward with accepting the offer. Matt, have you spoken with him?

Tye and Sameer, will this impact your filings?

Laura

**Laura Bustamante**

PwC
Office: 408-817-4217 | Mobile: 425-894-2931
Email: laura.bustamante@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800, San Jose, CA 95113
http://www.pwc.com/us


Laura Bustamante---02/25/2014 07:02:12 PM---Kevin is meeting with Mauro on Thursday in the AM. I met with him this afternoon and got Mauro to ag

From: Laura Bustamante/US/ABAS/PwC
To: Christopher J Smith/US/ABAS/PwC@Americas-US
Cc: Johan Furstenberg/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US, Kevin Healy/US/ABAS/PwC@Americas-US, Matthew A Steele/US/ABAS/PwC@Americas-US
Date: 02/25/2014 07:02 PM
Subject: Re: Mauro

---

Kevin is meeting with Mauro on Thursday in the AM.

I met with him this afternoon and got Mauro to agree that he won't sign the offer letter until he has talked to Kevin and circled back with me. He said the same thing to me about the Logitech job. The major thorn in his side (albeit there are others) is that we have not rated him a "1" despite his contributions to the market from an operations standpoint. I think his ego just cannot handle being rated a "2" again and leaving is a way to avoid that.

Mauro mentioned that he had also talked to Sameer btw.

Kevin -- would it be helpful to you for us to have a brief call tomorrow before you talk to Mauro?


**Laura Bustamante**

PwC
Office: 408-817-4217 | Mobile: 425-894-2931
Email: laura.bustamante@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800, San Jose, CA 95113
http://www.pwc.com/us



Christopher J Smith---02/25/2014 04:20:41 PM---Thanks Johan I had a similar hour last night with him. Maybe we should have a quick call with all o

Confidential                                                                                                                                                                                                                                   PwC_B00000132

From: Christopher J Smith/US/ABAS/PwC
To: Johan Furstenberg/US/ABAS/PwC@Americas-US
Cc: Laura Bustamante/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US
Date: 02/25/2014 04:20 PM
Subject: Re: Mauro

Thanks Johan

I had a similar hour last night with him. Maybe we should have a quick call with all of us and maybe Healy?

He has a list of "grievances" that I think we all probably know, but I can share.

I told him that I wasn't sure that the Logitech role wouldn't be my first choice if I were him to which he replied "I already have the job I really want to do, once I decide to leave it doesn't matter what I choose as they're all equally bad"

Let's connect and compare notes.

Thanks

| pwc | *Chris Smith*<br>*Partner, Transaction Services*<br>488 Almaden Boulevard, San Jose, CA 95112<br>Office: (408) 817-5784 Mobile: (408) 203-0649<br>Email:<br>christopher.j.smith@us.pwc.com www.linkedin.com/in/chrissmith73/ |
|---|---|


Smith_Chris.vcf

Johan Furstenberg---02/25/2014 01:44:10 PM---Laura, I just spent an unplanned hour talking with Mauro about his offer to work for Abhishek at Log

From: Johan Furstenberg/US/ABAS/PwC
To: Laura Bustamante/US/ABAS/PwC@Americas-US
Cc: Tye Thorson/US/ABAS/PwC, Christopher J Smith/US/ABAS/PwC@Americas-US
Date: 02/25/2014 01:44 PM
Subject: Mauro

Laura,

I just spent an unplanned hour talking with Mauro about his offer to work for Abhishek at Logitech and thought I would share with you before you meet with him. I am copying Tye and Chris as I think he already spoke with you. It is clear to me that even though he accepted the offer he is not excited about it and that he likes what he does at PwC. In true Mauro style he is upset about a couple of things and I think we should be able to convince him to stay. I reminded him of the value of his uniqueness, that I know his personal values and selfless willingness to speak up and that I trust him for that. I

also reminded him to try not to get distracted by 'noise' and stay focused on who he is, while using his coach to refine the way he delivers messages. Perhaps there is an opportunity if we can decide what we can do for Mauro in the long run. I can see him in a managing director type of position with some more coaching but we would need to let him see the opportunity and how to get there in a relatively short period of time

Thanks

**Johan Furstenberg**
PwC | Partner
Office: +1 408 817 8286 | Mobile: +1 408 718 8013 | Fax: +1 813 375 4383
Email: johan.furstenberg@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Boulevard, Suite 1800, San Jose, CA 95110
http://www.pwc.com/us

Thoughts don't need paper to take shape.