# DX1052

Message
___

| | |
|---|---|
| From: | mauro.x.botta@us.pwc.com [mauro.x.botta@us.pwc.com] |
| Sent: | 3/14/2013 7:15:02 PM |
| To: | shannon.odam@us.pwc.com |
| Subject: | List of talking points |

Shannon,

Thanks so much for the time this morning, always enjoyable. As discussed this morning please see below my bullet point list for next Tuesday:

**Things I'd like to discuss with him**

- The feedback I am receiving for the past 3 years, including both the absence of written one and when it occurs, is a rollforward of prior year ones.
- The concern that I am having about lack of content feedback post-ARC/Mid year/coaching choice for the upcoming ARC.
- The concern that I am having regarding the perception that seems to exist at the partner group level about myself (negative attitude/black & white etc.)
- Considering the above, and the fact I feel a difference between how I feel I'd be evaluated in respect to the contribution I feel I bring to the table, and the rating I've been receiving, so I'd like to seek suggestions in what I could improve on to progress to the next level, hoping to get examples of what the 1 rated do and i am not doing, so that I can better understand what is that I'm missing.
- Office project that I'm suppose to work with him on

**Things I'd like to get out of this meeting**

- More color or inputs that would help me understand what can be done to improve my situation
- Advice and suggestions how to receive written feedback and possibly new coach, considering that my peers do get write ups from the partners, while I got 1 pff in 1.5 years.
- If there is realistic consideration of me as partner in the future or if I have been pretty much been discounted at this point
- Understand where he stands on the discussion points, that is, I hope to get out of the meeting and having an understanding of what his view is on those points above, rather than ending the meeting not knowing what he is thinking.

Please let me know if this is what you were looking for.

Thanks!

Mauro.

___

*Mauro Botta* | Assurance | PricewaterhouseCoopers | Telephone: +1 408 464 5438 | Facsimile: +1 813 207 3345 | mauro.x.botta@us.pwc.com