# DX1111

| | |
|---|---|
| **Message** | |
| **From**: | mauro.x.botta@us.pwc.com [mauro.x.botta@us.pwc.com] |
| **Sent**: | 7/24/2015 12:10:07 AM |
| **To**: | traci.nelson@us.pwc.com; kevin.healy@us.pwc.com; christopher.j.smith@us.pwc.com; ergun.genc@us.pwc.com; tye.thorson@us.pwc.com |
| **Subject**: | La Decima |

Dear all,

after much much much thinking I wanted to communicate my decision to resign from the firm. I really appreciated all the time and efforts, and I am aware how much it was, to discuss several times with me not just this year but over the years my situation.

Please let me know what are the next steps and timing given my future destination.

Thanks again

Mauro.

**Mauro Botta**

PwC | Senior Manager
Office: +1 408 464 5438
Email: mauro.x.botta@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden blvd suite 1800 San Jose CA 95110
http://www.pwc.com/us

Confidential                                                                                                                           PwC_B00000594

**DX1111-1**