# DX1116

| | |
|---|---|
| **Message** | |
| From: | Mauro Botta ["cn=mauro botta/ou=us/ou=abas/o=pwc"] |
| Sent: | 2/12/2016 11:26:45 PM |
| To: | Anna Watson (US - Assurance) [anna.louise.watson@pwc.com] |
| Subject: | Re: Harmonic - notes from this morning's discussion - action required |
| Importance: | High |

Anna

I am OK with the notes attached

I am mauro botta and I approve this message

Thanks

---

> **From:** "Anna Watson (US - Assurance)" [anna.louise.watson@pwc.com]
> **Sent:** 02/11/2016 02:27 PM PST
> **To:** "Stig Haavardtun (US - Assurance)" <stig.haavardtun@pwc.com>; Mauro Botta
> **Cc:** "Gilbert Simonetti III (US - Assurance)" <gilbert.simonetti.iii@pwc.com>
> **Subject:** Harmonic - notes from this morning's discussion - action required

Hi Stig and Mauro,

Please find attached some notes from our discussion this morning. Please confirm by the end of the day today that you 1) agree with the facts as presented, and 2) agree with the action items as listed. If you have any questions or edits, please let me know.

Thanks,

Anna

Confidential
PwC_B00000609

**DX1116-1**