# DX1180

Message

| | |
|---|---|
| From: | kevin.healy@us.pwc.com [kevin.healy@us.pwc.com] |
| Sent: | 7/21/2014 4:29:59 PM |
| To: | Amity S Millhiser ["cn=amity s millhiser/ou=us/ou=abas/o=pwc"] |
| Subject: | Fw: Meeting w/Amity |

Let me know if you have a few minutes to discuss - I would like you to meet with Mauro who has resigned and we are trying to save - he is considered going to KPMG - I can explain the reasons

**Kevin Healy**

PwC | San Jose Market Assurance Leader
Office: 408 817-3834 | Mobile: 408 205-8844 | Fax: 813 375-4396
Email: kevin.healy@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd. Suite 1800 San Jose, CA 95110
http://www.pwc.com/us

----- Forwarded by Kevin Healy/US/ABAS/PwC on 07/21/2014 01:18 PM -----

From: Mauro Botta/US/ABAS/PwC
To: Kevin Healy/US/ABAS/PwC@Americas-US
Date: 07/21/2014 01:04 PM
Subject: Meeting w/Amity

Kevin,

I'd like to check with you because among the many things you discussed with me, you mentioned it was also possible to have a meeting with Amity, I believe I would benefit from her take as well, so I was wondering if I may email her directly or through her assistant, or notify you, please let me know what would be your suggestion.

Many thanks!

Mauro.

**Mauro Botta**

PwC | Senior Manager
Office: +1 408 464 5438
Email: mauro.x.botta@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden blvd suite 1800 San Jose CA 95110
http://www.pwc.com/us

Confidential