# DX1182

Message

| | |
|---|---|
| **From:** | ergun.genc@us.pwc.com [ergun.genc@us.pwc.com] |
| **Sent:** | 7/24/2015 12:00:03 PM |
| **To:** | larry.westall@us.pwc.com |
| **Subject:** | Re: Fw: La Decima |

apparently it is the 9th time... DT i believe his destination and i think he will not change his mind as Healy has been talking to him in the past week to get him stay. Timing really sucks for me :-(

**Ergun Genc**

PwC | Partner
Office: 408-817-4103 | Mobile: 408-834-0351
Email: ergun.genc@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 800, San Jose, CA 95110
http://www.pwc.com/us


Larry Westall---07/24/2015 08:56:58 AM---where is he going? given this is the 5th time he quit, do you think its real? Larry Westall

From: Larry Westall/US/ABAS/PwC

To: Ergun Genc/US/ABAS/PwC@Americas-US

Date: 07/24/2015 08:56 AM

Subject: Re: Fw: La Decima

where is he going? given this is the 5th time he quit, do you think its real?

**Larry Westall**

PwC | Partner
Mobile: (408) 607-8381
Email: larry.westall@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden, Suite 1800, San Jose, CA 95110
http://www.pwc.com/us

Confidential

PwC_B00001777

**DX1182-1**