# DX1200

| | |
|---|---|
| **Message** | |
| From: | Shawna Hewitt (US - IFS) [shawna.hewitt@pwc.com] |
| Sent: | 6/21/2017 3:09:56 PM |
| To: | Traci Nelson [traci.nelson@pwc.com] |
| Subject: | Fwd: Next Steps for Senior Manager Separations |

Sent from my iPhone

Begin forwarded message:

**From:** "Laura Martinez (US - Assurance)" <laura.e.martinez@pwc.com>
**Date:** June 21, 2017 at 10:59:10 AM PDT
**To:** US-Market Assurance Leaders <US_Market-Assurance-Leaders@pwc.com>, US-ASR People Leader Team <US_ASR-HC-People-Leader-Team@pwc.com>, US_National-Assurance-People-Team@pwc.com, "Shawn Panson (US - Assurance)" <shawn.panson@pwc.com>, "Don Wen (US - Assurance)" <don.wen@pwc.com>
**Cc:** "Dick Dubois (US - Assurance)" <dick.dubois@pwc.com>, "Heather Hourin (US - Assurance)" <heather.a.hourin@pwc.com>, "Kelly Schroder (US - Assurance)" <kelly.r.schroder@pwc.com>, "Joan Grady (US - Assurance)" <joan.grady@pwc.com>
**Subject: Next Steps for Senior Manager Separations**

MAL/BU Leaders,

As a follow up from our discussion on our recent MAL/BU Leader call, the Core & PCS practices have identified a group of senior managers that we'll exit over the next few months as "friends of the firm." In order to provide a consistent departure experience for these staff members, we are sharing the following guidance for our MALs & APLs. It's important that these discussions be transparent, personalized and part of our overall career development/progression discussions. We recognize this approach will not be a "one size fits all" so please contact me, Kelly Schroder or Joan Grady to discuss questions.

- The Relationship Partner and Talent Consultant will leverage the Career Outlook Discussion (now through 7/14) to discuss the senior manager's separation from the firm. This conversation should include the timeframe, financial package and planned separation date.
- The APL will document conversation and separation date in the "Senior Manager Separations CORE/PCS" google sheet (link provided below) no later than 7/17.
- Senior managers will be provided 3 months notice prior to separation; during this time, they will continue to work and we will support their job search (ie, time off for interviews, leveraging partner contacts in the market, career transitions team support etc). If an individual resigns before the notice period, we will not pay out the remaining notice time but will provide full severance and bonus payment, if applicable.
- At the time of separation, severance will be paid in accordance with their employment agreement. Employment agreements will be centrally accessed with copies provided to the APLs for their respective senior managers.
- Senior managers that separate prior to October 2nd, will receive their full Annual Performance Bonus. APL will need to complete a special payment prior to separation.
- The Career Transitions team is available to support our senior managers during their transition. Fred Zimowiski is our lead point of contact and we will provide him with a list of the

senior managers impacted. Each region has a lead contact identified. Linked below is an overview of the services they can provide.
- We know you have been working on succession plans for impacted clients and expect that 3 months transition time will be appropriate in most cases. We understand there may be some instances where we need to extend the notice period beyond 3 months due to unique client situations or special circumstances. Please reach out to discuss an appropriate timeline.

We all know these discussions are not easy and we will need to balance executing these planned separations within our desired timeframe with minimizing client and team disruptions. Our intent is to keep these to as low as possible. Various markets have already successfully managed through several senior manager departures as "friends of the firm". Our experience shows that having these discussions in a respectful, candid and caring manner with partners who have the closest relationships with these senior managers is key. Ideally, we'd like our senior managers to leave the firm for great opportunities either at our clients or targets, and most importantly in a dignified manner. Please encourage and work with your partners to help identify opportunities and support our senior managers during this time.

Regards,
Laura

Senior Manager Separations CORE/PCS
https://docs.google.com/a/pwc.com/spreadsheets/d/17YVEW-SY-bvS5AFiNzMXp7fCYsLKGbWYoaFb7GRzE6o/edit?usp=sharing

Career Services Overview and Contact List
https://docs.google.com/a/pwc.com/presentation/d/13Ue4HM5pMQDeMffNnCyAcdoVeMR9kTwye-xmdpZX3nU/edit?usp=sharing

Confidential                                                                                                                                           PwC_B00011072

**DX1200-2**