# DX1238

PwC Professional Snapshot
PwC Professional Framework
Logout
Harmonic 451 HRS
HR Manager : Matthew A Steele
Acknowledge
Stig Haavardtun
Partner
04/21/2016
WL
BA
TC
GA
Rel
Whole Leadership
04/21/16
"Mauro has numerous strengths in areas such as the understanding of audit methodology, commitment to quality, strong work ethic supporting his teams and engagement. While these strengths were observed on Harmonic, there were also performance gaps related to building strong relationships, creating the PwC experience for both the client and team, implementing EPQ methodology and basic project management of the audit. Mauro's weaknesses in these areas had a significant impact on this engagement."
Issues Management
04/21/16
"Mauro had significant challenges closing out issues. He raised several good questions during the audit, but in almost every case he was not able to bring the matter to closure.
Mauro did not effectively anticipate staffing needs, which hindered the timely completion of the audit. He initially opposed bringing on additional staff and managers, but in the end three additional senior managers were needed to get the work done.
"
Relationships
Mark McCaffr
Princy Jain
Laura Bustam
Ergun Genc
Stig Haavard
Stephen Sull
Mark McCaffr
Princy Jain
My Summary
Snapshot Requests
35 HRS
38 HRS
133 HRS
465 HRS
451 HRS
50 HRS
60 HRS
47 HRS
1207 HRS
Q1, 2016
Q2, 2016
Q3, 2016
Q4, 2016
6:25 PM
4/22/2016
PwC Professional Snapshot
PwC Professional Framework
Logout
Harmonic 451 HRS
HR Manager : Matthew A Steele
Acknowledge
Stig Haavardtun
Partner
04/21/2016
managers, but in the end three additional senior managers were needed to get the work done.
"
Relationships
04/21/16
"Mauro did not invest sufficient time in building relationships. Instead of working directly with client, he communicated through more junior staff. This led to inefficient and poor communication that caused significant client frustration. One example of the reaction to Mauro involved the head of manufacturing accounting. Her frustration with the audit ultimately led her to walk out of a meeting and resign. Her complaints was that PwC lacked sensitivity and reasonableness. "
Projects (1)
Role Description (1)
Time Frame
Staff Level
FY16
Senior Manager
6:26 PM
4/22/2016

