# DX1240

| | |
|---|---|
| **Sent:** | Fri, 28 Feb 2014 09:36:33 -0800 |
| **From:** | laura.bustamante@us.pwc.com |
| **To:** | laura.bustamante@us.pwc.com |
| **Cc:** | christopher.j.smith@us.pwc.com, johan.furstenberg@us.pwc.com, tye.thorson@us.pwc.com, kevin.healy@us.pwc.com, matthew.a.steele@us.pwc.com, cathryn.e.sabatini@us.pwc.com, edward.jackson@us.pwc.com, nishreen.heera@us.pwc.com |
| **Subject:** | Re: Mauro |

<u>Attachment</u>
<u>Attachment</u>


All:


I spoke with Mauro yesterday afternoon after Kevin. Despite his passion for the firm, he believes the good things he has been doing will not offset the PFF he received for eSilicon, or the belief that he is unconventional and he cannot be successful here in the long run. He told me he intends to accept the Logitech position with a start date of March 10 (not sure this is doable for his engagements). I discussed staying and letting us help him find a more compelling position, but he did not want to go down that path either.


He left a small crack open that he would continue to consider his decision but said that he intends to move forward with accepting the offer. Matt, have you spoken with him?


Tye and Sameer, will this impact your filings?


Laura


**Laura Bustamante**

PwC
Office: 408-817-4217 | Mobile: 425-894-2931
Email: laura.bustamante@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800, San Jose, CA 95113
http://www.pwc.com/us


Laura Bustamante---02/25/2014 07:02:12 PM---Kevin is meeting with Mauro on Thursday in the AM. I met with him this afternoon and got Mauro to ag


From: Laura Bustamante/US/ABAS/PwC

To: Christopher J Smith/US/ABAS/PwC@Americas-US

Cc: Johan Furstenberg/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US, Kevin Healy/US/ABAS/PwC@Americas-US, Matthew A Steele/US/ABAS/PwC@Americas-US

Date: 02/25/2014 07:02 PM

Subject: Re: Mauro


Kevin is meeting with Mauro on Thursday in the AM.


Confidential                                                                    PwC_B00002611

**DX1240-1**

I met with him this afternoon and got Mauro to agree that he won't sign the offer letter until he has talked to Kevin and circled back with me. He said the same thing to me about the Logitech job. The major thorn in his side (albeit there are others) is that we have not rated him a "1" despite his contributions to the market from an operations standpoint. I think his ego just cannot handle being rated a "2" again and leaving is a way to avoid that.

Mauro mentioned that he had also talked to Sameer btw.

Kevin -- would it be helpful to you for us to have a brief call tomorrow before you talk to Mauro?

**Laura Bustamante**

PwC
Office: 408-817-4217 | Mobile: 425-894-2931
Email: laura.bustamante@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Blvd, Suite 1800, San Jose, CA 95113
http://www.pwc.com/us

Christopher J Smith---02/25/2014 04:20:41 PM---Thanks Johan I had a similar hour last night with him. Maybe we should have a quick call with all o

From: Christopher J Smith/US/ABAS/PwC

To: Johan Furstenberg/US/ABAS/PwC@Americas-US

Cc: Laura Bustamante/US/ABAS/PwC@Americas-US, Tye Thorson/US/ABAS/PwC@Americas-US

Date: 02/25/2014 04:20 PM

Subject: Re: Mauro

---

Thanks Johan

I had a similar hour last night with him. Maybe we should have a quick call with all of us and maybe Healy?

He has a list of "grievances" that I think we all probably know, but I can share.

I told him that I wasn't sure that the Logitech role wouldn't be my first choice if I were him to which he replied "I already have the job I really want to do, once I decide to leave it doesn't matter what I choose as they're all equally bad"

Let's connect and compare notes.

Thanks

Confidential                    PwC_B00002612

**DX1240-2**

*Chris Smith*

*Partner, Transaction Services*



**pwc**

488 Almaden Boulevard, San Jose, CA 95112
Office: (408) 817-5784 Mobile: (408) 203-0649

Email:
christopher.j.smith@us.pwc.com www.linkedin.com/in/chrissmith73/

Smith_Chris.vcf

Johan Furstenberg---02/25/2014 01:44:10 PM---Laura, I just spent an unplanned hour talking with Mauro about his offer to work for Abhishek at Log

From: Johan Furstenberg/US/ABAS/PwC

To: Laura Bustamante/US/ABAS/PwC@Americas-US

Cc: Tye Thorson/US/ABAS/PwC, Christopher J Smith/US/ABAS/PwC@Americas-US

Date: 02/25/2014 01:44 PM

Subject: **Mauro**

Laura,

I just spent an unplanned hour talking with Mauro about his offer to work for Abhishek at Logitech and thought I would share with you before you meet with him. I am copying Tye and Chris as I think he already spoke with you. It is clear to me that even though he accepted the offer he is not excited about it and that he likes what he does at PwC. In true Mauro style he is upset about a couple of things and I think we should be able to convince him to stay. I reminded him of the value of his uniqueness, that I know his personal values and selfless willingness to speak up and that I trust him for that. I also reminded him to try not to get distracted by 'noise' and stay focused on who he is, while using his coach to refine the way he delivers messages. Perhaps there is an opportunity if we can decide what we can do for Mauro in the long run. I can see him in a managing director type of position with some more coaching but we would need to let him see the opportunity and how to get there in a relatively short period of time

Thanks

**Johan Furstenberg**

PwC | Partner
Office: +1 408 817 8286 | Mobile: +1 408 718 8013 | Fax: +1 813 375 4383
Email: johan.furstenberg@us.pwc.com
PricewaterhouseCoopers LLP
488 Almaden Boulevard, Suite 1800, San Jose, CA 95110
http://www.pwc.com/us

Thoughts don't need paper to take shape.

**DX1240-3**