# DX1270

2012 Cavium Audit



2013 Cavium Audit



2014 Cavium Audit



2012 Cavium SAD (summary of aggregated deficiencies)



2013 Cavium SAD (summary of aggregated deficiencies)



2014 Cavium SAD (summary of aggregated deficiencies)



2015 Harmonic SAD



Confidential   PwC_B00006157