# DX1492

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663



www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From:  Anthony Saglimbeni, M.D.

Subject:  Medical Records Continued

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000001

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in **ElationHealth**   .

**Interactive Patient Chart Contents:**

- 03/29/2016 Misc Report  *P.T Discharge*

Saglimbeni000002

**DX1492-2**

**PATIENT PROTOCOL SHEET**

Page 2 of _____

PATIENT NAME: Mauro Botta

ICD-9: 839.01 D

DIAGNOSIS: LS strain          DOI: _____   MD: Saglimbeni

### INSURANCE AUTHORIZATION

| Date | Contact | Duration (# wks, freq, and/or # visits) | Exp Date | Date | Duration (#wks, freq, and/or # visits) | Exp Date |
|------|---------|-----------------------------------------|----------|------|-----------------------------------------|----------|
|      |         |                                         |          |      | x8                                      |          |
|      |         |                                         |          |      |                                         |          |
|      |         |                                         |          |      |                                         |          |

### PRESCRIPTION

| VISIT# | DATE | PROCEDURE | | | | | Pain | Initials |
|--------|------|-----------|--|--|--|--|------|----------|
| 1 | 3/3/16 | FV | | | | | | |
| 2 | 3/7/16 | FV | | | | | | |
| 3 | 3/10/16 | Re-eval | | | | | | |
| + | 3/16/16 | FV | | | | | | |
| 5 | 3/18/16 | FV | | | | | | |
| 6 | 3/21/16 | FV | | | | | | |
| 7 | 3/23/16 | FV | | | | | | |
| 8 | 3/28/16 | 8/5 | | | | | | |

Physician Visits: _____  Re-evals/Notes: _____  Other: _____  Comments / Precautions: _____

30-MAR-2005 09:35AM From:SBSMA                    4082417005        To:1+08300966 3              Page:1/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 2 of 14

Saglimbeni000003

**DX1492-3**

2016
30 visits



South Bay Sports & Preventive Medicine Associates, Inc.

**PATIENT PROTOCOL SHEET**                                    Page ___ of ___

PATIENT NAME: Mauro Botta _____                ICD-9: S39.012D

DIAGNOSIS: C/S Strain _____     DOI: _____   MD: Saglimbeni

### INSURANCE AUTHORIZATION

| Date: | Contact: | Duration (# wks, freq, and/or # visits) | Exp Date: | Date: |
|-------|----------|------------------------------------------|-----------|-------|
|       |          |                                          |           |       |
|       |          |                                          |           |       |
|       |          |                                          |           |       |

### PRESCRIPTION

| Duration (#wks, freq, and/or # visits) | Exp Date: |
|-----------------------------------------|-----------|
|                                         |           |
|                                         |           |
|                                         |           |

| VISIT# | DATE | PROCEDURE | | | | | | | | Pain | Initials |
|--------|------|-----------|--|--|--|--|--|--|--|------|----------|
| 1/8 | 2/3/16 | EV | Nkgo | | | | | | | | RF |
| 2/8 | 2/5/16 | Fu + PDD | | | | | | | | | A |
| 3/8 | 2/10/16 | FV | | | | | | | | | A |
| 4/8 | 2/16/16 | FV | | | | | | | | | BF |
| 5/8 | 2/16/16 | FV | | | | | | | | | A |
| 6/8 | 2/18/16 | FV | | | | | | | | | A |
| 7/8 | 2/23/16 | FV | | | | | | | | | A |
| 8/8 | 2/29/16 | PN+FV | | | | | | | | | A |

| Physician Visits: | Re-evals/Notes: | Other: ____ | Comments / Precautions: ____ |
|-------------------|-----------------|-------------|------------------------------|

BOTTA,MAURO

30-MAR-2005 09:35AM From:SBSMA                4082417005                To:14082009663                Page:2/13

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 14

Saglimbeni000004

**DX1492-4**



Please call to schedule your appointment:
(P) 408-293-7767  (F) 408-241-7005

550 S. Winchester Blvd, Suite 125
San Jose, CA 95128

**South Bay Sports & Preventive Medicine Associates, Inc.**

PATIENT NAME: Mauro Botta          DATE: 3/3/11

SURGERY:_____ DATE of Sx:_____  ICD-9: S39.0126

SPORT ACTIVITY:_____          Dx:_____

| □ EVALUATE & TREAT    ☑ PT | □ Pre-Operative Therapy (education, exercise, functional/gait training) | □ Post-Surgical Spine |
|---|---|---|
| Frequency □ 1X  □ 2X  □ 3X | □ ROM/Stretching | □ Post-Surgical Extremity |
|  | □ Strengthening | □ Evaluation Only |
| Duration:_____ | □ Upper Extremity Conditioning Program | □ Work Conditioning |
| or | □ Lower Extremity Conditioning Program | □ Proprioception |
| # of Visits:_____ | □ Spine Conditioning Program | □ Home Exercise Program |
|  |  | □ Sport Specific |

Special Instructions / Precautions_____

Physician Signature _____   Printed Saglimbeni   Date 3/04/16

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 14

Saglimbeni000005

DX1492-5



**PHYSICAL THERAPY PROGRESS FLOW SHEET**

NAME: Mauro Botta     ICD-9: S39.012D

DIAGNOSIS: LS strain

PRECAUTIONS:

| DATE/Tx | 3/18/10 | 5/12/1/10 | 5/23/10 | 3/29/10 | | | | |
|---|---|---|---|---|---|---|---|---|
| | DE | WNL DE | WNL DE | DE | | | | |
| EXERCISES | Pt x5' | — | PT x5' | PT x5' | | | | |
| Bike | → | ✓ | ✓ | ✓ | | | | |
| cat/cow/wall arm | 2x30" ea | 2x30' ea | 2x30" | 2x30" | | | | |
| Dolphins | 2# x10 | 2# x10 | 2# x10 | 2# x10 | | | | |
| Resisted pointers | purple x10 | purple x10 | purple x10 | purple x10 | | | | |
| Mulligan | BL x10 | BL x10 | BL x10 | BL x10 | | | | |
| W multifidus | 5 x10x5" | 5 x10x5" | 5 x10x5" | 5 x10x5" | | | | |
| bridging | | | | | | | | |
| Core set | | | | | | | | |
| squat push 10# | 2x10 | 2x10 | 2x10 | 2x10 | | | | |
| 4 way hip | x10 B | x10 B | x10 B | x10 B | | | | |
| SL RDL | → | 7# x10 B | 7# x10 B | 7# x10 B | | | | |
| | | | | | | | | |
| S on wall @ arm | 10x5" | 10x5" | 10x5" | 10x5" | | | | |
| PPU's | 10x5" | 10x5" | 10x5" | 10x5" | | | | |
| hs/piriformis str | 2x30" | 2x30" | 2x30" | 2x30" | 2# | | | |
| hip V str | 1' e/sym | 1' e/sym | 1' e/sym | e/sym | | | | |
| **Manual Therapy:** | | | | | | | | |
| quad release | ✓ | ✓ | ✓ | ✓ | | | | |
| prone quad str | ✓ | Ø | Ø | | | | | |
| | | | | | | | | |
| **Modalities:** | | | | | | | | |
| cold/US/IFC x10' | 10' | 10' ICE | 10' NMR | 10' | | | | |

30-MAR-2002 09:36PM From: 585MH                    408241700S    To:1408300966J    Page:4/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 14

Saglimbeni000006

DX1492-6



## PHYSICAL THERAPY PROGRESS FLOW SHEET

NAME: *Mauro Botta*   ICD-9: *S39.012D*

DIAGNOSIS: *LS Strain*

PRECAUTIONS:

| DATE /Rx | 2/21/16 | 2/29/16 | 3/2/16 | 3/7/16 | 3/10/16 | 3/15/16 |
|---|---|---|---|---|---|---|
| EXERCISES | | | | | | |
| RC | X5' | 0.W X5' | X5' | X5' | X W | ✓ |
| Calf board | 2x30" | 2x30" | 2x30" | 2x30" | 2x30" | 2x30' |
| Hs wall str. | 6x30" | 2x30" | 2x30" | 2x30" | 2x30" | |
| Dolphins | 1# x20 | 1# x20 | 1# x20 | 1# x20 | 1# x20 | 1# x20 |
| SB pointers | 2x5 | 2x5" | Resisted 10x5" | Resisted 10x5 | Resisted 10x5 | Resisted 10x5 |
| SB roll outs | 2x10 | 2x10 | HEP | | | |
| Back strong ⊕ | 2x10 | 2x10 | 2x10 | | | 2x10 |
| multi | | | | | | |
| core 8+ | | | | | | |
| auto/indus rov'd | | | | | | |
| Sngl well (dyn) | 10x5" | 10x5" | 10x5" | 10x5" | 10x5" | 10x5" |
| DDL's | 10x5" | 10x5" | 10x5" | 10x5" | 10x5" | 10x5" |
| SB bw | 10x5" | 10x5" | 10x5" | 10x5" | HEP | |
| SLR 3 way | 1# x10 | 1# x20 | 1# x10 | 2# x20 | 2# x20 | 2# x20 |
| Hs/piriformis str | 2x30" | 2x30" | 2x30" | 2x30" | 2x30" | 2x30" |
| | | | | | | |
| **Manual Therapy:** | | | | | | |
| glut release | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| prone quad str | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | | | | | | |
| **Modalities:** | | | | | | |
| x10' | x10' | x10' | x10' | 10 | 10 | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 14

Saglimbeni000007

**DX1492-7**



## PHYSICAL THERAPY PROGRESS FLOW SHEET

NAME: Mauro Botta     ICD:9- S39 . 012D

DIAGNOSIS: L/S Strain

PRECAUTIONS:

| DATE /Rx | 2/3/16 | 2/5/16 | 2/10/16 | 2/12/16 | 2/16/16 | 2/18/16 |
|---|---|---|---|---|---|---|
| | QP | 8 HR  PC | HR PC | PC | HR PC | HR PC |
| EXERCISES | Bike PC  call/bar-u | PM x5 / CP | PC 5 m 290° | PC x5 | PC x5' | PC x5' |
| RDU | 10x5" | E-gd  1x5" | 10x5" | 10x6" | 10x5" | 10x5" |
| SG Ⓛ arm | 10x5" | 10x5" | 10x5" | 10x5" | 10x5" | 10x5" |
| Clams | GTB  10x5" | GTB  10x5' | GTB  10x5" | GTB  10x5" | GTB  HPP | → |
| SLR | Add only  x20 | 3 way  x20 | 1st 3 way  x20 | 1st 3 m  x20 | HR 3 way  x20 | 3 way R  x20 |
| Bridge | → | GTB  1x5 | GTB 3B  10x5" | Ⓐ time | 3B  10x5" | 3B 10x5" |
| Paintus | → | 3B  10x5" | 3B  10x5" | Ⓐ time | 3B  10x5" | 3B 10x5" |
| Dead bugs | → | → | 10x5" | 10x6" | NV | 10x5" |
| Backstrong | → | Ⓐ HKE both  2x10 | Ⓐ HKE both  2x10 | Ⓐ HKE 60%  2x10 | Ⓐ both  2x10 | Ⓐ HKE  2x10 |
| Dolphins | | x10 | x20 | x10 | x20 | x20 |
| ½ roll outs | | x10 | 2x10 | 2x10 | 2x10 | 2x10 |
| HS/piriformis str | | 2x30" EA | 2x30 EA | 1x30" ea | 2x30" | 2x30" group |
| R balance | | | → | 1x30 ea | NV | |
| HS wall str | | | → | 1' ea | 1' EA | 1' EA |
| mid whal | | | → | 30g  1ue ea | 1 EA | 1 EA |
| Plank series | | | → | 2x30" ea | 2x30" EA | NV |
| | | | | | | |
| | | | | | | |
| Manual Therapy: | Ø | | | | | |
| glut release | → | ✓ | ✓ | ✓ | ✓ | ✓ |
| prone quad str | | | | ✓ | ✓ | NV PC 2/18 |
| | | | | | | |
| Modalities: | | | | | | |
| VMP | 10' | 10' | 10' | 10' | 10' | 10' |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 14

Saglimbeni000008

**DX1492-8**



## Home Exercise Program

Created by Kirsten Curb DPT  Feb 3rd, 2016

View at "www.thy-exercise-code.com" using code: LRFPNRY

South Bay Sports & Preventive Medicine
550 S. Winchester Blvd Suite 125
San Jose, CA 95128
408-293-7767 ext. 105

Total 4



**Prone Press ups (McKenzie Extensions)**

Lie flat on your stomach with your arms in push up position. Press up to the point of restriction and down again. Your therapist may want you to move your legs to the left or right before you press up. Repeat.

| | |
|---|---|
| Repeat | 10 Times |
| Hold | 5 Seconds |
| Complete | 1 Set |
| Perform | 5 Time(s) a Day |



**PELVIC SHIFT STANDING - WALL**

While standing next to a wall, place your arm on a wall. Your other arm should be rested on your side as shown. Next, lean your waist and glide your pelvis towards the wall. This should cause a shifting at your pelvis to occur.

| | |
|---|---|
| Repeat | 10 Times |
| Hold | 5 Seconds |
| Complete | 1 Set |
| Perform | 5 Time(s) a Day |



**Clamshell**

Lay on side with body in neutral, hips in neutral position  with shoulders and ankles in the same plane.
Now bend your knees bringing your heels slightly back behind you, while maintaining a straight line from your knees, through your hips to your shoulders

Raise knee towards the ceiling pivoting at the hip while firing the gluteus muscles. Keep the feet together (one on top of the other), and slowly raise your knee towards the ceiling

To increase resistance add a resistance band around the thighs (just above the knee)

** Be careful not to allow your hip to roll backwards while lifting the knee **

| | |
|---|---|
| Repeat | 15 Times |
| Hold | 5 Seconds |
| Complete | 1 Set |
| Perform | 1 Time(s) a Day |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 8 of 14

Saglimbeni000009

**DX1492-9**

HIP ABDUCTION - SIDELYING

While lying on your side, slowly raise up your top leg to the side. Keep your knee straight and maintain your toes pointed forward the entire time.

The bottom leg can be bent to stabilize your body.

| Repeat | 20 Times |
| Hold | 1 Second |
| Complete | 1 Set |
| Perform | 1 Time(s) a Day |



Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 14

Saglimbeni000010

**DX1492-10**

### Pain Disability Questionnaire

NAME: _MAURO   BOTTA_                    DATE: _2/5/16_

**Please read:**
This survey asks for your views about how your pain affects how you function in every day activities. This information will help you and your doctor know how you feel and how well you are able to do your daily tasks at this time.

Please answer every question by marking an "X" along the line to show how much your pain problem has affected you (from having no problems at all to having the most severe problems you can imagine).

1) Does your pain interfere with your normal work inside and outside the home?
0—1—2—3—4—(5)—6—7—8—9—10
Work normally                                    Unable to work at all

2) Does your pain interfere with personal care (such as washing, dressing, etc.)?
0—1—2—(3)—4—5—6—7—8—9—10
Take care of myself completely          Need help with all my personal care

3) Does your pain interfere with your traveling?
0—1—2—3—4—5—(6)—7—8—9—10
Travel anywhere I like                         Only travel to see doctors

4) Does your pain affect your ability to sit or stand?
0—1—2—3—4—5—6—(7)—8—9—10
No problems                                        Cannot do at all

5) Does your pain affect your ability to lift overhead, grasp objects, or reach for things?
0—(1)—2—3—4—5—6—7—8—9—10
No problems                                        Cannot do at all

6) Does your pain affect your ability to lift objects off the floor, bend, stoop, or squat?
0—1—2—3—4—5—(6)—7—8—9—10
No problems                                        Cannot do at all

7) Does your pain affect your ability to walk or run?
(0)—1—2—3—4—5—6—7—8—9—10
No problems                                        Cannot do at all

**COMPLETE OTHER SIDE ➡**

30-MAR-2005 09:38AM From:SBEMH          4082417005          To:14083009663          Page:9/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 14

Saglimbeni000011

DX1492-11

8) Has your income declined since your pain began?

1   2   3   4   5   6   7   8   9   10
No decline                                    Lost all income

9) Do you have to take pain medication every day to control your pain?

1   2   3   4   5   6   7   8   9   10
No medication needed                          On pain medication
                                              throughout the day

10) Does your pain force you to see doctors much more often than before your pain began?

1   2   3   4   5   6   7   8   9   10
Never see doctors                             See doctors weekly

11) Does your pain interfere with your ability to see the people who are important to you as much as you would like?

1   2   3   4   5   6   7   8   9   10
No problem                                    Never see them

12) Does your pain interfere with recreational activities and hobbies that are important to you?

1   2   3   4   5   6   7   8   9   10
No interference                               Total interference

13) Do you need help of your family and friends to complete everyday tasks (including both work outside the home and housework) because of your pain?

1   2   3   4   5   6   7   8   9   10
Never need help                               Need help all the time

14) Do you now feel more depressed, tense, or anxious than before your pain began?

1   2   3   4   5   6   7   8   9   10
No depression/tension                         Severe depression/tension

15) Are there emotional problems caused by your pain that interfere with your family, social, or work activities?

1   2   3   4   5   6   7   8   9   10
No problems                                   Severe problems

---

**OFFICE USE ONLY**

Functional: 1____ + 2____ + 3____ + 4____ + 5____ + 6____ + 7____ + 12____ + 13____ = _____

Psychosocial: 8____ + 9____ + 10____ + 11____ + 14____ + 15____ =

TOTAL = 37

Mauro Botta
DOB: Oct. 26, 1977
Page 11 of 14

Saglimbeni000012

**DX1492-12**



## Home Exercise Program
Created by Kirsten Curb DPT  Feb 4th, 2016

*View at "www.my-exercise-code.com" using code. HXSPWR7*

South Bay Sports & Preventive Medicine
550 S. Winchester Blvd Suite 125
San Jose, CA 95128
408-293-7767 ext. 105

---

**STRAIGHT LEG RAISE - SLR**

While lying or sitting, raise up your leg
with a straight knee. Keep the opposite
knee bent with the foot planted to the
ground.



Repeat   20 Times

**Bird dogs on Ball**

Lie on stomach on stability ball with
pressure through hands and knees.
Alternate lifting opposite arm and leg
without twisting hips



Repeat   10 Times
Hold      5 Seconds

---

**HIP ABDUCTION - SIDELYING**

While lying on your side, slowly raise
up your top leg to the side. Keep your
knee straight and maintain your toes
pointed forward the entire time.

The bottom leg can be bent to stabilize
your body.



Repeat   20 Times

**Reverse Extensions**

Over exercise ball, roll forward until
resting on forearms. Lift legs keeping
knees straight, extending from the hips
and back, then return.

Repeat   20 Times

---

**PRONE HIP EXTENSION**

While lying face down with your knees
straight, slowly raise up leg off the
ground.

Repeat   20 Times

**EXERCISE BALL - PRONE ROLL OUT**

Kneel with an exercise ball in front of
you. You should be flexed at trunk and
your elbows propped on the ball.

Next, slowly lean forward and allow
the ball to roll forward so that your back
extends.



Lastly, roll the ball back to the starting
position using your arms and trunk.

Repeat   10 Times
Complete 2 Sets

---

**BRIDGING ELASTIC BAND
ABDUCTION**

While lying on your back, place an
elastic band around your knees and
pull your knees apart. Hold this and
then tighten your lower abdominals,
squeeze your buttocks and raise your
buttocks off the floor/bed as creating a
"Bridge" with your body.



Repeat   10 Times
Hold      5 Seconds

**HAMSTRING STRETCH WITH
TOWEL**

While lying down on your back, hook a
towel or strap under  your foot and
draw up your leg until a stretch is felt
under your leg, calf area.

Keep your knee in a straightened
position during the stretch.

Hold        30 Seconds
Complete 3 Sets

---

Powered by HEP2go.com

Feb 4th, 2016 - Page 1 of 2

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 12 of 14

Saglimbeni000013

**DX1492-13**

 Home Exercise Program
Created by Kirsten Curb DPT  Feb 4th, 2016
View at "www.my-exercise-code.com" using code: HXSPWR7

South Bay Sports & Preventive Medicine
550 S. Winchester Blvd Suite 125
San Jose, CA 95128
408-293-7767 ext. 105

PIRIFORMIS STRETCH

While lying on your back with both knee bent, cross your affected leg on the other knee.

Next, hold your unaffected thigh and pull it up towards your chest until a stretch is felt in the buttock.



Hold     30 Seconds
Complete 2 Sets

Powered by HEP2go.com

Feb 4th, 2016 - Page 2 of 2



Saglimbeni000014

DX1492-14



# Home Exercise Program

Created by Kirsten Curb DPT  Feb 10th, 2016

View at "www.my-exercise-code.com" using code  N59Z9QL

South Bay Sports & Preventive Medicine
550 S. Winchester Blvd Suite 125
San Jose, CA 95128
408-283-7767 ext. 106

Total 1



**DEAD BUG**

While lying on your back with your knees bent, slowly raise up one foot and opposite arm.

Retrun to starting position and then repeat on the opposite side.

Keep your low back flat on the floor the entire time.

Repeat  10 Times
Hold  5 Seconds

Electronically signed by Anthony Saglimbeni, M.D. on 03/29/2016 11:15 am in *Elation*Health

**DX1492-15**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 FAX

www.elationemr.com

Sent on 11/09/2018 at 09:13 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000016

**DX1492-16**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in **ᴱElation**Health   .

**Interactive Patient Chart Contents:**

- 12/06/2016 Pt Report   *P.T Discharge right lateral epilondyitis and lumbar*

Saglimbeni000017

**DX1492-17**

South Bay Sports & Preventive Medicine Associates, Inc.

**PATIENT PROTOCOL SHEET**

Page ____ of ____

PATIENT NAME: Botta · Mauro

ICD-9: M7720

DIAGNOSIS: Lateral epicondylitis   DOI: ____

MD: Saglimbeni

| INSURANCE AUTHORIZATION | | | | | | PRESCRIPTION | |
|---|---|---|---|---|---|---|---|
| Date: | Contact: | Duration (# wks, freq, and/or # visits) | Exp Date: | | Date: | Duration (#wks, freq, and/or # visits) | Exp Date: |
| | | | | | 10/17/16 | x8 | |
| | | | | | | | |
| | | | | | | | |

| VISIT# | DATE | PROCEDURE | | | | | | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 1/8 | 10/18/16 | FV | | | | | | | |
| 2/8 | 10/25/16 | FV | | | | | | | |
| 3/8 | 11/1/16 | FV | | | | | | | |
| 4/8 | 11/8/16 | FV | | | | | | | |
| 5/8 | 11/15/16 | FV | | | | | | | |
| 6/8 | 11/22/16 | FV | | | | | | | |
| 7/8 | 11/29/16 | FV | | | | | | | |
| 8/8 | 12/6/16 | RE D/C | | | | | | | |

| Physician Visits: | Re-evals/Notes: | Other: ____ | Comments / Precautions: ____ |
|---|---|---|---|

(12-00-16(08:31PM:From:South Bay Sports P.T.   To:14083009663   !4082417006   # 17/18

Mauro Botta
DOB: Oct. 26, 1977
Page 2 of 20

Saglimbeni000018

**DX1492-18**

PATIENT PROTOCOL SHEET

Page ____ of ____

PATIENT NAME: BOTTA , MAURO

ICD-9: M 77.10

DIAGNOSIS: ® LATERAL EPICONDYLITIS    DOI: _____    MD: SAGLIMBENI

| INSURANCE AUTHORIZATION | | | | | | PRESCRIPTION | | |
|---|---|---|---|---|---|---|---|---|
| Date: | Contract | Duration (# wks, freq, and/or # visits) | Exp Date: | | Date: | Duration (#wks, freq, and/or # visits) | | Exp Date: |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| VISIT# | DATE | PROCEDURE | | | | | | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 1/4 | 9/16/16 | F U | | | | | | | TM |
| 2/4 | 9/28/16 | FV | | | | | | | L |
| 3/4 | 9/30/16 | Fu | | | | | | | BC |
| 4/4 | 10/7/16 | FU | | | | | | | BF |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Physician Visits: | Re-evals/Notes: | Other: | Comments / Precautions: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

12-06-16(03:31PM;From;South Bay Sports P.T.  To;14083009663  ;4082417006  # 2/ 19

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 20

Saglimbeni000019

**DX1492-19**

**PATIENT PROTOCOL SHEET**

Page ___ of ___

PATIENT NAME: Botta, Mauro

DIAGNOSIS: (R) Lateral Epicondylitis   DOI: ___

ICD-9: M77.10

MD: Saglimbeni

### INSURANCE AUTHORIZATION

| Date | Contact | Duration (# wks, freq, and/or # visits) | Exp Date | | Date | Duration (# wks, freq, and/or # visits) | Exp Date |
|------|---------|------|------|---|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### PRESCRIPTION

| VISITS | DATE | PROCEDURE | | | | | | Pain | Initials |
|--------|------|-----------|---|---|---|---|---|------|----------|
| 1/10 | 8/9/10 | EV | HEP | | | | | | AR |
| 2/10 | 8/12/10 | EV | (HEP) | | | | | | AR |
| 3/10 | 8/15/10 | EV | | | | | | | DF |
| 4/10 | 8/17/10 | EV | | | | | | | AR |
| 5/10 | 8/28/10 | EV | | | | | | | DF |
| 6/10 | 8/24/10 | EV | | | | | | | |
| 7/10 | 8/26/10 | EV | | | | | | | |
| 8/10 | 8/31/10 | EV | | | | | | | |
| 9/10 | 9/10/10 | EV | | | | | | | |
| 10/10 | 9/9/10 | RE | | | | | | | |

| Physician Visits | Re-evals/Notes | Other: | Comments / Precautions: |
|------|------|------|------|
| | | | |
| | | | |
| | | | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botte
DOB: Oct. 26, 1977
Page 4 of 20

Saglimbeni000020



**PHYSICAL THERAPY PROGRESS FLOW SHEET**

NAME: Mauro Botta   ICD-9: M77.10

DIAGNOSIS: (R) lateral epicondylitis

PRECAUTIONS:

| DATE /Rx | 11/5/16 5/16 | 11/12/16 5/16 | 11/19/16 5/16 | 12/6/16 5/16 | | | |
|---|---|---|---|---|---|---|---|
| | SAM ER/RT | SAM ER/RT | SAM (R) | PF | | | |
| **EXERCISES** | | | | | | | |
| putty blue | 2' | 2' | 2' | 2' | | | |
| flex bar | x10 | x10 | V10 | x20 | | | |
| iniblegan'o blue | x10 | x10 | x10 | x20 | | | |
| Cluster air | x10 | x10 | x10 | x10 | | | |
| 6c pul sup VR/DR | x10 | x10 | x10 | x20 | | | |
| PRO EXT wrist | 10# x20 | 10# x10 | 10# x20 | 10# x20 | | | |
| Forearm blaster | 5# x3 | 5# x3 | 5# x3 | 5# x5 | | | |
| SLAP series | 12# x20 | 12# x20 | 12# x10 | 12# x20 | | | |
| EB press | 12# x10 | 12# x20 | 12# x10 | 12# x20 | | | |
| BOSU TIVB | 2x5 | 2x5 | 2x5 | 2x5 | | | |
| M SH /+ rows | 4p1/6gl 8x10 | 4p1/6gl 8x10 | 4p1/6gl 8x10 | 4p1 2x10 | | | |
| A. Inter | 4p1 8x10 | 4p1 8x10 | 4p1 8x10 | 4p1 2x10 | | | |
| bilep curls | 15# x10 | 15# x20 | 15# x20 | 10# x20 | | | |
| Body Blade | 2x20 a | 2x20 a | 2x20 a | 2x20 a | | | |
| DH smash | 5kg 2x10 | 6x9 2x10 | 1# 8x10 | 5# 2x10 | | | |
| 90/90 ball drills | 2x20 2x5 3x10 | 2x10 2x5 | 2x10 2x5 | 2x20 2x5 | | | |
| Fwd plank sup | 1x30" | 2x30" | 2x30" | 2x30" | | | |
| **Manual Therapy:** | | | | | | | |
| wrist +/stk | | | | | | | |
| vsn Ext bundles | ✓ | ✓ | ✓ | | | | |
| | | | • | | | | |
| **Modalities:** | | | | | | | |
| ICE massage | ✓ | ✓ | | ✓ | | | |

12-06-16:03:31PM;From:South Bay Sports P.T. ;To:14063009668 ;4082417006 # 4/ 18

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 20

Saglimbeni000021

**DX1492-21**



**PHYSICAL THERAPY PROGRESS FLOW SHEET**

NAME: Mauro Botta          ICD-9: M77.10

DIAGNOSIS: (R) lateral epicondylitis

PRECAUTIONS:

| DATE/Rx | 9/30/16  3/4 | 10/7/16  3/4 | 10/18/16  4/8 | 10/25/16  5/8 | 11/1/16  3/3 | 11/8/16  4/8 |
|---|---|---|---|---|---|---|
|  | PF | PF | YAT  QS | YAT  QS | YAT  QS | YAT  PS |
| **EXERCISES** |  |  |  |  |  |  |
| UAW/bike | 2' | 2' | 1' | 2' | 2' | 2' |
| Flexbar | X10 ea | X10 ea | X10 EA | X10 EA | X10 EA | X10 EA |
| webarm plate | X10 | X10 | X10 | X10 | X10 | X10 |
| clothpin pin | X10 | X10 | X10 | X10 | X10 | X10 |
| BC pin/cur UE/RE | X10 ea | X10 ea | X10 EA | X10 EA | X10 EA | X10 EA |
| Ext wrist Ext | 10# X20 | 10# X20 | 10# X20 | 10# X20 | 10# X20 | 10# X20 |
| Forearm blaster | 5# X3 | 5# X3 | 6# X3 | 6# X3 | 5# X3 | 5# X3 |
| wrist vd/stv | 9 X30' | d/c | — | — | — | — |
| scap series | 12# 2X10 | 12# 2X10 | 12# 2X10 | 12# 2X10 | 12# 2X10 | 12# 2X10 |
| KB press | 12# 2X10 | 12# 2X10 | 12# 2X10 | 12# 2X10 | 12# 2X10 | 12# 2X10 |
| incline push up | 2X10 | 2X10 | 2X10 | 2X10 | 2X10 | 2X10 |
| OH SH/rows | 4#/8# 2X10 | 4#/8# 2X10 | 4# 2X10 | 4# 2X10 | 4#/8# 2X10 | 4#/8# 2X10 |
| OH tricep/bicep | 4#/15# 2X10 | 4#/15# 2X10 | 4#/15# 2X10 | 4#/15# 2X10 | 4#/15# 2X10 | 4#/15# 2X10 |
| Body blade | 3 2X30 | 2X30 | 2X30 | 2X30 | 2X30 | 2X30 |
| OH shrug | 5kg 2X10 | 5kg 2X10 | 5kg 2X10 | 5kg 2X10 | 5kg 2X10 | 5kg 2X10 |
| bull/adductor | 3# 2X15 | 2X20 | 2X15 | 2X5 | 2X10 2X10 | 2X20 2X10 |
| fwd plank | 2X60" | 2X60" | 2X60" | fwd plank | fwd plank | fwd plank |
|  |  |  |  |  |  |  |
| **Manual Therapy:** |  |  |  |  |  |  |
| wrist vd/stv | ✓ | ✓ | ✓ | Ø | Ø | Ø |
| prom elbow vd | ✓ | ✓ | ✓ | Ø | Ø | Ø |
| GPM Ext bundle | ✓ | ✓ | Ø | ✓ | ✓ | ✓ |
|  |  |  |  |  |  |  |
| **Modalities:** |  |  |  |  |  |  |
| ice massage | ✓ | ✓ | ✓ | ✓ | ✓ |  |

12-06-16:08:31PM;From:South Bay Sports P.t.  To:14083009663  :4082417005

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 20

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Saglimbeni000022

**DX1492-22**



PHYSICAL THERAPY PROGRESS FLOW SHEET

NAME: Mauro Botta       ICD:9 M77.10

DIAGNOSIS: (R) lateral epicondylitis

PRECAUTIONS:

| DATE /Rx | 8/21 | 8/7 | 8/21 | 8/14 | 8/18 | 9/1 | 9/9 | 9/15 | 9/23 |
|---|---|---|---|---|---|---|---|---|---|
| EXERCISES | | | | | | | | | |
| night | GRN 2' | GRN 7' | 1 BLUE | z | BLUE 2 | BLUE 2' | | | |
| flex bar | X10 | X10 | X10 | x20 | x20 | X20 | | | |
| rom/scap webspring | BLUE X10 | BLUE X20 | BLUE X10 | BLUE X20 | BLUE X20 | BLUE X20 | | | |
| clones pin | X10 | X10 | X10 | X10 | x10 | x10 | | | |
| ECC wrist ext | 10# X10 | 10# X10 | 10# X10 | 10# x20 | 10# x20 | 10# x20 | | | |
| pro/sup golf club | X20 | X10 | X10 | X20 | x20 | X20 | | | |
| forearm blaster | 2.5# x2 | 2.5# x3 | x3 | 5# x3 | 5# x4 | 3# x4 | | | |
| wrist str v+/ | 2x30" | 2x20" | 2x20" | 2x20" | 2x30" | 2x20" | | | |
| scap saws | 5# X10 | 5# X10 | 5# X10 | 15# x10 | 15# X10 | 12# X10 | | | |
| T6 SH t/y rows | B/K 10x5 | B/K 10x5 | B/K 10x5 | 10x5 | BLACK 10x5" | Black 10x5 | | | |
| Bis & Tris | 12/4# x10 | 12/4# x10 | 10/4# x10 | 8/4# x10 | 15#/4PL 2x10 | 10# 2x10 | | | |
| FB press | 7# 2x10 | 1# x10 | 4# x10 | 9# 2x10 | 10# 2x10 | 10# 2x10 | | | |
| body blade | 2x20" | 2x20" | 2x20" | 2x20" | 2x20" | 2x20" | | | |
| upper pulch up(R) | 2x10 | 2x10 | 2x10 | 2x10 | 2x10 | 2x10 | | | |
| RND flexbar taps | 2x20" | 2x20 | 2x20" | 2x20" | 2x30" | 2x30" | | | |
| OH smash | 3kg 2x10 | 5kg 2x10 | 5kg 2x10 | 5kg 2x10 | 5kg 2x10 | 5kg 2x10 | | | |
| 90/90 ball drops | 2x20" | 2x20" | 2x20" | 2x20" | 2x20" | 2x20 2x20 | | | |
| | | | | | | | | | |
| Manual Therapy: | | | | | | | | | |
| wrist v+/ str | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| PROM elbow v+/ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| STM Extensor bundle | ✓ | ✓ | ✓ | | ✓ | ✓ | | | |
| | | | ✓ | | | ✓ | | | |
| Modalities: | | | | | | | | | |
| ICE/TENS/STM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |



**PHYSICAL THERAPY PROGRESS FLOW SHEET**

NAME: *Botta, Mauro*          ICD-9: *M77.10*

DIAGNOSIS: (R) *Lateral Epicondylitis*

PRECAUTIONS:

| DATE /Rx | | | | | | | |
|---|---|---|---|---|---|---|---|
| EXERCISES | | | | | | | |
| Flexbar | | | | | | | |
| Power web Pro/sup | | | | | | | |
| Clothes pin | | | | | | | |
| Eccentric wrist ext | | | | | | | |
| Wrist ext/flex str | | | | | | | |
| Scap. Squeeze | | | | | | | |
| Bis   Tris | | | | | | | |
| Rows   Sh | | | | | | | |
| Serr. press | | | | | | | |
| Scap. Blade | | | | | | | |
| Forearm Blade | | | | | | | |
| Half circle Pro/sup | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Manual Therapy:** Wrist ✓ / Sh | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Prom ✓ / Elbow | | ✓ | ✓ | ✓ | CPM Common Extensors | ✓ |
| | | | | | | |
| **Modalities:** Ice Massage | | | | | | |

12-06-16:03:31PM;From:South Bay Sports P.T.    To:14083008663    ,4082417006    # 22 /18



Saglimbeni000024

**DX1492-24**

[*] SPINE&SPORT

# Multidimensional Task Ability Profile
## Health and Behavioral Assessment

Mauro Botta
(Current) Test A = 08/12/16

| 1 = Able | 2 = Slightly Restricted | 3 = Restricted | 4 = Very Restricted | 5 = Unable | 7 = Don't Know |
|---|---|---|---|---|---|

| Question | A | Question | A |
|---|---|---|---|
| 1) Use a spoon to eat a bowl of soup. | 5 | 26) Unload two 10-pound (4.5-kg) grocery bags from the trunk of an automobile. | 4 |
| 2) Make a shopping list with a pencil. | 3 | 27) Drive a wood screw with a large screwdriver. | 2 |
| 3) Turn a lever knob to open a door. | 4 | 28) Use a garden rake to collect leaves from a lawn. | 1 |
| 4) Pour a cup of coffee from a coffee pot. | 5 | 29) Sand a table with an electric sander. | 3 |
| 5) Cut a piece of steak with a fork and sharp knife. | 3 | 30) Cut a piece of wood with a hand saw. | 2 |
| 6) Walk 200 feet (61 m) on a sidewalk. | 1 | 31) Break loose a rusted nut with a box wrench. | 3 |
| 7) Cut a compad from a cereal box. | 2 | 32) Trim a tree with a long handled shear. | 3 |
| 8) Peel a potato with a potato peeler. | 2 | 33) Unload 20-pound (9.1-kg) grocery bag from the trunk of an automobile. | 4 |
| 9) Turn a large nut on a bolt until it is finger tight. | 3 | 34) Carry 20-pound (9.1-kg) sack of groceries for 100 feet (30.5 m). | 1 |
| 10) Walk up a few stairs. | 1 | 35) Lift 20-pound (9.1-kg) tool box from the floor to a bench. | 4 |
| 11) Remove the lid of a soup can with a rotary opener. | 3 | 36) Lift 20-pound (9.1-kg) milk crate from the floor to eye-level. | 3 |
| 12) Get out of an automobile driver's seat. | 1 | 37) Use an automobile jack to lift a car. | 2 |
| 13) Drive a screw with a small screwdriver. | 2 | 38) Dig a hole with a spade shovel to plant a small tree. | 2 |
| 14) Walk up flight of stairs. | 1 | 39) Carry 20-pound (9.1-kg) bucket up a step-ladder. | 4 |
| 15) Change a light bulb overhead. | 2 | 40) Use a T-handle wrench to remove automobile lug nuts. | 2 |
| 16) Climb a step-ladder. | 1 | 41) Carry 30-pound (13.6-kg) bucket in one hand for 50 feet (15.2 m). | 5 |
| 17) Retrieve a small tool from the floor. | 1 | 42) Use a hoe to mix cement in a wheelbarrow. | 1 |
| 18) Hammer a large nail into a piece of lumber. | 4 | 43) Drive a stake with a sledge hammer. | 4 |
| 19) Use a roller to paint an interior wall. | 1 | 44) Carry 50-pound (22.7-kg) crate for 50 feet (15.2 m). | 4 |
| 20) Hike mile (1.6 km) on a trail in the woods at a leisurely pace. | 1 | 45) Lift 50-pound (22.7-kg) milk crate from the floor to a bench. | 4 |
| 21) Remove a large nail from a piece of lumber with a claw hammer. | 3 | 46) Lift 50-pound (22.7-kg) milk crate from the floor to eye-level. | 4 |
| 22) Crawl under a dinner table to retrieve a spoon. | 1 | 47) Push a full wheelbarrow up a ramp. | 2 |
| 23) Sweep a driveway with a push broom. | 1 | 48) Lift 100-pound (45.4-kg) milk crate from the floor to a bench. | 4 |
| 24) Use a pair of pliers to tighten a sprinkler. | 3 | 49) Carry 100-pound (45.4-kg) crate for 50 feet (15.2 m). | 4 |
| 25) Sit in an armchair in a theatre for 2 hours. | 1 | 50) Lift 100-pound (45.4-kg) milk crate from the floor to eye-level. | 4 |

## Summary:

| Exam | Pain Intensity | Present Health | Start Time | Duration |
|---|---|---|---|---|
| A | 8 | 3 | 3:58 pm | 8 minutes |

*Pain Intensity 1-10 (0=No pain; 10=Worst imaginable pain)*
*Present Health: 1-4 (1=Excellent; 2=Good; 3=Fair; 4=Poor)*

Test notes:

## Response Consistency (Current Test)

Mauro Botta is a male in the 30 age group. Therefore, the statistical match between Mauro Botta's reported ability and the difficulty of items near his expected ability level is Inconsistent, indicating more variability than usual (INFIT = 2.49). The global statistical match between ability and items at the extremes of difficulty (i.e. very easy and very difficult) is Inconsistent, indicating misunderstanding of some items (OUTFIT = 4.25).

*INFIT and OUTFIT Scores: < 1.5 Consistent; > 1.5 Inconsistent. NOTE: Clinical correlation is advised for inconsistent scores. When there are multiple areas of impairment, individual item responses may be accurate but can lead to inflated INFIT and OUTFIT scores.*

550 South Winchester Blvd • San Jose, CA • 95128 • (408) 293-7767
http://www.spineandsport.com

Provider Signature: _____

12-06-16(03:31PM;From:South Bay Sports P.T.   To:14082417006   (408241700G   #  8/ 19

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 20



Saglimbeni000025

**DX1492-25**



## Multidimensional Task Ability Profile
### REPORT CARD

**Mauro Botta**
August 12, 2016

### Overall Physical Ability
Your current Physical Ability Score is 121 on a 0-200 scale

### Ability to Perform

| ADL Category | Current 08/12/16 |
|---|---|
| Self Care | Some 51% |
| Cooking, Light House Keeping | Almost all 81% |
| Heavy Housekeeping, Light Gardening, Home Maintenance | Some 56% |
| Outside Home Repair, Lawn and Garden Maintenance | Some 45% |

Progress Between Tests



08/12/16
Current

### Physical Demand Characteristics (PDC) of Work
You are able to meet the physical demands for jobs in the Light work category according to the PDC levels defined by the U.S. Department of Labor.

Please let us know how we can continue to assist you. Have a great week!



Saglimbeni000026

**DX1492-26**

550 South Winchester Blvd • San Jose, CA • 95128 • (408) 293-7767
http://www.spineandsport.com

Provider Signature: _____

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 11 of 20

Saglimbeni000027

**DX1492-27**



Santa Bay Sports & Physical Medicine Associates, Inc.

## PATIENT PROTOCOL SHEET

Page ____ of ____

PATIENT NAME: Mauro Botta                                    ICD-9: M51.9
DIAGNOSIS: Lumbar Disc Disease        DOI: ____        MD: Saglimbeni

### INSURANCE AUTHORIZATION

| Date: | Contact: | Duration (# wks. freq. and/or # visits) | Exp Date: | Date: | Duration (#wks, freq. and/or # visits) | Exp Date: |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

### PRESCRIPTION

| VISIT# | DATE | PROCEDURE | | | | | | | | | Pain | | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/10 | 7/20/10 | Ev | Hep | | | | | | | | | | AR |
| 2/10 | 7/22/10 | EV | + MHP | | | | | | | | | | a |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Physician Visits: ____   Re-eval/Notes: ____   Other: ____   Comments / Precautions: _____

Mauro Botta
DOB: Oct. 26, 1977
Page 12 of 20

Saglimbeni000028

**DX1492-28**



## PHYSICAL THERAPY PROGRESS FLOW SHEET

**NAME:** Mauro Botta     **ICD:9-**

| DIAGNOSIS: | Lumbar Disc Disease | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **PRECAUTIONS:** | | | | | | | | | | |
| **DATE /Rx** | 7/2/10   RE | 7/12/10   VM   RB | | | | | | | | |
| **EXERCISES** | R ⟶ | X5' | | | | | | | | |
| PPU | 10x5" | 10x5" | | | | | | | | |
| Neural Glide | 10x5" | 10x5" | | | | | | | | |
| SG ( c arm ) | 10x5" | 10x5" | | | | | | | | |
| Dead Bug | 10x5" | HOLD ⟶ ⟶ ⟶ | | | | | | | | |
| JB Planks | 10x5" | 1 x5" | | | | | | | | |
| Abdominal Brace | 10x5" | 30 10x5" | | | | | | | | |
| Squats | ⟶ | 2x10   2x10" | | | | | | | | |
| Step ups | ⟶ | 2x10 | | | | | | | | |
| Backstroke | ⟶ | 2x10 | | | | | | | | |
| Caltboard str | ⟶ | 2x30" | | | | | | | | |
| Dolphins | | 1x10 | | | | | | | | |
| 4 way hip | | X10 | | | | | | | | |
| HS/ ... str | | 1x5" | | | | | | | | |
| Reverse lunges | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| FR ext | rolling x 10 | GMCS √ x 10 | | | | | | | | |
| **Manual Therapy:** | ✓ | ✓ | | | | | | | | |
| L/s controls | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Modalities:** | | | | | | | | | | |
| I/E X 10 | | | | | | | | | | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 20

Saglimbeni000029

**DX1492-29**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-294-6595

# Referral

First - Last

**For: Mauro Botta**
D.O.B.: 10/26/1977 (Male)
Addr.: 86 E SAN FERNANDO ST, APT 1308
Phone: 408-464-5438

| | |
|---|---|
| Consultant: | **South Bay Sports Physical Therapy** (Physical Therapy) |
| Phone: | 408-293-7767 |
| Fax Number: | 408-241-7005 |
| Address: | 550 S. Winchester, San Jose, CA 95128 |
| Date of Referral: | 07/18/2016 |
| Reason for Referral: | evaluate and treat<br>lumbar disc disease<br>2-3x/Wk x 4-6 wks<br>history of L4-5 and L5-S1 extrusion |

To help you with seeing this patient, I've created a customized, interactive, HIPAA
compliant patient chart that you can easily access online by following the instructions
below. Please use Google Chrome or Firefox instead of Internet Explorer if at all
possible to view the interactive chart.

Authorization For:   Referral For Treatment, includes Consult Visit
Dxs:

Electronically signed by Anthony Saglimbeni, M.D. on 07/18/2016 3:01 pm in ✻EllationEMR

## Note: Interactive patient chart available online

To accompany this letter, Anthony Saglimbeni, M.D. has prepared an interactive patient chart for you to view
online. Anyone in your practice can access the chart following the instructions below:

1. Go to ellationemr.com/fax

2. Enter this Reference Code: 8UY-K66-QX7

## Interactive Patient Chart Contents:

  ▪ Clinical Profile   *Allergies, Drug Intolerances, Problem List, History, Permanent Rx Meds, ...*

  ▪ Patient Demographics   *Address, Insurance Info, etc.*

---

Sent by Anthony Saglimbeni, M.D. on July 18, 2016

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 1

12-06-16;03:31PM;From:South Bay Sports P.T.     To:14082417005     '4082417005.     # 137 19

---

Mauro Botta
DOB: Oct. 26, 1977
Page 14 of 20

Saglimbeni000030

Calendar    Patients    Claims    Financials    Reports    Quality    Support

## Mauro BOTTA
38yo M | 10-26-1977 | #932455 | E#932455

## Eligibility Detail

### United Healthcare (PPO) (#17835)

| Basic Eligibility | | |
|---|---|---|
| | Eligibility | Member is eligible. |
| | ID/Certification Number | 975270214 |
| | Policy/Group Number | 752713 |
| | Eligibility Checked | 07/18/2016 |
| | Disclaimer | The provided information is not a guarantee of coverage. Actual benefits are dete |
| | Plan Begin | 07/01/2016 |

View Policy | View Patient Quickview

| Payer Subscriber Demographic Information | | | | |
|---|---|---|---|---|
| | Last Name | BOTTA | ID/Certification Number | 975270214 |
| | First Name | MAURO | Policy/Group Number | 752713 |
| | Address | 88 E SAN FERNANDO ST UNIT 1308 | SSN | 615459405 |
| | City | SAN JOSE | | |
| | State | CA | | |
| | ZIP code | 95113 | | |
| | DOB | 10/26/1977 | | |
| | Gender | M | | |

**Benefit Detail**
(expand all)

**Standard**
⊟ **Standard**

**Primary Care**
⊞ **Health Benefit Plan Coverage**
⊞ **Medical Care**
⊟ **Professional (Physician) Visit - Office**

**Facility**
⊞ **Emergency Services**
⊞ **Hospital**
⊟ **Hospital - Inpatient**
⊟ **Hospital - Outpatient**
⊞ **Urgent Care**

Saglimbeni000031

**DX1492-31**



**South Bay Sports Physical Therapy**

## PATIENT QUESTIONNAIRE/SUMMARY LIST

To help us assess the cause of your problem, we ask you to complete this form before being seen by a Physical Therapist. Please answer as completely as possible.

| First | Middle (nitls) | Last | | Nickname |
|---|---|---|---|---|
| Name: MAURO | | BOTTA | | |

Age: 38   Ht: 5'10 360  Wt: 165
Have you lost or gained (unintentionally) 10 lbs. or more during the past 6 mths?   YES   (NO)   Is your doctor aware?   YES   (NO)
Physician: DR. SAGLIMBENI   Phone:   Address:
Current Medical Conditions: BACK PAIN
Long Term Medications (prescription/over the counter Meds/ herbal preparations) ANTI-INFLAMATORY STEROIDS MUSLE SPACE RELIC VER

Allergies to Medications:
Previous Operative/Invasive Procedures:
Are You Pregnant?  X no ____yes ____ Not Applicable
Do you have or have you had any of the following diseases or problems?

**Please circle**

| | | | | | | |
|---|---|---|---|---|---|---|
| Congestive Heart Disease | YES | (NO) | Diabetes | YES | (NO) | |
| High Blood Pressure | YES | (NO) | Thyroid Disease | YES | (NO) | |
| Heart Birth Defect | YES | (NO) | Hepatitis or Liver Disease | YES | (NO) | |
| Heart Attack | YES | (NO) | Stomach Ulcers | YES | (NO) | |
| Angina Pectoris | YES | (NO) | Venereal Disease | YES | (NO) | |
| Rheumatic Fever | YES | (NO) | Osteoporosis | YES | (NO) | |
| Heart Murmur | YES | (NO) | AIDS/HIV Positive | YES | (NO) | |
| Collagen or Vascular disease | YES | (NO) | Arthritis | YES | (NO) | |
| Anemia | YES | (NO) | Hay Fever | YES | (NO) | |
| Bleeding Problem | YES | (NO) | Respiratory Disease | YES | (NO) | |
| Other Blood Disorder | YES | (NO) | Sinusitis | YES | (NO) | |
| Stroke | YES | (NO) | Asthma | (YES) | NO | |
| Convulsions or Seizures | YES | (NO) | Tuberculosis | YES | (NO) | |
| Neurologic Disorder | YES | (NO) | Emphysema | YES | (NO) | |
| Nervous or Psychiatric Condition | YES | (NO) | Bronchitis | YES | (NO) | |
| Fainting Spells | YES | (NO) | Glaucoma | YES | (NO) | |
| Kidney Disease | YES | (NO) | Cancer | YES | (NO) | |
| Severe Headaches | YES | (NO) | Other | | | |

Please specify any medical conditions you have that are not listed:

Which of these words describe your pain?  Please circle all that apply to you:

(Sharp)   (Numb)   Burning   Throbbing   Variable   Worse in morning   (Worse at night)

Dull   Tingling   Aching   Pins & Needles   Constant   Worse in evening

How did your problem start? Please circle all that apply to you:

Work Injury   Motor Vehicle Injury   Sports Injury

(Sudden Onset)   Gradual Onset

Other, please describe:

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 20

Saglimbeni000032

When did this problem start: 7

How did this problem start: WAKE UP MID-NIGHT

Has your pain changed since it's original occurrence? If so, How? MORE SHARP

Are you currently working? Yes X No_____ If no, are you not working as the result of this problem? Yes_____ No_____

Please give your occupation, and describe the physical demands of your job: AUDITOR → SEDENTARY JOB

What are your usual (before injury) household/family activities? USUAL CHORES

What are your hobbies: TENNIS, MOVIES

What changes in activity have been necessary because of pain? (Please be specific): WAKING UP MID NIGHT CAN'T PLAY TENNIS, TOO TIRED

What activities increase your pain? SLEEPING, SITTING, DRIVING

What do you do to decrease your pain? WALKING

What medical tests have you had pertaining to this problem?   Where was it performed?

| | | | | |
|---|---|---|---|---|
| X-Rays | YES | NO | OCT 2016 | HERE |
| MRI | YES | NO | FEB 2016 | HERE |
| CT Scan | YES | NO | | |
| EMG | YES | NO | | |

Have you had any other treatments for this problem? (ie. previous physical therapy, chiropractic, acupuncture, etc.): PHYSICAL THERAPY   JAN-MAR 2017

What are your goals for Physical Therapy? GET HEALED

Date of your next Physician Appointment: 8/23

Signature: _____   Reviewed By: _____   Date: 7/19
Patient/Parent/Legal Guardian                    Physical/Occupational Therapist

Saglimbeni000033

DX1492-33

## WHERE IS YOUR PAIN NOW?

Mark the areas on your body where you feel the described sensation using the appropriate symbol:

| ACHE | NUMBNESS | PINS & NEEDLES | BURNING | STABBING |
|------|----------|----------------|---------|----------|
| AAA | OOO | --- | XXX | /// |



Right   Left          Left   Right

## VISUAL ANALOG SCALE (VAS)

### PLEASE MARK ON THE LINE WITH AN 'X' THE DEGREE OF PAIN YOU HAVE NOW

No Pain _____ X _____ Worst Pain

ARE YOU NOW: BETTER:____ WORSE: X SAME:____ SINCE THE PROCEDURE/ INJURY

Signature: _____     Date: 7/19/18

12-08-16;03:31PM;From:South Bay Sports P.T.   To:14083008663   :4082417006   # 17/ 18

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 18 of 20

Saglimbeni000034

DX1492-34

South Bay Sports & Preventive Medicine Associates
650 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax 408-294-8596

# Referral

*First - Last*
**For: Mauro Botta**
D.O.B.: 10/26/1977 (Male)
Addr.: 88 E SAN FERNANDO ST, APT 1308
Phone: 408-464-5438

| | |
|---|---|
| Consultant: | **South Bay Sports Physical Therapy** (Physical Therapy) |
| Phone: | 408-293-7767 |
| Fax Number: | 408-241-7005 |
| Address: | 660 S. Winchester, San Jose, CA 95128 |
| Date of Referral: | 09/16/2016 |

Reason for Referral:

PHYSICAL THERAPY RX: CONTINUE WITH PLAN OF CARE- 4 ADDITIONAL VISITS

| | |
|---|---|
| Authorization For: | Referral For Treatment, Includes Consult Visit |
| Referral Authorization #: | PPO |
| Dxs: | ICD-10: M77.11 |
| | ICD-9: 726.32 |

Electronically signed off and sent by Nicola Juri for Anthony Saglimbeni, M.D. in ElationHealth .

**Note: Interactive patient chart available online**

To accompany this letter, Anthony Saglimbeni, M.D. has prepared an interactive patient chart for you to view online. Anyone in your practice can access the chart following the instructions below:

1. Go to elationemr.com/fax
2. Enter this Reference Code: **CWD-JYV-LBP**

Sent by Anthony Saglimbeni, M.D. on Sept. 16, 2016

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 1

Saglimbeni000035



**DX1492-35**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose. CA 95128
Office: 408-293-7767; Fax 408-294-6696

# Referral

*First · Last*

**For: Mauro Botta**

D.O.B.: 10/26/1977 (Male)

Addr.: 88 E SAN FERNANDO ST, APT 1308

Phone: 408-464-5436

| | |
|---|---|
| Consultant: | **South Bay Sports Physical Therapy** (Physical Therapy) |
| Phone: | 408-293-7767 |
| Fax Number: | 408-241-7006 |
| Address: | 550 S. Winchester, San Jose, CA 95128 |
| Date of Referral: | 10/07/2016 |
| Reason for Referral: | CONTINUATION RX: CONTINUE WITH PLAN OF CARE FOR RT ELBOW 8 VISITS |
| Authorization For: | Referral For Treatment, Includes Consult Visit |
| Dxs: | |

Electronically signed off and sent by Nicola Juri for Anthony Saglimbeni, M.D. in ElationHealth .

### Note: Interactive patient chart available online

To accompany this letter, Anthony Saglimbeni, M.D. has prepared an interactive patient chart for you to view online. Anyone in your practice can access the chart following the instructions below:

1. Go to elationemr.com/fax

2. Enter this Reference Code: JMX-T89-AHF

Sent by Anthony Saglimbeni, M.D. on Oct. 7, 2016

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 1

12-06-16:03:31PM;From:South Bay Sports P.T.   To:14083009663   (408241700 6   # 197 /9

Electronically signed by Anthony Saglimbeni, M.D. on 12/06/2016 3:01 pm in ElationHealth



Saglimbeni000036

**DX1492-36**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/07/2018 at 10:48 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Request

---

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000037

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 7, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Request**

November 7, 2018

To Whom It May Concern,

Please be advised, South Bay Sports & Preventative Medicine Associates, Inc. requires remittance of $50.00 to be paid for all medical record requests. A records request was received for:

Patient Name: Mauro Botta
Date of Birth: 10/26/1977

Please send payment in the form of a check to:

South Bay Sports & Preventative Medicine Associates, Inc.
550 S Winchester Blvd Ste 100,
San Jose, CA 95128

Regards,

Mary Nguyen
Practice Administrator
South Bay Sports & Preventative Medicine Associates, Inc.

Sent by Brynn Sargent on 11/07/2018 10:47 am in **Elation**Health .

Sent by Anthony Saglimbeni, M.D. on Nov. 7, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 1

Saglimbeni000038

**DX1492-38**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663



www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

----------------------------------------------------------------

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000039

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in **ElationHealth** .

**Interactive Patient Chart Contents:**

- 12/12/2017 Cardiac Report  *EKG*
- 12/08/2016 Cardiac Report  *EKG*
- 09/25/2015 Cardiac Report  *EKG*
- 09/22/2015 Cardiac Report  *EKG*
- 08/10/2016 Pt Report  *PT intake, Right Elbow*
- 06/08/2015 Pt Report  *PT*

Saglimbeni000040

**DX1492-40**

Botta, Mauro, Male, Caucasian, 10/26/1977, Age: 40.1, 169 lb,
5'-8.0"

Normal ECG
Q&A: Unknown
Reviewer: Anthony Saglimbeni, MD – 12/12/2017

| | Heart Rate: | 58.5 bpm | RR: | | 1025 msec | | | |
|---|---|---|---|---|---|---|---|---|
| | Duration (msec): | P:100 | QRS: 86 | T:290 | PR:130 | QT:376 | QTc:373 | |
| | P-R-T Axis(Deg): | ( 42, | 59, | 51) | QRS/T Spatial Angle: 111 | | | |
| | P Amp | Q Amp | Q Dur | R Amp | S Amp | S Dur | T Amp |
| V5 | 66 | 0 | 0 | 1068 | 0 | 0 | 541 |
| aVF | 67 | 0 | 0 | 196 | 0 | 0 | 267 |
| V2 | 65 | 0 | 0 | 302 | -1173 | 67 | 577 |
| Mag | 109 | | | 2064 | | | 817 |



25 mm/s    10 mm/mV

Test Date: 12/12/2017 - 7:42          ECG #: B029ECA6          South Bay Sports & Preventive Medicine Associates, Inc.

Electronically signed by Anthony Saglimbeni, M.D. on 12/12/2017 8:38 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 2 of 11

Saglimbeni000041

DX1492-41

08-Dec-2016  12:37:37     MAURO BOTTA                          SOUTH BAY SPORTS AND PREVENTIVE MED
                  39 Years              Male  174 lb  68 in

Rate    83    . Normal sinus rhythm, rate 83..................Normal P axis, PR, rate & rhythm
PR     142    . Consider hypocalcemia...........................................QTc > 550 mS
QRSD    74
QT     509
QTc    521

--Axis--
P       53                                                        Requested by:
QRS     66                                                        SAGLIMBENI
T       84                              - BORDERLINE ECG -              Unconfirmed diagnosis.



Electronically signed by Anthony Saglimbeni, M.D. on 12/16/2016 3:36 pm in ³ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 11

Saglimbeni000042

DX1492-42

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7787; Fax 408-294-8596

# Referral

*First - Last*

**For:  Mauro Botta**
D.O.B.: 10/26/1977 (Male)
Addr.:  88 E SAN FERNANDO ST, APT 1308
Phone: 408-464-5436

| | |
|---|---|
| **Consultant:** | **South Bay Sports Physical Therapy** (Physical Therapy) |
| Phone: | 408-293-7787 |
| Fax Number: | 408-241-7005 |
| Address: | 550 S. Winchester, San Jose, CA 95128 |
| Date of Referral: | 08/01/2016 |
| Reason for Referral: | right lateral epicondylitis, acute |
| | evaluate and treat |
| | 2-3X/wk x 3-4 wks |
| | To help you with seeing this patient, I've created a customized, interactive, HIPAA compliant patient chart that you can easily access online by following the instructions below. Please use Google Chrome or Firefox instead of Internet Explorer if at all possible to view the interactive chart. |
| Authorization For: | Referral For Treatment, includes Consult Visit |
| Dxs: | |

Electronically signed by Anthony Saglimbeni, M.D. on 08/01/2016 2:52 pm in ElationEMR

**Note: Interactive patient chart available online**

To accompany this letter, Anthony Saglimbeni, M.D. has prepared an interactive patient chart for you to view online. Anyone in your practice can access the chart following the instructions below:

1. Go to elationemr.com/fax
2. Enter this Reference Code: **SG4-XF3-VYK**

**Interactive Patient Chart Contents:**

- Clinical Profile   *Allergies, Drug Intolerances, Problem List, History, Permanent Rx Meds, ...*
- Patient Demographics   *Address, insurance info, etc.*

---

Sent by Anthony Saglimbeni, M.D. on Aug. 1, 2016

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 1

Page:1/4          To:14083009663          408291T005          11-AUG-2005 07:45AM From: SBSMA

---



Saglimbeni000043

**DX1492-43**



**South Bay Sports Physical Therapy**

### PATIENT QUESTIONNAIRE/SUMMARY LIST

To help us assess the cause of your problem, we ask you to complete this form before being seen by a Physical Therapist. Please answer as completely as possible.

Name: MAURO — First _____ Middle (init) _____ BOTTA — Last _____ Nickname _____

Age: 28   Ht: 175cm   Wt: 73Kg

Have you lost or gained (unintentionally) 10 lbs or more during the past 6 mths?   YES   (NO)   Is your doctor aware?   YES   NO

Physician: SAGLIMBENI   Phone: _____   Address: _____

Current Medical Conditions: NONACUTE TENDINITIS RIGHT ELBOW (TENNIS ELBOW)

Long Term Medications (prescription/over-the-counter, Meds/herbal preparations) _____

Allergies to Medications: _____

Previous Operative/Invasive Procedures: _____

Are You Pregnant?   X   no   _____ yes   _____ Not Applicable

Do you have or have you had any of the following diseases or problems?

### Please circle

| | | |
|---|---|---|
| Congestive Heart Disease | YES | NO |
| High Blood Pressure | YES | NO |
| Heart Birth Defect | YES | NO |
| Heart Attack | YES | NO |
| Angina Pectoris | YES | NO |
| Rheumatic Fever | YES | NO |
| Heart Murmur | YES | NO |
| Collagen or Vascular disease | YES | NO |
| Anemia | YES | NO |
| Bleeding Problem | YES | NO |
| Other Blood Disorder | YES | NO |
| Stroke | YES | NO |
| Convulsions or Seizures | YES | NO |
| Neurologic Disorder | YES | NO |
| Nervous or Psychiatric Condition | YES | NO |
| Fainting Spells | YES | NO |
| Kidney Disease | YES | NO |
| Severe Headaches | YES | NO |

| | | |
|---|---|---|
| Diabetes | YES | NO |
| Thyroid Disease | YES | NO |
| Hepatitis or Liver Disease | YES | NO |
| Stomach Ulcers | YES | NO |
| Venereal Disease | YES | NO |
| Osteoporosis | YES | NO |
| AIDS/HIV Positive | YES | NO |
| Arthritis | YES | NO |
| Hay Fever | YES | NO |
| Respiratory Disease | YES | NO |
| Sinusitis | YES | NO |
| Asthma | YES | NO |
| Tuberculosis | YES | NO |
| Emphysema | YES | NO |
| Bronchitis | YES | NO |
| Glaucoma | YES | NO |
| Cancer | YES | NO |
| Other | | |

Please specify any medical conditions you have that are not listed: _____

Which of these words describe your pain? Please circle all that apply to you.

Sharp    Numb    Burning    Throbbing    Variable    Worse in morning    Worse at night

Dull    Tingling    Aching    Pins & Needles    Constant    Worse in evening

How did your problem start? Please circle all that apply to you:

Work Injury    Motor Vehicle Injury    Sports Injury

Sudden Onset    Gradual Onset

Other, please describe: _____

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 11

Saglimbeni000044

**DX1492-44**

## WHERE IS YOUR PAIN NOW?

**Mark the areas on your body where you feel the described sensation using the appropriate symbol:**

| ACHE | NUMBNESS | PINS & NEEDLES | BURNING | STABBING |
|------|----------|----------------|---------|----------|
| AAA | OOO | --- | XXX | /// |



Right    Left         Left    Right

## VISUAL ANALOG SCALE (VAS)

**PLEASE MARK ON THE LINE WITH AN 'X' THE DEGREE OF PAIN YOU HAVE NOW**

No Pain _____ X _____ Worst Pain

ARE YOU NOW: BETTER: ____ WORSE: ____ SAME: ____ SINCE THE PROCEDURE/ INJURY

Signature: _____   Date: 8/3/17

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 11

Saglimbeni000045

When did this problem start: 3 SATURDAYS AGO

How did this problem start: TENNIS INJURY

Has your pain changed since it's original occurrence? If so, How? GETTING BETTER

Are you currently working? Yes X No ____ If no, are you not working as the result of this problem? Yes ____ No X

Please give your occupation, and describe the physical demands of your job: AUDITOR, SITTING JOB

What are your usual (before injury) household/family activities? TENNIS, TREADMILL

What are your hobbies: TENNIS, HIKING

What changes in activity have been necessary because of pain? (Please be specific): NO MORE TENNIS
DO MOST/ALL THINGS LEFT ARM

What activities increase your pain? BENDING

What do you do to decrease your pain? NOT BENDING

What medical tests have you had pertaining to this problem? Where was it performed?

| | | |
|---|---|---|
| X-Rays | YES NO | |
| MRI | YES NO | SOAR |
| CT Scan | YES NO | |
| EMG | YES NO | |

Have you had any other treatments for this problem? (ie. previous physical therapy, chiropractic, acupuncture, etc.): NO

What are your goals for Physical Therapy? HEAL TO GO BACK PLAY TENNIS

Date of your next Physician Appointment: 8/23

Signature: _____ Reviewed By: _____ Date: _____
Patient/Parent/Legal Guardian            Physical/Occupational Therapist

Page:4/4          To:14083300963          4082417085          11-AUG-2008 07:46AM From:SBSPA

Electronically signed by Anthony Saglimbeni, M.D. on 08/10/2016 1:41 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 11

Saglimbeni000046

**DX1492-46**



22-Sep-2015  05:48:30   MAURO BOTTA                      SOUTH BAY SPORTS AND PREVENTIVE MED
37 Years               Male  175 lb  69 in

Rate   76    . Normal sinus rhythm, rate 76..................Normal P axis, PR, rate & rhythm
PR     140
QRSD   74
QT     360
QTc    405

--Axis--                                                      Requested by:
P      52                                                      SAGLIMBENI
QRS    65
T      47                     - NORMAL ECG -           Unconfirmed diagnosis.

Electronically signed by Anthony Saglimbeni, M.D. on 09/25/2015 4:51 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 8 of 11

Saglimbeni000047

DX1492-47



22-Sep-2015  05:48:30   MAURO BOTTA          SOUTH BAY SPORTS AND PREVENTIVE MED
37 Years                Male  175 lb  69 in

Rate    76     . Normal sinus rhythm, rate  76....................Normal P axis, PR, rate & rhythm
PR      140
QRSD    74
QT      360
QTc     405
-- Axis --                                                          Requested by:
P       52                                                            SAGLIMBENI
QRS     65
T       47                       - NORMAL ECG -                    Unconfirmed diagnosis.

Electronically signed by Anthony Saglimbeni, M.D. on 11/11/2015 11:31 am in ElationHealth

Saglimbeni000048

DX1492-48



## Re-evaluation (SPINE)

| Patient's Name: Mauro Botta | Date: 11/3/14 |
|---|---|

**D.O.B. 10/26/1977**

**Physician: Mueting**

**Primary Dx: Lumbar strain**

Area of Symptoms

PAIN: (0) 1  2  3  4  5  6  7  8  9  10
(0 = NO PAIN   1-3 =MINIMAL PAIN   4-7= MODERATE PAIN
8-10 = SEVERE PAIN)
☐ Acute  ■ Chronic   Character: ache, intermittent

Subjective: Pt reports the low back is doing much better since beginning PT with improved sitting tolerance, getting into and out of the car, and able to tie shoes without a problem. Pt reports he will intermittently have an increased soreness when he rises in the AM that seems to resolve as he "warms up" (is sleeping with pillow between knees). Pt is diligent with provided HEP.

Disturbed Sleep? Yes, will wake occasionally

Aggravates: sitting, rising from sitting, getting into car, tying shoes (all improved)

Eases: standing, walking, treadmill

Palpation: (-) TTP and STT B lumbar paraspinals, spinous processes, and piriformis
Good pelvic and sacral alignment

Observation / Gait / Posture: *Improved posture in standing and body mechanics with training* (increased lumbar lordosis in stance, no shift present, poor mechanics with log roll supine-sit and poor sitting and standing posture (kyphotic)

Passive Accessory Motion:
PAIVMs: no pain with centrals to R2 and normal range L1-S1

Muscle length: 90/90 HS: (+) B, Thomas Test: (+) B, short piriformis B *All improved with LE stretching program*

### FUNCTIONAL ASSESSMENT

**Strength:**
Trunk:
Spinal Extensors: 4+/5 (4/5)
Abdominals:5/5 (4/5)
TrA and multifidus motor control: Improved with CORE stability training, performing higher level exercises see assessment (decreased and non-painful)

LE's grossly 5/5 except B hip abduction 5/5 (4/5)

Tension Signs: (-) SLR, (-) Slump test

**Active Movement Testing:** Lumbar
Flexion: 105° No Deviation (100°, pain and deviates to the R through range)

Extension: 25° (20°)

Side Bend:   R: 30° (25°)

L: 30° (25°)

Rotation   R: No limitation (min limitation)

Saglimbeni000049

**DX1492-49**

| Sensation: Intact to LT | L: No limitation (min limitation) |
|---|---|
| **Implication Tests:**<br>SIJ: Clear and non-contributory<br>Hip: Clear and non-contributory | **Rehab Potential:** Good |
| **Special Tests:** Gilett: (-) B<br>Lumbar Quadrant: (-) B<br>SLS: 30 seconds B<br>Heel/toe walk: (-) | **Patient's Goal/Goals for Therapy:** reduce pain |

*Assessment: Pt has made excellent progress in PT most notably demonstrating improved ROM (without deviation in flexion) with reduced pain, improved LE strength and core stability, improved LE flexibility, and progress towards all goals. Pt has tolerated all exercise progressions including but not limited to dead bugs, SB bridges, SB pointers, SB roll outs, BackStrong, wall squats with holds, wide and monster walks with TheraBand resistance, and multifidus rows. Manual therapy has focused on joint mobilization and soft tissue release and patient has reported benefit from ice and electrical stimulation treatments.*

*Plan: Pt has completed prescribed course of therapy 2x/week for one month and will follow up with Dr Mueting this Wednesday 11/5/14. Pt is independent with extensive HEP and has MET all short and long term goals. Anticipate Discharge to an independent program after follow up. Please advise with further recommendations.*

| FUNCTIONAL LIMITATIONS | FUNCTIONAL GOALS | # VISITS |
|---|---|---|
| Decreased tol to sitting and rising | 1.) Reduce pain to 0/10 | MET |
| Decreased tol to getting into car | 2.) Independent HEP | MET |
| Decreased ability to sleep through the night | 3.) Improved TrA, multifidus motor control and postural awareness | MET |
| Decreased ability to tie shoes/bend | 4.) 5/5 MMT | Progressed |
|  | 5.) 100% pain-free L/S ROM | MET |
|  | 6.) Pt able to sit and rise, get into car, tie shoes/bend with good mechanics pain-free | MET |

| PT Goals & Plan of Treatment have been discussed with and agreed upon by patient.   ■ Yes | |
|---|---|
| Physical Therapist Signature: *[signature]* | Date: 11-03-14 |

Electronically signed by Teresa Mueting, FNP on 06/08/2015 9:16 am in ElationHealth

Saglimbeni000050

**DX1492-50**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:13 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

---

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000051

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in ElationHealth .

**Interactive Patient Chart Contents:**

- 10/16/2014 History Report *PREVIOUS VISIT*
- 09/25/2014 History Report *PREVIOUS VISIT*
- 01/01/1900 History Report *History*
- 01/01/1900 History Report *History*
- 01/01/1900 History Report *History*
- 01/01/1900 History Report *History*

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 22

Saglimbeni000052

## Clinical Visit Summary

| | | |
|---|---|---|
| Patient: | **MAURO BOTTA** | |
| | 88 EAST SAN FERNANDO ST | |
| | SAN JOSE CA 95113 | |
| | tel:+1-408-282-4959 | |
| MRN: | 13983 | |
| DOB: | October 26, 1977 | |
| Gender: | Male | |
| Language: | Information Not Available | |
| Race: | Information Not Available | |
| Ethnicity: | Information Not Available | |

| | |
|---|---|
| Encounter Date: | October 16, 2014 |
| Performer: | Doctor Anthony Saglimbeni, M.D. |
| Contact Info: | South Bay Sports and Preventive Medicine Associates, Inc. |
| | 455 O'Connor Drive, Suite 150 |
| | San Jose CA 95128 |
| | tel:408-293-7767 |

### Reason for visit

**Reason for Visit**
30 Minute Follow Up

### Chief Complaint

**Chief Complaint**
review labs from 7/2014

### History of Present Illness

**History of Present Illness**
this is a healthy 37 year old male who has not been in for several years, but had lab work performed and was told it was abnormal.  he is here to review it now and seek advice. he is otherwise feeling well and doing well.  he has not new medical complaints at this time
PMSFS hx's are otherwise unchanged

### Medical (General) History

No information about medical general history.

### Review of Systems

**Review of Systems**
as above, otherwise negative, see below:

CONSTITUTIONAL: No fever, chills, night sweats, weight loss
HEENT: No ear pain, throat pain, rhinorrhea
CARDIOVASCULAR: No chest pain or pressure, no exertional symptoms, no palpitations or edema
RESPIRATORY: No dyspnea, cough, sputum
GASTROINTESTINAL: No nausea, vomiting, abdominal pain
MUSCULOSKELETAL: No myalgias, arthralgias
HEME/LYMPH: No easy bruising, mucosal bleeding, enlarged lymph nodes
NEUROLOGIC: No headache, fainting, dizziness, weakness
DERMATOLOGIC: No rashes

### Vital Signs

| LOINC Code | Vital | Value | Unit | Date |
|---|---|---|---|---|
| 3141-9 | Weight | 184 | lb_ap | Oct 16, 2014 |

Saglimbeni000053

**DX1492-53**

| 8480-6 | BP Systolic | 110 | mm[Hg] | Oct 16, 2014 |
| 8462-4 | BP Diastolic | 68 | mm[Hg] | Oct 16, 2014 |
| 8867-4 | Heart rate | 68 | {beats}/min | Oct 16, 2014 |

Physical Exam

| Physical Exam |
| --- |
| Wn WD male in NAD |
| spent time counseling and reviewing labs. |
| no physical examination today |
| Lab: |
| |
| t chol 225 from 181 |
| LDL 154 from 121 |
| wbc was 2.8 but repeat 4.7 |
| iron was high at 188 |
| vitamin D is low at 13.9 |

Problems

| ICD-9 | SNOMED CT | Problem | Effective Dates | Problem Status |
| --- | --- | --- | --- | --- |
| 272.0 | 13644009 | Hypercholesterolemia | Oct 16, 2014 | Active |
| 288.50 | 84828003 | Leukocytopenia | Oct 16, 2014 | Active |
| 268.9 | 34713006 | Vitamin D deficiency | Oct 16, 2014 | Active |
| 275.09 | 60737008 | Iron excess | Oct 16, 2014 | Active |

Procedures

No information about procedures.

Medications Administered During Visit

No information about medications.

Plan of Care

| Name | Type | Date |
| --- | --- | --- |
| this 37 year old male seems healthy and feels well, but has some lab abnormalities | Assessment | Oct 16, 2014 |
| we discussed low cholesterol diet and cardio exercise.  he is fit but will focus harder | | |
| on this and we will recheck labs in 3 months | | |
| we also discussede starting vitamin D and recheckign that in 1 year. | | |
| we will need repeat iron levels at some point | | |
| his wbc is not concerning as the rechedkw as normal | | |
| counselled 17 min tues | | |
| follow up 3 months | | |

Allergies and Adverse Reactions

| SNOMED Allergy Type Code | Medication/Agent Allergy | Reaction | Severity | Status |
| --- | --- | --- | --- | --- |
| 416098002--Drug Allergy (Disorder) | theophylline-guaiFENesin (214600) | | Severe | Active |

Saglimbeni000054

**DX1492-54**

Medications

| RxNorm Code | Drug Name | Start Date | Instructions | Status |
|---|---|---|---|---|
| | Vitamin D | Dec 16, 2014 | Every day | Active |

Immunizations

No information about immunizations.

Results

No information about results.

Instructions

No information about instructions.

Social History

No information about social history.

Subjective Section

Document created by: Doctor Anthony Saglimbeni, M.D.
Electronically signed on: November 15, 2014

Saglimbeni000055

**DX1492-55**

Electronically signed by Anthony Saglimbeni, M.D. on 06/18/2015 12:13 pm in Elation Health

Saglimbeni000056

**DX1492-56**

## Clinical Visit Summary

| Patient: | MAURO BOTTA | Encounter Date: | September 25, 2014 |
|---|---|---|---|

Patient: **MAURO BOTTA**
88 EAST SAN FERNANDO ST
SAN JOSE CA 95113
tel:+1-408-282-4959
MRN: 13983
DOB: October 26, 1977
Gender: Male
Language: Information Not Available
Race: Information Not Available
Ethnicity: Information Not Available

Encounter Date: **September 25, 2014**
Performer: **Dr. Teresa Mueting**
Contact Info: South Bay Sports and Preventive
Medicine Associates, Inc.
455 O'Connor Drive, Suite 150
San Jose CA 95128
tel:408-293-7767

### Reason for visit

**Reason for Visit**

right leg pain

### Chief Complaint

**Chief Complaint**

patient c/o right leg pain ------ --Mh

### History of Present Illness

**History of Present Illness**

36 yr old male c/o intermittent back pain that will radiate to RT thigh. Started 5 days ago after waking up. Not always present. No pain with running on Treadmill but pain with bending over to tie shoe and getting out of car. No distal numbness, tingling or weakness. No change in bowel or bladder function.

Has appointment with DR Saglimbeni Mid Oct for Routine health exam

PMH: reviewed

Medications: reviewed

### Medical (General) History

No information about medical general history.

### Review of Systems

**Review of Systems**

CONSTITUTIONAL: No fever, chills, or weight loss.

CARDIOVASCULAR: No chest pain, palpitations, edema.
RESPIRATORY: No dyspnea, cough or wheezing
GASTROINTESTINAL: No nausea, vomiting, constipation, diarrhea, abdominal pain
GU: No hernias, testicular masses or penile discharge. NO dysuria, frequency or hematuria
MUSCULOSKELETAL: Back pain as noted in HPI

DERMATOLOGIC: No rashes
NEUROLOGIC: No focal motor neuro weakness, paresthesias

### Vital Signs

| LOINC Code | Vital | Value | Unit | Date |
|---|---|---|---|---|

Saglimbeni000057

**DX1492-57**

| | | | | |
|---|---|---|---|---|
| 3141-9 | Weight | 186 | lb_ap | Sep 25, 2014 |
| 8480-6 | BP Systolic | 122 | mm[Hg] | Sep 25, 2014 |
| 8462-4 | BP Diastolic | 78 | mm[Hg] | Sep 25, 2014 |
| 8867-4 | Heart rate | 70 | {beats}/min | Sep 25, 2014 |
| 54562-4 | Pain scale | 0 | N/A | Sep 25, 2014 |

## Physical Exam

No information about physical exam.

## Problems

| ICD-9 | SNOMED CT | Problem | Effective Dates | Problem Status |
|---|---|---|---|---|
| 724.5 | 161891005 | Back pain | Sep 25, 2014 | Active |

## Procedures

| Code | Coding System | Procedure | Date |
|---|---|---|---|
| 72110 | CPT2009 | Radiologic examination, spine, lumbosacral; minimum of 4 views | Sep 25, 2014 |

## Medications Administered During Visit

No information about medications.

## Plan of Care

| Name | Type | Date |
|---|---|---|
| GENERAL: A& Ox3, NAD, VSS as noted<br>NECK: supple, normal ROM, no thryomegaly<br>CV: S1 S2 RRR, no edema<br>ABD: soft, non tender, no masses, normal bowel sounds<br>SKIN: warm, dry, good color, no rashes<br>MUSCULOSKELETAL: ROM at waist WNL, no pain, steady gait, SLE neg, unable to reproduce pain, points to localized area of pain, RT lateral paraspinal lumbar. No midline tenderness. Plantar and dorsi flexion strong, no SI or piriformis tenderness, DTRs +2 = and normal. Lumbar X ray, mild DJD otherwise normal. Ambulates without limp. | Assessment | Sep 25, 2014 |
| 1) Back pain- specific movements reproduce pain, no neuro deficits. Unable to reproduce today. X ray as noted. Referred to PT for 4 weeks then re-check. To return if symptoms change, worsen or persist. Suspect musculoskeletal strain.<br>No clinical evidence caudal equina, abdominal etiology, nephrolithiasis, spinal abscess. | Plan | Sep 25, 2014 |

## Allergies and Adverse Reactions

| SNOMED Allergy Type Code | Medication/Agent Allergy | Reaction | Severity | Status |
|---|---|---|---|---|
| 416098002--Drug Allergy (Disorder) | theophylline-guaiFENesin (214600) | | Severe | Active |

Medications

| RxNorm Code | Drug Name | Start Date | Instructions | Status |
|---|---|---|---|---|
| | Vitamin D | Dec 16, 2014 | Every day | Active |

Immunizations

No information about immunizations.

Results

No information about results.

Instructions

No information about instructions.

Social History

No information about social history.

Subjective Section

Document created by: Doctor Anthony Saglimbeni, M.D.
Electronically signed on: September 29, 2014

Saglimbeni000059

**DX1492-59**

Electronically signed by Anthony Saglimbeni, M.D. on 06/18/2015 12:13 pm in ⸭ElationHealth

Saglimbeni000060

**DX1492-60**



Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ³ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 22

Saglimbeni000061



Mauro Botta
Specimen Collected Date 07-15-2014

| Results | In Range | Out Of Range | Reference | Units |
|---|---|---|---|---|
| **LIPID PROFILE** | | | | |
| Triglycerides | 73 | | 0-149 | mg/dL |
| Triglycerides - Triglycerides are the major storage form of fat in the body and, as such, serve to provide energy to the body's cells. Your level may be high if you did not fast for at least 12 hours before your blood test. Persistently elevated triglyceride levels are associated with higher risk for heart disease. | | | | |
| Cholesterol, Total | | 225 | 100-199 | mg/dL |
| Cholesterol - Cholesterol is a lipid (fatty substance) this is used by the body in the formation of cell membranes, bile acids, and hormones. Your body actually makes the cholesterol it needs, and sometimes more than it needs. Excess cholesterol, either from dietary sources or because of increased production, can build up in your arteries and cause heart disease. Measurement of blood cholesterol levels is used to evaluate and classify coronary heart disease. | | | | |
| HDL Cholesterol | 56 | | > 39 | mg/dL |
| HDL cholesterol - HDL is a component of your total cholesterol. It is known as "cardioprotective" or "good" cholesterol because it can aid in the removal of cholesterol in the blood and LDL ("bad" cholesterol) from the arteries. The higher your HDL level, the better: high levels of HDL are associated with lower risk of developing heart disease; low levels are associated with higher risk for heart disease. | | | | |
| LDL Cholesterol Calc | | 154 | < 130 | mg/dL |
| LDL Cholesterol Calc - LDL cholesterol is another component of your total cholesterol. LDL is the "bad" cholesterol implicated in the development of plaques that thicken the walls of the coronary arteries. High LDL levels are associated with a higher risk for heart disease. | | | | |
| VLDL Cholesterol Cal | 15 | | 5-40 | mg/dL |
| VLDL Cholesterol Calculation - Very low-density lipoprotein (VLDL) cholesterol (calculation). | | | | |
| **BLOOD CHEMISTRY** | | | | |
| Sodium, Serum | 140 | | 134-144 | mmol/L |
| Sodium - Sodium is an electrolyte that plays a key role in the body's fluid balance. Low sodium values occur when the body loses sodium or the ability to dilute urine, as occurs with diarrhea, kidney disease, and the use of some medications. High sodium values occur when the body loses excessive amounts of water, e.g., through profuse sweating. Sodium levels are always evaluated in relation to other electrolyte values. | | | | |
| Potassium, Serum | 4.0 | | 3.5-5.2 | mmol/L |
| Potassium - Another electrolyte, potassium is located primarily inside the cells of the body. It plays an important role in the nerve and muscle function. Low blood potassium levels can occur after vomiting and diarrhea, in kidney disease, and after taking some medications. Elevated potassium levels may indicate kidney disease. Because potassium is contained within the red blood cells, a breakdown of these cells at the time of drawing blood may result in a falsely elevated potassium result. | | | | |
| Chloride, Serum | 100 | | 97-108 | mmol/L |
| Chloride - Chloride is another electrolyte found in the blood. It is bound mainly to sodium and potassium in the form of salt and plays a role in the functioning of the body's cell membranes. The normal concentration of chloride is maintained within a narrow range, and alteration of chloride is rarely a primary problem. The significance of low or high chloride values is interpreted by your health care provider in relation to the levels of other electrolytes. | | | | |
| Glucose, Serum | 90 | | 65-99 | mg/dL |
| Glucose - Glucose is a simple sugar that is formed from carbohydrate digestion. Glucose provides energy to the cells of your body. The main uses of glucose testing are in the diagnosis of diabetes and in the monitoring treatment for this condition. | | | | |
| Calcium, Serum | 9.3 | | 8.7-10.2 | mg/dL |
| Calcium - The bulk of the body's calcium (98-99%) is found in teeth and bones. Calcium in the blood plays an important role in nerve function and muscle contraction. The body maintains it's blood calcium level within a very narrow range. Elevations in blood calcium values can occur with bone and metabolic diseases and some medications and vitamins. Low calcium levels may be the result of metabolic or kidney disease, as well as vitamin D deficiency and malabsorption of calcium from the intestine. | | | | |

Saglimbeni000062

**DX1492-62**



Mauro Botta
Specimen Collected Date 07/15/2014

| Results | In Range | Out Of Range | Reference | Units |
|---|---|---|---|---|
| Phosphorus, Serum | 2.5 | | 2.5-4.5 | mg/dL |
| Phosphorus - Phosphorus, like calcium, is used primarily in the formation of teeth and bones. Some foods can alter blood phosphorus levels. There are many causes of low or high phosphorus levels. Your phosphorus level is always evaluated in relation to your calcium level. | | | | |
| BUN | 13 | | 5-20 | mg/dL |
| BUN (Blood Urea Nitrogen) - Blood urea nitrogen is a normal waste product of protein metabolism. Because BUN is excreted by the kidneys, the clearance of this substance from your blood is used to evaluate your kidney function. BUN is a nonspecific test of kidney function since it can be elevated with dehydration and blood in the G.I. tract. BUN can be lower than normal if the liver reduces production of urea nitrogen, which occurs with liver disease and malnutrition. | | | | |
| Creatinine, Serum | 1.23 | | 0.76-1.27 | mg/dL |
| Creatinine - Creatinine is a normal breakdown product of muscle. Creatinine is cleared from the blood by the kidneys. Elevations in creatinine can indicate kidney disease. | | | | |
| BUN/Creatinine Ratio | 11 | | 8-19 | |
| BUN/Creatinine Ratio - A BUN test may be done with a blood creatinine test. The level of creatinine in your blood also provides information on how well your kidneys are working; a high creatinine level may mean your kidneys are not working properly. The measured blood urea nitrogen (BUN) and creatinine tests can be used to calculate the BUN-to-creatinine ratio (BUN: creatinine). A BUN-to-creatinine ratio can help your health professional predict which conditions, such as dehydration, may be causing abnormal BUN and creatinine levels and decreased kidney function. | | | | |
| Uric Acid, Serum | 5.4 | | 3.7-8.6 | mg/dL |
| Uric acid - Uric acid is produced from the breakdown of your body's cells and from the food you eat. Most of the uric acid is removed from the body in urine; the rest passes out of the body in stool. However, if too much uric acid is being produced or if the kidneys are not able to remove it from the blood, the level of uric acid in the blood increases. High blood levels of uric acid in the body can cause a painful condition called gout. If gout remains untreated, uric acid crystals can build up in the joints and nearby tissues, forming hard deposits called tophi. High levels of uric acid in the urine can cause kidney stones. | | | | |
| Bilirubin, Total | 1.1 | | 0.0-1.2 | mg/dL |
| Bilirubin - A reddish yellow pigment C33H36N4O6 that occurs especially in bile and blood and causes jaundice if accumulated in excess. | | | | |
| AST (SGOT) | 22 | | 0-40 | IU/L |
| AST (Aspartate transaminase) - AST is an enzyme concentrated mainly in your heart and liver. Increased blood levels occur with heart, liver, and muscle damage. It may also be released from red blood cells if those cells are damaged when blood is being drawn. | | | | |
| ALT (SGPT) | 16 | | 0-44 | IU/L |
| ALT (Alanine transaminase) - ALT is an enzyme that is located primarily in your liver. Significant elevations suggest liver disease. | | | | |
| GGT | 24 | | 0-65 | IU/L |
| GGT (Gamma Glutamyltransferase) - GGT is an enzyme present in the liver. Elevations occur in all types of liver disease and with the consumption of alcohol and some medications. GGT is a very sensitive test, and many times can be elevated if one is overweight or has excess fat in the liver. | | | | |
| Alkaline Phosphatase, S | 70 | | 39-117 | IU/L |
| Alkaline phosphatase (Alk. Phos) - Alkaline phosphatase is an enzyme located primarily in the body's liver and bone cells. Elevations in alk. phos. can indicate liver or bone disease. | | | | |
| Iron, Serum | | 189 | 40-155 | ug/dL |

---

Saglimbeni000063

**DX1492-63**



Mauro Botta
Specimen Collected Date 07-15-2014

| Results | In Range | Out Of Range | Reference | Units |
|---|---|---|---|---|
| Iron - Iron plays a critical role in the production of hemoglobin, a component of red blood cells. When iron levels are low, an individual's hemoglobin level may drop, resulting in irondeficiency anemia. Increased iron in the blood may lead to excess iron storage in the body's organs, a serious but treatable condition known as hemochromatosis. | | | | |
| Iron Bind.Cap.(TIBC) | 342 | | 250-450 | ug/dL |
| TIBC - A test that measures indirectly the transferrin level in the bloodstream. Transferrin is a protein that carries iron in the body. This test is used to evaluate anemia. Greater than normal total iron binding capacity can be seen in: iron deficiency anemia, late pregnancy and polycythemia vera. Lower than normal total iron binding capacity can be seen in cirrhosis, sick cell anemia, hypoproteinemia, pernicious anemia and hemolytic anemia. | | | | |
| Iron Saturation | 55 | | 15-55 | % |
| % Saturation - This test reflects the percentage of iron in the blood that is bound to transferrin, a carrier protein. Its measurement is helpful in the diagnosis and assessment of anemias and hemochromatosis. | | | | |
| Protein, Total, Serum | 7.5 | | 6.0-8.5 | g/dL |
| Total protein - The plasma proteins serve a number of functions including maintenance of normal blood volume and water content in the body's tissues. Your health care provider will investigate values below or above normal range in order to determine which specific proteins are involved. | | | | |
| Albumin, Serum | 4.9 | | 3.5-5.5 | g/dL |
| Albumin - Albumin is the major protein found in blood and is a good reflection of one's nutritional status. Low levels occur in malnutrition and some chronic diseases. Dehydration can cause increased albumin levels. | | | | |
| Globulin, Total | 2.6 | | 1.5-4.5 | g/dL |
| Globulin - Globulin refers to another group of proteins found in the blood. Low globulin levels are found in individuals with certain kidney problems, intestinal disorders, and other rare diseases. Elevated globulin levels are found with certain immunological disorders and in chronic liver disease. | | | | |
| A/G Ratio | 1.9 | | 1.1-2.5 | |
| Albumin/Globulin ratio - The A/G ratio is the albumin (A) laboratory value divided by the globulin (G) value. A low ratio is found in some types of liver and kidney diseases, infections, and inflammations. | | | | |
| Carbon Dioxide, Total | 25 | | 18-29 | mmol/L |
| Carbon Dioxide - A carbon dioxide test measures the total amount of the three forms of carbon dioxide (bicarbonate, carbonic acid, and dissolved carbon dioxide) in your blood. This test is also called a total carbon dioxide or TCO2 test. Carbon dioxide ($CO_2$) is a gaseous waste product made from metabolism. The blood carries carbon dioxide to your lungs, where it is exhaled. More than 90% of carbon dioxide in your blood exists in the form of bicarbonate ($HCO_3$). The remainder of the carbon dioxide is either dissolved carbon dioxide gas ($CO_2$) or carbonic acid ($H_2CO_3$). Your kidneys and lungs regulate the levels of carbon dioxide, bicarbonate, and carbonic acid in the blood. | | | | |
| UIBC | 154 | | 150-375 | ug/dL |
| UIBC - A test that measures indirectly the transferrin level in the bloodstream. Transferrin is a protein that carries iron in the body. This test is used to evaluate anemia. Greater than normal total iron binding capacity can be seen in: iron deficiency anemia, late pregnancy and polycythemia vera. Lower than normal total iron binding capacity can be seen in cirrhosis, sick cell anemia, hypoproteinemia, pernicious anemia and hemolytic anemia. | | | | |
| eGFR If NonAfrican Am | 75 | | >59 | mL/min/1.73 |
| eGFR If African Am | 87 | | >59 | mL/min/1.73 |
| THYROID STUDIES | | | | |
| TSH | 1.440 | | 0.450-4.500 | uIU/mL |
| TSH - TSH is the most sensitive screening test for evaluating the function of your thyroid gland. It helps identify either the underactive or overactive thryroid gland. The thyroid is responsible for regulation of metabolism. | | | | |

Processed at LabCorp San Leandro, CA                    CONFIDENTIAL                              3 OF 7

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 22

Saglimbeni000064

DX1492-64



Mauro Botta
Specimen Collected Date 07-15-2014

| Results | In Range | Out Of Range | Reference | Units |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| **Hemoglobin** | 15.4 | | >=13.9 and <=17.1 | g/dL |

Hemoglobin (Hgb) - Hemoglobin is the actual oxygen-carrying component of red blood cells. Iron is necessary for hemoglobin production. In iron-deficiency anemia, low blood iron levels means that there is less available hemoglobin in the blood to deliver oxygen to your body's tissues.

| **Hematocrit** | 44.0 | | >=42.0 and <=54.0 | % |

Hematocrit (Hct) - Red blood cells comprise, on average, about 45% of the blood's total volume. This percentage is called the hematocrit. Women generally have lower hematocrits than do men. A low hematocrit signifies anemia.

| **RBC** | 5.10 | | 4.14-5.80 | x10E6/uL |

Red Blood Cell Count (RBC) - Red blood cells are the major component of your blood. Their main function is to carry oxygen from the lungs to the body's tissues and to transfer carbon dioxide (a normal cell waste product) from the tissues to the lungs to be breathed out. A low red blood cell count indicates anemia.

| **MCV** | 86 | | 79-97 | fL |

MCV (Mean Corpuscular Volume) - Your MCV is the volume of your average red blood cell. In some types of anemia, the MCV is abnormally small and in others it is abnormally large. Your MCV, therefore, is the basis of classification used in the evaluation of anemia.

| **MCH** | 30.2 | | 26.6-33.0 | pg |

MCH (Mean Corpuscular Hemoglobin) - Your MCH is the amount of hemoglobin in your average red blood cell. The MCH value aids in the diagnosis of anemia.

| **MCHC** | 35.0 | | 31.5-35.7 | g/dL |

MCHC (Mean Corpuscular Hemoglobin Concentration) - Your MCHC is the ratio of the amount of hemoglobin to the volume of your average red blood cell. This value is most helpful in monitoring therapy for anemia.

| **RDW** | 13.1 | | 12.3-15.4 | % |

RDW - Red cell distribution width.

| **WBC** | | 2.8 | 3.4-10.8 | x10E3/uL |

WBC - White Blood Cell.

| **Neutrophils** | | 12 | 40-74 | % |

Neutrophils - The major types of white blood cells are neutrophils, lymphocytes, monocytes, and basophils. Immature neutrophils, called band neutrophils, are also included and counted as part of this test. Each type of cell plays a different role in protecting the body. The numbers of each one of these types of white blood cells give important information about the immune system. An increase or decrease in the numbers of the different types of white blood cells can help identify infection, an allergic or toxic reaction to certain medications or chemicals, and many conditions.

| **Lymphs** | | 65 | 14-46 | % |

Lymphs (Lymphocytes) - White blood cells that fight infection and disease.

| **Monocytes** | 12 | | 4-12 | % |

Processed at LabCorp San Leandro, CA       CONFIDENTIAL       4 Of 7

---

Mauro Botta
DOB: Oct. 26, 1977
Page 14 of 22

Saglimbeni000065

**DX1492-65**



Mauro Botta
Specimen Collected Date 07/15/2014

| Results | In Range | Out Of Range | Reference | Units |
|---|---|---|---|---|
| Monocytes - Another type of white blood cells, important in the defense against pathogens. | | | | |
| Eos | | 6 | 0-5 | % |
| Eos (Eosinophils) - A type of polymorphonuclear leukocyte containing eosin-staining granules. Although the activity of eosinophils is not entirely clear, they are known to destroy parasitic organisms and play a major role in allergic reactions. They also secrete chemical mediators that can cause bronchoconstriction in asthma. Eosinophils make up one to three percent of the total white blood cell count. | | | | |
| Basos | 2 | | 0-3 | % |
| Basos (Basophils) - Granular leukocytes characterized by a relatively pale-staining, lobate nucleus and cytoplasm containing coarse dark-staining granules of variable size and stainable by basic dyes. | | | | |
| Neutrophils (Absolute) | | 0.4 | 1.4-7.0 | x10E3/uL |
| Neutrophils - The major types of white blood cells are neutrophils, lymphocytes, monocytes, and basophils. Immature neutrophils, called band neutrophils, are also included and counted as part of this test. Each type of cell plays a different role in protecting the body. The numbers of each one of these types of white blood cells give important information about the immune system. An increase or decrease in the numbers of the different types of white blood cells can help identify infection, an allergic or toxic reaction to certain medications or chemicals, and many conditions. | | | | |
| Lymphs (Absolute) | 1.8 | | 0.7-3.1 | x10E3/uL |
| Lymphs (Lymphocytes) - White blood cells that fight infection and disease. | | | | |
| Monocytes(Absolute) | 0.4 | | 0.1-0.9 | x10E3/uL |
| Monocytes - Another type of white blood cells, important in the defense against pathogens. | | | | |
| Eos (Absolute) | 0.2 | | 0.0-0.4 | x10E3/uL |
| Eos (Eosinophils) - A type of polymorphonuclear leukocyte containing eosin-staining granules. Although the activity of eosinophils is not entirely clear, they are known to destroy parasitic organisms and play a major role in allergic reactions. They also secrete chemical mediators that can cause bronchoconstriction in asthma. Eosinophils make up one to three percent of the total white blood cell count. | | | | |
| Baso (Absolute) | 0.1 | | 0.0-0.2 | x10E3/uL |
| Basos (Basophils) - Granular leukocytes characterized by a relatively pale-staining, lobate nucleus and cytoplasm containing coarse dark-staining granules of variable size and stainable by basic dyes. | | | | |
| Platelets | 256 | | 150-379 | x10E3/uL |
| Platelets - Platelets function to stop bleeding by sticking together and forming plugs. Low numbers of platelets will predispose an individual to excessive bleeding. A variety of conditions can cause low or elevated platelets. Higher platelet counts also occur in pregnancy and after strenuous exercise. | | | | |
| URINALYSIS | | | | |
| Urine-Color | Yellow | | Yellow | |
| Based on observation. | | | | |
| Appearance | Clear | | Clear | |
| Based on observation. | | | | |

Processed at LabCorp San Leandro, CA          CONFIDENTIAL          5 Of 7

Mauro Botta
DOB: Oct. 26, 1977
Page 15 of 22

Saglimbeni000066

**DX1492-66**



Mauro Botta
Specimen Collected Date 07-15-2014

| Results | In Range | Out Of Range | Reference | Units |
|---|---|---|---|---|
| **Specific Gravity** | 1.006 | | 1.005-1.030 | |
| Specific Gravity - Your urine's specific gravity reflects your kidney's ability to concentrate urine. It increases with dehydration. | | | | |
| **pH** | 6.5 | | 5.0-7.5 | |
| pH - The pH is a measurement of the acidity and alkalinity of your urine. It is an important screening test for the diagnosis of kidney disease, as well as certain respiratory diseases and metabolic disorders. | | | | |
| **Nitrite, Urine** | Negative | | Negative | |
| Nitrite - A salt or ester of nitrous acid. | | | | |
| **Protein** | Negative | | Negative/Trace | |
| Protein - This is a measurement of the amount of albumin (protein) in your urine. This test is used to evaluate kidney function. | | | | |
| **Glucose** | Negative | | Negative | |
| Glucose - This is a measure of the amount of glucose, or sugar, in the urine. Because the primary cause of sugar in the urine is diabetes, this test is mainly used to screen for and monitor the treatment of diabetes. | | | | |
| **Ketones** | Negative | | Negative | |
| Ketones - Ketones appear in the urine when the body breaks down proteins. Urine ketones are associated with diabetes. Strenuous activity, fasting, or eating a low-carbohydrate diet can also cause ketones to appear in the urine. | | | | |
| **Urobilinogen,Semi-Qn** | 0.2 | | 0.0-1.9 | mg/dL |
| Urobilinogen, Semi-Qn - Any of several chromogens that are reduction products of bilirubin and yield urobilins on oxidation called also stercobilinogen. | | | | |
| **Bilirubin** | Negative | | Negative | |
| Bilirubin - A reddish yellow pigment C33H36N4O6 that occurs especially in bile and blood and causes jaundice if accumulated in excess. | | | | |
| **Occult Blood** | Negative | | Negative | |
| Occult - Not manifest or detectable by clinical methods alone. | | | | |
| **URINE MICROSCOPIC** | | | | |
| **WBC Esterase** | Negative | | Negative | |
| WBC - This value represents the number of white blood cells seen when urine sediment is examined under a high power microscopic field. It is used to evaluate your kidney function as well as to investigate the possibility of infection in the kidneys or urinary tract. At times, the presence of white blood cells in the urine may represent contamination at the time of urine sample collection. | | | | |
| **WBC** | 0-5 | | 0 - 5 | /hpf |

Processed at LabCorp San Leandro, CA                    CONFIDENTIAL                    6 Of 7

---

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 22

Saglimbeni000067

**DX1492-67**



Mauro Botta
Specimen Collected Date 07/15/2014

| Results | In Range | Out Of Range | Reference | Units |
|---------|----------|--------------|-----------|-------|
| WBC - White Blood Cell. | | | | |
| RBC | None seen | | 0 - 2 | /hpf |
| RBC - Red Blood Cell. | | | | |
| Bacteria | Few | | None seen/Few | |
| Bacteria - Microorganisms that may indicate presence of a urinary tract infection. | | | | |
| Epithelial Cells (non renal) | None seen | | 0 - 10 | /hpf |
| Epithelial Cells - Cells that cover the surface of the body and line its cavities. | | | | |
| **Hemoglobin A1c** | | | | |
| Hemoglobin A1c | 5.3 | | 4.8-5.6 | % |
| **Hep A Ab, Total** | | | | |
| Hep A Ab, Total | Negative | | Negative | |
| **Vitamin D, 25-Hydroxy** | | | | |
| Vitamin D, 25-Hydroxy | | 13.9 | >=20 | ng/mL |
| **Hep B Surface Ab** | | | | |
| Hep B Surface Ab, Qual | Non Reactive | | | |

Questions about your personal laboratory results?  Please contact Richard Ornelas, MD, 408.395.7300 or call us at 212.332.5160 or present them online to Assistance@EHEIntl.com.

**Note:** LabCorp's laboratories are subject to the College of American Pathologists ("CAP") proficiency testing program, state surveys and LabCorp's own quality control programs. The CAP has been authorized by the Center for Medicare and Medicaid Services to inspect clinical laboratories to determine adherence to the Clinical Laboratory Improvement Act of 1967, and the Clinical Laboratory Amendments of 1988 (collectively, as amended, "CLIA") standards.  All lab reference ranges are established by LabCorp in accordance with industry standards, except for HDL and LDL, Total Cholesterol, Triglycerides, Hemoglobin, Hematocrit, Homocysteine and Vitamin D, 25-Hydroxy normal reference ranges which are based on EHE's Medical Advisory Board guidelines.

Processed at LabCorp San Leandro, CA                    CONFIDENTIAL                    7 Of 7

Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ³ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 17 of 22

Saglimbeni000068

**DX1492-68**



Report Status: **Final**

**BOTTA, MAURO**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **BOTTA, MAURO** | Specimen:  QH7831915<br>Requisition: 0001360 | Client #: 9886          999999<br>SAGLIMBENI, ANTHONY<br>S BAY SPORTS & PREVENTIVE |
| **DOB: 10/26/1977    AGE: 37**<br>Gender:   M          Fasting: Y<br>Phone:    4084645438<br>Patient ID: NG | Collected:   11/18/2014 / 07:30 PST<br>Received:    11/18/2014 / 17:57 PST<br>Reported:    11/19/2014 / 00:37 PST | 750 S WINCHESTER BLVD STE 100<br>SAN JOSE, CA 95128 |

Chart ID:     10261977MB

**COMMENTS:**        The original copy of this report was printed on: 11/19/14 at 00:15

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| IRON AND IBC W/O REFLEX | | | | S J |
| IRON, TOTAL | 107 | (155) | 50-180 mcg/dL | |
| TOTAL IRON BINDING CAPACITY | 332 | | 250-425 mcg/dL | |
| %TRANSFERRIN SATURATION | 32 | | 15-60 % | |
| COMPREHENSIVE METABOLIC PANEL | | | | S J |
| SODIUM, SERUM | 138 | | 135-146 mmol/L | |
| POTASSIUM, SERUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE, SERUM | 104 | | 98-110 mmol/L | |
| CARBON DIOXIDE (CO2) | 25 | | 19-30 mmol/L | |
| UREA NITROGEN,BLOOD (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE, SERUM | 1.18 | | 0.60-1.35 mg/dL | |
| For patients > or = 50 years of age:  The upper reference limit for | | | | |
| Creatinine is approximately 13% higher for people identified as | | | | |
| African-American. | | | | |
| eGFR | 78 | | >=60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 91 | | >=60 mL/min/1.73m2 | |
| GLUCOSE | 92 | | 65-99 mg/dL | |
| FASTING REFERENCE INTERVAL | | | | |
| CALCIUM, SERUM | 9.6 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.3 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN, TOTAL | 2.7 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.7 | | 1.0-2.5 ratio | |
| AST (SGOT) | 21 | | 10-40 U/L | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 mg/dL | |
| ALT (SGPT) | 21 | | 9-46 U/L | |
| ALKALINE PHOSPHATASE | 65 | | 40-115 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | S J |
| WHITE BLOOD CELL COUNT | 4.7 | 2.8  4.7 | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.05 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.9 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 45.8 | | 38.5-50.0 % | |
| MCV | 91 | | 80.0-100.0 fL | |
| MCH | 29.5 | | 27.0-33.0 pg | |
| MCHC | 32.6 | | 32.0-36.0 g/dL | |
| RDW | 12.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 291 | | 140-400 Thousand/uL | |
| ABSOLUTE NEUTROPHILS | 1974 | | 1500-7800 Cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1974 | | 850-3900 Cells/uL | |
| ABSOLUTE MONOCYTES | 423 | | 200-950 Cells/uL | |
| ABSOLUTE EOSINOPHILS | 329 | | 15-500 Cells/uL | |
| ABSOLUTE BASOPHILS | 47 | | 0-200 Cells/uL | |
| NEUTROPHILS | 42 | | % | |
| LYMPHOCYTES | 42 | | % | |
| MONOCYTES | 9 | | % | |
| EOSINOPHILS | 7 | | % | |
| BASOPHILS | 1 | | % | |
| FERRITIN | 38 | | 20-345 ng/mL | S J |

CLIENT SERVICES: (866) 697-8378          SPECIMEN: QH7831915          PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**DX1492-69**

 Quest
Diagnostics

**Report Status: Final**
**BOTTA, MAURO**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **BOTTA, MAURO** | Specimen: QH7831915 | Client #: 9886 |
| | Collected: 11/18/2014 / 07:30 PST | SAGLIMBENI, ANTHONY |
| DOB: 10/26/1977   AGE: 37 | Received: 11/18/2014 / 17:57 PST | |
| Gender: M   Fasting: Y | Reported: 11/19/2014 / 00:37 PST | |
| Patient ID: NG | | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| LIPID PROFILE | | | | SJ |
| **CHOLESTEROL, TOTAL** | | 217 H ~~225~~ | 125-200 mg/dL | |
| TRIGLYCERIDES | 113 | | <150 mg/dL | |
| LDL CHOLESTEROL (CALCULATED) | | 143 H  154 | <130 mg/dL | |

DESIRABLE RANGE <100 mg/dL FOR PATIENTS
WITH CHD OR DIABETES AND <70 mg/dL FOR
DIABETIC PATIENTS WITH KNOWN HEART
DISEASE.

| | | | | |
|---|---|---|---|---|
| CHOLESTEROL, HDL | 51 | | > OR = 40 mg/dL | |
| non-HDL CHOLESTEROL | | 166 H | mg/dL | |

Target for non-HDL cholesterol
is 30 mg/dL higher than LDL
cholesterol target.

| | | | |
|---|---|---|---|
| CHOLESTEROL/HDL RATIO | 4.3 | | < OR = 5.0 |
| LDL/HDL RATIO | 2.80 | | AV.RISK 2.29-4.90 |

```
   MALE:        BELOW AVERAGE RISK: <2.28
   AVERAGE RISK:      2.29-4.90
   MODERATE RISK:     4.91-7.12
   HIGH RISK:         >7.13

   FEMALE:      BELOW AVERAGE RISK  <2.34
   AVERAGE RISK:      2.35-4.12
   MODERATE RISK:     4.13-5.56
   HIGH RISK:         >5.57
```

**PERFORMING SITE:**

SJ   Quest Diagnostics, 967 Mabury Road, San Jose, CA 95133 Laboratory Director: Alfredo Astuzion, Jr., MD, CLIA: 05D0608632

CLIENT SERVICES: (866) 697-8378          SPECIMEN: QH7831915                    PAGE 2 OF 2

©2010 Quest Diagnostics. The associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ³ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 22

Saglimbeni000070

**DX1492-70**

15871

# South Bay Sports & Preventive Medicine Associate, Inc.

550 S. Winchester Blvd. Suite 100, San Jose, CA 95128

Date: 9-25-14

Patient's Name: MAURO BOTTA    Gender: (Male) Female

Birthdate: 10/26/77    Social Security #: 615459405

Address: 88 E. SAN FERNANDO ST #1308 City: SAN JOSE  State: CA  Zip: 95113

Home Phone # (408) 282 4954    Cell# (408) 464 5438

Email Address: Mauro_botta @ libero.it

Marital Status: ☐ Married  ☒ Single  ☐ Widowed  ☐ Divorced

Emergency Contact Name & Phone # ERIC CHAN  408 833 8799  Relationship FRIEND

Patient's Employer: PWC LLP    Occupation: AUDITOR

Employer's Address: 488 S. ALMADEN BLVD St 1800 City: SAN JOSE  State: CA  Zip: 95110

Work Phone # (408) 817 5094    Best Number to reach you? ☐ Home  ☐ Work  ☒ Cell

**INSURANCE: PRIMARY (Self/Spouse/Parent)**          **INSURANCE: SECONDARY (Self/Spouse/Parent)**

Insurance Name: UNITED HEALTHCARE    Insurance Name: _____

Insured Name: MAURO BOTTA    Insured Name: _____

Birthdate: 10/26/77    Birthdate: _____

I.D. #/Policy#: 975270214/752713    I.D. #/Policy# _____

Group/Plan# _____    Group/Plan# _____

Effective Date: _____    Effective Date: _____

**ASSIGNMENT AND RELEASE**

I understand I am financially responsible for co-payments, deductibles, co-insurance percentages   (initials)
And any non-covered services by my health plan AT TIME OF SERVICE.    TB

I authorize the physician to release any medical information required in order claim processing.    TB

I hereby authorize my insurance benefits to be paid directly to the undersigned physician.    TB

Signed _____    Date 9-25-14

Thank You!

Mauro Botta
DOB: Oct. 26, 1977
Page 20 of 22

Saglimbeni000071

**DX1492-71**

SPORTS ORTHOPEDIC AND REHABILITATION MEDICINE ASSOCIATES

THE PHYSIATRY MEDICAL GROUP

HIPPA

PATIENT ACKNOWLEDGMENT

I acknowledge that I have received a copy of the Notice of Privacy Practices of
Sports Orthopedic and Rehabilitation Medicine Associates
and
The Physiatry Medical Group, Inc.

I further acknowledge that a copy of the current notice is posted in the reception area, and
that I will be offered a copy of any amended Notice of Privacy Practices at my next
appointment.

_____
Patient Signature

MAURO BOTTA
_____
Patient Name – Printed

9-25-14
_____
Date                                              MRN

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 21 of 22

Saglimbeni000072

DX1492-72

## S.O.A.R.
## Sports Orthopedic and Rehabilitation Medicine Associates
## The Physiatry Medical Group, inc

500 Arguello St., Ste 100
Redwood City, CA 94063
650-851-4900

550 S. Winchester Blvd., Ste 110
San Jose, CA 95128
408-247-4900

1375 Sutter St., Ste 105
San Francisco, CA 94109
415-387-4900

## NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.

**Our Duties:**
We are required by law to maintain the privacy of your medical information and to provide you with notice of our legal duties and privacy practices. We are required to abide by the terms of the Notice of Privacy Practices currently in effect. We reserve the right to change those terms and any changes made will be effective for all medical information we maintain. A copy of a revised notice will be available at any of our offices, from our Privacy Officer by calling (650) 851-4900, or by writing to Sports Orthopedic and Rehabilitation Medicine Associates, The Physiatry Medical Group, inc., or Sports Medical Management, Inc. at 500 Arguello Street, Suite 100 Redwood City, CA 94063. You may also address questions regarding our privacy practices, your privacy rights, or requests for additional information regarding your privacy to this person.

**Permitted Uses and Disclosures**
Federal Law allows us to use and disclose your medical information in the ordinary course of providing healthcare services to you. We have described some of these uses and disclosures in the following paragraphs:

❖   **Treatment:** We will provide to your other healthcare providers the minimal information they need to treat you. We may contact you before an appointment or talk to you about preparing for an appointment or a procedure. We will try to contact you at the phone numbers you have given us. If you are not available and your voice mail answers, we may leave a brief message to remind you of the place and time of your appointment. We may ask you to call us regarding specific medical information concerning your case. We will not leave your test results or your diagnosis on your voice mail machine.

❖   **Payment:** We will bill your insurance company and you directly or another person who may be responsible for payment of your account. We may need to contact your health plan to pre-authorize the exams, procedures or tests your doctor has ordered. Throughout this process we may have to release details of your medical information, if your health plan or other payer requires this information to make payment. If you do not want this information released to your payer, then you must pay your bill in full at the time of service and inform us not to bill anyone else.

❖   **Health Care Operations:** We often have to use specific patient information to conduct our normal business operation. We may have to look at the information in the doctor's report in order that we may fill out forms on your behalf. We may have to compare x-rays taken from other facilities with those in our file. We may use PHI to review our treatment and services and to evaluate the performance of our staff in caring for you.

**Disclosures without Authorization**
We may use and disclose medical information about you, without your specific authorization, as follows:

❖   **Disclosure Required by Law:** We may be required by federal, state, or local law to disclose your medical information.

❖   **Public Health Activities:** We may disclose your medical information to a public agency, such as the Food and Drug Administration (FDA), if you experience an adverse effect from any of the drugs, supplies, or equipment we use.

❖   **Victims of Abuse, Neglect, or Domestic Violence:** We may be required to disclose your medical information if we feel that you have been abused or neglected.

❖   **Judicial and Administrative Proceedings:** We may have to disclose your medical information if we receive a subpoena from a judge or administrative tribunal.

❖   **Law Enforcement:** We may have to disclose your medical information in conjunction with a criminal investigation by a federal or state law enforcement agency.

Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 22 of 22

Saglimbeni000073

**DX1492-73**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

---

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000074

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in ElationHealth .

**Interactive Patient Chart Contents:**

- 01/01/1900 History Report  *History*
- 01/01/1900 History Report  *History*
- 01/01/1900 History Report  *History*

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Saglimbeni000075

**DX1492-75**



## Evaluation (SPINE)

| Patient's Name: Mauro Botta | | Date: 10/1/14 |
|---|---|---|

**D.O.B. 10/26/1977**

**Physician: Mueting**

**Primary Dx: Lumbar strain**

| Area of Symptoms | How long have you had this pain? Pt reports R sided low back and glute pain began 10 days ago after waking up (insidious onset). Pt reports pain is worse with bending motions and with sitting. He has not been doing regular treadmill work outs because afraid of making things worse. Pt reports radiograph findings of DDD. Not currently taking any pain medication. | Blood Pressure: 115/80 mmHg Aggravates: sitting, rising from sitting, getting into car, tying shoes |
|---|---|---|
| PAIN: 0   1   2   3   4   ⑤   6   7   8   9   10 (0 - NO PAIN    1-3 =MINIMAL PAIN    4-7= MODERATE PAIN 8-10  SEVERE PAIN) | | |
| ■ Acute    Chronic   Character: sharp, intermittent | | Eases: standing, walking, treadmill |
| | Disturbed Sleep? Yes, will wake occasionally | |
| | **Palpation:** (-) TTP and STT B lumbar paraspinals, spinous processes, and piriformis Good pelvic and sacral alignment | |
| | **Observation / Gait / Posture:** increased lumbar lordosis in stance, no shift present, poor mechanics with log roll supine-sit and poor sitting and standing posture (kyphotic) | |
| | **Passive Accessory Motion:** PAIVMs: no pain with centrals to R2 and normal range L1-S1 | |
| | **Muscle length:** 90/90 HS: (+) B, Thomas Test: (+) B, short piriformis B | |

| **FUNCTIONAL ASSESSMENT** | | |
|---|---|---|
| **Strength:** Trunk: Spinal Extensors: 4/5 Abdominals: 4/5 TrA and multifidus motor control: decreased and non-painful | | **Active Movement Testing:** Lumbar Flexion: 100°, pain and deviates to the R through range |
| LE's grossly 5/5 except B hip abduction 4/5 | | Extension: 20° |
| **Tension Signs:** (-) SLR, (-) Slump test | | Side Bend:   R: 25° |
| | | L: 25° |
| **Sensation:** Intact to LT | | Rotation   R: min limitation |
| | | L: min limitation |

10/2/14

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 2 of 13

Saglimbeni000076

DX1492-76

| Implication Tests: | |
|---|---|
| SIJ: Clear and non-contributory | Rehab Potential: Good |
| Hip: Clear and non-contributory | |
| Special Tests: Gillett: (-) B | Patient's Goal/Goals for Therapy: reduce pain |
| Lumbar Quadrant: (-) B | |
| SLS: 30 seconds B | |
| Heel/toe walk: (-) | |

| FUNCTIONAL LIMITATIONS | FUNCTIONAL GOALS | # VISITS |
|---|---|---|
| Decreased tol to sitting and rising | 1.) Reduce pain to 0/10 | 5 |
| Decreased tol to getting into car | 2.) Independent HEP | 4 |
| Decreased ability to sleep through the night | 3.) Improved TrA, multifidus motor control and postural awareness | 10 |
| Decreased ability to tie shoes/bend | 4.) 5/5 MMT | 12 |
| | 5.) 100% pain-free L/S ROM | 8 |
| | 6.) Pt able to sit and rise, get into car, tie shoes/bend with good mechanics pain-free | 12 |

| PLAN OF TREATMENT:   FREQUENCY / DURATION     2 x / week    for 6 weeks | |
|---|---|
| PROBLEM LIST: | POT with RATIONALE |
| Pain | Ther Ex |
| Decreased lumbopelvic stability | |
| | STM |
| Decreased muscle strength | |
| | Joint mobs |
| Decreased ROM | |
| | HEP |
| Decreased muscle length | Modalities |
| Decreased postural awareness | |

| PT Goals & Plan of Treatment have been discussed with and agreed upon by patient. ■ Yes | |
|---|---|
| Physical Therapist Signature: _Teresa DPT_ | Date: 10/01/14 |

Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ᵉElationHealth

---



INTERNATIONAL

Reach Your EHE Health Team at:
212.332.5160 or at   Asaglimbeni@EHEInt'l.com

July 21, 2014

Mr. Mauro Botta
88 E San Fernando Street
Unit 1308
San Jose, CA 95113

Dear Mr. Botta:

It was a pleasure to see you on July 15, 2014. On behalf of all of us at EHE International, thank you for your continued participation in our Preventive Medicine and Lifestyle Management Program.

This report details my assessment of your health and recommendations based on the physical exam, current and historical laboratory results, and a summary of EHE benefits available to you throughout the year. Under separate cover, I am sending you health information you may find useful in the proactive management of your health. I encourage you to familiarize yourself with your reported personal findings and to call me or members of your EHE health team with your questions or concerns. Please remember that we are here throughout the year to offer you assistance and/or guidance in the optimization of your health.

The following chart summarizes your key health statistics from your exam and will serve as a baseline for future exams:

|  |  | December 2010 | August 2007 (Baseline Year) |
|---|---|---|---|
| Age |  | 33 | 29 |
| Weight (lbs) |  | 162 | 159.5 |
| BMI |  | 23.9 | 23.6 |
| Waist (inches) |  | 32.5 | N/A |
| Blood Pressure |  | 102/70 | 110/75 |
| Pulse |  | 70 | 88 |
| Blood Type |  | B Positive | |

CONFIDENTIAL

Saglimbeni000078

DX1492-78

Mr. Mauro Botta
July 21, 2014
Page 2

### *Health History and Physical Exam Assessment*

You reported that since your last examination at EHE International, you had a mole excised from the back of your neck. Your prior medical history includes mole excision in 2008 (two removed), numerous allergens; asthma and allergy symptoms, which are well-controlled, and occasional ear wax accumulation, which you irrigate as needed. You do not take any medications or supplements with regularity. You have no known allergies to medications. You are allergic to dust, red top, many grasses--June (KY Blue), meadow rescue, orchard grass, perennial rye, and Timothy. You are intolerant to theophylline. With respect to seasonal allergies, you have hayfever.

With regard to preventive health issues: you do not smoke, you occasionally drink alcoholic beverages, and you exercise regularly. With respect to your adult immunization status: you had a tetanus/diphtheria booster in 2005, you have not had a Tdap (tetanus, diphtheria, pertussis) vaccine in the past, you have been vaccinated against chickenpox (varicella), and you have been immunized against measles (rubeola), mumps, and rubella (German measles). Your family's medical history among first-degree relatives is notable for: glaucoma and hypertension. In relatives other than your immediate family, the following medical history is noted: leukemia, heart disease, and stroke.

Your physical examination which included an assessment of your skin, head, eyes, ears, throat, neck, chest, heart, abdomen, lymph nodes, testes, and extremities revealed multiple skin nevi (moles); none appear worrisome.

### *Laboratory Testing*

In order to provide you with a complete medical record, your laboratory results are enclosed. Results outside of normal range values which require your attention are discussed in the *Recommendations Section*. Please note, results outside of reference ranges are not considered to be clinically significant unless addressed in this report.

### *Physiologic and Anatomic Testing*

The following tests were performed and were considered to be within normal limits unless addressed specifically in the *Recommendations Section*: far vision, near vision, evaluation for color blindness, audiometry (hearing test), spirometry (breathing test), and EKG.

### *Recommendations & Comments*

**Please note: Recommendations in bold print warrant your prompt attention.**

### *Weight*

You have gained about 15 pounds over the past few years. As such your weight and height combine to give you a Body Mass Index (BMI) which is high (25 or greater). The BMI (optimal BMI is 24.9 or less), which describes relative weight for height, is correlated with total body fat content. This suggests that you are clinically overweight and at greater risk for developing long-term and potentially disabling conditions such as hypertension, diabetes mellitus, stroke,

CONFIDENTIAL

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 13



Saglimbeni000079

**DX1492-79**

Mr. Mauro Botta
July 21, 2014
Page 3

and osteoarthritis. I recommend, therefore, that you adopt an activity program and eating habits that will lead to gradual weight reduction.

### *Skin Assessment*

Your skin evaluation revealed a number of nevi (moles), which appeared to be benign. It is important for you to watch these by following the ABCDE rule. If there is any Asymmetry, change in Borders (more irregular), Color, Diameter or Elevation, you should promptly seek the attention of a dermatologist.

I advise that you see your dermatologist annually for a complete body review, based on the many moles noted upon examination and that you have had some excised in the past

Skin cancer is the most common form of cancer resulting in nearly 10,000 deaths per year in the U.S. There are two major groups of skin cancer: keratinocyte, of which basal and squamous cell carcinomas are the most common within this group, and melanoma. The most important recently published statistics on skin cancer show an increase in the number of reported cases and deaths. To protect areas of your body that are exposed to the sun when you are outdoors (let's not forget this includes the head and soles of the feet!), you should select a sunscreen with an SPF of 15 or greater with both UVA and UVB protection.

### *Vision*

Your corrected visual acuity for near vision in both eyes is within the standards at EHE International. We will repeat this test at each annual examination.

Your corrected visual acuity for far vision in both eyes is within the standards at EHE International. We will repeat this test at each annual examination.

Your color vision test indicates no impairment of your ability to distinguish color. Since this will never change, there is no need to repeat this test at future examinations.

### *Hearing*

Your audiometry test for hearing acuity demonstrates normal hearing in each ear. We will repeat this test at each annual examination.

### *Heart and Lungs*

Your spirometry examination, which tests the rate at which you move air in and out of your lungs, is normal. We will repeat this test at each annual examination.

Your 12-lead electrocardiogram (EKG) is normal. We will repeat this test at each annual examination.

You should maintain a program of regular, moderate aerobic exercise. This will continue to increase your energy level, improve your cholesterol, help you maintain a normal blood pressure, and reduce stress. In addition, exercise will continue to make it easier for you to maintain an ideal body weight and help reduce your risk of developing heart disease. Most recent research

CONFIDENTIAL

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 13

Saglimbeni000080

**DX1492-80**

Mr. Mauro Botta
July 21, 2014
Page 4

identifies exercise as one of the most important things you can do to protect your long-term health. For an individualized consultation and referral to an approved EHE International program, please contact our Clinical Intervention Nurse at 212.332.3771.

### Lipid Profile

Your lipid profile reveals elevated total cholesterol and LDL-cholesterol (an unfavorable cholesterol) levels. I encourage you to follow a prudent lifestyle approach to improve your lipid profile and reduce your risk of developing cardiovascular disease. I encourage you to follow up with your personal physician with regard to this matter. Alternatively, as part of your EHE International program, you may schedule an appointment with Dr. Herbert A. Insel, our Senior Cardiologist, who can review your laboratory results and initiate an individualized plan towards improved cardiovascular health. Should you wish to meet with Dr. Insel, you can arrange to do so by calling EHE International at 212.332.3700.

### Men's Healthcare

You should continue to perform a monthly testicular self-examination, so you can become familiar with the usual appearance and feel of your testes. Familiarity makes it easier to notice any changes, which should be brought to the attention of your physician promptly.

### Complete Blood Count

Your white blood cell count is slightly decreased and some of your individual cell counts are slightly out of range. Please review this with your physician; as it is a new finding, repeat testing is indicated. Repeat tests are included as part of your EHE International exam. Please call our Resource Directors to schedule a convenient time to have this done.

### Metabolic Profile

Both your fasting blood sugar (glucose) and the hemoglobin A1c levels are normal and this is consistent with good blood sugar management. Your physician should review this result.

Your iron studies show a slightly elevated serum level with a normal percent saturation. Please review this finding with your physician.

### Urinalysis

Your urinalysis results are normal. Please be sure to stay well-hydrated by consuming at least two liters of water daily.

### Musculoskeletal System

Your vitamin D level is very low. To reduce your risk of developing osteoporosis, based on findings in a very comprehensive report issued by the Institute of Medicine in December 2010, I recommend that you follow healthy lifestyle behaviors to include an adequate intake of calcium (1,200 mg daily) and vitamin D3 (4,000 IU daily), along with regular weight-bearing exercise. You should meet the calcium requirements through calcium rich foods such as reduced fat dairy,

CONFIDENTIAL

Saglimbeni000081

**DX1492-81**

Mr. Mauro Botta
July 21, 2014
Page 5

almonds, broccoli and dark leafy greens, rather than through supplements, and the D requirements through low fat milk, fish, and supplements. Please discuss this finding and recommendation with your personal physician. Your vitamin D level should be repeated in three months. Repeat tests are included as part of your EHE International exam. Our Resource Directors will contact you to confirm a convenient time to have this done.

### *Immunization Status*

You received a tetanus, diphtheria, pertussis (Tdap) vaccine on the day of your visit. New guidelines advise that this immunization substitute for one booster dose of Td. Td will be used for subsequent booster doses (once every ten years throughout adult life).

Antibody testing for hepatitis A and B is negative (you are not immune), and I recommend you return to be vaccinated. Our Resource Directors will contact you to confirm a convenient time to have this done.

### *General Well-Being*

A well balanced diet, adequate sleep, and regular exercise should help alleviate your symptoms of stress. If you consume caffeinated beverages, it may also be helpful to avoid them entirely. If your symptoms persist despite these lifestyle changes, however, further evaluation by your doctor or a mental health professional would be recommended. A member of our Personal Health Coaching team will be following up with you shortly to discuss participation in nutrition, physical activity, and stress management coaching, available through EHE International, completely free of charge.

### *Additional Recommendations*

According to the 2010 Dietary Guidelines for Americans published by the USDA, your diet should be rich in a variety of fruits and vegetables, low in sodium, low in saturated and trans fat and cholesterol, and low in added sugars and refined grains.

### *In Closing...*

With the completion of your annual exam, you are now eligible for EHE's Personal Health Coaching Program. It is designed to help you achieve lifestyle changes in areas where you may have health risks that if unaltered will lead to future chronic disease. The focus areas of the Health Coaching Program are: nutrition, physical activity, smoking cessation, prediabetes management, and stress management. Your Health Coach will work with you on an individual basis to develop personal health goals and a plan to achieve these goals. If the results of your exam identify health risks, you will receive a call from your Health Coach within the next 10 to 15 days.

Throughout the year, I encourage you to use all of the valuable resources in managing your health available to you as an EHE program member. In addition to the Personal Health Coaching Program, these include Referral Coordination (appointment coordination with specialty practitioners), sexual health management counseling (with EHE's Clinical Intervention Nurses), and "AskEHE" (online answers to your health questions).

EHE International's preventive health exam protocol is the most widely-performed, most trusted

CONFIDENTIAL

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 8 of 13

Saglimbeni000082

DX1492-82

Mr. Mauro Botta
July 21, 2014
Page 6

evidence-based protocol in use today by healthcare professionals. As recommended by our independent Medical Advisory Board, a comprehensive health screening should be conducted annually to maintain optimum health. Your next exam eligibility date is July 2015. As the date approaches, we will contact you to schedule your appointment to ensure no interruption in your preventive health program.

I look forward to seeing you next time. Please remember, we're here for you throughout the year. All members of your EHE health team may be reached by calling 212.332.5160 or at Assistance@EHEIntl.com.

In good health,

Richard Ornelas, MD

BaySport
14830 Los Gatos Blvd.
Suite 101
Los Gatos, CA 95032
408.395.7300

CONFIDENTIAL

Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ΞElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 13

Saglimbeni000083

DX1492-83



For: Mauro Botta



**Questions about your results?**
We're here to help! To speak with a Preventure
Health Nurse or with a Personal Health Coach,
please call us at 212.332.9160 or email us at
Assistance@EHEIntl.com

## Comparative Lab Results

RESULTS SHOWN IN RED ARE OUT OF RANGE

| Lab Results | Current Reference | Aug 2014 | Jul 2014 | Dec 2010 | Aug 2007 | Units |
|---|---|---|---|---|---|---|
| Triglycerides | 0-149 | - | 73 | 66 | 75 | mg/dL |
| Cholesterol, Total | 100-199 | - | ▓▓ | 181 | ▓▓ | mg/dL |
| HDL Cholesterol | > 39 | - | 56 | 47 | 55 | mg/dL |
| LDL Cholesterol Calc | < 130 | - | 134 | 121 | 130 | mg/dL |
| VLDL Cholesterol Cal | 5-40 | - | 15 | 13 | 15 | mg/dL |
| Sodium, Serum | 134-144 | - | 140 | 139 | 141 | mmol/L |
| Potassium, Serum | 3.5-5.2 | - | 4.0 | 3.9 | 4.0 | mmol/L |
| Chloride, Serum | 97-108 | - | 100 | 103 | 103 | mmol/L |
| Glucose, Serum | 65-99 | - | 90 | 86 | 89 | mg/dL |
| Calcium, Serum | 8.7-10.2 | - | 9.9 | 9.3 | 9.6 | mg/dL |
| Phosphorus, Serum | 2.5-4.5 | - | 2.5 | 3.4 | 3.0 | mg/dL |
| BUN | 6-20 | - | 13 | 17 | 15 | mg/dL |
| Creatinine, Serum | 0.76-1.27 | - | 1.23 | 1.12 | 1.3 | mg/dL |
| BUN/Creatinine Ratio | 8-19 | - | 11 | 15 | 12 | |
| Uric Acid, Serum | 3.7-8.6 | - | 6.4 | 5.6 | 5.5 | mg/dL |
| Bilirubin, Total | 0.0-1.2 | - | 1.1 | 0.3 | 0.7 | mg/dL |
| AST (SGOT) | 0-40 | - | 22 | 15 | 21 | IU/L |

CONFIDENTIAL

1 Of 4
August 14, 2014

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 13

Saglimbeni000084

**DX1492-84**

For: Mauro Botta





**Questions about your results?**

We're here to help! To speak with a Preventive Health Nurse or with a Personal Health Coach, please call us at 212.333.5160 or email us at Assistance@EHEIntl.com

| Lab Results | Current Reference | Aug 2014 | Jul 2014 | Dec 2010 | Aug 2007 | Units |
|---|---|---|---|---|---|---|
| ALT (SGPT) | 0-44 | - | 16 | 14 | 32 | IU/L |
| GGT | 0-65 | - | 24 | 17 | 14 | IU/L |
| Alkaline Phosphatase, S | 39-117 | - | 70 | 55 | 55 | IU/L |
| Iron, Serum | 40-155 | - | 155 | 49 | 95 | ug/dL |
| Iron Bind.Cap.(TIBC) | 250-450 | - | 342 | 271 | 305 | ug/dL |
| Iron Saturation | 15-55 | - | 55 | 18 | 31 | % |
| Protein, Total, Serum | 6.0-8.5 | - | 7.5 | 6.8 | 7.6 | g/dL |
| Albumin, Serum | 3.5-5.5 | - | 4.9 | 4.2 | 4.6 | g/dL |
| Globulin, Total | 1.5-4.5 | - | 2.6 | 2.6 | 3.0 | g/dL |
| A/G Ratio | 1.1-2.5 | - | 1.9 | 1.6 | 1.5 | |
| Carbon Dioxide, Total | 18-29 | - | 25 | 26 | 23 | mmol/L |
| UIBC | 150-375 | - | 154 | 222 | 205 | ug/dL |
| eGFR | >59 | - | >59 | >59 | >60 | mL/min/1.73 |
| eGFR AfricanAmerican | >59 | - | >59 | >59 | >60 | mL/min/1.73 |
| eGFR If NonAfrican Am | >59 | - | 75 | - | - | mL/min/1.73 |
| eGFR If African Am | >59 | - | 87 | - | - | mL/min/1.73 |
| TSH | 0.450-4.500 | - | 1.440 | 1.050 | 1.567 | uIU/mL |
| Hemoglobin | >=13.9 and <=17.1 | 15.1 | 15.4 | 14.4 | 15.8 | g/dL |
| Hematocrit | >=42.0 and <=54.0 | 45.6 | 44.0 | 41.1 | 45.6 | % |
| RBC | 4.14-5.80 | 5.13 | 5.10 | 4.74 | 5.04 | x10B6/uL |

CONFIDENTIAL

2 Of 4
August 14, 2014

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 11 of 13

Saglimbeni000085

**DX1492-85**





For: Mauro Botta

Questions about your results?
We're here to help! To speak with a Preventive
Health Nurse or with a Personal Health Coach,
please call us at 212.332.5160 or email us at
Assistance@EHEintl.com

| Lab Results | Current Reference | Aug 2014 | Jul 2014 | Dec 2010 | Aug 2007 | Units |
|---|---|---|---|---|---|---|
| MCV | 79-97 | 89 | 86 | 87 | 90 | fL |
| MCH | 26.6-33.0 | 29.4 | 30.2 | 30.4 | 31.4 | pg |
| MCHC | 31.5-35.7 | 33.1 | 35.0 | 35.0 | 34.7 | g/dL |
| RDW | 12.3-15.4 | 13.3 | 13.1 | 13.2 | 12.9 | % |
| WBC | 3.4-10.8 | 4.7 | 2.1 | 7.0 | 4.1 | x10E3/uL |
| Neutrophils | 40-74 | 53 | 61 | 66 | 46 | % |
| Lymphs | 14-46 | 31 | 44 | 24 | 45 | % |
| Monocytes | 4-12 | 9 | 12 | 9 | 7 | % |
| Eos | 0-5 | 6 | 0 | 1 | 2 | % |
| Basos | 0-3 | 1 | 2 | 0 | 0 | % |
| Neutrophils (Absolute) | 1.4-7.0 | 1.7 | 2.1 | 4.6 | 1.9 | x10E3/uL |
| Lymphs (Absolute) | 0.7-3.1 | 2.3 | 1.8 | 1.7 | 1.8 | x10E3/uL |
| Monocytes (Absolute) | 0.1-0.9 | 0.4 | 0.4 | 0.6 | 0.3 | x10E3/uL |
| Eos (Absolute) | 0.0-0.4 | 0.3 | 0.2 | 0.1 | 0.1 | x10E3/uL |
| Baso (Absolute) | 0.0-0.2 | 0.0 | 0.1 | 0.0 | 0.0 | x10E3/uL |
| Platelets | 150-379 | 313 | 256 | 253 | 245 | x10E3/uL |
| Urine-Color | Yellow | - | Yellow | Yellow | Yellow | |
| Appearance | Clear | - | Clear | Clear | Clear | |
| Specific Gravity | 1.005-1.030 | - | 1.036 | 1.010 | 1.005 | |
| pH | 5.0-7.5 | - | 6.5 | 6.5 | 7.0 | |

CONFIDENTIAL

3 OF 4
August 14, 2014

Saglimbeni000086

**DX1492-86**

For: Mauro Botta





Questions about your results?

We're here to help! To speak with a Preventive
Health Nurse or with a Personal Health Coach,
please call us at 212.332.5160 or email us at
Assistance@EHEIntl.com

| Lab Results | Current Reference | Aug 2014 | Jul 2014 | Dec 2010 | Aug 2007 | Units |
|---|---|---|---|---|---|---|
| Nitrite, Urine | Negative | - | Negative | Negative | Negative | |
| Protein | Negative/Trace | - | Negative | Negative | Negative | |
| Glucose | Negative | - | Negative | Negative | Negative | |
| Ketones | Negative | - | Negative | Negative | Negative | |
| Urobilinogen,Semi-Qn | 0.0-1.9 | - | 0.2 | 0.2 | 0.2 | mg/dL |
| Bilirubin | Negative | - | Negative | Negative | Negative | |
| Occult Blood | Negative | - | Negative | Negative | Negative | |
| WBC Esterase | Negative | - | Negative | Negative | Negative | |
| WBC | 0 - 5 | - | 0-5 | None seen | 0-5 | /hpf |
| RBC | 0 - 2 | - | None seen | None seen | None seen | /hpf |
| Mucus Threads | Not Estab. | - | - | Present | - | |
| Bacteria | None seen/Few | - | Few | Few | Few | |
| Epithelial Cells (non renal) | 0 - 10 | - | None seen | None seen | 0-10 | /hpf |
| Vitamin D, 25-Hydroxy | >=20 | - | ■■■■■■ | - | - | ng/mL |

Note:
1. Reference range presented is for the most recent lab result
2. LabCorp's laboratories are subject to the College of American Pathologists ("CAP") proficiency testing program, state surveys and LabCorp's own quality control programs. The CAP has been authorized by the Center for Medicare and Medicaid
Services to inspect clinical laboratories to determine adherence to the Clinical Laboratory Improvement Act of 1967, and the Clinical Laboratory Amendments of 1988 (collectively, as amended, "CLIA") standards. All lab relevant ranges are
established by LabCorp in accordance with industry standards, except for HDL and LDL, Total Cholesterol, Triglycerides, Hemoglobin, Hematocrit, Homocysteine and Vitamin D, 25 Hydroxy, current reference ranges which are based on EHE's Medical
Advisory Board guidelines.

CONFIDENTIAL

4 Of 4
August 14, 2014

Electronically signed by Teresa Mueting, FNP on 01/01/1900 12:00 am in ᵉElationHealth

Saglimbeni000087

**DX1492-87**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:13 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000088

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in ElationHealth .

**Interactive Patient Chart Contents:**

- 04/04/2016 Insurance Report  *MRI AUTH*
- 09/21/2015 History Report  *PATIENT MEDICAL REVIEW*
- 12/16/2014 History Report  *PREVIOUS VISIT*
- 11/06/2014 History Report  *PREVIOUS VISIT*

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 23

Saglimbeni000089

**DX1492-89**



Date: 4/4/2016                                    **CONFIDENTIAL**

DR. ANTHONY SAGLIMBENI
550 S WINCHESTER BLVD STE 100
SAN JOSE, CA 95128

Re: MAURO BOTTA
Subscriber ID #: 975270214
Notification #: CC76929391

Dear Provider:

UnitedHealthcare requires prior notification for the following outpatient imaging procedures:
CT scans, MRIs, MRAs, PET scans, and nuclear medicine studies, including nuclear cardiology.
This notification provides UnitedHealthcare with an opportunity to enhance consistency between
the use of imaging studies and evidence based guidelines.

Our records indicate you contacted UnitedHealthcare for a notification of 72148 – MRI
LUMBAR SPINE W/O CONTRAST on behalf of MAURO BOTTA.

This letter is to confirm your notification for the above referenced procedure. The notification
number is valid from 4/4/2016 - 5/19/2016.

This notification number is not a guarantee of payment and is not a medical necessity or
coverage determination.

To view the current status of this request, visit www.unitedhealthcareonline.com and select
Radiology Notification and Status under the Notifications menu or call UnitedHealthcare at
(866) 889-8054.

Sincerely,

UnitedHealthcare

URNP5904

Electronically signed by Anthony Saglimbeni, M.D. on 04/05/2016 9:47 am in ᴱElationHealth

Saglimbeni000090



## PRIVATE HEALTH

### Anthony J. Saglimbeni, M.D.

# Patient Medical Review

Mauro Botta
Patient's Name

9/21/2015
Date

Please take the time to complete the following review as thoroughly and honestly as possible.
The information you provide in this document is protected by HIPAA laws and will only be used by
your physician's practice to assess and provide you with medical care.

## Health | Vitality | Longevity

Saglimbeni000091

**DX1492-91**

9/22/2015            Dr Saglimbeni Patient Medical Review.xlsx

©Paragon Private Health 2012 - 2015

**Paragon Private Health - Patient Medical Review**

Date of Birth: 10/26/77          Height:  5'9"        Weight: 167

List any concerns your would like to discuss with your physician: __ __ __ __ __ __ __ __

_____
_____
_____
_____

**MEDICAL HISTORY:** An important component of your membership and annual physical exam is a thorough evaluation of your medical history. Please review the following information and place a check mark next to all that apply and include the year of the diagnosis.

| Allergy/Immunology | Yes/ No | Year |
|---|---|---|
| Environmental Allergies | Yes | til 2003 |
| Immunodeficiencies | No | |
| Seasonal Allergies | Yes | til 2003 |
| Other (Asthma) | Yes | til 2003 |

| Hematological | Yes/ No | Year |
|---|---|---|
| Anemia (low blood counts) | No | |
| B12 Deficiency | No | |
| Sickle Cell Anemia | No | |
| Other | No | |

| Endocrine | Yes/ No | Year |
|---|---|---|
| Adrenal Disorders | No | |
| Diabetes | No | |
| High Cholesterol | No | |
| High Triglycerides | No | |
| Obesity | No | |
| Osteoporosis | No | |
| Thyroid Disease | No | |
| Other | No | |

| Renal/Genitourinary | Yes/ No | Year |
|---|---|---|
| BPH (enlarged prostate) | No | |
| Impotence | No | |
| Kidney Failure/Dialysis | No | |
| Kidney Insufficiency | No | |
| Kidney Stones | No | |
| Prostate Cancer | No | |
| Urinary Tract Infections | No | |
| Other | No | |

| Cardiovascular | Yes/ No | Year |
|---|---|---|
| Angioplasty or Stents | No | |
| Artery Stenosis | No | |
| Bypass Surgery | No | |
| Congestive Heart Failure | No | |
| Coronary Artery Disease | No | |
| Heart Attack | No | |
| High Blood Pressure | No | |
| Pain in legs while walking | No | |
| Problems with heart valves | No | |
| Other | No | |

| Musculoskeletal / Rheumatology | Yes/ No | Year |
|---|---|---|
| Chronic Pain Syndrome | No | |
| Disease of the spine / disks | Yes | 2014 |
| Fibromyalgia | No | |
| Gout | No | |
| Lupus | No | |
| Osteoarthritis / Degenerative Joint Disease | No | |
| Osteoporosis | No | |
| Rheumatoid Arthritis | No | |

https://am2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a836547a1.D89.1.V25.108b48vtMinwCi%2Bqmp8mJrLPd...   2/13

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 23

Saglimbeni000092

**DX1492-92**

9/22/2015 — Dr Saglimbeni Patient Medical Review.xlsx

| Other | No | |
|---|---|---|

| Dermatology / ENT | Yes/ No | Year |
|---|---|---|
| Acne | No | |
| Eczema | No | |
| Frequent / Chronic Sinusitis | No | |
| Hearing Loss | No | |
| Psoriases | No | |
| Rosacea | No | |
| Other | No | |

| Pulmonary | Yes/ No | Year |
|---|---|---|
| Asthma | Yes | Till 2003 |
| Blood clot in the lungs | No | |
| COPD / Emphysema | No | |
| Pulmonary Hypertension | No | |
| Sarcoidosis | No | |
| Sleep Apnea | No | |
| Other | No | |

| Gastroenterology | Yes/ No | Year |
|---|---|---|
| Cirrhosis / End Stage Liver Disease | No | |
| Colon Polyps | No | |
| Crohn's Disease / Ulcerative Colitis | No | |
| Gallbladder Disease | No | |
| Gastro Esophageal Reflux (GERD) | No | |
| Hepatitis | No | |
| Irritable Bowel Disease | No | |
| Stomach Ulcers | No | |
| Other | No | |

| Neurologic | Yes/ No | Year |
|---|---|---|
| Alzheimer's Disease | No | |
| Cerebral Palsy | No | |
| Migraine Headaches | No | |
| Multiple Sclerosis | No | |
| Muscular Dystrophy | No | |
| Other Dementia | No | |
| Parkinson's Disease | No | |
| Seizure Disorder | No | |
| Stroke | No | |
| Tension Headaches | No | |
| TIA (mini strokes) | No | |
| Other | No | |

| Mental Health / Psychiatric | Yes/ No | Year |
|---|---|---|
| Attention Deficit Disorder | No | |
| Bipolar Disorder | No | |
| Eating Disorders (i.e., bulimia, anorexia) | No | |
| Gender Identity Disorder | No | |
| Generalized Anxiety Disorder | No | |
| Insomnia | No | |
| Obsessive / Compulsive Disorder | No | |
| Panic Attacks / Panic Disorder | No | |
| Post Traumatic Stress Disorder | No | |
| Schizophrenia | No | |
| Social Phobia / Other Phobias | No | |
| Other | No | |

| Ophthalmology (EYE) | Yes/ No | Year |
|---|---|---|
| Cataracts | No | |
| Contacts | No | |
| Glasses | Yes | Since '90 |
| Glaucoma | No | |
| Other | No | |

| Oncology | Yes/ No | Year |
|---|---|---|
| Cancer | No | |
| If yes, describe type(s) below: | | |

https://am2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a83a5547a1.D89.1.V25.10848vfMnwC3%2Bqmp8mJrLPd...   3/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 23

Saglimbeni000093

**DX1492-93**

**Medication Allergies:**

List below all medications you have ever had an allergic reaction to.

| Medication | Type of Reaction You Had | Date |
|---|---|---|
| 1) Theofillin | Nervousness/Shaking | 1992 |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |

**Current Medications:**

List below all medications, prescription and OTC (i.e., aspirin, ibuprofen, supplements, etc.), you are taking on a regular basis.

| Medication | Dose | Frequency | Year First Started |
|---|---|---|---|
| 1) Vitamin D | 1,000 unit | Daily | Oct-14 |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |
| 9) | | | |
| 10) | | | |
| 11) | | | |
| 12) | | | |

**Illnesses, Hospitalizations and Surgeries:**

| List Illnesses and Hospitalizations | Year |
|---|---|
| | |
| | |
| | |
| | |
| | |

| List Surgeries | Year |
|---|---|
| Tonsillectomy | 1981 |

https://cm2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a93e5547a1.D89.1.V25.100849vtMnwC8%2Bqmp8mJrLPd...   4/13

Saglimbeni000094

**DX1492-94**

9/22/2015                                        Dr Saglimbeni Patient Medical Review.xlsx

| | |
|---|---|
| | |
| | |
| | |
| | |

**Injuries:**

| List Injuries | Year | Residual Effects |
|---|---|---|
| Degenerative Disc Disease | 2014 | None |
| | | |
| | | |
| | | |
| | | |

**Personal Lifestyle and Habits:**

| | | Yes | No | Examples | What You Used | Duration |
|---|---|---|---|---|---|---|
| Tobacco Use: | | | | | | |
| | Current | | No | Cigarettes, cigars, pipe, | | ____ years |
| | Previous | | No | chewing | | ____ years |
| Caffeine | | Yes | | | Coffee | 3/4 a day |
| Alcohol | | Yes | | Beer, wine, liquor | Beer | once a month 2 beers |
| Illicit Drug Use: | | | | | | |
| | Current | | No | Marijuana, cocaine, | | ____ x / week |
| | Previous | | No | mushrooms, LSD, heroin, etc. | | ____ x / week |

**Environmental Exposure and Communicable Disease:**

| Type | Yes | No | Year Diagnosed |
|---|---|---|---|
| Tuberculosis | | No | |
| Lead | | No | |
| Asbestos | | No | |
| Solvents | | No | |
| Herbicides / Pesticides | | No | |
| Second-Hand Smoke | | No | |
| Other Pollutants | | No | |
| Blood Transfusions | | No | |
| Tattoos | | No | |
| Body Piercings | | No | |
| Gonorrhea | | No | |
| Chlamydia | | No | |
| Syphilis | | No | |
| HIV / AIDS | | No | |
| Herpes | | No | |
| Genital Warts | | No | |
| Other Sexually Transmitted Diseases | | No | |

https://cm2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a83b5547a1.D89.1.V25.108b48vtfvhwrC3%2Bqmp8mJrLPd...   5/13

Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 23

Saglimbeni000095

**DX1492-95**

9/22/2015                                   Dr Saglimbeni Patient Medical Review.xlsx

**Family History:**

| Relationship | Current Age | If Deceased, Age at Death | Cause of Death | Known Medical Conditions |
|---|---|---|---|---|
| Mother | 67 | | | Glaucoma, Shoulder issues, nickel allergy, intolerance to gluten, high pressure |
| Father | 66 | | | None |
| Grandmothers: | | | | |
| Maternal | | don't't recall | Natural | |
| Paternal | | don't't recall | Natural | |
| Grandfathers: | | | | |
| Maternal | | don't't recall | Leukemia | |
| Paternal | | don't't recall | Heart Attack | |
| Sisters: | | | | |
| 1) | | | | |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |
| Brothers: | | | | |
| 1) | 41 | | | None |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |
| Children: | | | | |
| 1) | | | | |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |

**Have any of your relatives listed above experienced any of the following?**

| Condition | Yes | No | Which Relative(s) |
|---|---|---|---|
| Abnormal Lipids | | | |
| Breast Cancer | | | |
| Colon Cancer | | | |
| Diabetes | | | |
| Heart Disease | | | |

---

Mauro Botta
                                                                    DOB: Oct. 26, 1977
                                                                    Page 8 of 23

Saglimbeni000096

**DX1492-96**

9/22/2015                                           Dr Saglimbeni Patient Medical Review.xlsx

| High Blood Pressure | X | | Mother |
|---|---|---|---|
| Other Cancer(s) | X | | Grandfather - Maternal - Leukemia |
| Stroke | X | | Grandfather - Paternal |
| Thyroid Disease | | | |

**Social History:**

| Category | Please Describe |
|---|---|
| Marital Status | Single |
| Occupation | Auditor |
| Education | Bachelor Degree |
| Hobbies | Hiking, Tennis, Movies |
| Pets | None now, since 1992 - 2002 cats |

**Physical Activity:**

Do you exercise on a regular basis?          Yes / No          YES

If "yes", how many times per week? At least 3, trying for 7

What is the average duration of your exercise? 60          minutes

What types of exercise do you perform regularly? Tennis lessons and treadmill, 4.5 miles, 5.5 incline, avg HB 141

Are you currently on any type of diet?          Yes / No          No

If "yes", which one? _____

Are you satisfied with the diet?          Yes / No

Saglimbeni000097

**DX1492-97**

9/22/2015                                         Dr Saglimbeni Patient Medical Review.xlsx

**How would you rate your overall health (check one):**

| | |
|---|---|
| Excellent | X |
| Very Good | ☐ |
| Average | ☐ |
| Not So Good | ☐ |
| Poor | ☐ |

**Preventive Health Measures:**

| Type | Year | Results, If Known (I.e., Normal, Abnormal, Other) |
|---|---|---|
| Blood Pressure Check | 2015 | Normal |
| Blood work Screening | 2015 | Vitamin D levels low |
| Eye Examination | 2014 | myopia – stable |
| Females - PAP Smear | | |
| Females - Pelvic Examination | | |
| Lab work | | |
| Lipid Profile (HDL, LDL, Cholesterol) | 2015 | Bad cholesterol bit high |
| Males - Prostate Rectal Examination | | |
| Males - Prostate Specific Antigen | | |
| Physical Examination | 2014 | Bit overweight |
| Stool Guaic Test (Blood in Stool) | | |
| Urinalysis | 2014 | Normal |

**Diagnostics Studies:**

| Type | Year | Results, If Known (I.e., Normal, Abnormal, Other) |
|---|---|---|
| Angiogram / Cardiac Cath | | |
| Cardiovascular Stress Test | | |
| Chest X-Ray | 2014 | Not chest but spine x-rays |
| CIMT Scan | | |
| Colonoscopy | | |
| Dexa Scan (Bone Density Study) | | |
| EBT Scan | | |
| EKG | 2014 | Normal |
| Females - Mammogram | | |
| Flexible Sigmoidoscopy | | |
| Pet Scan | | |

**Immunizations:**

| Type | Yes | No | Date |
|---|---|---|---|
| Tetanus Vaccine | | | |
| Pneumonia Vaccine | | | |
| Shingles Vaccine | | | |

https://om2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a93s5547a1.D89.1.V25.100849vtMnwrC8%2Bqmp8rnJrLPd...   8/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 23

Saglimbeni000098

**DX1492-98**

9/22/2015                                          Dr Saglimbeni Patient Medical Review.xlsx

| | | | |
|---|---|---|---|
| Influenza Vaccine | | | |
| Hepatitis B Vaccine | X | | 2014 |
| Have you had any other vaccines in the past five (5) years? | X | | TDAP 2014 |

If "yes", please list them all: chickenpox (varicella), measles (rubeola), mumps, and rubella (German measles) in 2006

**Systems Review:**

Please check the appropriate box for each of the following symptoms.

| Cardiovascular | Unsure | Yes | No |
|---|---|---|---|
| Chest pain / tightness in the chest | | | No |
| Heart murmur | | | No |
| Heart racing | | | No |
| Irregular heart beat (palpitations) | | | No |
| Leg pain when walking | | | No |
| Orthopnea - shortness of breath when lying flat | | | No |
| PND - waking up at night with shortness of breath | | | No |
| Shortness of breath with exertion | | | No |
| Swelling of the legs | | | No |
| Varicose veins | | | No |

| Eyes, Ears, Nose and Throat | Unsure | Yes | No |
|---|---|---|---|
| Allergies (dust, red top, many grasses--June (KY Blue), meadow rescue, orchard grass, perennial rye, and Timothy) | | X | |
| Bleeding gums | | | No |
| Corrective lenses - glasses / contact lenses | | X | |
| Dentures | | | No |
| Hay Fever | | | No |
| Hearing aids | | | No |
| Hearing problems | | | No |
| Hoarseness | | | No |
| Nosebleeds | | | No |
| Sinus trouble | | | No |
| Sore throat | | | No |
| Visual symptoms (eye pain, blurring, drainage) | | | No |

| General | Unsure | Yes | No |
|---|---|---|---|
| Chills | | | No |
| Daytime sleepiness (somnolence) | | | No |
| Difficulty sleeping at night | | | No |

https://am2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a83b5547a1.D89.1.V25.108b49vfMnwC8%2Bqmp8mJrLPd...   9/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 11 of 23

Saglimbeni000099

**DX1492-99**

9/22/2015                           Dr Saglimbeni Patient Medical Review.xlsx

| | | | |
|---|---|---|---|
| Excess appetite | | | No |
| Fatigue | | | No |
| Fever | | | No |
| Lack of appetite | | | No |
| Night sweats | | | No |
| Weight gain | | | No |
| Weight loss | | | No |

| Endocrine | Unsure | Yes | No |
|---|---|---|---|
| Cold intolerance | | | No |
| Goiter | | | No |
| Heat intolerance | | | No |
| Increased hunger | | | No |
| Increased thirst | | | No |
| Increased urination | | | No |
| Infertility | | | No |
| Trembling of the hands | | | No |
| Unwanted body hair | | | No |

| Gastrointestinal | Unsure | Yes | No |
|---|---|---|---|
| Abdominal pain | | | No |
| Black stools | | | No |
| Bright red blood in stools | | | No |
| Change in bowel habits | | | No |
| Constipation | | | No |
| Diarrhea | | | No |
| Food intolerance | | | No |
| Heartburn | | | No |
| Hemorrhoids | | | No |
| Nausea | | | No |
| Need for antacids | | | No |
| Problems swallowing | | | No |
| Vomiting | | | No |

| Respiratory | Unsure | Yes | No |
|---|---|---|---|
| Asthma | | X | |
| Coughing up blood | | | No |
| Persistent cough | | | No |
| Shortness of breath | | | No |
| Wheezing | | | No |

Saglimbeni000100

**DX1492-100**

9/22/2015                                Dr Saglimbeni Patient Medical Review.xlsx

| Urinary | Unsure | Yes | No |
|---|---|---|---|
| Difficulty starting urinary stream | | | No |
| Difficulty stopping urinary stream | | | No |
| Extreme urge to urinate | | | No |
| Frequent urination - day or night | | | No |
| Involuntary loss of urine | | | No |
| Kidney stones | | | No |
| Pain or burning while urinating | | | No |

| Breasts | Unsure | Yes | No |
|---|---|---|---|
| Discharge | | | No |
| Lumps | | | No |
| Pain | | | No |

| Musculoskeletal | Unsure | Yes | No |
|---|---|---|---|
| Back pain | | X | |
| Muscle pain | | | No |
| Painful joints | | | No |
| Redness of the joints | | | No |
| Swelling of the joints | | | No |

| Neurological | Unsure | Yes | No |
|---|---|---|---|
| Blackouts / fainting | | | No |
| Difficulty remembering things | | | No |
| Difficulty thinking / problem solving | | | No |
| Dizziness | | | No |
| Headaches | | | No |
| Loss of balance | | | No |
| Loss of coordination | | | No |
| Loss of sensation | | | No |
| Nervousness | | | No |
| Paralysis or weakness of a limb | | | No |
| Slurred speech | | | No |

| Psychiatric | Unsure | Yes | No |
|---|---|---|---|
| Anxiety | | | No |
| Change in personality | | | No |
| Depression | | | No |
| Poor coordination | | | No |
| Sleep disturbance | | | No |
| Stress | | | No |

https://am2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a939b547a1.D69.1.V25.108849vifMnwC8%2f5qmp8mJrLP...    11/13

Saglimbeni000101

**DX1492-101**

9/22/2015                                    Dr Saglimbeni Patient Medical Review.xlsx

| | Unsure | Yes | No |
|---|---|---|---|
| Victim of abuse or violence | | | No |

| Skin | Unsure | Yes | No |
|---|---|---|---|
| Change in color, size/shape of mole, or skin lesion | | | No |
| Dry skin | | | No |
| Fungal nail infection | | | No |
| Rash | | | No |
| Skin ulcers | | | No |
| Unusual loss of hair | | | No |
| Warts | | | No |

| Hematologic / Oncology | Unsure | Yes | No |
|---|---|---|---|
| Easy bruising | | | No |
| Excessive bleeding | | | No |
| History of blood transfusion | | | No |
| Swollen lymph nodes | | | No |

**MALE PATIENTS - Please complete this section.**

| Genito-Reproductive (Male Only) | Unsure | Yes | No |
|---|---|---|---|
| Decrease in testicular size | | | No |
| Decreased ability to achieve erection | | | No |
| Decreased sexual desire | | | No |
| Discharge from penis | | | No |
| Lumps in testicles or scrotum | | | No |
| Problems with ejaculation | | | No |
| Testicular pain | | | No |
| Do you perform monthly testicular self-examinations? | | Yes | |

**FEMALE PATIENTS - Please complete this section.**

| Genito-Reproductive (Female Only) | Unsure | Yes | No |
|---|---|---|---|
| Bleeding between periods | | | |
| Current or past use of hormone replacement therapy | | | |
| Current or past use of oral contraceptives | | | |
| Decreased sexual desire | | | |
| Heavy vaginal discharge | | | |
| Hot flashes | | | |
| Painful intercourse | | | |
| Vaginal bleeding since menopause | | | |
| Are you, or could you be, pregnant? | | | |

https://om2b-excel.officeapps.live.com/x/_layouts/xlprintview.aspx?&NoAuth=1&sessionId=12.0c1a93d5547a1.D69.1.V25.100849vtMnwC8%2f5qmp8mJrLP...    12/13

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 14 of 23

Saglimbeni000102

**DX1492-102**

9/22/2015                                                    Dr Saglimbeni Patient Medical Review.xlsx

| | | | |
|---|---|---|---|
| Do you perform monthly breast examinations? | | | |
| Have you ever had an abnormal mammogram? | | | |
| Have you ever had an abnormal PAP smear? | | | |

What is your current form of contraception? _____

| Obstetrical (Female) | Unsure | Yes | No |
|---|---|---|---|
| Full term delivery | | | |
| Miscarriage | | | |
| Pregnancy | | | |
| Stillbirth | | | |
| Complications | | | |
| If so, what type? | | | |

Electronically signed by Anthony Saglimbeni, M.D. on 09/22/2015 7:24 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 15 of 23

Saglimbeni000103

DX1492-103

## Clinical Visit Summary

| Patient: | MAURO BOTTA | Encounter Date: | December 16, 2014 |
|---|---|---|---|

Patient:   **MAURO BOTTA**
88 EAST SAN FERNANDO ST
SAN JOSE CA 95113
tel:+1-408-282-4959
MRN:   13983
DOB:   October 26, 1977
Gender:   Male
Language: Information Not Available
Race:   Information Not Available
Ethnicity:   Information Not Available

Encounter Date: December 16, 2014
Performer:   Doctor Anthony Saglimbeni, M.D.
Contact Info:   South Bay Sports and Preventive
Medicine Associates, Inc.
455 O'Connor Drive, Suite 150
San Jose CA 95128
tel:408-293-7767

### Reason for visit

| Reason for Visit |
|---|
| Office Visit |

### Chief Complaint

| Chief Complaint |
|---|
| follow up on labs |

### History of Present Illness

| History of Present Illness |
|---|
| this is a 37 year old male for follow up of elevated lipids, low wbc and elevated iron. he has no new medical complaints. since our last visit, he had an episode of back pain and has changed to an upright deska nd is responding well to PT.  he has no othe rnew medical complaints at this time<br>PMSFS hx's are otherwise ucnhagned |

### Medical (General) History

No information about medical general history.

### Review of Systems

| Review of Systems |
|---|
| as above, otherwise negative, see below:<br><br>CONSTITUTIONAL: No fever, chills, night sweats, weight loss<br>HEENT: No ear pain, throat pain, rhinorrhea<br>CARDIOVASCULAR: No chest pain or pressure, no exertional symptoms, no palpitations or edema<br>RESPIRATORY: No dyspnea, cough, sputum<br>GASTROINTESTINAL: No nausea, vomiting, abdominal pain<br>MUSCULOSKELETAL: No myalgias, arthralgias<br>HEME/LYMPH: No easy bruising, mucosal bleeding, enlarged lymph nodes<br>NEUROLOGIC: No headache, fainting, dizziness, weakness<br>DERMATOLOGIC: No rashes |

### Vital Signs

| LOINC Code | Vital | Value | Unit | Date |
|---|---|---|---|---|
| 3141-9 | Weight | 188 | lb_ap | Dec 16, 2014 |

Saglimbeni000104

**DX1492-104**

| 8480-6 | BP Systolic | 116 | mm[Hg] | Dec 16, 2014 |
| 8462-4 | BP Diastolic | 76 | mm[Hg] | Dec 16, 2014 |
| 8867-4 | Heart rate | 76 | {beats}/min | Dec 16, 2014 |

Physical Exam

| Physical Exam |
|---|
| wn wd male in NAD |
| alert |
| no further exam |
| lab: |
| |
| LDL is 143 from 154 |
| t chol is 217 from 225 |
| cbc and cmp are normal with WBC at 4.7, unchanged |
| iron is 107 from 188 |

Problems

| ICD-9 | SNOMED CT | Problem | Effective Dates | Problem Status |
|---|---|---|---|---|
| 272.0 | 13644009 | Hypercholesterolemia | Oct 16, 2014 | Active |
| 275.09 | 60737008 | Iron excess | Oct 16, 2014 | Active |
| 288.50 | 84828003 | Leukocytopenia | Oct 16, 2014 | Active |
| 724.2 | 279039007 | Lumbago | Nov 06, 2014 | Active |

Procedures

No information about procedures.

Medications Administered During Visit

No information about medications.

Plan of Care

| Name | Type | Date |
|---|---|---|
| this 37 year old male is stable.  lipids improved some but nto to target, despite partila improvement in diet.  he wants to cotninue to try harder and feels he has more room for improvement. he'll recheke labs in 3-6 months.  meanwhile, iron and cbc normalized his back pain is reoived with PT. contineu HEP follow up as above counselled 16 mint ues | Assessment | Dec 16, 2014 |

Allergies and Adverse Reactions

| SNOMED Allergy Type Code | Medication/Agent Allergy | Reaction | Severity | Status |
|---|---|---|---|---|
| 416098002--Drug Allergy (Disorder) | theophylline-guaiFENesin (214600) | | Severe | Active |

Medications

Saglimbeni000105

**DX1492-105**

| RxNorm Code | Drug Name | Start Date | Instructions | Status |
|---|---|---|---|---|
| | Vitamin D | Dec 16, 2014 | Every day | Active |

Immunizations

No information about immunizations.

Results

No information about results.

Instructions

No information about instructions.

Social History

No information about social history.

Subjective Section

Document created by: Doctor Anthony Saglimbeni, M.D.
Electronically signed on: December 16, 2014

Saglimbeni000106

Electronically signed by Teresa Mueting, FNP on 06/18/2015 12:14 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 23

Saglimbeni000107

**DX1492-107**

## Clinical Visit Summary

| | | | |
|---|---|---|---|
| Patient: | **MAURO BOTTA** | Encounter Date: | November 6, 2014 |
| | 88 EAST SAN FERNANDO ST | Performer: | **Dr. Teresa Mueting** |
| | SAN JOSE CA 95113 | Contact Info: | South Bay Sports and Preventive |
| | tel:+1-408-282-4959 | | Medicine Associates, Inc. |
| MRN: | 13983 | | 455 O'Connor Drive, Suite 150 |
| DOB: | October 26, 1977 | | San Jose CA 95128 |
| Gender: | Male | | tel:408-293-7767 |
| Language: | Information Not Available | | |
| Race: | Information Not Available | | |
| Ethnicity: | Information Not Available | | |

### Reason for visit

| Reason for Visit |
|---|
| Office Visit |

### Chief Complaint

| Chief Complaint |
|---|
| patient here for follow up --mh |

### History of Present Illness

| History of Present Illness |
|---|
| 37 yr old male returns after 4 weeks of PT for back pain. Patient states about 80% improvement. He would like to continue PT for a few more weeks. Pain does not radiate, no lower leg weakness, numbness or tingling. No change in bowel or bladder function. He does report occasional back pain with bowel movements but not always. No change in stool size or blood. Pain only with certain bending movements.<br>Was seen by DR Saglimbeni and has abnormal labs, is pending follow up Dec. 9th.<br>PMH: reviewed<br>Medications: reviewed |

### Medical (General) History

No information about medical general history.

### Review of Systems

| Review of Systems |
|---|
| CONSTITUTIONAL: Negative for: fever, chills, night sweats, weight loss.<br>CARDIOVASCULAR: Negative for: chest pain, palpitations, edema<br>RESPIRATORY: Negative for wheezing, dyspnea, cough<br>GASTROINTESTINAL: Negative for: nausea, vomiting, abdominal pain, constipation, diarrhea, jaundice, or melena. Occasional back pain with BM's.<br>GU: Negative for: dysuria, frequency, incontinence or hematuria. No hernias.<br>MUSCULOSKELETAL: Back pain as noted in HPI. Negative for: myalgias, arthralgias, joint swelling or muscle spasm<br><br>DERMATOLOGIC: No rashes.<br>NEUROLOGIC: No HAs, dizziness, paresthesias. No gait disturbance. No focal motor neuro deficits. |

### Vital Signs

| LOINC Code | Vital | Value | Unit | Date |
|---|---|---|---|---|



Saglimbeni000108

**DX1492-108**

| 3141-9 | Weight | 190 | lb_ap | Nov 06, 2014 |
| 8480-6 | BP Systolic | 124 | mm[Hg] | Nov 06, 2014 |
| 8462-4 | BP Diastolic | 80 | mm[Hg] | Nov 06, 2014 |
| 8867-4 | Heart rate | 70 | {beats}/min | Nov 06, 2014 |
| 54562-0 | Pain scale | 0 | N/A | Nov 06, 2014 |

## Physical Exam

No information about physical exam.

## Problems

| ICD-9 | SNOMED CT | Problem | Effective Dates | Problem Status |
| --- | --- | --- | --- | --- |
| 724.2 | 279039007 | Lumbago | Nov 06, 2014 | Active |

## Procedures

No information about procedures.

## Medications Administered During Visit

No information about medications.

## Plan of Care

| Name | Type | Date |
| --- | --- | --- |
| GENERAL: A&O x3, NAD, VSS stable<br>RESP: CTA, unlabored<br>CV: S1 S2 RRR<br>ABD: soft, non tender, normal bowel sounds<br>SKIN: warm and dry, no rashes<br>MUSCULOSKELETAL: ROM at waist WNL, no pain, steady gait, SLE neg, unable to reproduce pain, points to localized area of pain, RT lateral paraspinal lumbar. No midline tenderness. Plantar and dorsi flexion strong, no SI or piriformis tenderness, DTRs +2 = and normal. Ambulates without limp. | Assessment | Nov 06, 2014 |
| 1) Lumbago- PT resumed. Has appointment with DR Saglimbeni on Dec 9th. Will recheck at that time. If intermittent pain with BM's continues, consider GI referral. If back pain worsen, changes consider MRI.<br>Return sooner if symptoms change opt worsen. | Plan | Nov 06, 2014 |

## Allergies and Adverse Reactions

| SNOMED Allergy Type Code | Medication/Agent Allergy | Reaction | Severity | Status |
| --- | --- | --- | --- | --- |
| 416098002--Drug Allergy (Disorder) | theophylline-guaiFENesin (214600) | | Severe | Active |

## Medications

| RxNorm Code | Drug Name | Start Date | Instructions | Status |
| --- | --- | --- | --- | --- |
| | Vitamin D | Dec 16, 2014 | Every day | Active |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 21 of 23

DX1492-109

Saglimbeni000109

Immunizations

No information about immunizations.

Results

No information about results.

Instructions

No information about instructions.

Social History

No information about social history.

Subjective Section

Document created by: Doctor Anthony Saglimbeni, M.D.
Electronically signed on: November 10, 2014



Saglimbeni000110

**DX1492-110**

Electronically signed by Teresa Mueting, FNP on 06/18/2015 12:13 pm in **Elation**Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 23 of 23

Saglimbeni000111

**DX1492-111**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000112

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in *Elation*Health    .

**Interactive Patient Chart Contents:**

- 11/28/2016 Lab Report  *cbc (includes diff/plt), comprehensive metabolic panel, hemoglobin a1c with mpg...*
- 03/22/2016 Lab Report  *lipid panel with reflex to direct ldl: chol/hdlc ratio, lipid panel with reflex to direct ld..*
- 09/22/2015 Lab Report  *LAB ORDER*
- 09/22/2015 Lab Report  *LAB ORDER*
- 09/14/2015 Lab Report  *cbc (includes diff/plt), comprehensive metabolic panel, hemoglobin a1c with mpg...*
- 05/29/2015 Lab Report  *lipid profile*
- 07/28/2016 Imaging Report  *MRI RT ELBOW*
- 04/07/2016 Imaging Report  *MRI LSPINE*

Saglimbeni000113

**DX1492-113**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in* **Elation**Health

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 11/29/2016 1:55 am
Ordered By: SAGLIMBENI,ANTHONY

Requisition No.: 5007860

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPOPROTEIN (a) | | | |
| LIPOPROTEIN (a) | 49 | < 75 nmol/L | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| **CHOLESTEROL, TOTAL** | **216** H | 125 - 200 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 52 | OR = 40 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 75 | < 150 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| **LDL-CHOLESTEROL** | **149** H | < 130 mg/dL (calc) | |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

FASTING:YES

Saglimbeni000114

**DX1492-114**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO

CHOL/HDLC RATIO  4.2  OR = 5.0 (calc)

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: LDL/HDL RATIO

LDL/HDL RATIO  2.9  (calc)

| Below Average Risk: | <2.28 |
| Average Risk: | 2.28-4.90 |
| Moderate Risk: | 4.91-7.12 |
| High Risk: | >7.13 |

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL

**NON HDL CHOLESTEROL**  **164** [!!]  mg/dL (calc)

Target for non-EDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

HS CRP

HS CRP  0.9  mg/L

Lower relative cardiovascular risk according to
AHA/CDC guidelines.

| For ages >17 Years: | |
| hs-CRP mg/L | Risk According to AHA/CDC Guidelines |
| <1.0 | Lower relative cardiovascular risk. |
| 1.0-3.0 | Average relative cardiovascular risk. |
| 3.1-10.0 | Higher relative cardiovascular risk. Consider retesting in 1 to 2 weeks to exclude a benign transient elevation in the baseline CRP value secondary to infection or inflammation. |
| >10.0 | Persistent elevation, upon retesting, may be associated with infection and inflammation. |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 19

Saglimbeni000115

**DX1492-115**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

HOMOCYSTEINE

| **HOMOCYSTEINE** | **11.8** H | < 11.4 umol/L | |

Homocysteine is increased by functional deficiency of
folate or vitamin B12.  Testing for methylmalonic acid
differentiates between these deficiencies.  Other causes
of increased homocysteine include renal failure, folate
antagonists such as methotrexate and phenytoin, and
exposure to nitrous oxide.

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

COMPREHENSIVE METABOLIC PANEL

| GLUCOSE | 86 | 65 - 99 mg/dL | |

Fasting reference interval

| UREA NITROGEN (BUN) | 17 | 7 - 25 mg/dL | |
| CREATININE | 1.14 | 0.60 - 1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 81 | OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 93 | OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6 - 22 (calc) | |
| SODIUM | 139 | 135 - 146 mmol/L | |
| POTASSIUM | 4.3 | 3.5 - 5.3 mmol/L | |
| CHLORIDE | 103 | 98 - 110 mmol/L | |
| CARBON DIOXIDE | 30 | 20 - 31 mmol/L | |
| CALCIUM | 9.6 | 8.6 - 10.3 mg/dL | |
| PROTEIN, TOTAL | 6.9 | 6.1 - 8.1 g/dL | |
| ALBUMIN | 4.3 | 3.6 - 5.1 g/dL | |
| GLOBULIN | 2.6 | 1.9 - 3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | 1.0 - 2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.6 | 0.2 - 1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 73 | 40 - 115 U/L | |
| AST | 15 | 10 - 40 U/L | |
| ALT | 14 | 9 - 46 U/L | |

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

HEMOGLOBIN A1C WITH MPG

| HEMOGLOBIN A1C | 5.3 | < 5.7 % of total Hgb | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 19

Saglimbeni000116

**DX1492-116**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

According to ADA guidelines, hemoglobin A1c <7.0%
represents optimal control in non-pregnant diabetic
patients. Different metrics may apply to specific
patient populations. Standards of Medical Care in
Diabetes-2013. Diabetes Care. 2013;36:s11-s66

For the purpose of screening for the presence of
diabetes
<5.7%       Consistent with the absence of diabetes
5.7-6.4%    Consistent with increased risk for diabetes
            (prediabetes)
>or=6.5%    Consistent with diabetes

This assay result is consistent with a decreased risk
of diabetes.

Currently, no consensus exists for use of hemoglobin
A1c for diagnosis of diabetes for children.

| MEAN PLASMA GLUCOSE | 111 | mg/dL (calc) | |

FASTING:YES

| Accession No.: EN085745H | | Collected: 11/28/2016 7:22 am |
|---|---|---|
| Status: FINAL | | Completed: 11/30/2016 2:14 pm |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | | | |
| **VITAMIN D,25-OH,TOTAL,IA** | **16** | 30 - 100 ng/mL | |

Vitamin D Status       25-OH Vitamin D:

Deficiency:            <20 ng/mL
Insufficiency:         20 - 29 ng/mL
Optimal:               > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)

FASTING:YES

| Accession No.: EN085745H | | Collected: 11/28/2016 7:22 am |
|---|---|---|
| Status: FINAL | | Completed: 11/30/2016 2:14 pm |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| URIC ACID | | | |
| URIC ACID | 5.3 | 4.0 - 8.0 mg/dL | |

Therapeutic target for gout patients: <6.0 mg/dL

FASTING:YES

| Accession No.: EN085745H | | Collected: 11/28/2016 7:22 am |
|---|---|---|
| Status: FINAL | | Completed: 11/30/2016 2:14 pm |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| TSH W/REFLEX TO FT4 | | | |

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 19



Saglimbeni000117

**DX1492-117**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| T SH W/REFLEX TO FT4 | 1.17 | 0.40 - 4.50 mIU/L | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | |
| WHITE BLOOD CELL COUNT | 3.7 Ⓛ | 3.8 - 10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.01 | 4.20 - 5.80 Million/uL | |
| HEMOGLOBIN | 14.5 | 13.2 - 17.1 g/dL | |
| HEMATOCRIT | 43.9 | 38.5 - 50.0 % | |
| MCV | 87.6 | 80.0 - 100.0 fL | |
| MCH | 28.9 | 27.0 - 33.0 pg | |
| MCHC | 32.9 | 32.0 - 36.0 g/dL | |
| RDW | 12.8 | 11.0 - 15.0 % | |
| PLATELET COUNT | 235 | 140 - 400 Thousand/uL | |
| MPV | 8.6 | 7.5 - 11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1476 Ⓛ | 1500 - 7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1750 | 850 - 3900 cells/uL | |
| ABSOLUTE MONOCYTES | 266 | 200 - 950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 196 | 15 - 500 cells/uL | |
| ABSOLUTE BASOPHILS | 11 | 0 - 200 cells/uL | |
| NEUTROPHILS | 39.9 | % | |
| LYMPHOCYTES | 47.3 | % | |
| MONOCYTES | 7.2 | % | |
| EOSINOPHILS | 5.3 | % | |
| BASOPHILS | 0.3 | % | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| URINALYSIS, COMPLETE W/REFLEX TO CULTURE | | | |
| COLOR | YELLOW | YELLOW | |
| APPEARANCE | CLEAR | CLEAR | |
| SPECIFIC GRAVITY | 1.017 | 1.001 - 1.035 | |
| PH | 6.0 | 5.0 - 8.0 | |
| Glucose | NEGATIVE | NEGATIVE | |
| BILIRUBIN | NEGATIVE | NEGATIVE | |
| KETONES | NEGATIVE | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | NEGATIVE | |
| PROTEIN | NEGATIVE | NEGATIVE | |
| NITRITE | NEGATIVE | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE | |
| WBC | NONE SEEN | OR = 5 /HPF | |
| RBC | NONE SEEN | OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | OR = 5 /HPF | |
| BACTERIA | NONE SEEN | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | NONE SEEN /LPF | |
| FASTING:YES | | | |

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

---



Saglimbeni000118

**DX1492-118**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| REFLEXIVE URINE CULTURE | | | |
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | | |

FASTING:YES

Accession No.: EN085745H
Status: FINAL

Collected: 11/28/2016 7:22 am
Completed: 11/30/2016 2:14 pm

**Abnormal Value Legend:**
H = Above high normal    L = Below low normal

**Testing Center Information:**
Quest Diagnostics-Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617
Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226

Electronically signed by Chris Chung, M.D. on 12/01/2016 7:26 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 19



**SOAR/TPMG SJ**
550 South Winchester Blvd
Suite 100
San Jose, CA 95128
(408)247-4900

**Patient Name:** BOTTA, MAURO
**Date of Birth:** 10/26/1977
**Account/ID:** 944697
**Study Date:** 07/28/2016
**Referral By:** Anthony Saglimbeni, M.D.

**PROCEDURE:** MR Right Elbow (MRI EXT UPPER JOINT W/O CO)

**HISTORY:**
Evaluate tendon tear. Injury July 23rd. Pain. Weakness.

**TECHNIQUE:**
Coronal PD and STIR and sagittal PD and STIR and axial T2 and STIR and sagittal T1 weighted
images were obtained.

**FINDINGS:**
The common extensor tendon is intact. There is mild to moderate tendinopathy with intrasubstance
intermediate signal and abnormal morphology at its origin and underlying mild spurring. There is
overlying mild increased vascularity along the posterior surface of its origin directly deep to the marker.
There is no epicondyle bone edema.

The common flexor tendon is intact and normal. The medial collateral ligament is intact and normal.

The radial collateral and lateral ulnar collateral ligaments are intact without sprain. There is no radial
head subluxation.

Muscles are all normal. The ulnar nerve is focally slightly increased in signal posterior to the medial
epicondyle suggesting mild if any neuritis. No subluxation or mass compression. Neurovascular
structures are otherwise normal.

There is only trace joint fluid. There is no bone edema. There is no osteochondral lesion. There is no
cartilage defect or loss. There is no intra-articular body or synovitis. There is mild subchondral sclerosis
along the central aspect of the radiocapitellar articulation suggesting mild chronic stress response.

**IMPRESSION:**
No tendon tear. Mild to moderate common extensor tendinopathy at its origin with underlying mild
spurring and overlying increased vascularity along its posterior surface suggesting inflammation deep
to the marker.

No intra-articular abnormality.

Interpreted By: Jana Crain, M.D.
Authenticated By: Jana Crain, M.D. on 2016-07-28 09:30 [ID:1047902][IL:94027-3803]

Page 1 of 1

Electronically signed by Anthony Saglimbeni, M.D. on 07/30/2016 11:35 am in ᵉ**Elation**Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 8 of 19

Saglimbeni000120

**DX1492-120**

**SOAR/TPMG SJ**
**550 South Winchester Blvd**
**Suite 100**
**San Jose, CA  95128**
**(408)247-4900**

**Patient Name:**   BOTTA, MAURO
**Date of Birth:**   10/26/1977
**Account / ID:**   944697
**Date of Service:**   04/07/2016
**Referral By:**   Anthony Saglimbeni, M.D.

**PROCEDURE:** MR Lumbar (MRI SPINE LUMBAR W/O CO)

**HISTORY:**
Lumbar pain and right lower extremity numbness.  Evaluate herniated nucleus pulposis.
Pain since January 2016 and numbness since March 2016.

**TECHNIQUE:**
Sagittal T1, T2 and STIR images, axial T1 and T2 images.

**FINDINGS:**
There is a normal alignment of the lumbar spine.  Conus ends at L1.  Conus and cauda
equina are normal.

There is no acute compression fracture, spondylolysis or infiltrative bone marrow
process noted.

T12-L1 through L3-L4 levels demonstrate normal intervertebral disc spaces without
herniated disc, central or foraminal stenosis.

L4-L5:  There is moderate disc desiccation, mild height loss and a broad-based central
disc extrusion with inferior migration, 1.3 cm wide by 0.3 cm AP by 1.1 cm craniocaudad.
Disc extrusion touches both descending L5 nerve roots.  Central canal and neural
foramine are patent.

L5-S1:  There is moderate disc desiccation, marked height loss and a broad-based
central disc extrusion with inferior migration, 1.1 cm wide by 0.3 cm AP by 0.7 cm
craniocaudad.  There is underlying annular fissure.  There is no central canal stenosis.
There is mild-moderate bilateral foraminal stenosis.

**IMPRESSION:**
1. L4-L5 moderate degenerative disc changes and broad-based central disc extrusion
with inferior migration touching both descending L5 nerve roots.
2. L5-S1 moderate degenerative disc changes and broad-based central disc extrusion
with inferior migration contributing to mild-moderate bilateral foraminal stenosis.

Interpreted By: Jean-Pierre Phancao, M.D.
Authenticated By: Jean-Pierre Phancao, M.D. on 2016-04-07 09:03
[ID:1013349][IL:94118-1618]

Page 1 of 1

Electronically signed by Anthony Saglimbeni, M.D. on 04/11/2016 7:45 am in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 19

Saglimbeni000121

DX1492-121

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in* **Elation**Health

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 03/23/2016 5:30 am
Ordered By: SAGLIMBENI,ANTHONY

Requisition No.: 5006715

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL: CHOLESTEROL, TOTAL | | | |
| CHOLESTEROL, TOTAL | 187 | 125 - 200 mg/dL | |
| Accession No.: EN499604Q | | | Collected: 03/22/2016 10:13 am |
| Status: FINAL | | | Completed: 03/23/2016 5:28 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 54 | > OR = 40 mg/dL | |
| Accession No.: EN499604Q | | | Collected: 03/22/2016 10:13 am |
| Status: FINAL | | | Completed: 03/23/2016 5:28 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 70 | <150 mg/dL | |
| Accession No.: EN499604Q | | | Collected: 03/22/2016 10:13 am |
| Status: FINAL | | | Completed: 03/23/2016 5:28 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL: LDL-CHOLESTEROL | | | |
| LDL-CHOLESTEROL | 119 | <130 mg/dL (calc) | |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| | | | |
|---|---|---|---|
| Accession No.: EN499604Q | | | Collected: 03/22/2016 10:13 am |
| Status: FINAL | | | Completed: 03/23/2016 5:28 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 3.5 | < OR = 5.0 (calc) | |
| Accession No.: EN499604Q | | | Collected: 03/22/2016 10:13 am |
| Status: FINAL | | | Completed: 03/23/2016 5:28 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL: NON HDL CHOLESTEROL | | | |
| NON HDL CHOLESTEROL | 133 | mg/dL (calc) | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 19

Saglimbeni000122

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

Target for non-HDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

Accession No.: EN499604Q
Status: FINAL

Collected: 03/22/2016 10:13 am
Completed: 03/23/2016 5:28 am

**Testing Center Information:**
Quest Diagnostics Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617

Electronically signed by Anthony Saglimbeni, M.D. on 03/23/2016 10:30 pm in ElationHealth

Saglimbeni000123

**DX1492-123**

Quest
Diagnostics

Care360

Mauro Botta

**BILL TO:**  ☐ OUR ACCOUNT  ☐ PATIENT  ☐ WC  ☐ HMO/IPA
☐ MEDICARE A  ☐ MEDICARE B  ☐ MEDI-CAL
☐ INSURANCE  ☐ CHDP  ☐ PACT

**COMPLETE FOR ALL BILLING TYPES**

PATIENT'S LAST NAME: Botta   FIRST NAME: Mauro

SEX  DOB   TIME  ☐ AM ☐ PM   DATE COLLECTED  PATIENT ID/CHART #  ROOM/LOCATION

RESPONSIBLE PARTY (Please Print)

PATIENT'S PHONE #   ORDERING PROVIDER   SUPERVISING PHYSICIAN

ADDRESS

CITY/STATE/ZIP

TOTAL VOL./HRS.   COMMENTS, CLINICAL INFORMATION

☐ FASTING
☐ NON FASTING
☐ Fax Results to:

**COPY OF INSURANCE – HMO/IPA CARD REQUIRED**
PRIMARY INSURANCE COMPANY - HMO/IPA HEALTH PLAN

ADDRESS (Street/City/State/Zip)

CERTIFICATE #   GROUP #

MEDI-CAL/MEDICARE #   MEDI-CAL ISSUE DATE   STATE

Patient Signature:

**ORGAN / DISEASE PANELS**

**OTHER TESTS (continued)**

**HEMATOLOGY**

**OTHER TESTS**

**MICROBIOLOGY**

**Stool Pathogens**

---

Electronically signed by Anthony Saglimbeni, M.D. on 09/25/2015 4:47 pm in ElationHealth

Saglimbeni000124

DX1492-124

Quest Diagnostics
550 S Winchester Blvd Ste 100
San Jose, CA 95128
408-253-7767

**INFORMATION MUST BE PROVIDED OR ACCOUNT WILL BE BILLED - Please Print Clearly**

| PATIENT'S LAST NAME | FIRST NAME |
|---|---|
| Botta | Mauro |

BILL TO: ☐ OUR ACCOUNT ☐ PATIENT ☐ WC ☐ HMO/IPA
☐ MEDICARE A ☐ MEDICARE B ☐ MEDI-CAL
☐ INSURANCE ☐ CHDP ☐ PACT

**COMPLETE FOR ALL BILLING TYPES**

SEX | DOB | TIME ☐ AM ☐ PM | DATE COLLECTED Required | PATIENT ID/CHART # | ROOM/LOCATION

RESPONSIBLE PARTY (Please Print)

PATIENT'S PHONE # | ORDERING PROVIDER | SUPERVISING PHYSICIAN

ADDRESS

CITY/STATE/ZIP

TOTAL VOL./HRS. | COMMENTS, CLINICAL INFORMATION

☐ FASTING
☐ NON FASTING
☐ Fax Results to:

**COPY OF INSURANCE - HMO/IPA CARD REQUIRED**

PRIMARY INSURANCE COMPANY - HMO/IPA HEALTH PLAN

ADDRESS (Street/City/State/Zip)

CERTIFICATE # | GROUP #

MEDI-CAL/MEDICARE # | MEDI-CAL ISSUE DATE | STATE

Patient Signature:

For any patient of any payer (including Medicare and Medi-Cal) that has a medical necessity requirement, you should only order those tests which are medically necessary for the diagnosis and treatment of the patient.

**ORGAN / DISEASE PANELS**

☐ ELECTROLYTE PANEL
☐ HEPATIC FUNCTION PANEL
☐ BASIC METABOLIC PANEL w/eGFR
☐ COMP METABOLIC PANEL w/eGFR
☐ LIPID PANEL w/RATIOS
☐ OBST PANEL w/REFLEX DIRECT LDL
☐ OBSTETRIC PANEL w/REFLEX
☐ HEPATITIS PANEL, ACUTE w/REFLEX
☐ RENAL FUNCTION PANEL w/eGFR

**HEMATOLOGY**

☐ HEMOGLOBIN
☐ HEMATOCRIT
☐ CBC
☐ CBC w/DIFF
☐ PT WITH INR
☐ PTT, ACTIVATED

**OTHER TESTS**

☐ ABO GROUP & RH TYPE
☐ AFP TUMOR MARKER
☐ ALBUMIN (Alb)
☐ ALKALINE PHOSPHATASE (AP)

**OTHER TESTS (continued)**

ALT (SGPT)
AMYLASE
ANA, W/REFLEX TITER
ANTIBODY SCR, RBC W/REFLEX ID
AST (SGOT)
BILIRUBIN, DIRECT (DBM)
BILIRUBIN, TOTAL (TBIl)
C-REACTIVE PROTEIN
CA 125
CA 27.29
CALCIUM (Ca)
CARDIO CRP
CCP Ab IgG
CEA
CHOLESTEROL, TOTAL (TChol)
CK, TOTAL
CREATININE (Cr) w/eGFR
DHEA SULFATE
DIRECT LDL
ESTRADIOL
FERRITIN
FOLIC ACID
FSH
GGT
GLUCOSE, CSF/, SCR
GLUCOSE, PLASMA
GLUCOSE, SERUM (Glu)
HCG, SERUM, QUAL
HCG, SERUM, QUANT
HEMOGLOBIN A1C W/M/PG
HEP B SURFACE AB (Ab)
HEP B SURFACE Ag W/REFLEX CONFIRM
HEP C VIRUS Ab
HIV 1/2 AG/Ab, 4TH W/REFLEX

**OTHER TESTS (continued)**

HOMOCYSTEINE, CARDIOVASCULAR
IMMUNIZATION
INSULIN
IRON (TOT), IBC W-SAT
IRON, TOTAL
LDH
LEAD (B)
LIPASE
MAGNESIUM
MICROALBUMIN, RANDOM URINE W/CREAT
CBC BLD, FEUES - FIT, InSure
PHOSPHORUS
POTASSIUM (K)
PROGESTERONE
PROLACTIN
PSA, TOTAL
RBC/LCD/PTE COUNT, AUTOMATED
RHEUMATOID FACTOR
RPR (MONITORING) W/REFLEX TITER
RPR (DX) W/REFLEX CONFIRM
RUBELLA Ab, IgG
SED RATE BY MOD WEST
TESTOSTERONE, MALE
TESTOSTERONE, TOTAL LCMS/MS
THYROID PEROXIDASE ANTIBODIES (TPO)
THYROGLOBULIN (Tg)
TSH
TSH W/REFLEX T-4, FREE
T3, FREE
T3, TOTAL
T3 UPTAKE
T-4 (THYROXINE), FREE

T-4 (THYROXINE), FREE
UA, D-PSTICK ONLY
UA, D-PSTICK W/REFLEX TO MICROSCPIC
UA, COMPLETE (PSTICK & MICROSCOPIC)
UA, COMPLETE, REFLEX CULTURE
UREA NITROGEN (BUN)
URIC ACID
VALPROIC ACID
VARICELLA-ZOSTER VIRUS Ab (IGG)
VITAMIN B12/FOLIC ACID
VITAMIN B12
VITAMIN D, 25 HYDROXY, TOTAL, IMMUNOASSAY

**MICROBIOLOGY**

CULTURE, AEROBIC BACTERIA
CULTURE, AEROBIC & ANAEROBIC
CULTURE, GP, A STREP
CULTURE, GP, B STREP
CULTURE, GENITAL
CULTURE, THROAT
CULTURE, URINE, ROUTINE, INC W/REFLEX
CULTURE, URINE, ROUTINE, INC W/REFLEX (AER)
Amplified Specimen Type (please check one)
☐ Endocervical ☐ Urethral ☐ Urine ☐ Vaginal
☐ Chlamydia & N. gonorrhoeae RNA, TMA

**Stool Pathogens**
Giardia, Cryptosporidium
O & P SURFACE AG STOOL
H. PYLORI AG, EIA STOOL
O & P W/PERMANENT STAIN
+ Additional charge for ID and Susceptibilities

**CUSTOM PANELS & TESTS - Please Mark Desired Panel(s)/Test Number(s). Reflex tests are performed at an additional charge.**

**Electronically signed by Anthony Saglimbeni, M.D. on 11/11/2015 11:26 am in ElationHealth**

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 19

Saglimbeni000125

**DX1492-125**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in ElationHealth*

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 09/15/2015 12:00 am
Ordered By: SAGLIMBENI,ANTHONY

Requisition No.: 5005666

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| CHOLESTEROL, TOTAL | 208 [H] | 125 - 200 mg/dL | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 56 | > OR = 40 mg/dL | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 101 | <150 mg/dL | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| LDL-CHOLESTEROL | 132 [H] | <130 mg/dL (calc) | |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO | | | |

Mauro Botta
Saglimbeni000126

**DX1492-126**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| CHOL/HDLC RATIO | 3.7 | < OR = 5.0 (calc) | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL/HDL RATIO | | | |
| LDL/HDL RATIO | 2.4 | (calc) | |

| | |
|---|---|
| Below Average Risk: | <2.28 |
| Average Risk: | 2.29-4.90 |
| Moderate Risk: | 4.91-7.12 |
| High Risk: | >7.13 |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL | | | |
| NON HDL CHOLESTEROL | 152 | mg/dL (calc) | |

Target for non-HDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | |
| GLUCOSE | 84 | 65 - 99 mg/dL | |

Fasting reference interval

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 16 | 7 - 25 mg/dL | |
| CREATININE | 1.19 | 0.60 - 1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 78 | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 90 | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6 - 22 (calc) | |
| SODIUM | 141 | 135 - 146 mmol/L | |
| POTASSIUM | 4.2 | 3.5 - 5.3 mmol/L | |
| CHLORIDE | 103 | 98 - 110 mmol/L | |
| CARBON DIOXIDE | 26 | 19 - 30 mmol/L | |
| CALCIUM | 9.7 | 8.6 - 10.3 mg/dL | |
| PROTEIN, TOTAL | 7.4 | 6.1 - 8.1 g/dL | |
| ALBUMIN | 4.4 | 3.6 - 5.1 g/dL | |
| GLOBULIN | 3.0 | 1.9 - 3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.0 - 2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.8 | 0.2 - 1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 76 | 40 - 115 U/L | |
| AST | 16 | 10 - 40 U/L | |
| ALT | 18 | 9 - 46 U/L | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 15 of 19

Saglimbeni000127

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

HEMOGLOBIN A1C WITH MPG

| HEMOGLOBIN A1C | 5.5 | <5.7 % of total Hgb | |

According to ADA guidelines, hemoglobin A1c <7.0%
represents optimal control in non-pregnant diabetic
patients. Different metrics may apply to specific
patient populations. Standards of Medical Care in
Diabetes-2013. Diabetes Care. 2013;36:s11-s66

For the purpose of screening for the presence of
diabetes
<5.7%      Consistent with the absence of diabetes
5.7-6.4%   Consistent with increased risk for diabetes
           (prediabetes)
>or=6.5%   Consistent with diabetes

This assay result is consistent with a decreased risk
of diabetes.

Currently, no consensus exists for use of hemoglobin
A1c for diagnosis of diabetes for children.

| MEAN PLASMA GLUCOSE | 119 | mg/dL (calc) | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

VITAMIN D,25-OH,TOTAL,IA

| VITAMIN D,25-OH,TOTAL,IA | 19 | 30 - 100 ng/mL | |

Vitamin D Status       25-OH Vitamin D:

Deficiency:            <20 ng/mL
Insufficiency:      20 - 29 ng/mL
Optimal:            > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

URIC ACID

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 19



Saglimbeni000128

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| URIC ACID | 5.8 | 4.0 - 8.0 mg/dL | |

Therapeutic target for gout patients: <6.0 mg/dL

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| TSH | | | |
| TSH | 1.14 | 0.40 - 4.50 mIU/L | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | |
| WHITE BLOOD CELL COUNT | 4.4 | 3.8 - 10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.15 | 4.20 - 5.80 Million/uL | |
| HEMOGLOBIN | 15.1 | 13.2 - 17.1 g/dL | |
| HEMATOCRIT | 46.5 | 38.5 - 50.0 % | |
| MCV | 90.4 | 80.0 - 100.0 fL | |
| MCH | 29.4 | 27.0 - 33.0 pg | |
| MCHC | 32.5 | 32.0 - 36.0 g/dL | |
| RDW | 13.4 | 11.0 - 15.0 % | |
| PLATELET COUNT | 265 | 140 - 400 Thousand/uL | |
| MPV | 7.9 | 7.5 - 11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1857 | 1500 - 7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1945 | 850 - 3900 cells/uL | |
| ABSOLUTE MONOCYTES | 352 | 200 - 950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 233 | 15 - 500 cells/uL | |
| ABSOLUTE BASOPHILS | 13 | 0 - 200 cells/uL | |
| NEUTROPHILS | 42.2 | % | |
| LYMPHOCYTES | 44.2 | % | |
| MONOCYTES | 8.0 | % | |
| EOSINOPHILS | 5.3 | % | |
| BASOPHILS | 0.3 | % | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| URINALYSIS, COMPLETE W/REFLEX TO CULTURE | | | |
| COLOR | YELLOW | YELLOW | |
| APPEARANCE | CLEAR | CLEAR | |
| SPECIFIC GRAVITY | 1.021 | 1.001 - 1.035 | |
| PH | 7.0 | 5.0 - 8.0 | |
| Glucose | NEGATIVE | NEGATIVE | |
| BILIRUBIN | NEGATIVE | NEGATIVE | |
| KETONES | NEGATIVE | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | NEGATIVE | |
| PROTEIN | NEGATIVE | NEGATIVE | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 17 of 19



Saglimbeni000129

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| NITRITE | NEGATIVE | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE | |
| WBC | NONE SEEN | < OR = 5 /HPF | |
| RBC | NONE SEEN | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | NONE SEEN /LPF | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| REFLEXIVE URINE CULTURE | | | |
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | | |

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| PSA, TOTAL | | | |
| PSA, TOTAL | 0.8 | < OR = 4.0 ng/mL | |

```
This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. PSA levels, regardless of
value, should not be interpreted as absolute
evidence of the presence or absence of disease.
```

FASTING:YES
PATIENT UNABLE TO VOID; ADVISED TO RETURN FOR COLLECTION.

Accession No.: EN828905C
Status: FINAL

Collected: 09/14/2015 12:00 am
Completed: 09/16/2015 5:09 am

**Abnormal Value Legend:**
H = Above high normal    L = Below low normal

**Testing Center Information:**
Quest Diagnostics-San Jose - Mabury, 967 Mabury Rd, San Jose, CA 95133-1025
Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226
Quest Diagnostics-Sacramento - Northgate, 3714 Northgate Blvd. Sacramento, CA 95834-1617

Electronically signed by Anthony Saglimbeni, M.D. on 09/16/2015 8:40 pm in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 18 of 19

Saglimbeni000130

DX1492-130

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in ElationHealth*

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 05/30/2015 1:37 am
Ordered By: SAGLIMBENI, ANTHONY

Requisition No.: 0002447

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PROFILE | | | |
| **CHOLESTEROL, TOTAL** | 222 [H] | 125 - 200 mg/dL | |
| **TRIGLYCERIDES** | 83 | <150 mg/dL | |
| **LDL CHOLESTEROL (CALCULATED)** | 149 [H] | <130 mg/dL | |

> DESIRABLE RANGE <100 mg/dL FOR PATIENTS
> WITH CHD OR DIABETES AND <70 mg/dL FOR
> DIABETIC PATIENTS WITH KNOWN HEART
> DISEASE.

| | | | |
|---|---|---|---|
| CHOLESTEROL, HDL | 56 | > OR = 40 mg/dL | |
| **non-HDL CHOLESTEROL** | 166 [H] | mg/dL | |

Target for non-HDL cholesterol
is 30 mg/dL higher than LDL
cholesterol target.

| | | | |
|---|---|---|---|
| CHOLESTEROL/HDL RATIO | 4.0 | < OR = 5.0 | |
| LDL/HDL RATIO | 2.66 | SEE NOTE | |

Reference Range: AV.RISK 2.29-4.90

```
                MALE:      BELOW AVERAGE RISK: <2.28
                AVERAGE RISK:    2.29-4.90
                MODERATE RISK:   4.91-7.12
                HIGH RISK:       >7.13

                FEMALE:    BELOW AVERAGE RISK  <2.34
                AVERAGE RISK:    2.35-4.12
                MODERATE RISK:   4.13-5.56
                HIGH RISK:       >5.57
```

Accession No.: QI2398923
Status: FINAL

Collected: 05/29/2015 12:00 am
Completed: 05/30/2015 1:33 am

**Abnormal Value Legend:**
  H = Above high normal

**Testing Center Information:**
Quest Diagnostics, 967 Mabury Road, San Jose, CA 95133

Electronically signed by Anthony Saglimbeni, M.D. on 06/01/2015 9:12 am in ElationHealth

Saglimbeni000131

**DX1492-131**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

---

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000132

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in ✦ElationHealth   .

**Interactive Patient Chart Contents:**

- 09/22/2015  Office Visit Note   *cc: Physical Exam - cpe. 1. this 37 year old male is here for an annual compr...*
- 06/18/2015  Office Visit Note   *cc: Follow-Up - review lab. 1. follow up lipids 2. this 37 year old male is here ...*
- 09/06/2018  Lab Report   *homocysteine, lipid panel, standard: chol/hdlc ratio, lipid panel, standard: cholest...*
- 06/04/2018  Lab Report   *homocysteine, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: chole...*
- 12/05/2017  Lab Report   *cbc (includes diff/plt), comprehensive metabolic panel, hemoglobin a1c with mpg...*
- 08/31/2017  Lab Report   *lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipi...*
- 06/02/2017  Lab Report   *homocysteine, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: chole...*
- 03/02/2017  Lab Report   *homocysteine, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: chole...*

Saglimbeni000133

**DX1492-133**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

**ElationHealth**

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 37 yrs, 10 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 09/22/2015

### Exam Reason (CC): Physical Exam - cpe

**Subjective**

1. this 37 year old male is here for an annual comprehensive physical exam
2. Mauro has been watching his diet and playing tennis 3 times per week. he has lost about 18 lbs and wants to lose 12 -13 more. he moves much better on the tennis court and feels very well.

he has no other current medical problems and is curious about his vitamin D levels and his cholesterol level after this weight loss

**Allergy: Theophylline**

PMH:
- Pure Hypercholesterolemia
- Unspecified Vitamin D Deficiency
- Refractive error
- seasonal allergic rhinitis
- low back pain
- asthma

PSH:  TONSILLECTOMY, 1981

FH:
- Mother: living, age 67- glaucoma, gluten intolerance, HTN, shoulder issues
- Father: living, age 66, healthy
- Brother: living, age 41 healthy
- Maternal Grandfather: died, leukemia
- Paternal Grandfather: died, heart attack

SH:
- single
- auditor
- Education: Bachelor's Degree
- Hobbies include hiking, tennis, movies

Habits:
- Never smoker (as of: 09/22/2015)
- caffeine: coffee 3-4x/day
- alcohol: beers 2 drink/month

Meds:  Vitamin D3 1000 UNIT Cap sig: ORALLY DAILY

ROS:  GENERAL: No fever, chills, wt. change, weakness, fatigue, or night sweats

EYES: No acuity change, drainage or eye pain.



Saglimbeni000134

HENT: No hearing loss, earache or drainage. Denies sore throat, dysphagia. Denies rhinitis, sinus pain or epistaxis

RESP: No cough, wheezing, dyspnea or hemoptysis.

CVS: No chest pain, palpitations, orthopnea or edema

GI: No Abd pain, nausea, vomiting, diarrhea,  blood in stool, constipation

GU: No dysuria, urgency, frequency, nocturia, hematuria, incontinence, or hesitancy. Denies penile discharge, testicular pain or lesions. Denies vaginal bleeding, discharge, odor or pelvic pain.

MSS: No mylagias, joint pain or edema, back pain, neck pain, or muscle pain.

NS: No headache, dizziness or paresthesias. Denies focal motor neuro deficits or gait disturbance

SKIN: No rashes, changing or new skin lesions

ENDOC: No polyuria, polydipsia, or cold/heat intolerance.

PSYCH: No depression, anxiety, or stress, suicidal ideations or plans.

**Objective**

**Vitals**:

BP: 116/76   HR: 64   Ht: 68.75 in.   Wt: 175 lbs. [-12 from 187 lbs on 06/18/2015]   BMI: 26.03

PE:   GENERAL: Normal.

EYES: Normal.

HENT:
Head: scalp, skull, face normal without tenderness.

Ears: Tympanic membranes normal. External canal normal.

Nose: No nasal discharge. Nasal septum perforation.

Tongue: Normal Tongue, palate, uvula and pharynx.

NECK: Neck non-tender and supple. No palpable thyroid nodules. No Adenopathy. No Carotid Bruit

RESP: Lungs clears to auscultation.

CVS: Regular rate and rhythm. No significant murmurs, rubs, or gallops.

ABDOM:
Non-tender, soft to palpation without Organomegaliy or masses or masses. Normal bowel sounds.

MSS: Spine: No kyphosis or scoliosis Normal musculature and range of motion.

NS: No motor weakness. Patellar and biceps reflexes normal.

SKIN: Normal. Benign lentigenes and nel.

LYMPH: No cervical, Supraclavicular, or Axillary adenopathy

PSYCH: Normal

RECTAL: deferred

Data:   • PATIENT MEDICAL REVIEW 09/21/2015

  • cbc (includes diff/plt), comprehensive metabolic panel, hemoglobin a1c with mpg, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipid panel with ratios: hdl cholesterol, lipid panel with ratios: ldl-cholesterol, lipid panel with ratios: ldl/hdl ratio, lipid panel with ratios: non hdl cholesterol, lipid panel with ratios: triglycerides, psa, total, reflexive urine culture, tsh, uric acid, urinalysis, complete w/reflex to culture, vitamin d,25-oh,total,ia 09/14/2015

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 25

Saglimbeni000135

**DX1492-135**

- lipid profile 05/29/2015
- PREVIOUS VISIT 12/16/2014
- PREVIOUS VISIT 11/06/2014
- PREVIOUS VISIT 10/16/2014
- EKG is NSR
- lab is improved from last time and showed normals today of glucose 84, A1c 5.5, psa 0.8, GFR 78, Uric acid 5.8
- TSH 1.14, normal lever function, CBC, UA
- his t chols is 208 from 22 and TG are 101 and HDL 56
- his LDL is 132 from 149
- His vitamin D is 19, from 13.9

**Assessment**

1. this 37 year old male is up to date now with annual physical and HME with Tdap last year and declines flu shot. his labs are ok except as noted below and EKG is normal

he should have another annual physical in 12 months

2. his lipids have improved with weight loss which he achieved by adding tennis to his life and stopping alcohol and ice cream. he will continue to try to lose weigh and try to add 2 more days per week of cardio. we will recheck lipids in 6 months

3. his vitamin D is low at 19. He will increase vitamin D to 2000 iu daily and we will recheck that in 1 year. we also discussed the R&B of sun exposure

counselled 45 minutes

Electronically signed by Anthony Saglimbeni, M.D. on 09/22/2015 8:00 am in ElationHealth

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 25



Saglimbeni000136

**DX1492-136**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 37 yrs, 7 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 06/18/2015

### Exam Reason (CC): Follow-Up - review lab

**Subjective**

1. follow up lipids
2. this 37 year old male is here to review lipids, He is currently feeling well and doing well. He had modified his diet at the end of last year and he has not improved it any further. however, a month ago, he took up tennis and is playing 3 days per week totalling 4-5 hours per week. he does not exercise on the other days

- his dietary issue is that his work load fluctuates seasonally and he has periods where he needs to eat out often and he does not have much discipline, eating desserts and large portions of other foods.
- otherwise, his low back pain has been gone since doing PT
- he takes his vitamin D supplement

**Allergy:** Theophylline

PMH:
- Pure Hypercholesterolemia
- Unspecified Vitamin D Deficiency

**Objective**

**Vitals:**

BP: 118/86   HR: 68   Wt: 187 lbs.

PE:
- wn wd male in NAD
  normal gait
- no rash
- no further exam

Data:
- PREVIOUS VISIT 12/16/2014
- lipid profile 05/29/2015
- t chol is 222 from 217
- LDL is 146 from 143

**Assessment/Plan**

1. this 37 year old male has hyperlipidemia. he will modify diet and add a couple days of cardio per week and recheck lipids in 3 months

- he will have full phsyical then
- counselled 20 mintues

**Follow-up**

3 months to recheck lipids and conduct full comprehensive physical

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 25

DX1492-137

Saglimbeni000137

Electronically signed by Anthony Saglimbeni, M.D. on 06/18/2015 5:59 pm in ElationHealth

Saglimbeni000138

**DX1492-138**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in* **Elation**Health

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 09/06/2018 11:10 pm                                    Requisition No.: 5010013
Ordered By: SAGLIMBENI,ANTHONY

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL, STANDARD: CHOLESTEROL, TOTAL | | | |
| **CHOLESTEROL, TOTAL** | **225** [H] | < 200 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |
| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL, STANDARD: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 56 | > 40 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |
| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL, STANDARD: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 123 | < 150 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |
| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL, STANDARD: LDL-CHOLESTEROL | | | |
| **LDL-CHOLESTEROL** | **144** [H] | mg/dL (calc) | |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

FASTING:YES
FASTING: YES



Saglimbeni000139

**DX1492-139**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL, STANDARD: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 4.0 | < 5.0 (calc) | |

FASTING:YES
FASTING: YES

| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
|---|---|---|---|
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL, STANDARD: NON HDL CHOLESTEROL | | | |
| **NON HDL CHOLESTEROL** | **169** H | < 130 mg/dL (calc) | |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

FASTING:YES
FASTING: YES

| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
|---|---|---|---|
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| HOMOCYSTEINE | | | |
| **HOMOCYSTEINE** | **11.6** H | < 11.4 umol/L | |

Homocysteine is increased by functional deficiency of
folate or vitamin B12.  Testing for methylmalonic acid
differentiates between these deficiencies.  Other causes
of increased homocysteine include renal failure, folate
antagonists such as methotrexate and phenytoin, and
exposure to nitrous oxide.

FASTING:YES
FASTING: YES

| Accession No.: SA643890H | | | Collected: 09/06/2018 7:31 am |
|---|---|---|---|
| Status: FINAL | | | Completed: 09/07/2018 11:07 am |

**Abnormal Value Legend:**
H = Above high normal

**Testing Center Information:**
Quest Diagnostics-Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617

Electronically signed by Anthony Saglimbeni, M.D. on 09/07/2018 11:32 am in ElationHealth

Saglimbeni000140

**DX1492-140**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in ElationHealth*

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 06/04/2018 11:39 pm                                       Requisition No.: 5009726
Ordered By: SAGLIMBENI,ANTHONY

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| CHOLESTEROL, TOTAL | 225 H | < 200 mg/dL | |
| Accession No.: SA998338F | | | Collected: 06/04/2018 9:47 am |
| Status: FINAL | | | Completed: 06/06/2018 12:10 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 66 | > 40 mg/dL | |
| Accession No.: SA998338F | | | Collected: 06/04/2018 9:47 am |
| Status: FINAL | | | Completed: 06/06/2018 12:10 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 67 | < 150 mg/dL | |
| Accession No.: SA998338F | | | Collected: 06/04/2018 9:47 am |
| Status: FINAL | | | Completed: 06/06/2018 12:10 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| LDL-CHOLESTEROL | 143 H | mg/dL (calc) | |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | |
|---|---|---|---|
| Accession No.: SA998338F | | | Collected: 06/04/2018 9:47 am |
| Status: FINAL | | | Completed: 06/06/2018 12:10 am |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 3.4 | < 5.0 (calc) | |
| Accession No.: SA998338F | | | Collected: 06/04/2018 9:47 am |
| Status: FINAL | | | Completed: 06/06/2018 12:10 am |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018



Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 25

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

**LIPID PANEL WITH RATIOS: LDL/HDL RATIO**

| LDL/HDL RATIO | 2.2 | (calc) | |

| Below Average Risk: | <2.28 |
| Average Risk: | 2.29-4.90 |
| Moderate Risk: | 4.91-7.12 |
| High Risk: | >7.13 |

Accession No.: SA998338F
Status: FINAL

Collected: 06/04/2018 9:47 am
Completed: 06/06/2018 12:10 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

**LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL**

| **NON HDL CHOLESTEROL** | 159 H | < 130 mg/dL (calc) | |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

Accession No.: SA998338F
Status: FINAL

Collected: 06/04/2018 9:47 am
Completed: 06/06/2018 12:10 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

**HOMOCYSTEINE**

| **HOMOCYSTEINE** | 11.8 H | < 11.4 umol/L | |

Homocysteine is increased by functional deficiency of
folate or vitamin B12.  Testing for methylmalonic acid
differentiates between these deficiencies.  Other causes
of increased homocysteine include renal failure, folate
antagonists such as methotrexate and phenytoin, and
exposure to nitrous oxide.

Accession No.: SA998338F
Status: FINAL

Collected: 06/04/2018 9:47 am
Completed: 06/06/2018 12:10 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

**VITAMIN D,25-OH,TOTAL,IA**

| VITAMIN D,25-OH,TOTAL,IA | 35 | 30 - 100 ng/mL | |

| Vitamin D Status | 25-OH Vitamin D: |
| Deficiency: | <20 ng/mL |
| Insufficiency: | 20 - 29 ng/mL |
| Optimal: | > or = 30 ng/mL |

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)

Accession No.: SA998338F
Status: FINAL

Collected: 06/04/2018 9:47 am
Completed: 06/06/2018 12:10 am

**Abnormal Value Legend:**
H = Above high normal

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 25



Saglimbeni000142

**DX1492-142**

**Testing Center Information:**
Quest Diagnostics Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617
Quest Diagnostics West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226


Electronically signed by Anthony Saglimbeni, M.D. on 06/10/2018 9:26 pm in ElationHealth

Saglimbeni000143

DX1492-143

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in* ElationHealth

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 12/06/2017 4:42 am                                          Requisition No.: 5009202
Ordered By: SAGLIMBENI,ANTHONY

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPOPROTEIN (a) | | | |
| LIPOPROTEIN (a) | 61 | < 75 nmol/L | |
| FASTING:YES | | | |
| FASTING: YES | | | |

Accession No.: SA749640C                               Collected: 12/05/2017 7:27 am
Status: FINAL                                          Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| **CHOLESTEROL, TOTAL** | **200** [H] | < 200 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |

Accession No.: SA749640C                               Collected: 12/05/2017 7:27 am
Status: FINAL                                          Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 55 | > 40 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |

Accession No.: SA749640C                               Collected: 12/05/2017 7:27 am
Status: FINAL                                          Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| URINALYSIS, COMPLETE W/REFLEX TO CULTURE | | | |
| COLOR | YELLOW | YELLOW | |
| APPEARANCE | CLEAR | CLEAR | |
| SPECIFIC GRAVITY | 1.022 | 1.001 - 1.035 | |
| PH | 6.0 | 5.0 - 8.0 | |
| Glucose | NEGATIVE | NEGATIVE | |
| BILIRUBIN | NEGATIVE | NEGATIVE | |
| KETONES | NEGATIVE | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | NEGATIVE | |
| PROTEIN | NEGATIVE | NEGATIVE | |
| NITRITE | NEGATIVE | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE | |
| WBC | NONE SEEN | < OR = 5 /HPF | |
| RBC | NONE SEEN | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | NONE SEEN /HPF | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018



Saglimbeni000144

**DX1492-144**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| HYALINE CAST | NONE SEEN | NONE SEEN /LPF | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 76 | < 150 mg/dL | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| **LDL-CHOLESTEROL** | **128** H | mg/dL (calc) | |

Reference range: <100

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 3.8 | < 5.0 (calc) | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL/HDL RATIO | | | |
| LDL/HDL RATIO | 2.3 | (calc) | |

Below Average Risk:    <2.28
Average Risk:          2.29-4.90
Moderate Risk:         4.91-7.12
High Risk:             >7.13

FASTING:YES
FASTING: YES

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 25



Saglimbeni000145

**DX1492-145**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL

**NON HDL CHOLESTEROL**      145 [H]      < 130 mg/dL (calc)

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

HS CRP

HS CRP      0.3      mg/L

Lower relative cardiovascular risk according to
AHA/CDC guidelines.

For ages >17 Years:
hs-CRP mg/L   Risk According to AHA/CDC Guidelines
<1.0          Lower relative cardiovascular risk.
1.0-3.0       Average relative cardiovascular risk.
3.1-10.0      Higher relative cardiovascular risk.
              Consider retesting in 1 to 2 weeks to
              exclude a benign transient elevation
              in the baseline CRP value secondary
              to infection or inflammation.
>10.0         Persistent elevation, upon retesting,
              may be associated with infection and
              inflammation.

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

REFLEXIVE URINE CULTURE

REFLEXIVE URINE CULTURE      NO CULTURE
                             INDICATED

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

COMPREHENSIVE METABOLIC PANEL

GLUCOSE      89      65 - 99 mg/dL

Mauro Botta
DOB: Oct. 26, 1977
Page 14 of 25

Saglimbeni000146

**DX1492-146**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| | | *Fasting reference interval* | |
| UREA NITROGEN (BUN) | 16 | 7 - 25 mg/dL | |
| CREATININE | 1.14 | 0.60 - 1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 80 | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 93 | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6 - 22 (calc) | |
| SODIUM | 139 | 135 - 146 mmol/L | |
| POTASSIUM | 4.3 | 3.5 - 5.3 mmol/L | |
| CHLORIDE | 103 | 98 - 110 mmol/L | |
| CARBON DIOXIDE | 29 | 20 - 31 mmol/L | |
| CALCIUM | 9.7 | 8.6 - 10.3 mg/dL | |
| PROTEIN, TOTAL | 7.3 | 6.1 - 8.1 g/dL | |
| ALBUMIN | 4.6 | 3.6 - 5.1 g/dL | |
| GLOBULIN | 2.7 | 1.9 - 3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | 1.0 - 2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.8 | 0.2 - 1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 68 | 40 - 115 U/L | |
| AST | 17 | 10 - 40 U/L | |
| ALT | 10 | 9 - 46 U/L | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C        Collected: 12/05/2017 7:27 am
Status: FINAL        Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| HEMOGLOBIN A1C WITH MPG | | | |
| HEMOGLOBIN A1C | 5.0 | < 5.7 % of total Hgb | |

For the purpose of screening for the presence of
diabetes:

<5.7%      Consistent with the absence of diabetes
5.7-6.4%   Consistent with increased risk for diabetes
           (prediabetes)
> or =6.5% Consistent with diabetes

This assay result is consistent with a decreased risk
of diabetes.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA)
guidelines, hemoglobin A1c <7.0% represents optimal
control in non-pregnant diabetic patients. Different
metrics may apply to specific patient populations.
Standards of Medical Care in Diabetes(ADA).

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| MEAN PLASMA GLUCOSE | 101 | mg/dL (calc) | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C        Collected: 12/05/2017 7:27 am
Status: FINAL        Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| URIC ACID | | | |
| URIC ACID | 6.2 | 4.0 - 8.0 mg/dL | |

Mauro Botta
DOB: Oct. 26, 1977
Page 15 of 25

Saglimbeni000147

**DX1492-147**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

Therapeutic target for gout patients: <6.0 mg/dL

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| TSH W/REFLEX TO FT4 | | | |
| TSH W/REFLEX TO FT4 | 0.91 | 0.40 - 4.50 mIU/L | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | |
| WHITE BLOOD CELL COUNT | 4.0 | 3.8 - 10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.91 | 4.20 - 5.80 Million/uL | |
| HEMOGLOBIN | 14.8 | 13.2 - 17.1 g/dL | |
| HEMATOCRIT | 45.2 | 38.5 - 50.0 % | |
| MCV | 92.1 | 80.0 - 100.0 fL | |
| MCH | 30.1 | 27.0 - 33.0 pg | |
| MCHC | 32.7 | 32.0 - 36.0 g/dL | |
| RDW | 12.2 | 11.0 - 15.0 % | |
| PLATELET COUNT | 267 | 140 - 400 Thousand/uL | |
| MPV | 10.0 | 7.5 - 12.5 fL | |
| ABSOLUTE NEUTROPHILS | 1928 | 1500 - 7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1568 | 850 - 3900 cells/uL | |
| ABSOLUTE MONOCYTES | 332 | 200 - 950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | 15 - 500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | 0 - 200 cells/uL | |
| NEUTROPHILS | 48.2 | % | |
| LYMPHOCYTES | 39.2 | % | |
| MONOCYTES | 8.3 | % | |
| EOSINOPHILS | 3.5 | % | |
| BASOPHILS | 0.8 | % | |

FASTING:YES
FASTING: YES

Accession No.: SA749640C
Status: FINAL

Collected: 12/05/2017 7:27 am
Completed: 12/07/2017 1:24 pm

**Abnormal Value Legend:**
H = Above high normal

**Testing Center Information:**
Quest Diagnostics Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617
Quest Diagnostics West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226

Electronically signed by Anthony Saglimbeni, M.D. on 12/08/2017 2:27 pm in Elation Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 25

Saglimbeni000148

DX1492-148

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in* ElationHealth

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 09/01/2017 3:41 am
Ordered By: SAGLIMBENI,ANTHONY

Requisition No.: 5008884

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| **CHOLESTEROL, TOTAL** | **204** H | < 200 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |
| Accession No.: SA979342A | | | Collected: 08/31/2017 6:48 am |
| Status: FINAL | | | Completed: 09/01/2017 11:09 pm |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 53 | > 40 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |
| Accession No.: SA979342A | | | Collected: 08/31/2017 6:48 am |
| Status: FINAL | | | Completed: 09/01/2017 11:09 pm |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 117 | < 150 mg/dL | |
| FASTING:YES | | | |
| FASTING: YES | | | |
| Accession No.: SA979342A | | | Collected: 08/31/2017 6:48 am |
| Status: FINAL | | | Completed: 09/01/2017 11:09 pm |

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| **LDL-CHOLESTEROL** | **129** H | mg/dL (calc) | |

Saglimbeni000149

**DX1492-149**

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

Reference range: <100

Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease.

The Martin-Hopkins calculation is a validated novel method that provides better accuracy than the Friedewald equation in the estimation of LDL-C, particularly when TG levels are 150-400 mg/dL and LDL-C levels are lower than 70 mg/dL. Reference:  Martin SS et al. Comparison of a Novel Method vs the Friedewald Equation for Estimating Low-Density Lipoprotein Cholesterol Levels From the Standard Lipid Profile. JAMA. 2013;310(19): 2061-2068.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ164 (This link is being provided for informational/ educational purposes only.)

FASTING:YES
FASTING: YES

Accession No.: SA979342A
Status: FINAL

Collected: 08/31/2017 6:48 am
Completed: 09/01/2017 11:09 pm

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|
| LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 3.8 | < 5.0 (calc) | |

FASTING:YES
FASTING: YES

Accession No.: SA979342A
Status: FINAL

Collected: 08/31/2017 6:48 am
Completed: 09/01/2017 11:09 pm

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|
| LIPID PANEL WITH RATIOS: LDL/HDL RATIO | | | |
| LDL/HDL RATIO | 2.4 | (calc) | |

Below Average Risk:    <2.28
Average Risk:          2.29-4.90
Moderate Risk:         4.91-7.12
High Risk:             >7.13

FASTING:YES
FASTING: YES

Accession No.: SA979342A
Status: FINAL

Collected: 08/31/2017 6:48 am
Completed: 09/01/2017 11:09 pm

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|
| LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL | | | |
| NON HDL CHOLESTEROL | 151 [H] | < 130 mg/dL (calc) | |

For patients with diabetes plus 1 major ASCVD risk factor, treating to a non-HDL-C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option.

FASTING:YES
FASTING: YES

Mauro Botta
DOB: Oct. 26, 1977
Page 18 of 25



Saglimbeni000150

**DX1492-150**

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|

Accession No.: SA979342A
Status: FINAL

Collected: 08/31/2017 6:48 am
Completed: 09/01/2017 11:09 pm

| Test Name | Value | Reference Range | Loc |
|-----------|-------|-----------------|-----|
| VITAMIN D,25-OH,TOTAL,IA | | | |
| **VITAMIN D,25-OH,TOTAL,IA** | **23** L | 30 - 100 ng/mL | |

| Vitamin D Status | 25-OH Vitamin D: |
|------------------|------------------|
| Deficiency: | <20 ng/mL |
| Insufficiency: | 20 - 29 ng/mL |
| Optimal: | > or = 30 ng/mL |

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)

FASTING:YES
FASTING: YES

Accession No.: SA979342A
Status: FINAL

Collected: 08/31/2017 6:48 am
Completed: 09/01/2017 11:09 pm

**Abnormal Value Legend:**
H = Above high normal    L = Below low normal

**Testing Center Information:**
Quest Diagnostics-Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617
Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226

Electronically signed by Anthony Saglimbeni, M.D. on 09/05/2017 7:08 am in **Elation**Health

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 25

Saglimbeni000151

**DX1492-151**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in ElationHealth*

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 06/03/2017 5:22 am
Ordered By: SAGLIMBENI,ANTHONY

Requisition No.: 5008559

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| CHOLESTEROL, TOTAL | 229 [H] | 125 - 200 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 54 | > OR = 40 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 109 | < 150 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| LDL-CHOLESTEROL | 153 [H] | < 130 mg/dL (calc) | |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

FASTING:YES

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 4.2 | < OR = 5.0 (calc) | |
| FASTING:YES | | | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Saglimbeni000152

**DX1492-152**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: LDL/HDL RATIO

LDL/HDL RATIO           2.8           (calc)

| Below Average Risk: | <2.28 |
| Average Risk: | 2.29-4.90 |
| Moderate Risk: | 4.91-7.12 |
| High Risk: | >7.13 |

FASTING:YES

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL

**NON HDL CHOLESTEROL**           175 [H]           mg/dL (calc)

Target for non-HDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

FASTING:YES

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

HOMOCYSTEINE

HOMOCYSTEINE           9.9           < 11.4 umol/L

Homocysteine is increased by functional deficiency of
folate or vitamin B12.  Testing for methylmalonic acid
differentiates between these deficiencies.  Other causes
of increased homocysteine include renal failure, folate
antagonists such as methotrexate and phenytoin, and
exposure to nitrous oxide.

FASTING:YES

Accession No.: EN431075T
Status: FINAL

Collected: 06/02/2017 6:53 am
Completed: 06/05/2017 12:41 pm

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

VITAMIN D,25-OH,TOTAL,IA

**VITAMIN D,25-OH,TOTAL,IA**           22 [L]           30 - 100 ng/mL

Saglimbeni000153

**DX1492-153**

| Test Name | | Value | Reference Range | Loc |
|---|---|---|---|---|

Vitamin D Status      25-OH Vitamin D:

Deficiency:             <20 ng/mL
Insufficiency:        20 - 29 ng/mL
Optimal:              > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)

FASTING:YES

Accession No.: EN431075T                                          Collected: 06/02/2017 6:53 am
Status: FINAL                                                    Completed: 06/05/2017 12:41 pm

**Abnormal Value Legend:**
H = Above high normal    L = Below low normal

**Testing Center information:**
Quest Diagnostics Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617
Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226

Electronically signed by Anthony Saglimbeni, M.D. on 06/05/2017 9:58 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 22 of 25

Saglimbeni000154

DX1492-154

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

# Quest Laboratory Report

*As of 11/09/2018, in ᵉˡⁱᵗⁱᵒⁿ*Elation*Health*

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 41 yrs, 0 mo at the time of printing this document
Patient ID: 9765505597441
Cared for by Anthony Saglimbeni, M.D.

File Received: 03/03/2017 1:55 am
Ordered By: SAGLIMBENI,ANTHONY

Requisition No.: 5008233

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOLESTEROL, TOTAL | | | |
| CHOLESTEROL, TOTAL | 202 [H] | 125 - 200 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: HDL CHOLESTEROL | | | |
| HDL CHOLESTEROL | 53 | > OR = 40 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: TRIGLYCERIDES | | | |
| TRIGLYCERIDES | 78 | < 150 mg/dL | |
| FASTING:YES | | | |

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: LDL-CHOLESTEROL | | | |
| LDL-CHOLESTEROL | 133 [H] | < 130 mg/dL (calc) | |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

FASTING:YES

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|
| LIPID PANEL WITH RATIOS: CHOL/HDLC RATIO | | | |
| CHOL/HDLC RATIO | 3.8 | < OR = 5.0 (calc) | |
| FASTING:YES | | | |

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 23 of 25

Saglimbeni000155

**DX1492-155**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: LDL/HDL RATIO

| LDL/HDL RATIO | 2.5 | (calc) | |

| Below Average Risk: | <2.28 |
| Average Risk: | 2.29-4.90 |
| Moderate Risk: | 4.91-7.12 |
| High Risk: | >7.13 |

FASTING:YES

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

LIPID PANEL WITH RATIOS: NON HDL CHOLESTEROL

| NON HDL CHOLESTEROL | 149 | mg/dL (calc) | |

Target for non-HDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

FASTING:YES

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

HOMOCYSTEINE

| **HOMOCYSTEINE** | **12.1** H | < 11.4 umol/L | |

Homocysteine is increased by functional deficiency of
folate or vitamin B12.  Testing for methylmalonic acid
differentiates between these deficiencies.  Other causes
of increased homocysteine include renal failure, folate
antagonists such as methotrexate and phenytoin, and
exposure to nitrous oxide.

FASTING:YES

Accession No.: EN874043M
Status: FINAL

Collected: 03/02/2017 7:11 am
Completed: 03/04/2017 3:39 am

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

VITAMIN D,25-OH,TOTAL,IA

| **VITAMIN D,25-OH,TOTAL,IA** | **18** L | 30 - 100 ng/mL | |

Saglimbeni000156

**DX1492-156**

| Test Name | Value | Reference Range | Loc |
|---|---|---|---|

Vitamin D Status          25-OH Vitamin D:

Deficiency:                  <20 ng/mL
Insufficiency:            20 - 29 ng/mL
Optimal:                 > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163
(This link is being provided for
informational/educational purposes only.)

FASTING:YES

Accession No.: EN874043M                                    Collected: 03/02/2017 7:11 am
Status: FINAL                                               Completed: 03/04/2017 3:39 am

**Abnormal Value Legend:**
   H = Above high normal    L = Below low normal

**Testing Center information:**
Quest Diagnostics Sacramento - Northgate, 3714 Northgate Blvd, Sacramento, CA 95834-1617
Quest Diagnostics-West Hills, 8401 Fallbrook Ave, West Hills, CA 91304-3226

Electronically signed by Anthony Saglimbeni, M.D. on 03/05/2017 9:11 am in Elation Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 25 of 25

Saglimbeni000157

**DX1492-157**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:13 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000158

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in ᴱElationHealth .

**Interactive Patient Chart Contents:**
- 02/03/2016 Misc Report  *P.T Intake lumbar*
- 01/27/2016 Misc Report  *SOAR Dictation*

Saglimbeni000159

**DX1492-159**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax 408-294-6596

# Referral

*First - Last*

**For: Mauro Botta**

D.O.B.: 10/26/1977 (Male)

Addr.: 88 E SAN FERNANDO ST, APT 1308

Phone: 408-464-5438

| | |
|---|---|
| **Consultant:** | **South Bay Sports Physical Therapy** (Physical Therapy) |
| Phone: | 4082937767109 |
| Fax Number: | 408-241-7005 |
| Address: | 550 S. Winchester, San Jose, CA 95128 |
| Date of Referral: | 01/27/2016 |

**Reason for Referral:**

Referral: Physical therapy

Eval and Treat- 8 visits

DX: LS strain

| | |
|---|---|
| Authorization For: | Referral For Treatment, Includes Consult Visit |
| Dxs: | ICD-10: S39.012A |
| | ICD-9: 846.0 |

*[signature]*

Electronically signed off and sent by Nicole Cooke for Anthony Saglimbeni, M.D. in ElationEMR.

## Note: Interactive patient chart available online

To accompany this letter, Anthony Saglimbeni, M.D. has prepared an interactive patient chart for you to view online. Anyone in your practice can access the chart following the instructions below:

1. Go to elationemr.com/fax
2. Enter this Reference Code: 6W2-J1U-S4Y

### Interactive Patient Chart Contents:

- Clinical Profile   *Allergies, Drug Intolerances, Problem List, History, Permanent Rx Meds, ...*
- Patient Demographics   *Address, Insurance Info, etc.*

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 4

Saglimbeni000160

**DX1492-160**



www.elationemr.com

Sent on 01/27/2016 at 10:39 AM

# Clinical fax

**ATTN:** South Bay Sports Physical Therapy

**From:** Anthony Saglimbeni, M.D.
550 S. Winchester Blvd Ste. 100 , San Jose, CA 95128
Phone: 408-293-7767 | Fax: 408-294-6595

**Patient:** Mauro Botta (DOB: Oct. 26, 1977)

**Subject:** Referral

---

**Note:** Anthony Saglimbeni, M.D. has also prepared an interactive patient chart online
with additional clinical content.

**To access chart:**
1. Go to elationemr.com/fax
2. Enter the **Reference Code** on this fax

**Reference Code:**

> **5W2-J1U-S4Y**

**Confidentiality Notice**
The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Page: 5/18    To: 14083309663    4083417005    HMBS:moɿ7 M925:10 2002-853-80

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Saglimbeni000161

**DX1492-161**

South Bay Sports & Preventive Medicine Associates
560 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-294-8596

# Clinical Profile

*As of 01/27/2016, in Section EMR*

**Patient Name: Mauro Botta**
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of printing this document
Cared for by Anthony Saglimbeni, M.D.

**Allergies**
- Theophylline

**Problem List**
1. 2015 Pure Hypercholesterolemia
2. 2015 Unspecified Vitamin D Deficiency
3. 1990 Refractive error

**Past Medical History**
- seasonal allergic rhinitis
- low back pain
- asthma

**Past Surgical History**
- TONSILLECTOMY, 1981

**Family History**
- Mother: living, age 67- glaucoma, gluten intolerance, HTN, shoulder issues
- Father: living, age 66, healthy
- Brother: living, age 41 healthy
- Maternal Grandfather: died, leukemia
- Paternal Grandfather: died, heart attack

**Social History**
- single
- auditor
- Education: Bachelor's Degree
- Hobbies include hiking, tennis, movies

**Habits**
- caffeine: coffee 3-4x/day
- alcohol: beers 2 drink/month

**Cigs**
- Never smoker (as of 09/22/2015)

**Exercise**
- 60 min, 3-7x/wk, tennis and treadmill

**Permanent OTC Medications**
1. Vitamin D3 1000 UNIT Cap ORALLY DAILY (started on 09/22)

Sent by Anthony Saglimbeni, M.D. on Jan. 27, 2016

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 4



02-FEB-2002 04:53PM From: SBSMA          4082417002          To:14083309663          Page:3/18

Saglimbeni000162

**DX1492-162**

**Provider List**

- **PT**   South Bay Sports Physical Therapy

**Immunizations**

- HepB 2014
- TDAP: 2014

Saglimbeni000163

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-283-7767; Fax 408-294-6595

## Patient Demographic Information

As of 01/27/2016, in SectionEMR

| Patient Name | Sex | Birthdate | SSN |
|---|---|---|---|
| Mauro Botta | M | 10/26/1977 | 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 |

| Address |
|---|
| 88 E SAN FERNANDO ST, APT 1308 |

**Contact Details**

Cell Phone:   408-464-5438

Phone 2:

Email:   mauro_botta@libero.it

| Primary Provider in Practice | Preferred Language | Preferred Method of Contact |
|---|---|---|
| Anthony Saglimbeni, M.D. | | |

**Primary Insurance**

Plan Name:

Group No.:

Member No :

---

Sent by Anthony Saglimbeni, M.D. on Jan. 27, 2016

Mauro Botta
DOB: Oct. 26, 1977
Page 2 of 4

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 21

Saglimbeni000164



S39 .012A

## Lumbar Evaluation

Patient: Mauro Botta                                    Date: 2/7/16

Diagnosis: L/S Strain

Occupation: Auditor + Sealing Eng          Physician: Steve Saglimbeni

Postures/Stresses: _____          Employer: _____

Off work because of current episode? ☐Yes  ☐No      Pain: ___/10

### HISTORY

Describe relevant symptoms: Shooting down to (R) calf

Present since: ___/___/___                    Improving  Unchanging  Worsening

Commenced as a result of: August 2014 _____ or No Apparent Reason

Symptoms at onset: back / leg / thigh: (R) Sided (R)

Constant Symptoms: back / leg / thigh

Worse:
☒bending  ☒sitting/rising  ☐standing  ☐walking  ☐lying
☐A.M.  ☐P.M.  ☐as day progresses  ☐when still  ☐on the move
Other: _____ Sleeping, arthritis

Better:
☐bending  ☐sitting/rising  ☒standing  ☐walking  ☒lying  on stomach
☐A.M.  ☐P.M.  ☐as day progresses  ☐when still  ☐on the move
Other: meds ups

Disturbed sleep?: ☐Yes  ☐No    Sleeping posture: prone / sup / side (R / L)    Surface: firm / soft / sag / w.bed

Cough / sneeze / strain: +ve / -ve    Bladder: normal / abnormal    Gait: normal / abnormal _____

Previous Episodes: 0   1-5   6-10   11+    Year of first episode: _____

Previous history: _____ (+) WLR (L) (R) Scli (R)

Previous treatment: PT 2/14 to 10/14 2014 for back

X-rays: ☐Yes  ☐No _____    MRI: _____

Gen. Health: Good / Fair / Poor  Tennis , Movies

Medications: Nil / NSAID / Analg / Steroids / Anticoag / Other _____

Recent or major surgery: ☐Yes  ☐No _____

Accidents: ☐Yes  ☐No _____    Unexplained Weight Loss: ☐Yes  ☐No

Blood Pressure: _____    Night Sweats: ☐Yes  ☐No    Low-grade Fever: ☐Yes  ☐No

Posture:  Sitting: Good / Fair / Poor  Standing: Good / Fair / Poor  Lordosis: Red / Acc / Norm  Lat. Shift: Right / Left / Nil

Movement Loss:

| | 0° | maj | mod | min | | Deviation in Flexion | Right / Left / Nil |
|---|---|---|---|---|---|---|---|
| Flexion | ☐0° | ☐maj | ☐mod | ☐min | ☐nil 90° | Deviation in Extension | Right / Left / Nil |
| Extension | ☐0° | ☐maj | ☐mod | ☐min | ☐nil 20° | Rotation (L) | ☐0° ☐maj ☐mod ☐min ☐nil 30° |
| Side Gliding (R) | ☐0° | ☐maj | ☐mod | ☐min | ☐nil 25° | Rotation (R) | ☐0° ☐maj ☐mod ☐min ☐nil 30° |
| Side Gliding (L) | ☐0° | ☐maj | ☐mod | ☐min | ☐nil 25° | | |

REV0105
Page: 6/18

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 21

Saglimbeni000165

**DX1492-165**

**Test Movements:** Describe effects on present symptoms—produces, abolishes, increases, decreases, centralizes, peripheralizes, better, worse, no better, no worse, no effect

Symptoms in Standing:   Location: _____   Level: _____

| | | |
|---|---|---|
| FIS: | | ☐PDM ☐ERP |
| Rep FIS: | | ☐PDM ☐ERP |
| EIS: | | ☐PDM ☐ERP |
| Rep EIS: | | ☐PDM ☐ERP |

Symptoms in Lying:   Location: _____   Level: _____

| | | |
|---|---|---|
| FIL: | | ☐PDM ☐ERP |
| Rep FIL: | | ☐PDM ☐ERP |
| EIL: | | ☐PDM ☐ERP |
| Rep EIL: | | ☐PDM ☐ERP |

If required:

| | | |
|---|---|---|
| SGIS (R): | | ☐PDM ☐ERP |
| Rep SGIS (R): | | ☐PDM ☐ERP |
| SGIS (L): | | ☐PDM ☐ERP |
| Rep SGIS (L): | | ☐PDM ☐ERP |

**Neurological:**
Motor Deficit: _____   Reflexes: _____

Sensory: _____   Dural Signs: _____

Other Tests:   Abs = 3/5
Waddell's: _____ 13   R yt = 3/5  Rhym
Hip Joints: _____

Palpation:  TTD ē L4-5 cen front

SI Joints: _____

Assessment:  See  Typical

Rehabilitation Potential: ☐Excellent  ☐Good  ☐Fair  ☐Poor  ☐Other considerations: _____

Based upon examination findings, the goals for treatment will be:

| | Short term goals _____ weeks | Long-term goals _____ weeks |
|---|---|---|
| Increase Strength | | |
| Increase ROM | | |
| Improve Function | | |
| Decrease Pain | | |
| Independent with home program | | |
| Other: | | |

**Treatment Plan:** Patient will be seen _____ times per week for _____ weeks, for the following treatment:
☐Isolated conditioning (PRE's)       ☐McKenzie/motions        ☐Traction
☐Aerobic conditioning                 ☐Home Exercise Program    ☐Aqua-therapy
☐Soft tissue mobilization/MFR         ☐Flexibility/ROM          ☐Iontophoresis
☐Modalities as indicated              ☐Thera Ex.                ☐Lift task/FCE
☐Other: _____

Treating Therapist: _____   Attending Therapist: _____

REV0106

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 8 of 21

Saglimbeni000166

**DX1492-166**



**South Bay Sports Physical Therapy**

## PATIENT QUESTIONNAIRE/SUMMARY LIST

To help us assess the cause of your problem, we ask you to complete this form before being seen by a Physical Therapist. Please answer as completely as possible.

Name: MAURO                                     BOTTA

Age: 37   Ht: 1.35 m   Wt: 74 kg

Have you lost or gained (unintentionally) 10 lbs. or more during the past 6 mins? YES NO   Is you doctor aware? YES NO

Physician: A. SAGLIMBENI   Phone: 408468   Address: 88 E. SAN FERNANDO ST #1308

Current Medical Conditions: BACK PAIN – DDD DIAGNOSED IN #716

Long Term Medications (prescription/over-the-counter Meds/ herbal preparations)

Allergies to Medications: THEOPHILLIN

Previous Operative/Invasive Procedures: TOUNSILLECTOMY WHEN I WAS 4

Are You Pregnant?   X no ___ yes ___ Not Applicable

Do you have or have you had any of the following diseases or problems?

**Please circle**

| | | | | | |
|---|---|---|---|---|---|
| Congestive Heart Disease | YES | NO | Diabetes | YES | NO |
| High Blood Pressure | YES | NO | Thyroid Disease | YES | NO |
| Heart Birth Defect | YES | NO | Hepatitis or Liver Disease | YES | NO |
| Heart Attack | YES | NO | Stomach Ulcers | YES | NO |
| Angina Pectoris | YES | NO | Venereal Disease | YES | NO |
| Rheumatic Fever | YES | NO | Osteoporosis | YES | NO |
| Heart Murmur | YES | NO | AIDS/HIV Positive | YES | NO |
| Collagen or Vascular disease | YES | NO | Arthritis | YES | NO |
| Anemia | YES | NO | Hay Fever | YES | NO |
| Bleeding Problem | YES | NO | Respiratory Disease | YES | NO |
| Other Blood Disorder | YES | NO | Sinusitis | YES | NO |
| Stroke | YES | NO | Asthma | YES | NO |
| Convulsions or Seizures | YES | NO | Tuberculosis | YES | NO |
| Neurologic Disorder | YES | NO | Emphysema | YES | NO |
| Nervous or Psychiatric Condition | YES | NO | Bronchitis | YES | NO |
| Fainting Spells | YES | NO | Glaucoma | YES | NO |
| Kidney Disease | YES | NO | Cancer | YES | NO |
| Severe Headaches | YES | NO | Other | | |

Please specify any medical conditions you have that are not listed: _____

Which of these words describe your pain? Please circle all that apply to you.

Sharp   Numb   Burning   Throbbing   Variable   Worse in morning   Worse at night

Dull   Tingling   Aching   Pins & Needles   Constant   Worse in evening

How did your problem start? Please circle all that apply to you:

Work Injury   Motor Vehicle Injury   Sports Injury

Sudden Onset   Gradual Onset

Other, please describe: _____

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 21

Saglimbeni000167

**DX1492-167**

When did this problem start: 1/2/16

How did this problem start: UNKNOWN

Has your pain changed since it's original occurrence? If so, How? NOT REALLY TO HIGH

Are you currently working? Yes X No____ If no, are you not working as the result of this problem? Yes____ No____

Please give your occupation, and describe the physical demands of your job: AUDITOR, SEDENTARY WORK

What are your usual (before injury) household/family activities? I LIVE ALONE

What are your hobbies? TENNIS, MOVIES

What changes in activity have been necessary because of pain? (Please be specific): WALKING, SLEEPING BENDING ALL MORE DIFFICULT

What activities increase your pain? SITTING / BENDING // LAY ON BACK

What do you do to decrease your pain? STANDING / TENNIS / LAY ON STOMACH

What medical tests have you had pertaining to this problem?   Where was it performed?

| | | | |
|---|---|---|---|
| X-Rays | YES | NO | X-RAYS IN 2014 |
| MRI | YES | NO | |
| CT Scan | YES | NO | |
| EMG | YES | NO | |

Have you had any other treatments for this problem? (ie. previous physical therapy, chiropractic, acupuncture, etc.): PHISYO FROM 9/14 TO 10/14

What are your goals for Physical Therapy? TO GET HEALED LIKE IN 10/14

Date of your next Physician Appointment: 3/14/16

Signature: _____   Reviewed By: _____   Date: 2/3/16
Patient/Parent/Legal Guardian                Physician/Occupational Therapist

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 21

Saglimbeni000168

## WHERE IS YOUR PAIN NOW?

**Mark the areas on your body where you feel the described sensation using the appropriate symbol:**

| ACHE | NUMBNESS | PINS & NEEDLES | BURNING | STABBING |
|------|----------|----------------|---------|----------|
| AAA | OOO | --- | XXX | /// |



Right        Left        Left        Right

## VISUAL ANALOG SCALE (VAS)

**PLEASE MARK ON THE LINE WITH 'X' THE DEGREE OF PAIN YOU HAVE NOW**

No Pain _____ X _____ Worst Pain

ARE YOU NOW: BETTER:____ WORSE: X  SAME: X  SINCE THE PROCEDURE/ INJURY

Signature: _____  Date: 2/3/16

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 11 of 21

Saglimbeni000169

# South Bay Sports & Preventive Medicine Associate, Inc.

Date: 2/3/16

Patient's Name: MAURO BOTTA                          Gender: Male / Female

Birthdate: 10/26/77

Address: 88 E. SAN FERNANDO ST #1308 City: SAN JOSE   State: CA   Zip: 95113

Home Phone # (408) 282 4969          Cell # (408) 464 5438

Email Address: mauro_botta@libero.it

Marital Status:  ☐ Married   ☒ Single   ☐ Widowed   ☐ Divorced

Emergency Contact Name & Phone # ERIC CHAN 4078338799  Relationship FRIEND

Patient's Employer: PWC LLP                    Occupation: AUDITOR

Employer's Address: 488 S. ALMADEN BLVD  City: SAN JOSE  State: CA  Zip: 95110

Work Phone # (408) 817 5094          Best Number to reach you?  ☐ Home   ☐ Work   ☒ Cell

INSURANCE: PRIMARY (Self/Spouse/Parent)          INSURANCE: SECONDARY (Self/Spouse/Parent)

Insurance Name: UNITED HEALTHCARE          Insurance Name: _____

Insured Name: MAURO BOTTA                  Insured Name: _____

Birthdate: 10/26/77                        Birthdate: _____

I.D. #/Policy# 975270214                   I.D. #/Policy# _____

Group/Plan# 752713                         Group/Plan# _____

Effective Date: _____           Effective Date: _____

**ASSIGNMENT AND RELEASE**

I understand I am financially responsible for co-payments, deductibles, co-insurance percentages       (initials)
And any non-covered services by my health plan AT TIME OF SERVICE.                                     MB

I authorize the physician to release any medical information required in order claim processing.        MB

I hereby authorize my insurance benefits to be paid directly to the undersigned physician.              MB

Signed _____          Date 2/3/16

Thank You!

Saglimbeni000170

**DX1492-170**

South Bay Sports & Preventive Medicine Associates, Inc.
550 S. Winchester Blvd, Suite 100
San Jose CA 95128

## AUTHORIZATION FOR OUTPATIENT TREATMENT

I have been informed of the treatment considered necessary and that the treatment and procedures will be performed by appropriately licensed physical therapists, athletic trainers, physical therapy assistants, and exercise physiologists or other assistants employed by South Bay Sports & Preventive Medicine Associates, Inc (SBSPMA). Authorization is herby granted for such treatment and procedures as prescribed by my physician, or directed under California "Direct Access". '

I understand and acknowledge that as part of my treatment I will be engaging in physical exercises and using exercise equipment and as with all such physical activity there is an inherent risk of injury or complication to my existing condition. I am voluntarily participating in these physical activities and knowingly and freely assume all risks of injury, loss or damage on account of these activities. I understand that results are not guaranteed and that I have the right to ask the purposes and risks associated with all recommended treatment procedures and activities with my therapist.

I certify that the information provided to SBSPMA by me is correct, and I accept full responsibility for all charges*. I hereby assign and authorize payment directly to the above named clinic of all applicable insurance benefits. If my current policy prohibits direct payment to SBSPMA, I hereby instruct and direct the SBSPMA to bill me directly for the insurance payments made to me. I understand that I am responsible for any balance after insurance payment, including all costs incurred in collecting the balance if the account becomes delinquent, such as court costs, attorney's fees and/or collection agency commissions or charges.

*Patients with valid workers' compensation claims are not responsible for treatment charges.

### MEDICAL RECORDS AUTHORIZATION

SBSPMA is hereby authorized to release information pertinent to my treatment to any doctor, insurer, compensation carrier, attorney or other agency legally involved with my case (proof of relationship will be confirmed).

### MEDICARE PATIENTS

I certify that the information provided to SBSPMA by me in applying for payment under Title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or related Medicare claims. I request that payment of authorized benefits be made on my behalf.

I authorize SBSPMA to initiate a complaint to the Insurance Commissioner for any reason on my behalf. A photocopy of this assignment shall be considered as effective and valid as an original.

| | | |
|---|---|---|
| Patient Signature | Witness | 2/8/16  Date |

FOR MINORS: As parent or legal guardian, I have read, understand, and agree with all items stated above and hereby authorized Spine & Sport to administer physical medicine treatment as prescribed to _____.
Patient Name

| | | |
|---|---|---|
| Parent/Guardian Name | Parent/Guardian Signature | Date |

REV0709

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 21

Saglimbeni000171



550 S. Winchester Blvd, Suite 100
San Jose CA 95128

**Patient Financial Responsibility Policy Notice**

We would like to make the billing and payment process for services as simple as possible. Please read the following information regarding the financial policies of this office and initial the source of payment indication how your services will be reimbursed.

_____ 1. PRIVATE INSURANCE: Professional services rendered to you (or your dependants) by South Bay Sports and Preventive Medicine Associates, Inc. (SBSPMA) is your sole financial responsibility. SBSPMA will bill your insurance as a courtesy, but you are ultimately responsible for payment for your treatment. You are financially responsible for any and all balances not paid by your insurance (i.e. deductibles, co-pay, coinsurance, denied charges, and fees reduced by usual and customary charges). You are required to pay your reported co-payment on the day of your visit. Any other unpaid balance due will be reflected in your monthly billing statement. Please pay close attention to statements received from your insurance company as they may report balance due prior to receiving a statement from our office. Any unpaid charges on an account for 90 days are subject to collections action. On occasion, as insurance company may send the check for services to you directly. If this occurs, you must reimburse the payment to our office by signing over the check.

_____ 2. WORKER'S COMPENSATION: If you were injured during course of your employment, please notify the front office so that you may complete the appropriate paperwork. Coverage will be verified with your employer and we will bill the worker's compensation carrier directly.

_____ 3. MEDICARE: If Medicare is your primary insurance, we will bill Medicare directly. There may be some expenses Medicare will not cover, and therefore you will be expected to sign a waiver and pay at the time of service.

_____ 4. CASH: If you do not have insurance, you will be expected to pay for treatment at the time of service. The cost is $150.00 for the first initial visit and $75.00 per visit thereafter (this is a 50% discounted rate).

*Please direct any additional questions to the business office.
It is customary to pay for services at the time they are rendered. For your convenience, payments may be made by cash, check, Visa or Master Card.

I, THE UNDERSIGNED, HAVE READ THE ABOVE INFORMATION AND UNDERSTAND MY FINANCIAL OBLIGATION TO SOUTH BAY SPORTS AND PREVENTIVE MEDICINE ASSOCIATES, INC.

Patient will be charged a $25.00 no show fee if they do not cancel their appointment in advance.

_____          2 / 3 / 16
Patient (or Guardian) Signature              Date


_____          _____
Witness Signature                            Date

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 14 of 21

Saglimbeni000172

**DX1492-172**

550 S. Winchester Blvd, Suite 100
San Jose CA 95128

# SOUTH BAY SPORTS AND PREVENTIVE MEDICINE ASSOCIATES, INC.

## NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN ACCESS THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

### Our Pledge Regarding Your Health Information

*We understand that information about you and your health is confidential. We are committed to protecting the privacy of this information. We make a record of the medical care we provide and may receive such records from others. We use these records to provide or enable other health care providers to provide quality medical care, to obtain payment for services provided to you as allowed by your health plan and to enable us to meet our professional and legal obligations to operate this medical practice properly. We are required by law to maintain the privacy of protected health information and to provide individuals with notice of our legal duties and privacy practices with respect to protected health information. This notice describes how we may use and disclose your medical information. It also described your rights and our legal obligations with respect to your medical information. If you have any questions about this Notice, please contact our Privacy Officer listed above.*

This notice will tell you about the ways in which we may use and disclose health information about you, as well as certain obligations we have regarding the use and disclosure of health information. It will also describe your rights regarding your health information.

### Our Responsibilities

Our primary responsibility is to safeguard your personal health information. We must give you this notice of our privacy practices, and follow the terms of this notice currently in effect.

**Changes to this notice:** We reserve the right to amend this Notice of Privacy Practices at any time in the future. Until such an amendment is made, we are required by law to comply with this Notice. After an amendment is made, the revised Notice of Privacy Practices will apply to all protected health information that we maintain, regardless of when it was created or received. We will post a copy of the current notice in our medical offices and you can pick up a copy at any time at the reception desk.

### How We May Use and Disclose Health Information About You

This medical practice collects health information about you and stores it in a chart and on computer. This is your medical record. The medical record is the property of this medical practice, but the information in the medical record belongs to you. The following categories describe different ways that we use your health information within our medical practice and disclose your health information to persons and entities outside our medical practice. We have not listed every use or disclosure within the categories below, but all permitted uses and disclosures will fall within one of the following categories. In addition, there are some uses and disclosures that will require your specific authorization.

**Treatment:** We use medical information about you to provide medical care. We disclose medical information to our employees and others who are involved in providing the care you need. For example, we may share your medical information with other physicians or other health care providers who will provide services which we do not provide. Or we may share this information with a pharmacist who needs it to dispense a prescription for you, or a laboratory that performs a test. We may also disclose medical information to members of your family or others who can help you when you are sick or injured.

**Payment:** We use and disclose medical information about you to obtain payment for the services we provide. For example, we give your health plan the information it requires before it will pay us. We may also disclose information to other health care providers to assist them in obtaining payment for services they have provided for you.

**Health Care Operations:** We may use and disclose medical information about you to operate this medical practice. For example, we may use and disclose this information in our quality assurance activities, to review and improve the quality of care we provide. Or we may use and disclose this information to get your health plan to authorize services or referrals. We may also use and disclose this information as necessary for medical review, credentialing, legal services and audits, involving fraud and abuse detection and compliance programs, as well as business development, planning and management. We may also share your medical information with our "business associates", such as our billing service, that perform administrative services for us. We have a written contract with each of these business associates that contains terms requiring them to protect the confidentiality of your medical information. Although federal law does not protect health information which is disclosed to someone other than another healthcare provider, health plan or healthcare clearinghouse, under California law all recipients of health care information are prohibited from redisclosing it except as specifically required or permitted by law.

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 15 of 21

Saglimbeni000173



**DX1492-173**

Print Form/Document .................................................................................................................................................Page 2 of ....

We may also share your information with other health care providers, health care clearinghouses or health plans that have a relationship with you, when they request this information to help them with their quality assessment and improvement activities, their efforts to improve health or reduce health care costs, their review of competence, qualifications and performance of health care professionals, their training programs, their accreditation, certification or licensing activities or their health care fraud and abuse detection and compliance efforts.

**Appointment Reminders:** We may use and disclose medical information to contact and remind you about appointments. If you are not home, we may leave this information on your answering machine or in a message left with the person answering the phone.

**Sign-in Sheet:** We may use and disclose medical information about you by having you sign in when you arrive at our office. We may also call out your name when we are ready to see you.

**Notification and communication with family:** We may disclose your health information to notify or assist in notifying a family member, your personal representative or another person responsible for your care about your location, your general condition or in the event of your death. In the event of a disaster, we may disclose information to a relief organization so that they may coordinate these notification efforts. We may also disclose information to someone who is involved with your care or helps pay for your care. If you are able and available to agree or object, we will give you the opportunity to object prior to making these disclosures, although we may disclose this information in a disaster even over your objection if we believe it is necessary to respond to the emergency circumstances. If you are unable or unavailable to agree or object, our health professionals will use their best judgement in communication with your family and others.

**Marketing:** We may contact you to give you information about products or services related to your treatment, case management or care coordination, or to direct to recommend other treatment or health-related benefits and services that may be of interest to you.

**Change of Ownership:** In the event that this medical practice is sold or merged with another organization, your health information/record will become the property of the new owner, although you will maintain the right to request that copies of your health information be transferred to another physician or medical group.

**Special Situations That Do Not Require Your Authorization**
*State or federal law permits the following disclosures of your health information without verbal or written permission from you. As required by law, we will use and disclose your health information, but we will limit our use or disclosure to the relevant requirements of the law.*

**Organ and Tissue Donation:** We may release health information to organizations involved in procuring, banking or transplanting organs and tissues.

**Military and Veterans:** If you are a member of the armed forces, we may release health information about you as required by military command authorities.

**Worker's Compensation:** We may disclose your health information as necessary to comply with worker's compensation laws. For example, to the extent your care is covered by worker's compensation, we will make periodic report to your employer about your condition. We are also required by law to report cases of occupational injury or occupational illness to the employer or worker's compensation insurer.

**Averting a Serious Threat to Health or Safety:** We may use and disclose health information about you, when necessary, to appropriate persons in order to prevent or lessen a serious and imminent threat to the health or safety of a particular person or the general public.

**Health Oversight Activities:** We may disclose health information to a health oversight agency for activities authorized by law. These oversight activities include audits, investigations, inspections and licensure. These activities are necessary for the government to monitor the health care system, government programs and compliance with civil rights laws.

**Public Health:** We may disclose information about you to public health authorities for purposes related to: Preventing or controlling disease, injury or disability; reporting child, elder or dependent adult abuse or neglect; reporting domestic violence; reporting to the Food and Drug Administration problems with products and reactions to medications; and reporting disease or infection exposure. When we report suspected elder or dependent adult abuse or domestic violence, we will inform you or your personal representative promptly unless in our best professional judgment, we believe the notification would place you at risk of serious harm or would require informing a personal representative we believe is responsible for the abuse or harm.

**Lawsuits and Disputes:** If you are involved in a lawsuit or dispute, we may be required to disclose health information about you in the course of the administrative or judicial proceeding to the extent expressly authorized by a court or administrative order. We may also disclose information about you in response to a subpoena, discovery request or other lawful process if reasonable efforts have been made to notify you of the request and you have not objected, or if your objections have been resolved by a court or administrative order.

**Law Enforcement:** We may disclose your health information to a law enforcement official for purposes such as identifying or locating a suspect, fugitive, material witness or missing person, complying with a court order, warrant, grand jury subpoena and other law enforcement purposes, identifying the victim of a crime if, under certain circumstances, we are unable to obtain the person's authorization, or to release information about a death we believe may be the result of criminal conduct.

**Coroners, Medical Examiners and Mortuaries:** We may disclose health information to a coroner or medical examiner necessary to identify a deceased person or determine the cause of death of a person or aid in their investigation of a death.

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 21

Saglimbeni000174

**DX1492-174**

Print Form/Document ·········································································································Page 3 of

**Specialized Government Functions:** We may disclose your health information for military or national security purposes or to correctional institutions or law enforcement officers that have you in their lawful custody.

**When This Medical Practice May Not Use or Disclose Your Health Information**

Except as described in this Notice of Privacy Practices, this medical practice will not use or disclose health information which identifies you without your written authorization. If you do authorize this medical practice to use or disclose your health information for another purpose, you may revoke your authorization in writing at any time.

**Your Rights Regarding Medical Information About You**

**Right to Request Special Privacy Protections.** You have the right to request restrictions on certain uses and disclosures of your health information, by a written request specifying what information you want to limit, and what limitations on our use or disclosure of that information you wish to have imposed. We reserve the right to accept or reject your request, and will notify you of our decision.

**Right to Request Confidential Communications.** You have the right to request that you receive your health information in a specific way or at a specific location. For example, you may ask that we send information to a particular e-mail account or to your work address. We will comply with all reasonable requests submitted in writing which specify how or where you wish to receive these communications.

**Right to Inspect and Copy.** You have the right to inspect and copy your health information, with limited exceptions. To access your medical information, you must submit a written request detailing what information you want access to and whether you want to inspect it or get a copy of it. We will charge a reasonable fee, as allowed by California law. We may deny your request under limited circumstances. If we deny your request to access your child's records because we believe allowing access would be reasonably likely to cause substantial harm to your child, you will have a right to appeal our decision. If we deny your request to access your psychotherapy notes, you will have the right to have them transferred to another mental health professional.

**Right to Amend or Supplement.** You have a right to request that we amend your health information that you believe is incorrect or incomplete. You must make a request to amend it in writing, and include the reasons you believe the information is inaccurate or incomplete. We are not required to change your health information, and will provide you with information about this medical practice's denial and how you can disagree with the denial. We may deny your request if we do not have the information, if we did not create the information (unless the person or entity that created the information is no longer available to make the amendment), if you would not be permitted to inspect or copy the information at issue, or if the information is accurate and complete as is.

**Right to Accounting Disclosures.** You have a right to receive an accounting of disclosures of your health information made by this medical practice, except that this medical practice does not have to account for the disclosures provided to you or pursuant to your written authorization, or as described in paragraphs "Treatment", "Payment", Health Care Operations", "Notification and Communication with Family", and the 10 items listed under "Special Situations That Do Not Require Your Authorization" in this Notice of Privacy Practices or disclosures for purposes of research or public health which exclude direct patient identifiers, or which are incident to a use or disclosure otherwise permitted or authorized by law, or the disclosures to a health oversight agency or law enforcement official to the extent this medical practice has received notice from that agency or official that providing this accounting would be reasonably likely to impede their activities.

**Right to Revocation:** You have the right to revoke your authorization for the use or disclosure of your health information except to the extent that action has already been taken.

If you would like a more detailed explanation of these rights or if you would like to exercise one or more of these rights, contact our Privacy Officer.

**Complaints**

Complaints about this Notice of Privacy Practices or how this medical practice handles your health information should be directed to our Privacy Officer. If you are not satisfied with the manner in which this office handles a complaint, you may submit a formal complaint to:

> Department of Health and Human Services
> Office of Civil Rights
> Hubert H. Humphrey Building
> 200 Independence Avenue, S.W.
> Room 509F HHH Building
> Washington, DC 20201

You will not be penalized for filing a complaint.

SIGNATURE _____ DATE 2/3/16

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botte
DOB: Oct. 26, 1977
Page 17 of 21

Saglimbeni000175

**DX1492-175**

**SUSIVA INC**
**INSURANCE ELIGIBILITY & VERIFICATION FORM**

SOUTH BAY SPORTS has contacted your insurance company and has received a quote of benefit coverage. Below is a written description of the information that was quoted to our office.

Patient Name: _Mauro Botta_                DOB: _10/26/77_

Insurance Name: _United Healthcare_        Tel #: _1-877-842-3210_

Insurance ID: _975270214_                  Group #: _752-713_

Subscriber Name: _____              Subscriber SSN: _____
Patient's Relationship to Subscriber: Subscriber  Spouse  Dependent

Insurance Name/Billing Address: _____

Ins. verified by _Carmen_    Date: _2/3/16_   Rep. Spoken With: ~~Britt~~ _Keith_
                                                Ref #C-1002498301942.4

**BENEFIT INFORMATION**      ☑ IN NETWORK   ☐ OUT OF NETWORK
Policy Type: ☐ HMO  ☑ PPO  ☐ POS  ☐ Other: _____

Effective Date of Coverage: _1/1/16_       Policy Termination Date: _____

Deductible Amounts: $ _____   $ _500°°_      Deductible Met: ☐ YES ☑ NO
                     Family         Individual                  $266

Co-Pay: $ _____  % _No %_

PT Max # of Visits: _____

Precert/Auth Required? ☐ YES ☑ NO      Referral From PCP Required? ☐ YES ☑ NO

Additional Information/Notes: _____

Please note that the benefit information below is only a quote of coverage and not a guarantee of benefits. You or your insurance are ultimately responsible for all of your bills. Should your insurance company not cover certain supplements, or services they deem not medically necessary, the balance for those services will be your responsibility. Our office will be happy to assist you in keeping track of any claims, however, the bill have on your insurance benefits, but please remember that it is ultimately your responsibility. Should you have any questions regarding the benefit information below, please consult your insurance benefit manual or contact your insurance company to confirm your coverage.

My signature below constitutes understanding of my financial responsibility and quoted benefits as reported herein.

_____ _BK_              _2/3/16_
Patient Signature                          Date
      _Carmen_
Witness                                    _2/3/16_
                                            Date

REV0106

Saglimbeni000176

**DX1492-176**



Electronically signed by Anthony Saglimbeni, M.D. on 02/03/2016 5:02 pm in ElationHealth

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 21

Saglimbeni000177

**DX1492-177**



Michael F. Dillingham, MD
George Thabit III, MD
Gordon A. Brody, MD
Lawrence M. Oloff, DPM
Michael S. Wall, MD
Joseph P. Donahue, MD
John T. Kao, MD

Kenneth H. Akizuki, MD
Sara L. Edwards, MD
Neal M. Berger, MD
R. Elaine Lambert, MD
N. Nichole Barry, MD
Anthony Saglimbeni, MD
Dennis M. Kamolski, MD

Bruce A. Leinert, DPM
Jonah N. Mullens, DPM
Kalie M. Shidham, DO
Tomasz Carver, ANP, MSN
Janice O. Santee, NP-C, MSN

**S · O · A · R**
THE TEAM APPROACH
Sports, Orthopedic And
Rehabilitation Medicine Associates

PATIENT NAME: BOTTA, MAURO
MEDICAL RECORD#: 944697
DATE OF VISIT: 01/27/2016
LOCATION: REDWOOD CITY

FOLLOW UP 30MIN:

This is a 38-year-old male with low back pain.  This seems like
a relapse, in his opinion.  He had a problem one-and-a-half
years ago, had x-rays, and then physical therapy.  Since the
physical therapy was completed, he had been fine until two weeks
ago.  He developed pain in the right lower back, which sometimes
while sitting in a car radiates down to his right leg, but
otherwise he is fully functional.  He is much better while
standing and lying.  He chooses to sit as little as possible and
he is able to work standing.  He plays tennis and runs on the
treadmill through it.  It does not aggravate his symptoms.  He
tolerates his physical activities fine.  There has been no new
trauma, however, this happened three or four days after his
return flight from the holidays from Italy where he spent
several hours on an airplane.  In his opinion, this is not as
intense as the one he had one-and-a-half years ago, but it feels
like the nature of it is the same.

Past medical, surgical, family, and social history is otherwise
unchanged.

PHYSICAL EXAMINATION:  Well-nourished, well-developed male, in
no acute distress.  There is minimal tenderness to palpation
around the L5 transverse process on the right side and no SI
joint tenderness to palpation.  His lumbar flexion is to 70
degrees, his extension is to 20 degrees, and his lateral bend is
to 20 degrees bilaterally.  He is able to toe walk and heel
walk.  Motor exam of the lower extremities shows 5/5, symmetric,
hip flexor, hip extensor, knee flexor, knee extensor, and right
foot and left foot, ankle, dorsi and plantar flexion.  Deep
tendon reflexes, bilateral patellars, and Achilles tendons are
2/4.  Straight leg raise test on the right causes pain shooting
into the right posterior thigh at about 45 degrees.

**Sports, Orthopedic And Rehabilitation Medicine Associates**          www.soarmedical.com

**Mid Peninsula Office**
500 Arguello Street, Suite 100
Redwood City, CA 94063-1526
Phone: 650-851-4900  Fax: 650 368-4901

**South Bay Office**
350 S. Winchester Blvd., Suite 100
San Jose, CA 95128-2544
Phone: 408-247-4900  Fax: 408-249-4900

**San Francisco Office**
1375 Sutter Street, Suite 105
San Francisco, CA 94109-5465
Phone: 415-387-4900  Fax: 415-213-3791

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 20 of 21

Saglimbeni000178

**DX1492-178**

PAGE: 2
PATIENT NAME: BOTTA, MAURO
MEDICAL RECORD#: 944697
DATE OF VISIT: 01/27/2016

On the left, it happens at about 60 degrees.  Negative
Patrick/FABER test.

IMAGING:  No new imaging today.

IMPRESSION:  Lumbosacral sprain/strain syndrome with potential
evidence of sciatica versus piriformis.  He has tight hamstrings
bilaterally.

PLAN:  The plan is to send the patient to physical therapy.  We
discussed the potential role of anti-inflammatories.  He will
follow up with me in five or six weeks, at which time I will
reassess him and if he has not had a significant response, I
would consider MRI at that time.  Counseled 20 minutes.


Anthony J. Saglimbeni, M.D.
AJS/krmd/sur
D: 01/27/2016 T: 01/29/2016

Electronically signed by Anthony Saglimbeni, M.D. on 07/24/2017 4:35 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 21 of 21

Saglimbeni000179

DX1492-179

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663



www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

---

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000180

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:11 am in *Elation*Health .

**Interactive Patient Chart Contents:**

- 05/31/2016 Office Visit Note   *cc: Office Visit - lt wrist pain . 1. this is a 38 year old male with wrist pain and ...*
- 03/31/2016 Office Visit Note   *cc: Follow-Up - review labs. 1. this is a 38 year old male for follow up of low b..*
- 03/29/2016 Office Visit Note   *cc: Follow-Up.*
- 03/29/2016 Office Visit Note   *cc: Follow-Up.*
- 03/23/2016 Physical Therapy Note   *cc: Follow-Up.*
- 03/21/2016 Physical Therapy Note   *cc: Follow-Up.*
- 03/18/2016 Office Visit Note   *cc: Follow-Up.*
- 03/16/2016 Physical Therapy Note   *cc: Follow-Up.*
- 03/10/2016 Office Visit Note   *cc: Follow-Up.*
- 03/07/2016 Physical Therapy Note   *cc: Follow-Up.*
- 03/03/2016 Physical Therapy Note   *cc: Follow-Up.*
- 02/29/2016 Physical Therapy Note   *cc: Follow-Up.*
- 02/25/2016 Physical Therapy Note   *cc: Follow-Up.*
- 02/18/2016 Physical Therapy Note   *cc: Follow-Up.*
- 02/16/2016 Physical Therapy Note
- 02/12/2016 Office Visit Note   *cc: Follow-Up.*
- 02/10/2016 Physical Therapy Note   *cc: Follow-Up.*
- 02/05/2016 Physical Therapy Note   *cc: Follow-Up.*
- 02/03/2016 Office Visit Note   *cc: New Patient.*

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 25

Saglimbeni000181

**DX1492-181**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

**ElationHealth**

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 7 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 05/31/2016

### Exam Reason (CC): Office Visit - lt wrist pain

**Subjective**

1. this is a 38 year old male with wrist pain and visible lump

    it's been there a few days and does not really hurt unless he puts extreme pressure directly on it. he denies trauma. he does office and desk type work and plays tennis and works out but none of those things bother it

**Allergy: Theophylline**

**Objective**

**Vitals:**

BP: 116/74    HR: 77    Wt: 171 lbs. [+4 from 167 lbs on 03/31/2016]
BMI: 25.44 [+0.6 from 24.84 on 03/31/2016]    $O_2$: 98

PE:    • wn wd male in NAD

   • alert

   • left and right wrists without discoloration or deformity. he does have a visible swelling over hte radial tendons

   • when flexing and extending the wrist and fingers there is no pain.

   • motor exam is normal

   • Allen test negative

   • palpation of 8 mm nodule shows ttp

**Assessment**

1. Ganglion cyst M67.40

   • monitor, wrist splint, prn nsaids. discussed option to aspirate if no change. if sworsnes, consdier xray to rule out underlying OA and/or mri to evaluate for other lesions.

   • counselled 10 minutes

**Plan**

Proc:    low-moderate complexity office visit

Electronically signed by Anthony Saglimbeni, M.D. on 06/06/2016 9:23 am in **ElationHealth**

Saglimbeni000182

**DX1492-182**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

**ElationHealth**

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 5 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 03/31/2016

### Exam Reason (CC): Follow-Up - review labs

#### Subjective
1. this is a 38 year old male for follow up of low back pain and to review labs from after last physical.
2. he has 99% resolution of low back pain after PT, which is now complete. he has no functional limitations, but he does get tingling in the right lower leg almost daily, especially when lying down and when right knee bent. it does not inhibit activity but it is not improving in last 1 month. he has no back pain with it
3. he also has lost weight and had been already lowering his lipids and is hoping they are even better now

**Allergy: Theophylline**

#### Objective

**Vitals:**

BP: 118/84    HR: 71    Wt: 167 lbs. [-8 from 175 lbs on 09/22/2015]
BMI: 24.84 [-1.19 from 26.03 on 09/22/2015]    $O_2$: 96

PE:
- negative SLR bilateral
- negative tinel at fibular head/peroneal nerve
- motor LE 5/5 bilateral

Data:
- P.T Discharge 03/29/2016
- Vitals from last 3 visits reviewed
- lipid panel with reflex to direct ldl: chol/hdlc ratio, lipid panel with reflex to direct ldl: cholesterol, total, lipid panel with reflex to direct ldl: hdl cholesterol, lipid panel with reflex to direct ldl: ldl-cholesterol, lipid panel with reflex to direct ldl: non hdl cholesterol, lipid panel with reflex to direct ldl: triglycerides 03/22/2016
- t chol is 187 from 208
- HDL is 54 from 56
- TG is 70 from 101
- LDL is 119 from 132

#### Assessment
1. Lumbosacral strain S39.012A
   improved with PT
2. Radiculopathy M54.10
   possible lumbar. not resolving. check MRI. call with results
3. Hyperlipidemia E78.5
   improved with weight loss . recheck at physical in 9 months
4. counselled 25 minutes

Saglimbeni000183

**DX1492-183**

Electronically signed by Anthony Saglimbeni, M.D. on 03/31/2016 7:56 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 25

Saglimbeni000184

DX1492-184

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 5 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/29/2016

### Exam Reason (CC): Follow-Up

Physical Therapy Discharge Summary

Patient's Name: Mauro Botta
Patient's DOB: 10/26/1977
Doctor's Name: Anthony Saglimbeni, M.D.
Diagnosis: L/S strain
Total Visits: 16

This Patient:

X Has been discharged to an independent home exercise program (HEP)
Has chosen to discontinue physical therapy and will be self-discharged
Has been referred back to your office for follow up and re-evaluation
Has missed several appointments. The last appointment was on _____
Never returned follow-up phone calls to schedule remaining visits. The patient's last appointment was on

_____

Biering-Sorensen Isometric Back Extension Endurance Test: 65 seconds indicating below average for male normative data.

Comments: Pt demonstrates continued decrease in spinal extensor endurance but improved since the start of therapy and also demo improved functional strength. Pt has met goals in therapy and expected to continue with strength gains as long as compliant with updated HEP.

Thank you very much for this referral. Please feel free to contact us with any questions regarding this patient We can be reached at (408) 293-7794.

Sincerely,

Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 03/29/2016 9:42 am in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 25

Saglimbeni000185

**DX1492-185**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

**ElationHealthᴴᵉᵃˡᵗ**

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 5 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/29/2016

### Exam Reason (CC): Follow-Up

Visit #:

Time In: 0900AM      Time Out: 1000AM      Total Treatment Time: 60 min

Primary Complaint/Body Part: low back

Subjective: Please see patient d/c note encounter on March 29 2016.

Pain: /10

Objective:

Palpation:

Strength:

ROM:

          X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving      Same  Worse

Goals MET/PROGRESSED:

Function:

Plan: MDRS Phase I  II  III  IV

 Continue with treatment plan X Discharge (see summary)

Treating Clinician:  Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 03/29/2016 9:44 am in **Elation**Health

Saglimbeni000186

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/23/2016

### Exam Reason (CC): Follow-Up

Visit #: 7/8

Time In: 9:50 am  Out:   Total Treatment Time:

Primary Complaint/Body Part: LBP

Subjective: Patient reports the back feels the best today.

Pain: 0/10

Objective:

Palpation:

Strength: Kept all exercises status quo per PT plan.

ROM:

        X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good control with SL RDL's and fatigued with basket weave 2kg core exercises.

Plan: MDRS Phase Iii

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 11:21:40 AM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 03/23/2016 6:25 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 25

Saglimbeni000187

DX1492-187

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/21/2016

### Exam Reason (CC): Follow-Up

Visit #: 6/8

Time In: 9:30 am  Out: 10:45 am  Total Treatment Time: 75'

Primary Complaint/Body Part: LB

Subjective: Patient reports the LB felt good standing for 5 hours over the weekend.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

            X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient was challenged with SL RDL's 9#.

Plan: MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:52:56 AM

Supervising Clinician:  Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 03/21/2016 12:50 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 8 of 25

Saglimbeni000188

DX1492-188

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

<sup></sup>ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/18/2016

### Exam Reason (CC): Follow-Up

Visit #: 5/8

Time In: 0900AM        Time Out: 1000AM        Total Treatment Time: 60 min

Primary Complaint/Body Part: low back

Subjective: Pt reports back feeling pretty good but still has difficulty with prolonged driving in the car.

Pain: 1-2/10

Objective: Progressed trunk stab and strength as tolerated per flow. Education regarding postural awareness and cues to be aware of when sitting in car.

Palpation:

Strength:

ROM:

        X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment: Pt demo good tolerance for new ther acts with no aggs. Pt strength continues to progress well towards goals in therapy. Hamstring still very tight and would benefit from added mobility acts to improve flexibility.

X Good Response to RX

X Improving      Same  Worse

Goals MET/PROGRESSED:

Function:

Plan: MDRS Phase  III

X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 03/18/2016 10:48 am in <sup></sup>ElationHealth

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 25

Saglimbeni000189

DX1492-189

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Kirsten Carmichael, PT

### Date of Encounter: 03/16/2016

### Exam Reason (CC): Follow-Up

Visit #: 4/8

Time In:10:00 am   Out:11:15 am   Total Treatment Time: 75'

Primary Complaint/Body Part: LB

Subjective: Patient reports the exercises are getting easier and his L hamstring has less pain when he stretches.

Pain: 4/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

            X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good control with squat push and fatigued with supermans.

Plan: MDRS Phase Iii

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 12:01:28 PM

Supervising Clinician: Kirsten Carmichael, DPT

Electronically signed by Kirsten Carmichael, PT on 03/16/2016 12:44 pm in *Elation*Health

Saglimbeni000190

**DX1492-190**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

## Date of Encounter: 03/10/2016

## Exam Reason (CC): Follow-Up

Lumbar Re-Evaluation
visit 3/8
Physician: Saglimbeni
Diagnosis: Lumbar Strain

Subjective: Pt reports still not able to sit 30 minutes in the car without increasing back pain. Exercising has gotten much better as well as sleeping through the night. Pt reports he is very challenged with exercises during therapy but feels he is getting much stronger overall.

Pain Location:
Frequency: intermittent
Aggravating Factors: driving 30 min
Easing Factors: press ups, standing, laying still, stretch, strength program

Pain Rating
Current: 0/10
Best:
Worst:

Primary Functional Limitation: Difficulty prolonged sitting (mostly in the car)

Vocational History
Occupation: auditor
Current Work Status: working full time
Physical Demands: sitting

ADL Problems
Prior Level of Function: tennis, running, working out - progressing towards PLOF

Personal Goals
Functional Goals: Pt would like to be able to sit at work without pain, drive car 30 min without pain

Objective

AROM Lumbar Flexion 94 degrees
AROM Lumbar Extension 31 degrees
AROM Lumbar Sidebend Right 35 degrees
AROM Lumbar Sidebend Left 24 degrees
AROM Lumbar Rotation Right  min limitation
AROM Lumbar Rotation Left min limitation

Trunk Strength
Abdominal Strength 4/5
Spinal Extensor Strength 5/5
Multifidus/TrA activation 4/5

Saglimbeni000191

**DX1492-191**

Hip ROM is WFL B

Hip MMT is 4+/5 in all planes except Hip Abd which is 4/5 B

Special Tests

Slump Test (-)
Quadrant Test (-)

SIJ Special Tests
Gillets
Gaenslans Test
Faber
Compression/Distraction
Well Leg Raise: (+) L leg with R sided pain - continued
SLR (-) R

Inspection

Posture and Alignment
  Sitting/standing posture: Rounded shoulders, forward head, thoracic kyphosis  - improved
  Gait: WFL
  Palpation of Low Back and Spinal Structures
  TTP structures: pain with L4-5 central vertebral glide - continued

Pt demonstrates improved functional strength, improved ROM, improved muscle length, and decreasing symptoms during daily functional activities. Pt has been able to tolerate all added functional strengthening acts as well as more advanced manual interventions with very minimal increase in symptoms throughout. Pt has partially met goals in therapy but still progressing towards being able to sit prolonged periods without inc pain. Pt would benefit from continued PT interventions to address continued deficits and progress postural awareness and education as needed to address continued pain with sitting.

Rehabilitation Potential: Good

MDRS Phase: III

Short Term Goals: 1. Pain 0/10 - progressing 2. Indep HEP - met 3.) Improved glut strength to 4/5 with no pain
Long Term: Goals:1.) Return to sitting 30 min without pain - progressing 2.) Sleep through the night with no symptoms - Met

Objective measures will be used to chart progress. Patient understands and agrees with this treatment plan.

Plan:
Lumbar Spine Plan of Care
Complete remaining visits on current prescription as needed.

Frequency: 2 times per week
Duration: 4 weeks
Lumbar Spine Treatment Plan will focus on PRE's, isolated and general strength and conditioning, postural awareness/re-education, trunk stabilization, PNF, and MFR/joint mobilization as needed.

Thank you for the opportunity of working with Mr Botta

As always, please feel free to contact our clinic at (408) 293-7794 if you have any questions or concerns.

Respectfully,

Richard Friedell, PT

---

Mauro Botta
DOB: Oct. 26, 1977
Page 12 of 25

Saglimbeni000192

Electronically signed by Richard Friedell, PT on 03/10/2016 10:56 am in ✳**Elation**Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 25

Saglimbeni000193

**DX1492-193**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*Elation*Health

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/07/2016

### Exam Reason (CC): Follow-Up

Visit #: 2/8

Time In:  8:45 am  Out: 10:00 am   Total Treatment Time: 75'

Primary Complaint/Body Part:

Subjective: Patient reports he felt good over the weekend and due to rain he was not able to play tennis.

Pain: 4/10

Objective:

Palpation: (+) TTP R glut

Strength: Progressed PRE's per PT plan.

ROM:

              X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function:  Patient had good form with Backstrong and will progress next visit.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:03:41 AM

Supervising Clinician: Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 03/07/2016 6:12 pm in *Elation*Health

Mauro Botta
DOB: Oct. 26, 1977
Page 14 of 25

Saglimbeni000194

**DX1492-194**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 03/03/2016

### Exam Reason (CC): Follow-Up

Visit #: 1

Time In: 9:55 am   Out: 11:10   Total Treatment Time: 75'

Primary Complaint/Body Part: LBP

Subjective: Patient reports he did not sleep well last night and has less pain this morning than usual. He feels less pain today when he woke up.

Pain: 1-2/10

Objective:

Palpation: (+) TTP R glut

Strength: Progressed PRE's per PT plan.

ROM:

   X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

X Good Response to RX

X Improving  Same  Worse

Goals MET/PROGRESSED:

Function: Patient fatigued with resisted pointers.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 11:18:04 AM

Supervising Clinician: Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 03/07/2016 9:22 am in *Elation*Health

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 15 of 25

Saglimbeni000195

DX1492-195

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 4 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/29/2016

### Exam Reason (CC): Follow-Up

Progress Note

Time In: 10:45 am Time Out:12:00 pm am Total Treatment: 75'

Diagnosis: LBP
Doctor: Saglimbeni
Date of Initial Evaluation: 2/3/2016
Number of Visits:8/8

Subjective: Patient reports over the weekend he had less pain. He is moderately diligent with his HEP. He still wakes up in the middle of the night due to pain and is challenged with SLR 3 ways and clams. Patient believes PT is beneficial and would like to continue.

Objective/Assessment/Goals: Patient is continuing to meet his goals of returning to tennis and be able to sleep without an increase in symptoms. Therapeutic exercises include, but not limited to SLR 3 ways 1#, dolphins, SB pointers, SB roll outs, Backstrong, Monster/Wide walks, dead bugs, core circuit, and LE stretches (HS and calf board stretches). Patient has completed all 8 visits on the current prescription and would benefit from more to increase strength, ROM, and decrease pain.

Recommendations/Plan: To continue PT.

Thank you for this referral. If you have any questions regarding this patient, please feel free to contact us.

Sincerely,

Jesse Little ATC

Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 02/29/2016 6:20 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 25

Saglimbeni000196

DX1492-196

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/25/2016

### Exam Reason (CC): Follow-Up

Visit #: 7/8

Time In: 9:45 am  Out: 11:00 am  Total Treatment Time: 75'

Primary Complaint/Body Part: LBP

Subjective: Patient is not diligent during the week with his HEP. He is still challenged with piriformis and HS stretches.

Pain: 4/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

　　　　　　X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

X Good Response to RX

X Improving    Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with multifundus row and punch, but fatigued at the end.

Plan: MDRS Phase II  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 11:13:23 AM

Supervising Clinician: Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 02/25/2016 3:02 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 17 of 25

Saglimbeni000197

DX1492-197

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*Elation*Health

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/18/2016

### Exam Reason (CC): Follow-Up

Visit #: 6/8

Time In: 2:00 pm  Out: 3:10 pm   Total Treatment Time: 70'

Primary Complaint/Body Part: LBP

Subjective: Patient went to the dentist this AM and had to lay in the chair for over an hour which increased his back pain.  He also feels tightness in the R hip flexor today.

Pain: 5/10

Objective:

Palpation:

Strength: Kept all exercises status quo per PT plan.

ROM:

                X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

X Good Response to RX

X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with pointers.

Plan: MDRS Phase  II  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 3:24:08 PM

Supervising Clinician: Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 02/18/2016 10:40 pm in *Elation*Health

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 18 of 25

Saglimbeni000198

**DX1492-198**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/16/2016

Visit #: 5/8

Time In: 3:00 pm  Out:4:20 pm   Total Treatment Time: 80'

Primary Complaint/Body Part: LBP

Subjective: Patient reports over the weekend he felt better.  Yesterday he was standing all day and feels he regressed.

Pain: 4/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

         X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with MW/WW

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 4:42:23 PM

Supervising Clinician:


Electronically signed by Richard Friedell, PT on 02/16/2016 9:14 pm in *ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 25

Saglimbeni000199

**DX1492-199**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/12/2016

### Exam Reason (CC): Follow-Up

Visit#: 4/8
Time In: 0830AM   Time Out: 0930AM   Total Treatment Time: 60 min

Primary Complaint/Body Part: low back

Subjective: Pt reports his back feels sore after last visit and hamstrings continue to be very tight.

Pain:

Objective: progressed intensity of functional trunk strengthening per flow

Palpation:

Strength:

ROM:

   X See Treatment Plan or Exercise Flow Sheet for details
Assessment:

   X  Good Response to Exercise

   X  Improving    Same    Worse

Goals MET/Progressed:

Function: Pt able to tolerate all added functional strengthening activities without increased symptoms. Pts functional strength continues to progress well towards PT goals. Fatigued quickly with plank series, especially on side.

Plan: MDRS Phase:  III

   X Continue with treatment plan  or  Discharge (see summary)

Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 02/16/2016 9:10 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 20 of 25

Saglimbeni000200

DX1492-200

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Kirsten Carmichael, PT

### Date of Encounter: 02/10/2016

### Exam Reason (CC): Follow-Up

Visit #: 3/8

Time In: 8:20 am  Out: 9:35 am  Total Treatment Time: 75'

Primary Complaint/Body Part: LB

Subjective: Patient reports he feels bad in the AM.  He feels very stiff and tight.  The LB takes awhile to warm up, but gets better throughout the day.  He is still very challenged with clams.

Pain: 5/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

          X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient took frequent breaks with deadbugs.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 9:37:38 AM

Supervising Clinician: Kirsten Carmichael, DPT

Electronically signed by Kirsten Carmichael, PT on 02/10/2016 10:04 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 21 of 25

Saglimbeni000201

DX1492-201

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/05/2016

### Exam Reason (CC): Follow-Up

Visit #: 2/8

Time In: 9:30 am 10:40 am  Out 70'  Total Treatment Time: 70'

Primary Complaint/Body Part: LBP

Subjective: Patient reports as he walks and moves around the pain decreases in his back. Patient remembers a lot of the exercises, but realizes he needs to create strength before progressing the exercises.

Pain: 5/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

              X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with Backstrong and was challenged with SB pointers.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC  11:55 am

Supervising Clinician: Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 02/05/2016 1:22 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 22 of 25

Saglimbeni000202

DX1492-202

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 3 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 02/03/2016

### Exam Reason (CC): New Patient

Lumbar Evaluation

Physician: Saglimbeni
Diagnosis: Lumbar Strain

Subjective: Pt reports he has been having low back pain for the past few months. Pt had back pain prior and came to PT in 2014 for help decreasing the symptoms. Pt states the PT really helped but he's fallen off the exercises and would like to get back to where he was before, functionally.

Pain Location:
Frequency: intermittent
Aggravating Factors: AM, sleeping, piriformis and HS stretches, bending forward to tie shoes
Easing Factors: press ups, standing, laying still

Pain Rating
Current: 0/10
Best:
Worst: 4/10 with aggs

Prior episodes:
Prior treatment: Pt 2 years ago

Primary Functional Limitation: Difficulty prolonged sitting

Vocational History
Occupation: auditor
Current Work Status: working full time
Physical Demands: sitting

General Health Questions
Pre-existing conditions: see chart

Concurrent Medical Treatment
Current Medications: see chart

ADL Problems
Prior Level of Function: tennis, running, working out,

Surgical History: see chart

Personal Goals
Functional Goals: Pt would like to be able to sit at work without pain

Objective

AROM Lumbar Flexion 90 degrees
AROM Lumbar Extension 25 degrees



Saglimbeni000203

**DX1492-203**

AROM Lumbar Sidebend Right 26 degrees
AROM Lumbar Sidebend Left 26 degrees
AROM Lumbar Rotation Right  min limitation
AROM Lumbar Rotation Left min limitatin

Trunk Strength
Abdominal Strength 3/5
Spinal Extensor Strength 3/5
Multifidus/TrA activation 3/5

Hip ROM is WFL B

Hip MMT is 4/5 in all planes except Hip Abd which is 3+/5 B with quick fatigue.

Special Tests

Slump Test (+)
Quadrant Test (-)

SIJ Special Tests
Gillets
Gaenslans Test
Faber
Compression/Distraction
Well Leg Raise: (+) L leg with R sided pain
SLR (+) R

Vital Signs
Blood Pressure:

Inspection

Posture and Alignment
 Sitting/standing posture: Rounded shoulders, forward head, thoracic kyphosis
 Gait: WFL
 Palpation of Low Back and Spinal Structures
 TTP structures: pain with L4-5 central vertebral glide

Pt is a 38 y/o male presenting with difficulty prolonged sitting, transferring out of bed in the AM, and sleeping through the night secondary to signs and symptoms consistent with medically diagnosed lumbar strain. Pt with dec ROM, dec strength, dec joint mobility, dec muscle length, and pain with functional activities. Pt would benefit from PT interventions to address noted deficits. Pt was receptive to all education regarding MOI, precautions for exercise, and assigned HEP.

Rehabilitation Potential: Good given good results from last bout of PT

MDRS Phase: II-Iii

Short Term Goals: 1. Pain 0/10 2. Indep HEP 3.) Improved glut strength to 4/5 with no pain
Long Term: Goals:1.) Return to sitting 30 min without pain 2.) Sleep through the night with no symptoms

Objective measures will be used to chart progress. Patient understands and agrees with this treatment plan.

Plan:
Lumbar Spine Plan of Care

Frequency: 2 times per week
Duration: 4 weeks
Lumbar Spine Treatment Plan will focus on PRE's, isolated and general strength and conditioning, postural awareness/re-education, trunk stabilization, PNF, and MFR/joint mobilization as needed.

Mauro Botta
DOB: Oct. 26, 1977
Page 24 of 25

Saglimbeni000204

**DX1492-204**

Thank you for the opportunity of working with Mr Botta

As always, please feel free to contact our clinic at (408) 293-7794 if you have any questions or concerns.

Respectfully,

Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 02/03/2016 4:01 pm in ꙥElationHealth

---

Mauro Botta
DOB: Oct. 26, 1977
Page 25 of 25

Saglimbeni000205

**DX1492-205**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN: 8887750898

From: Anthony Saglimbeni, M.D.

Subject: Medical Records Continued

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000206

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records Continued**

(No Message Body)

Sent by Brynn Sargent on 11/09/2018 9:10 am in ElationHealth .

**Interactive Patient Chart Contents:**

- 10/18/2016 Physical Therapy Note  *cc: Follow-Up.*
- 10/07/2016 Office Visit Note  *cc: Follow-Up.*
- 09/30/2016 Office Visit Note  *cc: Follow-Up.*
- 09/23/2016 Physical Therapy Note  *cc: Follow-Up.*
- 09/22/2016 Office Visit Note  *cc: Follow-Up right elbow-improving but not 100%. 1. follow up right lateral e...*
- 09/16/2016 Office Visit Note  *cc: Follow-Up.*
- 09/09/2016 Office Visit Note  *cc: Follow-Up.*
- 09/06/2016 Physical Therapy Note  *cc: Follow-Up.*
- 08/31/2016 Physical Therapy Note  *cc: Follow-Up.*
- 08/29/2016 Physical Therapy Note  *cc: Follow-Up.*
- 08/24/2016 Physical Therapy Note  *cc: Follow-Up.*
- 08/23/2016 Office Visit Note  *cc: Follow-Up - BACK PAIN. 1. This is a 38 year old male for follow up. 2. his...*
- 08/22/2016 Office Visit Note  *cc: Follow-Up.*
- 08/15/2016 Office Visit Note  *cc: Follow-Up.*
- 08/12/2016 Office Visit Note  *cc: Follow-Up.*
- 08/09/2016 Office Visit Note  *cc: New Patient.*
- 08/01/2016 Office Visit Note  *cc: Follow-Up - REVIEW MRI . 1. this is a 38 year old male for follow up. he h...*
- 07/22/2016 Physical Therapy Note  *cc: Follow-Up.*
- 07/20/2016 Office Visit Note  *cc: New Patient.*
- 07/18/2016 Office Visit Note  *cc: Follow-Up - back issues - no sleep after RX. 1. ongoing back pain.*

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 29

Saglimbeni000207

**DX1492-207**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 11 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 10/18/2016

### Exam Reason (CC): Follow-Up

Visit #: 1/8

Time In: 9:30 am  Out: 10:30 am  Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient is going to play tennis this evening. He feels the elbow is progressing well. He complains of stiffness. He was able to serve last week without pain and he feels he has better mechanics now.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

       X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

X Good Response to RX

X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient was challenged with ab circuit to challenge the elbow (pushs ups and fwd plank with taps laterally).

Plan: MDRS Phase III

X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:34:54 AM

Supervising Clinician: Anthony Saglimbeni, MD. chart reviewed. good progress. will continue to strengthen and follow plan.


Electronically signed by Anthony Saglimbeni, M.D. on 10/18/2016 11:53 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 2 of 29

Saglimbeni000208

DX1492-208

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

**ElationHealth**

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 11 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 10/07/2016

### Exam Reason (CC): Follow-Up

Visit #: 4/4 PROGRESS NOTE

Time In: 1000AM  Out: 1100AM   Total Treatment Time:

Primary Complaint/Body Part:  R elbow

Subjective: Pt reports elbow feels a little better but still a lot of pain during tennis overhead swing, serving. Pt happy with progress and feels like he would benefit from continued strengthening.

Pain: 5/10

Objective: Grip strength R = 38.0 kg  L 50.5 kg
Progressed functional gripping and strength acts as tolerated.

Palpation:

Strength:

ROM:

          X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Pt demo no improvement in grip strength and continues with difficulty playing tennis secondary to continued symptoms of lateral epicondylitis. Pt has been able to tolerate all exercise progressions, and manual interventions, with minimal aggs. Pt would benefit from continued PT interventions to address residual deficits and maximize strength for tennis.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)
COnt PT 2x/week 2-3 weeks.
Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 10/07/2016 1:39 pm in **Elation**Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 29

Saglimbeni000209

DX1492-209

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 11 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 09/30/2016

### Exam Reason (CC): Follow-Up

Visit #: 3/4

Time In: 0830AM  Out: 0930AM  Total Treatment Time: 60 min

Primary Complaint/Body Part:  R lateral elbow

Subjective: Pt reports he has trialed hitting back hand which feels okay. Pt still having trouble with overhead serving but improving. Feels stronger.

Pain: 2/10

Objective: Progressed functional UE lifting activities as tolerated.

Palpation: Noted improved mobility in extensor mass, less TTP at common extensor tendon. (-) resisted 3rd digit test.

Strength:

ROM:

           X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function:  Patient was able to tolerate all added functional strengthening activities without increased symptoms or aggravation. Pt continues to progress well towards goals in therapy. Pt expected to continue progressing towards overhead serving with less symptoms over next 2 weeks.

Plan: MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 09/30/2016 9:35 am in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 29

Saglimbeni000210

DX1492-210

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 09/23/2016

### Exam Reason (CC): Follow-Up

Visit #:2/4

Time In: 8:30 am  Out: 9:30 am   Total Treatment Time: 60'

Primary Complaint/Body Part: R lateral epicondylitis

Subjective: Patient is going to play tennis this weekend. The only time he has issues is when he is volleying or serving.

Pain: 2/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

            X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient was challenged with progression to CC for SH extension and rows.

Plan: MDRS Phase   III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 9:54:18 AM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 09/23/2016 11:04 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 29

Saglimbeni000211

DX1492-211

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

**ElationHealth**

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 09/22/2016

### Exam Reason (CC): Follow-Up right elbow-improving but not 100%

#### Subjective

1. follow up right lateral epicondylitis
2. this 38 year old gentleman has been in PT and has improved but not completely. he did try some tennis 2 weeks ago and again a day later and again a week ago. he felt random episodic elbow pain but continued to play and did not feel setbacks thereafter. he has stated his pain migrated about 3 inches distally.

- on occasion, he feels it with routine activity such as giving a "high five".
- prior MRI showed tendinopathy but no tear

#### Allergy: Theophylline

#### Objective

**Vitals:**

BP: 120/78   HR: 76   Wt: 176 lbs. [+1 from 175 lbs on 08/23/2016]
BMI: 26.18 [+0.15 from 26.03 on 08/23/2016]   $O_2$: 98

PE:   - mild ttp right lateral epicondyle and near arcade of frosche.
- mild pain with resisted right third finger extension and resisted right wrist extension.
- good grip strength but pain laterally

Data:   MRI RT ELBOW 07/28/2016

#### Assessment

1. Lateral epicondylitis M77.10

- will continue PT and recheck at ACE. he again declines corticosteroid and is overall improved. If he worsens he can come back sooner for cortisone injection.
- counselled 10 min u9tes
- ACE in 2 months

#### Plan

Proc:   low-moderate complexity office visit

Electronically signed by Anthony Saglimbeni, M.D. on 09/22/2016 11:39 am in **Elation**Health

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 29

Saglimbeni000212

**DX1492-212**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 09/16/2016

### Exam Reason (CC): Follow-Up

Visit #:1/4

Time In: 8:30 am  Time Out: 9:30 am  Total Treatment Time: 60 min

Primary Complaint/Body Part: R lateral epicondylitis

Subjective: Pt reports stiffness in forearm this morning. Reports playing tennis for 15 min last Saturday. Pt reports no pain when swinging during tennis but had pain while blocking. Pt reports not doing exercises this week because he has been out of town in Florida. Reports that pain is no longer at lateral epicondyle but now is in extensor muscles in forearm.

Pain: 3/10

Objective: Progressed overhead strengthening per flow.

Palpation:

Strength:

ROM:

            X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Pt tolerated progression for KB press well with good form. Pt had difficulty lifting 15# weight during scap series exercise. Decrease weight next visit to promote better form during exercise.

Plan: MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Tonia Malave, SPT

Supervising Clinician: Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 09/16/2016 3:26 pm in *Elation*Health

---

Saglimbeni000213

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 09/09/2016

### Exam Reason (CC): Follow-Up

Hand Wrist & Elbow Evaluation

Diagnosis: R lateral epicondylitis
Doctor: Saglimbeni

Subjective

Onset
Date of onset: 3 weeks ago
Description: Pt reports wrist and elbow feeling much better at this point. Pt reports he has not tried tennis yet, but feels that he could at this point.

Pain
Location of Elbow or Wrist Pain:
Frequency: much less frequent
Pain is aggravated with the following activities or positions: bending the elbow, tennis, resist 3rd finger extension, opening can
Pain is eased with the following activities or positions:  rest, ice
Pain Quality: dull achy pain

Pain Rating:
Present: 0/10
Best:
Worst: 9/10

Prior Episodes:
Prior treatment: PT for back

Primary Functional Limitations (what brings you to therapy?): tennis, opening cans for food

Vocational History
Occupation: Engineer
Current Work Status:
Physical Demands: sedentary physical demands.

General Health Questions
Pre-existing conditions: See intake

Concurrent Medical Treatment
Current Medications: NA. Taking NAP for back pain and soreness, anti spasm meds

ADL Problems
Prior Level of Function:  play tennis without pain

Surgical History: NA

Personal Goals



Saglimbeni000214

**DX1492-214**

Functional Goals: Patient would like to be able to return to tennis without inc symptoms.

Objective

Hand dominance: Right

Inspection:

Posture and alignment: Rounded shoulders

Palpation of Elbow and/or Wrist: TTP lateral epicondyle near common extensor tendons.

Wrist Active ROM

Wrist Flexion AROM (0-60) Right WFL pain  Left WFL

Wrist Extension AROM (0-60) Right WFL  Left WFL

Wrist Ulnar Deviation AROM (0-30) Right  WFL  Left WFL

Wrist Radial Deviation AROM (0-20) Right WFL  Left WFL

Wrist Strength Testing

Wrist Flexion  Right 4+/5  Left 4+/5

Wrist Extension  Right 4/5 pain   Left 4/5

Wrist Ulnar Deviation  Right 5/5  Left 5/5

Wrist Radial Deviation  Right 5/5  Left 5/5


Elbow Strength Testing

Elbow Extension Strength 4/5  B

Elbow Flexion Strength 4/5 B

Hand Dynamometer:

Right: 40 kg    L: 48 kg
Special Tests

Phelans (-) R

Reverse Phelans (-)

Carpal Tunnel Compression Test (-)

Resisted 3rd digit extension  (-) R

Finkelstein (-) R

Tinels

Assessment
Pt demonstrates improved functional ROM, improved strength, improved joint mobility, and less pain with most functional acts. Pt has been able to tolerate all progressions in functional strengthening and dynamic activities with minimal aggravations. Pt has yet to progress to return to tennis acts at this time and would benefit from continued PT interventions to address residual deficits and return to PLOF including tennis.

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 29

Saglimbeni000215

**DX1492-215**

Rehabilitation Potential: Good

MDRS Phase III

Short Term Goals: 1.) Pain 0/10 with full elbow flexion - MET  2.) Indep HEP - MET  3.) MMT 5/5 in all planes in R hand - MET 4.) Grip strength R=L - PROGRESSING

Long Term Goals: 1.)  Return to normal tennis acts without limitation - PROGRESSING 2.) Able to return to writing with arm bent - MET 3.) Driving without limitation - MET

Objective measures will be used to chart progress. Patient understands and agrees with this treatment plan.

Plan:
Elbow/wrist/hand Plan of Care

Frequency:2   times per week
Duration: 5  weeks
Elbow/Wrist/Hand Treatment Plan will focus on PRE's, isolated and general strength and conditioning, postural awareness/re-education, PNF, and MFR/Mobs as needed.

Thank you for the opportunity of working with Mr Botta

As always, please feel free to contact us at (408) 293-7794 if you have any questions or concerns.

Respectfully yours,
Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 09/09/2016 10:50 am in Elation Health

Saglimbeni000216

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 09/06/2016

### Exam Reason (CC): Follow-Up

Visit #: 9/10

Time In: 2:20 pm  Out:3:25 pm    Total Treatment Time: 55'

Primary Complaint/Body Part: R elbow

Subjective: Patient feels the pain is moving down his wrist. He feels he is getting better.

Pain: 3/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

            X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient fatigued with scap series and needed verbal ques with KB press 9#.  Patient was able to tolerate all added functional strengthening activities without increased symptoms or aggravation. Pt continues to progress well towards goals in therapy.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 3:29:46 PM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 09/06/2016 5:27 pm in *Elation*Health

DX1492-217

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 08/31/2016

### Exam Reason (CC): Follow-Up

Visit #: 8/10

Time In: 8:50 am  Out: 9:55 am   Total Treatment Time: 65'

Primary Complaint/Body Part: R elbow

Subjective: Patient feels the putty is getting better and he has less pain in the elbow. He feels that he is progressing.

Pain: 5/10

Objective:

Palpation:

Strength: Kept all exercises status quo per PT plan.

ROM: WFL bilaterally in elbows.

        X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form and control with Body Blade. Strength in elbow continues to progress well towards goals.

Plan: MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:58:57 AM

Supervising Clinician:  Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 08/31/2016 2:29 pm in ElationHealth

Saglimbeni000218

DX1492-218

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

**ElationHealth**

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 10 mo at the time of visit
Seen by Elizabeth Powell, DPT

### Date of Encounter: 08/29/2016

### Exam Reason (CC): Follow-Up

Visit #:7/10

Time In: 9:15 am   Out: 10:15 am   Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient continues to be challenged with putty grip.

Pain: 3-5/10

Objective:

Palpation: (+) TTP lateral epicondyle

Strength: Progressed PRE's per PT plan.

ROM:

       X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient was challenged with 90/90 ball drops.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 11:14:46 AM

Supervising Clinician:  Elizabeth Rea, DPT


Electronically signed by Elizabeth Powell, DPT on 08/29/2016 11:24 am in **Elation**Health

Saglimbeni000219

**DX1492-219**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100, San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*ElationHealth*

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 08/24/2016

### Exam Reason (CC): Follow-Up

Visit #: 6/10

Time In: 8:25 am  Out:9:25 am    Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient has a lot of pain on the lateral epicondyle.  He feels the exercises are challenging, but he likes them.

Pain: 6/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

             X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient was challenged with 2 sets of scap series.  Pt able to flex elbow to full ROM with decreasing symptoms of guarding and pain. Strength continues to progress well towards goals.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 9:36:50 AM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 08/24/2016 10:25 am in *ElationHealth*

---

Saglimbeni000220

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 08/23/2016

### Exam Reason (CC): Follow-Up - BACK PAIN

**Subjective**

1. This is a 38 year old male for follow up.
2. his low back pain is virtually gone. he had some PT and medication management and although it was quite disabling at first, it is now gone. he feels it has resolved. prior MRI showed midl disc issues. we were going to repeat MRI but  he responded to medication . no current complaints of back pain
3. he does still have right lateral elbow pain, and that is modestly improved with PT and  time. he has avoided nsaids due to developing melena last time. he feels about 50% improved in that he can do some more with his elbow but still has pain. he is able to flex it now. his grip has gone from 14 to 30 on that hand. it is 50 on the other hand.

**Allergy: Theophylline**

**Objective**

**Vitals**:

BP: 120/76    HR: 76    Wt: 175 lbs. [+2 from 173 lbs on 08/01/2016]
BMI: 26.03 [+0.3 from 25.73 on 08/01/2016]    $O_2$: 97

PE:
- ttp on right lateral epicondyle
- pain with right resisted wrist extension and 3rd finger extensions
- able to resist so motor now 4-/5

Data:
- MRI RT ELBOW 07/28/2016
- lipid panel with reflex to direct ldl: chol/hdlc ratio, lipid panel with reflex to direct ldl: cholesterol, total, lipid panel with reflex to direct ldl: hdl cholesterol, lipid panel with reflex to direct ldl: ldl-cholesterol, lipid panel with reflex to direct ldl: non hdl cholesterol, lipid panel with reflex to direct ldl: triglycerides 03/22/2016

**Assessment**

1. Lateral epicondylitis, right elbow M77.11

   improving with PT. much better but long way to go. continue PT. follow up 1 months. declines corticosteroid injection

2. Lumbosacral strain S39.012A

   resolved clinically

3. Hyperlipidemia E78.5

   had responded. will need recheck in december with ACE

4. counseled 18 minutes

**Plan**

Proc:    moderate complexity office visit



Saglimbeni000221

**DX1492-221**

Electronically signed by Anthony Saglimbeni, M.D. on 08/23/2016 8:04 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 16 of 29

Saglimbeni000222

DX1492-222

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 08/22/2016

### Exam Reason (CC): Follow-Up

Visit #: 5/10

Time In: 0800AM   Out:   Total Treatment Time:

Primary Complaint/Body Part:  R elbow

Subjective:

Pain: 4/10 ( 7/10 with gripping)

Objective:  Progressed functional UE strengthening as tolerated per flow.

Palpation: TTP R lateral epicondyle at common extensor tendon

Strength:

ROM:

      X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

X Good Response to RX

X Improving     Same  Worse

Goals MET/PROGRESSED:

Function:  Patient was able to tolerate all added functional strengthening activities without increased symptoms or aggravation. Pt continues to progress well towards goals in therapy.

Plan: MDRS Phase  III

X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 08/22/2016 9:26 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 17 of 29

DX1492-223

Saglimbeni000223

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 08/15/2016

### Exam Reason (CC): Follow-Up

Visit #: 3/10

Time In: 0820AM   Out: 0920AM   Total Treatment Time: 60 min

Primary Complaint/Body Part: R elbow

Subjective: Pt reports shoulder more sore than elbow at this point. Exercises felt okay last session, elbow feeling more functional but not 100%

Pain: 5-6/10

Objective: Progressed functional lifting tasks as tolerated per flow. Added biceps triceps strengthening as tolerated.

Palpation:

Strength:

ROM:

          X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function:  Patient was able to tolerate all added functional strengthening activities without increased symptoms or aggravation. Pt continues to progress well towards goals in therapy.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 08/15/2016 9:26 am in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 18 of 29

Saglimbeni000224

DX1492-224

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 08/12/2016

### Exam Reason (CC): Follow-Up

Visit #: 2/10

Time In: 0300PM  Out: 0400PM   Total Treatment Time: 60 min

Primary Complaint/Body Part: R elbow

Subjective: Pt reports elbow prewrap felt good after first visit. Pt having a lot of difficulty bending R elbow all the way.

Pain: 3/10

Objective: Noted pt only able to flex L elbow to 9-0 degrees and notable grimace. Trialed contract-relax technique on tricep to allow further flexion, which allowed tricep to relax. PROM R elbow improved to 130 degr. Progressed functional OH lifting PREs as tolerated.

Palpation:

Strength:

ROM:

        X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving    Same  Worse

Goals MET/PROGRESSED:

Function: Patient was able to tolerate all added functional strengthening activities with moderate incr symptoms. Pt continues to progress well towards goals in therapy. Pt apprehensive about bending elbow but instructed to continue with flexion extension for HEP to avoid frozen joint.

Plan: MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Richard Friedell, PT

Supervising Clinician:

Electronically signed by Richard Friedell, PT on 08/12/2016 4:21 pm in *Elation*Health

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 29

Saglimbeni000225

**DX1492-225**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Richard Friedell, PT

## Date of Encounter: 08/09/2016

## Exam Reason (CC): New Patient

Hand Wrist & Elbow Evaluation

Diagnosis: R lateral epicondylitis
Doctor: Saglimbeni

Subjective

Onset
Date of onset: 3 weeks ago
Description: Pt was playing tennis 3 weeks ago, went to swing raquet pretty hard, and felt immediate pain. Pt normally plays tennis all the time and had some pain in the region previously, about a month prior, rested, but was much worse this time. A week ago patient was unable to fully bend elbow, but now improving.

Pain
Location of Elbow or Wrist Pain:
Frequency: intermittent, inc with aggs
Pain is aggravated with the following activities or positions: bending the elbow, tennis, resist 3rd finger extension, opening can
Pain is eased with the following activities or positions:  rest, ice
Pain Quality: dull achy pain

Pain Rating:
Present: 0/10
Best:
Worst: 9/10

Prior Episodes:
Prior treatment: PT for back

Primary Functional Limitations (what brings you to therapy?): tennis, opening cans for food

Vocational History
Occupation: Engineer
Current Work Status:
Physical Demands: sedentary physical demands.

General Health Questions
Pre-existing conditions: See intake

Concurrent Medical Treatment
Current Medications: NA. Taking NAP for back pain and soreness, anti spasm meds

ADL Problems
Prior Level of Function:  play tennis without pain

Surgical History: NA

Saglimbeni000226

**DX1492-226**

Personal Goals
Functional Goals: Patient would like to be able to return to tennis without inc symptoms.

Objective

Hand dominance: Right

Inspection:

Posture and alignment: Rounded shoulders

Palpation of Elbow and/or Wrist: TTP lateral epicondyle near common extensor tendons.

Wrist Active ROM

Wrist Flexion AROM (0-60) Right WFL pain  Left WFL

Wrist Extension AROM (0-60) Right WFL  Left WFL

Wrist Ulnar Deviation AROM (0-30) Right  WFL  Left WFL

Wrist Radial Deviation AROM (0-20) Right WFL  Left WFL

Wrist Strength Testing

Wrist Flexion  Right 4/5  Left 4/5

Wrist Extension  Right 4-/5 pain    Left 4/5

Wrist Ulnar Deviation  Right 5/5  Left 5/5

Wrist Radial Deviation  Right 5/5  Left 5/5


Elbow Strength Testing

Elbow Extension Strength 4/5  B

Elbow Flexion Strength 4/5 B

Hand Dynamometer:

Right: 10 kg and 13 kg    L: 41 kg  and  48 kg
Special Tests

Phelans (-) R

Reverse Phelans (-)

Carpal Tunnel Compression Test (-)

Resisted 3rd digit extension  (+) R

Finkelstein (-) R

Tinels

Assessment
Pt is a 38 y/o male presenting with difficulty driving, working as an engineer, playing tennis, writing, and performing normal ADLs  secondary to signs and symptoms consistent with medically diagnosed lateral epicondylitis. Pt with dec strength/control, dec joint mobility, dec grip strength, dec muscle length, and pain with most functional

Mauro Botta
DOB: Oct. 26, 1977
Page 21 of 29

Saglimbeni000227

DX1492-227

activities. Pt would benefit from PT interventions to address noted deficits. Pt was receptive to all education regarding MOI, precautions for exercise at home, modifications to HEP in order to improve self care tasks and ADLs at home.

Rehabilitation Potential: Good

MDRS Phase II

Short Term Goals: 1.) Pain 0/10 with full elbow flexion 2.) Indep HEP 3.) MMT 5/5 in all planes in R hand 4.) Grip strength R=L

Long Term Goals: 1.) Return to normal tennis acts without limitation 2.) Able to return to writing with arm bent 3.) Driving without limitation

Objective measures will be used to chart progress. Patient understands and agrees with this treatment plan.

Plan:
Elbow/wrist/hand Plan of Care

Frequency:2  times per week
Duration: 5  weeks
Elbow/Wrist/Hand Treatment Plan will focus on PRE's, isolated and general strength and conditioning, postural awareness/re-education, PNF, and MFR/Mobs as needed.

Thank you for the opportunity of working with Mr Botta

As always, please feel free to contact us at (408) 293-7794 if you have any questions or concerns.

Respectfully yours,
Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 08/09/2016 4:25 pm in ⅔ElationHealth



Saglimbeni000228

**DX1492-228**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 9 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 08/01/2016

### Exam Reason (CC): Follow-Up - REVIEW MRI

**Subjective**

1. this is a 38 year old male for follow up. he had extreme right elbow pain laterally and then had MRI and is here now to review. his pain is slightly improved since but his range of motions is better as he can now extend the elbow to 10 degrees short of full extension.

   he is still unable to to fully flex or extend the elbow.

**Allergy: Theophylline**

**Objective**

**Vitals:**

   BP: 114/82   HR: 72   Wt: 173 lbs. [-2 from 175 lbs on 07/18/2016]   BMI: 25.73

PE:   • tender to palpation lateral epicondyle.

   • moderate pain with resisted right wrist extension and mild with right third finger extnesion

   • currently shows flexion and extension contractures due to pain

Data:   • MRI RT ELBOW 07/28/2016

   • tendinosis of common extensor tendon lateral right elbow with small bone spur and no tendon tear

**Assessment/Plan**

1. Lateral epicondylitis, right elbow M77.11

   this 38 year old male has tennis elbow that seems to have come on acutely. there is no evidence of tear. he developed melena on nsaid and wants to avoid cortison injection and prednisone. he wills tart PT and follow up in 1 month. may need cortisone shot before then or prednisone

2. counselled 15 minutes

Proc:   low-moderate complexity office visit

Orders:   *Referral:* South Bay Sports Physical Therapy-- right lateral epicondylitis, acute
   evaluate and treat
   2-3x/wk x 3-4 wks

   To help you with seeing this patient, I've created a customized, interactive, HIPAA compliant patient chart that you can easily access online by following the instructions below. Please use Google Chrome or Firefox instead of Internet Explorer if at all possible to view the interactive chart..

Electronically signed by Anthony Saglimbeni, M.D. on 08/01/2016 2:52 pm in *Elation*Health

Saglimbeni000229

**DX1492-229**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 8 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 07/22/2016

### Exam Reason (CC): Follow-Up

Visit #: 2/10

Time In: 9:00 am   Out:10:00 am   Total Treatment Time: 60'

Primary Complaint/Body Part: Lumbar disc disease

Subjective: Patient reports difficulty with the piriformis glute stretch and he fatigued quickly with his exercises today.

Pain: 4/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

            X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving      Same  Worse

Goals MET/PROGRESSED:

Function: Patient fatigued with SB pointers and abdominal bracing.

Plan: MDRS Phase Ii

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:18:32 AM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 07/22/2016 4:02 pm in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 24 of 29

Saglimbeni000230

DX1492-230

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

## Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 38 yrs, 8 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 07/20/2016

### Exam Reason (CC): New Patient

Lumbar Evaluation

Diagnosis: Lumbar disc disease
Doctor: Saglimbeni

Subjective

Onset
Date of onset:
Description: Pt reports last week he started to have pain in the same region as prior injury. Pt not able to sleep through the night due to pain (less than 2 hours). Pt walks around at night where the pain goes down, but comes back when lying down. Pt has not been compliant with previously assigned HEP due to increased numb feeling in R leg. Pt able to stand at work (has standing desk)

Pain
Location of Back Pain: middle back R>L. When driving goes down R leg
Frequency:
Pain is aggravated with the following activities or positions: laying down 2 hours, tie shoe laces, sleep,
Pain is eased with the following activities or positions: Naproxen, walk around
Pain Quality: sharp pain

Pain Rating:
Present: 3/10
Best:
Worst: 8/10

Prior Episodes:
Prior treatment: multiple over the past few years.

Primary Functional Limitations (what brings you to therapy?): Difficulty sleeping, sitting, walking

Vocational History
Occupation: Engineer
Current Work Status: working full duty
Physical Demands: sitting, light physical demands

General Health Questions
Pre-existing conditions: see intake

Concurrent Medical Treatment
Current Medications: NAP

ADL Problems
Prior Level of Function: Tennis, TM,

Surgical History: NA

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 25 of 29

E

Saglimbeni000231

DX1492-231

Personal Goals

Functional Goals: Patient would like to be able to return to tennis, sleeping, prolonged sitting

Objective

Inspection:

Posture and alignment: Rounded shoulder, hypolordosis in lumbar spine, poor sitting posture

Palpation of Spinal Structures: TTP R paraspinals lumbar

Lumbar Active ROM

Lumbar Flexion AROM (0-50)  52 degr

Lumbar Extension AROM (0-20)  24 degr

Lumbar Sidebend R AROM (0-25) 15 degr

Lumbar Sidebend L AROM (0-25) 15 degr

Lumbar Rotation R AROM moderate limitation

Lumbar Rotation L AROM moderate limitation

LE Strength:
Hip Flexion: 5/5 B
Knee Flexion: 5/5 B
Knee Extension: 5/5 B
Hip Abduction: 4/5 B
Hip Adduction: 4/5 B
Hip Extension: 4/5 B
Dorsiflexion: 4/5 B
Plantarflexion:

Trunk Strength

Abdominal Strength 3/5
Spinal Extensor Strength 4/5 with fatigue noted
Multifidus/TrA Activation  Pain noted with dead bug exercise (R low back) modified to abdominal bracing

Slump Test (-)

Quadrant Test (-) B

Well Leg Raise L LE with symptoms inc on R side

Assessment

Pt is a 38 y/o male presenting with difficulty sleeping, driving, prolonged sitting secondary to signs and symptoms consistent with medically diagnosed low back pain due to lumbar DDD. Pt with dec strength/control, dec joint mobility, dec muscle length, and pain with most functional activities including sleeping. Pt would benefit from PT interventions to address noted deficits. Pt was receptive to all education regarding MOI, precautions for exercise at home, modifications to HEP to improve ADLs and self care tasks.

Rehabilitation Potential: Fair given inconsistent results from last bout of PT

MDRS Phase II

Short Term Goals: 1.) Indep HEP 2.) Able to sit with appropriate posture, with chin tucked, without cues for 1 hour

Long Term Goals: 1.) Sleep through night without waking from aggs 2.) Return to tennis without aggs 3.) Drive

Mauro Botta
DOB: Oct. 26, 1977
Page 26 of 29

Saglimbeni000232

without aggs

Objective measures will be used to chart progress. Patient understands and agrees with this treatment plan.

Plan:
Lumbar Spine Plan of Care

Frequency: 2 times per week
Duration: 5 weeks
Lumbar Spine Treatment Plan will focus on PRE's, isolated and general strength and coniditiong, postural awareness/re-education, trunk stabilization, PNF, and MFR/Mobs as needed.

Thank you for the opportunity of working with Mr Botta

As always, please feel free to contact us at (408) 293-7794 if you have any questions or concerns.

Respectfully yours,
Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 07/20/2016 2:59 pm in ✢ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 27 of 29

Saglimbeni000233

DX1492-233

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 8 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 07/18/2016

### Exam Reason (CC): Follow-Up - back issues - no sleep after RX

#### Subjective

1. ongoing back pain.

- this 38 year old male for follow up is having ongoing low back and right leg pain.  he has history of extruded disc at L4-5 and L5-S1.

- as chart shows, he called last week with severe back pain, unable to sleep.  we added nsaid and flexeril without much benefit.  he says it may have slightly helped, but not much.

#### Allergy: Theophylline

#### Objective

#### Vitals:

BP: 142/78    HR: 82    Wt: 175 lbs. [+4 from 171 lbs on 05/31/2016]    $O_2$: 99%

PE:    MSS: Non specific lumbar para spinal tenderness with palpation at L5 level., no midline tenderness, DTR"s intact with achilles 3/4 bilateraly and patella 1/4 bilateral, ROM limited by pain with flexion of 40 degrees,
SLR neg
bilateral hamstring tightness with popliteal angles abou 110 degrees

NS: No focal motor neuro deficits. Motor, sensory, reflexes, and gait are normal.

Data:    MRI LSPINE 04/07/2016

#### Assessment/Plan

1. Lumbosacral strain S39.012A

- can't rule out worsening of old disc disease but no acute neurologic situation

- will refer to Pt.  start prednisone and prn percocet.  recheck in a few weeks.  if not resolving, consider semi urgent MRI and refer for epidural

- counselled 15 minutes

Proc:    low-moderate complexity office visit

Orders: - *Referral:* South Bay Sports Physical Therapy-- evaluate and treat
lumbar disc disease
2-3x/wk x 4-5 wks
history of L4-5 and L5-S1 extrusion

To help you with seeing this patient, I've created a customized, interactive, HIPAA compliant patient chart that you can easily access online by following the instructions below.  Please use Google Chrome or Firefox instead of Internet Explorer if at all possible to view the interactive chart.

- *New* PredniSONE 20 mg Tab 3 tabs po daily for 3 days, then 2 tabs po daily for 2 days, then one tab po

---

Saglimbeni000234

daily for 2 days # 15 tab RFx0

Electronically signed by Anthony Saglimbeni, M.D. on 07/18/2016 4:35 pm in *ElationHealth

Saglimbeni000235

**DX1492-235**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

 **FAX**

www.elationemr.com

Sent on 11/09/2018 at 09:12 AM

# Clinical fax

ATTN:  8887750898

From:  Anthony Saglimbeni, M.D.

Subject:  Medical Records

---

**Confidentiality Notice**

The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Saglimbeni000236

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

November 9, 2018

8887750898

**Re: Mauro Botta (DOB: 10/26/1977)**

**Subject: Medical Records**

Please find medical records attached as requested.

Sent by Brynn Sargent on 11/09/2018 9:10 am in ElationHealth .

**Interactive Patient Chart Contents:**

- 09/18/2018 Office Visit Note   *cc: Office Visit - concierge 3 month f/u with labs. 1. follow up 2. physically he ...*
- 06/19/2018 Office Visit Note   *cc: Nurse Visit - concierge - ear lavage.*
- 06/12/2018 Office Visit Note   *cc: Office Visit - 6 month lab review. 1. follow up with labs 2. he has gained w...*
- 01/30/2018 Office Visit Note
- 12/12/2017 Office Visit Note   *cc: Physical Exam - concierge ace with labs. 1. here for annual physical. 2. d...*
- 09/20/2017 Office Visit Note   *cc: Nurse Visit - ear lavage.*
- 09/07/2017 Office Visit Note   *cc: Follow-Up - 3 month f/u with labs. 1. follow up 2. has had elevated choles...*
- 06/08/2017 Office Visit Note   *cc: Follow-Up - Concierge 3 month f/u with labs. 1. no new complaints 2. diet...*
- 05/10/2017 Visit Note   *cc: Follow-Up - Concierge 3 month f/u with labs.*
- 03/09/2017 Office Visit Note   *cc: Follow-Up - 3 months with labs. 1. 3mo Lab F/U*
- 12/08/2016 Office Visit Note   *cc: Physical Exam - CONCIERGE CPE . 1. annual comprehensive exam 2. lo...*
- 12/06/2016 Office Visit Note   *cc: Follow-Up.*
- 11/29/2016 Physical Therapy Note   *cc: Follow-Up.*
- 11/22/2016 Physical Therapy Note   *cc: Follow-Up.*
- 11/15/2016 Physical Therapy Note   *cc: Follow-Up.*
- 11/08/2016 Physical Therapy Note   *cc: Follow-Up.*
- 11/01/2016 Physical Therapy Note   *cc: Follow-Up.*
- 10/25/2016 Physical Therapy Note   *cc: Follow-Up.*

Mauro Botta
DOB: Oct. 26, 1977
Page 1 of 29

Saglimbeni000237

**DX1492-237**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 40 yrs, 10 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 09/18/2018

### Exam Reason (CC): Office Visit - concierge 3 month f/u with labs

#### Subjective

1. follow up

- he has much stress and resumed exercise only 2 weeks ago and is in line with his own timetable. has lost 2.5 kg and wants to lose 10 more kg.
- he hope to settle diet after this weekend.
- he remains hopeful he can reverse this. he is not surprised at the current results.

2. physically he feels fine. probably due to resuming exercise. he briskly walks 4-7 miles per day
3. no current back issues but elbow is alittel fatigued with resumption of tennis.

#### Allergy: • Theophylline

- **Naproxen = dark stool  stomach pain**

#### Objective

#### Vitals:

BP: 122/90   HR: 83   Wt: 185 lbs. [+1 from 184 lbs on 06/12/2018]
BMI: 28.13 [+0.15 from 27.98 on 06/12/2018]   $O_2$: 97

PE:      right lateral elbow ttp is mild.

Data:   • homocysteine is 11.6 from 11.8;

- LDL is 144 from 143 f4om 128
- T chol is 225 unchanged
- HDL is 56 from 66

#### Assessment

1. Elevated homocysteine E72.11

   will monitor as he loses weight and exercises as it is almost near normal. recheck at ACE

2. Elevated lipids E78.5

   had not been exercising, but recently resumed.  recheck in 3 months AT ACE.  also needs to watch and change diet.  he plans to now

3. Lateral epicondylitis, right elbow M77.11

   minimal now. monitor. HEP

4. counselled 17 minutes of 30 minute face to face time

Electronically signed by Anthony Saglimbeni, M.D. on 09/18/2018 11:17 am in *Elation*Health

Saglimbeni000238

**DX1492-238**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

**Office Visit Note**

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 40 yrs, 7 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 06/19/2018

### Exam Reason (CC): Nurse Visit - concierge - ear lavage

Pt came in for ear lavage. Cerumen was irrigated from both ears.

Electronically signed by Anthony Saglimbeni, M.D. on 06/29/2018 11:54 pm in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 3 of 29

Saglimbeni000239

**DX1492-239**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 40 yrs, 7 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 06/12/2018

### Exam Reason (CC): Office Visit - 6 month lab review

**Subjective**

1. follow up with labs

- monitoring homocysteine and vitamin D which were omitted at ACE
- also monitoring lipids which have been up and down

2. he has gained weight since our last visit
3. he has lots of work stress. has a lawsuit against an $18 billion company. for this reason he is not doing well physically. he has worsened diet and poor sleep and feels lousy. this has gone one 7-8 months
4. otherwsie no new medical issues. no new physical issues.

**Allergy:**
- Theophylline
- **Naproxen = dark stool  stomach pain**

**Meds:**
- Folic Acid 1 mg Tab sig: TAKE 1 TABLET BY MOUTH DAILY
- Vitamin D3 1000 UNIT Cap sig: 4 ORALLY DAILY

**Objective**

**Vitals**:

BP: 124/84    HR: 79    Wt: 184 lbs. [+15 from 169 lbs on 12/12/2017]
BMI: 27.98 [+2.28 from 25.7 on 12/12/2017]    O$_2$: 98

PE:
- wn wd male
- seeming anxious. shaky
- no further exam
- procedure:
- 2 manual curretage attempts to remove wax of right auditory canal. thereafter, with verbal consent, attempted 80 cc x 5 of right ear irrigation with small fragments of cerumen  pt tolerated well

Data:
- t chol is 225 fom 200 with HDL of 66 and LDL of 143 from 128
- HC is 11.8 from 9.9
- Vitamin D is 35 from 23

**Assessment**

1. Elevated homocysteine E72.11

has gained weight and ran out of folic acid. will refill and recheck in 3 months

2. Low vitamin D level E55.9

good now. continue current D# supplement

---

Mauro Botta
DOB: Oct. 26, 1977
Page 4 of 29

Saglimbeni000240

**DX1492-240**

3. Elevated cholesterol E78.00

  has gained weight. will recheck in 3 months with weight loss and increase exercise

4. Cerumen impaction H61.20

- right ear irrigated and curette used with partial resolution of cerumen
- left ear curette with full resolution of cerumen
- will add ear drops and follow up if not resolved

**Plan**

Tests:   *Order* lipid panel, HOMOCYSTEINE QUEST CODE 31789

Tx:       *New* Folic Acid 1 mg Tab take one tab by mouth every day #90 tab RFx3

Electronically signed by Anthony Saglimbeni, M.D. on 06/17/2018 9:17 pm in **Elation**Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 5 of 29

Saglimbeni000241

DX1492-241

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 40 yrs, 3 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 01/30/2018

patent came in today for ear lavage. both left and right ears washed. tolerated well with no complications

Electronically signed by Anthony Saglimbeni, M.D. on 01/31/2018 5:24 pm in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 6 of 29

Saglimbeni000242

DX1492-242

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

*Elation*Health

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 40 yrs, 1 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 12/12/2017

### Exam Reason (CC): Physical Exam - concierge ace with labs

**Subjective**

1. here for annual physical.
2. doing well except for stress at work with potential job changes.  he sees Ed Sarrett and that helps for counselling.

> he feels he is in the best shape  of his life.  he exercises daily and has kept weight down and he feels better.

3. he asked about not checking his homocysteine and vitamin D levels and would like those in 6 months.
4. he declines influenza vaccine
5. back and elbow are fine these days

**Allergy:**
- **Theophylline**
- **Naproxen = dark stool  stomach pain**

**PMH:**
- Pure Hypercholesterolemia
- Unspecified Vitamin D Deficiency
- Refractive error
- Lumbosacral strain
- Elevated homocysteine
- Low vitamin D level
- seasonal allergic rhinitis
- low back pain
- asthma

**PSH:** TONSILLECTOMY, 1981

**FH:**
- Mother: living, age 69- glaucoma, gluten intolerance, HTN, shoulder issues. total hip replacement 2016
- Father: living, age 68, healthy
- Brother: living, age 43 healthy
- Brother: mild depression
- Brother: 2017 "Asberger"
- Maternal Grandfather: died, leukemia
- Paternal Grandfather: died, heart attack

**SH:**
- single
- auditor
- Education: Bachelor's Degree
- Hobbies include hiking, tennis, movies



Mauro Botta
DOB: Oct. 26, 1977
Page 7 of 29

Saglimbeni000243

**DX1492-243**

Habits: Never smoker (as of: 12/12/2017) (no change)

Meds:   • Folic Acid 1 mg Tab sig: 1 tablet orally daily

        • Vitamin D3 4000 UNIT Cap sig: ORALLY DAILY

ROS:    as above, otherwise negative, see below:

        GENERAL: No fever, chills, wt. change, weakness, fatigue, or night sweats

        EYES: No acuity change, drainage or eye pain.

        HENT: No hearing loss, earache or drainage. Denies sore throat, dysphagia. Denies rhinitis, sinus pain or
        epistaxis

        RESP: No cough, wheezing, dyspnea or hemoptysis.

        CVS: No chest pain, palpitations, orthopnea or edema

        GI: No Abd pain, nausea, vomiting, diarrhea,  blood in stool, constipation

        GU: No dysuria, urgency, frequency, nocturia, hematuria, incontinence, or hesitancy. Denies penile
        discharge, testicular pain or lesions.

        MSS: No mylagias, joint pain or edema, back pain, neck pain, or muscle pain.

        NS: No headache, dizziness or paresthesias. Denies focal motor neuro deficits or gait disturbance

        SKIN: No rashes, changing or new skin lesions

        ENDOC: No polyuria, polydipsia, or cold/heat intolerance.

        PSYCH: No depression, anxiety, or stress, suicidal ideations or plans.

**Objective**

**Vitals**:

    BP: 118/80    HR: 75    Ht: 68 in.    Wt: 169 lbs. [-4 from 173 lbs on 09/07/2017]
    BMI: 25.7 [-0.6 from 26.3 on 09/07/2017]    $O_2$: 98

PE:     GENERAL: Normal.

        EYES: Normal.

        HENT:
        Head: scalp, skull, face normal without tenderness.

        Ears: Tympanic membranes normal. External canal normal with mild cerumen on left and none on right

        Nose: No nasal discharge. Nasal septum perforation.

        Tongue: Normal Tongue, palate, uvula and pharynx.


        NECK: Neck non-tender and supple. No palpable thyroid nodules. No Adenopathy. No Carotid Bruit

        RESP: Lungs clears to auscultation.

        CVS: Regular rate and rhythm. No significant murmurs, rubs, or gallops.

        ABDOM:
        Non-tender, soft to palpation without Organomegally or masses or masses. Normal bowel sounds.

        MSS: Spine: No kyphosis or scoliosis Normal musculature and range of motion.

        NS: No motor weakness. Patellar and biceps reflexes normal.

Saglimbeni000244

SKIN: Normal. Benign lentigenes and nei.

LYMPH: No cervical, Supraclavicular, or Axillary adenopathy

PSYCH: Normal

RECTAL: deferred for age

Data:
- EKG is Normal Sinus Rhythm
- Labs show:
- LPa 61, HS CRP 0.3
- T chol 200 from 204; HDL 55 from 53; TG 76 and LDL128 from 129.
- UA negative
- CMP is normal with glucose of 89 and GFR of 80
- A1c is 5.0
- Uric Acid is 6.2
- TSH is 0.91
- CBC is normal

**Assessment**

1. Annual physical exam Z00.00
   - declines flu shot
   - EKG is normal. labs up to date
   - discussed ongoing exercise and maintenance for low back prevention and elbow prevention
2. Elevated homocysteine E72.11

   not checked today. on folate 1 mg daily. recheck in 6 months
3. Low vitamin D level E55.9

   not checked this visit. on 4000 iu daily. will recheck in 6 months
4. Elevated cholesterol E78.00

   now controlled recheck in 6 months
5. counselled 35 minutes

**Plan**

Tests:   *Order* lipid panel #19543, HOMOCYSTEINE QUEST CODE 31789, 25 hydroxy vitamin D QUEST CODE 17306

Tx:      *Change* Vitamin D3 1000 UNIT Cap 4 ORALLY DAILY #90 RFx0

Electronically signed by Anthony Saglimbeni, M.D. on 12/12/2017 8:45 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 9 of 29

Saglimbeni000245

DX1492-245

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 10 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 09/20/2017

### Exam Reason (CC): Nurse Visit - ear lavage

Pt came in for bilateral ear lavage. Both ears were flushed. Pt reported improvement in hearing in both ears.

Electronically signed by Anthony Saglimbeni, M.D. on 09/20/2017 10:23 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 10 of 29

Saglimbeni000246

DX1492-246

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

‡ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 10 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 09/07/2017

### Exam Reason (CC): Follow-Up - 3 month f/u with labs

**Subjective**

1. follow up
2. has had elevated cholesterol and low vitamin D since last ACE in december.

   he is due for another ACE in december this year

**Allergy:** • **Theophylline**

   • **Naproxen = dark stool  stomach pain**

**Objective**

**Vitals:**

   BP: 116/84    HR: 71    Wt: 173 lbs. [-5 from 178 lbs on 06/08/2017]
   BMI: 26.3 [-0.76 from 27.06 on 06/08/2017]    O$_2$: 97

PE:    • bilateral TM's with mild partially obstructing cerumen

   • no further exam

Data:    • LDL is 129 from 133

   • Vtiamin D is 23 from 22

   • lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipid panel with ratios: hdl cholesterol, lipid panel with ratios: ldl-cholesterol, lipid panel with ratios: ldl/hdl ratio, lipid panel with ratios: non hdl cholesterol, lipid panel with ratios: triglycerides, vitamin d,25-oh,total,ia 08/31/2017

**Assessment**

1. Hyperlipidemia E78.5

   • improved since last visit. patient asks why TG are going up. I explained labile nature of TG and what foods contain that. he understands. I also explained that at the current level, I am not worried.  we will recheck all lipids in 3 months.

   • for now, he will continue diet and exercise and try to continue to lose and maintain a good body weight

2. Low vitamin D level E55.9

   slightly improved at 2000 iu daily but will increase to 4000 iu daily and recheck at ACE

3. Elevated homocysteine E72.11

   on folic acid.  recheck at ACE

4. Impacted cerumen of both ears H61.23

   partial and not having pain or trouble hearing.  no procedure for now.  follow up prn

5. counselled 20 minutes

**Plan**

Saglimbeni000247

**DX1492-247**

Tests:   *Order*  hemoglobin A1c #8181, COMP METABOLIC PANEL QUEST CODE 10231
, LIPID PANEL w/RATIOS (fasting) QUEST CODE 19543, CBC W/DIFF QUEST CODE 6399, TSH W/
REFLEX T-4,FREE QUEST CODE 36127, UA COMPLETE, REFLEX TO CULTURE QUEST CODE 3020,
URIC ACID QUEST CODE 905, HS-CRP QUEST CODE 10124, LPa QUEST CODE 34604

Proc:   moderate complexity office visit

Electronically signed by Anthony Saglimbeni, M.D. on 09/07/2017 11:29 am in **ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 12 of 29

Saglimbeni000248

DX1492-248

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 7 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 06/08/2017

### Exam Reason (CC): Follow-Up - Concierge 3 month f/u with labs

**Subjective**

1. no new complaints
2. diet may not have been tight, with a few more beers lately. less regular cardio exercise. so his lipids are expectedly higher.
3. he took 4000 iu of Vit D for a month and then dropped back to 2000 about a week ago.

   he is also on folate now.

**Allergy:** • **Theophylline**

   • **Naproxen = dark stool  stomach pain**

**Objective**

**Vitals:**

   BP: 108/70    HR: 62    Wt: 178 lbs. [+8 from 170 lbs on 03/09/2017]
   BMI: 27.06 [+1.21 from 25.85 on 03/09/2017]    $O_2$: 97

PE:    no exam

Data:   • homocysteine, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipid panel with ratios: hdl cholesterol, lipid panel with ratios: ldl-cholesterol, lipid panel with ratios: ldl/hdl ratio, lipid panel with ratios: non hdl cholesterol, lipid panel with ratios: triglycerides, vitamin d,25-oh,total,ia 06/02/2017

   • homocysteine is 9.9 from 12.1

   • itamin D is 22 from 18

   • LDL is 153 from 133

**Assessment**

1. Elevated homocysteine E72.11

   stable on folate.  recheck at ACE

2. Low vitamin D level E55.9

   continue 2000 iu daily and recheck.  may need 5000 iu long term if not coming up

3. Hyperlipidemia E78.5

   diet and exercise.  recheck three months

4. counselled 16 minutes

**Plan**

Tests:   *Order*  lipid panel #19543, 25 hydroxy vitamin D QUEST CODE 17306

---

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 13 of 29

Saglimbeni000249

Proc:    moderate complexity office visit

Electronically signed by Anthony Saglimbeni, M.D. on 06/08/2017 11:41 am in ElationHealth

Saglimbeni000250

DX1492-250

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Visit Note

ElationHealth

**Patient Name: Mauro Botta**
D.O.B.: 10/26/1977; 39 yrs, 6 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

**Date of Encounter: 05/10/2017**

**Exam Reason (CC): Follow-Up - Concierge 3 month f/u with labs**

Patient tolerated BIL ear lavage with successful cerumen removal

Electronically signed by Anthony Saglimbeni, M.D. on 06/07/2017 2:31 pm in ElationHealth

Saglimbeni000251

**DX1492-251**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

 ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 4 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 03/09/2017

### Exam Reason (CC): Follow-Up - 3 months with labs

#### Subjective

1. 3mo Lab F/U

Pt presents for lab follow up, with focus on lipid, vit D, and homocysteine values. Reports being really busy currently with career making it difficult to eat throughout the day. Will be able to get a meal in around 11pm-12am each night. Otherwise, pt has worked on a better diet and able to play tennis about 4hrs/wk. States taking Vit D 2000mg/day. Pt reports feeling really good right now. No other major complaints or sx reported.

Allergy: • Theophylline

• **Naproxen = dark stool stomach pain**

#### Objective

**Vitals:**

BP: 124/84   HR: 76   Temp: 97.7 °F   RR: 12   Ht: 68 in.   Wt: 170 lbs. [-4 from 174 lbs on 12/08/2016]
BMI: 25.85 [-0.8 from 26.65 on 12/08/2016]   $O_2$: 99

PE:     No exam today.  Time spent discussing labs.

Data:   • homocysteine, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipid panel with ratios: hdl cholesterol, lipid panel with ratios: ldl-cholesterol, lipid panel with ratios: ldl/hdl ratio, lipid panel with ratios: non hdl cholesterol, lipid panel with ratios: triglycerides, vitamin d,25-oh,total,ia 03/02/2017

   • folic acid 12.1 from 11.8

   • LDL is 133 from 149

   • Vitamin D is 18 from 16

#### Assessment/Plan

1. Low vitamin D level E55.9

Increase Vit. D dosage to 5000mg/day for the next month then decrease to 2000mg/day.

2. Elevated homocysteine E72.11

Rx for 1mg/day of folic acid.

3. Elevated lipids E78.5

   • Explained that current levels are not too much of a concern since they are decreasing to normal range, will try and get values in normal range. Encouraged continuing healthy diet and regular cardiovascular exercise.

   • Will have patient RTC in 3mo for follow-up lab review.

   • Pt seen by Ilyssa Padua, FNP-student

4. counselled 10 minutes

Orders:  *Order*  lipid panel #19543, HOMOCYSTEINE QUEST CODE 31789, 25 hydroxy vitamin D QUEST CODE

Saglimbeni000252

**DX1492-252**

17306

**Follow-up**
3 months with labs

Electronically signed by Anthony Saglimbeni, M.D. on 03/09/2017 11:54 am in ElationHealth

Saglimbeni000253

**DX1492-253**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 1 mo at the time of visit
Seen by Anthony Saglimbeni, M.D.

### Date of Encounter: 12/08/2016

### Exam Reason (CC): Physical Exam - CONCIERGE CPE

**Subjective**

1. annual comprehensive exam

   no new medical complaints

2. low back pain is good now
3. elbow pain from tennis is resolved
4. left wrist ganglion cyst is resolved
5. taking vitamin D supplement but forgets more than half the time.

**Allergy:**
- **Theophylline**
  - **Naproxen = dark stool  stomach pain**

PMH:
- Pure Hypercholesterolemia
- Unspecified Vitamin D Deficiency
- Refractive error
- Lumbosacral strain
- seasonal allergic rhinitis
- low back pain
- asthma

PSH:   TONSILLECTOMY, 1981

FH:
- Mother: living, age 68- glaucoma, gluten intolerance, HTN, shoulder issues. total hip replacement 2016
- Father: living, age 67, healthy
- Brother: living, age 42 healthy
- Brother: mild depression
- Maternal Grandfather: died, leukemia
- Paternal Grandfather: died, heart attack

SH:
- single
- auditor
- Education: Bachelor's Degree
- Hobbies include hiking, tennis, movies

Habits: Never smoker (as of: 12/08/2016) (no change)

Meds:   Vitamin D3 1000 UNIT Cap sig: ORALLY DAILY

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 18 of 29

DX1492-254

Saglimbeni000254

ROS: as above, otherwise normal, see below:

GENERAL: No fever, chills, wt. change, weakness, fatigue, or night sweats

EYES: No acuity change. drainage or eye pain.

HENT: No hearing loss, earache or drainage. Denies sore throat, dysphagia. Denies rhinitis, sinus pain or epistaxis

RESP: No cough, wheezing, dyspnea or hemoptysis.

CVS: No chest pain, palpitations, orthopnea or edema

GI: No Abd pain, nausea, vomiting, diarrhea, blood in stool, constipation

GU: No dysuria, urgency, frequency, nocturia, hematuria, incontinence, or hesitancy. Denies penile discharge, testicular pain or lesions.

MSS: No mylagias, joint pain or edema, back pain, neck pain, or muscle pain.

NS: No headache, dizziness or paresthesias. Denies focal motor neuro deficits or gait disturbance

SKIN: No rashes, changing or new skin lesions

ENDOC: No polyuria, polydipsia, or cold/heat intolerance.

PSYCH: No depression, anxiety, or stress, suicidal ideations or plans.

**Objective**

**Vitals:**

BP: 110/74    HR: 70    Ht: 67.75 in.    Wt: 174 lbs. [-2 from 176 lbs on 09/22/2016]
BMI: 26.65 [+0.47 from 26.18 on 09/22/2016]    $O_2$: 97

PE:    GENERAL: Normal.

EYES: Normal.

HENT:
Head: scalp, skull, face normal without tenderness.

Ears: Tympanic membranes normal. External canal normal. except moderate wax in canal on left without obstruction, and able to see tympanum

Nose: No nasal discharge. Nasal septum perforation.

Tongue: Normal Tongue, palate, uvula and pharynx.

NECK: Neck non-tender and supple. No palpable thyroid nodules. No Adenopathy. No Carotid Bruit

RESP: Lungs clears to auscultation.

CVS: Regular rate and rhythm. No significant murmurs, rubs, or gallops.

ABDOM:
Non-tender, soft to palpation without Organomegaliy or masses or masses. Normal bowel sounds.

MSS: Spine: No kyphosis or scoliosis Normal musculature and range of motion.

NS: No motor weakness. Patellar and biceps reflexes normal.

SKIN: Normal. Benign lentigenes and nei.

LYMPH: No cervical, Supraclavicular, or Axillary adenopathy

PSYCH: Normal

RECTAL: Normal. No Mass, No BPH, No Nodules.

Mauro Botta
DOB: Oct. 26, 1977
Page 19 of 29

Saglimbeni000255

Data:
- cbc (includes diff/plt), comprehensive metabolic panel, hemoglobin a1c with mpg, homocysteine, hs crp, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipid panel with ratios: hdl cholesterol, lipid panel with ratios: ldl-cholesterol, lipid panel with ratios: ldl/hdl ratio, lipid panel with ratios: non hdl cholesterol, lipid panel with ratios: triglycerides, lipoprotein (a), reflexive urine culture, tsh w/reflex to ft4, uric acid, urinalysis, complete w/reflex to culture, vitamin d,25-oh,total,ia 11/28/2016

- cbc (includes diff/plt), comprehensive metabolic panel, hemoglobin a1c with mpg, lipid panel with ratios: chol/hdlc ratio, lipid panel with ratios: cholesterol, total, lipid panel with ratios: hdl cholesterol, lipid panel with ratios: ldl-cholesterol, lipid panel with ratios: ldl/hdl ratio, lipid panel with ratios: non hdl cholesterol, lipid panel with ratios: triglycerides, psa, total, reflexive urine culture, tsh, uric acid, urinalysis, complete w/reflex to culture, vitamin d,25-oh,total,ia 09/14/2015

- ekg is NSR

- LPa 49, hs CRP 0.9 and Homocysteine 11.9

- T chol is 216 from 187 with LDL of 149 from 119, and HDL of 52

- TG is 75

- glucose is 86 with A1c 5.3

- CR is 1.14

- Vitami D is low at 16 from 19

- Uric acid and TSH are normal

- CBC is normal UA is negative

## Assessment

1. Annual physical exam Z00.00

    now in good health. no new ongoing problems. tdap up to date.

2. Elevated homocysteine E72.11

    discussed potential for folic acid. will recheck in 3 months

3. Low vitamin D level E55.9

    needs more consistent administration of 2000 iu daily of vitamin D3. will recheck in3 months. may need rx strength

4. Hyperlipidemia E78.5

    not complying with diet or cardio well enought right now. will change diet and exercise and recheck in 3 months

5. counselled 50 minutes. discussed diet for low fat. cardio targets. sun exposure and medication compliance

## Plan

Tests:   *Order* HOMOCYSTEINE QUEST CODE 31789, 25 hydroxy vitamin D QUEST CODE 17306, lipid panel w/ ratios #19543

Proc:
- Est well person preventative visit, age 18 - 39
- 12 lead EKG
- moderate complexity office visit

## Follow-up
3 month

Electronically signed by Anthony Saglimbeni, M.D. on 12/08/2016 12:49 pm in ✳️ElationHealth

---

Mauro Botta
DOB: Oct. 26, 1977
Page 20 of 29

Saglimbeni000256

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Office Visit Note

ElationHealth

## Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 1 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 12/06/2016

### Exam Reason (CC): Follow-Up

Hand Wrist & Elbow Re-Evaluation

Diagnosis: R lateral epicondylitis
Doctor: Saglimbeni

Subjective

Onset
Date of onset: 3 weeks ago
Description: Pt reports elbow has no limitation with tennis and he has been playing regularly without difficulty. No pain at this time. Pt ready to transition to indep HEP.
Pain
Location of Elbow or Wrist Pain:
Frequency: NA
Pain is aggravated with the following activities or positions:  NA
Pain is eased with the following activities or positions:  rest, ice , PT
Pain Quality: dull achy pain

Pain Rating:
Present: 0/10
Best:
Worst: 1/10

Prior Episodes:
Prior treatment: PT for back, and wrist

Primary Functional Limitations (what brings you to therapy?): tennis, opening cans for food - improved, no limitations at this time.

Vocational History
Occupation: Engineer
Current Work Status:
Physical Demands: sedentary physical demands.

General Health Questions
Pre-existing conditions: See intake

ADL Problems
Prior Level of Function:  play tennis without pain - MET

Surgical History: NA

Personal Goals
Functional Goals: Patient would like to be able to return to tennis without inc symptoms - MET

Objective



Saglimbeni000257

**DX1492-257**

Hand dominance: Right

Inspection:

Posture and alignment: Rounded shoulders - improved

Palpation of Elbow and/or Wrist: TTP lateral epicondyle near common extensor tendons - improved to no TTP

Wrist Active ROM

Wrist Flexion AROM (0-60) Right WFL pain  Left WFL

Wrist Extension AROM (0-60) Right WFL  Left WFL

Wrist Ulnar Deviation AROM (0-30) Right  WFL  Left WFL

Wrist Radial Deviation AROM (0-20) Right WFL  Left WFL

Wrist Strength Testing

Wrist Flexion  Right 5/5  Left 5/5

Wrist Extension  Right 5/5 pain   Left 5/5

Wrist Ulnar Deviation  Right 5/5  Left 5/5

Wrist Radial Deviation  Right 5/5  Left 5/5


Elbow Strength Testing

Elbow Extension Strength 4+/5  B

Elbow Flexion Strength 4+/5 B

Hand Dynamometer:

Right: 44 kg   L: 54 kg
Special Tests

Phelans (-) R

Reverse Phelans (-)

Carpal Tunnel Compression Test (-)

Resisted 3rd digit extension  (-) R

Finkelstein (-) R

Tinels

Assessment
Pt demonstrates improved functional ROM, improved strength, improved joint mobility, improved grip strength, and less pain with most functional acts. Pt has been able to tolerate all progressions in functional strengthening and dynamic activities with minimal aggravations. Pt has returned to tennis acts at this time and has been able to play normally without any limitations. Pt has met goals in therapy and has no further need for skilled interventions at this time. Pt will continue with strength gains as long as compliant with updated HEP.

Rehabilitation Potential: Good

Saglimbeni000258

MDRS Phase III

Short Term Goals: 1.) Pain 0/10 with full elbow flexion - MET  2.) Indep HEP - MET  3.) MMT 5/5 in all planes in R hand - MET 4.) Grip strength R=L - PROGRESSING

Long Term Goals: 1.)  Return to normal tennis acts without limitation - MET 2.) Able to return to writing with arm bent - MET 3.) Driving without limitation - MET

Objective measures will be used to chart progress. Patient understands and agrees with this treatment plan.

Plan:
Elbow/wrist/hand Plan of Care

D/C to INDEP HEP

Thank you for the opportunity of working with Mr Botta

As always, please feel free to contact us at (408) 293-7794 if you have any questions or concerns.

Respectfully yours,
Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 12/06/2016 10:35 am in ✳ElationHealth

Saglimbeni000259

**DX1492-259**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 39 yrs, 1 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 11/29/2016

### Exam Reason (CC): Follow-Up

Visit #: 7/8

Time In:9:25 am   Out: 10:25 am   Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient was able to play 4 hours of tennis over the weekend and had no pain after.  He had to stop because his partner was tired.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

        X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient was challenged with increase to red ball for 90/90 ball drops/dribbles/arc.

Plan:To be re-evaluated NV before he has FU with his MD.

 MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:32:03 AM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 11/29/2016 3:51 pm in ElationHealth

---

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 39 yrs, 0 mo at the time of visit
Seen by Elizabeth Powell, DPT

### Date of Encounter: 11/22/2016

### Exam Reason (CC): Follow-Up

Visit #: 6/8

Time In:9:30 am   Out: 10:25 am   Total Treatment Time: 55'

Primary Complaint/Body Part: R elbow

Subjective: Patient feels tennis went well over the weekend and the elbow has minimal discomfort.  He feels he will be ready for discharge at the end of his last 2 visits.

Pain: 0/10

Objective:

Palpation:

Strength: Kept all exercises status quo per PT plan.

ROM:

    X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function:  Patient had good control during Bosu tilts.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:40:40 AM

Supervising Clinician:  Elizabeth Rea, DPT

Electronically signed by Elizabeth Powell, DPT on 11/22/2016 5:00 pm in ElationHealth

Saglimbeni000261

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 0 mo at the time of visit
Seen by Elizabeth Powell, DPT

### Date of Encounter: 11/15/2016

### Exam Reason (CC): Follow-Up

Visit #: 5/8

Time In: 9:15 am   Out: 10:15 am   Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient played 2.5 hours of tennis on Friday evening and played with more intensity/power.  He felt more pain after, but the pain was gone by Sunday AM.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

          X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving      Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with PNF hi to low on Cable Cross.

Plan: MDRS Phase III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:34:02 AM

Supervising Clinician:  Elizabeth Rea, DPT


Electronically signed by Elizabeth Powell, DPT on 11/16/2016 7:35 am in ElationHealth

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 26 of 29

Saglimbeni000262

DX1492-262

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd  Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

**Elation**Health

### Patient Name: Mauro Botta
D.O.B.: 10/26/1977; 39 yrs, 0 mo at the time of visit
Seen by Elizabeth Powell, DPT

### Date of Encounter: 11/08/2016

### Exam Reason (CC): Follow-Up

Visit #: 4/8

Time In: 9:30 am   Out: 10:25 am   Total Treatment Time: 55'

Primary Complaint/Body Part: R elbow

Subjective: Patient played tennis over the weekend and had no issues.  On Sunday he had more soreness after playing for 3 hours, but it resolved by evening.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

         X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with CC rows.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:54:52 AM

Supervising Clinician:  Elizabeth Rea, DPT


Electronically signed by Elizabeth Powell, DPT on 11/08/2016 6:09 pm in **Elation**Health

---

**DX1492-263**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

ElationHealth

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 39 yrs, 0 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 11/01/2016

### Exam Reason (CC): Follow-Up

Visit #: 3/8

Time In: 9:30 am  Out:10:30 am  Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient played tennis last week and had no pain except for 1 serve.  He felt fine afterward.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed PRE's per PT plan.

ROM:

        X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient fatigued with forearm blaster 5# for 3 reps and patient was challenged with Bosu tilts.

Plan: MDRS Phase Iii

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:37:05 AM

Supervising Clinician:  Richard Friedell, PT

Electronically signed by Richard Friedell, PT on 11/01/2016 4:25 pm in ElationHealth

Saglimbeni000264

**DX1492-264**

South Bay Sports & Preventive Medicine Associates
550 S. Winchester Blvd. Ste. 100 , San Jose, CA 95128
Office: 408-293-7767; Fax: 408-300-9663

## Physical Therapy Note

*Elation*Health

### Patient Name: Mauro Botta

D.O.B.: 10/26/1977; 38 yrs, 11 mo at the time of visit
Seen by Richard Friedell, PT

### Date of Encounter: 10/25/2016

### Exam Reason (CC): Follow-Up

Visit #: 2/8

Time In: 9:25 am   Out: 10:25 am  Total Treatment Time: 60'

Primary Complaint/Body Part: R elbow

Subjective: Patient had little to no increase in discomfort after playing tennis last week. He is happy and is going to play 1 hour today.

Pain: 0/10

Objective:

Palpation:

Strength: Progressed functional PREs as tolerated per flow.

ROM:

           X See Treatment Plan or Exercise Flow Sheet (Card) for Details
Assessment:

 X Good Response to RX

 X Improving     Same  Worse

Goals MET/PROGRESSED:

Function: Patient had good form with 90/90 ball drops and fatigued with the second set.

Plan: MDRS Phase  III

 X Continue with treatment plan  Discharge (see summary)

Treating Clinician: Jesse Little ATC 10:32:54 AM

Supervising Clinician:  Richard Friedell, PT


Electronically signed by Richard Friedell, PT on 10/25/2016 10:57 am in *Elation*Health

Sent by Anthony Saglimbeni, M.D. on Nov. 9, 2018

Mauro Botta
DOB: Oct. 26, 1977
Page 29 of 29

Saglimbeni000265

DX1492-265