# DX1524



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
San Francisco Regional Office
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

**DIVISION OF ENFORCEMENT**

Tel: (415) 705-2500
Fax: (415) 705-2501

February 20, 2018

<u>VIA EMAIL</u>
PricewaterhouseCoopers
c/o Paul Rugani, Esq. & Walter Brown, Esq.
Orrick LLP
405 Howard Street
San Francisco, CA 94105

    Re:    *In the Matter of Certain PricewaterhouseCoopers Audits (SF-4149)*

Dear Paul & Walter,

    We have concluded the investigation as to PricewaterhouseCoopers ("PwC"). Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against PwC. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

                              Sincerely,

                              Tracy L. Davis
                              Assistant Regional Director
                              Division of Enforcement

Confidential    PwC_B00011250