# DX1542

## Benefits Statement for Mauro Botta

Benefits as of * 📅 12/15/2018     🔍 FIND

| PLAN | EFFECTIVE DATE | COVERAGE LEVELS | EMPLOYEE COST | COMPANY COST |
|------|----------------|-----------------|---------------|--------------|
| **Medical** | | | | |
| Blue Shield Of California | 2/1/2018 | Employee Only | $173.48 Per Month | $693.91 Per Month |
| **Dental** | | | | |
| Principal Financial | 2/1/2018 | Employee Only | $9.09 Per Month | $36.34 Per Month |
| **Vision** | | | | |
| Vision Service Plan | 2/1/2018 | Employee Only | $1.88 Per Month | $7.89 Per Month |
| **Life** | | | | |
| Lincoln Financial | 2/1/2018 | $25,000.00 | $0.00 Per Month | $2.25 Per Month |
| **AD&D** | | | | |
| Lincoln Financial | 2/1/2018 | $25,000.00 | $0.00 Per Month | $0.50 Per Month |
| **LTD** | | | | |
| Lincoln Financial | 2/1/2018 | 60% of earnings up to $5,000.00 per month | $0.00 Per Month | $11.92 Per Month |
| **Employee Assistance Program** | | | | |
| Lincoln Financial | 2/1/2018 | EAP | $0.00 Per Month | $0.00 Per Month |
| **Travel Assistance** | | | | |
| Lincoln Financial | 2/1/2018 | Travel Assistance | $0.00 Per Month | $0.00 Per Month |
| **Retirement** | | | | |
| Principal Financial | 1/31/2018 | 6% of Employee Salary | | Employer does not contribu |

Confidential

**DX1542-1**



Confidential

SOAP000003

**DX1542-2**

| YEAR & WEEK | PAY DATE | PERIOD END DATE | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|
| 2018 - 50 - 1 | 12/14/2018 | 12/08/2018 | $7,859.69 | $5,361.34 | 00113819 | BCA/001387 |
| 2018 - 48 - 1 | 11/30/2018 | 11/24/2018 | $7,675.69 | $5,177.33 | 00113713 | BCA/001387 |
| 2018 - 46 - 1 | 11/16/2018 | 11/10/2018 | $7,307.69 | $4,809.33 | 00113600 | BCA/001387 |
| 2018 - 44 - 1 | 11/02/2018 | 10/27/2018 | $7,307.69 | $4,809.34 | 00113486 | BCA/001387 |
| 2018 - 42 - 1 | 10/19/2018 | 10/13/2018 | $7,807.69 | $4,906.48 | 00113368 | BCA/001387 |
| 2018 - 40 - 1 | 10/05/2018 | 09/29/2018 | $7,307.69 | $4,361.54 | 00113252 | BCA/001387 |
| 2018 - 38 - 1 | 09/21/2018 | 09/15/2018 | $7,307.69 | $4,324.46 | 00113135 | BCA/001387 |
| 2018 - 36 - 1 | 09/07/2018 | 09/01/2018 | $7,307.69 | $4,289.31 | 00113021 | BCA/001387 |
| 2018 - 34 - 1 | 08/24/2018 | 08/18/2018 | $7,307.69 | $4,289.31 | 00112906 | BCA/001387 |
| 2018 - 32 - 1 | 08/10/2018 | 08/04/2018 | $7,307.69 | $4,289.30 | 00112788 | BCA/001387 |
| 2018 - 30 - 1 | 07/27/2018 | 07/21/2018 | $8,121.92 | $4,661.03 | 00112658 | BCA/001387 |
| 2018 - 28 - 1 | 07/13/2018 | 07/07/2018 | $7,307.69 | $4,289.32 | 00112538 | BCA/001387 |
| 2018 - 26 - 1 | 06/29/2018 | 06/23/2018 | $7,307.69 | $4,289.31 | 00112430 | BCA/001387 |
| 2018 - 24 - 1 | 06/15/2018 | 06/09/2018 | $7,307.69 | $4,289.31 | 00112328 | BCA/001387 |
| 2018 - 22 - 1 | 06/01/2018 | 05/26/2018 | $7,307.69 | $4,289.30 | 00112230 | BCA/001387 |
| 2018 - 20 - 1 | 05/18/2018 | 05/12/2018 | $7,307.69 | $4,289.31 | 00112116 | BCA/001387 |
| 2018 - 18 - 1 | 05/04/2018 | 04/28/2018 | $7,307.69 | $4,289.32 | 00111998 | BCA/001387 |

Confidential

SOAP000004

| | | | | | |
|---|---|---|---|---|---|
| 2018 - 16 - 1 | 04/20/2018 | 04/14/2018 | $7,307.69 | $4,289.30 | 00111880 | BCA/001387 |
| 2018 - 14 - 1 | 04/06/2018 | 03/31/2018 | $7,307.69 | $4,289.31 | 00111761 | BCA/001387 |
| 2018 - 12 - 1 | 03/23/2018 | 03/17/2018 | $7,307.69 | $4,289.31 | 00111632 | BCA/001387 |
| 2018 - 10 - 1 | 03/09/2018 | 03/03/2018 | $7,307.69 | $4,289.31 | 00111517 | BCA/001387 |
| 2018 - 08 - 1 | 02/23/2018 | 02/17/2018 | $7,307.69 | $4,289.30 | 00111410 | BCA/001387 |
| 2018 - 06 - 1 | 02/09/2018 | 02/03/2018 | $2,192.31 | $1,553.52 | 00111299 | BCA/001387 |

## Earnings Statement Summary

| Gross Pay | | $ 165,195.72 |
|---|---|---|
| Regular | Hours: 1,728.00 | $ 162,961.49 |
| Bonus (field 3) | | $ 1,314.23 |
| Expense Reim (field 3) | | $ 920.00 |
| Holiday (field 3) | Hours: 40.00 | |
| Vacation (field 3) | Hours: 16.00 | |

| Taxes | | $ 53,366.29 |
|---|---|---|
| Federal Income Tax | | $ 29,589.81 |
| Social Security | | $ 7,960.80 |
| Medicare | | $ 2,353.60 |
| State Worked In: California | Code: CA | $ 12,312.41 |
| SUI/SDI: California (Taxing) | Code: 75 | $ 1,149.67 |

| Deductions | | $ 11,814.74 |
|---|---|---|
| D06 - PRETAX MED | | $ 1,958.22 |
| K - 401K | | $ 9,856.52 |

| Take Home | | $ 100,014.69 |
|---|---|---|

## Other Details

### Memos

Max Elig/comp                                                                164,275.72

Confidential                                                          SOAP000006

**DX1542-5**

 SOAProjects

## EXHIBIT A – SALES BONUS FORM

| Employee Name: | Mauro Botta | | |
|---|---|---|---|
| Client Name: | Roku | Client Contact: | Peter Nichter/Anne Pai |
| Project Scope: | IT consulting/Staff augmentation for 606 | | |
| Addendum Reference: | | | |
| Start Date: | As soon as practical | T&M or Fixed Fee | T&M |
| Type of Project: | IT consulting/Staff augmentation for 606 | | |

| Employee Eligibility** % | | | |
|---|---|---|---|
| Employee 1: Mauro Botta | | % Eligibility: | Details: |
| Employee 2: | | % Eligibility: | Details: |

Employee Signature 1: _____ Mauro Botta _____

Employee Signature 2: _____

Director Operations approval: _____

Partner approval: _____

Date: _____ 04/27/18 _____

\* The employee needs to submit the Sales Bonus Form within 30 days of receiving an executed agreement.

Private &
© SOAProjects, Inc. | 495 N. Whisman Road, Suite 100, Mountain View, CA  94043 |  (650) 960-9900 | www.soaprojects.com

Confidential

**DX1542-6**

# Response to Request for Production No. 2

Confidential

SOAP000008

**DX1542-7**

**Sean Olender**

| | |
|---|---|
| **From:** | Smitha Govindan |
| **Sent:** | Monday, August 15, 2016 5:29 PM |
| **To:** | mauro_botta@libero.it |
| **Cc:** | Manpreet Grover; Faisal Jeddy; Yuko Wakasugi; HR; John Small |
| **Subject:** | Offer of employment -- Mauro |
| **Attachments:** | Mauro.pdf |

Dear Mauro,

On behalf of the SOAProjects, Inc. professionals, we want to thank you for your interest and the time you have devoted to assessing your career opportunities with our firm. In that regard, we are pleased to extend to you an offer of employment to join SOAProjects, Inc. (the "Company") as a Director, Technical Accounting Team. We believe this is an excellent career opportunity for you and that we can offer you an opportunity work and learn with the best people in the industry.

We would greatly appreciate receiving your response at the earliest. This will be followed by a formal employment contract upon confirmation from you to accept this position. Please contact us if you would like to discuss any aspect of this offer prior to making your decision.

Best regards,
**Smitha Govindan,** Human Resources Associate | SOAProjects
sgovindan@soaprojects.com



Certified Public Accountants & Advisors
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043
Links
**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**
**"Employees are entrepreneurs at SOAProjects"**

1

Confidential

SOAP000009

**DX1542-8**

 **SOAProjects**

To: Mauro

Dear Mauro,

We are delighted to offer you an opportunity to join SOAProjects team and are pleased to offer you a position within our company.

1. <u>Position</u>: Director, Technical Accounting.
2. <u>Start Date:</u> TBD.
3. <u>Base Salary</u>: $195,000 per annum.
4. <u>Sign-on Bonus:</u> $10,000.
5. <u>Sales Commission Bonus</u>: Up to 10% of gross margin for new clients/projects introduced by you to the Company.
6. <u>Referral Bonus</u>: Currently we are paying $1,000-$4,000 for bringing additional talent to our Company for client-facing professionals in full-time positions.
7. <u>Spot and Annual Bonus</u>: Discretionary bonuses will be paid out based on performance.
8. <u>Benefits</u>: You will be eligible to participate in the group health plans and other benefits that the Company provides to full-time employees. In addition, you will participate in any Company-approved paid time off (PTO), 401(k) Plan, and disability insurance in accordance with the Company practices. The health insurance benefits are effective as of the first of the month following your date of employment. You may also begin participating in the 401(k) Plan as early as the first pay period commencing after the first of the month following your date of hire.

We encourage a work environment that helps you grow professionally while working and learning with the best people in the industry.

This offer and your employment with SOAProjects are conditional upon the successful completion of a background investigation into matters relating to your suitability for employment by SOAProjects, including, but not limited to, your education and prior employment. Nothing in this offer letter is intended to alter the status of at-will employment.

This will be followed by a formal employment contract upon confirmation from you to accept this position. Please sign and date the offer letter at the earliest. Please contact Human Resources if you would like to discuss any aspect of this offer prior to making your decision.

Sincerely,

Manpreet Grover
Managing Partner & CEO
Date: August 15, 2016

Accepted by Mauro

Signature and Date _____

Confidential

## Sean Olender

| | |
|---|---|
| **From:** | Manav Singh |
| **Sent:** | Friday, August 19, 2016 2:50 PM |
| **To:** | Smitha Govindan; mauro_botta@libero.it |
| **Cc:** | Robert Strasser |
| **Subject:** | RE: Offer of employment -- Mauro |

Mauro Hi,

I spoke to Bob, Partner who runs IA / SOX and he would be happy for you to join his team. I wanted to see if you have time on Monday to meet Bob for coffee at your convenience.

I believe we can give you a mix of SOX and technical accounting clients

Best regards,

**Manav Singh,** Partner | SOAProjects
msingh@soaprojects.com | (650) 771-6662

 **SOAProjects**

**Certified Public Accountants & Advisors**
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043
Links
**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY
"Employees are entrepreneurs at SOAProjects"**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** Smitha Govindan
**Sent:** Friday, August 19, 2016 1:47 PM
**To:** mauro_botta@libero.it
**Cc:** Manav Singh <msingh@soaprojects.com>; HR <HR@soaprojects.com>
**Subject:** RE: Offer of employment -- Mauro

Hi Mauro,

Just a follow up on the offer acceptance from you. We will also send the formal offer letter once confirmed from your side.
Let us know if any questions. Thank You.

Best regards,
**Smitha Govindan,** Human Resources Associate | SOAProjects
sgovindan@soaprojects.com
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

**From:** Smitha Govindan
**Sent:** Monday, August 15, 2016 5:29 PM
**To:** mauro_botta@libero.it

1

Confidential

SOAP000011

**DX1542-10**

**Cc:** Manpreet Grover; Faisal Jeddy; Yuko Wakasugi; HR; John Small
**Subject:** Offer of employment -- Mauro

Dear Mauro,

On behalf of the SOAProjects, Inc. professionals, we want to thank you for your interest and the time you have devoted to assessing your career opportunities with our firm. In that regard, we are pleased to extend to you an offer of employment to join SOAProjects, Inc. (the "Company") as a Director, Technical Accounting Team. We believe this is an excellent career opportunity for you and that we can offer you an opportunity work and learn with the best people in the industry.

We would greatly appreciate receiving your response at the earliest. This will be followed by a formal employment contract upon confirmation from you to accept this position. Please contact us if you would like to discuss any aspect of this offer prior to making your decision.

Best regards,
**Smitha Govindan,** Human Resources Associate | SOAProjects
sgovindan@soaprojects.com



Certified Public Accountants & Advisors
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

Links

**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**
**"Employees are entrepreneurs at SOAProjects"**

2

Confidential

SOAP000012

**DX1542-11**

## Sean Olender

| | |
|---|---|
| **From:** | Manav Singh |
| **Sent:** | Wednesday, August 17, 2016 4:40 PM |
| **To:** | Manpreet Grover; HR |
| **Subject:** | FW: Candidate Referral |
| **Attachments:** | Vincent Genet Resume June 2016  v2.doc |

Manpreet
Email Vincent and bring him in to interview this week

Best regards,

**Manav Singh, Partner | SOAProjects**
msingh@soaprojects.com | (650) 771-6662

 **SOAProjects**

**Certified Public Accountants & Advisors**
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043
Links
**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**
**"Employees are entrepreneurs at SOAProjects"**

**From:** mauro_botta@libero.it [mailto:mauro_botta@libero.it]
**Sent:** Wednesday, August 17, 2016 10:20 AM
**To:** Manav Singh <msingh@soaprojects.com>
**Subject:** Candidate Referral

Manav,

thanks so much for meeting me and to give me the opportunity to know the group better. I was surprised by the speed in which the offer was delivered, and given I am nearing receiving other 2 I'd believe in my best interest is to think it over and consider them both. A question I had was if there was more room...or room in your SOX group vs technical accounting, because I believe I'd be more interested in know processes, implement and monitor controls at different companies vs spot memos on a specific issue, I feel I've done quite a few of those at PwC already...

Also if possible to review your benefit list it'd help me in my decision process (i.e. pto, health provider etc.)

Meanwhile however in the spirit of the group I'd like to recommend an excellent candidate that I believe should be a very easy pick and a tremendous asset for SOA. He just left PwC and was one of the point men on the new Revenue Standard, he pretty much created even the tools that we're using, so I'd like to attach to this email his resume and I hope you may meet him soon to give you an opportunity to invite him to the organization, I worked with him and I couldn't recommend a better person on the new standard.

I am confident this candidate will be a certain interest for your group and a great addition for SOA.

Thanks!

1

Confidential
SOAP000013

**DX1542-12**

Mauro

Confidential   SOAP000014

**DX1542-13**

**Vincent M. Genet, CPA**
1188 East Vanderbilt Ct.
Sunnyvale, CA 94087
Cell        (408) 221 3192
Home     (408) 736 8678
vgenet1@aol.com

**PricewaterhouseCoopers LLP, Director, Transaction Services**          08/11 – 06/16

Activities include:

- Led certain aspects, or otherwise significantly contributed to the development of a templates, tools and questionnaires related to ASC 606, *Revenue from Contracts with Customers*, including identification of key changes from current GAAP and operational, systems and transition implications;

- Support of financial diligence teams in connection with buy-side (generally) transactions: understanding of targets' business offerings, channels and go-to-market strategies; revenue forecast, bookings, backlogs and pipelines; contract negotiation, review and approval policies and processes; pricing policies; basis for separation of contractual deliverables; allocation of arrangement consideration to contractual deliverables; and revenue recognition models, with a view to assess revenue recognition risks as well as drafting of the revenue recognition component of the overall diligence reports.

  - Activities include review of contractual arrangements for identification of non-standard terms and potential revenue recognition implications. Specific focus on ASC 985-605 (software), ASC 605-35 (SOP 81-1), SaaS (ASC 985-605-55), ASC 605 (EITFs No. 08-1 and 09-3) and EITF Issues No. 00-21, 01-09, 99-19, 00-3 and 03-05;

  - Participated in over 100 transactions since joining PwC, predominantly in the software (including SaaS/IaaS) and gaming industries.

- Provision of accounting advisory (revenue recognition exclusively, including implementation of ASC 606 and EITF 08-1) services to audit and non-audit clients;

- Co-lead a significant revenue restatement, including managing a staff of 25 professionals;

- Development of technical presentations and internal and external training;

- Participation in Line of Service budgeting efforts; and

- Preparation of utilization forecasts, tracking of actual utilization and analysis of variances.

**Sun Microsystems, then Oracle from 01/27/10 (Change-in-Control)     07/03 – 03/11 (Laid Off)**

Sun: Field Finance HQ: Accounting, Controls & Revenue Recognition, then Oracle: Global Revenue Recognition (04/07 – 03/11)

Activities included:

- Review and approval of large, complex non-standard deals for the Americas predominantly (Sun), worldwide (Oracle); revenue streams include hardware, software and services (professional, support, etc.);

- Review of product introductions and other business offerings for accounting implications; specific focus on ASC 985-605, ASC 985-605-55, ASC 605 (as amended) and other EITF Issues and other sales-cycle related accounting pronouncements, including SFAS 13 (ASC 840);

- Preparation and implementation of accounting white papers and other guidance worldwide; and

- Other activities on an ad-hoc basis.

Sun: Senior Internal Audit Manager (07/03 - 03/07)

Activities included:

- Lead on the audits of certain large, complex control (operations and finance) frameworks such as:

  - Revenue recognition (key audit observations and recommendations were factored into the

**DX1542-14**

design and implementation of the process and forms currently used to identify, review and approve non-standard transactions);

- A series of agreements governing the joint development, manufacture, supply, distribution and support of a key product line (the audit work was leveraged to develop a 40 pages accounting white paper implemented worldwide);

- Largest US vertical market (certain monitoring processes and metrics were implemented following the completion of this audit);

- Sales compensation and goaling (the monitoring of the compensation plan effectiveness and the consistency of its implementation was improved following this audit );

- Procurement, strategic sourcing, shared services and business consulting activities (governance (including score carding) processes were improved, with activities more readily tying to Business Units' goals, following this audit);

- Business Continuity Planning (the strategic significance of these activities was formally assessed, operational resiliency levels were defined and the formalization of risks and assumptions used for criticality tiering purposes was improved following this audit).

- Revision of the Internal Audit methodology to conform it to the requirements of the COSO framework of internal controls.

- COSO-mapping of, and participation in design, implementation and execution of the Enterprise Risk Assessment process used to identify and prioritize audits for the upcoming fiscal year.

- Technical guidance provided to a population of over 25 individuals in connection with Sun's Sarbanes-Oxley (SOX) Act of 2002 Section 404 compliance efforts;

- Design and implementation of follow-up policies and procedures and tools for, and tracking of open audit issues;

- Departmental training development and delivery: audit concepts, approach, revenue recognition, etc.;

- Participation in, or lead on Quarterly Balance Sheet Reviews, review of certain complex accounting entries, development of specific actions (COSO gap analysis, scope of Internal Audit contribution to SOX compliance efforts, etc.); and

- Liaison with, and management of PricewaterhouseCoopers (cosourcing) relationship.

## Thales Navigation, Santa Clara, California and Nantes, France                2002-2003

- On a contract basis, acting CFO / Divisional Controller of Thales Navigation SA ("TNAV SA"), a French legal entity functionally reporting to the US CFO / combining entity ("TNAV Inc.") that has profit and loss responsibility for all Global Positioning System activities (~ $200M combined turnover) of the Thales Group, a $10Bn France-headquartered, publicly traded global defense, aerospace and information technology and services business.  In the US, in charge of various technical and conceptual projects.

- Activities included:

  - Design, documentation and implementation of transfer pricing policies in cooperation with Thales Corporate Tax Department;

  - Restatement of TNAV Inc.'s financial statements from French GAAP / IAS to US GAAP;

  - Business valuation (discounted cash flows method) of a division;

  - In light of current business model and anticipated changes, review for consistency and appropriateness of revenue recognition, R&D costs capitalization and restructuring accruals policies;

  - Review of period-end closing procedures and shortening of process from 11 to 5 days business days;

  - Improvement of product margins tracking and cost accounting methods, optimization of timeliness and accuracy of data reporting, and computation and allocation of cost of goods sold between product lines / segments through constructive review of existing management

**DX1542-15**

information systems, ERP, accounting policies and procedures, and management controls;

- In light of corporate goals, industry benchmarks, and business models, improvement of DSO and stock, and of allowances and reserves calculation through design and implementation of improved policies and procedures;
- Development of indicators / benchmarking tools; and
- Participation in budgeting and recruitment efforts.

**Deloitte & Touche**                                                                                                      **1989-2001**

Senior Manager (San Jose, California, 09/97 - 05/01)

- Lead senior manager on US GAAS audits of US GAAP financial statements for both public (leasing, network equipment provider, life sciences, etc.) and private (venture leasing, wireless communications, turnkey software provider, medical imaging, etc.) entities, with domestic and / or international operations.  Budgets up to $0.5M encompassing assurance, accounting advisory and tax services;
- Participation in due diligence (purchase business combinations) and related public filings where applicable, and active involvement in financial reporting preparation, including reports on Forms 10-K, 10-Q, 8-K and S-3;
- Focus on complex accounting issues: APB 16, APB 30, SFAS 123 / APB 25 and related interpretations, SOP 97-2, SOP 98-1, SAB 101, APB 17, SFAS 121, SFAS 133, etc.;
- As in the Czech Republic (see below), client service activities also included
  - On-going accounting assistance and advice to clients;
  - Review and / or assistance in the selection, design and implementation of accounting policies aimed at improving level and quality of internal controls and financial reporting and consistency of information used for consolidation / combination purposes, and
  - Assistance in the implementation of business-oriented suggestions made in connection with the performance of audits;
- Instructor for Firm training (stock-based compensation); and
- Other professional activities including recruiting, counseling, networking, etc.

Audit Manager, then Senior Manager (Prague, Czech Republic, 11/91 - 07/97)

- Focus on multinational and large domestic accounts and audits of IAS and / or Czech statutory financial statements;
- Due diligence and agreed upon procedures for multinational accounts (primarily pre-acquisition and tax and accounting-related assignments with identification of potential deal breakers and extensive involvement in tax structuring of proposed deals);
- Coordination and communication with referring offices;
- Various assignments in the Czech Republic, Slovakia and Romania, such as restatements of local financial statements to GAAP and drafting of cost accounting manuals;
- Active involvement in the concurring review function including preparation of complex audit opinions and representation letters; and
- Participation in the development and implementation of a scheduling software package, and subsequent training of an administrative person to run this software.

Audit Senior then Supervisor (Paris, France, 09/89 – 10/91)

- Seconded for a period of 3 months as Financial Controller for a multinational client of Deloitte & Touche France: design and implementation of accounting policies and internal reporting packages.

**Guerard Viala, Paris, France,**                                                                                      **09/86 – 08/89**

- Audit Assistant, then Audit Senior; French statutory audits primarily as well as a few due

diligence and agreed-upon procedures assignments (entities with domestic operations only).

**Languages**

- English fluent, French native.
- Reasonable command of German, average Czech.

**Professional Affiliations**

- Certified Public Accountant, State of California.
- Holder of 15 of the 16 "*Expertise Comptable*" (French equivalent of the US CPA) certificates.

**Education**

- European Business School (Accounting, Finance and Auditing), Paris, France, June 1986.

**Other Information**

- Permanent Resident Card

Confidential

SOAP000018

**DX1542-17**

**Sean Olender**

| | |
|---|---|
| **From:** | Manav Singh |
| **Sent:** | Wednesday, August 31, 2016 10:19 PM |
| **To:** | mauro_botta@libero.it |
| **Cc:** | HR |
| **Subject:** | RE: RE: Offer of employment -- Mauro |

Dear Mauro,

Hope you are doing well. I left you a message today for you and wanted to see if you can call me back at your convenience. Vincent is joining us and we have another director from KPMG joining us in 2 weeks. I would like to see where are you in your thought process and if you need any more information from us.

Thank you

Best regards,

**Manav Singh,** Partner | SOAProjects
msingh@soaprojects.com | (650) 771-6662

 SOAProjects

Certified Public Accountants & Advisors
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043
Links
**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**
**"Employees are entrepreneurs at SOAProjects"**

1

Confidential                                                                                    SOAP000019

**DX1542-18**

 **SOAProjects**

January 31, 2018

Mauro Botta

Dear Mauro,

On behalf of SOAProjects, Inc. ( "SOAProjects" or "the Company") we are pleased to offer you a position as a Senior Manager, Internal Audit & SOX Compliance starting on January 31, 2018, or an alternative date acceptable to SOAProjects, Inc. The conditions of Employment ("Offer Letter") are outlined below. Nothing in this offer letter is intended to alter the status of at-will employment.

## Conditions of Employment

Employment shall commence as of effective date as defined above.

In order to comply with the Immigration Reform and Control Act of 1986, it will be necessary for Employee to provide documentation verifying your identity and employment eligibility. Should you require SOAProjects sponsorship for an employment-based visa (e.g. H-1B, L-1, TN), Employee's employment and start date with the SOAProjects are contingent upon your obtaining the requisite permission to work in the United States (U.S.) and your availability to work in the U.S. consistent with SOAProjects business needs.

Moreover, this offer and your employment with SOAProjects are conditional upon the successful completion of a background investigation into matters relating to your suitability for employment by SOAProjects, including, but not limited to, your education and prior employment.

The employee will receive periodic performance and compensation review each year. Factors in addition to employee's individual performance, the portion of the fiscal year they worked, the market conditions, and your compensation relative to your peers are all considered in compensation reviews.

On termination of the employment with the Company, the Employee will be requested to sign a Non-Disclosure / Release Agreement and Exit form that would be provided by SOAProjects.

## Duties

During your employment, Employee shall have the title, perform and faithfully discharge the duties and responsibilities of Senior Manager carrying on different SOX and Technical Accounting projects. The employee shall use best efforts to perform and discharge such duties and responsibilities in such a manner as the Company's management may reasonably prescribe

Confidential                                                                    SOAP000020

**DX1542-19**

 **SOAProjects**

to Employee from time to time. The employee shall also use best efforts to observe all policies, procedures, company goals & objectives.

You will also be expected to abide by professional, ethical, and SOAProjects requirements, rules, regulations, policies, and practices, including, without limitation, the Code of Ethics and Professional Conduct applicable to SOAProjects.

## Commitment of Employee

Employee shall devote substantially all of your productive business time, attention, knowledge and skills exclusively to the performance of your duties hereunder throughout your employment and shall at all times discharge your duties faithfully, industriously and to the best of your ability, experience, and talents.

Employee understands and agrees that all work will be required to be done onsite at SOAProjects offices in California or at client locations. Employee shall abide by office rules and regulations.

## Compensation

Your bi-weekly salary will be $7,307.69 (less applicable taxes and deductions), based on $190,000 annual compensation. The employee will also receive such benefits as are generally accorded to SOAProjects' employees and will be eligible and have the opportunity to participate in the Company's standard health insurance coverage and 401(k) Plan. Information on the Company's standard health insurance and 401(k) Plan will be provided to you upon signing of this Offer Letter. The employee has the option to accept or decline to participate in the Company's 401(k) and Health Insurance coverage. The Company will cover the employee's and family's medical premium in accordance with the Company's benefits package, as they may be amended from time to time. Vacations and sick days are provided in accordance with current Company policy.

Upon termination of employment pursuant to the Section on Early Termination below, the Company shall have no obligation to pay salary, any unaccrued vacation or sick days, or other benefits to Employee except as may be provided in the Section on Early Termination below.

## Sales Bonus

Employee will be eligible for a Sales bonus ("Sales Bonus") at the discretion of SOAProjects management when a signed and written contract with a new client has been obtained. The Sales Bonus is a tiered Sales Bonus plan and will be calculated on gross profit in accordance with Company's Sales Bonus Policy. Employee is not entitled to Sales Bonus on the hours the employee charge on the project, which are billed to the client for the client that you referred.

Confidential

SOAP000021

**DX1542-20**



The Sales Bonus will be processed in accordance with the Sales Bonus Plan for SOAProjects Employees. To be eligible for a Sales Bonus, an employee must be employed by the employer. No Sales Bonus is payable if the client fails to sign the contract and the individual time sheet for the respective consultants for the respective periods and refuses to make payments. Employee understands and agrees that you will submit the Sales Bonus form to HR/Payroll department for each new project and client won. Sales Bonus eligibility will be determined by HR department.

## Early Termination

### Termination Upon Permanent Disability or Death

This Offer Letter shall automatically terminate upon the permanent disability or death of Employee, subject to the obligation of the Company to pay Employee or Employee's personal representative or designated beneficiary, as the case may be, the balance of Employee's salary and other benefits for the remainder of the month in which disability or death occurs. Should Employee become permanently disabled, Employee or your personal representative shall be entitled to receive all the compensation accrued until the last date of employment.

### At-Will

Your employment will be at-will, and nothing in this offer creates a contract of employment or employment for a specified term. This means that you may resign from your employment, or the Employer may terminate your employment, or change your position, pay or duties, for any reason or no reason, with or without notice, with or without cause. Upon termination by Employee, Employee shall not be entitled to any Sales Bonus, or severance payments, salary or employment benefits, except to the extent earned and accrued prior to the termination date.

Employee is asked to provide at least four weeks advance notice, in writing. Although an employee may resign at will, at any time, with or without notice, this notice is requested so that we will have the opportunity to locate a successor before you leave. If proper notice is not given without any reasonable excuse, then the Company may consider that lack of notice as a factor weighing against rehire if you subsequently reapply for employment with the Company.

## Non-Disclosure of Confidential Information

Concurrent with the execution of this  Offer Letter, Employee agrees to enter into the Company's Confidentiality Agreement for Employee of the Company in the form attached as Exhibit A (the "Confidentiality Agreement"). In the event of any inconsistency between the terms and provisions of this offer letter and those of the Confidentiality Agreement, the terms and provisions of this offer letter shall prevail.

Confidential                                                                 SOAP000022

**DX1542-21**

 **SOAProjects**

## Non-Competition

Before commencement of your employment, you must fully disclose all contractual and other restrictions or obligations to other parties, including any non-compete or non-solicitation agreements with prior employers, that may or will impose limitations on your professional activities with SOAProjects.

Employee agrees that you will not engage, directly or indirectly, at the client you are working on and on the client introduced to the Employee through SOAProjects, Inc. using SOAProjects' confidential and proprietary business information and/or SOAProjects' trade secret information for a period of two (2) years from their termination of the contract. Such agreement not to compete shall extend for two years after the date of termination if the employee voluntarily terminates employment and if the Company involuntarily terminates Employee's employment. If the client approaches the employee, the employee is required to inform the SOAProjects management immediately, and the employee cannot join the client without prior written consent of SOAProjects management.

## Solicitation

During the Term of Employment, and for the period of two (2) year thereafter, Employee agrees that you will not, without the Company's prior written consent, solicit or encourage any of the employees of the Company to leave the employment of the Company, or terminate or alter their contractual relationships in a way that is adverse to the Company's interest. The employee also agrees that, during the period of Employee's employment, Employee will not solicit business from any customer of the Company on behalf of any competitor of the Company.

## Governing Laws

It is the intention of the parties hereto that the laws of the State of California (irrespective of its choice of law principles) shall govern the validity of this offer letter, the construction of its terms, and the interpretation and enforcement of the rights and duties of the parties hereto.

## Entire Offer Letter

This Offer Letter   (together with the Confidential Agreement) constitutes the entire understanding and agreement between the parties hereto with respect to Mauro Botta and supersedes all prior and contemporaneous agreements or understanding, inducements or conditions, express or implied, written or oral, between the parties.

Confidential                                                              SOAP000023

**DX1542-22**

 **SOAProjects**

**Other Matters**

Employee will also be expected to strictly abide by professional, ethical, and SOAProjects, Inc requirements, rules, regulations, policies, and practices, including, without limitation, the Code of Ethics and Professional Conduct applicable to SOAProjects, Inc.

Upon acceptance of the offer, a welcome package will be provided detailing the payroll documents that need to be completed and faxed to the office prior to your start date.

We look forward to working with you in the near future and hope there will be the beginning of a rewarding relationship and believe that you will find significant career opportunities and challenges that will be professionally rewarding and mutually satisfying.

This Agreement will be governed by the laws of California and is deemed to have been made and performed in California. The Parties agree that SOAProjects may petition for an injunction or other equitable relief in any court of competent jurisdiction of Santa Clara County California. The Parities further agree that any dispute or controversy arising out of or relating to any interpretation, construction, performance or breach of this Agreement, will be subject to the terms and conditions of the Arbitration Agreement attached as Exhibit B.

Please sign and date this Offer Letter and return them to me at your earliest opportunity. For planning purposes, we would appreciate your response at the earliest.

Please contact Human Resources if you would like to discuss any aspect of this offer prior to making your decision.

Sincerely,

Manpreet Grover
Managing Partner

IN **WITNESS WHEREOF,** the parties hereto have executed this Offer Letter as of the date first hereinabove written.

EMPLOYEE: Mauro Botta
EMPLOYEE'S ADDRESS FOR NOTICE:  _____


EMPLOYEE SIGNATURE & DATE:  _____

(Last 4 digits of SSN _____)

Confidential                                                                                                    SOAP000024

**DX1542-23**

 **SOAProjects**

**EXHIBIT A**

**Mauro Botta, Senior Manager**

I, Mauro Botta, in consideration of my employment by SOAProjects, Inc (the "Employer" or the "Company") as a Senior Manager and other valuable consideration, I acknowledge and agree that:

**A.** Confidentiality of Company Information - I agree at all times during the term of employment and thereafter, to hold in strict confidence, and not to use, except for the benefit of Company, or to  disclose to any person, firm or corporation without prior written authorization of Company, the Confidential Information of the Company. I understand that, by virtue of my employment, I will acquire and be exposed to, have access to, make use of and/or add to Proprietary Information of the Employer. "Proprietary Information" includes all ideas, information, and materials, tangible or intangible, not generally known to the public, relating in any manner to the business of the Employer, its personnel (including partners, directors or employees), independent contractors, subcontractors,  clients or others with whom it does business that I learn or acquire during the period of my employment with the Employer Proprietary Information, therefore, includes, but is not limited to, manuals, documents, software, source code, methodologies, business processes, compilations of technical data, client or prospective client lists, information relating to the development or maintenance of client relationships and goodwill, business or marketing plans, forecasts, financial information, personnel information or lists, and other technical or business information, whether prepared by me or others for the Employer or received by me, or others for the Employer or, such Proprietary Information belonging to vendors, suppliers, clients or others who do business with the Employer. Proprietary Information does not include basic programming or accounting know-how that is generally known and used within the software industry or accounting profession. I agree to hold in trust and confidence all Proprietary Information of the Employer during and after the period of my employment with the Employer. Upon termination of my employment with the Employer, I will not use or disclose Proprietary Information, whether in documentary or digital form or committed to memory, for any purpose, and I will not retain or take with me any Proprietary Information in a tangible form, and will immediately deliver to the Employer any Proprietary Information of the Employer in a tangible form (including written or graphic form, on a computer disc, USB drive or other medium, on a website, or otherwise stored in or available through electronic or other form) that I may then or thereafter hold or control.

**B.** Third Party Information - Employee recognizes that Company has received and in the future will receive from third parties their confidential or proprietary information (including, but not limited to, software programs provided by license) subject to a duty on Company's part to maintain the confidentiality of such information and to use it only for certain limited purposes. I agree to hold all such confidential or proprietary information in the strictest confidence and not to disclose it to any person, firm or corporation or to use it except as necessary in carrying out

**Page 6 of 13**
**SOAProjects, Inc Private and Confidential**
495 N.Whisman Road, Suite#100, Mountain View, CA 94043
Telephone (650) 960 9900/ Facsimile (650) 960 2400

**DX1542-24**

 **SOAProjects**

my work for Company consistent with Company's agreement with such third party. Employee agrees to comply with Company's policies and procedures, as applicable from time to time, with respect to such information

**C.** Non-Solicitation of Clients - I acknowledge that, during the period of my employment with the Employer and, I will not, directly or indirectly, solicit to provide or provide services to the clients that I worked for and was introduced to by the Employer.  I further acknowledge that for one year after the termination of my employment relationship with Employer, I will not directly or indirectly, solicit to provide or provide services to the clients to which I provided (or participated in a proposal to provide) services prior to termination of my employment with the Employer using SOAProjects, Inc's confidential and proprietary business information and/or SOAprojects's trade secret information.

**D.** Non-Solicitation of Personnel - I acknowledge that, during the period of my employment with the Employer and for two year thereafter, I will not, directly or indirectly, solicit or attempt to solicit, or participate in the solicitation of or any attempt to solicit any partner, director or employee of the Employer to leave the Employer, or to join any firm or business with which I may be or become affiliated,  or cause a contractor of the Employer or a to cease providing services to, with, or on behalf of the Employer.

**E.** Ownership of Creations -  I hereby agree that the Employer owns all rights, title, and interest in and to all work performed, and all materials, creations, designs, technology, discoveries, inventions, ideas, information, and other tangible or intangible matter (whether or not patentable or copyrightable), conceived, developed or created by me, alone or with others, during the period of my employment with the Employer, including, but not limited to, all related copyright, trade secret, patent, trademark, and other intellectual property rights.

**F.** Future Employment with Client - I understand that before entering into substantive discussions with a client that I worked for and was introduced by the Employer  regarding any employment opportunity with such client, I acknowledge and agree that during the period of my employment with the Employer and for one year thereafter I must first notify SOAProjects management.

**G.** Competing Activities and Conflict of Interest - During my period of employment I will not, directly or indirectly, participate in or in any way render services or assistance to any business that is or may be competitive with the Employer, whether or not for compensation, or engage in any conduct which might result in, or create the appearance of using my position for private gain or other than the benefit for the Employer, or otherwise create a conflict, or the appearance of a conflict, of interest with the Employer. I represent and warrant that I am not currently aware of any present or past violation of this provision.

Confidential

SOAP000026

**DX1542-25**

 **SOAProjects**

**H.** Reporting of Adverse Matters - Except as provided by law and except as I have disclosed in writing to the Employer as an exhibit to this Offer Letter, I represent and warrant that there are no past or pending actual or threatened claims or complaints of present or former clients or regulatory, self-regulatory, disciplinary, administrative, civil or criminal investigations, inquiries, charges, actions, proceedings or matters (other than misdemeanors which relate solely to the operation of a motor vehicle) of any kind or nature against me. In addition, I represent and warrant that there are no past or pending matters of any kind or nature which could adversely affect my association with the Employer or my ability to perform my duties or responsibilities to the Employer, whether set forth in this Offer Letter or otherwise, or my registration with or licensure by any governmental, quasi-governmental, or other regulatory agency, body or entity. Should I become a subject of any claims, complaints, investigations, inquiries, charges, actions, proceedings during my association with the Employer, I agree to report immediately, in writing, all relevant facts to the SOAProjects management. I understand that my responses are subject to audit and review by the Employer and others in accordance with applicable professional, ethical, legal, or Employer requirements, rules, regulations, policies, or practices, or other requests.

**I.** Return of Property. Unless otherwise agreed by the Employer in writing, upon termination of my employment for any reason, in addition to the return of Proprietary Information as set forth above, I agree to return to the Employer all other property, equipment, credit cards, documents, records, keys, lists, files, and any and all other materials of the Employer, including, without limitation, computerized or electronic information that is in my possession or control as of the date on which my employment is terminated, and all copies thereof in any form or media, created by, furnished to, obtained by or prepared by me in the course of my employment.

**J.** Future Cooperation. Upon termination of my employment for any reason, I will cooperate with the Employer in all matters relating to the completion of pending work on behalf of the Employer and the orderly transfer of work to partners, directors or employees of the Employer. I will also cooperate fully with the Employer   in connection with any threat of or actual legal proceeding against the Employer   or any client, customer or licenser of the Employer arising out of any matter with or of which I have had contact or knowledge during my employment.

This agreement shall be governed by and construed in accordance with the laws of the State of California, without reference to its choice-of-law rules. I have read the foregoing, understand it, and agree to comply with its terms.


_____                    _____

Signature/ Date                                    Name

Confidential                                                                                  SOAP000027

**DX1542-26**



**EXHIBIT B**

**MEDIATION AND ARBITRATION AGREEMENT**

***SOAProjects, Inc.***   (the "Company") values greatly its relationships with its employees. We realize that occasionally there may be a breakdown in the employer-employee relationship. The purpose of this Mediation and Arbitration Agreement ("Agreement") is to help avoid the time, expense and emotions associated with dragging our problems through the litigation system.

Mediation is a non-binding process allowing the parties to resolve claims without extensive cost, time and emotion.

1.      **Agreement to Mediate** – You and the Company agree first to attempt a mediation of any dispute covered by this Agreement. This mediation shall be conducted pursuant to the Rules and Procedures of the American Arbitration Association for the resolution of employment disputes, or as otherwise stipulated by the parties. The parties agree to make a good faith effort at mediating any dispute prior to filing a claim for arbitration.

2.      **Agreement to Arbitrate; Designated Claims** – The parties agree that all references to the "Company" in this Agreement shall include all of its parent, subsidiary and affiliated entities, including all former, current and future officers, directors and employees of all such entities, in their capacity as such or otherwise; all benefit plans and their sponsors, fiduciaries, administrators, affiliates and agents, in their capacity as such and otherwise; and all successors and assigns of any of them.

Except as otherwise provided in this Agreement, the Company and the Employee hereby consent to the resolution by binding arbitration of all claims or controversies between them, for which a federal or state court would be authorized to grant relief, including but not limited to, all claims or controversies arises out of the Employee's employment or termination from employment with the Company and any other claims or controversies whether or not arising out of, relating to or associated with the Employee's employment with the Company.

Claims covered by this Agreement include, but are not limited to, claims for wages or other compensation due; claims for breach of any contract or covenant, express or implied; tort claims; claims for discrimination or harassment on baises which include but are not limited to race, sex, sexual orientation, religion, national origin, age, marital status, disability or medical condition; claims for benefits, (except as excluded in paragraph 9), and claims for violation of any federal, state or other governmental constitution, statute, ordinance, regulation, or public policy including but not limited to the California Constitution, the California Civil Code, the California Government Code, the California Labor Code, the California Business & Professions Code, Title VII of the Civil Rights Act, Age Discrimination in Employment Act as amended by the

Confidential

SOAP000028

**DX1542-27**

 **SOAProjects**

Older Workers' Benefit Protection Act of 1990 (29 U.S.C. 621, et seq.), The Americans with Disabilities Act, Family and Medical Leave Act, Equal Pay Act and their state equivalents.

The purpose and effect of this Agreement is to substitute arbitration as the forum for resolution of the Claims; all responsibilities of the parties under the statutes applicable to the Claims shall be enforced.

3.      **Neutral Mediator or Arbitrator** – Any mediation of arbitration of disputes shall be conducted by a single neutral mediator/arbitrator selected and agreed upon by the Employee and the Company.

4.      **Governing Law** – All arbitrations covered by this Agreement shall be adjudicated in accordance with California and/or federal law which would be applied by a court of law.

5.      **Location of Arbitration** – The parties agree that the arbitration of any dispute shall be held within a reasonable distance from the Employee's current or most recent work location for the Company.

6.      **Federal Arbitration Act** – The parties acknowledge that this Agreement evidences a transaction involving interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, ("FAA") shall govern the interpretation and enforcement of, and proceedings pursuant to, the arbitration clause in this agreement.  The arbitration shall be conducted in accordance with the rules of the FAA.  To the extent that the FAA conflicts with any provision of this agreement, this agreement shall prevail.

7.      **Arbitration Rules** – Arbitration under this Agreement shall be conducted pursuant to this Agreement and the JAMS Employment Arbitration Rules & Procedures (the "Rules"), excluding the rules regarding the arbitration of class actions.  A copy of the Rules is available at http://www.jamsadr.com/rules-employment-arbitration/

8.      **Rights** – By signing this agreement, and except for those matters excluded, the Employee and Company waive any right to have employment-related disputes litigated in a court or by jury trial.

9.      **Claims Not Covered by This Agreement** – This Agreement does not apply to or cover claims for workers' compensation or unemployment compensation benefits; claims resulting from the default of any obligation of the Company or the Employee under a loan agreement; claims for injunctive and/or other equitable relief for intellectual property violations.  This Agreement does not preclude an employee from filing a claim or charge with the Department of Fair Employment and Housing ("DFEH"), the Equal Employment Opportunity Commission ("EEOC"), the Occupational Safety and Health Administration ("OSHA"), or the National Labor Relations Board ("NLRB").  If either the Company or the Employee has more than one claim

Confidential                                                                                                 SOAP000029

**DX1542-28**

**SOAProjects**

against the other, one or more of which is not covered by this Agreement, such claims shall be determined separately in the appropriate forum for resolution of those claims. Nothing in this Agreement shall preclude the parties from agreeing to resolve claims other than Claims covered by this Agreement pursuant to the provisions of this Agreement.

10.     **Statute of Limitations** – All statute of limitations and other statutory time periods that would otherwise be applicable in judicial proceedings apply to arbitration under this Agreement.

11.     **Class Action Waiver** – No arbitration can be brought under this Agreement as a class action (in which a claimant seeks to represent the legal interests of or obtain relief on behalf of a larger group).  The Employee and the Company expressly agree and recognize that the arbitrator does not have any authority to hear arbitration either against or on behalf of a class.

12.     **Initiation of Mediation Process** – Employee or Company can initiate the mediation process by filing a written request for Mediation with Human resources, corporate counsel, etc.

13.     **Initiation of the Arbitration Process** – To initiate the arbitration process, the aggrieved party must file a written Claim. Claims can be filed with the American Arbitration Association or JAMS and a copy of the Claim must be submitted to the Company's the Human Resources Department.

14.     **Representation** – Each party may be, but need not be, represented by an attorney at any mediation or arbitration covered by this Agreement.

15.     **Fees and Costs** – The Company will pay all costs of the arbitration that would not be incurred if the dispute were litigated in court, including filing fees, arbitration association administrative fees and arbitrator expenses.  Each party shall pay for their own attorneys' fees and costs, if any.  The arbitrator may award the prevailing party attorneys' fees and costs to the extent permitted by applicable law.

16.     **Discovery** – The parties shall be entitled to engage in reasonable discovery in the form of requests for documents, interrogatories, requests for admission, physical and/or mental examinations, depositions and subpoenas to witnesses and for documents, in order to obtain information necessary to prosecute or defend the claims brought. Any disputes between the parties regarding the nature or scope of discovery shall be resolved by the Arbitrator(s) in his or her discretion.

17.     **Written Award** – The Arbitrator shall issue a written award, setting forth the award and the factual and legal basis, therefore. The award shall be final and binding upon the parties. The Arbitrator shall have the power to award any type of remedy or relief that would be available in a court of competent jurisdiction. In addition, the Arbitrator shall have the authority to order

Confidential                                                                    SOAP000030

**DX1542-29**

 **SOAProjects**

any party found to have presented claims or defenses that are frivolous or in bad faith to pay the other party's attorney's fees and costs.  Any award may be submitted for judicial review or be entered as a judgment in any court of competent jurisdiction.

18.    **Motions** – The arbitrator will have the authority to grant motions dispositive of all or part of any claim.

19.    **Exclusive Remedy** – For Claims covered by this Agreement, arbitration is the parties' exclusive legal remedy. The arbitrator has exclusive authority to resolve any dispute relating to the applicability, interpretation, or enforceability of this Agreement.

20.    **Consideration** – In addition to any other consideration, each party's promise to resolve Claims by arbitration in accordance with the provisions of this Agreement, rather than through the courts or other bodies, is consideration for the other party's like promise.

21.    **Not an Employment Agreement** – This Agreement is not, and shall not be construed to create, any contract of employment, express or implied, nor shall this Agreement be construed in any way to change the status of the Employee from that of at-will employment.

22.    **Term, Modification, and Revocation** – This Agreement shall survive the employer-employee relationship between the Company and the Employee and shall apply to any covered Claim whether it arises or is asserted during or after termination of the Employee's employment with the Company or the expiration of any benefit plan. This Agreement can be modified or revoked only by a writing signed by the Employee and an executive officer of the Company that references this Agreement and specifically states an intent to modify or revoke this Agreement.

23.    **Severability** – A court construing this Agreement may modify, or interpret it in order to render it enforceable.  If any provision of this Agreement or the Code is adjudged to be void or otherwise unenforceable, in whole or in part, such adjudication shall not affect the validity of the remainder of the Agreement or the Code.

24.    **Sole and Entire Agreement** – This is the complete Agreement of the parties on the subject of arbitration of disputes, except for any arbitration provision contained in any pension or benefit plan. This Agreement supersedes any prior or contemporaneous oral or written agreement or understanding on the subject. In executing this Agreement, neither party is relying on any representation, oral or written, on the subject of the effect, enforceability or meaning of this Agreement except as specifically outlined in this Agreement.

EACH PARTY TO THIS AGREEMENT ACKNOWLEDGES CAREFULLY READING THIS AGREEMENT, UNDERSTANDING ITS TERMS, AND ENTERING INTO THIS AGREEMENT VOLUNTARILY AND NOT

Confidential

SOAP000031

**DX1542-30**

 **SOAProjects**

IN RELIANCE ON ANY PROMISES OR REPRESENTATIONS OTHER THAN THOSE CONTAINED IN THIS AGREEMENT ITSELF.

EACH PARTY FURTHER ACKNOWLEDGES HAVING THE OPPORTUNITY TO DISCUSS THIS AGREEMENT WITH PERSONAL LEGAL COUNSEL AND HAS USED THAT OPPORTUNITY TO THE EXTENT DESIRED.

*(SOAProjects, Inc. )* **Employer**                                     **Mauro Botta - Employee**

By: _____                              By: _____

Date:  ___January 31, 2018_____                     Date: _____

Confidential                                                                                                 SOAP000032

**DX1542-31**

**Sean Olender**

| | |
|---|---|
| **From:** | Mauro Botta <siskodlg@gmail.com> |
| **Sent:** | Thursday, January 18, 2018 8:42 PM |
| **To:** | HR |
| **Subject:** | Offer of employment - Mauro Botta - Confidential |

Dear HR,

after discussing with Manav, I am notifying you confidentially, not to be shared with any other party inside the organization or with former employers, about a dispute I have with my second to last employer, pwc, related to what I alleged they did in relation to my termination, that may result or may not in me entering into litigation towards them. I notify you based on my discussion with Manav. This will not preclude employment nor I believe working on engagements where PwC is the auditor.

Please call me tomorrow morning if you have any questions or concerns before I send you my offer letter, so that if concerns exist I may know so before presenting my notice and resign from my current employer.

Many thanks

Mauro.

1

**DX1542-32**

## Sean Olender

| | |
|---|---|
| **From:** | Smitha Govindan <sgovindan@soaprojects.com> |
| **Sent:** | Friday, January 19, 2018 12:50 PM |
| **To:** | Mauro Botta |
| **Cc:** | HR |
| **Subject:** | RE: Offer of employment - Mauro Botta - Confidential |

Thank You.


Best regards,
**Smitha Govindan, Human Resources Manager | SOAProjects**
sgovindan@soaprojects.com
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Friday, January 19, 2018 12:24 PM
**To:** Smitha Govindan
**Subject:** Re: Offer of employment - Mauro Botta - Confidential

Smitha,

I am very glad to hear, please see below, I am notifying Armanino now:


On Fri, Jan 19, 2018 at 12:20 PM, Smitha Govindan <sgovindan@soaprojects.com> wrote:

Hi Mauro,


I spoke to Manav, and you can send us back the signed paperwork.




Best regards,

**Smitha Govindan, Human Resources Manager | SOAProjects**

sgovindan@soaprojects.com

(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com

495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

1

Confidential

**DX1542-33**

**From:** Mauro Botta [mailto:siskodlq@gmail.com]
**Sent:** Thursday, January 18, 2018 8:42 PM
**To:** HR
**Subject:** Offer of employment - Mauro Botta - Confidential

Dear HR,

after discussing with Manav, I am notifying you confidentially, not to be shared with any other party inside the organization or with former employers, about a dispute I have with my second to last employer, pwc, related to what I alleged they did in relation to my termination, that may result or may not in me entering into litigation towards them. I notify you based on my discussion with Manav. This will not preclude employment nor I believe working on engagements where PwC is the auditor.

Please call me tomorrow morning if you have any questions or concerns before I send you my offer letter, so that if concerns exist I may know so before presenting my notice and resign from my current employer.

Many thanks

Mauro.

2

Confidential

SOAP000035

**DX1542-34**

## Sean Olender

| | |
|---|---|
| **From:** | Smitha Govindan <sgovindan@soaprojects.com> |
| **Sent:** | Friday, January 19, 2018 12:21 PM |
| **To:** | Mauro Botta; HR |
| **Subject:** | RE: Offer of employment - Mauro Botta - Confidential |

Hi Mauro,

I spoke to Manav, and you can send us back the signed paperwork.

Best regards,
**Smitha Govindan, Human Resources Manager | SOAProjects**
sgovindan@soaprojects.com
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

**From:** Mauro Botta [mailto:siskodlg@gmail.com]
**Sent:** Thursday, January 18, 2018 8:42 PM
**To:** HR
**Subject:** Offer of employment - Mauro Botta - Confidential

Dear HR,

after discussing with Manav, I am notifying you confidentially, not to be shared with any other party inside the organization or with former employers, about a dispute I have with my second to last employer, pwc, related to what I alleged they did in relation to my termination, that may result or may not in me entering into litigation towards them. I notify you based on my discussion with Manav. This will not preclude employment nor I believe working on engagements where PwC is the auditor.

Please call me tomorrow morning if you have any questions or concerns before I send you my offer letter, so that if concerns exist I may know so before presenting my notice and resign from my current employer.

Many thanks

Mauro.

1

SOAP000036

**DX1542-35**

 SOAProjects

# Employment Application

## APPLICANT INFORMATION

Last Name BOTTA    First Name MAURO    M.I.    Date 1/18/18

Street Address 88 EAST SAN FERNANDO STREET    Apartment/Unit # 1308

City SAN JOSE    State CA    ZIP 95113

Phone 408-464-5438    E-mail Address SISKODLG@GMAIL.COM

Date Available 1/31/18

Position Applied for SENIOR MANAGER

Are you legally authorized to work in the United States for any employer?    YES ☒    NO ☐

Will you now or in the future require visa sponsorship for employment at SOAProjects?    YES ☐    NO ☒

Have you ever worked for this company?    YES ☐    NO ☒    If so, when?

Are you over 18 years old?    YES ☒    NO ☐

Do you have any relatives or friends who work for the Company?    YES ☐    NO ☒    If yes, explain

Are you currently employed? If yes, why are you considering leaving?    YES ☒    NO ☐    If yes, explain PROFESSIONAL GROWTH

*If offered employment, you will be required to provide documentation to verify eligibility*

## EDUCATION

*Please indicate education or training which you believe qualifies you for this position you are seeking.*

High School CAIO PLINIO SECONDO    Address VIA ITALIA LIBERA 1, 22100 COMO- ITALY

Phone +39 031 330 0711    From 1993    To 1995

Degree DIPLOMA    Did you graduate? YES ☒ NO ☐    Course ACCOUNTING

College    Address

Phone    From    To

Degree    Did you graduate? YES ☐ NO ☐    Course

University UNIVERSITA' CATTOLICA DEL SACRO CUORE    Address LARGO GEMELLI 1, 20123 MILAN- ITALY

Phone +39 02 72341    From 1995    To 1999

Degree LAUREA    Did you graduate? YES ☒ NO ☐    Course BANK, FINANCE, INSURANCE SCIENCE

List professional certifications or completed courses, seminars and/or training that would enable you to perform the position for which you are applying?

CPA CALIFORNIA LICENSE 99608

Confidential

## REFERENCES

Please list three professional references.

Full Name DENIS KOZHEVNIKOV          Relationship FRIEND- EX SUPERVISOR
Company CONNOR GROUP                 Phone (650) 521 3099
Email
Address DENIS. KOZHEVNIKOV@CONNORGP.COM

Full Name SAMEER LADIWALA            Relationship FRIEND- EX COLLEAGUE
Company CYPRESS                      Phone (408) 893 8523
Email
Address

Full Name VINCENT GENET             Relationship FRIEND- EX COLLEAGUE
Company SOA PROJECTS                Phone (408) 221 3192
Email
Address

## LAST 7 YEARS OF EMPLOYMENT

Current / Last
Company ARMANINO LLP                 Phone (408) 200 6400
Address 50 W SAN FERNANDO ST, SAN JOSE 95113   Supervisor VARIOUS
Job Title SENIOR MANAGER - AUDIT
Responsibilities LEADING AUDITS
From 9/17   To CURRENT   Reason for Leaving PROFESSIONAL GROWTH
If still employed, may we contact your current employer?   YES ☒   NO ☐

Company PwC LLP                      Phone (408) 817 3700
Address 488 S. ALMADEN BLVD #1800 SAN JOSE 95110   Supervisor VARIOUS
Job Title SENIOR MANAGER - AUDIT
Responsibilities LEADING AUDITS
From 2004   To 8/2017   Reason for Leaving CONFIDENTIAL - OTHER OPPORTUNITIES

Company                              Phone (   )
Address                              Supervisor
Job Title
Responsibilities
From          To          Reason for Leaving

| Company | | | Phone | ( | ) |
|---------|--|--|-------|---|---|
| Address | | | Supervisor | | |
| Job Title | | | | | |
| Responsibilities | | | | | |
| From | To | Reason for Leaving | | | |

| Company | | | Phone | ( | ) |
|---------|--|--|-------|---|---|
| Address | | | Supervisor | | |
| Job Title | | | | | |
| Responsibilities | | | | | |
| From | To | Reason for Leaving | | | |

## MILITARY SERVICE

Branch                                        From          To

Rank at Discharge

Training received, experience

## DISCLAIMER AND SIGNATURE

READ THOROUGHLY BEFORE SIGNING

I certify that all information contained in this Application for Employment is true and complete. Any incorrect or misleading statement(s) will render this application void. I understand that this application will remain in effect for 90 days from the date it is submitted. I must renew my application to be considered for other job openings after 90 days. I understand that completion of this application does not constitute an offer or promise of employment. I authorize the Company to contact my References and understand that, as a condition of employment, the Company will require successful completion of a background check that complies with the Company's pre-employment screening policies. I have or will be provided a Background Investigation Release form which contains a disclosure under the Fair Credit Reporting Act and Associate's authorization and general release under FCRA which I have read/will read before signing.

In the event of my appointment to a position, I shall comply with all company policies and procedures. It is understood and agreed that any misrepresentation, omission or false statement that I make in this application will be sufficient cause for the Company to withdraw an offer of employment and/or terminate my employment. If hired, I will be an At-Will employee and understand that my employment can be terminated by either party at any time with or without cause or notice.

Applicant
Signature                                                    Date   1/19/18

---

**APPLICANTS WILL RECEIVE CONSIDERATION FOR EMPLOYMENT WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, GENDER IDENTITY, NATIONAL ORIGIN, AGE, MARITAL STATUS, DISABILITY OR VETERAN STATUS.**

SOAProjects, Inc., 495 N. Whisman Road, Suite 100 | Mountain View, CA 94043

---

SOAP000039



**Background Screening Report**

InCheck, Inc.
7500 W State Street
Suite 200
Wauwatosa, WI 53213
Phone: 414-727-1718 / 866-265-9426
Fax: 414-727-5510

| FILE NUMBER | 587189 | | REPORT DATE | 02-06-2018 |
|---|---|---|---|---|
| REPORT TO | SOAProjects, Inc. (215031C) 495 N Whisman Road Mountain View, CA 94043 Phone: 650-960-9900 Fax: - | | ORDER DATE | 01-19-2018   Galina Karpinska |
| | | | TYPE | SOAProjects Custom Package |

### California Disclaimer

The following statement is in 12 point bold font.

**Pursuant to California Civil Code 1786.29 the following disclaimer is made. The accuracy or truthfulness of this report cannot be guaranteed as to the subject of the investigation, only that it was accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the subject of this report. The Subject of this report may review all files in relation to this report, maintained by InCheck, Inc. with a proper request and identification. InCheck, Inc. may charge a fee of no more than $8 for making such disclosures, except that InCheck, Inc. will not charge a fee if you (1) certify that you are unemployed and state your intention to apply for a job within 60 days of the certification, (2) are a recipient of public welfare assistance, or (3) have reason to believe that the file of InCheck, Inc. on you contains inaccurate information due to fraud.**

**De acuerdo al Código Civil 1786.29, la siguiente renuncia a responsabilidades es hecha. La exactitud o apego a la verdad de este informe, no puede ser garantizado como el sujeto de la investigación, solo que éste fue copiado con exactitud de los archivos públicos. La información generada como resultados de robo de identidad, incluyendo evidencia de actividad criminal, puede ser asociada de manera inexacta con el sujeto de este informe. El sujeto de este informe, puede revisar todos los archivos relacionados con este informe, custodiados por InCheck, Inc. con una requisición adecuada e identificación. InCheck, Inc. puede hacer el cargo por no más de $8 dólares Americanos por mostrar dichos archivos, excepto que InCheck, Inc. no cobrará una cuota si tu (1) certificas que eres desempleado y demuestras tus intenciones de solicitar trabajo dentro de 60 días de la certificación, (2) eres acreedor a ayuda pública "welfare", o (3) tienes razón para creer que InCheck, Inc. el informe sobre ti contiene información inexacta como resultado de fraude.**

### Application Information

| APPLICANT | BOTTA, MAURO | SSN | XXX-XX-9405 | DOB | 10-26-XXXX |
|---|---|---|---|---|---|
| DRIVERS LICENSE | - | PHONE NUMBER | 4084645438 | | |
| ADDRESS(ES) | 88 E SAN FERNANDO ST, #1308 | CITY / STATE / ZIP | SAN JOSE, CA 95113 | | |

### Identity Development

### Investigative

### County Criminal Records Search

| RESULTS | No Reportable Records Found | | |
|---|---|---|---|
| NAME SEARCHED | BOTTA, MAURO | SEARCH DATE | 01-23-2018 11:25 AM MST |
| DOB SEARCHED | 10-26-XXXX | SEARCH SCOPE | |
| JURISDICTION | CA-SANTA CLARA | | |

SOAP000040

CAUTION: Based on the information provided InCheck, Inc. searched for public records in the sources referenced herein for criminal history information as permitted by federal and state law. 'No Reportable Records Found' means that our researchers could not locate a record that matched at least two personal identifiers (i.e., Name, SSN, Date of Birth, Address) for the subject in that jurisdiction. Further investigation into additional jurisdictions, or utilization of additional identifying information, may be warranted. Please call for assistance.

### National Criminal Database Search

| | | | |
|---|---|---|---|
| RESULTS | No Reportable Records Found | | |
| NAME SEARCHED | BOTTA, MAURO | SEARCH DATE | 01-19-2018 2:10 PM MST |
| DOB SEARCHED | 10-26-XXXX | SEARCH SCOPE | |
| JURISDICTION | NATIONWIDE | | |
| JURISDICTION(S) SEARCHED | | | |

The search you have selected is a search of our criminal database(s) and may not represent 100% coverage of all criminal records in all jurisdictions and/or sources. Coverage details available upon request.

CAUTION: Based on the information provided InCheck, Inc. searched for public records in the sources referenced herein for criminal history information as permitted by federal and state law. 'No Reportable Records Found' means that our researchers could not locate a record that matched at least two personal identifiers (i.e., Name, SSN, Date of Birth, Address) for the subject in that jurisdiction. Further investigation into additional jurisdictions, or utilization of additional identifying information, may be warranted. Please call for assistance.

### Global Security Watch List

| | | | |
|---|---|---|---|
| RESULTS | No Reportable Records Found | | |
| NAME SEARCHED | BOTTA, MAURO | SEARCH DATE | 01-19-2018 2:10 PM MST |
| SOURCES | The search you have selected is a search of our criminal database(s) and may not represent 100% coverage of all criminal records in all jurisdictions and/or sources. Coverage details available upon request. | | |

CAUTION: Based on the information provided InCheck, Inc. searched for public records in the sources referenced herein for criminal history information as permitted by applicable laws. 'No Reportable Records Found' means that our researchers could not locate a record that matched. Further investigation into additional jurisdictions, or utilization of additional identifying information, may be warranted. Please call for assistance.

### Verification

### Employment Verification

| | | | |
|---|---|---|---|
| RESPONSE RECEIVED | Yes | | |
| NAME | BOTTA, MAURO | SEARCH DATE | 01-24-2018 7:16 AM MST |
| EMPLOYER NAME | ARMANINO LLP | HOW VERIFIED | PHONE |
| SUPERVISOR | NOT PROVIDED | DATE VERIFIED | 01/23/2018 |
| EMPLOYER STREET | | VERIFIED | DEANA FLORES |
| EMPLOYER CITY | | VERIFIER TITLE | HR COORDINATOR |
| EMPLOYER STATE | | | |
| EMPLOYER ZIP | | | |
| EMPLOYER PHONE | 408.200.6400 | | |
| EMPLOYER FAX | | | |
| EMPLOYER E-MAIL | | | |

| SUBJECT-PROVIDED INFORMATION | | EMPLOYER-PROVIDED INFORMATION | |
|---|---|---|---|
| EMPLOYER TYPE | Current | Current | |
| POSITION | SENIOR MANAGER-AUDIT | SENIOR MANAGER - AUDIT | |

Confidential

SOAP000041

| HIRE DATE | SEP 2017 | 09/11/2017 |
|---|---|---|
| END DATE | Current | Current |
| TYPE/STATUS | | NOT PROVIDED |
| REASON FOR LEAVING | PROFESSIONAL GROWTH | NOT PROVIDED |

| RESPONSE RECEIVED | Yes | | |
|---|---|---|---|
| NAME | BOTTA, MAURO | SEARCH DATE | 01-24-2018 7:41 AM MST |
| EMPLOYER NAME | PWC LLP | HOW VERIFIED | INTERNET |
| SUPERVISOR | NOT PROVIDED | DATE VERIFIED | 01/24/2018 |
| EMPLOYER STREET | | VERIFIED | THE WORK NUMBER |
| EMPLOYER CITY | | VERIFIER TITLE | -- |
| EMPLOYER STATE | | | |
| EMPLOYER ZIP | | | |
| EMPLOYER PHONE | 408-817-3700 C. (Pricewaterhousecoopers LLP) | | |
| EMPLOYER FAX | | | |
| EMPLOYER E-MAIL | | | |

| | SUBJECT-PROVIDED INFORMATION | EMPLOYER-PROVIDED INFORMATION |
|---|---|---|
| EMPLOYER TYPE | Previous | Previous |
| POSITION | SENIOR MANAGER-AUDIT | SENIOR MANAGER |
| HIRE DATE | 2004 | 06/07/2004 |
| END DATE | AUG 2017 | 08/18/2017 |
| TYPE/STATUS | | NOT PROVIDED |
| REASON FOR LEAVING | | NOT PROVIDED |

TOTAL TIME WITH EMPLOYER: 17 YEARS, 8 MONTHS.

### Professional Reference Verification

| RESPONSE RECEIVED | Yes | | |
|---|---|---|---|
| NAME | DENIS KOZHEVNIKOV | SEARCH DATE | 02-06-2018 7:44 AM MST |
| RELATIONSHIP | EX-SUPERVISOR | FAX | |
| PHONE | 650-524-3099 (DISCONNECTED) / 650-521-3099** | E-MAIL | denis.l.kozhevnikov@gmail.com |
| COMMENTS | Professional Reference | | |

| Contact/Title *(at the time the applicant worked for this contact)*: | Denis Kozhevnikov / Manager | Phone Number: | 650-521-3099 |
|---|---|---|---|
| Name of Employer *(at the time the applicant worked for this contact)*: | TWC | | |
| Did the applicant report to you/ How long? | No / 7 years | | |
| Position Title *(at the time he/she worked for this contact)* | Manager | | |

SOAP000042

**DX1542-41**

| Reason for leaving the company *(if applicable)* | Unsure |
|---|---|
| Would you rehire this candidate? | Yes |

Were there any attendance concerns/reliability issues/etc....? No, he was reliable.

Please describe the applicant's job responsibilities: He was responsible for managing team members, completing financial statements, supervising and plan audits.

The applicant is being considered for a new position with one of our clients. How do you feel the applicant would do transitioning into a new position? Why? He will do fine, but I am unable to comment more since I don't know the role.

How did the applicant compare to others in the same job? He is technically strong and has a good relationship with his subordinates.

Please comment on the applicant's willingness to work additional hours and initiative to seek additional work and/or responsibility: Yes, that was not an issue there. He has worked extra hours and was very dedicated.

How does the applicant respond to change and/or situations that require the need for flexibility? He was fine with changes. He was able to adapt.

Please describe the quantity of the work and the applicant's ability to stay organized: He had good organizational skills. He was able to execute things according to plan.

Please describe the applicant's ability to meet deadlines and work under pressure: He was good with that. There were no concerns in regards to that.

Where would/did you encourage the applicant to improve, develop or grow? I would say for him to gain more experience with resolving different solutions.

Please describe the applicant's interpersonal skills and/or ability to work with diverse personalities: He had a good rapport with his peers and subordinates. He was very respectful.

What do you feel is the best way to manage this applicant or an approach/style you feel the applicant would favorably respond to? Someone who respects their employees and is honest. Someone who stands by their employees.

Additional Comments: --

---

| RESPONSE RECEIVED | Yes | | |
|---|---|---|---|
| NAME | SAMEER LADIWALA | SEARCH DATE | 01-29-2018 1:35 PM MST |
| RELATIONSHIP | EX-COLLEAGUE | FAX | |
| PHONE | 408-893-8523 | E-MAIL | |
| COMMENTS | | | |

| Reference Name/Title (*at the time he/she worked with the candidate*): | Sameer Ladiwala / Team lead | Phone Number: | 408-893-8523 |
|---|---|---|---|
| Where did you work together? -For how long? | PWC / 2004 to 2011 – 7 years | | |

Confidential
SOAP000043

**DX1542-42**

| Current/Former Coworker: | Former |
| Is the contact still employed with this company? | No |

What can you tell me about his work ethic, overall performance and attitude on the job?

Excellent, Strong work ethic, focused and has principals.

Please describe the applicant's job responsibilities.

He was a Senior Assistant under the manager. Planning, supervising teams and things like that.

The applicant is under consideration for a new position. How do you feel the applicant would do transitioning into a new role? Why?

I'm sure he would do well.

How would you describe their ability to stay organized and work under pressure?

He was a good worker, kept his teams going.

How would you describe the applicant's interpersonal skills and communication style and ability?

He had to communicate well in order to successfully lead his teams, also planning takes a lot of communication.

Finally, if you had to choose an area that he could improve, develop or grow, which area would you choose?

I think he could benefit by looking for more alternatives to reaching solutions to problems. There are always multiple solutions, and he needs to look for them.

---

### Credentials

#### Healthcare Compliance Search

| RESULTS | No Reportable Records Found | | |
| NAME SEARCHED | BOTTA, MAURO | SEARCH DATE | 01-19-2018 2:10 PM MST |
| DOB SEARCHED | 10-26-XXXX | SEARCH SCOPE | |
| TYPE | Premium | | |

CAUTION: Based On The Information Provided InCheck, Inc. Searched The Above Mentioned Applicant For The Healthcare Sanctions Search And Found No Individual By This Identification. This Means That No One By This Identification Has Been Found As Reported Of An OIG Medicare / Medicaid Sanction. Further Investigation May Be Warranted. Call For Assistance!

#### Disclaimer

Confidential

This report is furnished to you pursuant to the Agreement for Service between the parties and in compliance with the Fair Credit Reporting Act. This report is furnished based upon your certification that you have a permissible purpose to obtain the report. The information contained herein was obtained in good faith from sources deemed reliable, but the completeness or accuracy is not guaranteed.

**\*\*\* End Of Report \*\*\***

**Mauro Botta, CPA**                                               *mauro_botta@libero.it*
*San Jose*, CA, 95113                                               Cell: (408) 464 5438


**Professional Experience:**
**PricewaterhouseCoopers, San Jose, California**                *April 2004 to Present*
*Senior Manager, Assurance since July 2010*

- Lead senior manager for services provided to several technology companies, responsible for audits, IPOs, and M&A activities.
- Recent engagements include Micron Technology, Inc., Vocera Communications, Inc., Cavium, Inc., and Gigamon Inc.
- Led the IPO process for clients, including working with underwriter's counsels on comfort letters and dealing with the series of SEC comment letters and Form S-1 filings, along with audits and reviews of financial statements for several years and the implementation of SOX compliance. IPO audit client engagements included Vocera Communications, Inc. and Alpha & Omega Semiconductor Limited.
- Significant experience dealing with complex accounting issues faced by emerging technology companies, including revenue recognition, equity instruments, international expansion, public debt offerings, acquisitions, restructurings, impairments, stock based compensation, and financings.
- Acquired extensive experience in dealing with various reporting requirements and SEC filings, such as Forms 10-K, 10-Q, S-1, and S-4, as well as SEC comment letters, debt offerings, and comfort letters.
- Have coordinated with PwC affiliate firms in connection with the consolidated reporting for U.S. audits, such as in the Micron Technology audit which entailed the utilization of over 10 PwC international engagement teams.
- Have worked closely with the PwC national office, SEC services group, and risk management group on various accounting and auditing issues, including my suggestions for changes to our national guidance (e.g. in relation to the statement of cash flows).
- Worked on several benchmarking studies for the technology industry, including an IT software benchmark used for start-up companies.
- Have served in lead roles in several other office initiatives, including portfolio management, billing, collections, scheduling, and time management. Also have experience with pilot trainings for international hires.
- Have conducted internal quality reviews as an inspector within the firm.
- Participated in go-to market activities, including those for 6 different proposals/presentations during the 2015 year.


**PricewaterhouseCoopers, Milan, Italy**                    *December 1999 - March 2004*
*Senior Associate, Assurance*

- Lead senior associate for audits of several technology, retail, and construction companies, with responsibility for both audits under Italian GAAP and reporting packages for the head offices under US GAAP.
- Clients served included Sony Electronics, Techint Group, Dalmine, and Rohm & Haas.


**Education:**
Bachelor of Bank, Finance, Insurance Sciences at Catholic University of Milan, Italy, 1999


**Achievements:**

**DX1542-45**

- Youngest graduate in the 100+ years history of my university (at 21 years of age)
- Consistently a top rated performer within PwC

Confidential

SOAP000047

# Notes from the internal ATS

## Alchemy Search Partners knows Mauro since 2007 before the merge of Alchemy Search Partners with SOAProjects in 2012

1/31/2018 11:44 AM - CGREENBERG: we just hired him in SOX as a senior manager at $190k

12/11/2015 4:19 PM - CGREENBERG: wow, this is a surprise, well, obviously the title is appealing, can I know a little more about it? feel free to give me a call tomorrow 408-464-5438, flexible most of the day.

8/6/2015 4:20 PM - CGREENBERG: still a senior manager. not making partner

7/20/2012 3:42 PM - CGREENBERG: still at PWC. accepted my linkedin invite.

1/31/2012 5:41 PM - CGREENBERG: he now feels that he is on the Partner track and will send out my contact info regarding getting a person for Lilly.

7/14/2009 9:59 AM - CGREENBERG: Mauro feels that he will not be promoted at PWC, so he is ready to leave now. He is open to internal audit, another audit firm, technical accounting, or controller position. Just bought in San Jose, but is open to commute into san fran for the right job. He has worked on startup ups as well as up to 1.3 billion. Making $112k this year with no bonus paid this year.

1/23/2008 1:48 PM - LSLATER: Based on this, I spoke to Mauro about RK.  He said that he is also no longer interested in a 2nd round with them and will be staying at PwC with no plans to leave or look at new opports.

1/21/2008 2:31 PM - CGREENBERG: He turned down Micrus. Got cold feet about leaving.

1/14/2008 8:29 PM - CGREENBERG: Hey Bryon,

Had a nice long talk with Mauro. I sent him Micrus offer, but PWC is going to speak with him this week to try and make him stay. I asked him what could they do to make him stay and he said that he does not know. Money is not really the issue, but he did mention that he will make $93 k this year and get at 7% raise next Sept. total of $100k, so I said that $110 from Micrus  is really great. If they give him a raise, I don't think it will be better than Micrus's offer. I also asked him if they could give him a new client would that help, and once again, he was not sure. So I just kept reinforcing that taking the job at Micrus, public, doing well, being trained is all going towards his goal of being a CFO. Staying any longer at PWC will not help that. I also mentioned that several companies who have hired me to place SEC managers, which was a goal of his, want someone with industry experience, which he will get at Micrus. So I think I helped move him along and I hope that he is clear as to his career path.


Let me know if I can do anything else to help.

1/8/2008 10:10 AM - LSLATER: Confirmed his interview for tomorrow with RK.  LM.

12/19/2007 12:15 PM - LSLATER: RK will interview him in Jan for position after busy season when they have time to train on hedge funds.  He's avail 1st 2 weeks Jan.

12/10/2007 5:56 PM - LSLATER: Sent email re RK and Financial Intelligence.

Confidential

11/20/2007 1:20 PM - RNGUYEN: Interested in SEC 1st and then Internal Audit 2nd.

11/14/2007 4:57 PM - CGREENBERG: He is a great SEC/SOX candidate. Has 5 years with PWC in Milan and 3 in US. He just got his US CPA, Green card holder. He is open to location and salary. He wants out as he has been assigned to Covad communications for the past three years, doing the 10ks for 3 years. He just got promoted to Manager a few months ago and is running 5 jobs simultaneously. Has to be coached as he has never interviewed before. He is not as confident as he should be about his skills. Thinks he needs to know every single FASB even tho he has not worked on a client that needs to follow it. I told him to be more confident in that he probably knows more than most managers. He opens to opps.

11/12/2007 1:54 PM - JMILLER: careerbuilder candidate, flipped to san jose to meet.  Resume will need work, too much personal information.

Confidential

## Galina Karpinska

| | |
|---|---|
| **From:** | Galina Karpinska |
| **Sent:** | Wednesday, May 16, 2018 10:44 AM |
| **To:** | Manpreet Grover; Yuko Wakasugi; Robert Strasser; Manav Singh |
| **Subject:** | RE: Mauro / Mayank |

Hi All,

We are not supposed to do anything. Whistleblower Law protects Mauro. You may need to read the case to understand his personality. Pair him with high ethics people, don't pair him with people like Mayank. He is knowledgeable. Just use his expertise in the right way.

Best regards,
**Galina Karpinska, HR Director | SOAProjects**
gkarpinska@soaprojects.com
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com

**From:** Manpreet Grover
**Sent:** Wednesday, May 16, 2018 9:38 AM
**To:** Yuko Wakasugi <ywakasugi@soaprojects.com>; Robert Strasser <rstrasser@soaprojects.com>; Manav Singh <msingh@soaprojects.com>
**Cc:** Galina Karpinska <gkarpinska@soaprojects.com>
**Subject:** FW: Mauro / Mayank

We need to evaluate the risk of this to the firm , we should discuss as soon as possible – Please keep this confidential
Thank you,

Best regards,
**Manpreet Grover, CEO & Managing Partner | SOAProjects**
Mgrover@Soaprojects. Com | (650) 533-0506
2016 Women of Influence honoree
2014 Businesswomen of the Year Award Winner
Certified Public Accountants & Advisors
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

Technical Accounting I Internal Audit & SOX I IT Compliance &
Advisory I Risk Advisory & Forensic Services I Start-Up Support
Services I Executive Search

Americas | EMEA | Asia-Pac | Middle East

**SOAProjects ranked No. 1 BEST PLACES TO WORK SILICON VALLEY**

**"Employees are entrepreneurs at SOAProjects".**

**From:** Galina Karpinska <gkarpinska@soaprojects.com>
**Date:** Wednesday, May 16, 2018 at 12:20 AM
**To:** Manpreet Grover <mgrover@soaprojects.com>
**Subject:** Mauro / Mayank

Hi,

1

Confidential

SOAP000050

**DX1542-49**

Do you know that Mayank was a manager of Mauro?
http://www.pogo.org/our-work/articles/2018/pwc-whistleblower-faults-silicon-valley-auditing.html



The trust and responsibility that the government vests in audit firms assumes they will bite th
necessarily the best business model. It should come as no surprise if audit firms are interest

| DOCUMENT | PAGES | NOTES | TEXT |
|---|---|---|---|

13
14
15
16
17
18
19
20
21
22

produced the requested memorandum.

36. Defendants' Supervisor THORSON instructed Defendants' Manag
("GUPTA") to print out Plaintiff's memorandum and "leave it on a cut
THORSON stated that "[COMPANY B] can find the memo and make it t

37. Plaintiff took issue with Defendants' Supervisor THORSON
Defendants' duty was to point out when a publicly traded compa
inadequate. Plaintiff saw that COMPANY B's internal controls were faili
accurate. Yet, Defendants' Supervisor THORSON had specifically instru

Page 6 of 19

Time and again, from the **savings and loan crisis** to the **dotcom bubble**, from **Enron** and
**financial crisis**, and **countless other corporate scandals**, accounting watchdogs helped

EmployeesSickHour....xls ^    EmployeesPTOHou....xls ^

Best regards,
**Galina Karpinska, HR Director | SOAProjects**
gkarpinska@soaprojects.com



**Certified Public Accountants & Advisors**

Confidential

SOAP000051

**DX1542-50**

(650) 960-9900 | Fax**:** (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

Technical Accounting I Internal Audit & SOX I IT Compliance &
Advisory I Risk Advisory & Forensic Services I Start-Up Support
Services I Executive Search

Americas | EMEA | Asia-Pac | Middle East

**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**

"Employees are entrepreneurs at SOAProjects" 

Confidential                                                                                SOAP000052

**DX1542-51**

**Sean Olender**

| | |
|---|---|
| **From:** | Smitha Govindan |
| **Sent:** | Thursday, January 18, 2018 2:12 PM |
| **To:** | siskodlg@gmail.com |
| **Cc:** | HR; John Small |
| **Subject:** | SOAProjects Benefits |
| **Attachments:** | 2018 Benefit Overview.pdf; Vacation Sick Leave Holidays Policy 2017.pdf |

Dear Mauro,

Please find the enclosed SOAProjects Benefits Guide. Below are some additional information:

– Benefits: You will be eligible to participate in the group health plans and other benefits that the Company provides to full-time employees. In addition, you will participate in any Company-approved paid time off (personal time and sick leave), 401(k) Plan, and disability insurance in accordance with the Company practices. The health insurance benefits are effective as of the first of the month following your date of employment. You may also begin participating in the 401(k) Plan as early as the first pay period commencing after the first of the month following the date of hire.
– Attached Vacation, Sick Leave, and Holiday information.
– Sales Commission Bonus: Up to 10% of gross margin for new clients/projects introduced by you to the Company.
– Referral Bonus: Currently we are paying $2,000-$5,000 for bringing additional talent to our Company for client-facing professionals in full-time positions.
– Spot and Annual Bonus: Discretionary bonuses will be paid out based on performance.

Let us know if any questions or if you need any additional information.

Best regards,
**Smitha Govindan, Human Resources Manager | SOAProjects**
sgovindan@soaprojects.com

 **SOAProjects**

**Certified Public Accountants & Advisors**
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043
Links
**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**
**"Employees are entrepreneurs at SOAProjects"**

1

**DX1542-52**


**SOAProjects**

**Medical plans effective: Dec 1, 2017 - Dec 31, 2018**
**Dental & Vision plans effective: Jan 1, 2018 – Dec 31, 2018**

## SOAProjects Benefits Guide

# Welcome to your 2017-2018 Benefits Program

At SOAProjects, one of our highest priorities is addressing the health and welfare needs of our employees and their family members. To help you protect yourself and your family physically and financially, we are pleased to offer the SOAProjects 2018 Benefits Program.

This user friendly guide provides a summary of your benefits program to assist you in making an informed decision. Whether you're making annual enrollment elections, enrolling for the first time or changing your benefits due to a qualifying event. Please take time to review this material carefully and keep this guide as a handy reference tool.

**This year's open enrollment will be passive** meaning if you will not be making changes, your current elections will be mapped to the 2017-2018 equivalent plans. Employees making a carrier change, enrolling for the first time, waiving coverage or adding/deleting dependents are required to make  changes via the ADP portal.

## Employee Eligibility

Any active, regular, full-time employees working a minimum of 30 hours per week will be eligible on the 1st day of the month following your date of hire.

## Dependent Eligibility

- Your legal spouse or registered domestic partner; or
- Your dependent children (including your step-child and legally adopted child) up to age 26; or
- Any dependent child who reaches the age limit and is incapable of self-support because of a mental or physical disability.

## When and How You Can Enroll

New hires can enroll at any time within 30 days of their hire date. Benefits become effective on the first of the month following 30 days. Current employees can make enrollment decisions only during the annual Open Enrollment period. All enrollments are completed on the ADP portal at https://workforcenow.adp.com

## Changes in Benefit Elections

You may not change your benefit elections during the year unless you have a qualified family status change. If you have one of the qualified family status changes during the year, please contact Human Resources at HR@soaprojects.com, within thirty (30) days of the family status change.

## Family Status Changes

You may not change your benefit choices during the year unless you have a qualified family status change.

Marriage or divorce; Birth or adoption of a child; Death of a spouse or dependent; Beginning or end of spouse's employment; Significant change in your spouse's health care coverage; Change in you or your spouse's part-time or full-time employment; Beginning an unpaid leave of absence for you or your spouse

If you have one of the above-qualified family status changes during the year, please contact Galina Karpinska at 650-960-9900 or HR@soparjects.comwithin thirty (30) days of the family status change. Additionally, please note that if you become divorced or your dependent child reaches an age that they are no longer eligible they may become eligible for COBRA continuation coverage and you must notify your HR department within 30 days of these status changes.

SOAP000054

# Medical Plans

    

| | Kaiser DHMO | Kaiser DHMO HSA Eligible | Blue Shield Trio HMO 20-250 | Blue Shield Gold Full PPO 750 | | Blue Shield PPO HSA Eligible 2250/2600/4500 | |
|---|---|---|---|---|---|---|---|
| | Network | Network | Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Calendar Year Deductible (Individual / Family)** | $500 single $1,000 family | $2,000 single $2,600 member $4,000 family | None | $750 / $1,500 | $1,500 / $3,000 | $2,250 single $2,600 member $4,500 family all providers combined | |
| **Out-of-Pocket Maximum (Individual / Family)** | $3,000 single $6,000 family | $3,000 single $3,000 member $6,000 family | $1,500 / $3,000 | $4,750 / $9,500 | $9,500 / $19,000 | $3,000 single $3,000 member $6,000 family | $6,000 single $6,000 member $12,000 family |
| **Lifetime maximum** | Unlimited | Unlimited | Unlimited | Unlimited | Unlimited | Unlimited | Unlimited |
| **Office/Specialist visits** | $20 per visit; ded waived | $30 per visit; after ded | $20 per visit; after ded | $25 per visit; ded waived | 40%; after ded | 20% after ded | 50% after ded |
| **Preventive Care** | No charge; ded waived | No charge; ded waived | No charge | No charge; ded waived | Not covered | No charge; ded waived | Not covered |
| **Lab / X-ray** | $10 per encounter; ded waived | $10 per encounter; after ded | No charge | $25 per visit; after ded | 40%; after ded | $25 + 20% after ded | 50% after ded ($350 max/day) |
| **MRI, CT, PET scan** | $50 per procedure; ded waived | $50 per procedure; after ded | No charge | 20% after ded | 40%; after ded | $100 + 20% after ded | 50% after ded ($350 max/day) |
| **Outpatient surgery** | 10% after ded | $150 per procedure; after ded | $100 per surgery | 20% after ded | 40%; after ded ($350 max/day) | 20% after ded | 50% after ded ($350 max/day) |
| **Inpatient Hospital** | 10% after ded | $250 per admission; after ded | $250 per day | $100 per visit + 20%; after ded | 40%; after ded ($600 max/day) | $100 per admission + 20% after ded | 50% after ded ($600 max/day) |
| **Emergency room (waived if admitted)** | 10% after ded | $100 per visit; after ded | $100 per visit | $100 per visit + 20% after ded | $100 per visit + 20%; ded waived | $100 per visit + 20% after ded | $100 per visit + 20% after ded |
| **Ambulance services** | $150 per trip; ded waived | $100 per transport after ded | $100 per transport | 20% after ded | 20% after ded | 20% after ded | 20% after ded |
| **Chiropractic care (12 visits/yr)** | Not covered | Not covered | Not covered | $25 per visit; after ded | 40% after ded | 20% after ded (20 visits/yr) | 50% after ded (20 visits/yr) |
| **Acupuncture care** | Not covered | Not covered | Not Covered | $25 per visit; after ded (20 visits/yr) | 40%; after ded (20 visits/yr) | 20% after ded (20 visits/yr) | 50% after ded (20 visits/yr) |
| **Mental health inpatient** (severe) | 10% after ded | $250 per admission; after ded | $250 per admission | $100 per admission + 20% after ded | 40%; after ded ($600 max/day); | $100 per admission + 20% after ded | 50% after ded ($600 max/day) |
| **Mental health outpatient** (non-severe) | $20 per visit; ded waived | $30/visit; after ded | $20/visit | $25 per visit; ded waived | 40%; ded waived | 20% after ded | 50% after ded |
| **Prescriptions* (30-day supply)** | $10 / $30 / $30 / 20% (not to exceed $150); ded waived | $10 / $30 / $30 20% (not to exceed $150); after ded | $5/ $10 / $25 / 20% up to $200 per Rx | $10 / $30 / $50 / 30% up to 200 copay max after $150 Rx ded per member per year | 25%+$10/$30/ $50 25%+30% up to $200 copay after $150 Rx ded per member per year | $10 / $25 / $40 / 30% up to $200 per script; after ded | 25% + $10 / $25 / $40 / 30% up to $200 per script; after ded |
| **Prescriptions* (Mail Order up to 90 day)** | $20 /$60 / $60; ded waived (up to 100-day supply) | $20 / $60 / $60 after ded (up to 100-day supply) | $10 / $20 / $50 / 20% up to $400 max per Rx | $20 / $60 / $100 / 30% Up to $400 copay max per Rx | Not covered | $20 / $50 / $80 / $30% up to $400 copay max per Rx (T4 / 30% up to $200 per script (S 30-day) | Not covered |

*Generic / formulary brand name / non formulary brand name / specialty  **Please refer to your certificate for plan limitations and exact benefits for severe/non-severe coverages

**Important Note:** The copayment % above represents what the employee is responsible for. Preferred providers accept Blue Shield's allowable amount as full payment for covered services. Non-preferred providers can charge more than these amounts. When members use non-preferred providers, they must pay the applicable copayment plus any amount that exceeds Blue Shield's customary and reasonable amounts. Charges above the allowable amount do not count toward the calendar year deductible or copayment maximum.

SOAP000055

**DX1542-54**

## DENTAL

| | PCN Network | PPO In-Network | Out-of-Network |
|---|---|---|---|
| Deductible | $25 individual / $75 family | $50 individual / $150 family | $50 individual / $150 family |
| Preventive | 100% after ded | 100% after ded | 80% after ded |
| Basic | 90% after ded | 80% after ded | 80% after ded |
| Major | 60% after ded | 50% after ded | 50% after ded |
| Annual maximum | | $1,500 per person | |
| Orthodontia (child) | | 50% | |
| Ortho lifetime maximum | | $1,500 per person | |

## VISION

| | Network | Out-of-Network |
|---|---|---|
| Frequency (months) | 12 exam / 12 lenses / 24 frames or 12 contacts | |
| Examination | $20 copay | Up to $50 allowable |
| Materials | Covered in full after copay | See reimbursements amounts below |
| Lenses | Covered in full after copay | $50 single vision / $75 lined bifocal / $100 lined trifocal |
| Frames OR: | $130 allowance, 20% off amt over allowance | Up to $70 allowable |
| Elective Contacts | $130 allowance | Up to $105 allowable |

### Your Monthly Cost Share Effective: 12/1/17

| | EE* | ES* | EC* | EF* |
|---|---|---|---|---|
| Kaiser DHMO | $107.14 | $492.83 | $428.53 | $749.96 |
| Kaiser DHMO HSA Eligible | $79.80 | $367.06 | $319.17 | $558.57 |
| Blue Shield HMO | $130.44 | $639.17 | $404.37 | $873.97 |
| Blue Shield PPO | $173.48 | $850.05 | $537.80 | $1,162.30 |
| Blue Shield PPO HSA | $135.12 | $662.09 | $418.87 | $905.32 |
| Principal Dental | $9.09 | $37.07 | $49.78 | $83.64 |
| VSP Vision | $1.88 | $5.90 | $6.10 | $12.14 |

*EE = Employee only, ES = Employee + Spouse,  EC = Employee + Child(ren), EF = Employee + Family

### Your Pay Period Cost Share Effective: 12/1/17

| | EE* | ES* | EC* | EF* |
|---|---|---|---|---|
| Kaiser DHMO | $49.44 | $227.46 | $197.78 | $346.13 |
| Kaiser HSA | $36.83 | $169.41 | $147.31 | $257.80 |
| Blue Shield HMO | $60.20 | $295.00 | $186.63 | $403.37 |
| Blue Shield PPO | $80.07 | $392.33 | $248.21 | $536.45 |
| Blue Shield HSA | $62.36 | $305.58 | $193.32 | $417.84 |
| Principal Dental | $4.19 | $17.11 | $22.97 | $38.60 |
| VSP Vision | $0.87 | $2.72 | $2.81 | $5.60 |

Please keep in mind that this summary describes only the highlights of the benefits plans and policies available to you. The details of these plans and policies are contained in the official plan and policy documents. If there is a question about one of these plans or policies, or a conflict between this summary and the official plan and policy documents, the official documents will govern.

SOAP000056

**DX1542-55**

## Need More Information?

If you have any questions, please fee free to contact your Human Resources Department or your ABD Insurance & Financial Services Team:



Michelle Trudeau- Account Executive
Email: michelle.trudeau@theabdteam.com
Phone: 408.363.7358



Danielle Romero- Account Manager
Email: danielle.wallace@theabdteam.com
Phone: 408.363.2593

 SOAProjects

495 N. Whisman Road, Suite 100
Mountain View, CA. 94043
Phone: (650) 960-9900

| Plan Type | Carrier & Plan | GROUP # | TELEPHONE # | WEBSITE |
|---|---|---|---|---|
| Medical | Kaiser DHMO | 702679-0 | 800-464-4000 | www.kp.org |
| | Kaiser DHMO HSA | 702679-1 | 800-464-4000 | www.kp.org |
| Medical | Blue Shield Trio HMO | W0011324 | 855-829-3566 | www.blueshieldca.com |
| | Blue Shield Gold Full PPO | W0011324 | 800-393-6130 | www.blueshieldca.com |
| | Blue Shield PPO HSA Eligible | | 800-393-6130 | www.blueshieldca.com |
| Dental | Principal Financial Group | 1071017 | 800-843-1371 | www.principal.com |
| Vision | VSP | 30030846 | 800-877-7195 | www.vsp.com |
| Flexible Spending Account | Sterling HSA | SOAProjects | 800-6174729 | www.sterlingadministration.com |

This guide highlights the main features of the plans in the SOAProjects Employee Benefits Program. It is intended to help you choose the benefits that are best suited for you. It does not include all plan rules and details, including limitations and exclusions. The plans are governed by plan documents, insurance contracts and company policies. Should there be any inconsistencies between this guide and those materials, the plan documents, insurance contracts and company policies will govern. These documents are available to employees upon request. SOAProjects reserves the sole and exclusive right to alter, reduce or eliminate any pay practice, policy or benefit at any time, without advanced notice, except for those provisions required by law. Employees and eligible former employees will be entitled to only those benefits in place at the time of termination of employment. Health and welfare benefits are not vested benefits.

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

---

## MEDICARE PART D NOTICE OF CREDITABLE COVERAGE

**Important Notice from SOAProjects About Your Prescription Drug Coverage and Medicare**

Please read this notice carefully and keep it where you can find it. This notice has information about your current prescription drug coverage with SOAProjects and about your options under Medicare's prescription drug coverage. This information can help you decide whether or not you want to join a Medicare drug plan. If you are considering joining, you should compare your current coverage, including which drugs are covered at what cost, with the coverage and costs of the plans offering Medicare prescription drug coverage in your area. Information about where you can get help to make decisions about your prescription drug coverage is at the end of this notice.

There are two important things you need to know about your current coverage and Medicare's prescription drug coverage:

1. Medicare prescription drug coverage became available in 2006 to everyone with Medicare. You can get this coverage if you join a Medicare Prescription Drug Plan or join a Medicare Advantage Plan (like an HMO or PPO) that offers prescription drug coverage. All Medicare drug plans provide at least a standard level of coverage set by Medicare. Some plans may also offer more coverage for a higher monthly premium.

2. SOAProjects has determined that the prescription drug coverage offered by Kaiser Permanente and Blue Shield is, on average for all plan participants, expected to pay out as much as standard Medicare prescription drug coverage pays and is therefore considered Creditable Coverage. Because your existing coverage is Creditable Coverage, you can keep this coverage and not pay a higher premium (a penalty) if you later decide to join a Medicare drug plan.

**When Can You Join A Medicare Drug Plan?**

You can join a Medicare drug plan when you first become eligible for Medicare and each year from October 15th to December 7th.

However, if you lose your current creditable prescription drug coverage, through no fault of your own, you will also be eligible for a two (2) month Special Enrollment Period (SEP) to join a Medicare drug plan.

**What Happens To Your Current Coverage If You Decide to Join A Medicare Drug Plan?**

If you decide to join a Medicare drug plan, your current SOAProjects coverage may be affected.

If you do decide to join a Medicare drug plan and drop your current SOAProjects coverage, be aware that you and your dependents will not be able to get this coverage back until the plan's next open enrollment period.

**When Will You Pay A Higher Premium (Penalty) To Join A Medicare Drug Plan?**

You should also know that if you drop or lose your current coverage with SOAProjects and don't join a Medicare drug plan within 63 continuous days after your current coverage ends, you may pay a higher premium (a penalty) to join a Medicare drug plan later.

If you go 63 continuous days or longer without creditable prescription drug coverage, your monthly premium may go up by at least 1% of the Medicare base beneficiary premium per month for every month that you did not have that coverage. For example, if you go nineteen months without creditable coverage, your premium may consistently be at least 19% higher than the Medicare base beneficiary premium. You may have to pay this higher premium (a penalty) as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following October to join.

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

## MEDICARE PART D NOTICE OF CREDITABLE COVERAGE

**For More Information About Your Options Under Medicare Prescription Drug Coverage…**

More detailed information about Medicare plans that offer prescription drug coverage is in the "Medicare & You" handbook. You'll get a copy of the handbook in the mail every year from Medicare. You may also be contacted directly by Medicare drug plans.

For more information about Medicare prescription drug coverage:
- Visit www.medicare.gov
- Call your State Health Insurance Assistance Program (see the inside back cover of your copy of the "Medicare & You" handbook for their telephone number) for personalized help
- Call 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

If you have limited income and resources, extra help paying for Medicare prescription drug coverage is available. For information about this extra help, visit Social Security on the web at www.socialsecurity.gov, or call them at 1-800-772-1213 (TTY 1-800-325-0778).

**Remember: Keep this Creditable Coverage notice. If you decide to join one of the Medicare drug plans, you may be required to provide a copy of this notice when you join to show whether or not you have maintained creditable coverage and, therefore, whether or not you are required to pay a higher premium (a penalty).**

For more information, contact the HR Department.

## WOMEN'S HEALTH AND CANCER RIGHTS ACT (WHCRA)

If you have had or are going to have a mastectomy, you may be entitled to certain benefits under the Women's Health and Cancer Rights Act of 1998 (WHCRA). For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and patient, for:

- Reconstruction of the breast on which the mastectomy has been performed;
- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
- Prostheses and physical complications for all stages of a mastectomy, including Lymphedemas (swelling associated with the removal of lymph nodes).

These benefits may be subject to annual deductibles and coinsurance provisions that are appropriate and consistent with other benefits under your plan or coverage.  If you would like more information on WHCRA benefits, contact the HR Department.

## NOTICE OF HIPAA ENROLLMENT RIGHTS

If you are declining enrollment for yourself or your dependents (including your spouse) because of other health insurance coverage or group health plan coverage, you may be able to enroll yourself and your dependents in this plan if you or your dependents lose eligibility for that other coverage (or if the employer stops contributing toward your or your dependents' other coverage). However, you must request enrollment within 30 days after your or your dependents' other coverage ends (or after the employer stops contributing toward the other coverage).

In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents.  However, you must request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption.

To request special enrollment or obtain more information, contact the HR Department.

Confidential
SOAP000059

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

## PATIENT PROTECTIONS NOTICE

If a qualifying benefit option under a group health plan maintained by the employer generally requires or allows the designation of a primary care provider, the covered individual has the right to designate any primary care provider who participates in the Plan's network and who is available to accept the covered individual.  Until the covered individual makes this designation, the Plan may designate a primary care provider for him or her.   For children, the covered employee or spouse may designate a pediatrician as the primary care provider.  For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the HR Department.

For any qualifying benefit option, covered individuals do not need prior authorization from the group health plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the Plan's network who specializes in obstetrics or gynecology.  The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals.  For a list of participating health care professionals who specialize in obstetrics or gynecology, contact the HR Department.

## ADA NOTICE REGARDING WELLNESS PROGRAM

The company's wellness program is a voluntary wellness program available to all employees. The program is administered according to federal rules permitting employer-sponsored wellness programs that seek to improve employee health or prevent disease, including the Americans with Disabilities Act of 1990, the Genetic Information Nondiscrimination Act of 2008, and the Health Insurance Portability and Accountability Act, as applicable, among others. If you choose to participate in the wellness program you may be asked to complete a voluntary health risk assessment or "HRA" that asks a series of questions about your health-related activities and behaviors and whether you have or had certain medical conditions (e.g., cancer, diabetes, or heart disease). You may also be asked to complete a biometric screening, which may include a blood test.  If so, you are not required to complete the HRA or to participate in the blood test or other medical examinations.

However, employees who choose to participate in the wellness program may receive an incentive. Although you are not required to complete the HRA or participate in the biometric screening (if any), the program may provide that only employees who do so will receive the incentive.

Additional incentives of up to 30% of the cost of coverage may be available for employees who participate in certain health-related activities or achieve certain health outcomes. If you are unable to participate in any of the health-related activities or achieve any of the health outcomes required to earn an incentive, you may be entitled to a reasonable accommodation or an alternative standard. You may request a reasonable accommodation or an alternative standard by contacting the HR Department.

The information from your HRA and the results from your biometric screening (if any) will be used to provide you with information to help you understand your current health and potential risks, and may also be used to offer you services through the wellness program. You also are encouraged to share your results or concerns with your own doctor.

Protections from Disclosure of Medical Information

We are required by law to maintain the privacy and security of your personally identifiable health information. Although the wellness program and the employer may use aggregate information it collects to design a program based on identified health risks in the workplace, the wellness program will never disclose any of your personal information either publicly or to the employer, except as necessary to respond to a request from you for a reasonable accommodation needed to participate in the wellness program, or as expressly permitted by law. Medical information that personally identifies you that is provided in connection with the wellness program will not be provided to your supervisors or managers and may never be used to make decisions regarding your employment.

Confidential

SOAP000060

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

Your health information will not be sold, exchanged, transferred, or otherwise disclosed except to the extent permitted by law to carry out specific activities related to the wellness program, and you will not be asked or required to waive the confidentiality of your health information as a condition of participating in the wellness program or receiving an incentive. Anyone who receives your information for purposes of providing you services as part of the wellness program will abide by the same confidentiality requirements. Only individuals necessary to administer the program will receive your personally identifiable health information in order to provide you with services under the wellness program.

In addition, all medical information obtained through the wellness program will be maintained separate from your personnel records, information stored electronically will be encrypted, and no information you provide as part of the wellness program will be used in making any employment decision.  Appropriate precautions will be taken to avoid any data breach, and in the event a data breach occurs involving information you provide in connection with the wellness program, we will notify you immediately.

You may not be discriminated against in employment because of the medical information you provide as part of participating in the wellness program, nor may you be subjected to retaliation if you choose not to participate.

If you have questions or concerns regarding this notice, or about protections against discrimination and retaliation, please contact the HR Department.

SOAP000061

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

## PREMIUM ASSISTANCE UNDER MEDICAID AND THE CHILDREN'S HEALTH INSURANCE PROGRAM (CHIP)

If you or your children are eligible for Medicaid or CHIP and you're eligible for health coverage from your employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs. If you or your children aren't eligible for Medicaid or CHIP, you won't be eligible for these premium assistance programs but you may be able to buy individual insurance coverage through the Health Insurance Marketplace. For more information, visit www.healthcare.gov.

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial 1-877-KIDS NOW or www.insurekidsnow.gov to find out how to apply. If you qualify, ask your state if it has a program that might help you pay the premiums for an employer-sponsored plan.

If you or your dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your employer plan, your employer must allow you to enroll in your employer plan if you aren't already enrolled. This is called a "special enrollment" opportunity, and you must request coverage within 60 days of being determined eligible for premium assistance. If you have questions about enrolling in your employer plan, contact the Department of Labor at www.askebsa.dol.gov or call 1-866-444-EBSA (3272).

**If you live in one of the following states, you may be eligible for assistance paying your employer health plan premiums. The following list of states is current as of August 10, 2017. Contact your State for more information on eligibility –**

| ALABAMA – Medicaid | FLORIDA – Medicaid |
|---|---|
| Website: http://myalhipp.com/<br>Phone: 1-855-692-5447 | Website: http://flmedicaidtplrecovery.com/hipp/<br>Phone: 1-877-357-3268 |
| **ALASKA – Medicaid** | **GEORGIA – Medicaid** |
| The AK Health Insurance Premium Payment Program<br>Website: http://myakhipp.com/<br>Phone: 1-866-251-4861<br>Email: CustomerService@MyAKHIPP.com<br>Medicaid Eligibility:<br>http://dhss.alaska.gov/dpa/Pages/medicaid/default.aspx | Website: http://dch.georgia.gov/medicaid<br>- Click on Health Insurance Premium Payment (HIPP)<br>Phone: 404-656-4507 |
| **ARKANSAS – Medicaid** | **INDIANA – Medicaid** |
| Website: http://myarhipp.com/<br>Phone: 1-855-MyARHIPP (855-692-7447) | Healthy Indiana Plan for low-income adults 19-64<br>Website: http://www.in.gov/fssa/hip/<br>Phone: 1-877-438-4479<br>All other Medicaid<br>Website: http://www.indianamedicaid.com<br>Phone 1-800-403-0864 |
| **COLORADO – Health First Colorado (Colorado's Medicaid Program) & Child Health Plan Plus (CHP+)** | **IOWA – Medicaid** |
| Health First Colorado Website:<br>https://www.healthfirstcolorado.com/<br>Health First Colorado Member Contact Center:<br>1-800-221-3943/ State Relay 711<br>CHP+: Colorado.gov/HCPF/Child-Health-Plan-Plus<br>CHP+ Customer Service: 1-800-359-1991/<br>State Relay 711 | Website:<br>http://dhs.iowa.gov/ime/members/medicaid-a-to-z/hipp<br>Phone: 1-888-346-9562 |

Confidential

SOAP000062

**DX1542-61**

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

| KANSAS – Medicaid | NEW HAMPSHIRE – Medicaid |
|---|---|
| Website: http://www.kdheks.gov/hcf/<br>Phone: 1-785-296-3512 | Website: http://www.dhhs.nh.gov/oii/documents/hippapp.pdf<br>Phone: 603-271-5218 |
| **KENTUCKY – Medicaid** | **NEW JERSEY – Medicaid and CHIP** |
| Website: http://chfs.ky.gov/dms/default.htm<br>Phone: 1-800-635-2570 | Medicaid Website:<br>http://www.state.nj.us/humanservices/<br>dmahs/clients/medicaid/<br>Medicaid Phone: 609-631-2392<br>CHIP Website: http://www.njfamilycare.org/index.html<br>CHIP Phone: 1-800-701-0710 |
| **LOUISIANA – Medicaid** | **NEW YORK – Medicaid** |
| Website: http://dhh.louisiana.gov/index.cfm/subhome/1/n/331<br>Phone: 1-888-695-2447 | Website: https://www.health.ny.gov/health_care/medicaid/<br>Phone: 1-800-541-2831 |
| **MAINE – Medicaid** | **NORTH CAROLINA – Medicaid** |
| Website: http://www.maine.gov/dhhs/ofi/public-<br>assistance/index.html<br>Phone: 1-800-442-6003<br>TTY: Maine relay 711 | Website:  https://dma.ncdhhs.gov/<br>Phone:  919-855-4100 |
| **MASSACHUSETTS – Medicaid and CHIP** | **NORTH DAKOTA – Medicaid** |
| Website:<br>http://www.mass.gov/eohhs/gov/departments/masshealth/<br>Phone: 1-800-862-4840 | Website:<br>http://www.nd.gov/dhs/services/medicalserv/medicaid/<br>Phone: 1-844-854-4825 |
| **MINNESOTA – Medicaid** | **OKLAHOMA – Medicaid and CHIP** |
| Website: http://mn.gov/dhs/people-we-serve/seniors/health-<br>care/health-care-programs/programs-and-services/medical-<br>assistance.jsp<br>Phone: 1-800-657-3739 | Website: http://www.insureoklahoma.org<br>Phone: 1-888-365-3742 |
| **MISSOURI – Medicaid** | **OREGON – Medicaid** |
| Website:<br>http://www.dss.mo.gov/mhd/participants/pages/hipp.htm<br>Phone: 573-751-2005 | Website: http://healthcare.oregon.gov/Pages/index.aspx<br>http://www.oregonhealthcare.gov/index-es.html<br>Phone: 1-800-699-9075 |
| **MONTANA – Medicaid** | **PENNSYLVANIA – Medicaid** |
| Website:<br>http://dphhs.mt.gov/MontanaHealthcarePrograms/HIPP<br>Phone: 1-800-694-3084 | Website:<br>http://www.dhs.pa.gov/provider/medicalassistance/healthinsu<br>rancepremiumpaymenthippprogram/index.htm<br>Phone: 1-800-692-7462 |
| **NEBRASKA – Medicaid** | **RHODE ISLAND – Medicaid** |
| Website:  http://www.ACCESSNebraska.ne.gov<br>Phone: (855) 632-7633<br>Lincoln: (402) 473-7000<br>Omaha: (402) 595-1178 | Website: http://www.eohhs.ri.gov/<br>Phone: 855-697-4347 |

 SOAP000063

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

| SOUTH DAKOTA - Medicaid | WASHINGTON – Medicaid |
|---|---|
| Website: http://dss.sd.gov<br>Phone: 1-888-828-0059 | Website: http://www.hca.wa.gov/free-or-low-cost-health-care/program-administration/premium-payment-program<br>Phone: 1-800-562-3022 ext. 15473 |
| **TEXAS – Medicaid** | **WEST VIRGINIA – Medicaid** |
| Website: http://gethipptexas.com/<br>Phone: 1-800-440-0493 | Website: http://mywvhipp.com/<br>Toll-free phone: 1-855-MyWVHIPP (1-855-699-8447) |
| **UTAH – Medicaid and CHIP** | **WISCONSIN – Medicaid and CHIP** |
| Medicaid Website: https://medicaid.utah.gov/<br>CHIP Website: http://health.utah.gov/chip<br>Phone: 1-877-543-7669 | Website:<br>https://www.dhs.wisconsin.gov/publications/p1/p10095.pdf<br>Phone: 1-800-362-3002 |
| **VERMONT– Medicaid** | **WYOMING – Medicaid** |
| Website: http://www.greenmountaincare.org/<br>Phone: 1-800-250-8427 | Website: https://wyequalitycare.acs-inc.com/<br>Phone: 307-777-7531 |
| **VIRGINIA – Medicaid and CHIP** | |
| Medicaid Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>Medicaid Phone: 1-800-432-5924<br>CHIP Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>CHIP Phone: 1-855-242-8282 | |

To see if any other states have added a premium assistance program since August 10, 2017, or for more information on special enrollment rights, contact either:

U.S. **U.S.  Department of Labor**
Employee Benefits Security Administration
www.dol.gov/agencies/ebsa
1-866-444-EBSA (3272)

U.S. Department of Health and Human Services
Centers for Medicare & Medicaid Services
www.cms.hhs.gov
1-877-267-2323, Menu Option 4, Ext. 61565

SOAP000064

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

NEW HEALTH INSURANCE MARKETPLACE COVERAGE OPTIONS AND YOUR HEALTH COVERAGE

## PART A: General Information

Key parts of the health care law took effect in 2014, including the Health Insurance Marketplace. To assist you as you evaluate options for you and your family, this notice provides some basic information about the new Marketplace and employment based health coverage offered by your employer.

What is the Health Insurance Marketplace?
The Marketplace is designed to help you find health insurance that meets your needs and fits your budget. The Marketplace offers "one-stop shopping" to find and compare private health insurance options. You may also be eligible for a new kind of tax credit that lowers your monthly premium right away. Enrollment dates are November 1, 2017 - December 15, 2017, for coverage effective January 1, 2018

Can I Save Money on my Health Insurance Premiums in the Marketplace?
You may qualify to save money and lower your monthly premium, but only if your employer does not offer coverage, or offers coverage that doesn't meet certain standards. The savings on your premium that you're eligible for depends on your household income.

Does Employer Health Coverage Affect Eligibility for Premium Savings through the Marketplace?
Yes. If you have an offer of health coverage from your employer that meets certain standards, you will not be eligible for a tax credit through the Marketplace and may wish to enroll in your employer's health plan. However, you may be eligible for a tax credit that lowers your monthly premium, or a reduction in certain cost-sharing if your employer does not offer coverage to you at all or does not offer coverage that meets certain standards. If the cost of a plan from your employer that would cover you (and not any other members of your family) is more than 9.66% of your household income, or if the coverage your employer provides does not meet the "minimum value" standard set by the Affordable Care Act, you may be eligible for a tax credit.[1]

Note: If you purchase a health plan through the Marketplace instead of accepting health coverage offered by your employer, then you may lose the employer contribution (if any) to the employer-offered coverage. Also, this employer contribution -as well as your employee contribution to employer-offered coverage- is often excluded from income for Federal and State income tax purposes. Your payments for coverage through the Marketplace are made on an after-tax basis.

How Can I Get More Information?
For more information about your coverage offered by your employer, please check your summary plan description or contact

The Marketplace can help you evaluate your coverage options, including your eligibility for coverage through the Marketplace and its cost. Please visit www.HealthCare.gov for more information, including an online application for health insurance coverage and contact information for a Health Insurance Marketplace in your area.

[1] An employer-sponsored health plan meets the "minimum value standard" if the plan's share of the total allowed benefit costs covered by the plan is no less than 60 percent of such costs.

Confidential

SOAP000065

# ANNUAL NOTIFICATION OF BENEFIT RIGHTS

## PART B: Information About Health Coverage Offered by Your Employer

This section contains information about any health coverage offered by your employer. If you decide to complete an application for coverage in the Marketplace, you will be asked to provide this information. This information is numbered to correspond to the Marketplace application.

| | |
|---|---|
| 3. Employer name:<br>SOAProjects | 4. Employer Identification Number (EIN):<br>20-0802044 |
| 5. Employer address:<br>495 N Whisman Rd Ste 100 | 6. Employer phone number: |

| 7. City:<br>Mountain View | 8. State:<br>CA | 9. ZIP code:<br>94043 |
|---|---|---|

10. Who can we contact about employee health coverage at this job?

| 11. Phone number (if different from above) | 12. Email address: |
|---|---|

Here is some basic information about health coverage offered by this employer:

- As your employer, we offer a health plan to:

    - ✓ All employees. Eligible employees are:


    - ❑ All employees. Eligible employees are:



- With respect to dependents:

    - ✓ We do offer coverage to dependents. Eligible dependents are:

        Your spouse, (including same-sex spouse), domestic partner, children to age 26 and disabled dependents at any age as long as proof of the ongoing disability is provided.


    - ❑ We do not offer coverage.

✓ If checked, this coverage meets the minimum value standard, and the cost of this coverage to you is intended to be affordable, based on employee wages.

   ** Even if your employer intends your coverage to be affordable, you may still be eligible for a premium discount through the Marketplace. The Marketplace will use your household income, along with other factors, to determine whether you may be eligible for a premium discount. If, for example, your wages vary from week to week (perhaps you are an hourly employee or you work on a commission basis), if you are newly employed mid-year, or if you have other income losses, you may still qualify for a premium discount.

If you decide to shop for coverage in the Marketplace, HealthCare.gov will guide you through the process. This notice includes the employer information you'll need when you visit HealthCare.gov to find out if you can get a tax credit to lower your monthly premiums.

Confidential

SOAP000066

**DX1542-65**

## EMPLOYEE BENEFITS

## VACATION & LEAVE POLICY

**Full-time Salary Employees**

All regular, full-time salary employees are eligible for paid vacation hours as indicated in the table below for each year of employment. Vacation accrues at the designated rate each pay period to the maximum hours as mentioned in the table below:

| Years of Services | Hour per pay period | Accrued During the Year | Maximum Vacation Accrual Limit |
|---|---|---|---|
| 1 to 2 years | 4.61 hours | 120 Hours (15 Days) | 180 Hours (22.5 Days) |
| 3 to 6 years | 5.53 hours | 144 Hours (18 Days) | 216 Hours (27 Days) |
| Above 7 Years | 6.15 hours | 160 Hours (20 Days) | 244 Hours (30.5 Days) |

Once an employee has reached the maximum vacation accrual, additional accrual will stop until the employee utilizes the vacation balance to make it drop below the maximum level.

Vacation does not accrue for those employees on an unpaid leave of absence.

All vacation must be pre-approved by the employee's immediate supervisor and a Partner. Vacation requests will be accommodated at the discretion of the supervisor/Partner, and we strongly encourage all employees to provide as much advance notice of planned vacation as possible since it helps in engagement planning and timelines. Please work with your supervisors and Partner to identify non-busy periods for your projects to ensure minimal disruption for our clients.

**Part-time Employees**

Part-time salary employees with fixed annual salary with at least 60% work arrangement (minimum of 1,248 number of hours worked in a year) at SOAProjects will accrue vacation

Confidential                                                                    SOAP000067

**DX1542-66**

according to a prorated formula based on their average hours worked compared to a standard 40-hour work week.

Employees on a W2 hourly basis at SOAProjects are not eligible for paid vacation.

### Request/ notification guidelines

To the extent possible, all planned vacation requests should be communicated preferably a month in advance, to be approved by a Partner and communicated to the Human Resource Management. Even when such requests are communicated in-person or orally, these should be followed up with an email request.

In the event of taking a day off due to sickness, please ensure that you inform your Project Manager & Human Resource Management in a separate email on a timely basis, so as to manage client expectations.

The employee is required to request the leave by submitting a "Leave of Absence Request" through SOAProjects' SharePoint to the Partner for approval and Human Resources for recording.

### Unused Vacation Hours

While employed with SOAProjects, the Firm will not make payment in lieu of vacation not taken.

In the State of California, any unused accrued vacation will be paid to the employees upon termination of employment.  Unless otherwise required by the laws of the other states in which the employee is employed, any unused vacation will NOT be paid to an employee upon termination of employment.

## SICK LEAVE

SOAProjects provides paid sick leave benefits to all employees for periods of temporary absence due to illnesses, injuries, or to tend to personal emergencies. An employee is permitted to use sick leave benefits for diagnosis, care, or treatment of an existing health condition, preventative care or that of a child, parent, spouse, or domestic partner, grandparent, grandchild. Employee cannot use sick leave for vacation purpose.

To qualify for sick leave, an employee must work for SOAProjects for at least 30 days within a year. An employee may use accrued paid sick days beginning on the 90th day of employment.

Confidential                                                                                                    SOAP000068

**DX1542-67**

Sick leave for full-time employees accrues at the designated rate each pay period at this rate of accrual to the maximum hours as mentioned in the table below:

| Hour per pay period | Accrued During the Year | Maximum Sick Leave Accrual Limit |
|---|---|---|
| 1.53 hours | Up to 40 Hours | Up to 48 Hours |

SOAProjects provide paid sick leave for all hourly and salary part-time employees not eligible for paid vacation at the designated accrual rate each pay period to the maximum hours as mentioned in the table below:

| Hour per pay period | Accrued During the Year | Maximum Sick Leave Accrual Limit | Sick Leave Usage Limits per Calendar Year |
|---|---|---|---|
| An accrual of 1 hour for every 30 hours worked - the equivalent of .0333 times hours (1.00/30.00 = .0333) | Based on hours worked | Up to 48 Hours | Up to 24 Hours |

Employees who are unable to report to work and wish to use their Sick Leave Benefit should notify their direct supervisor and SOAProjects HR as soon as possible. If the need for paid sick leave is foreseeable, the employee shall provide reasonable advance notification. If the need for paid sick leave is unforeseeable, the employee shall provide notice of the need for the leave as soon as practicable. The direct supervisor must also be contacted on each additional day of absence.

If an employee is absent for three or more consecutive days due to sickness or injury, a physician's statement must be provided to Human Resources verifying the disability and its beginning and expected end dates. Such verification may be requested for other sick leave absences as well, including taken sick leave during, before or after vacation and may be required as a condition to receive sick leave benefits. Before returning to work from a sick leave absence of ten (10) calendar days or more, an employee must provide a physician's verification that he or she may safely return to work.

For any contagious medical condition, we strongly encourage employees not to come to work as it increases the risk of infection for your colleagues. Please coordinate with your immediate supervisor and/or Partner to make alternative arrangements and, if needed, work from home. Your help and cooperation in this matter are appreciated.

Confidential

The Firm will not make payment in lieu of unused sick leave benefits not taken while you are employed and/or upon termination of employment.

## UNPAID LEAVE OF ABSENCE

As a general rule, we discourage employees to take unpaid leaves of absence or to go negative on their vacation accrual balance. Only in very rare circumstances will an employee be permitted to take additional days off over the accrued vacation balance. In such a situation, it will be treated as unpaid Leave of Absence and will require written approval of Managing Partner of SOAProjects.

Employees who are on leave of absence without pay do not earn/accrue any vacation.

**Return from Leave of Absence**

With respect to protected leaves of absence, the Firm will comply with all laws pertaining to reinstatement.

With respect to all unprotected leaves of absence, the Firm will make reasonable efforts to return you to the same or similar job as held prior to the leave of absence, subject to our staffing and business requirements at the time of your return. However, the Firm will not guarantee reinstatement rights unless otherwise required by law.

Confidential                                                                                                SOAP000070

**DX1542-69**



## HOLIDAYS

SOAProjects observes the following holidays in 2017:

| | |
|---|---|
| Monday, January 2nd | New Year's Day Holiday |
| Monday, May 29th | Memorial Day |
| Tuesday, July 4th | Independence Day |
| Monday, September 4th | Labor Day |
| Thursday & Friday, November 23rd & 24th | Thanksgiving |
| Monday & Tuesday, December 25th & 26th | Christmas Days |
| Friday, December 29th | New Year's Day Holiday |
| *Employees working on clients during Christmas week are expected to work at client. However, the office is closed and the office stuff, also as the professionals that are not assigned to client work and required to utilize 2 PTO days (December 27th (Wednesday) and December 28th (Thursday)) to take the full week off.* | |

Regular, full-time salary and part-time salary employees are eligible for paid holidays. Hourly employees are not eligible for paid holidays.

Holidays that fall on a Saturday are generally observed on the preceding Friday. Holidays that fall on a Sunday are generally observed on the following Monday.

Confidential                                                                                                    SOAP000071

**DX1542-70**

# Response to Request

# for Production No. 3

Confidential

SOAP000072

**DX1542-71**

## Statement to the performance evaluation
## Mauro Botta

- In 2018, the performance evaluation in Internal Audit & SOX Compliance department was conducted during the month of April. Mauro was employed for less than 3 months at this point. He was not subject to the evaluation.
- It was no revision to compensation as well - he was a new hire and at the market rate.
- No disciplinary record.

SOAP000073

**Subject:** FW: Custom Key Report Testing Procedures

**Date:** Saturday, December 8, 2018 at 3:11:58 PM Pacific Standard Time

**From:** Haiyan Hu

**To:** Robert Strasser, Manpreet Grover, Manav Singh

**CC:** Mauro Botta, Jill Hom

**Priority:** High

**Attachments:** image001.png

Hi Bob, Manpreet, and Manav,

I wish to let you know what a great job done by Mauro and Jill at ████████. Please see client's email below. Both Mauro and Jill commute on a daily basis to Petaluma, even though there is flexibility to work from home 2 days a week, neither has chosen to do so. Despite the daily long and exhausting commute, Mauro and Jill have delivered <u>**EXCEPTIONAL**</u> client service, dedication, and set up an excellent example of <u>**PROFESSIONALISM**</u> and how to keep a current client for others in our practice. Applause Mauro and Jill!!

As to additional IT resource, I checked with Both Rodolfo and Miguel last night, none can lend any IT resource at this time, so I assume they are all 100% billable. We have some IT candidate in the pipeline but won't help with this urgent request. With this, I recommend following:

- **Additional IT resource for key report testing**: Tony who is currently there testing finance controls, and we can have him switch to key report testing. Not ideal to transition already, but please let me know if there are other options.
- **Finance controls being tested by Tony:** we have following people on bench and please let me know who we should present to client on Monday:
    1. **Matthew:** available till 2nd week of Jan except for a few days at ████
    2. **Rushank:** will send email to Adriana regarding true availabilities as he has only about 30% chargeabilities though Harvest have been showing 100%.
    3. **Thyrza:** available till 2nd week of Jan except for 2 days at ████ next week.
    4. **Paul:** available till 2nd week of Jan.

Pleases let me know what you think.

Thank you and have a nicer rest of weekend.
Haiyan

**From:** Clive Fiedor <cfiedor@███████████.com>
**Sent:** Friday, December 07, 2018 7:02 PM
**To:** Haiyan Hu <hhu@soaprojects.com>
**Cc:** Mauro Botta <mbotta@soaprojects.com>; Jill Hom <jhom@soaprojects.com>
**Subject:** RE: Custom Key Report Testing Procedures

Thanks Haiyan. I need another Jill. Jill is doing a fabulous job. I really appreciate what she brings to the project.

Clive Fiedor
**Director Internal Controls**

Desk: 1.707.774.7000 (ext, 7456)

Confidential

SOAP000074

| | |
|---|---|
| **Subject:** | RE: Thank You (Mauro's Schedule) |
| **Date:** | Friday, June 1, 2018 at 4:41:28 PM Pacific Daylight Time |
| **From:** | Robert Strasser |
| **To:** | Yuko Wakasugi |
| **CC:** | Mauro Botta, Manpreet Grover, Robert Strasser |
| **Attachments:** | image007.png, image008.png, image009.png, image001.jpg, image002.jpg, image003.jpg, image004.jpg, image018.jpg |

Hi All:

I spoke to Mauro about the IPO work and Mauro is happy to be able to assist both our Technical Group and our SOX Group during this busy time, recognizing that he does have a couple of hard commitments on Monday that cannot be rearranged as follows:

- Monday morning Mauro has a 9:30 am doctor's appointment in San Jose so he will not be available first thing up in San Carlos;
- Monday afternoon at 1:30 pm Mauro is heading up an all-hands Inventory E&O reserve meeting at ███████ that cannot be rescheduled or delegated to others.

So on Monday, If necessary, Mauro could stop by the San Carlos client for an introductory visit late morning; however it might make the most sense for him to be onsite with the IPO team beginning on Tuesday.

From Tuesday onwards I think that it will be much easier for Mauro to navigate schedules so that he can dedicate himself to the IPO while keeping connected with ███████.

Please let me know if you have any questions.

Thanks!

Bob

**Robert (Bob) Strasser | Partner | SOAProjects**
rstrasser@soaprojects.com | (408) 396–6170

Certified Public Accountants & Advisors
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

Technical Accounting
Internal Audit & SOX
IT Compliance & Advisory
Risk Advisory & Forensic Services
Start-Up Support Services
Executive Search

Americas | Europe | Asia-Pac | Middle East

Confidential

**Subject:**   Thank You

**Date:**       Friday, June 1, 2018 at 2:51:30 PM Pacific Daylight Time

**From:**       Yuko Wakasugi

**To:**         Robert Strasser

**CC:**         Mauro Botta, Manpreet Grover

**Attachments:** image001.jpg, image002.jpg, image003.jpg, image004.jpg

Hi Bob,

Many thank you and to Mauro for the flexibility, so that Mauro can assist us with ████ ████ Financial's S-1. I understand that for the first 2 weeks it is at 40 hours.

Mauro—I will send you separate details regarding ████ ██.

Best regards,

**Yuko Wakasugi, Partner | SOAProjects**
ywakasugi@soaprojects.com | (415) 309-6086

Certified Public Accountants & Advisors
(650) 960-9900 | Fax: (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

Technical Accounting . Internal Audit & SOX, IT Compliance & Advisory. Risk Advisory & Forensic Services
Start-Up Support Services, Executive Search

**Americas | EMEA | Asia-Pac | Middle East**

**"Employees are Entrepreneurs at SOAProjects"**

SOAP000076

**DX1542-75**

## Sean Olender

| | |
|---|---|
| **From:** | Galina Karpinska <gkarpinska@soaprojects.com> |
| **Sent:** | Friday, April 6, 2018 3:10 PM |
| **To:** | Mauro Botta |
| **Subject:** | RE: Form |
| **Attachments:** | IA Evaluation Template Oct 2017.docx |

Hi Mauro,

Attached is the SOX Performance template to document individual performance assessments for the FY18 SOX work performed through March 2018. Please fill out sections on pages 4-9 and provide an honest assessment of your performance using the established criteria.

Let us know if any questions.

Best regards,
**Galina Karpinska, HR Director | SOAProjects**
gkarpinska@soaprojects.com
(650) 960-9900 | Fax**:** (650) 960-2400 | www.soaprojects.com

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**From:** Mauro Botta
**Sent:** Friday, April 06, 2018 3:03 PM
**To:** Galina Karpinska <gkarpinska@soaprojects.com>
**Subject:** Form

Galina,

Bob asked me to do an evaluation for smart, may u please point to me where I may get the form to fill up? Or if you may email me soft copy wd be great. Thanks!

**Mauro Botta, Senior Manager, Internal Audit & SOX Compliance | SOAProjects**
mbotta@soaprojects.com **cell (408) 464-5438**



**Certified Public Accountants & Advisors**
(650) 960-9900 | Fax**:** (650) 960-2400 | www.soaprojects.com
495 N. Whisman Rd, Suite 100, Mountain View, CA 94043

Technical Accounting I Internal Audit & SOX I IT Compliance & Advisory I Risk Advisory & Forensic Services I Start-Up Support Services I Executive Search

Americas | EMEA | Asia-Pac | Middle East
**SOAProjects ranked No. 1 BEST PLACES TO WORK 2015 SILICON VALLEY**

"Employees are entrepreneurs at SOAProjects"   

1

Confidential                                                                                    SOAP000077

**DX1542-76**

 **SOAProjects**

## PERFORMANCE EVALUATION

| INSTRUCTIONS |
| --- |

The purpose of this evaluation is to communicate clearly to the team members how well they are meeting expectations at their level. It is beneficial to support your ratings with comments in the spaces provided for each category. An engagement partner or director must sign this form before discussion with the person being evaluated. The team member will be evaluated based on their skills in the application of their Sox and/or Internal Audit skills and role. Team members can receive the following evaluation ratings:

**(5) Significantly Exceeds**
Significantly and consistently exceeds job standards, and accomplishments are exceptional and sustained over the review period. Rarely needs guidance. Demonstrates exceptional skills and behaviors and is recognized and sought out by clients, coworkers, and others for high level of capability and contribution.

**(4) Exceeds**
Exceeds most job standards and accomplishments are above job requirements. Requires infrequent guidance and very few errors occur. Demonstrates mastery of skills and behaviors required for the job, and the level of capability and contribution is notable by others.

**(3) Consistently Meets**
Consistently meets job standards and accomplishments are in accord with requirements. Functions independently and requires only normal supervision as a qualified, competent and experienced individual. Demonstrates expected and effective level of proficiency in skills and behaviors required for the job and is relied upon by others.

**(2) Partially Meets**
Performance partially meets expectation. Improvement is needed. Meets some job standards but does not demonstrate sufficient mastery of the job, or is inconsistent in performance of duties. Requires more than normal coaching, guidance and direction. Marginal or inconsistent demonstration of skills and behaviors required for the job.

**(1) Does Not Meet**
Does not meet job standards and is unacceptable. Significant and immediate improvement is required. Requires excessive supervision. Skills and behaviors are at a level detrimental to job performance.

**PERFORMANCE EVALUATION COMPLETION PROCESS**
- Evaluator fills-out pages 2-3
- Evaluee inputs their Professional Objectives on Page 3
- Evaluator to provide a soft-copy of the Performance Evaluation form to the Evaluee at the beginning of the project so they know their evaluation points/areas.
- Informal [or formal] dialogue is encouraged during a project, including positive comments and constructive feedback. If corrective opportunities exists, open dialogue allows our team members time for improvement prior to end of engagement. PEs should not be a surprise at the end of the engagement.
- Please use examples in each area to strengthen evaluation comments and ratings.
- The last 2 areas: PM and BD will be NA to staff members. Please mark "NA".
- Performance Evaluations should be completed no later than 3 weeks after completion of the project. Performance Evaluations can be completed over the phone, ideally in-person.
- Submit completed/signed PEs to HR at HR@soaprojects.com

Confidential                                                                                SOAP000078

**DX1542-77**

 **SOAProjects**

## PERFORMANCE EVALUATION

| ENGAGEMENT SUMMARY INFORMATION |
|---|

Evaluee: _____     Level: Sr/Mgr. ☐   Sr. ☐   Staff ☐

Evaluator's Name: _____     Level: Sr/Mgr. ☐   Sr. ☐   Staff ☐

Client Name: _____

Partner / Director Name: _____

ENGAGEMENT OVERVIEW _____

> *EXAMPLE: To perform Sox readiness, Phase 1. The project is scoped to perform a high level risk assessment, ECL, Sox cycles, RCM, and Flows.*

Evaluation Date: _____

Fieldwork Estimated Completion Date: _____

Fieldwork Actual Completion Date: _____

Budgeted Hours: _____

Actual Hours: _____

Individual's Incurred Hours: _____

Difficulty Level:          Complex ☐      Normal ☐      Easy ☐

Confidential

SOAP000079

**DX1542-78**

 **SOAProjects**

## PERFORMANCE EVALUATION

**EVALUATION DETAIL**

*Objectives:  To be filled out by the project manager/leader and professional staff PRIOR TO the start of the engagement.*

**Engagement Objectives**

| 1. |
|---|
| 2. |
| 3. |

**Professional Objectives**

| 1. |
|---|
| 2. |
| 3. |

**Evaluee's Signature:** _____

**Date:** _____

**Evaluator's Signature:** _____

**Date:** _____

Confidential                                                                       SOAP000080

**DX1542-79**


**SOAProjects**

## PERFORMANCE EVALUATION

| OVERALL EVALUATION RATING | | | | |
|---|---|---|---|---|
| **Significantly Exceeds** | **Exceeds** | **Consistently Meets** | **Partially Meets** | **Does Not Meet** |
| 5 | 4 | 3 | 2 | 1 |

The purpose of the specific ratings for the various components is to better understand the specific areas that must be improved in order to continue to excel and in your career continuum. However, the overall rating on the evaluation is what is ultimately used to monitor your progress. *(The detailed criteria used to determine these ratings and any additional comments follow).*

**OVERALL EVALUATION RATING:** _____

**EVALUATOR'S OVERALL COMMENTS (key strengths, areas for improvement):**

**SELF-REVIEW AND EVALUEE COMMENTS:**

**MANAGER/PARTNER COMMENTS (other than evaluee):**

Evaluee's Signature: _____

Confidential

 **SOAProjects**

## PERFORMANCE EVALUATION

## SECTION A – QUALITY OF WORK

| I.    INFORMATION GATHERING |
| --- |

*Criteria*
- Is prepared for and properly leads client meetings and interviews.
- Demonstrates strong interviewing skills: is able to lead and control client interviews, asks appropriate questions, and responds to objections accordingly.
- Documents understanding of process and critically reviews documentation to ensure accuracy, i.e. confirms documentation with client.
- Senior or Manager review of the documentation results in minor questions.
- Senior or manager questions are addressed completely and accurately.

| Information Gathering Overall Rating | (5) | (4) | (3) | (2) | (1) | N/A |
| --- | --- | --- | --- | --- | --- | --- |

**Comments:**

| II.    DOCUMENTATION OF PROCESSES AND CONTROLS |
| --- |

*Criteria*
- Demonstrates ability to effectively utilize tools for documenting process flows, narratives, and RCMs in properly organized cross-references work papers.
- Documentation includes control environment and ownership of certain processes and controls.
- Understand control risk ratings, key control, and control rationalization concepts.
- Documentation in Flows and RCMs are logical, well organized, and concise.
- Manager review results in minor changes or additions.
- Senior or manager questions are addressed completely and accurately.

| Documentation Overall Rating | (5) | (4) | (3) | (2) | (1) | N/A |
| --- | --- | --- | --- | --- | --- | --- |

**Comments:**

Confidential

SOAP000082

**DX1542-81**

 **SOAProjects**

## PERFORMANCE EVALUATION

| III. | CONTROL DESIGN ASSESSMENT |
|---|---|

*Criteria*
- Ability to evaluate, organize and interpret processes versus internal controls.
- Shows proficiency in the design of internal controls such as "how" an internal operates and all attributes of the underlying control.
- Shows ability to assess control weaknesses and strengths, or if gaps exist within the control.
- Shows ability understand preventative versus detective controls, which is more appropriate or applicable for the process.

| Control Design Assessment Overall Rating | (5) | (4) | (3) | (2) | (1) | N/A |
|---|---|---|---|---|---|---|

**Comments:**

| |
|---|
| |

| IV. | CONTROL TESTING – Test Work |
|---|---|

*Criteria*
- Ability to prepare key control test plans, including test procedures against the control attributes that are clear, logical, and effective.
- Testing performed is clear, logical and relevant. Work paper documentation is clear, supportive, and cross-referenced.
- Appropriate sample selections are made to support test work.
- Demonstrates the ability to evaluate, organize and interpret data and information.
- Develops value-added recommendations and identifies cost-saving opportunities.
- Senior or Manager review results in minor changes; additions or questions and any questions are addressed accurately.

| Test Work Overall Rating | (5) | (4) | (3) | (2) | (1) | N/A |
|---|---|---|---|---|---|---|

**Comments:**

| |
|---|
| |

Confidential

SOAP000083

**DX1542-82**

 **SOAProjects**

## PERFORMANCE EVALUATION

| V.     REMEDIATION OF DESIGN AND TESTING DEFICIENCIES |

*Criteria*

- Understands a *deficiency in design* exists when (a) a control necessary to meet the control objective is missing or (b) an existing control is not properly designed so that, even if the control operates as designed, the control objective would not be met.
- Understands a *deficiency in operation* exists when (a) a properly designed control does not operate as designed or (b) when the person performing the control does not have the authority or competence necessary to perform the control effectively.
- Demonstrates effectiveness and creativity of written expression (logical organization, readability and conciseness).
- Updates key control to test plans
- Can re-test controls efficiently and effectively interprets and documents results.

| Remediation Overall Rating | (5) | (4) | (3) | (2) | (1) | N/A |
|---|---|---|---|---|---|---|

**Comments:**

<br><br><br><br>

Confidential                                           SOAP000084

**DX1542-83**

 **SOAProjects**

## PERFORMANCE EVALUATION

## SECTION B – CLIENT SERVICE, PROJECT MANAGEMENT AND BUSINESS DEVELOPMENT

| VI.    CLIENT EXPECTATIONS | | | | | | |
|---|---|---|---|---|---|---|
| *Criteria* | | | | | | |
| – Gains the confidence of the client, inspires confidence through appearance and personal presentation | | | | | | |
| – Always keeps client fully informed and manages client expectations | | | | | | |
| – Obtains respect and confidence of the client | | | | | | |
| – Develops realistic management recommendations that add value. | | | | | | |
| – Actively seeks opportunities to enhance the client relationship. | | | | | | |
| – Demonstrates commitment and a positive attitude and is able to take leadership position under pressure. | | | | | | |
| – Keeps client up to date with periodic status updates, including opportunities identified to date | | | | | | |
| **Clients Expectations Overall Rating** | (5) | (4) | (3) | (2) | (1) | N/A |

**Comments:**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| *VII.*    PEOPLE | | | | | | |
|---|---|---|---|---|---|---|
| **Teamwork** | | | | | | |
| *Criteria* | | | | | | |
| – Promotes teamwork with both client and staff. | | | | | | |
| – Exhibits positive attitude. | | | | | | |
| – Works well with other members of the team. | | | | | | |
| – Maintains poise under pressure. | | | | | | |
| – Takes ownership of work and sees it through to completion. | | | | | | |
| – Willingness/ability to respond to changing working conditions to get the work done. | | | | | | |
| **Teamwork Rating** | (5) | (4) | (3) | (2) | (1) | N/A |
| **Developing People** | | | | | | |
| *Criteria* | | | | | | |
| – Communicates expectations to the staff at the beginning and throughout the audit. | | | | | | |
| – Is a role model for staff (enthusiastic, objective, respectful, etc. | | | | | | |
| – Provides adequate training during audit. | | | | | | |
| **Developing People Rating** | (5) | (4) | (3) | (2) | (1) | N/A |
| **Self-Development** | | | | | | |
| *Criteria* | | | | | | |
| – Seeks specific feedback on performance and acts on it. | | | | | | |
| – Demonstrates balance between professional and personal commitments. | | | | | | |
| – Takes responsibility for improving own business and technical skills. | | | | | | |
| **Self-Development Rating** | (5) | (4) | (3) | (2) | (1) | N/A |
| **People Overall Rating** | (5) | (4) | (3) | (2) | (1) | N/A |

Confidential                                                                SOAP000085

**DX1542-84**

 **SOAProjects**

# PERFORMANCE EVALUATION

**Comments:**

| |
|---|
| |

| VIII.    PROJECT MANAGEMENT | | | | | | |
|---|---|---|---|---|---|---|
| *Project Management Skills* | | | | | | |
| *Criteria* | | | | | | |
| – Performs adequate up-front planning. | | | | | | |
| – Confirms project objectives with client prior to fieldwork to minimize misunderstanding and manage expectations. | | | | | | |
| – Properly manages staff resources. | | | | | | |
| – Sets priorities and effectively manages multiple tasks. | | | | | | |
| – Demonstrates ability to work in an unstructured environment. | | | | | | |
| – Identifies opportunities to complete work more effectively. | | | | | | |
| – Keeps management informed. | | | | | | |
| – Completes assignments timely. | | | | | | |
| **Project Management Skills Rating** | (5) | (4) | (3) | (2) | (1) | N/A |

**Comments:**

| |
|---|
| |

| IX.    MARKET SHARE/GROWTH – BUSINESS DEVELOPMENT | | | | | | |
|---|---|---|---|---|---|---|
| *Criteria* | | | | | | |
| – Assists in the strengthening of our practice. | | | | | | |
| – Spots opportunities to expand engagement or find new potential business at the client. | | | | | | |
| – Effectively communicates our services to the client. | | | | | | |
| – Takes initiative to enhance our visibility in business community. | | | | | | |
| – Participates in business development and proposals. | | | | | | |
| **Market Share/Growth Overall Rating** | (5) | (4) | (3) | (2) | (1) | N/A |

**Comments:**

| |
|---|
| |

Confidential

SOAP000086

**DX1542-85**

# Response to Request
# for Production No. 4

Confidential

SOAP000087

**SOAProjects**
**Employees Time for Specific Period - Salary EE**
**January 31, 2018 - December 8, 2018**

| Timecards hours | 1993.83 |
|---|---|
| Billable hours | 1697.5 |
| Development : Business Development | 28.50 |
| Development : Recruitment | 1.50 |
| Development : Training | 4.50 |
| Misc. : Bench Time | 51.50 |
| Misc. : Excess Travel | 42.33 |
| Misc. : Onboarding | 13.00 |
| Project : Over Budget | 3.00 |
| Time Off : Holiday | 36.00 |
| Time Off : PTO | 16.00 |
| Time Off : Sick | 8.00 |

SOAP000088

**DX1542-87**

**SOAProjects**
# Employees Time for Specific Period - Salary EE
## January 1, 2018 - December 14, 2018

| Date | Description | Hours |
|------|-------------|-------|
| 1/31/2018 | Misc. : Onboarding | 8.00 |
| 2/1/2018 | Billable hours | 3.00 |
| 2/1/2018 | Misc. : Onboarding | 5.00 |
| 2/2/2018 | Misc. : Bench Time | 6.00 |
| 2/2/2018 | Development : Business Developm | 2.00 |
| 2/5/2018 | Billable hours | 8.00 |
| 2/6/2018 | Billable hours | 8.00 |
| 2/7/2018 | Billable hours | 4.00 |
| 2/7/2018 | Development : Recruitment | 1.50 |
| 2/7/2018 | Development : Business Developm | 2.50 |
| 2/8/2018 | Billable hours | 2.00 |
| 2/8/2018 | Billable hours | 6.00 |
| 2/9/2018 | Billable hours | 1.00 |
| 2/9/2018 | Billable hours | 7.00 |
| 2/12/2018 | Billable hours | 8.00 |
| 2/13/2018 | Billable hours | 8.00 |
| 2/14/2018 | Billable hours | 8.00 |
| 2/15/2018 | Billable hours | 8.00 |
| 2/16/2018 | Billable hours | 5.00 |
| 2/16/2018 | Misc. : Bench Time | 3.00 |
| 2/19/2018 | Billable hours | 4.00 |
| 2/19/2018 | Billable hours | 2.00 |
| 2/19/2018 | Misc. : Bench Time | 2.00 |
| 2/20/2018 | Billable hours | 6.00 |
| 2/20/2018 | Misc. : Bench Time | 2.00 |
| 2/21/2018 | Billable hours | 1.00 |
| 2/21/2018 | Misc. : Bench Time | 5.00 |
| 2/21/2018 | Internal : Write Off (Admin Use Onl | 0.00 |
| 2/22/2018 | Billable hours | 8.00 |
| 2/23/2018 | Billable hours | 7.00 |
| 2/23/2018 | Internal : Write Off (Admin Use Onl | 0.00 |
| 2/25/2018 | Billable hours | 3.00 |
| 2/25/2018 | Internal : Write Off (Admin Use Onl | 0.00 |
| 2/26/2018 | Billable hours | 3.00 |
| 2/26/2018 | Internal : Write Off (Admin Use Onl | 0.00 |
| 2/26/2018 | Development : Business Developm | 3.00 |
| 2/27/2018 | Billable hours | 1.00 |
| 2/27/2018 | Misc. : Bench Time | 3.00 |
| 2/27/2018 | Internal : Write Off (Admin Use Onl | 0.00 |
| 2/27/2018 | Development : Business Developm | 3.00 |

Confidential

SOAP000089

| | | |
|---|---|---|
| 2/28/2018 | Billable hours | 4.00 |
| 2/28/2018 | Billable hours | 1.00 |
| 2/28/2018 | Misc. : Bench Time | 0.00 |
| 2/28/2018 | Internal : Write Off (Admin Use Onl | 0.00 |
| 2/28/2018 | Development : Business Developm | 3.00 |
| 3/1/2018 | Billable hours | 8.00 |
| 3/2/2018 | Billable hours | 6.00 |
| 3/2/2018 | Misc. : Bench Time | 2.00 |
| 3/5/2018 | Billable hours | 4.00 |
| 3/5/2018 | Misc. : Bench Time | 4.00 |
| 3/6/2018 | Billable hours | 5.00 |
| 3/6/2018 | Misc. : Bench Time | 3.00 |
| 3/7/2018 | Billable hours | 8.00 |
| 3/8/2018 | Billable hours | 6.00 |
| 3/8/2018 | Misc. : Bench Time | 2.00 |
| 3/9/2018 | Billable hours | 8.00 |
| 3/12/2018 | Billable hours | 8.00 |
| 3/13/2018 | Billable hours | 8.00 |
| 3/14/2018 | Billable hours | 8.00 |
| 3/15/2018 | Billable hours | 5.00 |
| 3/15/2018 | Development : Business Developm | 3.00 |
| 3/16/2018 | Billable hours | 8.00 |
| 3/19/2018 | Billable hours | 8.00 |
| 3/20/2018 | Billable hours | 8.00 |
| 3/21/2018 | Billable hours | 8.00 |
| 3/22/2018 | Billable hours | 6.50 |
| 3/22/2018 | Development : Training | 1.50 |
| 3/23/2018 | Billable hours | 6.50 |
| 3/23/2018 | Development : Training | 1.50 |
| 3/26/2018 | Billable hours | 8.00 |
| 3/27/2018 | Billable hours | 10.00 |
| 3/28/2018 | Billable hours | 10.00 |
| 3/29/2018 | Billable hours | 8.00 |
| 3/30/2018 | Billable hours | 8.00 |
| 4/2/2018 | Billable hours | 9.00 |
| 4/3/2018 | Billable hours | 8.00 |
| 4/4/2018 | Billable hours | 10.00 |
| 4/5/2018 | Billable hours | 11.00 |
| 4/6/2018 | Billable hours | 8.00 |
| 4/9/2018 | Billable hours | 9.00 |
| 4/10/2018 | Billable hours | 8.00 |
| 4/11/2018 | Billable hours | 8.00 |
| 4/12/2018 | Billable hours | 10.00 |
| 4/13/2018 | Billable hours | 8.00 |
| 4/16/2018 | Billable hours | 8.00 |
| 4/17/2018 | Billable hours | 10.00 |
| 4/18/2018 | Billable hours | 9.00 |

| 4/19/2018 | Billable hours | 8.00 |
| 4/20/2018 | Billable hours | 8.00 |
| 4/23/2018 | Billable hours | 8.00 |
| 4/24/2018 | Billable hours | 8.00 |
| 4/25/2018 | Billable hours | 8.00 |
| 4/26/2018 | Billable hours | 7.00 |
| 4/26/2018 | Development : Business Developm | 2.00 |
| 4/27/2018 | Billable hours | 8.00 |
| 4/30/2018 | Billable hours | 10.00 |
| 5/1/2018 | Billable hours | 10.00 |
| 5/2/2018 | Billable hours | 8.00 |
| 5/3/2018 | Billable hours | 9.00 |
| 5/4/2018 | Billable hours | 9.00 |
| 5/7/2018 | Billable hours | 8.00 |
| 5/8/2018 | Billable hours | 8.00 |
| 5/9/2018 | Billable hours | 9.00 |
| 5/10/2018 | Billable hours | 8.00 |
| 5/11/2018 | Billable hours | 8.00 |
| 5/14/2018 | Billable hours | 8.00 |
| 5/15/2018 | Billable hours | 8.00 |
| 5/16/2018 | Billable hours | 9.00 |
| 5/17/2018 | Billable hours | 9.00 |
| 5/18/2018 | Billable hours | 8.00 |
| 5/21/2018 | Billable hours | 8.00 |
| 5/22/2018 | Billable hours | 8.00 |
| 5/23/2018 | Billable hours | 10.00 |
| 5/24/2018 | Billable hours | 8.00 |
| 5/25/2018 | Billable hours | 8.00 |
| 5/28/2018 | Time Off : Holiday | 8.00 |
| 5/29/2018 | Billable hours | 8.00 |
| 5/30/2018 | Billable hours | 8.00 |
| 5/31/2018 | Billable hours | 8.00 |
| 6/1/2018 | Billable hours | 8.00 |
| 6/4/2018 | Billable hours | 8.00 |
| 6/5/2018 | Billable hours | 8.00 |
| 6/6/2018 | Billable hours | 8.00 |
| 6/7/2018 | Billable hours | 10.00 |
| 6/8/2018 | Billable hours | 8.00 |
| 6/10/2018 | Billable hours | 6.00 |
| 6/11/2018 | Billable hours | 8.00 |
| 6/12/2018 | Billable hours | 8.00 |
| 6/13/2018 | Billable hours | 8.00 |
| 6/14/2018 | Billable hours | 8.00 |
| 6/15/2018 | Billable hours | 8.00 |
| 6/17/2018 | Billable hours | 6.00 |
| 6/18/2018 | Billable hours | 8.00 |
| 6/19/2018 | Billable hours | 2.00 |

Confidential

SOAP000091

| | | |
|---|---|---|
| 6/19/2018 | Billable hours | 6.00 |
| 6/20/2018 | Billable hours | 8.00 |
| 6/20/2018 | Project : Over Budget | 1.50 |
| 6/21/2018 | Billable hours | 2.00 |
| 6/21/2018 | Billable hours | 4.00 |
| 6/21/2018 | Project : Over Budget | 1.50 |
| 6/22/2018 | Billable hours | 2.00 |
| 6/22/2018 | Billable hours | 6.00 |
| 6/24/2018 | Billable hours | 4.00 |
| 6/25/2018 | Billable hours | 8.00 |
| 6/26/2018 | Billable hours | 9.00 |
| 6/27/2018 | Billable hours | 3.00 |
| 6/27/2018 | Billable hours | 7.00 |
| 6/28/2018 | Billable hours | 8.00 |
| 6/29/2018 | Billable hours | 7.00 |
| 6/29/2018 | Billable hours | 1.00 |
| 7/1/2018 | Billable hours | 4.00 |
| 7/2/2018 | Billable hours | 9.00 |
| 7/3/2018 | Billable hours | 7.00 |
| 7/3/2018 | Billable hours | 1.00 |
| 7/4/2018 | Billable hours | 4.00 |
| 7/4/2018 | Time Off : Holiday | 4.00 |
| 7/5/2018 | Billable hours | 6.00 |
| 7/5/2018 | Billable hours | 3.00 |
| 7/6/2018 | Billable hours | 6.00 |
| 7/6/2018 | Billable hours | 2.00 |
| 7/8/2018 | Billable hours | 8.00 |
| 7/9/2018 | Billable hours | 3.00 |
| 7/9/2018 | Billable hours | 5.00 |
| 7/10/2018 | Billable hours | 2.00 |
| 7/10/2018 | Billable hours | 8.00 |
| 7/11/2018 | Billable hours | 8.00 |
| 7/12/2018 | Billable hours | 8.00 |
| 7/12/2018 | Billable hours | 2.00 |
| 7/13/2018 | Billable hours | 8.00 |
| 7/15/2018 | Billable hours | 2.00 |
| 7/16/2018 | Billable hours | 1.00 |
| 7/16/2018 | Billable hours | 7.00 |
| 7/17/2018 | Billable hours | 2.00 |
| 7/17/2018 | Billable hours | 6.00 |
| 7/18/2018 | Billable hours | 8.00 |
| 7/18/2018 | Billable hours | 4.00 |
| 7/19/2018 | Billable hours | 9.00 |
| 7/20/2018 | Billable hours | 9.00 |
| 7/23/2018 | Billable hours | 10.00 |
| 7/24/2018 | Billable hours | 10.00 |
| 7/25/2018 | Billable hours | 10.00 |

Confidential

| | | |
|---|---|---|
| 7/26/2018 | Billable hours | 9.50 |
| 7/27/2018 | Billable hours | 10.00 |
| 7/30/2018 | Billable hours | 10.00 |
| 7/31/2018 | Billable hours | 10.00 |
| 8/1/2018 | Billable hours | 8.00 |
| 8/2/2018 | Time Off : PTO | 8.00 |
| 8/3/2018 | Time Off : PTO | 8.00 |
| 8/6/2018 | Billable hours | 8.00 |
| 8/7/2018 | Billable hours | 9.00 |
| 8/8/2018 | Billable hours | 9.00 |
| 8/9/2018 | Billable hours | 8.00 |
| 8/9/2018 | Internal : Write Off (Admin Use Onl | 1.00 |
| 8/10/2018 | Billable hours | 8.00 |
| 8/13/2018 | Billable hours | 9.00 |
| 8/14/2018 | Billable hours | 8.00 |
| 8/15/2018 | Billable hours | 9.00 |
| 8/16/2018 | Billable hours | 9.00 |
| 8/17/2018 | Billable hours | 8.00 |
| 8/20/2018 | Billable hours | 9.00 |
| 8/21/2018 | Billable hours | 8.00 |
| 8/22/2018 | Billable hours | 9.00 |
| 8/23/2018 | Billable hours | 8.00 |
| 8/24/2018 | Billable hours | 8.00 |
| 8/27/2018 | Billable hours | 9.00 |
| 8/28/2018 | Billable hours | 9.00 |
| 8/29/2018 | Billable hours | 9.00 |
| 8/30/2018 | Billable hours | 10.00 |
| 8/31/2018 | Billable hours | 8.00 |
| 9/1/2018 | Billable hours | 9.00 |
| 9/2/2018 | Billable hours | 6.00 |
| 9/3/2018 | Time Off : Holiday | 8.00 |
| 9/4/2018 | Billable hours | 9.00 |
| 9/5/2018 | Billable hours | 8.00 |
| 9/6/2018 | Billable hours | 8.00 |
| 9/7/2018 | Billable hours | 8.00 |
| 9/10/2018 | Billable hours | 8.00 |
| 9/11/2018 | Billable hours | 8.00 |
| 9/12/2018 | Billable hours | 8.00 |
| 9/13/2018 | Billable hours | 8.00 |
| 9/14/2018 | Billable hours | 8.00 |
| 9/17/2018 | Billable hours | 8.00 |
| 9/18/2018 | Billable hours | 8.00 |
| 9/18/2018 | Billable hours | 0.00 |
| 9/19/2018 | Billable hours | 7.00 |
| 9/19/2018 | Development : Business Developm | 1.00 |
| 9/20/2018 | Billable hours | 8.00 |
| 9/21/2018 | Billable hours | 8.00 |

SOAP000093

| | | |
|---|---|---|
| 9/24/2018 | Billable hours | 8.00 |
| 9/25/2018 | Billable hours | 1.00 |
| 9/25/2018 | Billable hours | 7.00 |
| 9/26/2018 | Billable hours | 6.50 |
| 9/26/2018 | Development : Training | 1.50 |
| 9/27/2018 | Billable hours | 8.00 |
| 9/28/2018 | Billable hours | 8.00 |
| 10/1/2018 | Billable hours | 8.00 |
| 10/2/2018 | Billable hours | 8.00 |
| 10/3/2018 | Billable hours | 4.00 |
| 10/3/2018 | Misc. : Bench Time | 4.00 |
| 10/4/2018 | Billable hours | 5.00 |
| 10/4/2018 | Misc. : Bench Time | 3.00 |
| 10/5/2018 | Billable hours | 8.00 |
| 10/8/2018 | Billable hours | 8.00 |
| 10/9/2018 | Billable hours | 8.00 |
| 10/10/2018 | Billable hours | 8.00 |
| 10/11/2018 | Billable hours | 8.00 |
| 10/12/2018 | Billable hours | 8.00 |
| 10/15/2018 | Billable hours | 9.00 |
| 10/16/2018 | Billable hours | 8.00 |
| 10/17/2018 | Billable hours | 8.00 |
| 10/18/2018 | Billable hours | 8.00 |
| 10/19/2018 | Billable hours | 8.00 |
| 10/22/2018 | Billable hours | 9.00 |
| 10/23/2018 | Billable hours | 13.00 |
| 10/24/2018 | Billable hours | 9.00 |
| 10/25/2018 | Billable hours | 12.00 |
| 10/26/2018 | Billable hours | 8.00 |
| 10/28/2018 | Internal : Write Off (Admin Use Onl | 4.00 |
| 10/29/2018 | Billable hours | 8.00 |
| 10/30/2018 | Billable hours | 4.00 |
| 10/30/2018 | Development : Business Developm | 4.00 |
| 10/31/2018 | Billable hours | 6.00 |
| 10/31/2018 | Internal : SOA Admin/Accounting/H | 2.00 |
| 11/1/2018 | Billable hours | 8.00 |
| 11/2/2018 | Billable hours | 8.00 |
| 11/5/2018 | Billable hours | 8.00 |
| 11/6/2018 | Billable hours | 8.00 |
| 11/7/2018 | Billable hours | 8.00 |
| 11/8/2018 | Billable hours | 8.00 |
| 11/9/2018 | Billable hours | 8.00 |
| 11/12/2018 | Billable hours | 3.00 |
| 11/12/2018 | Development : Business Developm | 5.00 |
| 11/13/2018 | Billable hours | 3.50 |
| 11/13/2018 | Misc. : Bench Time | 4.50 |
| 11/14/2018 | Misc. : Bench Time | 8.00 |

SOAP000094

| | | |
|---|---|---|
| 11/15/2018 | Billable hours | 8.00 |
| 11/15/2018 | Misc. : Excess Travel | 3.00 |
| 11/16/2018 | Billable hours | 8.00 |
| 11/16/2018 | Misc. : Excess Travel | 3.00 |
| 11/19/2018 | Billable hours | 8.00 |
| 11/19/2018 | Misc. : Excess Travel | 3.00 |
| 11/20/2018 | Billable hours | 7.00 |
| 11/20/2018 | Misc. : Excess Travel | 3.00 |
| 11/21/2018 | Billable hours | 8.00 |
| 11/22/2018 | Time Off : Holiday | 8.00 |
| 11/23/2018 | Time Off : Holiday | 8.00 |
| 11/26/2018 | Billable hours | 7.00 |
| 11/26/2018 | Misc. : Excess Travel | 3.83 |
| 11/27/2018 | Billable hours | 8.00 |
| 11/28/2018 | Billable hours | 6.00 |
| 11/28/2018 | Misc. : Excess Travel | 3.50 |
| 11/29/2018 | Billable hours | 8.00 |
| 11/30/2018 | Billable hours | 8.00 |
| 11/30/2018 | Misc. : Excess Travel | 3.50 |
| 12/3/2018 | Billable hours | 8.00 |
| 12/3/2018 | Misc. : Excess Travel | 3.50 |
| 12/4/2018 | Billable hours | 8.00 |
| 12/4/2018 | Misc. : Excess Travel | 3.50 |
| 12/5/2018 | Billable hours | 8.00 |
| 12/5/2018 | Misc. : Excess Travel | 3.50 |
| 12/6/2018 | Billable hours | 8.00 |
| 12/7/2018 | Billable hours | 8.00 |
| 12/10/2018 | Billable hours | 8.00 |
| 12/10/2018 | Misc. : Excess Travel | 3.00 |
| 12/11/2018 | Billable hours | 8.00 |
| 12/11/2018 | Misc. : Excess Travel | 3.00 |
| 12/12/2018 | Time Off : Sick | 8.00 |
| 12/13/2018 | Billable hours | 8.00 |
| 12/14/2018 | Billable hours | 6.00 |
| 12/14/2018 | Billable hours | 2.00 |
| 12/14/2018 | Misc. : Excess Travel | 3.00 |
| **Total - Mauro Botta** | | **1,993.83** |

SOAP000095

**DX1542-94**

## Productivity Report 2018 as on Oct 12, 2018

| Employee Name | Title | Holidays | Vacation / Sick Leave | Pay Period Hours | Billed Hours | Productivity Percentage |
|---|---|---|---|---|---|---|
| **SOX** | | | | | | |
| Mauro Botta | Senior Manager | 24 | 16 | 1384 | 1,468 | 108% |

Joining Date: 1/31/2018

Confidential

SOAP000096

**DX1542-95**

# Response to Request for Production No. 5

Confidential

SOAP000097

**Statement of Custodian Regarding Mauro Botta's Allegations of SOAProjects' Misconduct, Unethical Acts, Wrongdoing, Violations of AICPA, GAAP, BCAOB**

- Mr. Botta has made no allegations of misconduct, unethical acts, wrongdoing, or violations of any auditing or accounting standards including AICPA Code of Professional Conduct, GAAP or BCAOB regarding the operations and activities of SOAProjects, nor has he reported to anyone at SOAProjects that anyone working for the company engaged in any type of wrongdoing.

Confidential



December 21, 2018

Joe Reiter
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

# SUBJECT:  RESPONSE TO REQUEST TO PRODUCE
## DOCUMENTS IN BOTTA V. PWC, LLP

Dear Mr. Reiter,

Attached are all of the documents in SOAProjects' possession that were described in your request to produce documents along with a signed declaration from the custodian of records. The client redacted the names of some of its clients referred to in the enclosed communications by simply marking out the name of the client with black ink.  This is the only redaction.

Very truly yours,

Sean Olender

95 South Market Street, Suite 363
San José, CA 95113
408.797.0000



200 Washington Street, Suite 208
Santa Cruz, CA 95060

www.olender.pro

Confidential

SOAP000099

**DECLARATION OF CUSTODIAN OF RECORDS OF SOAPROJECTS INC.**

I, ___Galina Karpinska___ , do hereby declare and state:
         *Name*

1.      I am the custodian of records for SOAProjects Inc.. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On _11/30/2018_ , Plaintiff and Defendants served me with a Subpoena to
              *Date*
Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on me in the above-entitled action (the "Subpoena").

3.      Documents were produced in response to the Subpoena on _12/21/2018_ .
                                                                    *Date*
(collectively, the "Records")

4.      The Records are true and correct copies of business records that were prepared or compiled by myself or personnel acting on my behalf in the ordinary course of business at or near the time of the acts, conditions, or events recorded. The Records were kept and maintained in the course of regularly conducted business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this _21_ day of _December_ at ___Mountain View___ , CA.

_____
Custodian of Records of SOAProjects Inc.

Confidential

SOAP000100

**DX1542-99**