# DX1581

DocuSign Envelope ID: EF8B688C-8928-4FA2-B6D1-F9BE8CFBA4BF



November 14, 2019

Mauro Botta
88 East San Fernando Street
Apartment 108
San Jose, CA 95113

Dear Mauro:

RoseRyan, Inc. is pleased to offer you a position as a Consultant starting on December 2, 2019. This offer is contingent on the completion of final reference and background checks.

## Compensation

You will receive compensation at an annualized rate of $165,000. This salary will be calculated on a bi-weekly basis and paid according to RoseRyan's regular payroll schedule. Under this schedule, you will receive $6,346.15 per pay period based on twenty-six pay periods per year.

## Duties

In your position, you will act as a consultant or adviser to RoseRyan's clients regarding financial issues directly related to the clients' management policies or general business operations. Our clients will rely on your special training, experience and knowledge as well as your ability to exercise significant discretion and independent judgment under only general supervision. Your advice, as well as your background and abilities, will be an integral part of the consulting relationship. In order to maximize value to our team, your duties may be modified or reassigned by RoseRyan management from time to time as it deems appropriate in its sole absolute discretion.

## Benefits

As a RoseRyan Consultant, you will receive certain benefits provided directly by RoseRyan. These benefits are available to you without a minimum hours requirement and include:

- Three weeks of paid vacation per year (prorated based on hours worked), which will accrue during your employment as it is earned.
- Ten holidays per year (prorated based on hours worked) and
- Participation in RoseRyan's discretionary bonus plan.

Consultants may also participate in the RoseRyan 401(k) defined contribution retirement plan, subject to its written terms and eligibility requirements and to applicable law.

You also may participate in additional benefit plans requiring a minimum amount of active employment (currently 30 hours per week). The terms of and eligibility for these benefits are determined by each plan's written terms and applicable law. They currently include:

- Medical, dental and vision plans
- Life insurance
- Short and Long term disability insurance and
- Flexible spending plans.

PLAINTIFF 002915

**DX1581-1**

DocuSign Envelope ID: EF8B68BC-8926-4FA2-B6D1-F9BE8CFBA4BF



Based on your start date, your medical coverage will be effective the first day of the month following the month in which you have completed a total of thirty full days of employment since your start date. Please note that RoseRyan has engaged ADP as its Professional Employer Organization. As such, your direct employment, benefits and tax filing will be under the ADP name.

**Additional Items**

As a Consultant, you will have access to certain confidential information of RoseRyan and its clients. To protect the interests of RoseRyan and its clients, you will need to sign RoseRyan's standard "Confidentiality, Inventions and Unfair Competition Agreement" as a requirement of your position before you commence work. You also will be required to comply with all other RoseRyan policies (such as its policies prohibiting unlawful harassment and discrimination) in force or adopted during your employment.

Further, your employment will be at-will and may be terminated by you or RoseRyan at any time with or without cause and with or without notice. This at-will relationship may be changed only by express written agreement signed by you and the CEO of RoseRyan.

This offer will remain open until November 22, 2019. If you decide to accept this offer, and we hope that you will, please sign the enclosed copy of this letter in the space indicated and return it to me.

**Conclusion**

Mauro, we know that your prior work experience, knowledge and professionalism will be an asset to RoseRyan. We look forward to working with you and know that you will be a key member of our team. If you have any questions, please do not hesitate to call me.

Sincerely,

Stephen Ambler

Stephen Ambler
VP of Service & Delivery

I accept this offer of employment:

_____

Name: Mauro Botta
Date:

PLAINTIFF 002916

**DX1581-2**