# DX1584



# SOAProjects, Inc

## Notice to Employee as to Change in Relationship

(Issued Pursuant to Provisions of Section 1089 of the California Unemployment Insurance Code)

Botta, Mauro                                                              -9405
Name                                                                      SSN

Your employment status has changed for the reason checked below.

☐ Voluntary quit effective _____
                              Date

☐ Layoff effective _____
                      Date

☐ Leave of absence effective _____, with a return to work date of _____
                                Date                                          Date

☐ Demotion - decrease in work hours and/or wages, effective _____
                                                              Date

☐ Discharge effective _____
                        Date

☐ Refusal to accept available work effective _____
                                              Date

☐ Change in status from employee to independent contractor, effective _____
                                                                        Date

☒ Other. Employment status changed/will change effective  May 23, 2019  as follows:
                                                          Date

By mutual agreement due to the insufficient individual assignments
_____
_____

SOAProjects, Inc                              (650) 960-9900
Company                                       Phone Number

495 N Whisman Rd, #100                        May 23, 2019
Address                                       Date

Mountain View      CA     94043               [signature]
City              State   Zip Code            Supervisor's Signature

### Notice Acknowledgment

I received a copy of this notice on  5/23/19     [signature]
                                     Date        Signature

✂ CalChamber                                  © CalChamber   Page 1 of 1

6/8/19 up to.         M-F 8:00-5:00
Monday 6/10/19

PLAINTIFF 002759

**DX1584-1**