# DX1643

