# DX1650

Lorrie L. Marchant CSR# 10523  RMR, CRR  CCRR, CRC

**EXHIBIT  1**

WITNESS:  Mauro Botta
CASE   Botta v  PricewaterhouseCoopers
CASE No.: 3:18-CV-02615-RS
DATE   Tuesday September 25  2018

◀ Previous Section    Next Section ▶

## 2023 Manager

The engagement leader is responsible for the engagement and its performance. The engagement leader may seek assistance from appropriate engagement team members in fulfilling his or her planning and supervisory responsibilities. Engagement team members, including managers and senior associates, who assist the engagement leader with planning and supervision of the work of other engagement team members should comply with the requirements of relevant professional standards with respect to the planning and supervisory responsibilities assigned to them. (AS 9 3 and 10.4)

### Definition of Role

The manager is the member of the engagement team who, with the appropriate oversight and coaching by the engagement leader, assists in the design of the audit strategy and plan and supervises its execution by the engagement team. The manager:

- Consults with the engagement leader to determine the resources needed to perform the engagement;
- Helps build, brief and coach the team;
- Oversees that the audit strategy and audit plan as agreed to with the engagement leader during planning have been translated into a tailored audit program and appropriately executed;
- Assists in overseeing the nature and extent of supervision and review of the quality of fieldwork and its documentation. This may include visits to components on multilocation engagements;
- Is responsible, subject to the engagement leader's oversight, for determining that the audit documentation, including work performed by specialists, has been prepared, reviewed and archived in accordance with professional and Firm standards;
- Is responsible for bringing to the attention of the engagement leader issues which require his/her involvement throughout the course of the audit; and
- Takes the primary responsibility for interaction with client management.

### The Manager's Role

A manager should be present on every engagement. A manager or an experienced person below manager grade may fill the manager role with the approval of the engagement leader. For example, on smaller clients, the manager and senior associate roles may be filled by one person (e.g., an experienced senior associate) who reports directly to the engagement leader.

On larger engagements, more than one person on the engagement team may perform the role of manager. In such cases, each manager may report directly to the engagement leader or a less experienced manager may report to a more experienced manager. Additionally, in some cases a manager may be designated as the "lead engagement manager". Whatever the circumstances, the roles and responsibilities of those in manager roles, the reporting lines and the responsibilities for briefing, coaching and reviewing the work of the team need to be clear

The manager should:

- Have an understanding of and practical experience with engagements of a similar nature and complexity through appropriate training and participation;
- Have an understanding of professional, regulatory and legal requirements relevant to the client and the engagement;
- Have appropriate and sufficient industry and technical knowledge, including knowledge of relevant information technology;
- Be able to apply the appropriate degree of professional judgment relevant to the tasks allocated to him/her and having regard to the circumstances of the particular engagement; and
- Have an understanding of the Firm's risk management and quality control policies and procedures.

The manager should follow the rotation requirements in **PwC Audit 3230**.

### Responsibilities of the Manager

Confidential      PwC_B00002625

**DX1650-1**

## Audit Quality

The manager, supporting the engagement leader in his/her responsibility for audit quality, should:

- Set an example in terms of professional behavior and pride in the audit, striving for continuous improvement, applying the Firm's values and rigor to the audit process;
- In discussion with the engagement leader, identify the experience and competencies required to carry out the audit work, including integrating specialists into the team, where necessary;
- Coordinate work of specialists assigned to the engagement, including work performed by Process Assurance or Tax;
- Maintain an awareness of professional developments (e.g., new accounting or auditing standards) that may impact work on the engagement;
- Share information with other team members which might impact their work or conclusions;
- Oversee the work performed related to the risk of fraud, including brainstorming sessions regarding fraud risks;
- Supervise and be available to the team for discussion of issues and challenge and coach team members; and
- Determine that the audit documentation has been prepared, reviewed and archived in accordance with professional and Firm standards and that audit work has been appropriately documented on a timely basis.

The manager should be proactive in communicating with the engagement leader throughout the audit process. In particular, where significant issues are identified by the team which should be raised as significant matters, the issues should be communicated to the engagement leader to assist him/her in meeting the engagement leader's responsibilities (see also under **Execution**). However, the engagement leader remains responsible for the overall quality of the work done and documented and is, therefore, expected to be sufficiently involved in identifying the risks and being satisfied that they are responded to appropriately.

## Acceptance and Continuance

The manager should:

- Complete the Acceptance & Continuance assessment, in consultation with the engagement leader, and prepare any analysis relevant to the decision, including details of threats to independence and the related safeguards in place; and
- Prepare/update the engagement letter and be proactive in achieving timely signature of the engagement letter by the engagement leader and client.

## Engagement Team

The manager, in consultation with the engagement leader, should:

- Identify the experience and competencies needed to develop and implement the proposed audit approach, including the need for Process Assurance, Tax and other specialists and obtain adequate and appropriate resource allocation to successfully perform the engagement;
- Build the team and assign the right people to the right tasks at the right time, planning for appropriate levels of supervision and review and for clear communication of tasks to be performed and reporting lines; and
- Assess, through regular contact with team members, team capabilities and performance throughout the audit and discuss with the engagement leader situations where additional resources or expertise are needed.

## Independence

The engagement leader should work with and coach the manager to evaluate independence and compliance with reference to the PwC U.S. Independence policy, and any additional ethical requirements that apply to the client entity (as included in the relevant territory independence policy), and the manager should obtain the final approval by the engagement leader.

In order to fulfill the independence evaluation at the acceptance/continuance decision and during planning, the manager should:

Confidential                                                                                    PwC_B00002626

**DX1650-2**

- Assist, at the time of acceptance/continuance and again before the commencement of significant audit work, in assessing threats to independence and the related safeguards in place, and evaluating compliance with independence policy. The manager should prepare the summary of independence considerations.
- In the case of a multilocation audit, issue instructions regarding independence to other PwC and non-PwC firms, as appropriate, such instructions should address the required use of AFS for authorization of services.
- If the entity is a related party of a group audit in another country, check that such instructions have been received.
- Determine that data has been input into Central Entity Service (CES) and has been updated on a timely basis to reflect changes in group structure of which the engagement leader and manager are aware.

In order to fulfill independence requirements in relation to completion steps, the manager should:

- Remain alert throughout the audit to assist in identifying changes in circumstances that may create threats to independence, and communicate any such matters identified to the engagement leader on a timely basis.
- Determine whether audit and non-audit services have been pre-approved by the Audit Committee or equivalent body of governance, where required by regulation or client requirements.
- Update the summary of independence considerations on any new matters arising that may create threats to independence and obtain approval by the engagement leader.
- Determine whether the client's fee analysis reflects the engagement leader's and team's knowledge of the professional services that have been provided, and check the completeness and accuracy of the analysis.
- Keep the engagement leader informed of independence issues as they arise.

In addition, the manager on a group engagement should determine, using the AFS system, whether the engagement leader has authorized requests received regarding the provision of audit, audit-related and non-audit services to the client entity and its related entities.

**Planning**

It is important that all members of the engagement team understand the objectives of the work they are to perform. Appropriate teamwork and on-the-job training are necessary to assist less experienced team members of the engagement team to clearly understand the objectives of the assigned work as further discussed in **PwC Audit 2510**.

The manager is responsible for:

- Organizing the team planning meeting and other meetings and, together with the engagement leader, sharing with engagement team members his/her knowledge and understanding of the client and its business, including information about components in a multilocation engagement;
- In the scoping phase of the audit engagement, together with the engagement leader, checking that critical Engagement Management Website (EMW) information is completely and accurately entered, and that the dates represent their best estimates. It is also engagement leader's and manager's responsibility to confirm that the dates are updated throughout the course of the engagement for changes due to any circumstances;
- Briefing engagement team members on their responsibilities, including responsibilities for maintaining an objective state of mind and an appropriate level of professional skepticism, and performing work assigned to them in accordance with the ethical principle of due care;
- Assigning roles appropriate to the experience of individual team members, and briefing team members, including specialists, on risk-related issues, problems that may arise and the detailed approach to the audit, encouraging them to raise questions with more experienced team members;
- The incorporation of identified significant risks into the Client File and, together with the engagement leader, developing the audit strategy and audit plan;
- Providing members of the engagement team, including specialists, with information from or references to the relevant EGAs, Audit Committee reports and other materials, where applicable, to assist team members in obtaining an understanding of our audit strategy and plan;
- The preparation and dissemination of group audit instructions in the case of multilocation audits;

2023 Manager

- Arranging for early involvement of the QRP, proactively arranging meetings/conference calls between the QRP and engagement leader to discuss key judgments/significant matters relevant to the planning phase, and providing the QRP with access to the relevant Client File;
- Development of the communication plan and obtaining the engagement leader's approval for such plan, and, together with the engagement leader, preparing audit planning communications to the client on a timely basis;
- Planning for active and ongoing supervision and review of audit work and related documentation at the appropriate level throughout the audit engagement, and assessment of engagement team capabilities to perform the audit engagement, and for corrective action to be taken where issues are identified; and
- Ensuring the engagement leader is appropriately included in the Aura workflow as directed by the engagement leader.

**Execution**

The manager overseeing the execution of the audit strategy and audit plan should:

- Obtain updates from the senior associate on the progress of the work and consider whether team members have received sufficient briefing on tasks before they perform them, understand their instructions and have sufficient time to carry out their work, and are being coached throughout the performance of tasks;
- Manage the development of the audit plan;
- Coordinate the planned work to be performed by specialists (e.g., Process Assurance, Tax, etc.) on the engagement;
- Consider whether issues arising during the audit may require a modification of the audit strategy or the audit plan and should obtain the engagement leader's approval for any significant changes;
- Consider whether there are any significant judgmental issues which he/she is aware of which should be raised as significant matters, and is responsible for bringing such matters to the attention of the engagement leader on a timely basis throughout the course of the audit; and
- Assist in the resolution of significant matters, including determining that appropriate consultations have taken place, where needed, and have been documented and agreed with the person consulted.

**Completion**

The manager should:

- Obtain an overall understanding of the engagement (i.e., of risks, approach, work done, issues raised);
- Consider whether all work is appropriately and completely performed and reviewed in accordance with the planned audit approach;
- Determine that all required EGAs have been addressed in order to comply with professional and Firm standards;
- Determine that all significant changes to the audit approach (audit strategy and audit plan) have been documented;
- Arrange for the QRP final sign-off meeting or conference call between the QRP and engagement leader and ascertain that all relevant information is provided to the QRP on a timely basis throughout the audit process and prior to sign-off;
- Determine that the audit documentation, including work performed by specialists, has been prepared and reviewed in accordance with professional and Firm standards (see also **PwC Audit 2500**);
- Determine that required documentation has been obtained from component auditors and has been reviewed by the group engagement team;
- Complete or review all significant matters;
- Determine that the work performed, and the evidence obtained, supports the conclusions reached and the opinion given,
- Consider whether client communications are appropriate and include all required communications;
- Determine that the actual critical dates are completely and accurately entered into the EMW system if they differ from the estimated dates; and

Confidential

**DX1650-4**

- Ensure that the electronic and related hardcopy workpapers are archived on a timely basis, as further discussed in **PwC Audit 6900**.

## Consultations

Supporting the engagement leader in the engagement leader's responsibility for the team undertaking appropriate consultation on difficult or contentious matters, the manager should direct engagement team members to bring significant accounting and auditing issues arising during the audit to his or her attention and assist in their evaluation and resolution, including determining that appropriate consultations have taken place, where needed. (AS 10.5(b)) Consulting with the engagement leader, and where applicable, the QRP, the manager should be satisfied that conclusions resulting from consultations are appropriately documented and implemented.

Consultations that involve difficult or contentious matters or matters significant to the audit should be documented as significant matters and agreed by both the individual seeking consultation and the individual consulted (See further guidance in **PwC Audit 2300** for identifying and resolving significant matters).

## Differences of Opinion

In applying due professional care, each engagement team member has a responsibility to bring to the attention of appropriate persons, disagreements or concerns the engagement team member might have with respect to accounting and auditing issues that he or she believes are of significance to the financial statements or our report regardless of how those disagreements or concerns may have arisen. (AS 10.5(b))

If there is an unresolved difference of opinion regarding important matters between audit team members, or between the manager/team members and the engagement leader, the Firm's policy on resolving differences in professional opinion should be followed (see further guidance in **PwC Audit 2710**).

Where the unresolved difference relates to a concern that there is failure to comply with appropriate professional, regulatory and legal requirements or PwC's own systems of quality control, and which a team member considers he/she cannot discuss with the engagement leader, the team member may follow the Firm's whistle blowing processes. The audit report should not be issued until the matter is resolved.

## Documentation and Sign-off

The Client File should reflect the nature, timing and extent of the manager's execution and review of audit work. Refer to **PwC Audit 2570** with respect to the extent of the sign-offs required by the manager and **PwC Audit 2460** regarding timing of the completion of audit documentation and sign-offs.

**Issue Date: November 2014**