# DX1651

[◄ Previous Section]  [Next Section ►]

## 2710 Resolving Differences in Professional View Among Personnel Assigned to an Audit Engagement

Differences of professional view on accounting, auditing, reporting, or SEC matters may arise among members of an engagement team, among members of the engagement team and designated consultants, or among designated consultants who may be consulted on a matter. In applying due professional care in accordance with PCAOB AU 230, each engagement team member has a responsibility to bring to the attention of appropriate persons, disagreements or concerns the engagement team member might have with respect to accounting and auditing issues that he or she believes are of significance to the financial statements or the auditor's report regardless of how those disagreements or concerns may have arisen. (AS 10.5(b)) A robust process of resolving such differences helps create a healthy professional environment. Every effort should be made to work toward a solution to the matter that is acceptable to all parties. However, at times this may not be possible.

During the process of working toward resolution of a matter, it is important to recognize that the ultimate goal is to arrive at a conclusion that represents the Firm's position. Therefore, we should not at any time during the process, under any circumstance, indicate to the client that there is more than one Firm position. Clients should be assured that we have a thorough process to arrive at a conclusion, but we will ultimately have only one position supported by the Firm.

The Firm encourages an open process in which professionals should be actively involved in resolving accounting, auditing, reporting, and SEC-related matters encountered in the course of audit engagements. The Firm comprises professionals with varying levels of experience and expertise, and differences of view between professionals may arise. These differences, particularly those involving professionals at senior levels, generally involve highly judgmental and technical accounting, auditing, reporting, and SEC-related matters. Each professional of the Firm has the right and obligation to form his or her own conclusion and is responsible for ensuring that his or her views receive adequate consideration.

Differences of professional view arise when professionals disagree about significant issues related to accounting, auditing, reporting, or SEC matters. Although differences over matters of this degree of significance are expected to be infrequent, they may arise, for example, in the following areas:

- Selection and application of accounting principles
- Evaluating estimated amounts reported in the financial statements
- Financial statement presentation and disclosure
- SEC reporting and compliance, including matters related to consents, comfort letters, and our association with other information in documents containing audited financial statements
- Nature, timing, and extent of auditing procedures
- Interpretation of authoritative pronouncements and Firm policies
- Circumstances resulting in a departure from the standard audit report

This section sets forth the procedures to be followed to facilitate the effort of all parties to reach agreement on differences of professional view and provides documentation standards for those situations.

### Technical References

| | |
|---|---|
| **AS 10** | Supervision of the Audit Engagement |

### Issue Date: August 2011

[◄ Previous Section]  [Next Section ►]

## 2711 The Resolution Process

If a difference of views arises between professionals at different levels, the higher-level professional should determine at what stage in the engagement it is appropriate to bring the matter to the attention of his or her

Confidential

> Lorrie L. Marchant, CSR# 10523 RMR CRR CCRR CRC
> **EXHIBIT 2**
> WITNESS: Mauro Botta
> CASE: Botta v. PricewaterhouseCoopers
> CASE No.: 3:18-CV-02615-RS
> DATE: Tuesday, September 25, 2018

PwC_B00008300

superior. The difference of professional views may be resolved at any point in the resolution process if the dissenting party agrees with the proposed resolution. In the interim, the higher-level professional should ensure that work progresses on the basis of his or her tentative conclusion. In the unusual circumstance where the lower-level professional is not satisfied that the matter is elevated in a sufficiently timely manner, he or she should bring the matter to the attention of the appropriate professional pursuant to the procedures in this section, after first informing the higher-level professional.

The Firm does not expect professionals to accept a position that they cannot agree with. In all cases, when a difference of professional views occurs, the goal of the resolution process is to resolve the difference. If this cannot be achieved, the dissenting party should consider the guidance in the **Documentation Requirements** section below (including the requirement, as set forth therein, to discuss the documentation of the difference with the Office of General Counsel (OGC)) and consider whether such difference of views is so significant that the professional considers it necessary to remove himself or herself from the engagement. It is expected that such instances will be rare as in most cases it should be possible to reach a meeting of the minds at some point in the process by following the procedures set forth in this policy.

### 1. Differences Between Team Members and the Manager

Differences of professional view between the manager and team members reporting to the manager should be brought to the attention of the engagement leader (i.e., the lead audit engagement partner).

If the engagement leader agrees with the manager, the resolution process is completed. (However, if the team member continues to disagree, see **"Documentation Requirements"** below, including the requirement, as set forth therein, to discuss the documentation of the difference with OGC.) If the engagement leader agrees with the team member and the manager does not accept the position, there is a difference of professional views between the manager and the engagement leader.

### 2. Differences Between Manager and Engagement Leader

For differences of professional view between the manager and engagement leader, **consultation is required** with the Quality Review Partner (QRP) or Quality Assurance Partner (QAP). If no QRP/QAP is assigned to the engagement, **consultation is required** with a Risk Management Partner (RMP).

If the QRP/QAP (or RMP) agrees with the engagement leader, the resolution process is completed. (However, if the manager continues to disagree, see **"Documentation Requirements"** below, including the requirement, as set forth therein, to discuss the documentation of the difference with the OGC.) If the QRP/QAP (or RMP) agrees with the manager and the engagement leader does not accept the position, there is a difference of professional views between the engagement leader and the QRP/QAP (or RMP) and the manager.

The role and assignment of the QAP is described in **PwC Audit 12232**.

### 3. Differences Between Engagement Leader and Quality Review Partner/Quality Assurance Partner (or RMP)/Independent Reviewing Partner (IRP)

For differences of professional view between the engagement leader and the QRP/QAP (or RMP), **consultation is required** with a Regional Risk Management Partner (RRMP) and a National Consultant in Accounting Services, Auditing Services, Methods & Tools, or SEC Services. (Note: The Accounting, Auditing, and SEC Inquiry (AASI) Database in Lotus Notes contains views to help identify National Consultants with subject matter expertise). Depending on the facts and circumstances, the parties may also seek input from other technical or functional specialists who can assist in resolving the matter.

If the engagement leader, QRP/QAP (or RMP), RRMP, and National Consultant agree on the resolution of the matter, the resolution process is completed. If the matter remains unresolved, **consultation is required** with the appropriate Functional Leader(s) (or their designee(s)) within National – see section 5 below

As noted in **PwC Audit 2052**, if there is any difference in professional view between the engagement leader and an independent reviewing partner, **consultation is required** with National Risk Management.

### 4. Differences Between Engagement Leader and a National Consultant or SEC Services Reviewer

In connection with a consultation with a National Consultant on a matter, a difference of professional views may arise between the engagement leader and the National Consultant. Similarly, in connection with reviews of SEC filings, the SEC Services Reviewer and the engagement leader may have a difference of professional views. For such differences, **consultation is required** with the QRP/QAP (or the RMP if no QRP/QAP is

assigned to the engagement). If the National Consultant or SEC Services Reviewer is not a partner, they should also discuss the matter with an appropriate National Partner. Depending on the facts and circumstances, the parties may also seek input from other technical or functional specialists who can assist in resolving the matter.

If the engagement leader, QRP/QAP (or RMP), and the National Consultant or SEC Services Reviewer agree on the resolution of the matter, the process is completed. If the matter remains unresolved, **consultation is required** with the RRMP. If the matter still remains unresolved after discussing it with the RRMP, **consultation is required** with the appropriate Functional Leader(s) (or their designee(s)) within National – see section 5 below.

### 5. Differences That Are Referred to a Functional Leader (or His or Her Designee) Within National, and If Necessary, Referred to the Leader

In those situations in which a difference of professional views remains unresolved after applying the procedures set forth in sections 3 or 4 above (as applicable), **consultation is required** with the appropriate Functional Leader(s) (or his or her designee(s)) within National. Depending on the subject matter, the appropriate functional leaders within National include one or more of the following professionals: the applicable National Accounting Services co-Leader (or his or her designee), the Auditing Services, Methods & Tools Leader (or his or her designee), the Americas Theater Risk Management Leader (or his or her designee), and/or the National SEC Services Leader (or his or her designee). A difference of professional views that is referred to a Functional Leader (or his or her designee) within National may also be discussed with (1) the appropriate Business Unit Leader and (2) if necessary, other Functional Leaders within National.

If the matter still remains unresolved, **consultation is required** with the National Professional Services Leader. The National Professional Services Leader will consider the views of the engagement leader and others involved in the matter. When necessary, he or she will also seek and consider input from the Americas Assurance Leader, the U.S. Clients and Market Leader, the U S. Chairman and Senior Partner, the Global Assurance Leader, and/or the Global R&Q Leader. The National Professional Services Leader will advise the engagement leader in reaching a Firm position on the matter.

**Issue Date: April 2014**

◀ Previous Section | Next Section ▶

### 2712 The Firm's Position on the Matter

The audit report should not be released until all questions raised by the engagement team members, Quality Review Partner/Quality Assurance Partner, Risk Management Partner, SEC Services Reviewer, National Consultant, and others who have been consulted, have been resolved through the procedures described in this policy.

The engagement leader is responsible for presenting the Firm's position on engagement matters. In reaching a decision and presenting the Firm's position to the client, the engagement leader has the responsibility to consider all relevant factors, including the views of all professionals with whom the matter has been discussed.

In the rare circumstance that the engagement leader believes that a matter should be resolved differently than advised by the National Professional Services Leader, **consultation is required** with the National Professional Services Leader before the engagement leader communicates his or her views to the client. This will allow the National Professional Services Leader the opportunity to consider what actions may be appropriate prior to the client being notified of the final conclusion and prior to the release of the report.

**Issue Date: September 2013**

◀ Previous Section | Next Section ▶

### 2713 Documentation Requirements

In addition to the documentation requirements set forth below, professionals that take part in the process of resolving a difference of professional views must comply with the Firm's document retention policy. See **PwC Audit 2410** and **PwC Audit 9400** for the Firm's document retention policy.

Confidential

PwC_B00008302

Differences of professional view that still exist after completing the resolution process set forth in **PwC Audit 2711** should be documented and included in, or cross-referenced to, the documentation of significant matters. However, prior to concluding that a difference of professional views still exists, **consultation is required** among the Office of General Counsel, the dissenting party (or parties), and the engagement leader regarding the matter and the documentation of the difference.

Differences of professional view that are resolved as part of the resolution process set forth in **PwC Audit 2712** should also be documented and included in, or cross-referenced to, the documentation of significant matters. Documentation of differences of professional view is not required if (1) a National Professional Services Consultant was not involved in the resolution process and (2) the differences reflect a preliminary view based on incomplete or inaccurate information and the party who originally disagreed changes his or her view when additional information is obtained so that a difference of professional views no longer exists. However:

- Once all relevant factual information and data is known, views expressed cannot be considered preliminary.
- Application of incorrect GAAP or misapplication of correct GAAP do not constitute incomplete information or data.
- All documents containing differences of professional view regarding a significant matter that are not preliminary must be retained, even if the inconsistency has been properly resolved.

The documentation of a difference of professional views should contain a clear and concise explanation of the nature of the matter, the issues involved, the conclusion reached, and the supporting rationale including the basis for the final resolution of the differences. Where differences of professional view still exist after completing the resolution process set forth above, the dissenting viewpoint should be documented. If the documentation is not prepared by the dissenting party, the dissenting party should agree with such documentation. (AS 3.12(d))

In the rare situation when either the manager or the quality review partner/quality assurance partner does not agree with the conclusion reached by the engagement leader, after having followed the procedures in this section, his or her signature in the Completion section of the Client File does not indicate that he or she agrees. However, the signature does signify that:

- A dissenter is satisfied that the engagement leader has an understanding of the dissenting position.
- This understanding is evidenced by an adequate presentation of the dissenting position in the description of significant matters.
- The Firm's procedures for resolving and documenting differences of professional view have been followed.

### Technical References

| | |
|---|---|
| **AS 3** | Audit Documentation |

**Issue Date: September 2013**

Confidential

PwC_B00008303