# DX1653

◀ Previous Section    Next Section ▶

## 2570 Manager Review Responsibilities

The manager, with appropriate involvement and oversight by the engagement leader, is responsible for determining that the audit documentation included in the final record of work performed, including the work of specialists, has been performed and reviewed in accordance with professional and Firm standards. Furthermore, the manager should oversee that the audit strategy and audit plan as agreed to with the engagement leader during planning have been translated into a tailored audit program and appropriately executed. The manager is not required to review every work paper; it is a matter of professional judgment as to how the manager satisfies himself/herself regarding the completeness and appropriateness of the final audit record documented within the file. The manager should discuss his/her judgments with the engagement leader to achieve alignment and should agree with the engagement leader as to the plan of action for conducting reviews. The manager should ensure that the review requirements are met for either a public or non-public audit client as outlined in **PwC Audit 2530.**

The manager should review all work for which they have been assigned detail review responsibilities and all work performed in association with higher risk areas (as designated by the engagement leader - see **PwC Audit 2540**). Typically, it will be necessary for the manager to review some work beyond the higher risk areas. The extent of such review will depend on the risks associated with an audit area and the experience and expertise of those performing the work. In addition, the manager should either complete or review all significant matters. In the limited circumstances where the engagement leader has authorized the manager to both execute and review specific audit work, the manager should perform a critical self-review of this work.

When reviewing the client file, the engagement manager should:

- Be satisfied that the work documented provides a clear linkage between the identified risks, work performed and financial statements;
- Be satisfied that all significant issues identified have been documented and raised to the engagement leader's attention,
- Consider whether the documentary evidence on file stands on its own in support of work performed and conclusions reached (i.e., it is evident from the file alone, without additional oral explanation by the team member, what work was performed, the processes that were followed and the reasons for the conclusions reached);
- Be satisfied that the work performed and the supporting documentation is in accordance with professional and Firm requirements;
- Confirm that the working papers have been reviewed in detail by the appropriate person(s) (see **PwC Audit 2530** and **PwC Audit 2540**).

The review process is a significant component of effective on-the-job training. The manager has an important responsibility to coach team members by providing thoughtful and specific comments to allow team members to make necessary improvements to the audit work or related documentation. The manager has the responsibility for determining that all coaching notes have been satisfactorily resolved and final documentation updated as necessary.

The manager is required to electronically sign-off the following EGAs:

- Engagement leader and manager audit planning affirmation
- Engagement leader and manager checklist
- Significant matters

In order to sign off the planning and completion EGAs, working papers should be reviewed by the manager as they consider appropriate. Working paper references/explanations should be documented to the extent necessary to indicate each question was appropriately addressed. The manager should review and discuss with the team the resolution of any testing exceptions to the extent necessary to determine that he/she agrees with the judgments made as to scope, adjustments or SUM items and control deficiencies identified. In addition, the manager is required to electronically or manually sign the individual EGAs or external hardcopy workpapers that he/she has reviewed.

**Issue Date: September 2013**

Lorrie L Marchant CSR# 10523 RMR, CRR, CCRR, CRC
**EXHIBIT 4**
WITNESS: Mauro Botta
CASE: Botta v. PricewaterhouseCoopers
CASE No.: 3:18-CV-02615-RS
DATE: Tuesday, September 25, 2018