# DX1654

# ENGAGEMENT LEADER AND MANAGER CHECKLIST

June 2013

This checklist is organized into the following sections:

**Areas Requiring a Detailed Review by the Engagement Leader** - This section summarizes those areas requiring a detailed review to be performed by the engagement leader [or in the case of matters denoted with an asterisk (*) by a working partner assigned by the engagement leader] under Firm policy (see Assurance Policy Update 12/09). The review responsibilities of the manager are outlined in PwC Audit 2570.

**Other Engagement Execution Considerations (Questions 1 - 15)** - Topics in this section represent other key areas of focus related to the execution of the interim and year-end fieldwork.

**Engagement Completion Considerations (Questions 16 - 19)** - This section focuses on certain overall conclusions on the engagement. Prior to the release of the financial statements, the engagement leader and the manager should verify that all planned audit procedures, including all required EGAs, have been completed, documented and resolved to their satisfaction.

In completing this checklist, working papers should be reviewed by the engagement leader and manager consistent with the plan for review approved by the engagement leader. As necessary, working paper references and explanations may be included in the checklist to supplement electronic sign-offs and to evidence the extent of review completed in each area. External working papers reviewed, if any, can also be listed below.

This checklist should not be considered a comprehensive list of those areas requiring the attention of the engagement leader and manager. Involvement and review by the engagement leader and manager in other areas of the engagement do not need to be included in the checklist below and should continue to be evidenced in the working papers consistent with existing policies and working practices.

Teams are reminded that the final audit documentation should be sufficient to enable an experienced auditor having no previous connection with the engagement to understand the nature, timing, extent, and results of auditing procedures performed, evidence obtained and conclusions reached.

## Areas Requiring a Detailed Review by the Engagement Leader

Without limiting the scope of the engagement leader's review of the audit file, in addition to the engagement leader and manager checklist, the following areas require a detailed review to be performed by the engagement leader [or in the case of matters denoted with an asterisk (*) by a working partner assigned by the engagement leader] under Firm policy:

1. The following planning and other EGAs:

   - Plan the audit plan
   - Additional planning procedures for initial audit engagements (if applicable)
   - Independence procedures
   - AFS approval and Audit Committee pre-approval
   - Plan use of specialists and experts
   - Understand entity and its environment
   - Preliminary assessment of materiality
   - Alternative pension plan asset materiality (if applicable)
   - Accounting estimates
   - Related parties - Planning
   - Understand internal control components and entity-level controls
   - IT entity-level controls
   - Retrospective review of significant estimates
   - Risk assessment results including scoping of significant accounts
   - Fraud risk factors
   - GA - Multilocation audit scoping (if applicable)
   - GA - Evaluate PwC component auditors (if applicable)
   - GA - Evaluate Non-PwC component auditors (if applicable)
   - GA - Component materiality (if applicable)
   - Plan to use of the work of others or Plan to use the work of internal audit
   - Audit of Income Taxes Planning Guide
   - Plan response to risk of management override
   - Incorporate unpredictability in audit plan
   - Identify risks and understand controls in the period-end financial reporting process
   - QRP Review Plan

Confidential

Lorrie L. Marchant, CSR# 10523, RMR, CRR, CCRR, CRC

**EXHIBIT 5**

WITNESS: Mauro Botta
CASE: Botta v. PricewaterhouseCoopers
CASE No.: 3:18-CV-02615-RS
DATE: Tuesday, September 25, 2018

PwC_B00006158

1

- Audit planning affirmation
- Test entity-level controls
- Update preliminary assessments

2. Audit planning affirmation, including as noted in the affirmation, the following sections of the complex estimates documentation template in connect with audit planning (regardless of required reviews of testing listed below) for all estimates involving an elevated or significant risk, as well as any other estimates involving high estimation uncertainty or disclosed as a critical accounting estimate:

   - Obtain an understanding of management's process for developing the estimate.
   - Assess the risk of material misstatement.
   - Determine the strategy to evaluate the reasonableness of material accounting estimates.

3. *On public company audits (as defined in Assurance Policy Update 12/09), documentation supporting our understanding of the "end-to-end" flow of transactions in business processes and our identification of likely sources of potential misstatement (LSPM), which is expected to be included in Gather Evidence view in multiple instances of the EGA entitled *Identify risks and understand controls in the business process - [business process or FSLI name]*. The review should include, at a minimum, the flow of transactions documentation and completed LSPM templates for business processes related to revenue, inventory, business combinations, and impairments, and for those business processes that impact financial statement accounts that present elevated or significant risks of material misstatement.

4. *Our understanding and testing of the design and operating effectiveness of entity-level controls on which we plan to place reliance (see section A.2 below)

5. *Documentation in support of our planned use of the work of internal audit or others including the assessment of competency and objectivity, the planned extent of use commensurate with the risk and subjectivity in related account balances or controls being tested, and our evaluation of the their work and our reperformance testing (see section A.3 below)

6. *The design and execution of substantive revenue analytics and other substantive analytics in response to elevated or significant risks (see section A.5 below)

7. *Documentation to support that sufficient appropriate audit evidence has been obtained in relation to revenue (see section A.5 below)

8. Testing of estimates and fair value measurements that present significant risks (see section A.6 below)

9. *Testing of other accounts identified as presenting high estimation uncertainty in the planning EGA, *Accounting estimates* (see section A.6 below)

10. Documentation supporting our understanding of valuation methods used by management and the planned approach to testing the fair value of financial instruments that are based on "modeled" valuations (see section A.6 below)

11. *When MIDA is used, documentation related to (see section A.6 below):

    - The basis for price tolerances or thresholds utilized;
    - The engagement team's consideration of the complete range of prices received; and
    - Analysis of un-priced securities and rationale for the extent of additional procedures performed

12. SAD documentation related to the impact of control deficiencies on the audit strategy (see section A.12 below)

13. All significant matters (see section B.16 below)

## A. Other Engagement Execution Considerations

| 1. Risk Assessment Procedures | W/P References & Comments/Exceptions (Optional) | PwC Audit & Other References |
|---|---|---|
| Have all relevant risk assessment procedures been performed (including those remaining open at the time of the Planning Affirmation sign-off) in a sufficient manner to provide a reasonable basis for identifying and assessing the risks of material misstatement, whether due to error or fraud, and to design further audit procedures? | Yes. Refer to link attached for risk assessment analytic.<br><br>*Risk assessment analytics | PwC Audit 3700 and PwC Audit 3740 |

2

## 2. Entity-level Controls (Including Business Performance Reviews)

| | | |
|---|---|---|
| When relying on management's entity-level controls, including those relevant to our audit for components not visited, have we considered and appropriately documented: | | PwC Audit 4120 and PwC Audit 4512<br>PwC Audit 8210 and PwC Audit 8211<br>EGA *Understand internal control components and entity-level controls*<br>EGA *Test entity-level controls*<br>EGA *IT entity-level controls* |
| • Our understanding and evaluation of the design and operating effectiveness of each such control, including whether management has designed the control to operate at a level of precision to prevent or detect material misstatements, individually and/or in the aggregate, as intended, and the appropriateness of the nature, timing and extent of our testing of operating effectiveness consistent with the degree of our reliance on the control?<br><br>Note: Where the design of a control includes management's analysis, such as investigating and explaining financial statement fluctuations, we should consider whether some level of reperformance testing is necessary to support a conclusion that the control is operating effectively. | Yes. Refer to attached link for understanding and evaluation of ELCs.<br><br>*Test entity-level controls | |
| • Our assessment of the reliability of the underlying information used in the entity-level controls? | Yes. Refer to link attached.<br><br>*Test entity-level controls | |
| • Control deficiencies that might affect either the reliability of information used in the entity-level controls or other aspects of our assessment of the design or operating effectiveness of the entity-level controls? | Yes. Control deficiencies are documented in the link attached<br><br>*Prepare a summary of aggregated deficiencies | |
| • Our determination of whether individuals performing the controls are competent and whether their other duties are sufficiently independent of the execution of the entity-level controls to achieve the related control objectives? | Noted individuals are competent and their other duties are independent of entity level controls. | |

## 3. Use of the Work of Others, Including Internal Audit

| | | |
|---|---|---|
| Where our audit strategy contemplates use of the work of others, including internal audit, do the working papers include documentation of: | | PwC Audit 3734 and PwC Audit 3734.01<br>EGA *Plan to use the work of others (IA)* or *Plan to use the work of internal audit (Non IA and IM)*<br>EGA *Evaluate work of others (IA)* or *Evaluate the work of internal audit (Non-IA and IM)*<br>EGA *Assess the work of internal audit or others (IA)* or *Assess the work of internal audit (Non IA and IM)* |

3

| | | |
|---|---|---|
| • A complete and thorough assessment of the competence and objectivity of internal audit and/or others in accordance with PCAOB AU 322.09 - .11 or AU-C 610.09 - .11? | Refer to link attached for assessment of SOA's work. *Assess the work of internal audit or others | |
| • The extent of the use of the work of internal audit and/or others consistent with the engagement team's assessment of competency and objectivity, the risk associated with the accounts, balances or controls being tested and the degree of subjectivity involved? | Refer to link for the extent of use of SOA's work. *Assess the work of internal audit or others | |
| • Our review of internal audit's / others' work papers and findings? | Yes. Refer to link attached. *Assess the work of internal audit or others | |
| • Our understanding and evaluation of the effectiveness of the work of internal audit and/or others that we plan to use, including the nature, timing, extent and results of their work and the nature, timing, extent and results of our reperformance testing of their work? | Yes. Refer to link attached. *Assess the work of internal audit or others | |
| Have we considered any circumstances noted during the course of the audit that may require us to adjust our planned use of the work of others? | We have considered the circumstances during the course of our audit, and we noted no situations that required adjustments to our planned use of others. | |
| When we use internal audit and/or others to perform walkthroughs in a direct assistance role, have we obtained the work papers of others and included in our working papers? (Note: AS 5.35 requires use of the work of internal audit / others to be in the form of direct assistance when obtaining understanding of likely sources of potential misstatement.) | N/A | |
| **4. Use of Specialists (other than Tax or Process Assurance) and Experts** | | |
| If the work of a specialist or expert has been used, has the team appropriately considered and documented the following:<br>• The nature of the work performed by the specialist or expert;<br>• Our evaluation of the professional competency, capabilities, and objectivity of external experts; and<br>• The methods and assumptions used by the external expert? | N/A | PwC Audit 2080-95<br>EGA(s) *Use of the work of an expert engaged by PwC - [FSLI]*, *Use of the work of an expert employed or engaged by management - [FSLI]* and/or *Use of the work of a specialist in a field other than accounting or auditing*, as applicable |

4

| | | |
|---|---|---|
| Have the relevant elements of the Specialist Completion Memorandum and/or the Valuation Specialist Completion Memorandum been considered and documented as required where an applicable specialist performs audit procedures (i.e., is involved beyond an informal or consulting basis) or other appropriate form of documentation when using the work of external experts including the following:<br>• Audit procedures performed on the data provided by the client to the specialist or expert;<br>• The findings of the specialist or expert;<br>• The resolution of questions and comments raised by the specialist or expert;<br>• Our assessment of whether the work of the specialist or expert is adequate for purposes of the audit (i.e., it provides the planned degree of audit evidence in support of the financial statement assertions(s) being tested); and<br>• Our assessment of whether the specialist's or expert's documentation is sufficient to meet professional requirements? | N/A<br>*Verify appropriate documentation of specialists' work | PwC Audit 2080-95<br>EGA(s) Use of the work of an expert engaged by PwC - [FSLI], Use of the work of an expert employed or engaged by management - [FSLI] and/or Use of the work of a specialist in a field other than accounting or auditing, as applicable<br>EGA Verify appropriate documentation of specialists' work |

### 5. Substantive Testing

| | | |
|---|---|---|
| For substantive revenue analytics and for other substantive analytics performed to obtain audit evidence in response to elevated and/or significant risks:<br>• Based on the desired level of evidence, have sufficiently precise expectations been developed and documented using data evidenced to be reliable for this purpose?<br>• Have appropriate thresholds been developed and documented?<br>• Have differences from expectations been appropriately investigated, corroborated and documented? (The entire difference from expectations should be addressed, not solely the amount which exceeds the threshold.) | Yes. Refer to link attached for details on expectations, thresholds, and results. The analytics have not been performed in response to significant or elevated risks.<br>Substantive analytics - Salaries/payroll expense<br>Substantive analytics - Accruals, provisions and other liabilities | PwC Audit 3940-3946<br>Various substantive analytics EGAs (Note: Gather Evidence view may be filtered to display only substantive analytics EGAs.) |
| Has sufficient appropriate audit evidence been obtained in relation to revenue as a significant account? | Yes. Refer to our summary assessment of work performed in the Revenue memo.<br>Revenue Memo | PwC Audit 5750 |
| Do the working papers contain required documentation for the use of targeted testing, including evaluating the risk of material misstatement in the remaining balance? | Yes. In all areas where we performed targeted testing, we have appropriately considered and addressed the untested balance. | PwC Audit 5330 |

### 6. Estimates, Including Fair Value Measurements

| | | |
|---|---|---|
| The scope of the engagement leader review of testing should include at a minimum: | Done. Refer to link attached for assessment of estimates. | PwC Audit 5160-5163 and PwC Audit 5164 |

5

Confidential    PwC_B00006162

DX1654-5

| | | |
|---|---|---|
| <ul><li>Estimates, including fair value measurements, that present significant risks; and</li><li>Other estimates, including fair value measurements, identified as presenting high estimation uncertainty.</li></ul>List the estimates, including fair value measurements, that meet the above criteria in the response column to the right. | *Accounting estimates | |
| Where PwC MIDA (Market Information and Data Analytics) was used to gather evidence to corroborate management's valuation of investments, do the working papers include documentation:<ul><li>Addressing the basis for price tolerances or thresholds utilized?</li><li>Evidencing the engagement team's consideration of the complete range of prices received from MIDA, regardless of whether price tolerances or thresholds were utilized?</li><li>Evidencing the engagement team's analysis of securities for which MIDA did not return a price and the rationale supporting the extent of additional procedures performed, including, as applicable, why further procedures are not considered necessary in relation to the remaining un-priced portion of the portfolio?</li></ul> | N/A. MIDA was not used. | PwC Audit 5160-5163 and PwC Audit 5164 |
| Do the working papers include evidence supporting our understanding of the valuation methods used by management sufficient to support our evaluation of the categorization of Level 1, 2 and 3 assets disclosed in accordance with ASC 820-10-50? | Yes. Refer to the following EGA:<br><br>Test fair value of cash and cash equivalents and short-term investments | |
| **7. Pension Asset Testing** | | |
| If an alternative materiality threshold was established for substantive testing of pension plan assets, do the working papers include documentation reflecting our consideration of each of the following in support of our related materiality judgments:<ul><li>Potential income statement impact of an error in the valuation of plan assets based on the expected return on plan assets (subsequent year's expense);</li><li>Comprehensive income (loss);</li><li>Funded status of the plan (net balance sheet asset or liability);</li><li>Total equity, including the accumulated OCI component; and</li><li>Disclosure of total plan assets?</li></ul> | Noted that the Company does not have material pension plan. | PwC Audit 1313<br><br>EGA *Alternative pension plan asset materiality* |
| Do the working papers include documentation supporting our rationale regarding the scope of our testing across the | Noted that the Company does not have material pension | |

6

| | | |
|---|---|---|
| entity's various plans (e.g., U.S. vs. non-U.S. plan assets)? | plan. | |
| **8. Income Taxes** | | |
| Do the working papers include documentation of the following, if applicable: | | PwC Audit 2084 and PwC Audit 5710 |
| • Evidence of the appropriate involvement of audit team members in the execution and review of income tax procedures (including review of current and cumulative deferred taxes)? | Yes. Refer to link attached. *Final tax clearance | EGA *Final tax clearance |
| • Audit procedures applied to tax balances, including uncertain tax positions? | Yes. Refer to link attached. *Final tax clearance | EGA *Final tax clearance |
| • Consideration of the realizability of net deferred tax assets and the adequacy of any related valuation allowance (e.g., do net operating loss carryforwards exist without a valuation allowance in a company with 3 years of cumulative net losses)? | Yes. Refer to link attached. Test deferred tax balances | Yes. Refer to link attached. |
| • Consideration of changes in repatriation strategies and earnings in foreign subsidiaries on the accounting for income taxes? | Yes. Refer to link attached. Test deferred tax balances | EGA Assess outside basis differences and the reasonableness of the entity's indefinite reinvestment assertion |
| **9. Journal Entries** | | |
| Have we documented our rationale and judgments used in determining the journal entries selected for testing and have we assessed the completeness of the journal entry population from which entries were selected? | Yes. Refer to the following EGAs: *Plan response to risk of management override *Journal entries and other adjustments | PwC Audit 5692, PwC Audit 5693 and PwC Audit 5694 EGA Planned overall responses to RoMM EGA Journal entries and other adjustments |
| Have we obtained appropriate corroborating evidence and documented our findings and conclusions related to journal entries subject to testing, including those selected from the underlying accounting systems and those recorded top-side for financial statement presentation? | Yes. Refer to link attached *Journal entries and other adjustments | PwC Audit 5693 and PwC Audit 5694 EGA Journal entries and other adjustments |
| **10. Independence** | | |
| Has it been determined that there are no matters affecting the independence of the Firm and the objectivity of the engagement leader and audit staff, including: <br>• Non-audit services; <br>• Business relationships; and <br>• Employment of former PwC employees? | Yes. No issues have been noted. Refer to the following EGA: *Update independence procedures | PwC Audit 3111 EGA Update independence procedures |
| **11. Multi-location Engagements** | | |
| For multi-location engagements, has the group engagement team: | | PwC Audit 8000 |
| • Confirmed the scope of work related to significant | N/A. This is not a multi-location engagement. | PwC Audit 8220-8224 and PwC Audit |

7

| | | | |
|---|---|---|---|
| | and non-significant components? | | 8230-8235<br>EGA GA - Multilocation audit scoping |
| • | Provided the component auditor with the complete list of related parties (including affiliates, board members, officers and other persons fulfilling a senior management function of the client). (The list of related parties communicated would supplement the list of affiliates included in the independence process.) | N/A. This is not a multi-location engagement. | PwC Audit 5643 and PwC Audit 5644.07 |
| • | Obtained the appropriate confirmations and representations from component auditors (both PwC and Non-PwC)?<br>Note: These include confirmations with respect to independence, the competency of the team to perform the work requested, AS 3 documentation requirements, and others as discussed in PwC Audit 8310 through 8330. | N/A. This is not a multi-location engagement. | PwC Audit 8310-8330 |
| • | Obtained, reviewed, and included in the working papers the requested documents (e.g., completion memorandum, interoffice report) from component auditors? | N/A. This is not a multi-location engagement. | PwC Audit 8310-8330 |
| • | Resolved and documented all matters noted by component auditors? | N/A. This is not a multi-location engagement. | PwC Audit 8400 |
| **12. Evaluating Control Deficiencies** | | | |
| • | Have underlying control deficiencies related to SUM items or proposed audit adjustments booked by management been identified and evaluated on the SAD? | Yes. Refer to the following EGAs:<br>*Prepare a summary of aggregated deficiencies | PwC Audit 6240<br>EGA *Prepare a summary of aggregated deficiencies (IA)* or *Evaluate identified control deficiencies* |
| • | For the Summary of Aggregated Deficiencies, have we considered and documented the impact of identified control deficiencies, including IT-related deficiencies, and deficiencies in ELCs on our audit strategy? | Yes. Refer to the SAD:<br>*Prepare a summary of aggregated deficiencies | PwC Audit 4705, PwC Audit 4710 and PwC Audit 4720, PwC Audit 4740 |
| • | Have we obtained audit evidence for purposes of our financial statement audit for periods prior to when control deficiencies were remediated? | Yes. Refer to the SAD:<br>*Prepare a summary of aggregated deficiencies | PwC Audit 4740 |
| • | Have compensating controls been sufficiently considered and tested when relying upon such controls? | Yes. Refer to the SAD:<br>*Prepare a summary of aggregated deficiencies | PwC Audit 4705, PwC Audit 4710 and PwC Audit 4740 |
| • | Have all material weaknesses and significant deficiencies been communicated, in writing and within the required timeframe, to management and the audit committee (or its equivalent)? | Yes. The engagement team identified significant deficiency and communicated to the audit committee. | PwC Audit 7420 (Public)<br>PwC Audit 7420 (Non-Public)<br>EGA *Client communications -* |

8

| | Refer to the following EGA:<br>*Client communications - completion | *completion* |
|---|---|---|
| **13. Financial Statements and Audit Reports** | | |
| Have we appropriately evaluated and documented the rationale for classification of cash flow activities among financing or investing or operating activities, including:<br>• Changes in cash overdrafts;<br>• Changes in restricted cash;<br>• Cash flows from auction rate securities; and<br>• Premium or discount associated with debt retired during the period? | Yes. Refer to the following EGA:<br>Test statement of cash flows | |
| Have purchases of property and equipment which may be included in accounts payable or accrued expenses been appropriately considered in the statement of cash flows? | Yes. Refer to the following EGA:<br>Test statement of cash flows | |
| Have we considered modification of our audit report for significant consistency matters, such as when the comparability of the financial statements between periods has been materially affected by changes in accounting principles or by material adjustments to previously issued financial statements? | We noted no significant consistency matters that would require modification of the audit report. Refer to:<br>*Audit reports | PwC Audit 10224<br>EGA *Audit reports* |
| **14. Legal Letters** | | |
| Do the working papers include adequate documentation of the disposition of:<br>• Matters identified in legal letter responses;<br>• Legal letters requested but not received? | Yes. Refer to<br>*Lawyers letters and other LC&A procedures | PwC Audit 5614 and PwC Audit 5615<br>EGA *Lawyers letters and other LC&A procedures* |
| Has the engagement leader read and considered all lawyer's responses that contain specific information related to pending or threatened litigation, claims and assessments, or unasserted claims and assessments? | Yes. Refer to<br>*Lawyers letters and other LC&A procedures | PwC Audit 5612<br>EGA *Lawyers letters and other LC&A procedures* |
| Have we considered obtaining updated legal representation letters? | Yes. Due to the timing of the initial legal rep letters, we note that update letters were not necessary.<br>*Lawyers letters and other LC&A procedures<br>*Consider obtaining updated letters from lawyers | PwC Audit 5613<br>EGA *Lawyers letters and other LC&A procedures*<br>EGA *Consider obtaining updated letters from lawyers* |
| **15. Required Communications** | | |
| Have we made all required communications (including PCAOB Rules 3524, 3525, and 3526) to management and the audit committee (or its equivalent)? | Yes. Refer to<br>*Client communications - | PwC Audit 7110<br>EGA *Client communications –* |

9

|  |  | completion | completion |
|---|---|---|---|
|  |  | *Update independence procedures | EGA *Update independence procedures* |

### B. Engagement Completion Considerations
Document the overall conclusions on the engagement below.

#### 16. Significant Matters

| Confirm that all required and engagement specific significant matters been documented, resolved, and reviewed by the engagement leader and quality review partner, including significant matters for: <br>• The Summary of Uncorrected Misstatements (SUM) and other identified misstatements proposed by PwC and recorded by management; <br>• The Summary of Aggregated Deficiencies (SAD) for integrated audits; <br>• Significant changes to the audit strategy or audit plan; and <br>• Results of work performed in response to significant risks | Done. Refer to <br><br>SUM FY 2014 <br>SAD FY 2014 <br>Summary of results of audit procedures performed in response to significant risks <br>Xpliant Accounting | PwC Audit 2300 <br>EGA *Prepare an engagement completion document* |
|---|---|---|

#### 17. Independent Reviewing Partner

| If applicable, confirm that the independent reviewing partner checklist has been completed and signed off by the independent reviewing partner. | N/A. We are not utilizing an IRP. | EGA *Independent Reviewing Partner completion sign-off* |
|---|---|---|

#### 18. Quality Review Partner

| Confirm that the Quality Review Partner's (QRP) review has been completed and that the QRP's involvement been appropriately documented. | Done. Refer to <br>*QRP sign-off - Planning <br>*QRP sign-off - Completion | EGA *QRP sign-off - Planning* <br>EGA *QRP sign-off - Completion* |
|---|---|---|

#### 19. Conclude on Sufficiency of Audit Evidence Obtained and Documented

| Confirm that all audit work has been performed and audit documentation has been completed in accordance with the Firm's documentation standards. Teams are reminded that the final audit documentation should be sufficient to enable an experienced auditor having no previous connection with the engagement to understand the nature, timing, extent, and results of auditing procedures performed, evidence obtained and conclusions reached. | Done. All documentation is sufficient and completed | PwC Audit 2460 |
|---|---|---|
| Confirm that all open coaching notes and other open points have been satisfactorily resolved. | Done. All coaching notes are addressed. |  |
| Confirm (based on the results of the audit procedures performed as reflected in the underlying documentation and as shown in the Audit Risks and Gather Evidence views, including audit evidence obtained from component auditors) that sufficient appropriate audit evidence has been obtained from the audit work performed on all relevant assertions and underlying controls related to the entity's significant account balances, material classes of | Done. All audit evidence has been obtained to address assertions and controls for significant balances. | PwC Audit 3735 |

10

| | | |
|---|---|---|
| transactions, and disclosures to support our reports on the financial statements and, if applicable, the effectiveness of internal control over financial reporting. | | |
| Confirm that appropriate completion procedures have been performed on the final financial statements (and other information, as appropriate), including examining material adjustments made during the course of preparing the financial statements. Confirm the financial statements and related disclosures have been reconciled to the underlying accounting records. | Done. All completion procedures have been performed and reviewed. | PwC Audit 6620 |

**Audit Completion and Final Engagement Sign-off**

The manager and engagement leader should mark this EGA as "Reviewed." By review of this EGA, the engagement leader is confirming that the engagement has been appropriately executed in accordance with US GAAS and PwC policy.

Note: The completion of this checklist and the review and approval of this sign-off EGA should be performed prior no later than the report release date.

| | |
|---|---|
| Engagement Leader Name   Tye Thorson<br>Date | Engagement Manager Name   Mauro Botta<br>Date |

11