# DX1671



