# DX1692

 **Gmail**                                              Mauro Botta <siskodlg@gmail.com>

## Hangout with Mario Piergallini
January 12, 2018

**Mauro Botta** - 10 14 AM
103 and climbing
my crusade and these trips are killing me

**Mario Piergallini** - 10 14 AM
what's 103?

**Mauro Botta** - 10 14 AM
temperature

**Mario Piergallini** - 10 14 AM
ouch

**Mauro Botta** - 10 14 AM
trending up according to the latest rasmussen poll

**Mario Piergallini** - 10 25 AM
are you back at work?
I mean not with a fever

**Mauro Botta** - 10 25 AM
today in bed

**Mario Piergallini** - 10 26 AM
work at all this week?

**Mauro Botta** - 10 26 AM
due tol my ny trip...not myuch
waitinng hoping in offer letter

**Mario Piergallini** - 11 16 AM
another offer letter?

**Mauro Botta** - 12 12 PM
yes

**Mario Piergallini** - 12 15 PM
from who?

**Mauro Botta** - 12 20 PM
ey

**Mario Piergallini** - 12 20 PM

```
Lorrie L Marchant, CSR# 10523 RMR, CRR, CCRR, CRC
EXHIBIT 43
WITNESS. Mauro Botta
CASE  Botta v. PricewaterhouseCoopers
CASE No.: 3:18-CV-02615-RS
DATE  Tuesday September 25 2018
```

PLAINTIFF 00661

https://mail.google.com/mail/u/0?ik=b10d6e6d11&view=pt&search=all&permthid=thread...    8/28/2018

oh nice
audit I"m guessing?

**Mauro Botta** - 12 20 PM
wrong guess
cmaas
which i hate, loathe
but

**Mario Piergallini** - 12 21 PM
haha

**Mauro Botta** - 12 21 PM
as the best auditor ever, dsadly they're not letting me do my job

**Mario Piergallini** - 12 21 PM
haha

**Mauro Botta** - 12 21 PM
i blew up armanino in less than 2 months
they conceded the whole firm is in aicpa codes violation
so now they did national initiative to fix it

**Mario Piergallini** - 12 21 PM
holy fuck

**Mauro Botta** - 12 22 PM
how many firms must i blow up before someone listens to me

**Mario Piergallini** - 12 22 PM
why aren't you there to fix it?
that seems right up your alley

**Mauro Botta** - 12 22 PM
i dont have the power to mandate national policy, i told them what to do
they issue the directives
but same answers as pwc
"everyone does the same"

**Mario Piergallini** - 12 22 PM
so you'll be unhappy cuz they wont go far enouhg?

**Mauro Botta** - 12 22 PM
"partner is ok with it"
no, if they fix it, kudos to them, but i am dropping IQ by the second the longer i stay here
quantity over quality
but
they filed my account while i was in italy despite they knew i did not concur
so there's an answer for that too...

**Mario Piergallini** - 12 23 PM
oh my god
don't they know who you are?

PLAINTIFF 00662

**Mauro Botta** - 12 24 PM
i am going insane, i cant fix the world but i cannot help not to
they do not

**Mario Piergallini** - 12 24 PM
lol

**Mauro Botta** - 12 24 PM
and i am not done with p-dub
eventually these things will catch up with me
die for ideals

**Mario Piergallini** - 12 24 PM
do you have to disclose this activity with EY?

**Mauro Botta** - 12 25 PM
0
checked
as of now nothing to disclose as well actually
as of now....

**Mario Piergallini** - 12 25 PM
got it

**Mauro Botta** - 12 25 PM
but they still have to give me the verdict if hired or not
i'd welcome some stability in my life
cuz i am not doing too well

**Mario Piergallini** - 12 26 PM
sure you would

**Mauro Botta** - 12 29 PM
u wouldnt believe me if i'd tell u all is going on
destroying my life just to be able to sleep at night
to each his own cross

**Mario Piergallini** - 12 30 PM
you're right I wouldn't believe it
I do feel bad about this burden you've decided to carry

**Mauro Botta** - 12 41 PM
there're times like this that i dont feel good either
must be the fever
but this is as one man against an entire system as it gets
and so far i am losing

**Mario Piergallini** - 12 42 PM
lonely road dude

**Mauro Botta** - 12 42 PM
very
totally empty

PLAINTIFF  00663

https://mail.google.com/mail/u/0?ik=b10d6e6d11&view=pt&search=all&permthid=thread...   8/28/2018

PLAINTIFF 00664

https://mail.google.com/mail/u/0?ik=b10d6e6d11&view=pt&search=all&permthid=thread...   8/28/2018

**DX1692-4**