# JX2

keholder Interviews        Feedback for Mauro Botta                May 2014
                           Consolidated and Summarized

Introduction:

The purpose of this feedback is to provide you the perspective of the selected individuals below with respect to your goal to understand their considerations in rating you a Top Performer and/or supporting you as a partner candidate. The questions you and I formulated were based on those specific aspects and so were mainly positioned as development oriented. This feedback, therefore, largely reflects areas of development.

However, it was not only clear from the interviews that you are widely respected and thought of as a tremendous asset to PwC, it was specifically requested that I ensure you know you are held in high regard and that you should hold the feedback in the manner intended, to support you in being successful in attaining your goals.

The following people were interviewed:

1. Deepak Bhandarkar
2. Johan Furstenberg
3. Laura Bustamante
4. Mandy Dhillon
5. Richi Jobanputra
6. Tye Thorson

The questions they were each asked were:

1. What strengths does Mauro possess that support him in being rated a top performer and/or becoming a partner?

2. What is preventing Mauro from being rated a top performer and/or progressing to partner?

3. What are specific examples of these situations?

4. What is the impact on you in these situations?

5. What is an approach that Mauro could use that would work for you?

6. What is the single most impactful improvement that he could make?

The first part of this document is a summary of the responses provided. The second part is the actual responses.

PLAINTIFF 0023

Stakeholder Interviews      Feedback for Mauro Botta                May 2014
                            Consolidated and Summarized

**SUMMARY RESPONSES**

1. **What strengths does Mauro possess that support him in being rated a top performer and/or becoming a partner?**
   Exceptional auditor

   Very passionate, and when fully passionate about something, will drive it all the way through on his own initiative

   Excellent client relationships and great coach to staff

2. **What is preventing Mauro from being rated a top performer and/or progressing to partner?**
   Perform more independently.

   He brings problems, many of them, not solutions.

   Emotional and black and white. Can be polarizing.

   Communication style tends to be negative.

   Creates fires instead of preventing them.

   Does not support partners.

3. **What are specific examples of these situations?**
   See examples

4. **What is the impact on you in these situations?**
   Invested a lot of time trying to save him (in response to Mauro threatening to leave).

   He does more harm to himself than me.

   Partner has to deal with the problems presented rather than helping implement Mauro's ideas for solutions.

5. **What is an approach that Mauro could use that would work for you?**
   Focus on work rather than issues. Get on with things.

   Reframe complaints and find solutions.

   Step out as a positive role model.

6. **What is the single most impactful improvement that he could make?**
   Soften the edges and not be so black and white. Adapt your style.

   Stop the conspiracy theories.

   Choose your battles.

   Frame things in the positive.

   Take the lead, rather than be led.

PLAINTIFF 0024

Stakeholder Interviews      Feedback for Mauro Botta                May 2014
                            Consolidated and Summarized

# CONSOLIDATED RESPONSES

1. **What strengths does Mauro possess that support him in being rated a top performer and/or becoming a partner?**

   Client relationship – Mauro's unique style works for him there. He really connects with clients in a positive way. An example of this is when a client was transitioning from public to private to merger; he had to interact with 3 different management teams. There were also many different personalities involved and the transition required a complete culture shift. Through and through there was Mauro, dealing well with it all and forging close bonds with the clients. Mauro, in his way, made a positive impact. The client still asks about him today.

   Clients really like him too. He is approachable and responsive.

   Really good with people. He is a very good coach for our staff. Rolls up his sleeves with staff and teaches them.

   Dedicated, loyal, hard working

   Strong set of values, high integrity, trust worthy, ability to call a spade a spade.

   Mauro has very strong professional skepticism and it is a very good thing.

   He is open and direct in a way that others aren't.

   When Mauro is engaged and passionate, he gets it done and delivers excellent quality work.

   His passion for our business and PwC.

   Passionate about what he does when he wants to do it. If he is on a project he cares about (such as billings), he'll own it. He did a great job with billings and collections.

   When he cares about something he'll drive it all the way through – an example is centralized billing. He did this on his own initiative. He created more nimbleness in the market team.

   When his head is in the game, he is hitting on all cylinders

   Mauro is the guy that gets things done. One example is the billings and collections. You can count on Mauro to get results.

   He understands our business. He understands that we need to deploy efficiently, record time, bill and collect. He understands those KPIs for our business and owns them in a way that distinguishes him from other senior managers.

   Mauro is coachable when he opens his mind and listens. He has responded well to business development coaching and is meeting with people in the market and bringing information back. He has executed nicely once he was shown how. He has a willingness to go try in the market; I really appreciate this.

   Mauro is funny. Gets things done with humor and yet is aggressive about it. I really, really like him. He is a great guy – funny as hell.

   He is very involved and in the know. He stays connected and is proactive about it.

   He is an amazing asset to the firm.

   Very detail oriented.

PLAINTIFF 0025

I would always trust him getting an audit done right. All partners would wave his flag here- which is big in this world.

He has a great ability to audit things.

2. **What is preventing Mauro from being rated a top performer and/or progressing to partner?**

He gets very emotional about the profession here. He has been on the cusp of leaving PwC 12 times. We invest time in him each time to let him know he is valued here. If wants to be partner, he needs to be able to suck it up, grab the bull by the horns and just go do it. What we deal with is not perfect, you just have to suck it up and deal with it and be a leader.

For the top-notch, distinguishing exceptional performer, he could run more independently. And, at the end of the day, elevate his ownership and demeanor.

I am a big Mauro supporter. But, at least once a year he threatens to resign. He got in his box and still got a '2'/outstanding performer. He was himself and still got a '2'. But, he appears to enjoy being himself! In order to be a partner, you need to live with the full package of what is required. That sacrifice may be more than Mauro is willing to make.

Our work is dynamic and there are people issues that are grey. Mauro is not comfortable with the grey – he needs to recognize the black and white within himself. He does not embrace it. There are different ways to get a message across that includes people and helps bring them along. He does not bring people along.

Mauro has a misplaced sense of what leadership means. There is what reality of leadership really is and what he thinks it is.

He tends to be too black and white. It is polarizing. He can rub people the wrong way - especially when he has formed a negative opinion about them.

He does not know how to pick his battles to change the world. All is a battle to Mauro. He needs to understand and operate within the established system.

He has a reputation for being quirky and eccentric. This can be an advantage -- but his is more a matter of not fitting in than being unique. His can be more alienating.

It is obvious when he is not enjoying himself, he drags himself in and everyone see it.

When you are a 1 rated top performer / partner, you tow the party line. Mauro engages too in negative discussions with people he has beneath him. He needs to reframe the negative stuff and get behind fixing it, not just complaining about it. He can no longer engage with people beneath him like that. The flip side of Mauro being so open is that he does not have a filter. He really needs to understand how important it is to frame things in the positive – he needs coaching on this communication style or it will hinder professionally.

This is anecdotal – I've heard he is not thorough in his detail work. He focuses on getting things done and he gets it done, but it might be somewhat messy.

Because he is such an execution guy – I don't see him as strategic.

He conversations are more about problems than solutions. You want a partner who will solve problems, not bring issues.

He is really passionate about PwC. He likes being an auditor and working with clients. He likes that we are a people business. He likes being part of the PwC family. Part of that makes him want to be in the know all the time and have all his fingers in the pie. If an engagement team calls needing help, he will unselfishly come in and help, even if he has three other fires going of his own. If you want to know anything about our clients and audits and staff, he knows. But, that is also his downfall. He will text me,

PLAINTIFF 0026

call me, ping me at any time day or night about situations that are going on. They may not even be relevant – not his client, not his domain, not urgent – just something he finds unwise or concerning. He does not filter these appropriately and as a result he spends too much time on areas that do not require his attention and takes away time from things he should focus on.

We are all very good at fire-fighting. We routinely face unexpected issues. But we can get there in a headless chicken type act or we could do fire prevention and do it in an orderly manner. Mauro would rather have a headless chicken act – part of him likes that.

He is an emotional Italian guy. This provides him great things but it also lets things bother him. He is a little too high and too low – he swings emotionally. He believes strongly in things – it is a good thing to have a POV on things and but his are often emotionally based.

He has an opportunity to listen to people more, whether he likes them or not. He tends not to listen to people he doesn't like.

I do not think Mauro could ever be a partner. But, I cheer for him and want him to rise above it.

I don't think the way he develops his client relationships is very effective.
He doesn't trust any of his clients. It is great to have the skepticism, but as a partner or senior manager, you have to know when to crank it down and just listen and get the job done.

He is an us vs. them kind of guy. You have to be able to go to the next level when you are a partner. It becomes a professional relationship we have to nurture.

3. **What are specific examples of these situations?**

Quirky; Always wear a different pin every day – this is a subtle quirkiness that projects who he is. This is good. But, the big metal briefcase and the star trek conventions need to toned down and kept personal- keep it culturally appropriate.

He throws partners under the bus.

Billings and collections, while absolutely a great help to our practice, is an example of him being more tactical than strategic.

Testing journal entries on a client we worked on a year ago. In general, there are 10 tactical steps that we know we need to happen. He delegated these or left them to someone else. We knew the client was not sophisticated about this aspect of the work and couldn't assume the client would be good at this. We needed to hand hold – but didn't. He wanted to prove they did not know their stuff. We had a file drill 2 days before filing that cost us a lot of money.

Mauro's clients comes to me on a lot of important questions or decisions. My general gauge on my senior managers is if the client calls me or them - that is a data point that there is an issue of skill or trust.

Our clients theoretically should do a lot of things and smart things – and in reality they are not always smart. You get used to that in Silicon Valley. As long as I get paid to help any type, we are all good. It is good to have a goal of getting them better, but they don't always react that way. On a client we have a technical thing that came up (very strong technically). We had to go to national office on a matter that was complex. Mauro wrote a memo and national said it was significant. Our client asked for help to do a write up. A Partner would just get to work and write the memo and figure out how to conclude our opinion. Mauro would not give them the memo. His position was that it is not our responsibility to do that. Our national office said this is complicated - if it is complicated for us, how can we expect this little company to nail this. Not sure if it is a sign of Mauro's level of maturity. As a partner you have to have the position that you want the these guys to like you, you want a good audit and relationship, you'll just do it.

PLAINTIFF 0027

Stakeholder Interviews        Feedback for Mauro Botta                May 2014
                              Consolidated and Summarized

Until he gets the clients pounding the table for him, I don't think he'll ever make partner. Perhaps a role for him would be head of admin and real estate – he could do a great job on that. I don't see him being a good client service person.

It is all the things that go into a relationship where your client respects and trusts you. We need to be responsive and respectful and work on relationships. Take them to lunch... do all those things.

With Mauro – he likes to refute every specific thing that people come up to him. That is why I don't think he ever got a real message. His core personality is being a really good auditor, but that doesn't mean you can be a really good partner.

Going to lunch with your client and looking out for them and looking down the pike and warning them – that is the easy stuff. Build good teams. Don't know that I would trust an engagement to Mauro.

4. **What is the impact on you in these situations?**

His behaviors do not really impact me - I am used to dealing with Mauro. The impact is really on him; his behavior holds him back.

I have invested a lot of time trying to save him (in response to Mauro threatening to leave). I do that because I like him and he does really do great work here.

I've known him long enough and am happy with the job he is doing. He does more harm to himself than me.

His frequent crying wolf (threatening to leave) does not help him in the outcome he wants.

Mauro comes to me with problems that I then have to deal with - I have to come up with a solution. Instead of wow, he has already thought of a solution and I just have to help him get there, he rants and dumps a problem in my lap. It wears me down rather than helps get at the solution. An example opposite of this is what he is doing for billing and collection – he brings the issues and solutions. No blow by blow. He helps me help him.

No impact on me really. I reach out to him for his strengths.

I have to watch the dynamics of the relationship more closely and spend more time making sure I fill in the gaps that Mauro doesn't fill in. When you get to be a partner they need someone to confide in and trust and who will look out for you. He is not strong in building a trusting relationship – but, I have seen an improvement.

5. **What is an approach that Mauro could use that would work for you?**

When he is on his game and it is about client service, Mauro tends to be more understanding, patient and facilitating. If his mindset changed to seeing the PwC people as clients, this would work. If he has bad feelings about people here at PwC he could treat them like he would a client. He needs to adjust to them, not them adjust to him.

Reframe complaints and find solutions.

Step out as a positive role model on the team. If he was communicating differently people might get some energy behind the things he wants to change. Mauro – be the change / be positive.

6. **What is the single most impactful improvement that he could make?**

Professional presence; if he wants to be the crème de la crème of Silicon Valley Sr. managers, he needs more polish and professional demeanor. He needs to raise his profile.

PLAINTIFF 0028

Mauro needs to soften the edges and not be so black and white. He has been told this by so many people. Stop the conspiracy theories. We are not out to get him.

Unless he has a fundamental change in his outlook on how he works with people, then I would say he will not make partner. It is not submission – it is about getting it smoother on the edges – being culturally appropriate, not living in a perfect world, choosing his battles.

The possibility of making partners is slim because he has burned bridges with people. That is not who gets in the club. This needs to be fixed no matter what. Because of what he has done in the past, it may be impossible to be partner but, he could become a top performer if he communicates in a way, a way of true leadership.

If he frames it in the positive, he is framing it as a solution.

If he could couple his passion with great positive communication, he could a long way. It would make a huge difference in how all levels see him – as well as his clients.

I appreciate Mauro's uniqueness (pins, briefcase ...) – it does not hold him back in my opinion.

Play back a recording of how he sounds when he is delivering messages. He has beliefs that he holds very strongly and they hold him back from seeing things a different way. He is burdened by seeing negative things.

I am curious what his thoughts are in terms of career. Is it partner or nothing? Can he see himself as an MD or Director title? He is a real asset to the firm. He has great skills. It would be a shame for us to lose him.

I'd like to see him take the lead rather than be led. At his level you would expect that he is calling more of the shots and getting the buy-in from the team, client and partner. He is not stepping up all the way – he is more executing and sometimes not even fully executing, he leaves things to the partner. Yet, the partner assumes he is doing all the necessary things. Mauro comes to the table later and says they aren't done. He should take some of the action items more on himself. If he is leading that would force him to be a better project manager – plan and get to the fix first, before problems happen.

Mauro should spend more time at his clients, whether he needed to be there or not, hang out at office an extra day a week, walk the halls, check in with CFOs and others. Build the relationships where the client would never want to leave PwC.

Adapt – learn how to deal with client. Rise above it so can he become a trusted advisor to the client. The auditing profession in Italy is different. The client doesn't say no to us. I hold out hope that Mauro could adapt. If he were really responsible for bringing in the revenue and keeping clients, as partners are, he would have to adapt fast.

The one thing is he needs to get his clients out of trouble – he needs to see out weeks, months, years and let them know what is coming up so they can be addressed now. Mauro lets them sit and ends up being late delivering on stuff. 1's/top performers would never let things go to the fire drills stage.

Good side: He suspected the transactions his client were doing was goofy – he did not trust what they were telling us. He stuck with it and found something and it turned out his suspicions were right. We got to bottom if it. It was Mauro's skepticism that did that for us.

I would love to see him succeed and have the clients advocate for him.

**GOALS**

1. TBD

PLAINTIFF 0029