UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

**Case No.** 18-cv-02615-AGT       **Case Name**:  Botta v. Pricewaterhouse Coopers LLP, et al.

**Date:** Monday, February 24, 2021       **Time**:  8:30 AM – 2:14 PM

**The Honorable Alex G. Tse**

**Clerk**: Stephen Ybarra       **Court Reporter(s):** Debra Pas / Jo Ann Bryce

| **COUNSEL FOR PLTF**: | **COUNSEL FOR DEFT**: |
|---|---|
| Alex Cabeceiras and Ingrid Evans | Moez Kaba and John Hueston |
| Trial Began: February 22, 2021 | Further Trial: February 25, 2021 |

**Trial Motions Heard:**           **Disposition**

1.
2.
3.

Other Notes:

Plaintiff resumes direct examination of Mauro Botta.   Defendant conducts cross-examination of Mauro Botta. The parties shall submit written briefs regarding their respective positions on the waiver issue raised during today's proceedings; and the briefs are due by 8:30 AM on 2/25/21.  The parties shall meet and confer in order to determine whether agreement can be reached regarding the subject of producing management work papers for 2015.  Court adjourned until 2/25/21 at 8:30 AM.

Admitted Exhibits:

Plaintiff's Exhibit Nos. 104-2, 105, 109, 138, Defense Exhibit Nos. 1004, 1006, 1074, 1105, 1107, 1188, 1239, 1262, 1474, 1484, 1494, 1546, 1630, 1636, 1639, 1640, 1644, 1652, 1677, 1680, 1700, DOC Nos. 2019, 2029, 2032 and Joint Exhibit Nos. 4, 5, and 6.