UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

**Case No.** 18-cv-02615-AGT           **Case Name**:   Botta v. Pricewaterhouse Coopers LLP, et al.

**Date:** Wednesday, March 3, 2021        **Time**:  8:33 AM –  1:28 PM


**The Honorable Alex G. Tse**

**Clerk**: Stephen Ybarra                **Court Reporter(s):** Debra Pas / Jo Ann Bryce

**COUNSEL FOR PLTF**:                    **COUNSEL FOR DEFT**:

Alex Cabeceiras and Ingrid Evans         Moez Kaba and John Hueston

Trial Began: February 22, 2021           Further Trial: March 4, 2021

**Trial Motions Heard:**                 **Disposition**

1. _____        _____

2. _____        _____

3. _____        _____

Other Notes:

Defendant resumes direct examination of Kevin Healy; and cross and redirect are conducted as well. Defendant calls Stig Haavardtun as witness and direct examination and cross examination are conducted.  Defendant calls Jason Flemmons and direct examination is conducted.  Court adjourned until 3/4/21 at 8:30 AM.


Admitted Exhibits:

**Plaintiff's Exhibit Nos**. 105-33, 210 (formally known as PX1178), 211 (formally known as DX1330 with attachments), 212 (formally known as DX1317 with attachments), **Defense Exhibit Nos**. 1019, 1116, 1144, 1157, 1185, 1214, 1220, 1405, 1676, 1707, 1715, 1718,  and **DOC No**. 2002 , and Joint Exhibit Nos. 26, 36, and 37