UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-2615-AGT
Case Name: <u>Botta v. Pricewaterhouse Coopers LLP</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Alex G. Tse | PLAINTIFF ATTORNEY: Alex Cabeceiras and Ingrid Evans | DEFENSE ATTORNEY: Moez Kaba and John Hueston |
|---|---|---|
| TRIAL DATE: 3/3/2021 | REPORTER(S): Debra Pas | CLERK: |
| | Jo Ann Bryce | Stephen Ybarra |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Court Reporter – Debra Pas** | |
| | | 8:33 AM | | | **Court in session.** | |
| | | | | | **Going forward the admitted exhibit formerly known as DX1178 with attachments shall be recognized as PX210.** | |
| | | | | | **Going forward the admitted exhibit formerly known as DX1330 with attachments shall be recognized as PX211.** | |
| | | | | | **Going forward the admitted exhibit formerly known as DX1317 with attachments shall be recognized as PX212.** | |
| | | 8:36 AM | | | **Defendant resumes direct examination of Kevin Healy.** | |
| | DX1676 | 8:42 AM | X | X | Defendant Exhibit 1676 Admitted - Botta - EX27 | **Def** |
| | DX1144 | 9:11 AM | X | X | Defendant Exhibit 1144 Admitted - Email from Healy to Botta re Re: Checking in | **Def** |
| | DX1185 | 9:31 AM | X | X | Defendant Exhibit 1185 Admitted - Email from Healy to Scott re Mauro | **Def** |
| | DX1718 | 9:42 AM | X | X | Defendant Exhibit 1718 Admitted - DZSI FY2016 - Zhone Performance Review | **Def** |
| | DOC2002 | 9:51 AM | X | X | Exhibit DOC 2002 Admitted – Botta/K. Healy text message | **Def** |
| | | 9:54 AM | | | **Recess** | |
| | | | | | **Court Reporter – Jo Ann Bryce** | |
| | | 9:59 AM | | | **Court reconvenes.** | |
| | | | | | **Plaintiff conducts cross examination of K. Healy** | |
| | DX1405 | 9:59 AM | X | X | Defendant Exhibit 1405 Admitted - FY 14 Note | **Pltf** |
| | DX1019 | 10:05 AM | X | X | Defendant Exhibit 1019 Admitted - Email from Carey to Botta re Invitation: Catch up on Google/COE/Korean Opp @ Tue Oct 25, 2016 3pm - 4pm (mauro.x.botta@pwc.com) | **Pltf** |
| **PX105-33** | | 10:10 AM | X | X | Plaintiff Exhibit 105-33 Admitted – Botta Evaluation | **Pltf** |
| | | 10:15 AM | | | **Defendant conducts redirect of K. Healy** | |
| | | 10:15 AM | | | **Kevin Healy excused** | |

1

Case No: 18-cv-2615-AGT
Case Name: Botta v. Pricewaterhouse Coopers LLP
Date: March 3, 2021
Courtroom Deputy: Stephen Ybarra      -  Court Reporter: Jo Ann Bryce and Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:16 AM | | | **Recess** | |
| | | 10:31 AM | | | **Court reconvenes. Discussion held regarding deposition transcripts and deposition testimony.** | |
| | | 10:36 AM | | | **Stig Haavardtun called as witness and sworn.** | **Def** |
| | | | | | **Defendant conducts direct of S. Haavardtun.** | |
| | DX1220 | 11:03 AM | X | X | Defendant Exhibit 1220 Admitted - Email from Lakritz to Haavardtun re FW: PWC request - FA $2K and prepaids $5K threshold analysis | Def |
| | DX1214 | 11:11 AM | X | X | Defendant Exhibit 1214 Admitted - Email from Lakritz to Haavardtun re More Complaints About Audit | Def |
| JX36 | JX36 | 11:14 AM | X | X | Joint Exhibit 36 Admitted - Email from Lakritz to Haavardtun re FW: Inventory counts for the items not subject to ABC program and roll back analysis | Def |
| JX37 | JX37 | 11:16 AM | X | X | Joint Exhibit 37 Admitted - Email from Lakritz to Haavardtun re Sally's Feedback on PwC Team | Def |
| JX26 | JX26 | 11:28 AM | X | X | Joint Exhibit 26 Admitted - HARMONIC discussion notes from 2-11-16 | Def |
| | DX1116 | 11:31 AM | X | X | Defendant Exhibit 1116 Admitted - Email from Botta to Watson re Re: Harmonic - notes from this morning's discussion - action required | Def |
| | DX1157 | 11:41 AM | X | X | Defendant Exhibit 1157 Admitted - Email from Haavardtun to Carey and Nelson re Fwd: Monday | Def |
| | DX1707 | 11:46 AM | X | X | Defendant Exhibit 1707 Admitted - Harmonic Progression Snapshot | Def |
| | | | | | **Court Reporter – Debra Pas** | |
| | | 11:55 AM | | | **Plaintiff conducts cross examination of S. Haavardtun.** | |
| | | 12:16 PM | | | **S. Haavardtun excused.** | |
| | | 12:17 PM | | | **Recess** | |
| | | 12:34 PM | | | **Court reconvenes.** | |
| | | | | | **The Court agrees to accept deposition testimony by written submission** | |
| | | 12:36 PM | | | **Jason Flemmons called as witness and sworn.** | **Def** |
| | | | | | **Defendant conducts direct of J. Flemmons.** | |
| | | 12:34 PM | | | **The Court designates J. Flemmons as an expert.** | |
| | DX1715 | 1:15 PM | X | X | Defendant Exhibit 1715 Admitted - ET Section 101 | Def |
| | | 1:27 PM | | | **Plaintiff's time remaining: 7 hrs 06 mins; Defendant's time remaining: 5 hrs 42 mins.** | |
| | | 1:28 PM | | | **Adjourned.** | |
| | | | | | **CRD reviewed the admitted exhibits with representatives for defense and they agreed on accuracy.** | |