UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

**Case No.** 18-cv-02615-AGT          **Case Name**:   Botta v. Pricewaterhouse Coopers LLP, et al.

**Date:** Thursday, March 4, 2021          **Time**:  8:31 AM –  9:51 PM

**The Honorable Alex G. Tse**

**Clerk**: Stephen Ybarra          **Court Reporter(s):** Debra Pas / Jo Ann Bryce

**COUNSEL FOR PLTF**:          **COUNSEL FOR DEFT**:

Alex Cabeceiras and Ingrid Evans          Moez Kaba

Trial Began: February 22, 2021          Further Trial: March 8, 2021

**Trial Motions Heard:**          **Disposition**

1. 
2. 
3. 

Other Notes:

Defendant conducts cross examination of Jason Flemmons; and redirect and re-cross are conducted as well. Court adjourned until 3/8/21 at 8:30 AM.