UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

**Case No.** 18-cv-02615-AGT          **Case Name**:   Botta v. Pricewaterhouse Coopers LLP, et al.

**Date:** Monday, March 8, 2021          **Time**:  8:30 AM – 1:05 PM

**The Honorable Alex G. Tse**

**Clerk**: Stephen Ybarra          **Court Reporter(s):** Debra Pas / Jo Ann Bryce

| **COUNSEL FOR PLTF**: | **COUNSEL FOR DEFT**: |
|---|---|
| Alex Cabeceiras and Ingrid Evans | Moez Kaba and John Hueston |
| Trial Began: February 22, 2021 | Further Trial: April 13, 2021 |

**Trial Motions Heard:**          **Disposition**

1.
2.
3.

Other Notes:

Defendant calls Walter Brown as witness and direct examination and cross examination are conducted. Defendant calls Mark Simon as witness and direct examination, cross examination, and redirect are conducted. Court adjourned until 4/13/2021 at 10:00 AM.

Admitted Exhibits:

**Plaintiff's Exhibit Nos**. 207-90, 218, 219, **Defense Exhibit Nos**. 1508, 1509, 1510, 1511, 1512, 1513, 1514, 1515, 1517, 1518, 1519, 1520, 1521, 1522, 1524, 1593,  **and Joint Exhibit Nos**. 20