UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-2615-AGT
Case Name: <u>Botta v. Pricewaterhouse Coopers LLP</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Alex G. Tse | | PLAINTIFF ATTORNEY: Alex Cabeceiras and Ingrid Evans | | DEFENSE ATTORNEY: Moez Kaba and John Hueston |
|---|---|---|---|---|
| TRIAL DATE: 3/8/2021 | | REPORTER(S): Jo Ann Bryce | | CLERK: |
| | | Debra Pas | | Stephen Ybarra |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Court Reporter – Jo Ann Bryce** | |
| | | 8:30 AM | | | **Court in session.** | |
| | | | | | **Walter Brown called as witness and sworn** | Def |
| JX20 | JX20 | 8:37 AM | X | X | Joint Exhibit 20 Admitted - Letter from US SEC to PwC re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1508 | 9:10 AM | X | X | Defendant Exhibit 1508 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) - PwC's 1st Document Production | Def |
| | DX1509 | 9:10 AM | X | X | Defendant Exhibit 1509 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1510 | 9:12 AM | X | X | Defendant Exhibit 1510 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) - PwC's 2nd Document Production | Def |
| | DX1511 | 9:12 AM | X | X | Defendant Exhibit 1511 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1512 | 9:13 AM | X | X | Defendant Exhibit 1512 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) - PwC's 3rd Document Production | Def |
| | DX1513 | 9:13 AM | X | X | Defendant Exhibit 1513 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1514 | 9:14 AM | X | X | Defendant Exhibit 1514 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) - PwC's 4th Document Production | Def |
| | DX1515 | 9:14 AM | X | X | Defendant Exhibit 1515 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1517 | 9:14 AM | X | X | Defendant Exhibit 1517 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) - PwC's 5th Document Production | Def |
| | DX1518 | 9:14 AM | X | X | Defendant Exhibit 1518 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1519 | 9:15 AM | X | X | Defendant Exhibit 1519 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) - PwC's 6th Document Production | Def |
| | DX1520 | 9:15 AM | X | X | Defendant Exhibit 1520 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
| | DX1521 | 9:15 AM | X | X | Defendant Exhibit 1521 Admitted - Email from Porcaro to enf-cpu@sec.gov re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) -- PwC's 7th Document Production | Def |

Case No: 18-cv-2615-AGT
Case Name: <u>Botta v. Pricewaterhouse Coopers LLP</u>
Date: March 8, 2021
Courtroom Deputy: <u>Stephen Ybarra</u>     - Court Reporter:    <u>Debra Pas and Jo Ann Bryce</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | DX1522 | 9:15 AM | X | X | Defendant Exhibit 1522 Admitted - Letter from Orrick to ENF-CPU re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) | Def |
|  | DX1524 | 9:18 AM | X | X | Defendant Exhibit 1524 Admitted - Letter from US SEC to PwC re In the Matter of Certain PricewaterhouseCoopers Audits (MSF-4149) Termination of Investigation | Def |
|  | DX1593 | 9:23 AM | X | X | Defendant Exhibit 1593 Admitted - ECF100-24 Declaration of Mauro Botta in Support of Plaintiff's Opposition to Defendant PwC's Motion for Summary Judgment | Def |
|  |  | 9:29 AM |  |  | **Plaintiff conducts cross examination of Walter Brown** |  |
| PX209 |  | 9:54 AM | X |  | Plaintiff Exhibit 209 Identified – July 5, 2017 Letter re Mauro Botta | Pltf |
| PX218 |  | 10:22 AM | X | X | Plaintiff Exhibit 218 Admitted – 1-31-2019 Declaration of Walter Brown with attachments | Pltf |
|  |  |  |  |  | **Court Reporter – Debra Pas** |  |
|  | DX1283 | 10:43 AM | X |  | Defendant Exhibit 1283 Identified - Email from Yang to Thorson re Box 7 3.2.15 12pm PST.docx | Pltf |
|  |  | 10:48 AM |  |  | **Recess** |  |
|  |  | 11:01 AM |  |  | **Court reconvenes.  Plaintiff resumes cross examination of W. Brown.** |  |
|  | DX1283 | 11:07 AM | X |  | Defendant Exhibit 1283 Identified - Email from Yang to Thorson re Box 7 3.2.15 12pm PST.docx | Pltf |
| PX207-90 |  | 11:20 AM | X | X | Plaintiff Exhibit 207-90 Admitted - 11-19-2017 SEC Email to Brown re MB Docs (Brown) | Pltf |
|  |  | 11:35 AM |  |  | **Recess** |  |
|  |  | 11:40 AM |  |  | **Court Reconvenes.** |  |
|  |  |  |  |  | **Mark Simon called as witness** | Def |
|  |  | 11:44 AM |  |  | **Mark Simon sworn.** |  |
|  |  |  |  |  | **Defendant conducts direct examination of Mark Simon** |  |
|  |  | 12:10 PM |  |  | **Plaintiff conducts cross examination of M. Simon** |  |
|  |  |  |  |  | **Court Reporter – Jo Ann Bryce** |  |
| PX219 |  | 12:17 PM | X | X | Plaintiff Exhibit 219 Admitted – Mark Simon Declaration | Pltf |
|  |  | 12:22 PM |  |  | **Recess** |  |
|  |  | 12:29 PM |  |  | **Court reconvenes.  Plaintiff resumes cross examination of M. Simon.** |  |
|  |  | 12:55 PM |  |  | **Defendant conducts redirect** |  |
|  |  | 12:56 PM |  |  | **Mark Simon excused.** |  |
|  |  |  |  |  | **Defendant rests** |  |

Case No:  18-cv-2615-AGT
Case Name: <u>Botta v. Pricewaterhouse Coopers LLP</u>
Date: March 8, 2021
Courtroom Deputy: <u>Stephen Ybarra</u>          - Court Reporter:     <u>Debra Pas and Jo Ann Bryce</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:56 PM | | | **Plaintiff states intention to file 52(c) motion.** | |
| | | 12:57 PM | | | **Recess** | |
| | | 12:59 PM | | | **Discussion held regarding closing arguments** | |
| | | 1:02 PM | | | **Discussion held regarding admitted exhibits** | |
| | | 1:05 PM | | | **Adjourned.** | |
| | | | | | **Plaintiff's time remaining: 3 hrs 36 mins; Defendant's time remaining: 4 hrs 11 mins.** | |