UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**REVISED COURT TRIAL MINUTE ORDER**

**Case No.** 18-cv-02615-AGT        **Case Name**:   Botta v. Pricewaterhouse Coopers LLP, et al.

**Date:** Tuesday, March 2, 2021        **Time**:  8:31 AM – 1:35 PM

**The Honorable Alex G. Tse**

**Clerk**: Stephen Ybarra            **Court Reporter(s):** Debra Pas / Jo Ann Bryce

**COUNSEL FOR PLTF**:            **COUNSEL FOR DEFT**:

Alex Cabeceiras and Ingrid Evans        Moez Kaba and John Hueston

Trial Began: February 22, 2021        Further Trial: March 3, 2021

**Trial Motions Heard:**            **Disposition**

1.  
2.  
3.  

Other Notes:

Plaintiff calls Umit Ozdemir as witness and direct examination and cross examination are conducted.  Plaintiff calls Tye Thorson as witness and direct examination, cross examination, and redirect are conducted.  Plaintiff calls Marco Botta as witness and direct examination, cross examination and redirect are conducted.  Defendant calls Kevin Healy and direct examination is conducted.  Court adjourned until 3/3/21 at 8:30 AM.

Admitted Exhibits:

**Plaintiff's Exhibit Nos**. 210, **213**, 214, **Defense Exhibit Nos**. 1089, 1173, 1274, 1259, 1280, **1283**, 1299, 1317 (with attachments), 1330 (with attachments), 1589, 1678  and **DOC No**. 2044 , and Joint Exhibit Nos. 8,9, 11, 15, and 16