UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br><br>          Plaintiff,<br><br>     v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>          Defendant. | Case No. 18-cv-02615-AGT<br><br>**ORDER DENYING MOTIONS FOR JUDGMENT ON PARTIAL FINDINGS**<br><br>Re: Dkt. Nos. 195, 201 |

Mauro Botta's and PwC's motions for judgment on partial findings are denied. The Court will render judgment based on the full trial record.

**IT IS SO ORDERED.**

Dated: March 12, 2021

ALEX G. TSE
United States Magistrate Judge