# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 13, 2021 | **Time:** 9:02 am – 12:51 pm | **Judge:** ALEX G. TSE |
|---|---|---|
| **Case No.:** 18-cv-02615-AGT | **Case Name:** Botta v. PricewaterhouseCoopers LLP | |

**Attorneys for Plaintiff:** Alex Cabeceiras and Ingrid Evans
**Attorneys for Defendant:** John Hueston and Moez Kaba

**Deputy Clerk:** Stephen Ybarra          **Court Reporter:** Debra Pas

## PROCEEDINGS

CLOSING ARGUMENTS – held via Zoom video conference.

**Notes:** The Court hears closing arguments; as well as rebuttal. Discussion held regarding Court's questions. Court delivers final remarks. The matter is submitted.