UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO BOTTA,<br><br>            Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>            Defendant. | Case No. 18-cv-02615-AGT<br><br>**JUDGMENT** |

Based on the Court's findings of fact and conclusions of law (dkt. 228), judgment is entered in favor of PricewaterhouseCoopers LLP on all claims.

**IT IS SO ORDERED.**

Dated: July 26, 2021

Alex G. Tse
United States Magistrate Judge